UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>　　　　　　　　　　　　　Defendants,<br>　And<br><br>THE AMVONA FUND, LP,<br><br>　　　　　　　　　　　　　Relief Defendant. | Civil Action # 18-cv-11926-PBS |

### NOTICE OF APPEARANCE OF MARC J. JONES

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Marc J. Jones on behalf of the Plaintiff, Securities and Exchange Commission, in the above-captioned matter.

> Respectfully submitted,
> /s/ Marc J. Jones
> Marc J. Jones (BBO #645910)
> Attorney for Plaintiff
> **SECURITIES AND EXCHANGE COMMISSION**
> 33 Arch Street
> Boston, MA  02110
> (617) 573-8947
> (617) 573-4590 (fax)
> jonesma@sec.gov

Dated:  September 12, 2018

### CERTIFICATE OF SERVICE

I certify that on September 12, 2018, I caused copies of the foregoing document to be filed through the ECF system and, accordingly, the document will be sent electronically to all participants registered to receive electronic notice of this case.

> /s/ Marc J. Jones
> Marc J. Jones