UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| Plaintiff, ) | |
| v. ) | |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, ) | Civil Action No. 1:18-cv-11926-PBS |
| Defendants, ) | |
| and ) | |
| THE AMVONA FUND, LP, ) | |
| Relief Defendant ) | |

## NOTICE OF APPEARANCE OF DOUGLAS S. BROOKS

Now comes the undersigned and respectfully gives notice of his appearance as counsel on behalf of Rev. Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson"), Lemelson Capital Management, LLC, and The Amvona Fund, LP in the above-captioned matter.

Dated:  October 25, 2018

Respectfully submitted,

REV. FR. EMMANUEL LEMELSON,
LEMELSON CAPITAL MANAGEMENT, LLC,
and THE AMVONA FUND, LP

By: */s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
LIBBYHOOPES, P.C.
399 Boylston Street
Boston, MA 02116
Tel.: (617) 338-9300
dbrooks@libbyhoopes.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 25, 2018.

                                    */s/ Douglas S. Brooks*
                                    Douglas S. Brooks