# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | ) ) ) Civil Action No. 1:18-cv-11926-PBS ) |
| Defendants, | ) ) |
| and | ) ) |
| THE AMVONA FUND, LP, | ) ) |
| Relief Defendant | ) ) |

## DISCLOSURE STATEMENT OF DEFENDANT LEMELSON CAPITAL MANAGEMENT, LLC AND RELIEF DEFENDANT THE AMVONA FUND, LP

Pursuant to Fed. R. Civ. P. 7.1, Defendant Lemelson Capital Management, LLC and Relief Defendant The Amvona Fund, LP, hereby disclose that neither has any parent corporation and no publicly held corporations own 10% or more of their stock.

Dated: October 25, 2018

Respectfully submitted,

LEMELSON CAPITAL MANAGEMENT, LLC, and THE AMVONA FUND, LP

By: */s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
LIBBYHOOPES, P.C.
399 Boylston Street
Boston, MA 02116
Tel.: (617) 338-9300
dbrooks@libbyhoopes.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 25, 2018.

                                                      */s/ Douglas S. Brooks*
                                                      Douglas S. Brooks