UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | ) ) ) | Civil Action No. 1:18-cv-11926-PBS |
| Defendants, | ) ) ) | |
| and | ) ) | |
| THE AMVONA FUND, LP, | ) ) | |
| Relief Defendant | ) ) ) | |

## **DECLARATION OF DOUGLAS S. BROOKS**

I, Douglas S. Brooks, hereby swear and declare as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and am counsel to Defendants Rev. Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson") and Lemelson Capital Management, LLC, and Relief Defendant The Amvona Fund, LP.

2. Attached hereto as Exhibit 1 is a true and correct copy of "Ligand Pharmaceuticals – Severe competitive threat to key royalty program and 'going concern' risk drive 100 percent downside," published June 16, 2014 (the "June 16 report").

3. Attached hereto as Exhibit 2 is a true and correct copy of "Ligand Pharmaceuticals (NASDAQ: LGND): Appendix," published July 3, 2014 (the "July 3 report").

4. Attached hereto as Exhibit 3 is a true and correct copy of "Update: Lemelson Capital Further Increases Short Stake in Ligand Pharmaceuticals (NASDAQ: LGND) as LGND EPS Plunges 76 percent in Q2 2014," published August 4, 2014 (the "August 4 report").

5. Attached hereto as Exhibit 4 is a true and correct copy of "Lemelson Capital Says Ligand Pharmaceuticals' (NASDAQ: LGND) $225M Debt Issuance Solidifies Company's Insolvency, Substantially Raises Specter of Bankruptcy," published August 14, 2014 (the "August 14 report").

6. Attached hereto as Exhibit 5 is a true and correct copy of "Ligand Pharmaceuticals (NASDAQ: LGND): Institutional holders wasting no time dumping stock in response to mounting insolvency and bankruptcy risks," published August 22, 2014 (the "August 22 report").

7. Attached hereto as Exhibit 6 is a true and correct copy of Viking Therapeutics, Inc.'s Form S-1 Registration Statement (without exhibits), dated July 1, 2014.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Master License Agreement between Ligand Pharmaceuticals and Viking Therapeutics.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: October 25, 2018                    /s/ Douglas S. Brooks
                                              Douglas S. Brooks

## CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October __, 2018.

                                            */s/ Douglas S. Brooks*
                                            Douglas S. Brooks