UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>    v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>             Defendants,<br><br>    and<br><br>THE AMVONA FUND, LP,<br><br>             Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

## DECLARATION OF ALFRED A. DAY

I, Alfred A. Day, declare as follows:

1.     I am a member in good standing of the Bar of the Commonwealth of Massachusetts and serve as Senior Trial Counsel for Plaintiff, the United States Securities and Exchange Commission (the "Commission"), in this matter.

2.     Attached as Exhibit 1 is a true and correct copy of a document produced to the staff of the Commission by Gregory M. Lemelson ("Lemelson"), bearing page numbers SEC-LemelsonE-1160509 to 1160513.  During testimony taken by the staff of the Commission, Lemelson identified Exhibit 1 (marked as Exhibit 21 during that proceeding) as a copy of a report titled "Ligand Pharmaceuticals' (NASDAQ: LGND) - Institutional Holders waste no time dumping stock in response to mounting Insolvency and bankruptcy risks," published August 22, 2014.

3.  Attached as Exhibit 2 is a true and correct copy of an excerpt of sworn testimony given by Lemelson on July 22, 2016.

4.  Attached as Exhibit 3 is a true and correct copy of an excerpt of a submission provided to the staff of the Commission by Lemelson's counsel on June 30, 2017, in response to a Wells notice issued on May 25, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 8, 2018, in Boston, Massachusetts.

*/s/ Alfred A. Day*
Alfred A. Day

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on November 8, 2018.

*/s/ Alfred A. Day*