# **EXHIBIT 1**

# Ligand Pharmaceuticals' (NASDAQ: LGND) – Institutional Holders waste no time dumping stock in response to Insolvency and bankruptcy risk

### Ligand's largest Shareholder BVF, Inc. sells 484,524 shares.

A Prescient Interview

On August 13th, 2014 Rev. Father Emmanuel Lemelson, Founder and President of the Lantern Foundation and Chief Investment Officer of Lemelson Capital Management, appeared on Benzinga's Pre-Market Prep show in which he addressed recent geopolitical and global market developments and the firm's existing long and short investment positions, including Lemelson Capital's short position in Ligand Pharmaceuticals (NASDAQ: LGND), which the firm first announced on June 16, 2014.

In the interview, Lemelson commented:

> *You read these press releases carefully, and you have to ask yourself, why is the company doing press releases? Do you think it is for institutional holders? I don't think so.  These guys have a direct line to the CEO and the board of directors.  Those things are for retail investors.  If you read it carefully, it looks a lot like institutional holders trying to get out of the common equity.*
>
> REV. EMMANUEL LEMELSON, CIO OF LEMELSON CAPITAL MANAGEMENT - #PREMARKET PREP
> WEDNESDAY, 13 AUGUST 2014

Lemelson's August 13 Benzinga interview, including his comments on Ligand, can be heard here.

Lemelson Capital's previous research reports (PDF versions) on Ligand can be found here, here and here.

Δ π EXHIBIT 21
Deponent Lemelson
Date 7/20/16 Rptr. LT
WWW.DEPOBOOK.COM

SEC-Lemelson-E-1160509

On August 14th, 2014 Lemelson Capital published its report on LGND's new debt issuance stating the following:

> *The real purpose of the transaction appears to be to enable large institutional Ligand shareholders to unload large numbers of shares in private transactions that will not negatively affect the prices of the shares traded in public markets...*
>
> *Large, institutional common equity holders are trading in unsecured securities for secured debt instruments, which have an upfront payment of 15 percent.*
>
> LEMELSON CAPITAL SAYS LIGAND PHARMACEUTICALS' (NASDAQ: LGND) $225M DEBT ISSUANCE SOLIDIFIES COMPANY'S INSOLVENCY, SUBSTANTIALLY RAISES SPECTER OF BANKRUPTCY
>
> THURSDAY, 14 AUGUST 2014

On August 18th, Ligand filed a form 8-K with the SEC, the filing revealed the company had issued 245 million in new debt, against tangible equity of just $21,000 giving rise to a debt to tangible equity ratio of 11,667 to 1 (that is $11,667 dollars in debt for every $1 dollar in tangible common shareholder equity).

Six days earlier the company stated the following:

> *Ligand intends to use a portion of the net proceeds from the offering of the notes to pay the cost of certain convertible note hedge transactions, taking into account the proceeds to Ligand of certain warrant transactions and to repurchase up to $45 million of shares of Ligand's common stock in privately negotiated transactions...*
>
> "LIGAND ANNOUNCES PROPOSED OFFERING OF $225 MILLION OF CONVERTIBLE SENIOR NOTES AND ANNOUNCES $200 MILLION SHARE REPURCHASE PROGRAM,"
> AUGUST 12, 2014

Debt at Usury Rates – The SEC Filings

According to the August 18th filing the company spent $6 million of the $245 Million (or ~2.4%) on initial purchaser's discounts and commissions. The company than spent a further $36.5 million (a figure substantially higher than the $32.5 Million the company original reported in its August 12th release on the terms of the debt offering) of the net proceeds to pay the cost of a privately negotiated convertible note hedge transactions.

These privately negotiated convertible note hedge transactions, which represents a stunning expense of ~15% of the total proceeds from the debt offering, accord no benefit to either the note or common equity holder, and when combined with the 2.4% in commission as well as the .75% annual coupon create a sum total expense of the bond debt in the first year of a whopping 18.5%.

The filing included the following statement:

> *The Convertible Note Hedge Transactions and the Warrant Transactions are separate transactions, in each case, entered into by the Company with the Option Counterparties, and are not part of the terms of the Notes and will not affect any holder's rights under the Notes.* **_Holders of the Notes will not have any rights_** *with respect to the Convertible Note Hedge Transactions or the Warrant Transactions.*
>
> LIGAND PHARMACEUTICALS INC. – FORM 8-K<br>AUGUST 18, 2014

The real cost of the new debt was $45.3 Million or 6x the companies TTM net earnings, which had already been fully consumed (and then some) by stock awards to management. In other words it would take six years of operations at current profitability (which itself is unsustainable) to pay for just the transaction costs of the new debt.

The company could have simply contacted Capital One and applied for a consumer credit card with a very large line of credit, which undoubtedly would have had a lower cost, for that matter, loan sharks and payday lenders probably could have offered more favorable terms as well.

So why go through all of the trouble of a formal bond offering with extraordinarily complex, privately negotiated derivative transactions?  The answer is to accommodate a few large institutional shareholders in private, out of market transactions, that wouldn't effect quoted prices in the open market, while allowing large blocks of shares to be moved, and a select group of common shareholder to get out at great expense (45.3 Million to be exact) to remaining and on-going common shareholders.

As the August 14th LCM report indicated, buyers of the bonds would be none other than common shareholders who wanted out.  In other words, the folks lending the money to the company via the bond offering were doing so with a mandate, that the company use the same funds to buy out their shares – Ligands common shareholders, often retail investors, would pay dearly (45 M) for the company to get a few large institutions out of the stock in private, out of market transactions.   In case there is any doubt regarding the drivers of Ligand's recent high cost debt offering consider the following:

> *...approximately $37.8 million of the net proceeds [from the bond offering] to repurchase shares of the Company's common stock from purchasers of the Notes in privately negotiated transactions concurrently with the offering*

LIGAND PHARMACEUTICALS INC. – FORM 8-K<br>AUGUST 18, 2014

Wasting No Time

SEC-Lemelson-E-1160512

On August 21st, the SEC published form 13G/A filed by BVF, Inc. Ligands largest shareholder reporting that pursuant to rule 13-d that the company had sold 484,524 shares of Ligand Stock as of August 19th, the first date that funds from the new debt would have been available.

> *Holders of the notes will have the right to require Ligand to repurchase all or some of their notes at 100% of their principal amount, plus any accrued and unpaid interest, upon the occurrence of certain corporate events.*
>
> "LIGAND PRICES OFFERING OF $225 MILLION OF CONVERTIBLE SENIOR NOTES,"
> AUGUST 13, 2014

There is no question that the cost of this preferential treatment of a few at the expense of many, places a burden on Ligand and its shareholders which is unsustainable, and further places the company deep within the context of insolvency and greatly heightens the likelihood of liquidation or reorganization under ch. 7 or ch. 11 of the bankruptcy code whereby common shareholders have only the protection of $21,000 in tangible equity to shield them from 245 Million in debt.

If the call feature above is exercised common shareholders could be wiped almost entirely without notice.

SEC-Lemelson-E-1160513