# **EXHIBIT 2**

1

1           SECURITIES AND EXCHANGE COMMISSION
2
3
4
5    - - - - - - - - - - - - - - - )
6    In the Matter of:             ) Matter No. HO-12718
7    Trading in the Securities of  )
8    Ligand Pharmaceuticals, Inc.  )
9    - - - - - - - - - - - - - - - )
10
11
12                    V O L U M E   I
13
14            TESTIMONY OF GREGORY M. LEMELSON
15                    WASHINGTON, D.C.
16                 WEDNESDAY, JULY 20, 2016
17                       9:25 A.M.
18
19
20
21
22
23   Job No. 65155
24   Pages 1 - 359
25   Reported by:  Leslie Anne Todd

2

1    Deposition of GREGORY M. LEMELSON was held at:

2

3        Securities and Exchange Commission

4        100 F Street Northeast

5        Washington, D.C. 20549

6

7    Pursuant to agreement, before Leslie Anne Todd,

8  Notary Public of the District of Columbia.

                                                                    3

 1                      A P P E A R A N C E S

 2

 3   For the Securities and Exchange Commission:

 4       VIRGINIA M. ROSADO DESILETS, ESQUIRE

 5       JEFFREY FINNELL, ESQUIRE

 6       SONIA TORRICO, ESQUIRE

 7       Securities and Exchange Commission

 8       100 F Street Northeast

 9       Washington, D.C. 20549

10       (202) 5510-4955

11

12   For the Witness:

13       DOUGLAS F. MacLEAN, ESQUIRE

14       Armor Compliance

15       22 Batterymarch Street

16       Boston, Massachusetts 02109

17       (617) 501-2055

18

19   ALSO PRESENT:

20       LUCY GAUTHIER (Intern)

21

22

23

24

25

              [7/20/2016 9:25 AM] LEMELSON_EMMANUEL_20160720

1                           C O N T E N T S

3                                 -------

5                           E X H I B I T S

6                           (Retained by SEC)

| NUMBER | PAGE | NUMBER | PAGE |
|--------|------|--------|------|
| 1      | 7    | 13     | 206  |
| 2      | 8    | 14     | 245  |
| 3      | 15   | 15     | 261  |
| 4      | 15   | 16     | 262  |
| 5      | 24   | 17     | 270  |
| 6      | 110  | 18     | 271  |
| 7      | 119  | 19     | 272  |
| 8      | 161  | 20     | 273  |
| 9      | 198  | 21     | 275  |
| 10     | 202  | 22     | 287  |
| 11     | 203  | 23     | 289  |
| 12     | 204  | 24     | 349  |

5

1           P R O C E E D I N G S
2                 ------------------
3           MS. DESILETS:  On the record at 9:25 a.m.
4           Can you raise your right hand, please.  Do
5   you swear or affirm to tell the truth, the whole truth
6   and nothing but the truth?
7           THE WITNESS:  I do.
8             EXAMINATION BY THE SECURITIES AND
9                    EXCHANGE COMMISSION
10  BY MS. DESILETS:
11     Q    Please state and spell your full name for
12  the record.
13     A    My legal name is Gregory M. Lemelson, but
14  I'm referred to as Father Emmanuel Lemelson, which is
15  my ecclesiastical name or baptismal name.
16     Q    You can put your hand down.
17     A    Oh, sorry.
18     Q    So would you prefer it if we refer to you as
19  Father Lemelson today?
20     A    Father Emmanuel.
21     Q    My name is Virginia Rosado Desilets.  This
22  is Sonia Torrico, and this is Lucy Gauthier.
23          MS. DESILETS:  Did I pronounce that right?
24          MS. GAUTHIER:  Gauthier.
25  BY MS. DESILETS:

708

1  THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3  In the Matter of:            )
4                               ) File No. HO-12718-A
5  TRADING IN THE SECURITIES OF )
6  LIGAND PHARMACEUTICALS, INC. )
7
8  WITNESS:   Gregory Lemelson
9  PAGES:     708 through 1009
10 PLACE:     Securities and Exchange Commission
11            100 F Street, NE
12            Washington, D.C.
13 DATE:      Friday, July 22, 2016
14
15     The above-entitled matter came on for hearing,
16 pursuant to notice, at 9:15 a.m.
17
18
19
20
21
22
23
24        Diversified Reporting Services, Inc.
25               (202) 467-9200

1  says "neither we nor anyone on our behalf has
2  consulted Marcum."
3      Q   From September 24, 2012, through April 7,
4  2014.
5      A   Okay.  Yes.
6      Q   Is it your contention that Marcum could not
7  have audited Viking's financials between April 7,
8  2014, and July 1st, 2014, when the S-1 was filed?
9      A   I don't recall where that statement
10 regarding the audited financials comes from, but I
11 believe it comes from the publicly filed documents,
12 and perhaps if there were any available that were
13 filed before the S-1.
14     Q   Turn two more pages in this Exhibit 51.  At
15 the bottom it says 165 of 196, and the larger number
16 is F-1.
17         Do you see this Report of Independent
18 Registered Public Accounting Firm?
19     A   Yes.
20     Q   Is this a letter from Marcum, LLP, saying:
21 "We have audited the accompanying balance sheets of
22 Viking Therapeutics"?
23     A   Yes.
24     Q   Is that something you would have seen at the
25 time that you were writing your report?

1       A    I wouldn't have seen it or else I wouldn't
2  have written that.
3       Q    In writing your report and making the
4  statement that Viking's financial statements are
5  unaudited, you don't think it would have been
6  important to look at the financial statements to see
7  whether they were audited or not?
8       A    I'm not sure at this time why that statement
9  was made.
10      Q    The statement in your report?
11      A    Yes.  I'm sure at the time I wrote it, I
12 believed it to be true and it was based on my
13 research.
14      Q    But it seems clearly contradicted by the
15 public filings, right?
16      A    It appears to be.
17      Q    Turn to page 8 of your Exhibit 18.
18      A    Yes.
19      Q    And in the last paragraph of that page, you
20 say:  "Ligand appears to be indirectly creating a
21 shell company through Viking."
22      A    Yes.
23      Q    How do you define a "shell company"?  How
24 are you using the term "shell company" in this
25 document?

```
                                                         Page 1008
 1                  PROOFREADER'S CERTIFICATE
 2
 3    In the Matter of:    TRADING IN THE SECURITIES OF
 4                         LIGAND PHARMACEUTICALS, INC.
 5    Witness:             Gregory Lemelson
 6    File Number:         HO-12718-A
 7    Date:                July 22, 2016
 8    Location:            Washington, D.C.
 9
10
11         This is to certify that I, Nicholas Wagner,
12    (the undersigned), do hereby swear and affirm
13    that the attached proceedings before the U.S.
14    Securities and Exchange Commission were held
15    according to the record and that this is the
16    original, complete, true and accurate transcript
17    that has been compared to the reporting or recording
18    accomplished at the hearing.
19
20
21
22    _____m_____            _____8-5-206_____
23    (Proofreader's Name)           (Date)
24
25
```

```
                    CERTIFICATE OF NOTARY PUBLIC

     I, LESLIE A. TODD, the officer before whom
the foregoing deposition was taken, do hereby certify
that the witness whose testimony appears in the
foregoing deposition was duly sworn by me; that the
testimony of said witness was taken by me in
stenotypy and thereafter reduced to typewriting under
my direction; that said deposition is a true record
of the testimony given by said witness; that I am
neither counsel for, related to, nor employed by any
of the parties to the action in which this deposition
was taken; and, further, that I am not a relative or
employee of any counsel or attorney employed by the
parties hereto, nor financially or otherwise
interested in the outcome of this action.

Dated this 5th day of August, 2016

                              _____Leslie A Todd_____
                              LESLIE A. TODD
                              Notary Public in and for the
                              District of Columbia

My commission expires:
November 30, 2018
```