# **EXHIBIT 3**

In the Matter of *Trading in the Securities of Ligand Pharmaceuticals, Inc.* (HO-12718)

**SUBMISSION ON BEHALF OF REV. FR. EMMANUEL LEMELSON**

 

Spears & Imes LLP
David Spears
David B. Mesrobian

51 Madison Avenue
New York, New York 10010
(212) 213-6996
dspears@spearsimes.com

*Attorneys for Rev. Fr. Emmanuel Lemelson*

**FOIA TREATMENT REQUESTED
PURSUANT TO 17 C.F.R. § 200.83**

thousands of its own shares from its largest shareholder coincident with the debt issuance. The Staff alleges that there were at least two false statements in this Report.

First, the Staff challenges Lemelson's statement on page 3 that Ligand "issued $245 million in new debt against the company's tangible equity of just $21,000, giving rise to a debt to tangible equity ratio of 11,667-to-1 (that is to say, $11,667 dollars in debt for every $1 dollar in tangible common shareholder equity)." Second, the Staff challenges Lemelson's statement on page 5 that "the SEC published form 13G/A filed by BVF, Inc., which revealed that Ligand's largest shareholder was reporting that, pursuant to SEC rule 13-d, the company had sold 484,524 shares of Ligand stock as of August 19, the first date that funds from Ligand's new debt became available."

As to the first statement, Lemelson acknowledged during his testimony that he made an obvious error by failing to include the cash proceeds from the issuance in his debt-equity calculation and that his equity number was therefore off by the $245 million in cash raised. (*See* Tr. at 824-25, 832-34.) This was an inadvertent (and glaringly obvious) error, however, and one which was readily discernible from a quick comparison to the referenced Ligand filing(s).

With respect to the second statement regarding the BVF transaction, it is unclear why the Staff believes this statement was objectively false. On August 14, 2014, BVF Inc. reported on its Form 13F that, as of June 30, 2014, its partners' combined ownership interest in Ligand was 1,893,123 shares.[31] Then, on August 18, 2014, Ligand filed a Form 8-K in which it announced its intention to use $37.8 million of the net proceeds of the convertible notes transactions "to repurchase shares of the Company's common stock from purchasers of the Notes in privately

---

[31] *Available at*
https://www.sec.gov/Archives/edgar/data/1056807/000092189514001872/xslForm13F_X01/primary_doc.xml;
https://www.sec.gov/Archives/edgar/data/1056807/000092189514001872/xslForm13F_X01/infotable.xml.

FOIA TREATMENT REQUESTED
PURSUANT TO 17 C.F.R. § 200.83