UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| Plaintiff, ) | |
| v. ) | |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, ) | Civil Action No. 1:18-cv-11926-PBS |
| Defendants, ) | |
| and ) | |
| THE AMVONA FUND, LP, ) | |
| Relief Defendant ) | |

### DECLARATION OF DOUGLAS S. BROOKS
### IN SUPPORT OF REPLY MEMORANDUM

I, Douglas S. Brooks, hereby swear and declare as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and am counsel to Defendants Rev. Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson") and Lemelson Capital Management, LLC, and Relief Defendant The Amvona Fund, LP.

2. Attached hereto as Exhibit 1 is a true and accurate printout of the historical stock prices of Ligand Pharmaceuticals, Inc. (LGND) for the past five years.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: November 21, 2018      */s/ Douglas S. Brooks*
                                 Douglas S. Brooks

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on November 21, 2018.

                                                */s/ Douglas S. Brooks*
                                                Douglas S. Brooks