UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff Securities and Exchange Commission and Defendants Lemelson; Lemelson Capital Management, LLC; and The Amvona Fund, LP, jointly move pursuant to Fed. R. Civ. P. 26(c) for entry of the Stipulated Protective Order ("Order") attached at Exhibit A.  As stated therein, the Parties agree that disclosures and discovery in this action could involve production of confidential, proprietary, or private information for which protection from use for any purpose other than this litigation would be warranted, and seek entry of the Order to provide such protection.

Dated: December 5, 2018

        Respectfully submitted,
**SECURITIES AND EXCHANGE COMMISSION**

By its Attorneys,

/s/ ___Marc J. Jones_____
Marc J. Jones  (Mass. Bar #645910)
Alfred A. Day (BBO#654436)

Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-8947 (Jones direct)
(617) 573-4590 (fax)
JonesMarc@sec.gov


**REV. FR. EMMANUEL LEMELSON, LEMELSON CAPITAL MANAGEMENT, LLC, and THE AMVONA FUND**

By their Attorney,

/s/ __Douglas S. Brooks_____
Douglas S. Brooks (BBO No. 636697)
LIBBYHOOPES, P.C.
399 Boylston Street
Boston, MA
(617) 338-9300
dbrooks@libbyhoopes.com


**Local Rule 7.1 Certification**

    Undersigned counsel certifies that counsel for the parties have conferred and agree to the filing of this motion.

Dated: December 5, 2018                              */s/* Marc J. Jones_____

## CERTIFICATE OF SERVICE

     I certify that on December 5, 2018, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

Dated: December 5, 2018                                          */s/* Marc J. Jones