UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY LEMELSON and LEMELSON CAPITAL )<br>MANAGEMENT, LLC, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>THE AMVONA FUND, LP, )<br>)<br>Relief Defendant )<br>) | Civil Action No. 1:18-cv-11926-PBS |

**JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE**

The parties jointly move to extend the fact discovery deadline from **October 4, 2019** to **December 18, 2019** and to extend all other subsequent deadlines accordingly.  As grounds for this Motion, the parties state as follows:

1. Defendants have served written discovery requests on the Plaintiff, the United States Securities and Exchange Commission (the "Commission").  The Commission has provided responses to those discovery requests.

2. The Commission has propounded written discovery requests on Defendants.  Responses to those requests are not yet due.

3. Most of the key witnesses in this case (both corporate and individual) are located in California.

4.  Defendants intend to notice and take multiple depositions of these witnesses in California. The Commission anticipates that it will cross-examine these witnesses as well.

5.  The parties strongly prefer to take all these depositions in a single week so as to avoid the significant expense of counsel for both parties having to take multiple trips across the country for depositions.

6.  Given the respective schedule of counsel for the parties, counsel for the witnesses, and the witnesses themselves, there is not time available within the current discovery period to complete these depositions.

7.  The parties also wish to allow for sufficient time after the depositions to determine whether to propound further written discovery requests in an effort to potentially narrow the issues at trial.

8.  Based on the above, the parties request the following modifications to the pretrial schedule:

| Event | Deadline |
|---|---|
| Completion of fact discovery | December 18, 2019 |
| Exchange of Plaintiff's and Defendants' expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) | January 17, 2020 |
| Exchange of rebuttal expert reports | February 18, 2020 |
| Completion of expert depositions | March 18, 2020 |
| Motions for Summary Judgment pursuant to Fed. R. Civ. P. 56 | April 20, 2020 |
| Oppositions to Motions for Summary Judgment | May 20, 2020 |
| Reply Memoranda in Support of Motions for Summary Judgment | June 5, 2020 |

WHEREFORE, the parties respectfully request that the Court Allow this Motion.

| | |
|---|---|
| Dated: August 14, 2019 | Respectfully submitted, |
| SECURITIES AND EXCHANGE COMMISSION | REV. FR. EMMANUEL LEMELSON, LEMELSON CAPITAL MANAGEMENT, LLC, and THE AMVONA FUND, LP |
| */s/ Marc J. Jones*<br>Marc J. Jones (BBO #645910)<br>Alfred A. Day (BBO #654436)<br>Boston Regional Office<br>33 Arch Street, 24th Floor<br>Boston, MA  02110<br>617-573-8947 (Jones)<br>JonesMarc@sec.gov | */s/ Douglas S. Brooks*<br>Douglas S. Brooks (BBO No. 636697)<br>LIBBYHOOPES, P.C.<br>399 Boylston Street<br>Boston, MA 02116<br>(617) 338-9300<br>dbrooks@libbyhoopes.com |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on August 14, 2019.

*/s/ Marc J. Jones*