UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

**JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE**

The parties jointly move to extend the fact discovery deadline from **October 4, 2019** to **December 18, 2019** and to extend all other subsequent deadlines accordingly. As grounds for this Motion, the parties state as follows:

1. Defendants have served written discovery requests on the Plaintiff, the United States Securities and Exchange Commission (the "Commission"). The Commission has provided responses to those discovery requests.

2. The Commission has propounded written discovery requests on Defendants. Responses to those requests are not yet due.

3. Most of the key witnesses in this case (both corporate and individual) are located in California.

8/15/19

Allowed

Patti B Saris