UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | ) ) ) Civil Action No. 1:18-cv-11926-PBS ) |
| Defendants, | ) ) |
| and | ) ) |
| THE AMVONA FUND, LP, | ) ) |
| Relief Defendant | ) ) |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER TO PREVENT RULE 30(b)(6) DEPOSITION**

Now comes the undersigned and hereby respectfully request that this Honorable Court extend the time for which Defendants, Father Emmanuel Lemelson, Lemelson Capital Management, LLC and the Amvona Fund, LP may file their opposition to Plaintiff Securities and Exchange Commission's Motion for Protective Order to Prevent Rule 30(b)(6) Deposition until **January 7, 2020**.

This extension is reasonable in light of the recent holiday schedule and the requirements regarding the treatment of Confidential material pursuant to the Supplemental Stipulation and Order Governing the Production of Discovery Materials (Dkt. No. 39) (the "Confidentiality Order").

In support whereof, Defendants state as follows:

1. The Defendants served Plaintiff with a Notice of 30(b)(6) Deposition on October 28, 2019.

2. Plaintiff requested to confer pursuant to Local Rule 7.1 in response to this initial Notice and the parties did so on November 4, 2019.

3. Following this conference, Defendants agreed to pursue some of the topics from the initial Notice through Interrogatories instead of deposition, agreed to withdraw certain topics entirely, and agreed to serve an Amended Notice of 30(b)(6) Deposition with limited topics.

4. Defendants served the Amended Notice of 30(b)(6) Deposition on November 19, 2019.

5. The noticed date for deposition on the Amended Notice of 30(b)(6) Deposition was December 16, 2019.  This date was selected after the scheduled completion of two weeks of depositions in California as a courtesy to Plaintiff, who communicated that it still planned to challenge the Amended Notice of 30(b)(6) Deposition.

6. Plaintiff filed its Motion for Protective Order to Prevent Rule 30(b)(6) Deposition on December 17, 2019.

7. Without this requested extension, Defendants' opposition to the Motion is due December 31, 2019.

8. While working on drafting the opposition over the holidays, Defendants realized that they needed to attach a handful of documents as exhibits to their opposition that have been marked "Confidential" by third party Ligand Pharmaceuticals, Inc.  Pursuant to the terms of the Court's Confidentiality Order, Defendants must provide five business days' notice to Ligand prior to filing anything Ligand has marked "Confidential."

9.      On December 27, 2019, counsel for Defendants sent an email identifying certain "Confidential" documents that it intends to attach to its opposition to counsel for Ligand (copying Plaintiff's counsel).  While continuing to work on the draft opposition, counsel for Defendants have identified a couple additional "Confidential" documents that they intend to attach as exhibits.  Counsel for Defendants will send Ligand a final list of any "Confidential" documents that it plans to attach as exhibits to its opposition by the end of the day on December 30, 2019.

10.     Given the holiday schedule, five business days from December 30, 2019, is January 7, 2020.

11.     In addition, Defendants seek this brief extension based on their counsel's vacation schedule over the holidays.

12.     Defendants' counsel conferred with counsel for Plaintiff who have assented to this motion for extension of time.  No other deadlines in this case should be affected.

13.     In light of this schedule, Defendants hereby seek additional time to file their Opposition to the Plaintiff's Motion for Protective Order to Prevent Rule 30(b)(6) Deposition.

**WHEREFORE**, Defendants respectfully request that the time within which they may file their Opposition be extended until **January 7, 2020**.

Dated:  December 30, 2019

Respectfully submitted,

REV. FR. EMMANUEL LEMELSON,
LEMELSON CAPITAL MANAGEMENT, LLC,
and THE AMVONA FUND, LP

By: */s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
Brian J. Sullivan (BBO No. 676186)
LIBBYHOOPES, P.C.
399 Boylston Street
Boston, MA 02116
Tel.: (617) 338-9300
dbrooks@libbyhoopes.com
bsullivan@libbyhoopes.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on December 30, 2019.

*/s/ Brian J. Sullivan*
Brian J. Sullivan

4