UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

**FED. R. CIV. P. 30(B)(6) NOTICE OF VIDEOTAPED DEPOSITION**

TO:   Securities and Exchange Commission
      32 Arch Street
      24th Floor
      Boston, MA 02110

  PLEASE TAKE NOTICE THAT commencing at 10:00 a.m. on December 16, 2019, at the offices of LibbyHoopes, P.C., 399 Boylston Street, 6th Floor, MA 02116, the Defendants in this action, by their attorney, will take the deposition upon oral examination of the Securities and Exchange Commission.  Pursuant to the provisions of Fed. R. Civ. P. 30(b)(6), the deponent is advised that examination will be conducted on the subject matters listed on **Schedule A**.  The deponent is further advised of its duty to designate one or more officers, directors, managing agents, or other persons to testify on its behalf before a Notary Public in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths.

Pursuant to Fed. R. Civ. P. 30(b)(2) and 34, the Securities and Exchange Commission is directed to bring to the deposition all business and personal documents within its possession, access, or control that have not previously been produced (or even if previously produced, substantially relied upon in formulating responses to areas of inquiry) that relate to any of the subject matters listed in **Schedule A**.

The oral examination will continue from day to day until completed and will be both audio and video recorded. You are invited to attend and cross-examine.

                Respectfully submitted,

                */s/ Douglas S. Brooks*
                Douglas Brooks, Esq. (BBO No. 636697)
                Brian Sullivan, Esq. (BBO NO. 676186)
                LibbyHoopes, P.C.
                399 Boylston Street
                Boston, MA 02116
                Tel.: (617) 338-9300
                dbrooks@libbyhoopes.com
                bsullivan@libbyhoopes.com

Date: November 19, 2019

## SCHEDULE "A"
## 30(b)(6) DEPOSITION OF SECURITIES AND EXCHANGE COMMISSION

### DEFINITIONS AND INSTRUCTIONS

Defendants incorporate by reference the Uniform Definitions in Discovery Requests as set forth in Local Rule 26.5 of the United States District Court for the District of Massachusetts. In addition, the following definitions and instructions shall apply:

A. The term "Action" shall refer to the above-captioned matter *Securities and Exchange Commission v. Gregory Lemelson, et al.,* Case No. 1: 18-cv-11926-PBS (D. Mass);

B. The term, "Amended Complaint" shall refer to the pleading filed in this Action on March 21, 2019 (Dkt. 33) with the U.S. District Court for the District of Massachusetts;

C. The term "SEC" shall refer to the United States Securities and Exchange Commission and including its employees, agents, contractors, lawyers, accountants, and advisors;

D. The term "Ligand" shall refer to Ligand Pharmaceuticals, Inc. including its employees, agents, contractors, lawyers, accountants, and advisors;

E. The term "Viking" shall refer to Viking Therapeutics, Inc. including its employees, agents, contractors, lawyers, accountants, and advisors;

F. The term "Defendants" shall collectively refer to defendant parties named in the Action; and

G. The term "Filing" shall refer to all submissions, public and private, provided to the SEC.

### TOPICS

1. The SEC's analysis and mathematical calculation of Ligand's debt-to-tangible equity ratio.

2. Communications between the SEC and media sources concerning its non-public investigation of Defendants.

3. Pre-litigation communications between the SEC and Ligand regarding Defendants, including but not limited to meetings between Ligand and the SEC, how such meetings were arranged, and the relationships between SEC and Ligand's counsel.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served on all counsel of record via first-class mail and electronic mail on November 19, 2019.

/s/ *Douglas S. Brooks*