# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | )<br>) Civil Action No. 1:18-cv-11926-PBS<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| THE AMVONA FUND, LP, | )<br>) |
| Relief Defendant | )<br>) |

## AFFIDAVIT OF FATHER EMMANUEL LEMELSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO THE SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR PROTECTIVE ORDER

I, Father Emmanuel Lemelson, hereby swear and declare as follows:

1. I am a canonically ordained priest in the Greek Orthodox Church and have been identified in the Complaint to this action as Gregory Lemelson. I also serve as the Chief Investment Officer of Lemelson Capital Management, LLC. I am an activist investor. Lemelson Capital Management, LLC is the general partner to the Amvona Fund, LP, a pooled investment vehicle.

2. I started the Amvona Fund in 2012. Since that time, we have had a growing number of investors. I am not aware of any Amvona Fund's investors submitting any complaints about the Amvona Fund, Lemelson Capital Management, or myself to the Securities and Exchange Commission or any other regulatory body.

3. None of the investors in the Amvona Fund are or ever have been one of my parishioners.

4. Since the inception of the Amvona Fund, only one, small investor has exited the fund, and even then, only just recently. We have consistently added additional investors since inception.

5. Under my direction, the Amvona Fund had over 150% net return on investments in 2019 alone.

6. Since the inception of the Amvona Fund, the average annual rate of return on investments is over 25%. This is roughly twice the average annual rate of return for the S&P 500 over this period of time, and more than five times that of the Barclay's Hedge Fund Index.

7. In the initial 24 months that the Amvona Fund was launched, the Amvona Fund experienced a 257% gain overall.

8. Since the time of my original reports in June 2014, Ligand's stock price has dramatically underperformed both the S&P 500 Index and the Biotechnology Index (BTK).

9. The Amvona Fund has focused on long-term commitments in common stocks, but has also occasionally shorted companies I believed were overvalued, exercised poor corporate governance, or engaged in fraud.

10. Full annual reports from 2012-2016, which include audited financial statements for the Amvona Fund are publicly available on the website for Lemelson Capital Management, available at *https://lemelsoncapital.com/reports*.

11. Since 2010, preceding the launch of the Amvona Fund, I have published approximately 200 pieces of research and commentary discussing amongst other things, economics, securitization fraud, and high-level security analysis of various common stocks. Of

all my published materials and public commentary regarding stocks, the Securities and Exchange Commission has only sought charges related to my statements concerning Ligand.

12. The Amvona Fund did not have a short position in Viking on July 3, 2014.

13. The return on the short position in Ligand accounted for only about 10% of the Amvona Fund's total returns since inception through year end 2014.

14. Since the short report published by Empire Asset Management on August 5, 2014, at least five other entities have published reports criticizing Ligand, and in most cases, also disclosed short positions in Ligand, or referenced sources that had short positions in Ligand. On the date one of those reports was issued, January 16, 2019, Ligand's stock price dropped as much as 25% intra-day.

15. On March 18, 2016, I viewed an article published by Bloomberg titled, "Hedge Fund Priest's Trades Probed by Wall Street Cop." The original version of the online article contained an image of a crucifix at the top of the article. That image was subsequently removed from the article.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed: 1-7-20

Father Emmanuel Lemelson

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on January 7, 2020.

*/s/ Douglas S. Brooks*
Douglas S. Brooks