UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF**

Plaintiff hereby moves for leave to file a Reply to the Defendants' Opposition to Plaintiff's Motion for Protective Order to Prevent Rule 30(b)(6) Deposition. In support of its motion, Plaintiff states that the requested reply brief will respond to certain points of fact and law raised for the first time in Defendants' Opposition, which may be of assistance to the Court in determining the motion.

WHEREFORE, Plaintiff requests that this Court enter an order granting Plaintiff leave to file a reply brief of less than 10 pages.

| | |
|---|---|
| Dated: January 8, 2020 | Respectfully submitted,<br><br>SECURITIES AND EXCHANGE COMMISSION<br><br>By its Attorney,<br><br>/s/ Marc J. Jones<br>Marc J. Jones  (Mass. Bar #645910)<br>Alfred A. Day (Mass. Bar #654436)<br>Boston Regional Office<br>33 Arch Street<br>Boston, MA  02110<br>(617) 573-8947 (Jones direct)<br>(617) 573-4590 (fax)<br>JonesMarc@sec.gov |

## RULE 7.1(A)(2) CERTIFICATE

Undersigned counsel hereby certifies that counsel have conferred and counsel for defendants assent to the relief requested herein.

Dated: January 8, 2020                                                        */s/* Marc J. Jones

## CERTIFICATE OF SERVICE

I certify that on January 8, 2020, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

Dated: January 8, 2020                                                        */s/* Marc J. Jones