UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

**MOTION FOR SANCTIONS AND TO COMPEL
GREEK ORTHODOX METROPOLIS OF BOSTON
TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA**

Defendants Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson") ("Fr. Emmanuel") and Lemelson Capital Management, LLC ("LCM"), along with Relief Defendant The Amvona Fund, LP ("Amvona"), hereby move this Court to compel the Greek Orthodox Metropolis of Boston to produce the three documents improperly withheld as privileged in its response to the subpoena served on December 4, 2019 (the "Subpoena") and for sanctions.

In the course of this litigation, Plaintiff, Securities and Exchange Commission (the "Commission"), disclosed that it had been told by the Greek Orthodox Metropolis of Boston that Fr. Emmanuel was not an ordained priest and that he had unsuccessfully applied to be ordained as a priest by the Greek Orthodox Metropolis of Boston. Neither of these statements are true. To prove the falsity of these claims, counsel for Defendants sent the Commission an email

explaining Fr. Emmanuel's ordination history and served the Subpoena on the Greek Orthodox Metropolis of Boston. The Greek Orthodox Metropolis of Boston's response to the Subpoena improperly withheld three documents as privileged for the stated reason that they were "Church-Administrative in nature as they are between Hierarchs and Chancellors of the Greek Orthodox Archdiocese of America and the Greek Orthodox Metropolis of Boston." This is not a valid claim of privilege.

Defendants' counsel contacted the Greek Orthodox Metropolis of Boston via email on multiple occasions between December 24, 2019 and January 28, 2020, explaining that the documents were improperly withheld and requesting that the Greek Orthodox Metropolis of Boston either change its position or meet and confer regarding a motion to compel. The Greek Orthodox Metropolis of Boston indicated that it was represented by legal counsel, but refused multiple requests to provide counsel's contact information, despite Defendants' counsel repeatedly explaining that they were not permitted to speak with a represented party pursuant to the Rules of Professional Conduct.

WHEREFORE, for the foregoing reasons and the reasons stated in the incorporated memorandum of law, Defendants request that the Court grant its Motion to Compel and order appropriate sanctions against the Greek Orthodox Metropolis of Boston, including associated attorney's fees and costs.

| | |
|---|---|
| Dated: January 29, 2020 | Respectfully submitted,<br><br>REV. FR. EMMANUEL LEMELSON,<br>LEMELSON CAPITAL MANAGEMENT, LLC,<br>and THE AMVONA FUND, LP<br><br>By: */s/ Douglas S. Brooks*<br>Douglas S. Brooks (BBO No. 636697)<br>Brian J. Sullivan (BBO No. 676186)<br>LIBBYHOOPES, P.C.<br>399 Boylston Street<br>Boston, MA 02116<br>Tel.: (617) 338-9300<br>dbrooks@libbyhoopes.com<br>bsullivan@libbyhoopes.com |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that Defendants' counsel attempted to meet and confer with the Greek Orthodox Metropolis of Boston, sending emails on December 24, 2019, January 10, 2020, January 13, 2020, January 17, 2020, and January 28, 2020. The Greek Orthodox Metropolis of Boston, through Rev. Ted Barbas, represented it had legal counsel handling the matter, but repeatedly refused to provide the name of its purported legal counsel. On January 28, 2020, attorney Michael Sophocles contacted Brian J. Sullivan, counsel for Defendants. Mr. Sophocles indicated that he was retired, occasionally helped the Greek Orthodox Metropolis of Boston on matters *pro bono*, but that he did not necessarily represent the Greek Orthodox Metropolis of Boston in this matter. Mr. Sophocles stated that the withheld communications involved the Archdiocese of America and he would contact General Counsel for the Archdiocese of America to see how they wanted to handle the matter. I informed Mr. Sophocles that because this matter had lingered for over a month, we would be filing the Motion to Compel if we did not hear back from anyone by close of business on January 29, 2020. We have not been contacted by anyone from the Greek Orthodox Metropolis of Boston or the Greek Orthodox Archdiocese of America as of 5:00 p.m. on January 29, 2020.

*/s/ Brian J. Sullivan*
Brian J. Sullivan

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on January 29, 2020.

*/s/ Douglas S. Brooks*
Douglas S. Brooks