# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | ) Civil Action No. 1:18-cv-11926-PBS |
| Defendants, | ) |
| and | ) |
| THE AMVONA FUND, LP, | ) |
| Relief Defendant | ) |

## AFFIDAVIT OF DOUGLAS S. BROOKS IN SUPPORT OF DEFENDANTS' OPPOSITION TO THE SECURTIES AND EXCHANGE COMMISSION'S MOTION FOR PROTECTIVE ORDER

I, Douglas S. Brooks, hereby swear and declare as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and am counsel to Defendants Rev. Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson") ("Fr. Emmanuel") and Lemelson Capital Management, LLC, and Relief Defendant The Amvona Fund, LP.

2. On November 12, 2019, the Plaintiff, Securities and Exchange Commission (the "Commission") deposed Fr. Emmanuel. During the course of this deposition, the Commission asked a number of questions regarding Fr. Emmanuel's status, official title, and position within the Greek Orthodox Church.

3. Shortly after the deposition, counsel for the Commission told me that they planned to send a subpoena to the Greek Orthodox Metropolis of Boston. Counsel for the

Commission further stated that they had been informed that Fr. Emmanuel was not a Greek Orthodox Priest and that he had unsuccessfully applied to be ordained as a priest through the Greek Orthodox Metropolis of Boston. Counsel for the Commission stated that this information was relevant because it could be used to undermine Fr. Emmanuel's credibility. Counsel for the Commission asked if Defendants would object based on an assertion of privilege to the Commission issuing a subpoena seeking that information.

4. In the course of conversations with counsel for the Commission regarding the Greek Orthodox Metropolis of Boston, I assured counsel for the Commission that Fr. Emmanuel was, indeed, an ordained Greek Orthodox Priest and that he had never applied to the Greek Orthodox Metropolis of Boston for ordination. Counsel for the Commission noted that either Fr. Emmanuel or the person with whom they had communicated at the Greek Orthodox Metropolis of Boston was lying and that they doubted a non-party would commit a violation of 18 U.S.C. § 1001 by lying to a government investigator.

5. On December 4, 2019, in order to be certain that any subpoena to the Greek Orthodox Metropolis of Boston would seek the relevant documents, counsel for Defendants preempted the Commission by serving their own subpoena on the Greek Orthodox Metropolis of Boston (the "Subpoena"). A true and accurate copy of the Subpoena with the return of service is attached hereto as Exhibit 1.

6. On December 9, 2019, counsel for the Commission sent me a copy of an email exchange between counsel for the Commission and Rev. Barbas of the Greek Orthodox Metropolis of Boston. A true and accurate copy of the email with the relevant attachment is attached hereto as Exhibit 2.

7.      Defendants' counsel received the response from the Greek Orthodox Metropolis of Boston to the Subpoena on December 23, 2019 (the "Response"). A true and accurate copy of the Response is attached hereto as Exhibit 3.

8.      In the meantime, Defendants' counsel sent an email, dated January 3, 2020, to the Commission explaining the structure of the Greek Orthodox Church and detailing the history of Fr. Emmanuel's ordination as a priest in 2011 by a Hierarch of the Ecumenical Patriarchate of Constantinople, who is now the Archbishop of the Greek Orthodox Archdiocese of America. A true and correct copy of the January 3, 2020 email is attached hereto as Exhibit 4.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed: January 29, 2020                                            */s/ Douglas S. Brooks*
                                                                                       Douglas S. Brooks

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on January 29, 2020.

                                                                             */s/ Douglas S. Brooks*
                                                                             Douglas S. Brooks