# GREEK ORTHODOX METROPOLIS OF BOSTON
## ΙΕΡΑ ΜΗΤΡΟΠΟΛΙΣ ΒΟΣΤΩΝΗΣ

# Memorandum

**To:**      Attorney Brian J. Sullivan, LibbyHoopes, P.C.   399 Boylston St., Suite 600.  Boston, MA  02116

**From:**  Reverend Theodore  J. Barbas, Greek Orthodox Metropolis of Boston

**Date:  December 19, 2019**

**Re:     Subpoena To Produce Documents:  Regarding Gregory Lemelson**

---

**Attached herein are the following documents from the file of Gregory Lemelson as requested:**

1. Nov. 7, 2015:  Email Correspondence from Fr. Barbas to Joseph Truman, President St. George Greek Orthodox Church, Keene, NH
2. Oct. 23, 2019 & Dec. 4, 2019:  Email Correspondence from/to Fr. Barbas and Alfred Day, Senior Trial Counsel, U.S. Securities and Exchange Commission
3. Several media articles regarding E. Lemelson


**Privilege Log:  The following documents are Church-Administrative in nature and privileged as they are between Hierarchs and Chancellors of the Greek Orthodox Archdiocese of America and the Greek Orthodox Metropolis of Boston:**

1. Dec. 10, 2015.  Letter to Archbishop Demetrios from Metropolitan Methodios.  Re:  G. Lemelson
2. Dec. 10, 2015.  Email to Metropolitan Methodios from Fr. Barbas.  Re:  G. Lemelson
3. Dec. 10, 2015.  Email to Bishop Andonios from Fr. Barbas.  Re:  G. Lemelson


Any further questions may be directed to:

Metropolitan Ilias Katre

bishopilia@yahoo.com

775.848.6369


CC:     His Eminence Metropolitan Ilias Katre

          Alfred Day, Senior Trial Counsel, U.S. Securities and Exchange Commission

 Fr. Ted Barbas <fatherted@boston.goarch.org>

---

## Fwd: Letter from the Metropolitan
1 message

---

**Fr. Ted Barbas** <fatherted@boston.goarch.org>       Sat, Nov 7, 2015 at 11:37 PM
To: Joseph Truman <truman73@me.com>
Bcc: "Metropolitan Methodios, bostonis" <bostonis@yahoo.com>

Joe,
I hope you are well.

Please see the attached letter from the Metropolitan assigning the Rev. Dr. Eugen Pentiuc to the St. George Parish of Keene on a part-time basis.
Please share this letter with your parish council and with the parish at large.
Fr. Eugen is a wonderful person and a spiritually inspirational priest and leader.
We are most confident that he will serve your beloved Community well and that the St. George family will quickly embrace him and be inspired by him.
Being himself a professor of the Bible, he will bring to the community that same spirit of love, guidance and theological inspiration as did Fr. Ted Stylianopoulos. I ask you and the parish council to extend to him your loving welcome and work with him to build and strengthen the parish. You and I can discuss and work out the compensation and parameters for his service in Keene later this week.

Following up on our phone conversation, as I explained, Fr. Emmanuel Lemelson will no longer be attending or participating in services in Keene. His recent appearances on television and media outlets have caused much confusion and controversy. Fr. Lemelson is NOT a priest of the Greek Orthodox Archdiocese of America nor of the Metropolis of Boston. He belongs to the Metropolis of Switzerland and therefore was never a candidate for assignment to any parish here in America. The Metropolitan allowed him to fill in at parishes where there was a need, but only on a temporary basis. The controversy surrounding Fr. Lemelson's media attention is NOT the concern of the Keene parish community. He is more than able and equipped to respond to and handle these issues on his own. **The Metropolis is very concerned with the amount of attention that has been given to his personal issues in both the newsletters and on the website of the Keene parish. On behalf of the Metropolitan I ask that you immediately remove all links, videos and references to Fr. Lemelson and to the media attention is has sought.** To be clear, Fr. Lemelson did not ask for permission from the Metropolitan nor even respectfully inform the Metropolis of his intention to invite and bring a video crew and reporter from the WSJ into the St. George parish during a Liturgy. Nor did he request or receive permission to attend or participate in a political event for a Presidential candidate in Keene, let alone did he have the right or blessing to give a political speech at that event. **We request that this information and all references to Fr. Lemelson be immediately removed from both the parish website and the parish publications. If you have any questions or concerns regarding this, please call me.**

I extend to you the love and paternal blessings of His Eminence Metropolitan Methodios. We are excited about Fr. Pentiuc's assignment to your beloved Community and look forward to much spiritual growth and renewal under his pastoral guidance as he works closely with the Parish Council. God bless you and the members of the St. George parish family! Xronia Polla for the Feast of the Archangels.

With love in the Lord,
Father Ted

---

 **11.6.15 Letter to Kneen, NH re Fr. Pentiuc.pdf**
78K

 GREEK ORTHODOX
ARCHDIOCESE of AMERICA

Fr. Ted Barbas <fatherted@boston.goarch.org>

## Re: [EXT] RE: SEC v. Lemelson
1 message

**Fr. Ted Barbas** <fatherted@boston.goarch.org>                    Wed, Dec 4, 2019 at 2:43 PM
To: "Day, Alfred" <DayA@sec.gov>
Cc: "Jones, Marc" <JonesMarc@sec.gov>

Dear Al,
I hope you are well and that you had a nice Thanksgiving.
I apologize, but I just found this email in my spam folder when I was doing a related search.
I'm sorry that I never saw this before today and hence did not get you the contact info.

**The Albanian Orthodox Diocese is headed by**
**Metropolitan Ilias Katre.**
**His number is:  775.848.6369**
**His email is:**
bishopilia@yahoo.com

Please contact him regarding Lemelson.  He is under his spiritual jurisdiction.

I must make a correction for the record on your note below.
You state below:

Based on our conversation, I understand that Rev. Fr. Emmanuel Lemelson is not, and has never been, affiliated with the
Greek Orthodox Metropolis of Boston and that you have no records relating or referring to him (please confirm this last
point).  I further understand from our conversation that he applied to the Greek Orthodox Metropolis of Boston to be
ordained, but that application was declined.

Correction:  Although the 2nd sentence is TRUE, the first sentence is misleading and does not represent what I told you
on the phone.
Lemelson was NOT ordained by the Greek Orthodox Metropolis of Boston and therefore was never officially ASSIGNED
by us to any parish, however, he DID "fill-in" on occasion as needed and for an extended period of time was the "fill-in"
priest in Keene, NH.   He was NEVER officially assigned as he did not/does not belong to the Greek Orthodox
Archdiocese of America and/or the Greek Orthodox Metropolis of Boston.

I hope this clarifies the statement below.
Please let me know if I can be of any further assistance.
thank you
Father Ted

On Fri, Oct 25, 2019 at 9:33 AM Day, Alfred <DayA@sec.gov> wrote:

> Just following up on my email below, please let us know the contact information for the Albanian Orthodox Archdiocese
> at your earliest convenience.
>
> Thank you.

**From:** Day, Alfred
**Sent:** Wednesday, October 23, 2019 2:50 PM
**To:** 'fatherted@boston.goarch.org' <fatherted@boston.goarch.org>

**Cc:** Marc Jones (JonesMarc@SEC.gov) <JonesMarc@SEC.gov>
**Subject:** SEC v. Lemelson

Father Ted,

Thank you for speaking with me earlier today.  As I explained on the phone, I am trial counsel for the United States Securities and Exchange Commission in the above-captioned case pending in federal court in Boston.  Based on our conversation, I understand that Rev. Fr. Emmanuel Lemelson is not, and has never been, affiliated with the Greek Orthodox Metropolis of Boston and that you have no records relating or referring to him (please confirm this last point). I further understand from our conversation that he applied to the Greek Orthodox Metropolis of Boston to be ordained, but that application was declined.


You suggested that we contact the Albanian Orthodox Archdiocese.  I would appreciate it if you could provide any contact information that you may have for that organization by reply email.


Thank you.

Al

_____

Alfred A. Day

Senior Trial Counsel

U.S. Securities and Exchange Commission

(617) 573-4537



--
**Reverend Theodore J. Barbas**
*Chancellor*

**Greek Orthodox Metropolis of Boston**
*162 Goddard Avenue*
*Brookline, MA  02445*
*617.277.4742*
FatherTed@Boston.goarch.org
Boston.goarch.org

# Priest: Thou Shalt Make Money

By Rob Copeland

KEENE, N.H.—The Rev. Emmanuel Lemelson says his life changed forever when he discovered the good book.

That would be "The Intelligent Investor," Benjamin Graham's dense tome on the ins and outs of Wall Street investing.

There are thousands of hedge funds in the world, but only one is run by a traveling priest who boasts of his ability to "crash" stocks in between baptisms, funerals and Sunday sermons in this bucolic New Hampshire town.

"My whole life I always knew things before they happened. I guess it's just a gift from God," said Mr. Lemelson, 39 years old.

So far he is hardly the second coming of George Soros. His fledgling Amvona Fund LP is a blip in a $3 trillion universe where anyone can call themselves a hedge-fund manager, most anyone can market themselves as one and it is possible to operate with almost no official scrutiny.

This man of the cloth has earned enough—millions of dollars in the past few years for the firm's general partner-

ship, according to audited investor documents—to live a distinct double life.

Late last month, he donned his clerical collar to offer opening prayers and a personal blessing at a town-hall meeting here for Donald Trump, the Republican presidential candidate who has made raising taxes on hedge-fund managers a campaign centerpiece.

Mr. Lemelson said he didn't make Mr. Trump aware of his other profession. A spokeswoman for Mr. Trump declined to comment.

*Please see PRIEST page C2*



The Rev. Emmanuel Lemelson

---

# Think Ford

cents a year earlier. General Motors Co.'s solid results last week bode well and indicate where to look for strength: at home.

Ford earned all of its money in the U.S. in the first half of the year, more than offsetting losses in some other regions. The third quarter was exceptionally strong for U.S. auto sales overall, and Ford recently raised its estimate for industry sales in Europe.

With barely two months left in the year, it may bolster its full-year forecast of pretax profit, most recently at $8.5 billion to $9.5 billion. Analysts polled by FactSet already have moved their numbers to the top of that range.

At less than 8.2 times forward earnings, a 5% discount to its average of the past five years, Ford shares look attractive and would be even more so if Tuesday's results spur upgrades.

It is time for an EcoBoost.

*Email: tape@wsj.com*

## INVESTI

*what's*



### HELPING MILLIONS INVEST FOR A BRIGH

Wherever your children's dream need smart investments to help more than 65 years, our disc investment approach has helped achieve what's next.

To learn more, contact your fina
franklintempleton.com/Whats

*You should carefully consider a f this and other information in the financial advisor. Please read a p All investments involve risks, ind © 2015 Franklin Templeton Distribu*

# PRIEST

*Continued from page C1*

Like many would-be Wall Street stars, Mr. Lemelson considers himself a disciple of financial near-deities—value investors like Warren Buffett. Their overriding commandment: Thou shalt not overpay.

Three-year-old Amvona manages around $20 million, or double that including the use of leverage, or borrowed money. It charges a 25% performance fee—well above the hedge-fund norm.

Mr. Lemelson usually wagers on relatively unknown individual stocks rising, like seismic-equipment-technology maker Geospace Technologies Corp. That has been a winning strategy for a few years running as small-capitalization stocks saw steady gains. It returned a total of 150% from inception to mid-2015, according to audited returns and investment documents, roughly triple the pace of the S&P 500, including dividends, during the same period.

Eager to expand, Mr. Lemelson took the unusual step last year of issuing a press release lauding that his was among the top five funds in the BarclayHedge database that ranks hedge-fund managers by their performance.

Amvona's biggest position, Apple Inc., however, has been under fire in recent months and the manager is now suffering his first extended string of losses, people familiar with the matter said. The fund was down 3% in the first half of this year and had lost double-digits percentagewise at a point last month. The fund stopped reporting performance to BarclayHedge this summer.

Mr. Lemelson said he asks his investors, who include 14 families, to follow two rules: Pray for the fund and disregard short-term performance. He won't discuss investment results past June.

"I don't know everything he invests in, and I don't want to know," said Bob Resinger, a retired telecommunications



The Rev. Emmanuel Lemelson usually wagers on relatively unknown individual stocks rising.

manager and investor in the fund. He said he trusts Mr. Lemelson because of "what he stands for."

Hedge funds with under $150 million in assets are exempt from regular compliance examinations from the Securities and Exchange Commission.

The reverend was born Gregory Lemelson to a Jewish father and Christian mother. Inspired by a college professor who was a priest, he attended seminary at the Holy Cross Greek Orthodox School of Theology to become a priest.

He was ordained years later by a Turkish archbishop, who later invested his church's money in the Amvona fund.

"He doesn't belong to us," said Chancellor Theodore Barbas of the Boston Metropolis, which oversees the faith in New England. Mr. Barbas said he has at times allowed Mr. Lemelson to fill in temporarily at New England churches that don't have a full-time priest.

The reverend's capitalist turn has some detractors.

"He's not paying much attention to the Fathers of the Church, all of whom said it was very dangerous to be

rich," said Vanderbilt Divinity School professor Douglas Meeks, a Methodist minister. "He shouldn't trade on his priestly or pastoral position."

The Saint George Greek Orthodox Church here in Keene, where a wheezing window air conditioner strains to cool the sanctuary, has hosted Mr. Lemelson on and off for a few months. Until recently, parishioners were mostly confused as to how exactly the priest spends his spare time.

"What does he do?" asked Maria Bradshaw, a 55-year-old homemaker, shortly after Mr. Lemelson, clad in a gold robe, passed out Antidotum, or blessed bread, at the front of the congregation. She searched for the right word to describe a rumor she'd heard. "Capital?"

There were some signs of his wealth. Mr. Lemelson recently put up for sale his custom-built 7,000-square foot suburban Boston mansion after a five-year legal fight over the mortgage. His wife makes the 90-minute drive to Keene in a white Cadillac Escalade sport-utility vehicle. He collects motorcycles. He doesn't follow up if the church forgets

to pay his $300 weekly honorarium every so often.

"Let's not be poor because we're pretending to be pious when we really just couldn't figure out how to make a better living," he said.

Mr. Lemelson has spent much of his life looking to make a better living. Before ordination, he ran a website also called Amvona, selling discount photography equipment manufactured in China. Amvona was sued in 2004 for copying a competitor's patents; two years later, Amvona accepted an offer of judgment against it and paid to end the case, court documents show.

Greek Orthodox priests are allowed to be married and hold secondary jobs. Mr. Lemelson, who is married with four children, said he couldn't afford to stay in the clergy without his hedge-fund gig. He recalled the moment when he became serious about investing.

"I said, 'They are going to have to bar me from the securities markets, because I would make too much money,'" he said.

He paused. "I'm not humble. I wish I were."

SHIHO FUKADA FOR THE WALL STREET JOURNAL

# Δημοσίευμα της «WSJ» για Ορθόδοξο χρηματιστή ιερέα

Συνέχεια από τη σελίδα 1

πτει από το επίσημο δελτίο της κοινότητας του Αγίου Γεωργίου του Κεενε Νιου Χαμσάιρ, όπου μάλιστα εικονίζεται σε φωτογραφία να θυμιάζει, είναι σε καθεστώς απόσπασης (on loan) από την Ιερή Μητρόπολη Ελβετίας του Οικουμενικού Πατριαρχείου όπου υπηρέτησε στο Lugano. Προηγουμένως ήταν ιερεύς της Αλβανικής Ορθόδοξης Εκκλησίας στη Βοστώνη, ενώ έχει υπηρετήσει και σε άλλες Εκκλησίες της Μητρόπολης Βοστώνης.

Στο δημοσίευμα παρατίθεται δήλωση του ιερέα Θεοδώρου Μπάρμπα, πρωτοσυγκελεύοντος της Μητρόπολης Βοστώνης, ο οποίος είπε ότι ο Λέμελσον «δεν ανήκει σε μας», αλλά πως του επιτρέπει μερικές φορές να ιερουργεί σε κοινότητες της Νέας Αγγλίας οι οποίες δεν έχουν μόνιμο ιερέα.

Το κοσμικό όνομά του ήταν Γρηγόρης Λέμελσον, ο πατέρας του ήταν Εβραίος και η μητέρα του Χριστιανή Ορθόδοξη. Τον ενέπνευσε κάποιος ιερωμένος καθηγητής κολεγίου και εισήχθη στη Θεολογική Σχολή του Τιμίου Σταυρού για να γίνει ιερεύς.

Στο δημοσίευμα αναφέρεται ότι χειροτονήθηκε έπειτα από χρόνια από κάποιον Τούρκο Αρχιεπίσκοπο, ο οποίος αργότερα επένδυσε τα χρήματα της Εκκλησίας του στο Amvona fund. Τονίζεται ότι πρόκειται για τον Μη-



Ο ιερέας Εμμανουήλ Λέμελσον ο οποίος ιερουργεί στην κοινότητα του Κεενε Νιου Χαμσάιρ, σε στάση περισυλλογής στο γραφείο του. Επίσης είναι διαχειριστής του Amvona Hedge- Fund.

τροπολίτη Προύσης κ. Ελπιδοφόρο.

Το Amvona από την εκκλησιαστική λέξη Αμβωνας, διαχειρίζεται ποσά ύψους $20 εκατομμυρίων και χρεώνει 25% για αμοιβή κατά πολύ πιο ακριβό από τα κανονικά ποσά αμοιβής. Ο π. Λέμελσον είπε ότι λέγει στους επενδυτές του στους οποίους συμπεριλαμβάνονται 14 οικογένειες να ακολουθούν δύο κανόνες, τους εξής: «να προσεύχεστε για το fund και να μη δίνετε σημασία στη βραχυπρόθεσμη κίνησή του».

# Δημοσίευμα «WSJ» για Ορθόδοξο χρηματιστή ιερέα

ΝΕΑ ΥΟΡΚΗ. Η εφημερίδα «Wall Street Journal» αφιέρωσε χτες εκτενές δημοσίευμα στον ιερέα Εμμανουήλ Λέμελσον ο οποίος παράλληλα είναι και διαχειριστής Χρηματικών Ταμείων Υψηλού Κινδύνου γνωστά ως hedge - funds. Πρόκειται για τον ίδιο πληρικό ο οποίος πριν με-ρικές μέρες ευλόγησε τον Προ-εθνικό υπουργείο Ντόναλντ Τραμπ. Ιερουργεί τις Κυριακές και τις μεγάλες γιορτές στον Ελ-ληνορθόδοξο ιερό ναό του Αγίου Γεωργίου στην ομώνυμο κοινό-τητα στην πόλη Κεεπε του Νιου Χαμσάιρ, η οποία ανήκει στην εκκλησιαστική επαρχία της Μητρόπολης Βοστώνης.

Ο π. Λέμελσον δήλωσε στην «WSJ» πως η ζωή του άλλαξε για πάντα όταν ανακάλυψε το καλό βιβλίο «Ο Έξυπνος Επενδυτής» (The Intelligent Investor) του Benjamin Graham για τα μέσα έξω των επενδύσεων της Wall Street.

Στο δημοσίευμα αναγράφε-ται πως υπάρχουν χιλιάδες hed-ge funds στον κόσμο αλλά μόνο ένα διευθύνεται από έναν ταξι-δεύοντα ιερέα, ο οποίος κάνει χρήσει τις ικανότητές του να παρακολουθεί τις μετοχές μετα-ξύ βαπτίσεων, κηδειών και κη-ρυγμάτων στην ποιμενική πόλη του Κεεπε, Νιου Χαμσάιρ.

Ο ίδιος ο π. Λέμελσον, ο οποίος είναι σήμερα 39 ετών, έγκυρος με κοπελιά καταγόμενη από την Αλβανία και πατέρας τριών τέκνων, λέγο ως πολύ είπε ότι διαθέτει προορισμικό χάρι-σμα. Συγκεκριμένα, δήλωσε στην «WSJ» πως «σ' όλη μου τη ζωή γνώριζα πάντοτε τα πράγ-ματα πριν από τον θεό.

Αναγράφεται στο δημοσίευ-μα πως μέχρι τώρα δύσκολα ο π. Λέμελσον έρχεται δεύτερος μετά τον Τζορτζ Σόρο. Το Am-vona Fund LP δεν είναι τίποτε μπροστά στα $3 τρισεκατομμύ-ρια που υπάρχουν παγκοσμίως όπου οποιδήποτε που απουλκαέ τον εαυτό του μάνατζερ hedge fund -σχεδόν όλοι μπορούν να εμφανιστούν ως μάνατζερς και να το λειτουργούν- χωρίς οπε-δόν καμία εξέταση αναφορικά με το αν πληρούν ή όχι τις προ-ϋποθέσεις.

Αυτός ο άνθρωπος με την ιε-ρή αμφίεση έχει βγάλει αρκετά εκατομμύρια δολάρια κατά τα λίγα προηγούμενα χρόνια που μπορεί να ζει μια ξεχωριστή δι-πλή ζωή.

Ο π. Λέμελσον, όπως προσθ-

Συνέχεια στη σελίδα 5

# Forbes

## Do You Think the Market Is Headed for a Fall?

If you have a $1,000,000 portfolio, you should download the latest report by *Forbes* columnist Ken Fisher. In it he tells you where he thinks the stock market is headed, and why. This must-read report includes his latest stock market prediction, plus research and analysis you can use in your portfolio right now. Don't miss it!

### Click Here to Download Your Report!

FISHER INVESTMENTS®



**Antoine Gara** Forbes Staff
*I cover the good, the bad and the ugly of finance.*

INVESTING    10/27/2015 @ 2:01PM    3,313 views

# The WSJ's Hedge Fund Priest Has A Terrible Trade Under His Robe

The *Wall Street Journal* has a nice profile of Emmanuel Lemelson, a priest in the St. George Greek Orthodox Church in Keene, NH who claims to be quite the hedge fund manager, returning 150%* between his funds launch about three years ago and mid-2015. Lemelson's best skill appears to be finding overvalued stocks to bet against and that mint money when they crash.

In the case of World Wrestling Entertainment, Lemelson published a report on March 17, 2014 outlining a short investment in the wrestling stock — the timing came almost to the day of WWE's all-time high — and weeks later he said he covered the short. Lemelson then said he went long WWE on May 16 with the stock trading at multi-year lows around $11 a share. An October 2014 press release celebrated the trading coup and his fund's performance, claiming it returned 257% on a gross basis and 160% net of fees since inception in September 2012.

The *WSJ's* report, which pegs Lemelson's performance fee at 25%, now has the returns of his Amvona Fund at 150% through mid-2015. It also notes the fund was down 3% through mid-year, and may be down double digits percentagewise as of September, citing unnamed sources. The *WSJ* identifies some other concerning developments. Lemelson stopped reporting the performance of his Amvona Fund to BarclayHedge this summer, roughly a year after he said BarclayHedge named it "the world's top-performing "long bias" fund for August 2014."

But it's the short trades Lemelson doesn't want to talk about anymore, which should make investors question whether he's really as good as he says he is.

## Credit Suisse Long Short

X-Links Long Short Equity ETNs. Factor-based L/S Strategy.

"My whole life I always knew things before they happened. I guess it's just a gift from God," Lemelson tells the *WSJ* when speaking about his uncanny ability to bet against stocks at their most overvalued prices.

That's not what happened with Home Loan Servicing Solutions, a short trade Lemelson publicized this year to FORBES as a home run - another gift of God so to speak – but will no longer discuss.

I began covering HLSS in late 2014 as the mortgage servicing empire created by former billionaire Bill Erbey began to unravel amid regulatory pressure and scrutiny into its web of publicly-traded related parties.

HLSS was one of the stocks in Erbey's empire, which also included Ocwen Financial, Altisource Portfolio Solutions, Altisource Residential and Altisource Asset Management. HLSS was formed to buy mortgage servicing rights and was one of the big engines behind Ocwen's post-crisis rise into the nation's largest servicer of subprime mortgages.

On Jan. 23 the world's of HLSS and Ocwen were rocked when BlueMountain Capital, a savvy hedge fund with an expertise in distressed credit, unveiled a short trade against both companies and claimed a default against an HLSS Servicer Advance Receivables Trust note. The trade was meant to cut off financing to Ocwen and HLSS, putting them out of business. BlueMountain's campaign also had the support of some major bondholders in the RMBS market who were upset with Ocwen's servicing practices.

The disclosure of BlueMountain's short sent HLSS shares tumbling from above $15 to below $13 in a matter of days. This is where Lemelson comes in.

According to an email Lemelson sent to FORBES and other financial journalists, he shorted HLSS at an average price of $12.89 a share on Jan. 26. When the company's shares plunged below 70-cents apiece at the market open on Apr. 28, Lemelson claimed in the email he'd made an over 90% profit in a matter of months. But the story has a major problem.

HLSS didn't crash after Lemelson put his Jan. 26 short trade on. It surged.

On Feb. 22  New Residential, a real estate investment pool chaired by Fortress's Wes Edens announced a $18.25 a share cash takeover of HLSS that valued the company at $1.3 billion. Then, amid some investor ire over the purchase price and continued pressure from both BlueMountain's default campaign and general bondholder disquiet, New Residential and HLSS re-worked the deal to get it done expeditiously.

On Apr. 6 both firms tore up the $18.25 a share takeover and unveiled an asset purchase agreement where New Residential would pay $17.08 per HLSS share, comprised of $1 billion in cash and 28.2 million newly issued New Residential shares. A major feature of the new deal was it didn't require shareholder approval.

BOSTON,
YOU KNOW
WINTER.
SO DO WE.

To effectuate the transaction HLSS said on April 10 its board would pay a liquidating distribution of $16.613 in cash on April 27 to shareholders of record as of April 20 — a remaining $50 million would sit with HLSS to cover liquidation costs.

That's exactly what happened.

After the market close on April 27 HLSS shareholders received their $16.613 cash payment and when the stock opened on April 28, it tumbled over 90% to open at less than 70-cents. Shortly thereafter Lemelson, in an email, celebrated a big payout on his HLSS short trade. Apparently, he was unaware of the cash distribution.

When I asked Lemelson by email if he had to pay out the $16.613 distribution given his borrowing of HLSS stock as part of the short trade, he didn't reply. In the following days I sent a follow up email. I also spoke with an investor relations representative to confirm there'd be no way to avoid the distribution if you owned shares on April 27. We both speculated maybe Lemelson's celebration was premature and he'd realize at a future settlement date the short trade actually backfired. I moved on to other stories.

Seeing the *WSJ's* profile, its celebration of Lemelson as someone with the ability to "crash stocks," reminded me of the HLSS trade. This morning I called Lemelson to ask if his HLSS short actually had paid off, or if he'd suffered a loss covering the $16.613 dividend.

I mentioned the email he'd sent in April and my follow up questions. Politely, Lemelson asked me to email over my questions. After I pressed for an answer, he hung up. He hasn't responded to my email.

\* An earlier version of this article referenced a 150% return since inception as gross. According to Lemelson the fund's returns were 246.44% gross and 150% net over the time period.

**Read More: The Gospel Of Greed: How Sardar Biglari Paid Himself $34 Million Despite Lousy Fund Returns**

America's Richest Hedge Fund Managers

**RECOMMENDED BY FORBES**

Hedge Funds Pump Up Mass Torts With Loans, Advertising

Billionaire David Einhorn's Hedge Fund Is Down 16.9% In 2015

Billionaire Bill Ackman's Hedge Fund Plunges 12.5% in September

Hedge Fund Star David Einhorn's Biggest Recent Hits and Misses

The World's Highest-Paid Musicians of 2015

Walmart Drops An Atomic Bomb On Its Apple Pay Competitor

The 10 Most Underemployed College Majors Right Now

Martin Shkreli: 'I Would've Raised Prices Higher'

This article is available online at: http://onforb.es/1MRfZFZ                      2015 Forbes.com LLC™   All Rights Reserved

12/10/2015     Lemelson Capital Management Releases Response to Wall Street Journal Profile -- MARLBOROUGH, Mass., Nov. 2, 2015 /PRNewswire/ --

Case 1:18-cv-11926-PBS    Document 60-3    Filed 01/29/20    Page 13 of 24

 (http://www.prnewswire.com/)      PRINT THIS

# Lemelson Capital Management Releases Response to Wall Street Journal Profile

Letter to Wall Street Journal Editor Daniel Fitzpatrick Describes October 27 Profile on Emmanuel Lemelson as "Directory of Fallacies"

MARLBOROUGH, Mass., Nov. 2, 2015 /PRNewswire/ -- Lemelson Capital Management, a private investment management firm, today released the first of two letters to *The Wall Street Journal*, addressing systematic factual errors, biases and major errors of omission contained in the newspaper's October 27, 2015 profile of Lemelson Capital Management chief investment officer Emmanuel Lemelson.

The first letter, sent to *Wall Street Journal* editor Daniel Fitzpatrick who oversaw the reporting of reporter Rob Copeland, who authored the article, appears below:

November 2, 2015

Mr. Daniel Fitzpatrick
The Wall Street Journal
1211 Avenue of the Americas
New York, NY 10036

Dear Mr. Fitzpatrick:

Rob Copeland's recent *Wall Street Journal* article ("Hedge Fund Priest: Though Shall Make Money," p. C1, Oct. 27, 2015) reads like a directory of fallacies. Inductive reasoning is used throughout to shift between affirming the consequent, begging the question, poisoning the well and equivocation to set up both false causes and false dilemmas in his story.

Mr. Copeland conveyed his understanding that participation in the endeavor was predicated on the article being focused of the life of the church, or alternatively the importance of wise investment policy within the context of a Christian ethic.

Mr. Copeland was given access based on his representations that, as his editor, you (a self-declared faithful Christian respectful of the church) would be overseeing every aspect of the story. I was surprised to learn subsequently that, like so many other misrepresentations, you had not been

12/10/2015     Lemelson Capital Management Releases Response to Wall Street Journal Profile -- MARLBOROUGH, Mass., Nov. 2, 2015 /PRNewswire/ --

Case 1:18-cv-11926-PBS     Document 60-3     Filed 01/29/20     Page 14 of 24

presented with any of the background correspondence related to the article.

What was published was a thinly-veiled ad hominem attack based apparently on Mr. Copeland's personal feelings, the insinuation and innuendo of which are wholly unsupported by evidence.

Major errors of omission, mischaracterizations and altered quotes, which I will be detailing under separate cover, are used throughout his article.

Mr. Copeland went to great lengths to suppress evidence –that is, to present only the pieces of evidence that supported his underlying thesis, while omitting the ones that contradicted it – in an effort to draw readers to his personal conclusions.

On two occasions, including during a phone conversation a few days before the article's publication, Mr. Copeland stated that he had the ability to assign negative readership opinion to subjects if he did not get what he wanted (in this case, material non-public information on The Amvona Fund, LP), going as far as to represent that he already had the information he was seeking when he did not.

Is this the standard of reporting and ethical principles to which *The Wall Street Journal* aspires?

+ Emmanuel Lemelson


### About Lemelson Capital Management

Lemelson Capital Management, LLC is a private investment management firm focused on deep value and special situation investments.  For more information, see: http://www.lemelsoncapital.com (http://www.lemelsoncapital.com/).

### For further information, please contact:

Lemelson Capital Management, LLC
Investor and Media Relations
Telephone: 508-630-2281

SOURCE Lemelson Capital Management


RELATED LINKS
http://www.lemelsoncapital.com/ (http://www.lemelsoncapital.com/)


Find this article at:
http://www.prnewswire.com/news-releases/lemelson-capital-management-releases-response-to-wall-street-journal-profile-300170270.html

12/10/2015  Lemelson Capital Management: Profile In Wall Street Journal Was 'Extraordinarily Error-Laden' And A 'Directory Of Fallacies'

Case 1:18-cv-11926-PBS   Document 60-3   Filed 01/29/20   Page 15 of 24

# Lemelson Capital Management: Profile In Wall Street Journal Was 'Extraordinarily Error-Laden' And A 'Directory Of Fallacies'

11/04/15 02:34 PM EST

Pictured above, Wall Street Journal reporter Rob Copeland with Rev. Emmanuel Lemelson.

On October 28, The Wall Street Journal published an article detailing Rev. Emmanuel Lemelson and Lemelson Capital Management titled, "**Hedge-Fund Priest: Thou Shalt Make Money.**" The article discussed Apple Inc. (NASDAQ: AAPL), Geospace Technologies Corporation (NASDAQ: GEOS) and the firm's strategy. The investment manager has since published two responses to the story, calling it a "directory of fallacies." The second letter details what the firm says are 14 major factual errors and omissions.

Those letters are republished below, with permission. The WSJ's video interview with Rev. Lemelson is embedded below.

WSJ Video

Letter One

November 2, 2015

Mr. Daniel Fitzpatrick
The Wall Street Journal
1211 Avenue of the Americas
New York, NY 10036

Dear Mr. Fitzpatrick:

Rob Copeland's recent Wall Street Journal article ("Hedge Fund Priest: Though Shall Make Money," p. C1, Oct. 27, 2015) reads like a directory of fallacies. Inductive reasoning is used throughout to shift between affirming the consequent, begging the question, poisoning the well and equivocation to set up both false causes and false dilemmas in his story.

Mr. Copeland conveyed his understanding that participation in the endeavor was predicated on the article being focused of the life of the church, or alternatively the importance of wise investment policy within the context of a Christian ethic.

Mr. Copeland was given access based on his representations that, as his editor, you (a self-declared faithful Christian respectful of the church) would be overseeing every aspect of the story. I was surprised to learn subsequently that, like so many other misrepresentations, you had not been presented with any of the background correspondence related to the article.

What was published was a thinly-veiled ad hominem attack based apparently on Mr. Copeland's personal feelings, the insinuation and innuendo of which are wholly unsupported by evidence.

Major errors of omission, mischaracterizations and altered quotes, which I will be detailing under separate cover, are used throughout his article.

Mr. Copeland went to great lengths to suppress evidence –that is, to present only the pieces of evidence that supported his underlying thesis, while omitting the ones that contradicted it – in an effort to draw readers to his personal conclusions.

On two occasions, including during a phone conversation a few days before the article's publication, Mr. Copeland stated that he had the ability to assign negative readership opinion to subjects if he did not get what he wanted (in this case, material non-public information on The Amvona Fund, LP), going as far as to represent that he already had the information he was seeking when he did not.

Is this the standard of reporting and ethical principles to which The Wall Street Journal aspires?

+ Emmanuel Lemelson

Letter Two

November 2, 2015

Mr. Daniel Fitzpatrick
The Wall Street Journal
1211 Avenue of the Americas
New York, NY 10036

Dear Mr. Fitzpatrick:

Rob Copeland's recent Wall Street Journal article ("Hedge Fund Priest: Thou Shalt Make Money," p. C1, Oct. 27, 2015) contains dozens of factual errors, misstatements and major errors of omission amongst a litany of insinuation and innuendo. Among them are these fourteen significant errors (in order of appearance within the article):

1.) Mr. Copeland wrongly insinuates that I labeled Benjamin Graham's book, The Intelligent Investor, "the good book." I never used that phrase, which of course is commonly associated with the Bible.

2.) I have never boasted of "crashing stocks" in between sacraments, as he reports, and in fact would never allow my service to the church and the faithful to be interrupted by my lay vocation. He describes me as a "traveling priest," but that too is wrong. I have been assigned for the past six months to a parish in Keene, New Hampshire, where I have served continuously. I also have served the Greek Orthodox Metropolis of Boston without interruption for the last 18 months.

3.) He maligns my lay vocation as a hedge fund manager with an allegation that the hedge fund industry "operates with almost no official scrutiny." That's also not true. The Amvona Fund, LP, like all funds in the industry, is regulated by the Securities and Exchange Commission (SEC) and we adhere rigorously to its extensive reporting, accountability and transparency standards. This year, we expect to spend at least $70,000 on outside legal and compliance fees to ensure we meet these regulatory requirements. We also are governed by numerous state regulations where we have investors.

4.) Mr. Copeland oddly and inaccurately charges that I "live a distinct double life." That would be surprising to anyone who knows me professionally or personally. My investors and hedge fund colleagues are fully aware of and have been supportive of my role in the Greek Orthodox

Church, while my work as a hedge fund manager and as founder and president of The Lantern Foundation has been encouraged by the church. In fact, I even stated in my taped interview with The Wall Street Journal, in response to a question, that I am not living a double life and that every aspect of my life has been completely open to all. No aspect of my life is secret, illegal or immoral, or otherwise representative of anything warranting the disparaging label of someone "living a double life," as Mr. Copeland wrongly reports.

5.) He writes inaccurately that I am a disciple of Warren Buffett, who he heretically labels a "near deity." In fact, as I state clearly in the video interview I conducted with The Wall Street Journal (but which was omitted from The Wall Street Journal's final video edit), I do not agree with Buffett, much less consider myself a "disciple" of him. By using theological terms such as "deities" and "disciples" to describe secular topics, he demeans my religion and person.

Mr. Copeland writes that The Amvona Fund charges a performance fee that "is well above the hedge fund norm." That's also not true. But it is true (which he fails to report) that The Amvona Fund management fee of a mere one percent (which does not even cover the full expense of operating the general partner) is considerably below industry averages, which are roughly twice that of The Amvona Fund. Additionally, in attempting to wrongly depict the fund as having higher than normal fees, he fails to mention that the fund's performance allocation is subject to an extremely investor-friendly six percent hurdle rate, which is nearly unheard of in the industry.

6.) He writes that The Amvona Fund "usually wagers on relatively unknown individual stocks rising." That's also inaccurate. Every single one of the fund's long investments is in public equities traded on one of the world's two major stock exchanges, the New York Stock Exchange (NYSE) and NASDAQ. Additionally, the overwhelming proportion of the fund's realized and unrealized gains have come either from highly successful investments in highly recognizable large-capitalization stocks or from selling short common equities.

7.) I have never said I was "eager to expand," as Mr. Copeland inaccurately reports. In fact, I have said repeatedly that the fund has long considered closing to new investors (see "High-Flying Fund May Bar Entry, Hedge Fund Alert, August 20, 2014, for instance). Then, instead of simply reporting that The Amvona Fund was ranked number one in its performance category, he reports on this fact in a manner apparently designed to cast doubt on its accuracy. He cites what he labels our "unusual step" of issuing a press release on the designation, which is not at all unusual (investment firms routinely announce their performance awards and designations). He also wrongly reports that we stated in this press release that The Amvona Fund was "among the top five funds in the BarclayHedge database that ranks hedge fund managers by their performance." But neither that phrase, nor any reference to any "top five" designation, appears anywhere in the press release or BarclayHedge's results report he references.

8.) Mr. Copeland wrongly describes the fund's largest position, Apple, Inc. as "under fire." In fact, year-to-date through the day of Mr. Copeland's article, Apple has outperformed the benchmark S & P 500 by nine-fold (863%). He writes that The Amvona Fund is now suffering its "first extended period of losses, people familiar with the matter said." No such people exist. No one beyond myself, as the fund's manager, has interim performance results, and the fund's performance is not reported publicly or selectively to anyone until the respective reporting period has ended. Either the source Mr. Copeland references is contrived by him, or is misleadingly representing having access to information not in their possession.

9.) I have never indicated to investors, as Mr. Copeland reports, that they must follow two

12/10/2015    Lemelson Capital Management Profile In Wall Street Journal Was 'Extraordinarily Error-Laden' And A Director Of Fallacies'

Case 1:18-cv-11926-PBS   Document 60-3   Filed 01/29/20   Page 18 of 24

rules: "pray for the fund and disregard short-term performance." He also states that I refused to provide him with The Amvona Fund's performance since June 2015. That is true but not at all unusual and entirely consistent with our standard performance reporting practices, as he was made aware. The fund reports its results semi-annually and does not, as most funds do not, provide piecemeal results for its reporting periods. But Mr. Copeland instead attempts to project that I am somehow concealing performance results from him or the public, which obviously is not the case. Our second half 2015 results will be released shortly following the completion of the performance period on December 31, in keeping with our performance disclosure schedule. The performance for all of our previous reporting periods has been announced and released publicly and was readily available to Mr. Copeland.

10.) He writes inaccurately that I "was ordained years later by a Turkish archbishop, who later invested his church's money in The Amvona Fund." The archbishop has never invested in the fund. Additionally, he bestows the title of "Turkish Archbishop" on the archbishop, a position that does not even exist.

11.) Mr. Copeland went to extensive lengths to interview many of my colleagues in the fields of finance, investing and faith--and then proceeded to quote almost none of them. He instead found an obscure Nashville, Tennessee-based academic who I have never met and knows nothing of me or my work and has no affiliation with the investment profession or the Greek Orthodox Church to provide an inaccurate and critical view about the combination of my two professions. This academic subsequently emailed me, stating that his quote had been "skewed" by Mr. Copeland. Interestingly, the university with which this academic is affiliated, Vanderbilt University, has repeatedly expressed interest in potentially investing in The Amvona Fund.

12.) He goes to great lengths to wrongly malign me inaccurately as materialistic, reporting incorrectly that I "collect motorcycles." I have one motorcycle given to me as a gift by my wife and am not now and have never been a collector of motorcycles. Even more troubling, there was no room for misinterpretation of this fact. It was pointed out to him both in our interviews and in subsequent email communication.

This effort to depict me inaccurately as living some sort of lavish life, presumably conflicting with my role as a religious authority, is further debunked by the very interview The Wall Street Journal filmed. In it, I spoke of how little our home in Southborough means to us, and how much happier we were living in a modest home in Switzerland up until last year that had no modern amenities. I further cited St. John Chrysostom, a father of the Church, who taught that "wealth is not the problem, but the arrogance that often accompanies it, and conversely poverty is not a blessing, but the humility which often accompanies it is." Yet these quotes were also omitted, so that a "skewed" quote from someone who never met me could suggest I had overlooked the church fathers could be included.

Building further on this inaccurate depiction of me, he quotes me as saying, "Let's not be poor because we're pretending to be pious, when we really just couldn't figure out how to make a better living." I never said that.

13.) Mr. Copeland references 2004 litigation, writing that my company, Amvona, "accepted an offer of judgment against it and paid to end the case, court documents show." That also is false. Amvona did not pay to settle the matter. Amvona was ultimately paid $100,000 to resolve the dispute, and those proceeds were subsequently donated to charity. Mr. Copeland was provided with all of the documents necessary to report correctly on this matter and simply chose not to

Case 1:18-cv-11926-PBS   Document 60-3   Filed 01/29/20   Page 19 of 24

(see "Amvona Pledges Award to Charity," February 22, 2013).

14.) I never referred to my work in security analysis and writing on investment philosophy, as he reports, as "a hedge fund gig." Mr. Copeland quotes me as saying: "They are going to have to bar me from the securities markets because I would make too much money." I never said this either, and it seems to be part of a broader misrepresentation projected throughout the article of my compensation as The Amvona Fund's chief investment officer.

There also was no room for misinterpretation regarding my compensation. As was made aware to Mr. Copeland both verbally, by email and in KPMG-audited financial statements provided to him (but which he chose to omit citing), my entire and only compensation as the fund's chief investment officer is my compensation of $100,000 annually, which (after taxes) is roughly $60,000 annually. I receive no performance or other compensation from the fund and likely am (by design) one of the world's lowest compensated hedge fund managers in the industry (even though our fund is among its top performing). There is good reason for this too: My motivation for starting The Amvona Fund was never to accumulate wealth for myself but to use my investment knowledge and skills to help those who have invested in the fund by teaching, and to earn enough so that I may be able to serve parishes that cannot afford a regular priest. These motivations are clearly outlined in the Fund's 2012 annual report, which also was provided to Mr. Copeland.

I am not aware of any "techniques" from "corporate raiders in decades past," as Mr. Copeland reports, so this comment too is contrived by Mr. Copeland to meet the larger inaccurate depiction he sought to report.

This is an extraordinarily error-laden article that projects an utterly inaccurate view of The Amvona Fund, LP and its manager. Not mentioned by Mr. Copeland: Amongst other recognitions, The Amvona Fund has twice been named by Barron's (owned by the The Wall Street Journal's parent company) as the world's top performing hedge fund, or that our compounded annual rate of return since inception through our last reporting period is 38.23 percent net of all fees and expenses, placing The Amvona Fund as one of world's top-performing funds for this period.

+ Emmanuel Lemelson

Benzinga contacted Dow Jones, owner of Wall Street Journal, and a spokesperson said "we stand by our story."

© 2015 Benzinga.com. Benzinga does not provide investment advice. All rights reserved.



Rev. Lemelson is a man of God, and of Wall Street too.

# This Hedge Fund Priest Relies on God, Wall St.

The Rev. Emmanuel Lemelson, now serving in the small New Hampshire town ofKeene, says he has a gift from God: a double visionary who works for the Greek Orthodox Church and is adept enough at investing to run his own hedge fund.

Lemelson said he asks his investors, who include 14 families, to follow two rules: Pray for the fund and disregard short-term performance, and most abide by and believe in him, especially as he outperformed market indicators until one of his bets, Apple, began taking hits.

His method: pray for the fund and disregard short-term performance. "I don't know everything he invests in, and I don't want to know," Bob Resinger, a retired telecommunications manager and investor in the fund, said in a Wall Street Journal feature. He said he trusts Mr. Lemelson because of "what he stands for."

Lemelson is a bit of an enigma in the community and the Archdiocese of Boston said he's not fully sanctioned. "He doesn't belong to us," Chancellor Theodore Barbas told the paper although he said Lemelson has been allowed to fill in temporarily at New England Greek churches.

The Saint George Greek Orthodox Church in Keene has hosted Rev. Lemelson on and off for a few months. Until recently, parishioners were mostly confused as to how exactly the priest spends his spare time.

"What does he do?" asked Marla Bradshaw, a 55-year-old homemaker, shortly after Mr. Lemelson, clad in a gold robe, passed out Antidoron, or blessed bread, at the front of the congregation. She searched for the right word to describe a rumor she'd heard. "Capital?"

What he does is invest, and well. "My whole life I always knew things before they happened. I guess it's just a gift from God," said Lemelson, 39 years old.

His Amvona Fund, with $20 million in assets, barely registers in the largely unregulated hedge fund world but it has earned him millions. His rules include listening to investor big shots like Warren Buffett who live by a key principle: don't overpay.

For investing client funds, Lemelson gets a 25 percent performance fee, far above what others charge but his disciples believe in his instinct and God and gut and that he asks them to pray, a dubious tactic say critics who argue a Man of the Cloth shouldn't look to get rich quick.

Lemelson bets on relatively unknown individual stocks risking, like seismic-equipment-technology maker Geospace Technologies Corp. and has done well enough to show returns of 150 percent through the middle of this year before a losing run with Apple.

He was Gregory Lemelson to a Jewish father and Christian mother. Inspired by a college professor who was a priest, he attended seminary at the Holy Cross Greek Orthodox School of Theology to become a priest and was ordained by aTurkish Archbishop who is one of his investors and believers.

## IN CASH HE TRUSTS

Some don't. "He's not paying much attention to the Fathers of the Church, all of whom said it was very dangerous to be rich," Vanderbilt Divinity School professor Douglas Meeks, a Methodist minister told the Journal. "He shouldn't trade on his priestly or pastoral position."

Lemelson is one rich minister. He is selling off a custom-built 7,000-square foot suburban Boston mansion after a five-year legal fight over the mortgage. His wife makes the 90-minute drive to Keene in a white Cadillac Escalade sport-utility vehicle. He collects motorcycles. He doesn't follow up if the church forgets to pay his $300 weekly honorarium every so often.

"Let's not be poor because we're pretending to be pious, when we really just couldn't figure out how to make a better living," he told the paper, not hiding his other true ambition.

Before ordination, he ran a website, also called Amvona, selling discount photography equipment manufactured in China. Amvona was sued in 2004 for copying a competitor's patents; two years later, Amvona accepted an offer of judgment against it and paid to end the case, court documents show.

Greek Orthodox priests are allowed to be married and hold secondary jobs. Lemelson, who is married with four children, said he couldn't afford to stay in the clergy without his hedge-fund gig. He recalled the moment when he became serious about investing.

"I said, 'They are going to have to bar me from the securities markets, because I would make too much money,'" he said. He paused. "I'm not humble. I wish I were."

In its OXI 2015 Special Edition (October 24), The National Herald published an op-ed piece by Congressman Bob Dold (R-IL), titled "OXI Then, and OXI Now." Congressman Dold praised the Greeks for their bravery, and calls on his fellow Americans to say "OXI" today, in outrage to the atrocities going on around the world.

As a follow-up to that piece, TNH interviewed Rep. Dold as the OXI Day anniversary neared. His passion and appreciation for OXI grew while speaking to his numerous Greek-American constituents in Illinois' 10th district, along Lake Michigan, North of Chicago. Beyond Greece, the congressman discusses what the United States needs to do moving forward, both in fighting terror and in regaining political credibility in the eyes of the public. The interview follows:

**TNH:** Your powerful op-ed piece hailing the Greeks for their heroic "OXI" couldn't be more patriotic than if you were Greek yourself. Are you part Greek? You are correct, not many non-Greeks in the United States are aware of OXI. How/when did that event make an impact on you?

**BD:** I firmly believe that effective representation begins with listening. One of my goals since taking office has been to be as transparent and accessible as possible. This includes hosting town halls and having an open door to constituents. That level of dialogue between the community and their elected leaders is too rare, but incredibly necessary. My district is home to a significant Greek-American population. OXI Day and its importance came up during some of the many conversations I've had with Greek-American constituents.

While OXI Day is itself a point of pride for Greeks, Greece's role in WWII had a huge impact on other countries as well. After all, it was Archbishop Damaskinos who was willing to speak out against Hitler's persecution of Jews well before the rest of the world, even as other leaders across Europe were silent. It is not simply a celebration of Greece standing up for Greeks, but rather Greeks standing up for humanity.

**TNH:** Greece stood tall in America and the world after OXI day in 1940. But too many non-Greek Americans now view that country as a "failed socialist state." Many, perhaps most, Greek-Americans believe there is plenty of blame to go around for Greece's economic problems, including blaming the Greek citizens themselves to some degree. This summer, Greece was in the news quite a bit. Were we, the talk on Capitol Hill?

**BD:** One thing that I think is important not to lose sight of is that people in Greece were and are suffering. Because this problem is happening thousands of miles away, too often people view things more cynically than with compassion. The fact of the matter is that there are millions of Greeks in need. When we became dispassionate and worry about assigning blame based on whatever political ideologies we bring to the table, we lose sight of the people who really matter: the grandmothers and grandfathers on a fixed income, the single parent trying to make ends meet, the college graduate looking for work and many others. When America thinks of Greece's problems, they too often forget the human aspects of the crisis.

**TNH:** You call on Americans to say "OXI" to the religious zealots in the Middle East. What should the United States do differently? How would a "Resident Dold" handle ISIS, Iran, and Vladimir Putin?

**BD:** America has a long and proud history as the greatest force for good the world has ever known, however, in recent years our nation's retreat from a leadership role within the international community has let the world on a dangerous and chaotic course that threatens our security and that of America's allies. Simply standing by and hoping for peace is not a strategy,



Congressman Bob Dold of Illinois prides himself on listening to the concerns of the many Greek-Americans in his district.

and there is far too much at stake to continue the status quo of absence and abdication of authority.

While diplomacy is always the preferable option, years of failed international leadership by the United States has created a vacuum of power that is being exploited by ISIS and other terrorist groups. There is no greater threat to global security than a nuclear-armed Iran. The treatment of Iran's nuclear program will have security implications that last for generations. Iran must not be left with any path to a nuclear weapon.

Meanwhile, ISIS now has more fighters, money and land than al-Qaeda did on 9/11. With the death toll climbing into the tens of thousands, the United States must take the lead in mobilizing the world against ISIS, Iran and other threats to global security and democracy.

I urge my colleagues in Congress and the president to send a clear message that should have sent long ago: the United States will not tolerate affronts to human dignity or global security and will act decisively to eliminate this existential threat.

**TNH:** It seems you could be considered a "centrist" insofar as you are not to the far left, or right, on the political spectrum.

[right column partially cut off]
...Carthy, also more or less...have had their political...as of late. Do you th...more because of the...or because they are...'establishment' politics...is something a lot of...particularly averse to...

**BD:** There's no...people are frustrated...lagma insiders who...as if they are more in...fighting than govern...losophy is guided by...ence and background...business owner. Wash...desperate need of m...ness, customer servi...mentality of doing w...essary to get the job d...

In short, we need l...are willing to make th...cisions needed to gov...is so much more tha...on than disagree ou...why we need to put...fore politics to take...times of agreem...

**TNH:** Regardless...year, Congress as a...very low approval...across the country. ...numbers deserved? I...you do as a member ...to improve Congress'...

**BD:** I take tremen...in the fact that I've o...been ranked among t...partisan and indepen...bers of Congress, a...every day to be a bri...in Congress. I believe t...the values of the 10t...sional District at its b...

That said, I also...people can't afford t...Washington to get...gether. People are stru...their kitchen tables a...ing to figure out how...That's why I've bee...aside partisanship a...host events that can a...people. For examp...hosted three bipartis...already this year, whi...hundreds of availabl...in our community. W...ter, stronger nation w...all come together to b...



# THE GREEK KITCHEN

www.GreekKitchennyc.com

889 10th Avenue 56 Street New York, NY 10019

Open 7 Days a Week
11:30AM to 10:30PM

## 212.581.4300



Follow us on Facebook:
Εθνικός Κήρυξ / The National Herald

---

# POCKET-LE
# PITA BREA

## Kontos Foods

### The Leading Company in Flat Breads
### Well known for the Pocket-Less Pita

Manufacturers of Authentic Ethnic
and European Flat bread.
Kontos the first family in fillo dough and fillo pr

FILLO KATAIFI, BAKLAVA, SPANAKOPITA, TYR
NUT ROLL, MELOMAKARONA
and the TRADITIONAL MEDITERRANEAN DESS
Excellent quality and service.

We distribute in USA and Canada.
Special prices for communities, schools, church
festivals and other events

# kontos

### Kontos Foods, Inc
Box 628, Paterson, NJ 07544
Tel.: (973) 278-2800   Fax: (973) 278-7943
Kontos.com

# Hedge Fund Priest's Trades Probed by Wall Street Cop

- SEC examining whether he spread false statements about stocks
- Priest says there is no regulatory probe of his firm

A priest who sidelines as a hedge-fund manager is being investigated by U.S. regulators for possible stock manipulation, prompting scrutiny of trading skills that the cleric has described as a "gift from God," according to people with knowledge of the matter.



Emmanuel Lemelson
Source: Wikimedia

The Securities and Exchange Commission is examining whether the Reverend Emmanuel Lemelson of Massachusetts made false statements about companies he was shorting, said the people who asked not to be named because the probe isn't public. Securities laws prohibit traders from betting a company's shares will fall and then trying to drive down the price by publishing information that they know isn't true.

The SEC started its investigation after companies complained to the regulator that Lemelson, 39, had made potentially inaccurate comments about their firms in public forums, the people said. The opening of an SEC probe is typically a preliminary step and doesn't mean Lemelson, who hasn't been accused of wrongdoing, will ever face an enforcement action.

"There is not now, nor has there ever been, any SEC or other regulatory investigation targeting our firm," Lemelson said in a statement Friday. "Nor is there a basis for one."

Ryan White, an SEC spokesman, declined to comment.

## Divine Gift

While Lemelson's Amvona Fund is a minnow in the $2.9 trillion hedge fund industry, he gained attention after the Wall Street Journal published a profile of him in October.

The article said Lemelson managed about $20 million, had made millions of dollars for his investors and quoted him as saying, "my whole life I always knew things before they happened. I guess it's just a gift from God." The newspaper also reported that Lemelson personally blessed Republican presidential front-runner Donald Trump at a town hall in New Hampshire.

Lemelson was ordained by the Greek Orthodox Church, which allows priests to marry and hold jobs outside their religious duties.

Investors are free to criticize companies and their management, but they can't spread inaccurate information in order to profit. The SEC sued a short seller in 2008 for telling brokerage firms that Blackstone Group LP was renegotiating its takeover of Alliance Data Systems Corp., a false rumor that sent the company's shares down by about 17 percent. Without admitting or denying the allegations, the trader settled the case by returning the illicit gains and agreeing to pay a $130,000 fine.

## Record Sales

In the Lemelson investigation, the SEC is examining commentaries about companies including Ligand Pharmaceuticals Inc., World Wrestling Entertainment Inc. and Skechers U.S.A. Inc., according to one of the people.

A report published on the financial markets website Seeking Alpha in June 2014 under the pseudonym Amvona said Ligand was in imminent risk of declaring bankruptcy and that demand for one of its drugs, Promacta, was rapidly declining. Within minutes, Ligand shares fell more than 7 percent. Since then, Promacta sales reached an all-time quarterly high and shares of the La Jolla, California-based company have increased 50 percent to $97.22 through yesterday.

The comments in the Seeking Alpha report on Ligand are attributed to Lemelson Capital, the name of Lemelson's hedge-fund management company. The exact same report was also posted on Lemelson Capital's website.

Close all those tabs. Open this email.
Get Bloomberg's daily newsletter.

Historically, the SEC has had difficulty in bringing "short-and-distort" cases, since the regulator has to prove a misstatement of fact rather than opinion, according to Stephen Crimmins, a former SEC attorney who's now with the firm Murphy & McGonigle. Wall Street executives famously complained that short-sellers were spreading false rumors about their banks during the 2008 financial crisis, but the allegations didn't result in SEC enforcement actions.

The SEC has had more success suing "pump-and-dump" fraudsters, where scammers promote stocks with fake information to inflate prices and then sell out.

# Hedge Fund Priest Sued by SEC for Alleged Stock Manipulation

By Matt Robinson

- Lemelson tried to profit by driving down share price: SEC
- Agency says his fund made $1.3 million in illegal profits

(Bloomberg) --

A Massachusetts priest who moonlights as a hedge fund manager was sued by federal regulators for allegedly making false statements about a biotech company to try to drive down its share price.

In an attempt to profit from his short position, Emmanuel Lemelson published false "research reports" about Ligand Pharmaceuticals Inc. on popular investing websites, including Seeking Alpha, according to a complaint filed Wednesday by the U.S. Securities and Exchange Commission.

The agency accused Lemelson, 42, and his firm, Lemelson Capital Management, of market manipulation. It's seeking an unspecified fine and a return of illegal profits, according to the complaint.

In a statement, Lemelson's firm said the SEC suit "has no merit and amounts to a gross abuse of prosecutorial discretion."

### 'False Claims'

"The commission chose to bring this case based upon its enforcement staff's personal feelings and facts be damned, win-at-any cost ambitions," he said in the statement. "The government's claims are false and will be proven to be so."

After betting in May 2014 that Ligand shares would decline, Lemelson began issuing reports that made negative claims about the company, including that it was teetering on the brink of bankruptcy, the SEC said. In all, he published five different reports. By October, shares dropped 34 percent and Lemelson covered his position, making about $1.3 million for a hedge fund he managed, the Amvona Fund, according to the regulator.

Lemelson was ordained by the Greek Orthodox Church, which allows priests to marry and hold jobs outside their religious duties.

The money manager gained attention in a October 2015 Wall Street Journal profile. The article said Lemelson managed about $20 million, had made millions of dollars for his investors and quoted him as saying, "my whole life I always knew things before they happened. I guess it's just a gift from God."

Lemelson unsuccessfully sued Bloomberg for reporting in March 2016 that the SEC was investigating his trades.

To contact the reporter on this story:
Matt Robinson in New York at mrobinson55@bloomberg.net

To contact the editors responsible for this story:
Jesse Westbrook at jwestbrook1@bloomberg.net
Gregory Mott

Recommended Stories VW Dealt Blow in Diesel Lawsuit as Judge Picks Apart Memo (2)
IMPORTANT INVESTOR NOTICE: The Schall Law Firm Announces the Filing of a Class Action Lawsuit Against USA Technologies, Inc. and
Neovasc Provides Initial Comments on Lawsuit
Neovasc Provides Initial Comments on Lawsuit
TechCrunch: Juul Labs files lawsuit against 30 counterfeiters
SEC: SEC Charges Digital Asset Hedge Fund Manager With Misrepresentations and Registration Failures

Topics Bus, Eco, Govt News (BIZNEWS)
Most Read News (READ)
TOP Worldwide Stories (WWTOP)