# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | ) Civil Action No. 1:18-cv-11926-PBS |
| Defendants, | ) |
| and | ) |
| THE AMVONA FUND, LP, | ) |
| Relief Defendant | ) |

## AFFIDAVIT OF BRIAN J. SULLIVAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO THE SECURTIES AND EXCHANGE COMMISSION'S MOTION FOR PROTECTIVE ORDER

I, Brian J. Sullivan, hereby swear and declare as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and am counsel to Defendants Rev. Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson") ("Fr. Emmanuel") and Lemelson Capital Management, LLC, and Relief Defendant The Amvona Fund, LP.

2. Defendants' counsel sent Rev. Barbas of the Greek Orthodox of Metropolis an email dated December 24, 2019, explaining that the Greek Orthodox of Metropolis of Boston improperly withheld three documents from the Response as privileged. This email chain continued through January 28, 2020. In this email chain, Defendants' counsel requested that the Greek Orthodox of Metropolis of Boston either produce the documents it withheld as privileged or meet and confer prior to pursuing a motion to compel. In the course of this email chain, Rev.

Barbas stated that the Greek Orthodox of Metropolis of Boston had legal counsel and they were considering how to respond to our initial communication.  Defendants' counsel made multiple requests for the contact information for the purported legal counsel of the Greek Orthodox of Metropolis of Boston, explaining that the Professional Rules of Conduct prohibited counsel from speaking directly to a represented party, but Rev. Barbas refused to provide that information.  A true and correct copy of the email chain from December 24, 2019 through January 28, 2020 is attached hereto as Exhibit 1.

      3.      On January 28, 2020, I received a phone call from Michael Sophocles.  Mr. Sophocles stated that he was a retired attorney, occasionally helped the Greek Orthodox Metropolis of Boston on matters *pro bono*, but that he did not necessarily represent the Greek Orthodox Metropolis of Boston in this matter.  Mr. Sophocles stated that the communications withheld as privileged from the Greek Orthodox Metropolis of Boston's response to the subpoena served by Defendants on December 4, 2019, involved the Archdiocese of America.  Mr. Sophocles said that he would contact General Counsel for the Greek Orthodox Archdiocese of America to see how they wanted to handle the matter.  I informed Mr. Sophocles that because this matter had lingered for over a month, Defendants would proceed with filing a Motion to Compel unless they heard back from someone representing either the Greek Orthodox Metropolis of Boston or the Greek Orthodox Archdiocese of America by close of business on January 29, 2020.

      4.      As of 5:00 p.m. ET on January 29, 2020, I have not been contacted from anyone representing the Greek Orthodox Metropolis of Boston or the Greek Orthodox Archdiocese of America.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed: January 29, 2020  /s/ Brian J. Sullivan
Brian J. Sullivan

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on January 29, 2020.

/s/ Douglas S. Brooks
Douglas S. Brooks