# Brian Sullivan

| | |
|---|---|
| **From:** | Brian Sullivan |
| **Sent:** | Tuesday, January 28, 2020 12:06 PM |
| **To:** | Fr. Ted Barbas |
| **Cc:** | Douglas Brooks |
| **Subject:** | RE: [EXT] RE: Subpoena to Greek Orthodox Metropolis of Boston in SEC v. Lemelson, et al., Civil Action No. 1:18-cv-11926-PBS |

Rev. Barbas:

We are planning to file a Motion to Compel either today or tomorrow.  Please inform your counsel and have him or her contact me so that we can meet and confer regarding the motion.  If we do not hear from you by the close of business today, we will proceed with filing the Motion to Compel accordingly.


Brian J. Sullivan
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
Tel: (617) 338-9300 x 310
Fax: (617) 338-9911
bsullivan@libbyhoopes.com
www.libbyhoopes.com


**From:** Brian Sullivan
**Sent:** Friday, January 17, 2020 11:31 AM
**To:** Fr. Ted Barbas <fatherted@boston.goarch.org>
**Cc:** Douglas Brooks <dbrooks@libbyhoopes.com>
**Subject:** RE: [EXT] RE: Subpoena to Greek Orthodox Metropolis of Boston in SEC v. Lemelson, et al., Civil Action No. 1:18-cv-11926-PBS

Rev. Barbas:

We are going in circles here.  I am not allowed to speak with a represented party (you in this case) unless authorized by that party's counsel.  You, for some reason, have continued to refuse to provide your counsel's contact information so I have been unable to seek that authorization or otherwise discuss the matter at issue, which is a relatively straight forward issue regarding the production of documents.

If you continue to refuse to provide your counsel's information, or otherwise respond to our request to produce the documents, we will make such a note in our efforts to meet and confer under the Local Rules and proceed with filing a motion to compel in court.


Brian J. Sullivan
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116

1

Tel: (617) 338-9300 x 310

Fax: (617) 338-9911

bsullivan@libbyhoopes.com

www.libbyhoopes.com

**From:** Fr. Ted Barbas <fatherted@boston.goarch.org>
**Sent:** Friday, January 17, 2020 10:59 AM
**To:** Brian Sullivan <BSullivan@libbyhoopes.com>
**Cc:** Douglas Brooks <dbrooks@libbyhoopes.com>
**Subject:** Re: [EXT] RE: Subpoena to Greek Orthodox Metropolis of Boston in SEC v. Lemelson, et al., Civil Action No. 1:18-cv-11926-PBS

As I told you, he is unavailable at the current time.
You may communicate directly with me.
tjb

On Fri, Jan 17, 2020 at 10:47 AM Brian Sullivan <BSullivan@libbyhoopes.com> wrote:

> Rev. Barbas:
>
> We need to speak with your counsel as we are obligated to meet and confer prior to filing a motion to compel.  Please provide your counsel's contact information today.  Thank you.
>
> Brian J. Sullivan
>
> LibbyHoopes, P.C.
>
> 399 Boylston Street
>
> Boston, MA 02116
>
> Tel: (617) 338-9300 x 310
>
> Fax: (617) 338-9911
>
> bsullivan@libbyhoopes.com
>
> www.libbyhoopes.com

**From:** Brian Sullivan
**Sent:** Monday, January 13, 2020 4:23 PM
**To:** Fr. Ted Barbas <fatherted@boston.goarch.org>
**Cc:** Douglas Brooks <dbrooks@libbyhoopes.com>
**Subject:** RE: [EXT] RE: Subpoena to Greek Orthodox Metropolis of Boston in SEC v. Lemelson, et al., Civil Action No. 1:18-cv-11926-PBS

Rev. Barbas:

The Rules of Professional Conduct do not allow me to communicate with a represented party unless your lawyer has consented to it.  We do need a response quickly on this issue, so please put me in touch with your lawyer or have your lawyer contact me so that we can move forward accordingly.

Thank you.

Brian J. Sullivan

LibbyHoopes, P.C.

399 Boylston Street

Boston, MA 02116

Tel: (617) 338-9300 x 310

Fax: (617) 338-9911

bsullivan@libbyhoopes.com

www.libbyhoopes.com

**From:** Fr. Ted Barbas <fatherted@boston.goarch.org>
**Sent:** Friday, January 10, 2020 3:53 PM

**To:** Brian Sullivan <BSullivan@libbyhoopes.com>
**Subject:** Re: [EXT] RE: Subpoena to Greek Orthodox Metropolis of Boston in SEC v. Lemelson, et al., Civil Action No. 1:18-cv-11926-PBS

**For now, you may communicate directly with me.**

**Thank you**

**tjb**

On Fri, Jan 10, 2020 at 3:51 PM Brian Sullivan <BSullivan@libbyhoopes.com> wrote:

> Thank you.  Could you please provide the contact information for your legal counsel, so that I can address further communications to them.
>
> I was not aware that you had legal representation and I am obligated to communicate directly with counsel for represented individuals.
>
> Brian J. Sullivan
>
> LibbyHoopes, P.C.
>
> 399 Boylston Street
>
> Boston, MA 02116
>
> Tel: (617) 338-9300 x 310
>
> Fax: (617) 338-9911
>
> bsullivan@libbyhoopes.com
>
> www.libbyhoopes.com

**From:** Fr. Ted Barbas <fatherted@boston.goarch.org>
**Sent:** Friday, January 10, 2020 3:46 PM
**To:** Brian Sullivan <BSullivan@libbyhoopes.com>
**Subject:** Re: [EXT] RE: Subpoena to Greek Orthodox Metropolis of Boston in SEC v. Lemelson, et al., Civil Action No. 1:18-cv-11926-PBS

**Dear Mr. Sullivan.**

**The matter is still being evaluated by the Metropolis Legal Counsel.**

**I will respond officially as soon as possible.**

**Thank you**

On Fri, Jan 10, 2020 at 11:43 AM Brian Sullivan <BSullivan@libbyhoopes.com> wrote:

Reverend Barbas:

We have not heard back from you regarding this issue.  As explained below, your assertion of privilege is incorrect as a matter of law.  Please respond to us by the end of the day so that we can either work on a resolution to this matter or confer regarding the scope of our motion to compel.  If you do not respond by today, we will proceed by way of a motion to compel and note that you have refused to contact us to confer about the matter.

Brian J. Sullivan

LibbyHoopes, P.C.

399 Boylston Street

Boston, MA 02116

Tel: (617) 338-9300 x 310

Fax: (617) 338-9911

bsullivan@libbyhoopes.com

www.libbyhoopes.com

**From:** Brian Sullivan
**Sent:** Tuesday, December 24, 2019 11:18 AM
**To:** fatherted@boston.goarch.org
**Cc:** Douglas Brooks <dbrooks@libbyhoopes.com>
**Subject:** Subpoena to Greek Orthodox Metropolis of Boston in SEC v. Lemelson, et al., Civil Action No. 1:18-cv-11926-PBS

Reverend Barbas:

We received your initial response to the subpoena we served to you in the above-referenced case (attached hereto).  We are sending this communication to you as the sender of the subpoena response.  We believe your request to direct further inquiries to Archbishop Ilia Katra, an unrelated third-party, to whom we have made no document requests, is inappropriate.

We noticed that you have withheld three documents as privileged because they reflect communications between "Hierarchs and Chancellors of the Greek Orthodox Archdiocese of America and the Greek Orthodox Metropolis of Boston."  However, case precedent has clearly established that the priest-penitent privilege only applies to communications where a penitent is seeking religious or spiritual advice or comfort.  *See Commonwealth v. Nutter,* 87 Mass. App. Ct. 260, 263 (2015) ("The priest-penitent privilege is 'strictly construed and applies only to communications where a penitent seek[s] religious or spiritual advice or comfort'") (quoting *Commonwealth v. Vital*, 83 Mass. Ap. Ct. 669, 672 (2013); *Commonwealth v. Kebreau*, 454 Mass. 287, 301 (2009)); *Soc'y of Jesus of New England v. Commonwealth,* 441 Mass. 662, 674 n.14 (2004) (denying privilege exists between communications between two priests unless one of the priests makes confession to or seeks religious or spiritual advice or comfort from another priest).

In light of this clear precedent, we would request that you provide the documents previously withheld as privileged without further delay.  Please let us know by the end of this week, otherwise we will proceed by way of motion with the court to compel the production of the documents.

Brian J. Sullivan

LibbyHoopes, P.C.

> 399 Boylston Street
>
> Boston, MA 02116
>
> Tel: (617) 338-9300 x 310
>
> Fax: (617) 338-9911
>
> bsullivan@libbyhoopes.com
>
> www.libbyhoopes.com

--

**Reverend Theodore J. Barbas**

*Chancellor*

**Greek Orthodox Metropolis of Boston**

*162 Goddard Avenue*

*Brookline, MA  02445*
*617.277.4742*

*FatherTed@Boston.goarch.org*

*Boston.goarch.org*

--

**Reverend Theodore J. Barbas**

*Chancellor*

**Greek Orthodox Metropolis of Boston**

*162 Goddard Avenue*

7

*Brookline, MA  02445*
*617.277.4742*

[FatherTed@Boston.goarch.org](FatherTed@Boston.goarch.org)

[Boston.goarch.org](Boston.goarch.org)

--
**Reverend Theodore J. Barbas**
*Chancellor*

**Greek Orthodox Metropolis of Boston**
*162 Goddard Avenue*
*Brookline, MA  02445*
*617.277.4742*
[FatherTed@Boston.goarch.org](FatherTed@Boston.goarch.org)
[Boston.goarch.org](Boston.goarch.org)