UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, <br><br> Defendants, <br><br> and <br><br> THE AMVONA FUND, LP, <br><br> Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

## SECOND AFFIDAVIT OF FATHER EMMANUEL LEMELSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO THE SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR PROTECTIVE ORDER

I, Father Emmanuel Lemelson, hereby swear and declare as follows:

1. Paragraph 15 of my January 7, 2020 Affidavit, Dkt. No. 47, stated that on March 18, 2016, "I viewed an article published by Bloomberg titled, 'Hedge Fund Priest's Trades Probed by Wall Street Cop.' The original version of the online article contained an image of a crucifix at the top of the article. That image was subsequently removed from the article."

2. Due to a clerical error, the above section of my Affidavit referenced the wrong article. It should have instead referenced a September 12, 2018 Bloomberg article titled, "Hedge Fund Priest Sued by SEC for Alleged Stock Manipulation."

3. In all other respects, the evidence given by me in my January 7, 2020 Affidavit, Dkt. No. 47 is true and accurate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed: 2-4-20

_____
Father Emmanuel Lemelson

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on February 4, 2020.

/s/ Brian J. Sullivan
Brian J. Sullivan