

Home / Management

## Management

### Investment Philosophy

Lemelson Capital Management has advocated a Christian Philosophy of investment based on a belief that investments selected on strict value criteria mitigate risk and often lead to better than average returns, a cornerstone of good stewardship.

Although every situation and investment decision is unique, the pillars of wise investment policy (autonomous thought, discipline, knowledge, patience, focus, hard work, etc.) do not change with time. Nonetheless, successful execution is an art. Staying within a circle of competence with a focus on proficiency in select sectors is a hallmark. Operational experience and acumen are critical to competent capital allocation and successful fund management.

Management seeks to protect principal by ensuring a substantial "margin of safety" exists in every commitment while consistently producing better than average results in order to leverage the power of compounding over time.

To learn more visit the About Us page on Amvona.



### Cheif Investment Officer

**Fr. Emmanuel Lemelson, CIO**

Rev. Fr. Emmanuel Lemelson is a Greek Orthodox priest, activist and investment manager known for advocating a philosophy of investment based on Christian ethics.

He is the chief investment officer of Lemelson Capital Management, LLC the sole sponsor and general partner of The Amvona Fund, LP which several times has been

named the world's top-performing hedge fund according to financial media outlets *The Wall Street Journal* and *Barron's*.

His investment research and analysis has been cited in *The Wall Street Journal*, Bloomberg, CNBC, *USA Today*, *New York Post*, Fox Business Network, *Fortune, Forbes*, *Barron's*, Business Insider, International Business Times, Reuters, MarketWatch and TheStreet.com and credited with influencing share prices in publicly traded companies, while his ongoing battle with U.S. regulators over Ligand Pharmaceuticals (NASDAQ: LGND) continues to make headlines.

His position on ecumenism and the role of the Orthodox Church have been cited in The Washington Post, CBS News, Fox News, The National Interest, The Boston Globe and The Boston Herald among others.

Prior to his ordination in 2011, Fr. Emmanuel had 17 years of experience as a successful entrepreneur, including authoring multiple patents in design, business process, and software architecture. As a graduate student, he founded, amongst other businesses, the internet site Amvona which achieved ~120% CAGR between 1999 and 2006. In 2005 Amvona ranked among the ten most-visited photography-related internet sites.

He is the founder and president of The Lantern Foundation, a 501 (c)3 private foundation that provides financial support to Christian organizations as well as the founder of the Stowe conference for charity.

Fr. Emmanuel graduated from Seattle University with a B.A. in Theology and Religious Studies and Holy Cross Greek Orthodox School of Theology with an M.Div, and has served parishes in New England and Switzerland.

**Watch:** Fr. Emmanuel on Fox Business News Varney & Co. here

**Watch:** Fr. Emmanuel on Fox News a Spirited Debate here

Read more at http://amvona.com/about-us

Follow Fr. Emmanuel on:

  



## Chief Financial Officer

**John Zoraian, CFO**

John Zoraian is a seasoned hedge fund professional with thirty-five years of experience in the alternative investment industry. John has held leadership positions in two hedge funds, with the first growing to $650 million in assets before the retirement of the General Partner, and the second growing to several billion in assets. In 2005, John launched the hedge fund administration business for Sasserath & Zoraian, LLP.

John started his professional career with Peat Marwick Mitchell & Co., the predecessor of KPMG LLP. John graduated with a BBA in accounting from Hofstra University. He is a Certified Public Accountant and a member of both the American and New York Institutes of Certified Public Accountants.

**Disclosure:** An individual retirement account beneficially owned by Mr. Zoraian is currently a shareholder in The Amvona Fund, Ltd.

## Chief Compliance Officer

**Brett Logan, CCO**



Brett M. Logan is a triathlon enthusiast and is a dedicated student of the financial markets. He has devoted his career to the investment industry and implementing state-of-the-art legal and management strategies.

Brett has a dual background in transactional work and the risk awareness of a securities litigator. He served in house for 8 years as general counsel to an alternative investment fund administrator with multi-billions in assets under administration. He also headed the legal and compliance department for a New York-based NYSE floor trading firm & FINRA member boutique broker/dealer serving large hedge funds, with an emphasis on risk arbitrage trading execution and has specific expertise in SEC and state-level requirements and obligations, ensuring compliance with ERISA, FINRA rules and Anti-Money Laundering requirements.

Brett received his JD from Tulane University Law School (2001) and his B.A. from Florida State University (1997).



## Independent Director

**Clifton Struiken, Independent Director, The Amvona Fund, Ltd.**

Clifton Struiken serves as an independent director to The Amvona Fund, Ltd. Mr. Struiken has acted as a director on the board of several BVI and non-BVI companies with a focus on providing strengthened corporate governance. He has been involved in a fiduciary capacity in numerous significant transactions in and outside of the British Virgin Islands.

Being a professional with over 10 years of experience, Clifton is an expert in corporate governance and financial management with over half of his professional experience being in client-facing roles.

Clifton is a qualified accountant being a member of the Association of Chartered Certified Accountants. He is also a Certified Management Accountant with the Institute of Management Accountants in the United States and holds a Bachelor's degree in finance.



## Advisor

**Lester Firstenberger, Advisor**

Lester Firstenberger is recognized nationally as a regulatory attorney and expert in consumer finance, securitization, mortgage, and banking law. In a variety of capacities over the past 30 years, Attorney Firstenberger has represented the interests of numerous financial institutions in securitization and other transactions valued in excess of one trillion dollars.

He was appointed to and served a three-year term as a member of the Congressionally created Consumer Advisory Council of the Board of Governors of the Federal Reserve System in Washington, DC. He has extensive government relations experience in the US and Canada at the federal, state and provincial levels. Lester has co-founded several FinTechs that relate to mortgage banking, digital identity, and data privacy. He currently serves as CEO of Veptas Technology Solutions and EVP of FortifID.

Mr. Firstenberger received his Bachelor of Arts degree in Political Science from The Ohio State University, a Juris Doctorate from The University of Toledo College of Law where he was a Member of the Law Review, and an LL.M. Master in Banking Law degree from Boston University. He resides in Philadelphia with his family.

**Disclosure:** An individual account beneficially owned by Mr. Firstenberger is currently a shareholder in The Amvona Fund, Ltd.

# Tweets

Wed Feb 05 18:36:58 +0000 2020

.@RalphNader says #SEC sh. protect investors in $TSLA. Maybe he'll blame @lemelson, who, after reporting 150% net r... https://t.co/mcTlc3tSg5

Wed Feb 05 16:45:06 +0000 2020

"...some of The Fund's highest rates of return were achieved on short positions, bearing out once again, that mgmt'... https://t.co/2WNLrhUBHo

Fri Jan 31 17:31:56 +0000 2020

.@Lemelson Called for Removal of Top $WWE Executives, Co. Capitulates, this follows departure of $GEOS CFO... https://t.co/R3v1qgNhRN

Wed Jan 29 17:56:55 +0000 2020

.@LemelsonCapital is pleased to be featured in volume 7 of #PalmBeach Pursuits, published by @marketsurfer. If you... https://t.co/nXiF6bnCIw

Wed Jan 29 15:16:21 +0000 2020

$AMD stock crumbles after revenue guidance, @LemelsonCapital on behalf of its clients shorted the shares between la... https://t.co/gjUnJFBoaA

Fri Jan 24 18:20:09 +0000 2020

Since @LemelsonCapital published its original reports on $LGND in June 2014, shares of the

Co. have underperformed... https://t.co/RVTpdEnUda

Tue Jan 21 13:00:07 +0000 2020

.@LemelsonCapital reports '19 net returns of 151% for The Amvona Fund. "We concluded '19 w/ our highest ROR + large... https://t.co/nKtnU2DKzF

Tue Jan 14 13:10:03 +0000 2020

https://t.co/lqU7jBs8AG #ActivistShorts #CorpGov $BBBY $BIG $DKX $KHC $M $JWN $WDC $ADBE $AMD $CMG $LGND $PANW $RH $SHAK $W

Tue Jan 14 13:00:07 +0000 2020

.@LemelsonCapital To Announce FY 19 Results For The Amvona Fund On Jan 21, 2020. Watch: "This Is A Rigged Game"... https://t.co/xurnhJvRii

Mon Jan 13 15:18:28 +0000 2020

"The Commission's case against @Lemelson is unprecedented... $LGND + its counsel's role in this enforcement action+... https://t.co/1KJkb12VO3

  

Copyright © 2019 Lemelson Capital Management LLC.