1          UNITED STATES DISTRICT COURT

2            DISTRICT OF MASSACHUSETTS

3    _____

                                     )
4    SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
5                                     )
              Plaintiff,              )
6                                     ) Civil Action No.
          v.                          ) 1:18-cv-11926-PBS
7                                     )
     GREGORY LEMELSON and LEMELSON    )
8    CAPITAL MANAGEMENT, LLC,         )
                                      )
9            Defendants,              )
                                      )
10        and                         )
                                      )
11   THE AMVONA FUND, LP,             )
                                      )
12            Relief Defendant. )
     _____)

13

14                VOLUME 1

15      VIDEOTAPED DEPOSITION OF GREGORY (EMMANUEL)

16   LEMELSON, taken on behalf of the Plaintiff at the

17   U.S. Securities and Exchange Commission, 33 Arch

18   Street, Boston, Massachusetts, beginning at 9:35

19   a.m. and ending at 4:55 p.m., on Wednesday,

20   October 16, 2019, before Carol H. Kusinitz,

21   Registered Professional Reporter and Notary Public

22   in and for the Commonwealth of Massachusetts.

23

24

25   JOB No. 191016DWA

                                                        1

```
 1   APPEARANCES:

 2

     For Plaintiff:
 3
         U.S. Securities and Exchange Commission
 4       Boston Regional Office
         Division of Enforcement
 5       BY: Marc Jones, Esq.
             617.573.8947, JonesMarc@sec.gov
 6           Alfred A. Day, Esq.
             617.573.4537, DAYA@sec.gov
 7       33 Arch Street, Suite 2400
         Boston, MA  02110
 8
         - and -
 9
         U.S. Securities and Exchange Commission
10       Division of Enforcement
         BY: Sonia G. Torrico, Esq.
11           202.551.3515, torricos@sec.gov
         100 F Street, N.E.
12       Washington, DC 20549

13
     For Defendants and Relief Defendant:
14
         Libby Hoopes
15       BY: Douglas S. Brooks, Esq.
             617.338.9300, dbrooks@libbyhoopes.com
16       399 Boylston Street
         Boston, MA  02116
17
18   Also Present:  Elyse Elsenbrook

19

20   Videographer:  Garner Willis

21

22

23

24

25                      *  *  *  *
```

2

```
 1                        I N D E X

 2   WITNESS               EXAMINATION              PAGE

 3   GREGORY (EMMANUEL)
     LEMELSON
 4
                        BY MR. JONES                  8
 5
                          *  *  *  *
 6
                      E X H I B I T S
 7
     NO.                  DESCRIPTION              PAGE
 8
     Exhibit 1    13-page printout from Lemelson     10
 9               Capital Management website headed
                 "Lemelson Capital - History"
10
     Exhibit 2    Answer of Defendants to Amended    100
11               Complaint

12   Exhibit 3    Tables and spreadsheets relating to 110
                 The Amvona Fund, LP, Bates Nos.
13               Amvona_00001-13

14   Exhibit 4    Multi-page Lemelson Capital        172
                 Management document headed "Document
15               12-1, Ligand Pharmaceuticals
                 (NASDAQ:LGND)"
16
     Exhibit 5    Multi-page Lemelson Capital        172
17               Management document headed "Document
                 12-2 Ligand Pharmaceuticals (NASDAQ:
18               LGND): Appendix"

19   Exhibit 6    Multi-page Lemelson Capital        172
                 Management document headed "Document
20               12-3, Update: Lemelson Capital
                 Further Increases Short Stake in
21               Ligand Pharmaceuticals (NASDAQ:
                 LGND) as LGND EPS Plunges 76 percent
22               in Q2 2014"

23

24

25

                                                      3
```

```
 1              E X H I B I T S (Continued)

 2   NO.                  DESCRIPTION                    PAGE

 3   Exhibit 7    Multi-page Amvona document headed       172
                  "Document 12-4, Lemelson Capital
 4                Says Ligand Pharmaceuticals'
                  (NASDAQ: LGND) $225M Debt Issuance
 5                Solidifies Company's Insolvency,
                  Substantially Raises Specter of
 6                Bankruptcy"

 7   Exhibit 8    Six-page document headed "Document       172
                  12-5, Ligand Pharmaceuticals
 8                (NASDAQ: LGND): Institutional
                  holders wasting no time dumping
 9                stock in response to mounting
                  insolvency and bankruptcy risks"
10
     Exhibit 9    Multi-page GSK document headed           208
11                "Press Release, Second quarter 2014,
                  Issued:  Wednesday, 23 July 2014,
12                London U.K."

13   Exhibit 10   Multi-page GSK document headed           215
                  "Press release, First quarter 2014,
14                Issued: Wednesday, 30 April 2014,
                  London U.K."
15
     Exhibit 11   Multi-page GSK document headed           226
16                "Press Release, Fourth Quarter 2012,
                  Issued:  Wednesday, 6 February 2013,
17                London, U.K."

18   Exhibit 12   Four-page email to Jesse Perkins         261
                  from Emmanuel Lemelson dated
19                9/6/2014, with list of attachments

20   Exhibit 13   Four-page email to allanrudolf           265
                  @yahoo.com from Emmanuel Lemelson
21                dated 9/7/2014, with list of
                  attachments
22
     Exhibit 14   Four-page email to johnx99y             266
23                @yahoo.com from Emmanuel Lemelson
                  dated 9/7/2014, with list of
24                attachments

25
                                                             4
```

```
 1              E X H I B I T S (Continued)

 2    NO.                DESCRIPTION                PAGE

 3    Exhibit 15   Three-page email to Dimitrios      269
                   Karakoutas from Emmanuel Lemelson
 4                 dated 9/17/2014, with list of
                   attachments
 5
      Exhibit 16   Three-page email to William Ware   272
 6                 from Emmanuel Lemelson dated
                   10/3/2014, with list of attachments
 7
      Exhibit 17   Five-page email to ruvent@gmail.com 276
 8                 from Emmanuel Lemelson dated
                   11/10/2014, with list of attachments
 9
      Exhibit 18   Email to Edward Gu from Emmanuel    279
10                 Lemelson dated 10/9/2014, Bates No.
                   SEC-Lemelson-E-0366451
11
      Exhibit 19   Email to el@lemelsoncapital.com and 286
12                 a long list of bcc's from Emmanuel
                   Lemelson dated 6/16/2014,  Bates No.
13                 SEC-Lemelson-E-0184019

14    Exhibit 20   Email to el@lemelsoncapital.com and 290
                   a long list of bcc's from Emmanuel
15                 Lemelson dated 6/19/2014, Bates Nos.
                   SEC-Lemelson-E-0117738 - 7740
16
      Exhibit 21   Email chain, the top email to       296
17                 Jennifer Bloom from Emmanuel
                   Lemelson dated 7/2/2014, with list
18                 of attachments, Bates Nos.
                   SEC-Lemelson-E-0117738 - 7740
19
      Exhibit 22   Email chain, the top email to Lori  299
20                 Schumacher from Emmanuel Lemelson
                   dated 7/21/2014, Bates Nos.
21                 SEC-Lemelson-E-0042035 - 2039

22    Exhibit 23   Email to Emmanuel Lemelson from     304
                   Michael Johns dated 9/3/2014, Bates
23                 Nos. SEC-Lemelson-E-0073067 - 3071

24

25
                                                         5
```

```
1                 E X H I B I T S (Continued)

2   NO.                  DESCRIPTION                   PAGE

3   Exhibit 24   Lemelson Capital Management letter    305
                 dated September 4, 2014, headed
4                "Dear Partners," from Emmanuel
                 Lemelson, with Appendix, Bates Nos.
5                SEC-Lemelson-E-0073131 - 3136

6   Exhibit 25   Multi-page slide deck titled "The     312
                 Amvona Fund, LP, Long-biased US
7                equity fund"

8   Exhibit 26   Email chain, the top email to Lori    325
                 Schumacher from Emmanuel Lemelson
9                dated 8/14/2014, Bates Nos.
                 SEC-Lemelson-E-0119248 - 250 with
10               attached document headed "Section
                 3 - Investor Signature Page"
11
    Exhibit 27   Objections and Responses to           332
12               Plaintiff's First Set of
                 Interrogatories to Defendants
13
                          *  *  *  *
14

15               EXHIBITS BOUND SEPARATELY

16

17

18

19

20

21

22

23

24

25
                                                          6
```

1                    P R O C E E D I N G S

2          THE VIDEOGRAPHER:  We are now recording and

3    on the record.  My name is Garner Willis.  I'm a

4    Legal Video Specialist on behalf of Gradillas Court

09:35:27  5    Reporting.

6               Today's date is October 16, 2019, and the

7    time is 9:35 a.m.  This is the deposition of Gregory

8    Lemelson in the matter of Securities and Exchange

9    Commission, Plaintiff, versus Gregory Lemelson, et

09:35:44 10    al., Defendant, in the U.S. District Court of

11    Massachusetts, Case No. 1:18-cv-11926-PBS.

12               This deposition is being taken at 33 Arch

13    Street, Boston, Mass. 02110, on behalf of the

14    Plaintiff.  The court reporter is Carol Kusinitz of

09:36:12 15    Doris O. Wong and Associates.

16               Counsel will state their appearance, and

17    the court reporter will administer the oath.

18               MR. JONES:  Good morning.  I'm Marc Jones

19    for the Plaintiff Securities and Exchange

09:36:20 20    Commission.

21               MR. DAY:  Al Day for Plaintiff Securities

22    and Exchange Commission.

23               MS. TORRICO:  Sonia Torrico for Plaintiff

24    Securities and Exchange Commission.

09:36:30 25               MR. BROOKS:  Good morning.  Doug Brooks,

7

1   counsel for Father Emmanuel Lemelson, Lemelson

2   Capital Management and The Amvona Fund.

3                GREGORY (EMMANUEL) LEMELSON

4   a witness called for examination by counsel for the

5   Plaintiff, having been satisfactorily identified by

6   the production of his driver's license and being

7   first duly sworn by the Notary Public, was examined

8   and testified as follows:

9                    DIRECT EXAMINATION

09:36:48  10   BY MR. JONES:

11       Q.   Good morning.

12       A.   Good morning.

13       Q.   My name is Marc Jones.  I'm a Plaintiff --

14   attorney for the Plaintiff, Securities and Exchange

09:37:01  15   Commission.

16            Are you appearing here today pursuant to a

17   subpoena in this litigation?

18       A.   It appears so.

19       Q.   Okay.  Is that a yes?

09:37:12  20       A.   To the best of my knowledge.

21       Q.   Okay.  And for the course of the day, I'm

22   only going to ask you to the best of your knowledge.

23   I can only ask you what you know, and if you don't

24   know, please tell me.

09:37:24  25            If you don't understand one of my

                                                           8

          1   Can you explain what a lay vocation is.

          2        A.   It's a vocation outside of the church.

          3        Q.   Okay.  Is it separate from your work with

          4   the church?

09:41:51  5        A.   Can you explain that question.

          6        Q.   Sure.  Is your -- let's take it in pieces.

          7   Is your work in your lay vocation directed by the

          8   church in any way?

          9        A.   How do you mean?

09:42:07 10        Q.   I mean do they supervise your work in the

         11   finance industry?

         12        A.   Who is "they"?

         13        Q.   The -- well, let me ask you.  You are a

         14   member of which church?

09:42:19 15        A.   I'm a member of the Eastern Orthodox

         16   Church.

         17        Q.   Okay.  Is there a governing body or

         18   individual for the Eastern Orthodox Church?

         19        A.   There's a hierarchy.

09:42:30 20        Q.   Okay.  And that hierarchy is made up of

         21   other people who have been ordained?

         22        A.   Yes.

         23        Q.   And is it also, that hierarchy, made up of

         24   anyone who has not been ordained?

09:42:42 25        A.   Well, it depends on what you mean.

                                                              14

```
 1        Q.    Okay.

 2        A.    Certainly there are lay persons who work

 3   within the administration of the church.

 4        Q.    Okay.  Do you currently have a role within

 5   that church?

 6        A.    Well, of course.

 7        Q.    What is that role?

 8        A.    I'm a priest.

 9        Q.    You're a priest?

10        A.    I'm a presbyter, yes.

11        Q.    Okay.  "Presbyter" you said?

12        A.    That's the correct term.

13        Q.    Okay.  Are you a presbyter of a

14   congregation?

15        A.    Yes.

16        Q.    Okay.  What is your -- I should say where

17   is your congregation?

18        A.    On D Street in Boston, 245 D Street.

19        Q.    Okay.  And are you the only presbyter of

20   that congregation?

21        A.    No.  Other priests are there from time to

22   time as well.

23        Q.    Okay.  Are you a full-time priest of that

24   congregation?

25        A.    I serve at the behest of the bishop,
```

09:42:53  (line 5)
09:42:58  (line 10)
09:43:07  (line 15)
09:43:17  (line 20)
09:43:26  (line 25)

15

1  COMMONWEALTH OF MASSACHUSETTS)

2  SUFFOLK, SS.                    )

3      I, Carol H. Kusinitz, RPR and Notary Public in

4  and for the Commonwealth of Massachusetts, do hereby

5  certify that there came before me on the 16th day of

6  October, 2019, at 9:35 a.m., the person hereinbefore

7  named, who was by me duly sworn to testify to the

8  truth and nothing but the truth of his knowledge

9  touching and concerning the matters in controversy

10  in this cause; that he was thereupon examined upon

11  his oath, and his examination reduced to typewriting

12  under my direction; and that the deposition is a

13  true record of the testimony given by the witness.

14      I further certify that I am neither attorney or

15  counsel for, nor related to or employed by, any

16  attorney or counsel employed by the parties hereto

17  or financially interested in the action.

18

19      Under Federal Rule 30:

20          X Reading and Signing was requested

21            Reading and Signing was waived

22            Reading and Signing was not requested.

23

24

25

342

1      In witness whereof, I have hereunto set my hand

2    and affixed my notarial seal this 23rd day of

3    October, 2019.

4

5

6    Notary Public

7    Commission expires 5/22/20