1            UNITED STATES DISTRICT COURT

2             DISTRICT OF MASSACHUSETTS

3    _____

                               )

4    SECURITIES AND EXCHANGE      )

    COMMISSION,                 )

5                           )

              Plaintiff,     )

6                         ) Civil Action No.

          v.             ) 1:18-cv-11926-PBS

7                         )

    GREGORY LEMELSON and LEMELSON  )

8    CAPITAL MANAGEMENT, LLC,     )

                         )

9             Defendants,    )

                         )

10         and           )

                         )

11    THE AMVONA FUND, LP,        )

                         )

12           Relief Defendant. )

    _____)

13

14

15                 VOLUME 2

16

17         VIDEOTAPED DEPOSITION OF GREGORY
    (EMMANUEL) LEMELSON, taken on behalf of the
    plaintiff, at the U.S. Securities and Exchange

18    Commission, 33 Arch Street, Boston,
    Massachusetts, beginning at 9:19 a.m. and

19    ending at 5:42 p.m., on Tuesday,
    November 12, 2019, before Shannon M. Crowley,

20    Registered Professional Reporter and Notary
    Public in and for the Commonwealth of

21    Massachusetts.

22

23

24

25    JOB NO. 191112BLC

                                                  1

```
 1    APPEARANCES:
 2            For the Plaintiff:
 3            U.S. Securities and Exchange Commission
              BY: Marc Jones, Esq.
 4                Alfred A. Day, Esq.
              Boston Regional Office
 5            Division of Enforcement
              33 Arch Street, Suite 2400
 6            Boston, Massachusetts 02110
              Jonesmarc@sec.gov/617.573.8947
 7            Daya@sec.gov/617.573.4537
 8
              U.S. Securities and Exchange Commission
 9            BY: Sonia G. Torrico, Esq.
              100 F Street, N.E.
10            Washington, DC 20549
              Torricos@sec.gov
11            202.551.3515
12
              For the Defendant and Relief Defendant:
13
              Libby Hoopes
14            BY: Douglas S. Brooks, Esq.
              399 Boylston Street
15            Boston, Massachusetts 02116
              Dbrooks@libbyhoopes.com
16            617.338.9300
17
18    ALSO PRESENT:
19            David Woodford, legal video
              specialist
20
21
22
23
24
25

                                                    2
```

1                        I N D E X

2

3   DEPOSITION OF:                              PAGE

4   GREGORY (EMMANUEL) LEMELSON

5        EXAMINATION BY MR. JONES                  5

6

7                      E X H I B I T S

8             (Exhibits Bound Separately)

9   NO.           DESCRIPTION                   PAGE

10  Exhibit 28    Letter dated Sunday, March 27, 2016    20

11  Exhibit 29    Letter dated September 1, 2015         47

12  Exhibit 30    Letter dated May 25, 2016              47

13  Exhibit 31    Appellant's brief                      60

14  Exhibit 32    Amended complaint and jury demand      62

15  Exhibit 33    Plaintiffs' response in opposition to  79

16                Defendants' motion to dismiss

17  Exhibit 34    Wells notice                           92

18  Exhibit 35    Notes of phone call with Bruce Voss   133

19                dated June 18, 2014

20  Exhibit 36    Form 10-K/A Amendment No. 2           223

21  Exhibit 37    Form 10-Q                             255

22  Exhibit 38    Form 10-K                             320

23

24

                                                    3

1          THE VIDEOGRAPHER:   This is the

2    start of tape labeled No. 1 to the videotaped

3    deposition of Father Emmanuel in the matter of

4    Securities and Exchange Commission versus

5    Gregory Lemelson and Lemelson Capital

6    Management, LLC, and The Amvona Fund.

7          This deposition is being heard

8    before the United States District Court in the

9    District of Massachusetts.   The Civil Action

10   number is 1:18-cv-11926-PBS.

11          This deposition is taking place at

12   the office of the Securities and Exchange

13   Commission at 33 Arch Street, Boston,

14   Massachusetts, on November 12th, 2019,

15   beginning at 9:20 a.m.

16          My name is David Woodford, legal

17   video specialist from OTS Video.   The court

18   reporter is Shannon Crowley from Gradillas

19   Reporting.

20          Would counsel present please

21   introduce yourselves and your affiliations, and

22   the witness will be sworn.

23          MR. JONES:   Good morning.   I am

24   Marc Jones for the Securities and Exchange

25   Commission, plaintiff in this action.

                                              4

1          MR. DAY:  Al Day for the SEC.

2          MS. TORRICO:   Sonia Torrico for the

3    SEC.

4          MR. BROOKS:  Doug Brooks, Libby

5    Hoopes for the defendants.

6

7

8

9          GREGORY (EMMANUEL) LEMELSON,

10   Deponent, having first been satisfactorily

11   identified and duly sworn by the Notary Public,

12   deposes and states as follows:

13

14

15

16

17   EXAMINATION BY MR. JONES:

18        Q.    Good morning.

19        A.    Good morning.

20        Q.    Father, this is going to be the

21   resumption of testimony that we took a few

22   weeks back.  You recall being here?

23        A.    I do.

24        Q.    Actually in the same room.  The same

25   ground rules will apply.  I don't know if you

5

1    have reviewed those ground rules recently.  If

2    you would like, I can go over them again?

3         A.    Sure.  Go ahead.

4         Q.    Sure.  If you don't understand my

5    question, let me know.  If you need a break at

6    some point, also let me know.

7              If you need to consult with your

8    counsel at any time, that's fine.  We have a

9    room available for you to do that.

10             I would just ask that you answer the

11   question that is pending at the time, unless

12   figuring out how to answer that question

13   involves some matter of attorney/client

14   privilege.

15             My questions are not at any time

16   intended to ask you about conversations that

17   you've had for legal advice with any attorney

18   that has represented you or your business

19   entities.

20             And if you think that the answer -

21   the question that I'm asking you would get to

22   that legal advice, please let me know, and I'll

23   try to constrain the question in some way.

24             If you answer a question, I will

25   assume that you understood what it meant.  If

6

1    an answer depends on certain factors, please

2    just tell me what those factors are.

3           For instance, if I ask you a question

4    about something and it depends on whether it is

5    2013 or 2014 or 2015, please make that part of

6    your answer.

7           Is all of that clear, Father?

8    A.    Yes.

9    Q.    Do you have any questions before we

10   start?

11   A.    No.

12   Q.    Okay.  And I should probably put on

13   the record, you are represented by counsel here

14   today as you were last time?

15   A.    Obviously.

16   Q.    And your counsel is Mr. Brooks?

17   A.    Yes.

18      MR. BROOKS:  Yes.

19   BY MR. JONES:

20   Q.    Okay.  Father, are you a Greek

21   Orthodox priest?

22   A.    Yes.

23   Q.    Okay.  And when did you become a

24   Greek Orthodox priest?

25   A.    In 2011.

7

1        Q.    And are you part of an Albanian

2   Orthodox Church at this point?

3        A.    I am assigned to the Albanian

4   Orthodox Dioceses, an exarchate of the

5   Ecumenical Patriarchate.

6        Q.    I'm going to ask you to slow down

7   just a little bit, and keep your voice up just

8   so that - especially as we go through some of

9   these religious words, so we can get them all

10   down.

11        Could you give that answer again?  I

12   didn't quite catch it.

13        A.    Yes.  I'm assigned to the Albanian

14   Diocese of America.

15        Q.    Okay.  And is the Albanian Diocese

16   part of the Greek Orthodox Metropolitan Diocese

17   of Boston?

18        A.    No.

19        Q.    And is it entirely separate from the

20   Greek Orthodox Diocese?

21        A.    So do you want me to get into the

22   ecclesiology of the Orthodox Church?  We can do

23   that.

24        Q.    I just want an answer to the

25   question.  Is the Albanian Orthodox --

8

1       A.      So that would be part of a discussion

2    of the ecclesiology in the Orthodox Church.

3       Q.      Well, I guess I don't know what

4    "ecclesiology" means, so I can't answer your

5    question.

6       A.      The structure of the authority and

7    administrative guidelines of the church.  If

8    you want to get into that, we can.

9       Q.      Sure.  Why don't you tell me in what

10   way the Albanian Orthodox Church is separate

11   that you are part of and currently assigned to

12   - actually, let me ask you a predecessor

13   question.

14           Who assigned you to the Albanian

15   Orthodox Church that you are currently

16   affiliated to?

17      A.      The Ecumenical Patriarchate.

18      Q.      Okay.  And was there a particular

19   person or persons who assigned you there?

20      A.      The Archbishop of America.

21      Q.      Okay.  And the Archbishop of America,

22   is it the current Archbishop of America or a

23   previous Archbishop of America?

24      A.      The current Archbishop of America.

25      Q.      Okay.  And when were you assigned

9

1    there?

2         A.    2011.

3         Q.    Had you previously been assigned to

4    any Greek Orthodox Churches?

5         A.    You don't have an official assignment

6    when you are a layperson.

7         Q.    Okay.  Well, I believe you just - oh,

8    you mean before you were ordained?

9         A.    Yes.

10        Q.    You were ordained as a Greek Orthodox

11   priest?

12        A.    Orthodox runs along ethnic lines.

13        Q.    Okay.

14        A.    It is one church:  Romanian Orthodox,

15   Albanian Orthodox, Russian Orthodox, Greek

16   Orthodox.  It's all one church.

17        Q.    Okay.  So you are Albanian?

18        A.    I'm not Albanian.

19        Q.    Okay.

20        A.    I was assigned to the Albanian

21   Diocese of America is what I said, right?

22        Q.    Yes.  And then you told me it ran

23   along ethnic lines, so that was my follow-up

24   question, but let me ask another one.

25        A.    That's correct.  Ethnic churches run

                                                      10

1    along ethnic lines.  That has nothing to do

2    with my ethnic background.

3        Q.    Okay.  Have you ever been part of the

4    Metropolitan Diocese of Boston in the Greek

5    Orthodox Church?

6        A.    That's an incoherent question.  You

7    have to repeat it.  "Metropolitan Diocese,"

8    where do you get these words?  I don't know --

9        Q.    I was getting them off what I thought

10   was the Metropolitan Diocese website, but --

11       A.    Never heard it referred to that way.

12       Q.    Well, is there a Greek Orthodox

13   Diocese in Boston?

14       A.    Yes.

15       Q.    And how do you refer to it?

16       A.    The Metropolis of Boston.

17       Q.    The Metropolis of Boston?

18       A.    Yes.

19       Q.    So I got my terminology mixed up

20   there a little bit.  Yes?

21       A.    Yes.  As has often been the case.

22       Q.    Thanks.  I appreciate that.

23       A.    You're welcome.

24       Q.    Have you ever been part of the

25   Metropolitan of Boston?

                                              11

1          A.    Metropolis of Boston you mean?

2          Q.    Metropolis of Boston.

3          A.    They have asked me to serve in their

4     churches from time to time.

5          Q.    Okay.  And when was that?

6          A.    Well, in 2014, 2015, that time frame.

7          Q.    And who asked you?

8          A.    The Metropolitan himself.

9          Q.    And is it the - that metropolitan who

10    asked you the current metropolitan?

11         A.    Yes.

12         Q.    And what is his name?

13         A.    Methodios.

14         Q.    Methodios, okay.  And does he have a

15    lay name, also?

16         A.    He does.

17         Q.    And what is it?

18         A.    Tournas, that's his name.

19         Q.    Tournas, is that a first name, last

20    name or --

21         A.    Last name.

22         Q.    And does he have a first name?

23         A.    I don't recall right now.

24         Q.    Okay.

25         A.    We don't usually use secular names

                                                      12

1    after ordination.

2         Q.    Understood.  Okay.  At any time were

3    you turned down for ordination?

4         A.    No.

5         Q.    Were you rejected from ordination in

6    any way?

7         A.    No.  I declined ordination.

8         Q.    You declined ordination.  Can you

9    explain to me the circumstances in which you

10   declined ordination?

11        A.    In 2004, the Metropolitan of Boston

12   asked to ordain me and I declined.

13        Q.    Why?

14        A.    I felt I wasn't ready.

15        Q.    Okay.  And at any time in 2011 did

16   you turn down ordination?

17        A.    I still felt unprepared.

18        Q.    Okay.  And is that a yes?

19        A.    I told the Metropolitan that I was

20   unworthy to be a priest.

21        Q.    Okay.  And then what was the

22   consequence of you telling him that?

23        A.    He said join the club.

24        Q.    And then what happened?

25        A.    Then he moved forward with my

                                                      13

1    ordination.

2         Q.    He --

3         A.    Moved forward with my ordination.

4         Q.    Oh, moved forward.  I'm sorry.

5         A.    He requested to ordain me.

6         Q.    Okay.  And did he, in fact, ordain

7    you?

8         A.    Yes.

9         Q.    And then you were ordained into that

10   Metropolitan?

11        A.    I was ordained into the Ecumenical

12   Patriarchate.  He is the Hierarch of the

13   Ecumenical Patriarchate.

14        Q.    And by using the word "hierarch,"

15   could you tell me what you mean by that term?

16        A.    A bishop, a hierarch, a metropolitan,

17   an archbishop, any level above presbyter.

18             THE STENOGRAPHER:  Any level above

19   what?

20             THE WITNESS:  Presbyter.

21   BY MR. JONES:

22        Q.    That is P-R-E-S-B-Y-T-E-R?

23        A.    Correct.

24        Q.    And that's your current status within

25   the church, correct?

                                              14

1          A.     Yes.

2          Q.     You are a presbyter?

3          A.     Yes.

4          Q.     And have you been a presbyter since

5     2011?

6          A.     Yes, I have.

7          Q.     Okay.  At any time between 2011 and

8     the present, has your status as a presbyter

9     changed in any way?

10         A.     How would it change?

11         Q.     I don't know.  That's why I'm asking.

12         A.     No.  It hasn't changed.

13         Q.     Okay.  I have read in various sources

14    that the term "father" is a term of affection

15    for a presbyter; is that correct?

16         A.     Perhaps.  It's the proper address for

17    a canonically ordained priest.

18         Q.     Well, so that's what I would like to

19    ask you about.  I have actually read something

20    that - well, a few things that basically says

21    that presbyters are often referred to as

22    father, though that is not an official title.

23    Is that a correct statement?

24         A.     I don't think so.

25         Q.     So father is your official title?

                                                15

1          A.      Universally, priests are referred to

2     as father.  I'm not sure what your sources are.

3          Q.      Well, I'm looking at - currently

4     looking at something called OrthodoxWiki, and

5     it also appears in --

6          A.      In every Orthodox country and every

7     Catholic country, a priest is referred to as

8     father.

9          Q.      Even by the lay people?

10         A.      Yes.

11         Q.      Everywhere?

12         A.      As far as I know.

13         Q.      Regardless of the religion?

14         A.      When you say "regardless of the

15    religion," do you mean --

16         Q.      Are you referring to just Greek

17    Orth - just Orthodox priests?

18         A.      I have never heard of a Catholic

19    priest not being referred to as father either.

20         Q.      So as far as you are concerned,

21    father is an official title of yours?

22         A.      What do you mean by "official"?

23         Q.      Well, a senator's official title is

24    senator.  The president's official title is

25    president of the United States.  You are a

                                                      16

1    presbyter.  I am asking if Father --

2         A.    He is addressed as Mr. President,

3    actually, right, I mean, the address?  So there

4    is a protocol and an address.

5              A priest is addressed as father.

6    That is the proper address.  Just like the

7    president is addressed as Mr. President.

8         Q.    Father, I'm not asking you about the

9    proper address, all right.  I'm asking you

10   about official title, whether your official

11   title is father or not?

12             MR. BROOKS:  Objection to the form.

13        A.    Reverend father, father, reverend

14   father, presbyter, they are all legitimate.

15        Q.    Legitimate or official?

16        A.    Depends on what language, actually.

17        Q.    Well, I'm going to confine us to

18   English today.

19        A.    I'm sure.

20        Q.    For mine own part, it is Greek to me.

21   So in English, is father your official title?

22        A.    Yes.  It's the correct address for a

23   priest.

24        Q.    See, I see what you did there.  You

25   talked about the correct address.  But I'm

                                             17

1      asking you --

2           A.    It is loaded language.

3           Q.    Okay.

4           A.    As has often been the case.

5           Q.    In what way is that loaded, sir?

6           A.    Well, your questions are designed to

7      confuse the issue, and I'm just telling you

8      that that's the correct address for a

9      canonically ordained priest is father.

10          Q.    So you are not going to answer

11     whether or not it's your official title?

12          A.    I'm a presbyter, which means elder of

13     the church, from the Greek presbyteros.  I'm

14     addressed as father or reverend father.

15                Is there something else you want to

16     know about that?

17          Q.    In what you just told me then,

18     presbyter is your official title?

19          A.    No.  It's rank.

20          Q.    It's your rank?

21          A.    Yes.

22          Q.    Are you considered a Hierarch as well

23     as a presbyter?

24          A.    No.

25          Q.    Okay.  Only someone who is above

                                                      18

1    presbyter is a Hierarch?

2         A.    Correct.

3         Q.    Got it.

4         A.    There is a hierarchy which exists

5    amongst presbyters, however.

6         Q.    Okay.  So putting aside the term

7    "hierarch," you are saying there is a hierarchy

8    among presbyters?

9         A.    There is always a hierarchy in the

10   church.

11        Q.    Okay.  It's not my church, Father, so

12   I don't know all of this.

13        A.    Just like the SEC.  It is just like

14   the SEC, right?

15        Q.    You are absolutely right about the

16   SEC.  There is always a hierarchy here as well.

17   So where do you sit in that hierarchy, Father?

18        A.    Well, that depends on the date of

19   ordination.  It's relative.

20        Q.    So it is based on seniority?

21        A.    Yes.

22        Q.    Okay.  So you are more senior than

23   the people who are ordained after you, and less

24   senior than those before?

25        A.    Correct.

19

1       Q.    Okay.  Any other factors go into that

2    hierarchy?

3       A.    There are special designations.

4       Q.    Do you have any special designations?

5       A.    No.

6             MR. JONES:  Can we mark that as

7    Exhibit 28.

8

9             (Exhibit 28, Letter dated

10            Sunday, March 27, 2016, marked.)

11

12   BY MR. JONES:

13      Q.    Father, do you have Exhibit 28 in

14   front of you?

15      A.    I do.

16      Q.    Is this a letter that you wrote?

17      A.    It appears to be.

18      Q.    Okay.  And to whom did you write it?

19      A.    To my bishop.

20      Q.    And what is the name of your bishop?

21      A.    Bishop Ilia.

22      Q.    All right.  Is that --

23      A.    I'm sorry.  Metropolitan Ilia.  He

24   was just elevated.

25      Q.    Okay.  But he was bishop at the time?

                                            20

1          A.     Yes.

2          Q.     And is that I-L-Y-A?

3          A.     I-L-I-A.

4          Q.     I-L-I-A.  Thank you.  And what was

5     your purpose in writing this letter?

6          A.     I have to refamiliarize myself with

7     it.

8          Q.     Take a look.

9          A.     So this appears to be a letter that

10    is designed just to keep him in the loop, so to

11    speak, to communicate with him, as I often do.

12         Q.     So there were no events that led up

13    to you writing this letter?

14              MR. BROOKS:  Object to the form.

15         A.     I don't recall a specific event, no.

16         Q.     Starting on page 2 of your letter, it

17    talks about an article in Bloomberg; is that

18    correct?

19         A.     Yes.  The one that I believe that you

20    leaked to Bloomberg.

21              THE STENOGRAPHER:  I'm sorry?

22              THE WITNESS:  Yes.  The article

23    that I believe is a result of your leaks to the

24    media.  Yes.  That one.

25

                                                    21

```
 1      BY MR. JONES:
 2          Q.    Do you have any proof of that?
 3          A.    It's attorney/client privileged.
 4          Q.    Your proof of that is attorney/client
 5      privileged?
 6          A.    Yes.
 7              MR. JONES:  Doug?
 8              MR. BROOKS:  Well, if he is saying
 9      that he only learned something through
10      communications with counsel, then it's
11      privileged.
12      BY MR. JONES:
13          Q.    So your claim is, Father, that your
14      counsel told you something that proved that the
15      SEC had leaked information about your case?
16              MR. BROOKS:  Don't answer that
17      question.
18              THE WITNESS:  I'm not going to
19      answer that question.
20      BY MR. JONES:
21          Q.    Well, I'm trying to determine the
22      basis of your attorney/client - your claim of
23      attorney/client privilege.  I don't want you to
24      tell me what your --
25          A.    My counsel has instructed me not to
```

22

1    answer that question.

2         Q.    Yes.   I understand.

3              MR. BROOKS:   At least as phrased.

4    BY MR. JONES:

5         Q.    I'm asking you - I rephrased.   It is

6    your testimony today that you learned something

7    from counsel - I don't want to know what it is

8    - that would tend to establish that the SEC

9    leaked information about your case?

10        A.    There is communication between

11   counsel and myself, which is privileged,

12   regarding this matter, which I do not intend to

13   share today, because it's attorney/client

14   privileged.

15        Q.    I understand, Father.   But that

16   wasn't my question.   Should we read the

17   question back?

18        A.    Go ahead.

19             MR. JONES:   Could you read that

20   question back, please.

21

22             (Question read.)

23

24             MR. BROOKS:   I don't think you can

25   answer that without divulging - at least as

                                              23

```
 1        phrased, without divulging attorney/client

 2        privilege.

 3                   THE WITNESS:   Thank you.   That's

 4        exactly what I was going to say.

 5   BY MR. JONES:

 6        Q.     Do you have any information other

 7   than what you were told from counsel that is -

 8   that would tend to be proof of the SEC leaking

 9   information about your case?

10        A.     I have circumstantial evidence, yes.

11        Q.     And what is that?

12        A.     Bloomberg's attorneys' disclosures in

13   court.

14        Q.     So you're saying there are

15   disclosures in court made by Bloomberg's

16   attorneys that tend to establish that the SEC

17   leaked information about your case?

18        A.     It seems to indicate that.

19        Q.     And what part of those disclosures by

20   the Bloomberg attorneys tend to establish that

21   fact?

22        A.     Well, they state that their sources

23   were extremely authoritative.

24        Q.     Okay.

25        A.     That seems to indicate when they say
```

24

1    in their representation as officers of the

2    court before the judge that their sources are

3    extremely authoritative, who else could that

4    be?

5         Q.    Ah, so you're saying that the only

6    extremely authoritative source could be the

7    SEC, and that's why you have come to this

8    conclusion?

9         A.    Well, we also know that the SEC

10   states under --

11        Q.    Father.

12        A.    Yes.  I am answering your question.

13   You interrupted me.

14        Q.    No, you are not.

15        A.    Yes, I am.  I didn't have a chance to

16   answer yet.  I was just beginning.  You

17   interrupted me.

18        Q.    What question are you answering right

19   now, Father?

20        A.    Why don't we start from the beginning

21   again of the question.  Maybe this time you

22   won't interrupt me.

23        Q.    Well, Father, I'm going to interrupt

24   you when you are not answering the question

25   that I am asking.

25

1          A.     I only got one word out.

2                 THE STENOGRAPHER:  Wait, now

3     everybody is talking at once, and I cannot

4     possibly take everybody talking at once.

5                 MR. BROOKS:  In fairness, you did

6     interrupt him before you would know whether or

7     not his answer was going to be responsive, so

8     let's just start over.

9     BY MR. JONES:

10         Q.     Okay.  Father, have you concluded

11    that the SEC leaked, in part, because your -

12    you believe that Bloomberg's attorneys'

13    representations that their sources were

14    extremely authoritative must mean that the SEC

15    leaked information about your case?

16         A.     None of those are my words.  That is

17    all loaded language and language that you

18    inserted into my comments designed to confuse

19    and twist and obfuscate what I actually said,

20    as you often do, Marc.

21         Q.     Well, then, Father, I would

22    appreciate you answering the question anyway.

23         A.     I'm not going to disclose how we

24    reached that conclusion, because that was part

25    of attorney/client privilege.  I gave one

26

1    example of circumstantial evidence.

2         Q.    Agreed, Father, and I'm asking you

3    about that circumstantial evidence now.

4         A.    So what do you want to know?  I told

5    you what the Bloomberg's attorneys testified

6    to.  That's one piece of evidence.

7         Q.    Okay.  Are there any others that you

8    have that are not attorney/client privileged?

9         A.    Not that I can think of at this

10   moment.

11        Q.    Okay.

12        A.    But I'm sure there are others.  If I

13   think of them, I'll share them with you.  I

14   know that point bothers you and the SEC, as it

15   bothered Virginia a great deal.

16        Q.    Sir --

17             MR. BROOKS:  Just answer the

18   question.

19        Q.    -- wait for the question.  The letter

20   that is Exhibit 28 here.

21        A.    Yes.

22        Q.    You just decided to keep Father Ilia

23   up to date on what you were doing?

24        A.    Bishop Ilia.

25        Q.    Bishop Ilia?

                                                    27

1      Q.    In what way were you blacklisted

2   within your church?

3      A.    I think what attorney Tom Mason was

4   referring to is the Metropolitan of Boston; not

5   Bishop Ilia, but Metropolitan Methodios, the

6   chancellor's letter, the removal from our

7   parish.

8      Q.    "The removal from our parish," what

9   did you mean by that part?

10     A.    Well, after the Wall Street Journal

11  article, I was removed from my parish.

12     Q.    And that was as a result of the

13  article?

14     A.    Yes.

15     Q.    Why were removed from your parish as

16  a result of the article, as you understand it?

17     A.    I don't know for sure.  I'm

18  speculating, but I suspect the Metropolitan was

19  very fearful of the characterization of my work

20  by the reporter Rob Copeland in the Wall Street

21  Journal.

22     Q.    Well, this is about - your suit is

23  about the Bloomberg article, correct?

24     A.    Right.  But the Bloomberg article, as

25  you recall, references, cites, and quotes of

                                              71

1      the Wall Street Journal article.

2           Q.    So you - despite the fact that you

3      filed suit about the Bloomberg article, your

4      real problem was with the Wall Street Journal

5      article?

6                 MR. BROOKS:   Object to the form.

7           A.    I didn't say that.  I didn't say

8      that.

9           Q.    Okay.  But you believe that you

10     became a pariah as a result of the Wall Street

11     Journal article?

12          A.    No.  I didn't say that either.  You

13     have to stop putting words in my mouth.  It's

14     really unfair.

15          Q.    Father, I'm reading the complaint

16     that you authorized your attorney to write

17     which says, "Within his church, he has became a

18     pariah."

19          A.    But you are consistently saying that

20     I said things I didn't say, just like your

21     complaint.

22          Q.    Father, I'm going to ask you to

23     comment less about me and more about the

24     questions, okay?

25          A.    I think in order to be completely

                                                   72

1    responsive to the questions, it's important to

2    point out when you are arguing and speaking and

3    asking questions in subtly loaded language.

4         Q.    Father, you let me worry about the

5    questions.  You worry about the answers.  You

6    have an attorney here if the question is

7    objectionable.

8              If the question is objectionable, you

9    are going to need to answer it anyway.  If the

10   question is somehow inappropriate, your

11   attorney can handle it.

12        A.    I answered all of the questions, even

13   on privileged communication.

14        Q.    What was the basis of saying that you

15   had become a pariah within the church?

16             MR. BROOKS:  Objection, asked and

17   answered.

18        A.    I don't recall at this time.  But it

19   was likely related to the controversy - the

20   further controversy it stirred up.

21             This is in my recollection now,

22   including calls from clergy such as Father Alex

23   Karloutsos to my bishop.

24             And, obviously, an article like that,

25   which is slanderous and defamatory and filled

73

1    with lies, like your complaint, was designed to

2    arouse public indignation and to paint me in a

3    certain way.

4            In that sense, Bloomberg is not

5    unlike the SEC, is it?

6        Q.    Done with your answer, Father?

7        A.    Yes.

8        Q.    Okay.  Moving on.  Continuing on

9    page 4, your attorney writes for you, "The

10   Defendants were told by Father Lemelson that he

11   was not the target of any investigation."

12           Do you see that there?

13       A.    Yes.

14       Q.    "The Defendants were asked by Father

15   Lemelson to retract their statements."

16       A.    Yes.

17       Q.    Was it your opinion at the time that

18   this complaint was written that because you had

19   told Bloomberg - the Bloomberg reporter that

20   you were not the target of any investigation,

21   that they should have retracted their

22   statements?

23       A.    In my recollection, I told Matt

24   Robinson when he called me unannounced that I

25   was aware of an investigation, but that we were

                                                74

CERTIFICATE

Commonwealth of Massachusetts
Suffolk, ss.

I, Shannon M. Crowley, Registered
Professional Reporter, and Notary Public in and
for the Commonwealth of Massachusetts, do hereby
certify:

That GREGORY (EMMANUEL) LEMELSON,
the witness whose deposition is hereinbefore set
forth, was duly sworn by me and that such
deposition is a true record of the testimony
given by the said witness.

IN WITNESS WHEREOF, I have hereunto
set my hand and notarial seal this 21st day of
November, 2019.

SHANNON M. CROWLEY
Notary Public

My commission expires
on March 2, 2023