| | |
|---|---|
| **From:** | Douglas Brooks |
| **To:** | Jones, Marc; Day, Alfred |
| **Subject:** | Fr. Emmanuel Lemelson |
| **Date:** | Friday, January 3, 2020 10:59:43 AM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Marc and Al:

We spoke last month about the issue of whether Fr. Emmanuel Lemelson is a Greek Orthodox Priest.  He is.  I write to clarify the issue.

Fr. Emmanuel is half Greek.  He grew up in Greece and studied in Greece.  He was baptized in the Greek Orthodox Church and graduated from the Greek Orthodox seminary.  He was also married in the Greek Orthodox Church.  And, as stated above, he is also a Greek Orthodox Priest.

Consistent with his testimony, Fr. Emmanuel was asked by the Greek Orthodox Metropolis of Boston, and specifically metropolitan Methodius, to be ordained in 2004.  Fr. Emmanuel declined this request.

Contrary to the email you received, Fr. Emmanuel has NEVER applied for ordination to the Greek Orthodox Metropolis of Boston.

In 2011, a Hierarch of the Ecumenical Patriarchate of Constantinople asked to Ordain Fr. Emmanuel.  This represented an extraordinary honor as the Ecumenical Patriarchate is the highest ruling body within Orthodoxy, and Fr. Emmanuel became, to the best of his knowledge, the first priest in America to be ordained directly to the Ecumenical Patriarchate.

In fact, this ordination took place within the Metropolis of Boston by a hierarch who was a clear superior to Metropolitan Methodius.

The Greek Orthodox Archdiocese of America is under the direct jurisdiction of the Ecumenical Patriarchate.  The Greek Orthodox Metropolis of Boson is under the direct jurisdiction of the Greek Orthodox Archdiocese of America.

The Hierarch of the Ecumenical Patriarchate who ordained Fr. Emmanuel is now the Archbishop of the Greek Orthodox Archdiocese of America and is widely expected to become the next Patriarch.

Since Fr. Emmanuel's Ordination, he has served (as planned before his ordination) the Greek Orthodox Metropolis of Switzerland, and later at the request of various bishops, assisted the Diocese of Hong Kong, Athens, Constantinople, and is currently serving, at the request of the Archbishop, the Albanian diocese.  Fr. Emmanuel who can speak and liturgize fluently in Greek, German and Albanian, in addition to English, accepted this assignment as his wife is

Albanian.

As Fr. Emmanuel testified, The Greek Orthodox Metropolis of Boston asked Fr. Emmanuel to take a parish in the diocese as a priest (and to correct, he was hardly a "fill in" priest, in fact the Greek Orthodox Metropolis of Boston called on him an extraordinary number of times after his return from Switzerland and he served in excess of what many full time priests do). However, contrary to the email you sent me from Ted Barbas, it was Fr. Emmanuel who declined to be assigned to the Greek Orthodox Metropolis of Boston, in addition to declining every other request of the Greek Orthodox Metropolis of Boston, including to multiple clergy meetings and events.

In sum, Fr. Emmanuel is a Greek Orthodox Priest, regardless (as with any priest) of the diocese he happens to be serving at any given moment in time.

You had mentioned that you thought it would be odd if a non-party, like Ted Barbas, would lie and thus arguably commit a 1001 violation. But that is exactly what he has done. Please let me know if you plan to refer this matter to the U.S. Attorney's Office.

Please let me know if you have any questions concerning the above.

Best,
Doug


Douglas S. Brooks
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
(617) 338-9300
dbrooks@libbyhoopes.com
www.libbyhoopes.com