# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | ) Civil Action No. 1:18-cv-11926-PBS |
| Defendants, | ) |
| and | ) |
| THE AMVONA FUND, LP, | ) |
| Relief Defendant | ) |

## ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendants Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson") ("Fr. Emmanuel") and Lemelson Capital Management, LLC ("LCM"), along with Relief Defendant The Amvona Fund, LP ("Amvona"), hereby move for leave to file a Reply to the Plaintiff Securities and Exchange Commission's Opposition to Defendants' Motion for Sanctions and to Compel Greek Orthodox Metropolis of Boston to Produce Documents in Response to Subpoena, Dkt. No. 64.  In support of their motion, Defendants state that the requested reply brief will respond to certain points of fact and law raised for the first time in Plaintiff's Opposition, which may be of assistance to the Court in determining the motion.

WHEREFORE, Defendants request that this Court enter an order granting Defendants leave to file a reply brief of no more than five pages.  Defendants further state that they will file their reply brief no later than Thursday, February 20, 2020, assuming the Court grants leave to file.

| | |
|---|---|
| Dated: February 13, 2020 | Respectfully submitted,<br><br>REV. FR. EMMANUEL LEMELSON,<br>LEMELSON CAPITAL MANAGEMENT, LLC,<br>and THE AMVONA FUND, LP<br><br>By: */s/ Brian J. Sullivan*<br>Douglas S. Brooks (BBO No. 636697)<br>Brian J. Sullivan (BBO No. 676186)<br>LIBBYHOOPES, P.C.<br>399 Boylston Street<br>Boston, MA 02116<br>Tel.: (617) 338-9300<br>dbrooks@libbyhoopes.com<br>bsullivan@libbyhoopes.com |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that counsel for Defendants and for the Plaintiff, Securities and Exchange Commission, have conferred and counsel for Plaintiff assent to the relief requested herein.

*/s/ Brian J. Sullivan*
Brian J. Sullivan

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on February 13, 2020.

*/s/ Brian J. Sullivan*
Brian J. Sullivan