UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

**PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING PROTECTIVE ORDERS**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiff, the United States Securities and Exchange Commission (the "Commission") moves for an order compelling Defendants to show cause why they should not be held in contempt and sanctioned for violating the Court's protective orders, preliminarily and permanently restraining them from future violations, and permitting discovery to determine the full extent of Defendants' discovery abuses. A memorandum in support of this motion and proposed order are being filed herewith.

Dated: February 14, 2020                          Respectfully submitted,

                                                       */s/ Alfred A. Day*
                                                     Alfred A. Day (BBO #654436)
                                                     Marc J. Jones (BBO #645910)
                                                     Securities and Exchange Commission
                                                     Boston Regional Office
                                                     33 Arch Street, 24th Floor
                                                     Boston, MA 02110
                                                     617-573-4537 (Day)
                                                     617-573-8947 (Jones)
                                                     DayA@sec.gov
                                                     JonesMarc@sec.gov
                                                     Attorneys for Plaintiff

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that the parties have previously conferred by telephone and email with respect to the subject matter of this motion and have attempted in good faith the resolve or narrow the issue, but have been unable to do so.

                                                       */s/ Alfred A. Day*

## CERTIFICATE OF SERVICE

I hereby certify that this document and all papers submitted in support are being filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on February 14, 2020.

                                                       */s/ Alfred A. Day*