UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,

    Defendants,

and

THE AMVONA FUND, LP,

    Relief Defendant.

Civil Action No. 1:18-cv-11926-PBS

## MOTION FOR LEAVE TO FILE THE DECLARATION OF ALFRED A. DAY UNDER SEAL

Plaintiff, the United States Securities and Exchange Commission (the "Commission"), hereby moves for leave to file the declaration of undersigned counsel and exhibits thereto under seal.

The Commission recognizes that the Court applies a strict standard to motions to seal, and that any party "seeking to file a document under seal must demonstrate that 'good cause' exists to do so." *Dunkin Donuts Franchised Restaurants, LLC v. Agawam Donuts, Inc.*, 2008 WL 427290, at *1 (D. Mass. Feb. 13, 2008) (citing *Nixon v. Warner Comm'ns*, 435 U.S. 589, 597 (1978)). However, while there is a presumption of public access, that presumption may be overcome "if the filing is not related to issues where there is no tradition of public access, like motions about discovery matters." *Bradford & Bigelow, Inc. v. Richardson*, 109 F. Supp. 3d

1

445, 448 (D. Mass. 2015) (citing *Anderson v. Cryovac, Inc.*, 805 F.2d 1, 13 (1st Cir. 1986)). Such filings may be sealed if there are "significant countervailing interests, like the existence of trade secrets in the documents or confidential business information." *Id*.

Here, the declaration of undersigned counsel attaches and refers to discovery materials produced by a third party, Ligand Pharmaceuticals, Inc. ("Ligand"), that Ligand designated as "Confidential" pursuant to the protective orders in this case. Pursuant to the supplemental protective order in this case, a disclosing party may designate as confidential any discovery material which it believes in good faith "contains non-public, confidential, proprietary, personal, or commercially sensitive information[.]" (ECF No. 39 at ¶ 4.) The materials to be filed under seal include two emails produced by third party Ligand in the course of this litigation, both of which have been designated "Confidential" by Ligand and both of which comprise or refer to non-public, confidential, personal, and commercially sensitive internal Ligand communications. The Commission contacted counsel for Ligand who confirmed that the materials in question are designated as "Confidential" and assents to this motion to seal. Counsel for Defendants have not responded to a request for their position on this motion.

WHEREFORE, the Commission respectfully requests that the Court enter an order allowing the Commission to submit the Declaration of Alfred A. Day and attached exhibits under protective seal until further order of this Court.

Dated: February 14, 2020               Respectfully submitted,

*/s/ Alfred A. Day*
Alfred A. Day (BBO #654436)
Marc J. Jones (BBO #645910)
Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
617-573-4537 (Day)
617-573-8947 (Jones)
DayA@sec.gov
JonesMarc@sec.gov
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that this document and all papers submitted in support are being filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on February 14, 2020.

*/s/ Alfred A. Day*