# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No.  1:18-cv-11926-PBS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrea Abarca, of Cahill Gordon & Reindel LLP, hereby enters her appearance as counsel for interested party Ligand Pharmaceuticals, Inc., in the above-captioned action.  I certify that I am admitted to practice before this Court.

Dated:   February 19, 2020

CAHILL GORDON & REINDEL LLP

By:  /s/ Andrea Abarca
Andrea Abarca (BBO #703151)
80 Pine Street
New York, New York 10005-1702
Tel: 212.701.3170
Fax: 212.269.5420
aabarca@cahill.com

*Attorney for Interested Party*
*Ligand Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on February 19, 2020, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

| | |
|---|---|
| Dated:   February 19, 2020 | By:   /s/ Andrea Abarca |
| | Andrea Abarca |