UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No.  1:18-cv-11926-PBS |

### **MOTION FOR ADMISSION OF ATTORNEY BRADLEY J. BONDI *PRO HAC VICE***

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Andrea Abarca, a member in good standing of the bar of this Court, respectfully move for the admission of Bradley J. Bondi, of Cahill Gordon & Reindel LLP, 1990 K Street N.W., Suite 950, Washington, DC 20009, to appear *pro hac vice* in this case as counsel for interested party Ligand Pharmaceuticals, Inc. ("Ligand").

In support of this Motion, attached as Exhibit A is a Certificate for Admission *Pro Hac Vice* of Bradley J. Bondi certifying that (1) he is a member of the Bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction; (3) he has not previously had any *pro hac vice* admissions to this Court (or other admissions for a limited purpose under L.R. 83.5.3) revoked for misconduct; and (4) he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, it is respectfully requested that Bradley J. Bondi be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for interested party Ligand in the above-captioned proceeding in accordance with the Rules of this Court.

Dated:   February 19, 2020                                   CAHILL GORDON & REINDEL LLP

                                                             By:  /s/ Andrea Abarca
                                                                  Andrea Abarca (BBO #703151)
                                                                  80 Pine Street
                                                                  New York, New York 10005-1702
                                                                  Tel: 212.701.3170
                                                                  Fax: 212.269.5420
                                                                  aabarca@cahill.com

## CERTIFICATE OF SERVICE

I certify that on February 19, 2020, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

Dated:   February 19, 2020                                   By:  /s/ Andrea Abarca
                                                                  Andrea Abarca