# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

**CERTIFICATE FOR ADMISSION *PRO HAC VICE* OF BRADLEY J. BONDI**

I, Bradley J. Bondi, pursuant to Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify the following:

1.  I am a member of the Bars of the State of New York, State of Florida, and District of Columbia, and am admitted to practice in the following federal courts: the United States Supreme Court; the United States Courts of Appeals for the Second, Fourth, Fifth, Eighth, Eleventh, and D.C. Circuits; and the United States District Courts for the District of Columbia, the Southern District of New York, the Southern District of Florida, the Middle District of Florida, and the Northern District of Florida.

2.  I am a member in good standing and duly licensed in every jurisdiction in which I have been admitted to practice.

3.  I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am member of the Bar.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under L.R. 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 19th DAY OF FEBRUARY 2020.

                                                **CAHILL GORDON & REINDEL LLP**

                                                By: /s/ Bradley J. Bondi
                                                   Bradley J. Bondi (D.C. Bar No. 465132)
                                                   1990 K Street N.W., Suite 950
                                                   Washington, D.C. 20006
                                                   Tel: 202.862.8910
                                                   Fax: 866.836.0501
                                                   bbondi@cahill.com