# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No.  1:18-cv-11926-PBS |

**CERTIFICATE FOR ADMISSION *PRO HAC VICE* OF SEAN P. TONOLLI**

I, Sean P. Tonolli, pursuant to Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify the following:

1.  I am a member of the Bars of the State of New York, Commonwealth of Virginia, and District of Columbia, and am admitted to practice in the following federal courts: the United States Courts of Appeals for the Second, Fourth, and D.C. Circuits; and the United States District Courts for the District of Columbia, the District of Maryland, the Eastern District of Virginia, the Southern District of New York, and the Eastern District of New York.

2.  I am a member in good standing and duly licensed in every jurisdiction in which I have been admitted to practice.

3.  I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am member of the Bar.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under L.R. 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 19th DAY OF FEBRUARY 2020.

                                                                            **CAHILL GORDON & REINDEL LLP**

                                                                            By:  /s/  Sean P. Tonolli
                                                                              Sean P. Tonolli (D.C. Bar No. 503346)
                                                                              1990 K Street N.W., Suite 950
                                                                              Washington, D.C. 20006
                                                                              Tel: 202.862.8960
                                                                              Fax: 866.836.0501
                                                                              stonolli@cahill.com