UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and<br>LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

NOTICE OF JOINDER OF INTERESTED PARTY
**LIGAND PHARMACEUTICALS, INC.**

PLEASE TAKE NOTICE that interested party Ligand Pharmaceuticals, Inc. ("Ligand"), whose confidential discovery materials Defendant Gregory Lemelson ("Defendant Lemelson") leaked to the press, hereby joins, adopts, and incorporates by reference Plaintiff United States Securities and Exchange Commission's (the "SEC") Motion for Order to Show Cause Why Defendants Should Not Be Held In Contempt for Violating Protective Orders (the "Contempt Motion") (ECF Nos. 68 & 69). A memorandum in support of this Notice of Joinder is filed herewith.

| | |
|---|---|
| Dated: February 19, 2020 | Respectfully Submitted, |
| | CAHILL GORDON & REINDEL LLP |
| | By: /s/ Andrea Abarca |
| | Bradley J. Bondi (*pro hac pending*) |
| | Sean P. Tonolli (*pro hac pending*) |
| | Andrea Abarca (BBO #703151) |
| | 1990 K Street N.W., Suite 950 |
| | Washington, D.C. 20006 |
| | Tel: 202.862.8910 |
| | Fax: 866.836.0501 |
| | bbondi@cahill.com |
| | *Attorneys for Interested Party Ligand Pharmaceuticals, Inc.* |

## **CERTIFICATE OF SERVICE**

I certify that on February 19, 2020, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

Dated:   February 19, 2020                                By:   /s/ Andrea Abarca
                                                                                        Andrea Abarca