# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | ) ) ) |
|  | Civil Action No. 1:18-cv-11926-PBS |
| Defendants, | ) ) ) |
| and | ) ) |
| THE AMVONA FUND, LP, | ) ) |
| Relief Defendant | ) ) ) |

## NOTICE OF RECEIPT OF DOCUMENTS

Defendants hereby provide this notice to the Court concerning their pending Motion for Sanctions and to Compel Greek Orthodox Metropolis of Boston to Produce Documents in Response to Subpoena (ECF No. 58). On February 20, 2020, one day after Defendants filed their reply memorandum in support of the above-referenced motion, the Greek Orthodox Metropolis of Boston produced the documents that it had previously withheld in response to Defendants' subpoena.

Accordingly, the portion of Defendants' motion seeking to compel the Greek Orthodox Metropolis of Boston to produce documents is now moot.

Dated:  February 20, 2020

Respectfully submitted,

REV. FR. EMMANUEL LEMELSON,
LEMELSON CAPITAL MANAGEMENT, LLC,
and THE AMVONA FUND, LP

By: */s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
Brian J. Sullivan (BBO No. 676186)
LIBBYHOOPES, P.C.
399 Boylston Street
Boston, MA 02116
Tel.: (617) 338-9300
dbrooks@libbyhoopes.com
bsullivan@libbyhoopes.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on February 20, 2020.

*/s/ Douglas S. Brooks*
Douglas S. Brooks