UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, <br><br> Defendants, <br><br> and <br><br> THE AMVONA FUND, LP, <br><br> Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

**AFFIDAVIT OF BRIAN J. SULLIVAN IN SUPPORT OF DEFENDANTS'
OPPOSITION TO THE SECURITIES AND EXCHANGE COMMISSION'S MOTION
FOR LEAVE TO FILE THE DECLARATION OF ALFRED A. DAY UNDER SEAL**

I, Brian J. Sullivan, hereby swear and declare as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and am counsel to Defendants Rev. Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson") ("Fr. Emmanuel") and Lemelson Capital Management, LLC, and Relief Defendant The Amvona Fund, LP.

2. On February 12, 2020, Ligand's counsel requested a teleconference between Defendants' counsel and counsel for the Securities and Exchange Commission (the "Commission"). During that teleconference, Ligand's counsel stated that he believed Fr. Emmanuel had violated the Protective Order entered in this case (Dkt. No. 39) based on communications received by Ligand and Ligand's counsel from a journalist at Barron's. Ligand's counsel stated that he had already spoken to counsel for the Commission prior to the

teleconference about the suspected violation of the Protective Order. Ligand's counsel indicated that he planned to file a motion for sanctions against Fr. Emmanuel and that he considered the teleconference to satisfy the obligation to meet and confer under Local Rule 7.1.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email from Alfred Day of the Securities and Exchange Commission to myself and Douglas Brooks, requesting our position on the Motion for Leave to File documents under seal. That email was sent on February 14, 2020 at 9:23 a.m.

4. Attached hereto as Exhibit 2 is a true and correct copy of an email from Marc Jones of the Securities and Exchange Commission in response to an email from Defendants' counsel providing notice to Ligand of documents Defendants' counsel intended to attach as exhibits to filing an opposition to the Motion to Seal pursuant to the terms of the Protective Order entered in this case.

5. Attached hereto as Exhibit 3 is a true and correct copy of an email from Marc Jones of the Securities and Exchange Commission in response to an email from Defendants' counsel providing notice to Ligand of documents Defendants' counsel intended to attach as exhibits to a potential motion challenging Ligand's request to claw back certain documents.

6. Attached hereto as Exhibit 4 is a true and correct copy of an email from "PRA – a Global CRO," dated January 1, 2014, with the subject "Industry Watch Newsletter." This document was produced by non-party Ligand Pharmaceuticals at LGND_0018565-LGND_0018568. Ligand marked this document "Confidential" pursuant to the Protective Order.

7. Attached hereto as Exhibit 5 is a true and correct copy of an email from "Google Alerts," dated February 4, 2014, with the subject "Google Alert - promacta." This document was

produced by non-party Ligand Pharmaceuticals at LGND_0019457- LGND_0019458.  Ligand marked this document "Confidential" pursuant to the Protective Order.

        8.        Attached hereto as Exhibit 6 is a true and correct copy of an email from "AAPS Pharmaceutical News," dated April 17, 2014, with the subject "FDA Approves New Type 2 Diabetes Drug."  This document was produced by non-party Ligand Pharmaceuticals at LGND_0027856- LGND_0027862.  Ligand marked this document "Confidential" pursuant to the Protective Order.

        9.        Attached hereto as Exhibit 7 is a true and correct copy of an email from Erika Luib to Bruce Voss, dated October 13, 2014, with the subject "Out of Office: Promacta data."  This document was produced by non-party Ligand Pharmaceuticals at LGND_0048691.  Ligand marked this document "Confidential" pursuant to the Protective Order.

        10.       Attached hereto as Exhibit 8 is a true and correct copy of an email from "Edison Investment Research," dated February 22, 2013, with the subject "Edison's weekly research summary."  This document was produced by non-party Ligand Pharmaceuticals at LGND_0001970- LGND_0001974.  Ligand marked this document "Confidential" pursuant to the Protective Order.

        11.       Attached hereto as Exhibit 9 is a true and correct copy of an email from "Google Alerts," dated August 8, 2014, with the subject "Google Alert – ligand pharmaceuticals."  This document was produced by non-party Ligand Pharmaceuticals at LGND_0040982- LGND_0040983.  Ligand marked this document "Confidential" pursuant to the Protective Order.

        12.       Attached hereto as Exhibit 10 is a true and correct copy of an email from "Google Alerts," dated August 7, 2014, with the subject "Google Alert - Ligand."  This document was

produced by non-party Ligand Pharmaceuticals at LGND_0040976.  Ligand marked this document "Confidential" pursuant to the Protective Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed:  February 27, 2020                                  */s/ Brian J. Sullivan*
                                                              Brian J. Sullivan

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on February 27, 2020.

                                                              */s/ Brian J. Sullivan*
                                                              Brian J. Sullivan