# Exhibit 1

**Brian Sullivan**

---

| | |
|---|---|
| **From:** | Day, Alfred <DayA@SEC.GOV> |
| **Sent:** | Friday, February 14, 2020 9:23 AM |
| **To:** | Brian Sullivan; Douglas Brooks |
| **Cc:** | Jones, Marc |
| **Subject:** | Lemelson; motion to file under seal |

Doug, Brian –

We intend to file a motion today with respect to the discovery materials provided to Barron's.  In support of our motion, we intend to attach two documents, both of which have been designated "Confidential" under the protective orders in this case (ECF Nos. 25 & 39) and/or refer to materials designated "Confidential":  Deposition Exhibit 128 and the email inquiry from Barron's to Ligand's IR firm.  We intend to ask the Court for leave to file these materials under seal.  Please let us know your position on that request.

Al

_____
Alfred A. Day
Senior Trial Counsel
U.S. Securities and Exchange Commission
(617) 573-4537

# Exhibit 2

## Brian Sullivan

| | |
|---|---|
| **From:** | Jones, Marc <JonesMarc@SEC.gov> |
| **Sent:** | Thursday, February 20, 2020 4:27 PM |
| **To:** | Brian Sullivan |
| **Cc:** | Bondi, Bradley J.; Tonolli, Sean P.; WMcCaughey@cahill.com; Day, Alfred; Douglas Brooks |
| **Subject:** | Re: SEC v. Lemelson, et al., Civil Action No. 1:18-cv-11926-PBS |

Brian,

Can you explain why you need to attach documents to an opposition to file under seal?

We currently object until we talk tomorrow.

Marc

Sent from my iPhone


On Feb 20, 2020, at 4:24 PM, Brian Sullivan <BSullivan@libbyhoopes.com> wrote:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel:

We are filing an opposition to the Motion for Leave to File the Declaration of Alfred A. Day Under Seal (Dkt. No. 70).  Pursuant to the Protective Order, we are providing notice of the documents identified by Bates numbers below that we are planning to attach as exhibits to the opposition.  Please let us know whether you will seek a protective order or if we can proceed with filing these documents as exhibits.

- LGND_0018565-LGND_0018568;
- LGND_0019457-LGND_0019458;
- LGND_0027856-LGND_0027862;
- LGND_0048691;
- LGND_0001970-LGND_0001974;
- LGND_0040982-LGND_0040983; and
- LGND_0040976.

Brian J. Sullivan
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
Tel: (617) 338-9300 x 310
Fax: (617) 338-9911
bsullivan@libbyhoopes.com
http://www.libbyhoopes.com

# Exhibit 3

## Brian Sullivan

**From:** Jones, Marc <JonesMarc@SEC.gov>
**Sent:** Wednesday, February 19, 2020 3:55 PM
**To:** Brian Sullivan
**Cc:** Bondi, Bradley J.; Tonolli, Sean P.; WMcCaughey@cahill.com; Day, Alfred; Douglas Brooks
**Subject:** Re: SEC v. Lemelson, et al., Civil Action No. 1:18-cv-11926-PBS

Brian,

I am away from my computer on vacation.  Please send along copies of these docs/testimony and give me a chance to review before you file.   Also given the recent leak of documents, I'd like some assurances that these docs are necessary for your motion and not an attempt to ratify post hoc your client's apparent leak of docs to Barrons.

Also I'd like to know if you plan on answering Brad's questions about those docs.

Please respond in full before you file any more documents with the court.

Marc

Sent from my iPhone


On Feb 19, 2020, at 3:48 PM, Brian Sullivan <BSullivan@libbyhoopes.com> wrote:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Brad:

We have not received a response to this email.  Accordingly, we have proceeded with drafting a motion.  If a motion is not necessary, then please let us know as soon as possible.

Also, as alluded to in our initial email, there are some documents that Ligand has marked confidential, and that have not already been attached to filings, that we will plan to submit as exhibits here.  Pursuant to the Protective Order, please let us know whether you plan to seek a protective order or object to the submission of these documents.  The Bates numbers/deposition transcript pages for those documents are listed below.

- Excerpts of Matthew Foehr's deposition on pages 107-109 and 115-167;
- LGND_0047390-LGND_0047429;
- LGND_0047737-LGND_0047795;
- LGND_0047804-LGND_0047864;
- LGND_0047875-LGND_0047935;
- LGND_0047972-LGND_0048033; and
- LGND_0048069-LGND_0048129.

Pursuant to the Protective Order, your response to whether you object to the filing of these documents is due in five business days, which would be Tuesday, February 25, 2020.  If a motion is necessary, we will plan to file our motion on Wednesday (or earlier depending on if and when we receive your response).

Thanks.

Brian J. Sullivan
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
Tel: (617) 338-9300 x 310
Fax: (617) 338-9911
bsullivan@libbyhoopes.com
http://www.libbyhoopes.com

---

**From:** Brian Sullivan
**Sent:** Wednesday, February 12, 2020 6:12 PM
**To:** 'Bondi, Bradley J.' <bbondi@cahill.com>; 'Tonolli, Sean P.' <STonolli@cahill.com>; 'WMcCaughey@cahill.com' <WMcCaughey@cahill.com>
**Cc:** 'Jones, Marc' <JonesMarc@SEC.gov>; 'Day, Alfred' <DayA@SEC.GOV>; Douglas Brooks <dbrooks@libbyhoopes.com>
**Subject:** SEC v. Lemelson, et al., Civil Action No. 1:18-cv-11926-PBS

Brad:

We are sending this email to follow up regarding Monday's telephone conference pursuant to Local Rule 7.1 to attempt to narrow or resolve the motion to compel documents that Ligand previously produced and now seeks to claw back.

First, as an initial matter, we noticed that there are a number of documents that were produced, that are not listed in your claw back request, but are listed in your Supplemental Privilege Log, dated December 18, 2019.  Could you please clarify whether Ligand is actually asserting privilege over those documents?  Please note that if Ligand intends to add these documents to its claw back request, then we will challenge those documents as well, as those documents are of the same nature of the documents Ligand has listed in its claw back request and the same arguments we have discussed would apply.

Second, with regard to the issue you asked us to clarify on yesterday's call, we do believe that Ligand may be obligated to produce additional documents that it previously withheld as privileged.  We would emphasize and reiterate that we do not want any direct attorney-client communications nor are we seeking any analyses of claims that Ligand was considering pursuing itself.  That being said, we maintain our position that drafts of presentations that were being created for the sole purpose of meeting with the SEC in an attempt to convince the SEC to engage in litigation against a third-party is not attorney work product.  And, to the extent it was ever attorney work product, such protections were waived both by Ligand electing to move forward with its presentations to the SEC and by the disclosure of the documents in this case.  Further, we would maintain that while we are not seeking any attorney-client communications, merely copying in-house counsel, Charles Berkman, on drafts of presentations that were designed to go to the SEC and not asking for any legal analysis does not constitute attorney work

product.  Further, as was done in the initial production, we maintain that the proper treatment for such documents reflecting legal advice from Mr. Berkman with regard to the draft presentations would be to redact those statements (as was done with LGND_0052232-33).

Finally, assuming Ligand can agree to the production of the materials we outlined above, we understand that all parties still reserve their rights to assert any objections with regard to the relevance and admissibility at trial for any of the documents.  Also, while we maintain that any work product privilege for these documents has been waived, we would agree not to assert that the agreement between the parties to avoid motion practice here constitutes an additional waiver.

Let us know if this is agreeable to you, in part or in whole, to resolve or narrow the motion.  If a motion is necessary, then we will provide a list of proposed exhibits that have been identified as Confidential as required by the Protective Order, before filing.  We would appreciate if Ligand would provide an expedited response to the handling of the materials marked Confidential so we can get the motion on file as soon as possible, if the motion is necessary.  Thanks.


Brian J. Sullivan
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
Tel: (617) 338-9300 x 310
Fax: (617) 338-9911
bsullivan@libbyhoopes.com
http://www.libbyhoopes.com

# Exhibit 4

| Message | |
| --- | --- |
| **From**: | PRA - a Global CRO [clearlypra@praintl.com] |
| **Sent**: | 1/1/2014 10:42:54 AM |
| **To**: | mherman@ligand.com |
| **Subject**: | Industry Watch Newsletter |

**Industry Watch Bi-Weekly Newsletter**

## To Address The Dementia Epidemic, We Need Smarter Research Funding

Government ministers, public health advocates, scientists and drug industry executives from the Group of Eight leading economies held a special summit meeting in London last week to devise a strategy to address what amounts to a global epidemic of de

★ **5** via forbes

## Therapeutics

### Packaging insulin into a pill-friendly form for diabetes treatment

Since insulin's crucial discovery nearly a century ago, countless diabetes patients have had to inject themselves with the life-saving medicine. Now scientists are reporting a new development toward a long-sought insulin pill that could save millions

★ **3** via worldpharmanews



## Healthcare

### Researchers show genetic overlap in schizophrenia, cognitive ability

Investigators at The Feinstein Institute for Medical Research have discovered for the first time, direct evidence of a genetic overlap between schizophrenia and general cognitive ability. The findings are published online in Molecular Psychiatry.

★ **5** via sciencedaily

## Regulatory Briefs

### Gilead races to the FDA with stellar PhIII results for breakthrough hep C combo

Gilead unveiled a package of stellar late-stage cure rates for its closely-watched hepatitis C combination of the newly approved "nuke" Sovaldi (sofosbuvir) and the NS5A inhibitor ledipasvir, putting it on a short path to the FDA with a new drug appl

★ **5** via fiercebiotech

## FDA Approves new drug to treat COPD

A new inhaled drug to treat a serious lung condition called chronic obstructive pulmonary disease (COPD) has been approved by the U.S. Food and Drug Administration. GlaxoSmithKline's Anoro Ellipta is meant to be used once

★ **2** via drugs



---

**Pharma & Biotech**

## Bristol-Myers Squibb to sell its global diabetes business

Bristol-Myers Squibb Company (NYSE:BMY) today announced that it has signed an agreement to sell its global diabetes business that was part of its collaboration with AstraZeneca. Under terms of the agreement, AstraZeneca will make an upfront payment of...

★ **3** via worldpharmanews

---

Email Marketing by



This message was sent to mherman@ligand.com from:

PRA | 4130 ParkLake Avenue - Suite 400 | Raleigh, NC 27612

Unsubscribe

# Exhibit 5

Message
_____

**From**:        Google Alerts [googlealerts-noreply@google.com]
**Sent**:       2/4/2014 11:01:19 AM
**To**:         eluib@ligand.com
**Subject**:    Google Alert - promacta

## Google Alerts

# promacta

Daily update · February 4, 2014

NEWS

_____

### GlaxoSmithKline Wins Another FDA 'Breakthrough' Designation

Wall St. Cheat Sheet

... Food and Drug Adminstration on Monday, this time for a drug called eltrombopag (also known as **Promacta** or Revolade), which is being developed ...

     Flag as irrelevant

WEB

_____

### Ligand Partner GlaxoSmithKline Gains FDA ... - Business Wire

businesswire.com

"**Promacta** continues to be the basis of ground breaking and promising science in important areas with significant unmet medical ... About **Promacta**.

     Flag as irrelevant

_____

### GlaxoSmithKline's **Promacta** gains FDA breakthrough therapy status ...

firstwordpharma.com

GlaxoSmithKline on Monday announced that the FDA granted breakthrough therapy designation to **Promacta** (eltrombopag) for the treatment of ...

     Flag as irrelevant

_____

### "Breakthrough Therapy" designation for GlaxoSmithKline's **Promacta** ...

thepharmaletter.com

The US Food and Drug Administration has granted "Breakthrough Therapy" designation for UK pharma giant GlaxoSmithKline's (LSE: GSK) ...

     Flag as irrelevant

Edit this alert

You have received this email because you have subscribed to **Google Alerts**.
Unsubscribe | View all your alerts
Receive this alert as RSS feed

Send Feedback

Confidential
Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.
LGND_0019458

# Exhibit 6

**Message**

| | |
|---|---|
| **From**: | AAPS Pharmaceutical News [aaps@multibriefs.com] |
| **Sent**: | 4/17/2014 1:00:13 PM |
| **To**: | mfoehr@ligand.com |
| **Subject**: | FDA Approves New Type 2 Diabetes Drug |

.

This message contains images. If you don't see images, click here to view.
**Advertise** in this news brief.

Text Version    RSS    Subscribe    Unsubscribe    Archive    **Media Kit**
April 17, 2014





METTLER TOLEDO
**LABORATORY
SOLUTIONS**

**Weighing**

**1-800-METTLER
www.mt.com**



**Research
Polymer/Supply
Parts Box**

PolySciTech
provides PEG-PLGA
block copolymers,
thermogels,
fluorescent
polymers, reactive
intermediates, and
"hard-to find"
research products.



USP Global Education and Training    **06 MARCH**    LIVE WEBINAR: Enzymes in the Dissolution Testing of Gelatin Capsules

## AAPS NEWS

### FDA/PQRI Conference on Evolving Product Quality
**Goals and Objectives of the Conference**

Overseeing the quality of the world's drug supply requires unrelenting vigilance. The FDA/PQRI Conference on Evolving Product Quality will serve as a forum for industry, academia, regulatory, and other pharmaceutical professionals to discuss cutting-edge ideas and exchange resources related to pharmaceutical quality. The 2-day groundbreaking conference will serve as a forum for:

- biotechnology professionals,
- generic and innovator sponsors, and
- sterile product manufacturers.

For registration information click here and for hotel reservations please click here. If you need additional assistance, contact Vicki Penn at pennv@pqri.org.

Share this article:   f  t  in  ✉

Return to Headlines

READ MORE





Expertise in aseptic contract filling    VETTER

## PHARMACEUTICAL NEWS

### In this week's Pharmaceutical News...

- Massachusetts Cannot Ban FDA-Approved Painkiller, Judge Rules
- Pharma Sector Expects Strong FY15
- Excluding Drug Companies From Drug Information Dissemination
- Prices Soaring for Specialty Drugs, Researchers Find
- Has Healthcare Embraced A Hit-And-Run Strategy?
- FDA Extends Market Exclusivity of BioMarin's Phenylketonuria Drug Kuvan For 6 Months
- Big Pharma Tries To Short-Circuit France's Move Toward Biosimilar Substitution
- FDA Approves New Type 2 Diabetes Drug
- Manufacturer Rejects Claims That Flu Drug is Ineffective
- Big Pharma On Big Data Collaboration

### Massachusetts Cannot Ban FDA-Approved Painkiller, Judge Rules

**The Washington Post**

A federal judge blocked an effort by Massachusetts Gov. Deval L. Patrick to ban sales of a controversial new painkiller in the state, saying the governor's move was preempted by federal law and could harm people who need the drug for pain relief. In a five-page order, U.S. District Judge Rya W. Zobel sided with the drug's California-based manufacturer, Zogenix, which had argued that Patrick had no right to bar a medication that the Food and Drug Administration has deemed safe and effective.

Share this article:

Return to Headlines

READ MORE

---

**PRODUCT SHOWCASE**



**Byologic™: Biotherapeutic Inspection & Quantification Software**

Protein Metrics' Byologic™ software enables easy identification and quantification of sequence variants, protein modifications, and degradants down to trace concentrations. Enabling rapid characterization of drug substance by a variety of interactive computational and visual inspection tools, Byologic™ assists biopharmaceutical companies to manage the risk of variants and contaminants in their products.

## Pharma Sector Expects Strong FY15

**Business Standard**

The country's pharmaceutical industry expects to be back on a strong growth path in 2014-15, after a tough year battling price control and trade issues. On the whole, it expects growth of 12-14 percent. Pankaj Patel, chairman and managing director, Cadila Healthcare, said: "We expect the market to pick up after June-July and the growth should be in double digits. Last year, there was some shrinkage in revenue as prices of several essential drugs came under control."

Share this article:

Return to Headlines

READ MORE

## Excluding Drug Companies From Drug Information Dissemination

**By Mike Wokasch**

For the past couple of decades, the healthcare market has gradually made it more difficult for drug companies to market their products. Initial constraints — mostly in teaching hospitals — were imposed as a way to reduce pharmaceutical influence on prescribing practice, especially among vulnerable medical students and residents. These constraints became increasingly more prevalent as institutions and managed care organizations tried to protect the integrity of their drug formularies from the undue pressures from drug companies.

Share this article:

Return to Headlines

READ MORE

---

**FEATURED COMPANIES**

Confidential                    Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.                    LGND_0027858



**The Proven Innovation by JRS PHARMA**

**PROSOLV® SMCC (Silicified Microcrystalline Cellulose)** is a high-functionality excipient (HFE) that imparts optimum compaction and superior flow to tablet formulations. **MORE**



**Advertise here!**

To find out how to feature your company in the American Association for Pharmaceutical Scientists and other advertising opportunities, Contact Geoff Forneret at 469-420-2629. **MORE**

## Prices Soaring for Specialty Drugs, Researchers Find

**The New York Times**

Even as the cost of prescription drugs has plummeted for many Americans, a small slice of the population is being asked to shoulder more and more of the cost of expensive treatments for diseases like cancer and hepatitis C, according to a report to be released by a major drug research firm. The findings echo the conclusions of two other reports released last week by major pharmacy benefit managers, which predicted that spending on so-called specialty drugs would continue to rise.

Share this article:  

Return to Headlines

READ MORE

## Has Healthcare Embraced A Hit-And-Run Strategy?

**Forbes**

Sovaldi is off to the races — the biggest and most successful drug launch, by far, in the history of the industry. This is a truly remarkable achievement, a combination of derring-do and flawless execution that has given millions of patients the hope of a cure, and Gilead's investors the anticipation of a just reward. That blend of risk-taking and excellence is the hallmark of innovative drug companies, and the rare combination of skills that has given Gilead a $100 billion market cap within a short 27 years of its creation, making it the 8th biggest company in the industry.

Share this article:   

Return to Headlines

READ MORE

**2014 AAPS Annual Meeting and Exposition**
November 2-6, 2014 / San Diego Convention Center

## FDA Extends Market Exclusivity of BioMarin's Phenylketonuria Drug Kuvan For 6 Months

**Pharmaceutical Business Review**

The U.S. Food and Drug Administration (FDA) has granted BioMarin Pharmaceutical's Kuvan (sapropterin dihydrochloride) Powder for Oral Solution and Tablets a six-month pediatric exclusivity extension. FDA action extends Kuvan's market exclusivity to June 2015 and is based on trials submitted in response to a written request by the FDA to investigate the use of the drug in pediatric patients from birth to age six.

Share this article:   

Return to Headlines

READ MORE

**PRODUCT SHOWCASE**



**Translational Pharmaceutics™**

Quotient Clinical offers a unique range of services, based on its Translational Pharmaceutics™ platform. Translational Pharmaceutics™ integrates formulation development, real-time GMP manufacturing with clinical testing, significantly reducing development time and costs. Quotient accelerates progression from First-in-Human to POC and can rapidly develop, screen and optimize drug formulations for downstream development.

## Big Pharma Tries To Short-Circuit France's Move Toward Biosimilar Substitution

FiercePharma

Late last year, French legislators quietly slipped a measure into the country's 2014 budget legislation that would allow pharmacists to substitute inexpensive biosimilar drugs for pricier biotech brands. While not a full-out assault on branded biologics, it would make France the first European country to substitute the cheaper drugs, and the pharma industry is doing everything it can to derail that move before France's Administrative Supreme Court decrees it into effect. Executives representing drugmakers such as France's Sanofi as well as Roche and Amgen are angry they weren't consulted about the law and are now meeting with government officials, pharmacists and doctors in France to discuss the decree, according to Reuters.

Share this article: 
Return to Headlines

 READ MORE

## FDA Approves New Type 2 Diabetes Drug

HealthDay News via WebMD

Millions of Americans with Type 2 diabetes have a new treatment option with the U.S. Food and Drug Administration's approval of a once-weekly injectable drug, Tanzeum. The FDA described Tanzeum (albiglutide) as a "glucagon-like peptide-1 (GLP-1) receptor agonist — a hormone that helps normalize patients' blood sugar levels. Tanzeum "can be used alone or added to existing treatment regimens to control blood sugar levels in the overall management of diabetes," Dr. Curtis Rosebraugh, director of the Office of Drug Evaluation II in the FDA's Center for Drug Evaluation and Research, said in an agency news release.

Share this article:  
Return to Headlines

READ MORE



## Manufacturer Rejects Claims That Flu Drug is Ineffective

Independent.ie

The pharmaceutical company which makes the drug Tamiflu has rejected research claiming it is no better than paracetamol. Roche said that decisions "reached by 100 regulators across the world and subsequent real-world evidence demonstrate that Tamiflu is an effective medicine in the treatment and prevention of flu". The company was responding to research published in the 'British Medical Journal' by the Cochrane Collaboration saying it did not prevent complications, stop people passing on the flu virus or prevent a pandemic.

Share this article: 
Return to Headlines

READ MORE

## Big Pharma On Big Data Collaboration

**Healthcare IT News**

Last week alone, no fewer than three different models emerged for sharing big data across the pharmaceutical industry. The overwhelmingly positive vote (547 to 17) is also aimed at clinical trial data transparency but only targets new trials commencing after the law takes effect. Assuming it is enacted, the benefits of a legislative model will be:

- Requirement that all drug trials in Europe are registered before they begin on the publicly accessible EU clinical trials register.
- Requirement that a summary of the results from these trials is published on the register within a year of trial end.
- Requirement that a summary understandable to a lay person of what was found in the trial is published on the register.
- Establishment of a new publicly accessible EU clinical trials register, to be set up and run by the European Medicines Agency.
- Imposed financial penalties on anyone running a clinical trial that does not adhere to these new laws.

Share this article: 
Return to Headlines

READ MORE

---

### TRENDING ARTICLES

**Missed last week's issue? See which articles your colleagues read most.**

US Supreme Court Battle Over Teva Pharmaceutical Drug Patent (Albany Business Review)
WHO Calls for Lower Pricing of Hepatitis C Drugs (Bloomberg)
Pharmaceutical Companies To Benefit From New Blood Cancer Drugs (The Pharma Letter)
What We Need To Do About Antibiotic-Resistant Infections (The Washington Post)
Sun Pharma Plans Phase-Out Of Ranbaxy-Branded Drugs In US (Reuters)

Don't be left behind. Click here to see what else you missed.



## AAPS Pharmaceutical News

Colby Horton, Vice President of Publishing, MultiBriefs, 469.420.2601
**Download media kit**

Jessica Taylor, Senior Medical Editor, MultiBriefs, 202.684.7169
**Contribute news**

**Recent issues**

April 10, 2014
April 3, 2014
March 27, 2014
March 20, 2014

Be sure to add us to your address book or safe sender list so our emails get to your inbox. Learn how.

This edition of the AAPS Pharmaceutical News was sent to mfoehr@ligand.com. To unsubscribe, click here. Did someone forward this edition to you? Subscribe here -- it's free!

Powered By MULTIBRIEFS
7701 Las Colinas Ridge, Ste. 800, Irving, TX 75063

# Exhibit 7

Message
| | |
|---|---|
| **From**: | Luib, Erika [eluib@ligand.com] |
| **Sent**: | 10/13/2014 12:15:46 PM |
| **To**: | Bruce Voss [BVoss@lhai.com] |
| **Subject**: | Out of Office: Promacta data |

Thank you for your e-mail. I am currently out of the office and will return on Tuesday, October 14th.

If you need immediate assistance, please contact the following:

- For Captisol orders and technical inquiries: Vince Antle, orders@captisol.com
- For Investor Relations: Bruce Voss, LHAI bvoss@lhai.com

Best regards,

Erika Luib
Ligand
Marketing and Captisol Customer Service
858-550-7896
orders@captisol.com

# Exhibit 8

| Message |
|---|
| **From**: Edison Investment Research [research@edisoninvestmentresearch.co.uk] |
| **Sent**: 2/22/2013 5:01:55 AM |
| **To**: jhiggins@ligand.com |
| **Subject**: Edison's weekly research summary |

This email contains graphics. If you do not see them, view it in your browser.

| **WEEKLY SUMMARY** | Global Bioenergies | Bionomics | More company research |
|---|---|---|---|
| | Greka Drilling | Lombard Medical | Mailing preferences |
| | Severfield-Rowen | CytRx Corporation | Feedback |
| | Clavis Pharma | MolMed | Disclaimer |
| | Zealand Pharma | Sangamo BioSciences | |
| | Phytopharm | Pan African Resources | |
| | Carador Income Fund | St. Modwen Properties | |
| | Aveo Pharmaceuticals | Xplore Technologies Corp | |
| | Victoria Oil & Gas | SeaEnergy | |
| | e-Therapeutics | Amur Minerals | |
| | Sigma Capital Group | Gulfsands Petroleum | |

## Global Bioenergies



| Price | Market Cap. |
|---|---|
| €30.16 | €55m |

**Outlook - Proving the case for isobutene** 21 February 2013

Global Bioenergies (GBE) is developing unique biological processes for converting renewable feedstocks into hydrocarbons, which can then be produced on an industrial scale. The next phase of its development will involve building an industrial pilot for isobutene over the next two years, to prove the proprietary process is scalable. If this is successful, the unique patented technology, for a cost-efficient, single-step fermentation process, will be licensed out to industrial partners, producing licence fees and ongoing royalties for GBE. The intention is then to replicate this process for other olefins, where technological progress has already been made. More

## Bionomics



| Price | Market Cap. |
|---|---|
| A$0.44 | A$159m |

**Update - Raising BNC101's profile** 21 February 2013

Bionomics has presented a comprehensive review of the supporting data that underpins its cancer stem cell programme, BNC101, at a leading conference in this rapidly emerging field. The material presented included data on BNC101's activity (effectively the first public disclosure) in a colorectal cancer re-implantation model – designed to be selective for cancer stem cells (CSCs) – as well as a literature review on the LGR5 target. Bionomics is currently completing preclinical studies with BNC101 and expects to initiate Phase I trials in 2014. More

## Greka Drilling



| Price | Market Cap. |
|---|---|
| 22.75p | £91m |

**Update - Increasingly positive outlook** 21 February 2013

Greka Drilling's (GDL) news flow has been highly bullish of late reflecting a major breakthrough into the third party unconventional drilling market in China. Clearly this is testimony to GDL's increasingly recognised technical capabilities in challenging drilling applications. GDL is emerging as one of the foremost players in China's rapidly evolving unconventional drilling market. Given the government's desire to tap China's considerable shale and tight gas resource base combined with GDL's technical strengths, we believe the outlook both near and long term is highly positive. More

## Lombard Medical

| Price | Market Cap. |
|---|---|
| 211.50p | £43m |

**Update - Aorfix wins FDA approval** 20 February 2013

Lombard Medical has received the long-awaited FDA approval for its Aorfix endovascular aortic stent graft for treatment of abdominal aortic aneurysm (AAA). The US approval is a significant landmark in Lombard's more than a decade-long development of the Aorfix device. It is also the trigger event for a pre-agreed £14.1m financing, which will support the launch of the product. The US label includes treatment of patients with aortic neck angulations of 0-90°, a uniquely broad label claim. We have increased our valuation of Lombard to £104.7m or 346p/share, adjusting for the 10.1m shares to be

issued in fundraising. More

---

### Severfield-Rowen



| Price | Market Cap. |
|---|---|
| 73.00p | £66m |

**Flash note - Wiping the contract slate clean** 20 February 2013

Uncertainty regarding a number of problem contracts has been lifted with the announcement of a £20.1m P&L charge to be booked in FY12. More robust procedures have been initiated within the framework of the already announced internal merger. Fresh equity funding and revised bank facility arrangements are to be confirmed shortly along with FY12 results. Market conditions remain tough – with lower management expectations and Severfield is regrouping accordingly. More

---

### CytRx Corporation



| Price | Market Cap. |
|---|---|
| US$2.00 | US$61m |

**Update - Targeting soft tissue sarcoma** 19 February 2013

CytRx's investment case effectively rests on the successful development and commercialisation of its lead programme, aldoxorubicin, for advanced soft tissue sarcoma (STS). Backed by a strong balance sheet, encouraging Phase I/II data, and positive FDA feedback, we expect CytRx to advance its pipeline through major value inflection points in 2013. Positive data for aldoxorubicin (STS, pancreatic cancer) and tamibarotene (lung cancer) in 2013 could drive a re-rating of CytRx shares, closing the gap between the current market cap ($65m) and our base-case valuation ($120m). More

---

### Clavis Pharma

| Price | Market Cap. |
|---|---|
| NOK7.65 | NOK259m |

**Update - Ragnarök looms** 19 February 2013

Clavis Pharma's investment case is entirely dependent on the late March outcome of the CLAVELA Phase III study of elacytarabine in relapsed and refractory acute myeloid leukaemia (AML). The study compares elacytarabine against commonly used but non-standard therapies. Approval requires an odds ratio of 0.7 or better; equivalent to median survival of about 4.5 months vs 3.0 months on other therapies. If this is reached, elacytarabine would be the only approved relapsed/refractory AML therapy. Clavis aims to enter US and Asian deals by the end 2013, with a direct EU launch starting in Germany and Sweden by early 2015. If CLAVELA fails, Clavis will be wound down, with little cash for shareholders although any returns will be maximised. More

---

### MolMed



| Price | Market Cap. |
|---|---|
| €0.41 | €92m |

**QuickView - Data to drive a deal** 18 February 2013

Data from five controlled trials of MolMed's selective vascular targeting agent NGR-hTNF are due to be announced during 2013, which could trigger a partnership and help determine future Phase III development in solid tumours. A partnership is key to unlocking NGR-hTNF's value and is in turn central to MolMed's investment case. If Phase III data due in H2 in the initial indication of mesothelioma are positive, NGR-hTNF could be filed shortly thereafter. MolMed is also planning to file TK for EU conditional approval in high-risk leukaemia during 2013. More

---

### Zealand Pharma

| Price | Market Cap. |
|---|---|
| DKK79.5 | DKK1,844m |

**QuickView - Lixi prospects see saw** 18 February 2013

A surprise regulatory setback for Novo Nordisk's Tresiba has suddenly improved the prospects for Zealand's key partnered programme just days after they were dashed. Thus, the setback that came with the disclosure by Sanofi of a delay in the development of the Fix-Flex combination product has been somewhat offset by the delay to Novo's competing insulin/GLP-1 agonist combination, as a result of the FDA's rejection of Tresiba. While uncertainty remains about the development timelines for Sanofi's combination product, the shape of the future diabetes landscape has now shifted back in its (and thus Zealand's) direction. Furthermore, after a 20% fall, Zealand's share price has yet to reflect this new situation. More

---

### Sangamo BioSciences



| Price | Market Cap. |
|---|---|
| $8.56 | $454m |

**QuickView - Advancing gene therapy** 18 February 2013

The recent surge in the share price seems to reflect increased optimism ahead of Phase II readouts of SB-728-T, Sangamo's potentially paradigm-shifting approach for treating HIV/AIDS. While investors are focused on this data, Sangamo's ZFP Therapeutics pipeline includes several potentially disruptive therapies addressing other diseases. More

---

### Phytopharm



| Price | Market Cap. |
|---|---|
| 1.85p | £7m |

**Update - Cogane fails key test** 18 February 2013

---

Confidential   Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.   LGND_0001971

Phytopharm's binary event has not gone well with the failure of Cogane to meet the primary or any secondary endpoints in its Confident-PD study in early-stage Parkinson's disease. Cogane's future now looks bleak – we do not view potential development for amyotrophic lateral sclerosis (ALS) as viable – and we are not surprised the stock is trading close to Phytopharm's £5.5m cash balance. The company is conducting a strategic review and we believe the best outcome may be a reverse merger by a private company seeking to utilise Phytopharm's cash, LSE listing and £55m in accumulated tax losses. More

---

### Pan African Resources

 | Price | Market Cap.
| 17.00p | £310m

**Update - There!** 18 February 2013

Pan African has today announced that the last remaining condition precedent to closing the Evander transaction (namely receipt of consent from the Department of Mineral Resources (DMR) in accordance with section 11 of the Mineral and Petroleum Resources Development Act, No. 28 of 2002) has now been met. As a result, the transaction is now unconditional and Pan African will assume de jure control of Evander from 28 February 2013. From that date, the financial results of Evander will be consolidated into those of Pan African. As such, Pan African's full-year results to 30 June 2013 will therefore include four months of contributions from Evander, compared to a previous Edison assumption of six months. Forecasts have now been adjusted to reflect this, including an expected resumption of dividend payments. More

---

### Carador Income Fund

 | Price | Market Cap.
| US$1.03 | US$433m

**Review - High-yield, low-volatility NAV** 18 February 2013

Carador Income Fund (CIFU), managed by GSO Capital Partners (of the Blackstone Group), has underlying investment exposure to a highly diversified portfolio of US corporate senior secured loans through direct investments in the securities of collateralised loan obligations (CLOs). Currently, most of the portfolio is invested in the income notes of CLOs (56%) and in mezzanine tranches of CLO debt (38%), although the portfolio has historically been actively managed. Income notes are producing high cash income returns, benefiting from benign US corporate credit quality, attractive fixed funding rates on pre-crisis CLO debt funding and subsequently wider loan asset spreads. Aggregate 2012 quarterly dividends represent a yield of 13.2% and have increased each quarter since Q110. More

---

### St. Modwen Properties

 | Price | Market Cap.
| 257p | £516m

**QuickView - Site visit summary** 15 February 2013

St. Modwen provided further details on one of its largest regeneration projects, the New Covent Garden Market in Vauxhall, London. A joint venture company, Vinci St. Modwen (VSM), will develop the site from January 2015, subject to revised planning consent. A new market will be built for the market authority (estimated cost £150-200m) in return for surplus land with an estimated fully developed value of £2bn. More

---

### Aveo Pharmaceuticals

 | Price | Market Cap.
| $7.35 | $378m

**QuickView - Down, but not out** 15 February 2013

Aveo has revealed final overall survival (OS) Phase III data for tivozanib in renal cell carcinoma (RCC), which shows a median OS of 28.8 months for tivozanib versus a median OS of 29.3 months with sorafenib in the control arm (p=0.105, HR=1.25). The OS trend in favour of the sorafenib arm is a clear concern with regard to tivozanib's approvability by the FDA (PDUFA 28 July 2013), but the trial design may provide the mitigating circumstances to persuade the regulator that tivozanib has a role to play in RCC. A planned FDA advisory committee review of tivozanib in the coming months is therefore a major catalyst for the stock. More

---

### Xplore Technologies Corp

 | Price | Market Cap.
| $4.50 | $36m

**QuickView - A fresh start** 15 February 2013

Xplore's rugged tablet computers are used in demanding environments across multiple industries ranging from telecommunications to homeland security. With a refreshed product platform and a strengthened balance sheet, the company looks well placed to capitalise on the pervasion of tablet computing into domains customarily dominated by more traditional laptop or handheld form factors. More

---

### Victoria Oil & Gas

| Price | Market Cap.
| 1.53p | £52m

**Update - A new chapter** 15 February 2013

The news on 6 February that Victoria Oil & Gas had raised £23m via a placing was bittersweet. The arrival of institutions (including Credit Suisse and GLG) to the shareholder register provides the company with a very solid financial footing,

brings a level of implied confidence to the story and has catalysed positive changes within the company. This has to be balanced against the dilution, which has caused discomfort to existing shareholders. We adjust our valuation to take account of the equity raise (which we assume in full) and lower production volumes in 2013. Our core NAV falls to 5.7p/share, which still represents long-term value in the shares. More

---

### SeaEnergy

 **Price** 28.88p | **Market Cap.** £17m

**Outlook - New direction** 15 February 2013

SeaEnergy's strategy of establishing a business to service the needs of the offshore energy industry is well placed to exploit the growth we expect in this market and at the same time deliver a less-volatile earnings profile than the company has experienced in the past. Delivery of a recurring earnings stream could enable the company to close the significant gap that exists between the current share price and our SOTP valuation of 45p/share. More

---

### e-Therapeutics

 **Price** 31.50p | **Market Cap.** £44m

**Update - Funded through to 2017** 15 February 2013

e-Therapeutics is raising £39m (net) primarily to fund the development of ETS2101, its lead drug candidate, through to complete Phase II trials in glioma. The new funds will also allow a Phase Ib/II trial programme in additional cancer indications to be implemented. Positive results would provide major value inflection points and facilitate an out-licensing deal. Parts of the proceeds are earmarked to bolster new drug discovery activities using the proprietary network pharmacology technology platform. The pro forma £48m net cash suggests the company is funded through to 2017. More

---

### Amur Minerals

 **Price** 8.25p | **Market Cap.** £30m

**Flash note - Linking up deposits** 15 February 2013

Amur has continued to demonstrate the increasing likelihood for its Maly Kurumkon/Flangovy deposit to join up with a new 750m drill-defined mineralised body called Gorny (all situated in its Kun-Manie exploration licence in the far east of Russia), situated c 2km to the east. Of the 11 holes drilled into Gorny in 2012, nine hit mineralisation, with an average combined thickness of 12.8m per hole at a nickel grade of 0.45% and 0.13% copper. More

---

### Sigma Capital Group

 **Price** 8.25p | **Market Cap.** £4m

**Update - Revenue & cash in line with forecast** 15 February 2013

Sigma's trading update confirmed that H212 revenue and operating profit were broadly in line with forecasts. Its property services operations, now the core focus, performed as expected with H212 revenue c 56% up on H1. Cash generation was also on track, with £1m of net cash at the year-end vs £0.7m at end of June. Less positively, slower than expected VC division exits prompted a £0.5m general provision against the carrying values of its holdings in the equity funds it manages and dropped that figure below its share of those funds' net assets. As a result total FY12 losses will be c £1.3m (FY11: £1.4m loss) vs our previous £0.6m estimate. Part of this relates to the £0.5m provision; we have assumed that the £0.2m balance is Sigma's 27% share of AIM-listed Frontier IP's losses plus declines in the val ue of other listed and unlisted stakes. As a result of those write-offs forecast FY12 NAV/share drops from 6.7p to 5.5p/share. However, our forecasts already assumed VC realisations at below 50% of book value, and division fee income is on track, which should cover wind-down costs. More

---

### Gulfsands Petroleum

 **Price** 111.75p | **Market Cap.** £132m

**Outlook - The road out of Damascus** 15 February 2013

Gulfsands Petroleum has begun a new chapter, with recent Moroccan and Tunisian deals firmly establishing its non-Syrian MENA business. Morocco offers near-term gas production and longer-term oil-focused upside. Meanwhile, Tunisia represents further exploration through Gulfsands' existing interest and possible new deals through the JV. As a result of its cash reserve, Gulfsands is fully funded on its near-term activities in Morocco and Tunisia. If assumed gas production rates are achieved in Morocco, it could have the ability to execute further deals or increase its country presence or work programme. More

---

Edison Investment Research
Email: enquiries@edisoninvestmentresearch.co.uk
Web: www.edisoninvestmentresearch.co.uk

London +44 (0)20 3077 5700
Lincoln House, 296-302 High
Holborn, London

New York +1 646 653 7026
245 Park Avenue, 24th Floor,
New York, NY 10167

Sydney +61 (0)2 9258 1162
Level 33, Australia Square, 264
George St, Sydney

| WC1V 7JH, UK | US | NSW 2000, Australia |
|---|---|---|

**Registered in England, no. 4794244. Copyright 2013 all rights reserved Edison Investment Research Limited. Authorised and Regulated by the Financial Services Authority.**

This email was sent to jhiggins@ligand.com. If you no longer wish to receive Edison weekly email updates, click here

To unsubscribe from all news updates, reports and research from Edison Investment Research, click here.

Powered by Tinderhouse

Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.

# Exhibit 9

Message
_____

**From**:        Google Alerts [googlealerts-noreply@google.com]
**Sent**:        8/8/2014 12:22:42 PM
**To**:          eluib@ligand.com
**Subject**:     Google Alert - ligand pharmaceuticals

---

## Google Alerts

# ligand pharmaceuticals
Daily update · August 8, 2014

NEWS
_____

### Exclusive: Emmanuel Lemelson Talks Ligand Pharmaceuticals
Benzinga
Lemelson Capital chief investment officer Emmanuel Lemelson recently increased his short position in **Ligand Pharmaceuticals** (NYSE: LGND) after ...

Ligand Pharmaceuticals Downgraded by Zacks to "Underperform" (LGND) - Watch List News (press release)
Exclusive: Emmanuel Lemelson Talks Ligand Pharmaceuticals - Stock Market Watch
Ligand Pharmaceuticals Downgraded by Zacks to "Underperform" - American Banking News
Full Coverage

  Flag as irrelevant

---

### Ligand Gains on Q2 Earnings Beat, Increases Guidance - Analyst Blog
NASDAQ
Shares of **Ligand Pharmaceuticals** Inc. ( LGND ) jumped 10.1% immediately after the company reported better-than-expected second quarter 2014 ...

  Flag as irrelevant

---

WEB

### Exclusive: Emmanuel Lemelson Talks Ligand Pharmaceuticals
One News Page
Exclusive: Emmanuel Lemelson Talks **Ligand Pharmaceuticals** • Lemelson Capital chief investment officer Emmanuel Lemelson recently increased ...

  Flag as irrelevant

---

### LGND News - Ligand Gains on Q2 Earnings Beat, Increases Guidance
Stock-News.net
08.04.14 | 14:46 EDT Lemelson Capital Management Further Increases Short Position in **Ligand Pharmaceuticals** (NASDAQ: LGND), Updates LGND ...

  Flag as irrelevant

---

**Edit this alert**

You have received this email because you have subscribed to **Google Alerts**.
Unsubscribe | View all your alerts

Receive this alert as RSS feed

Send Feedback

# Exhibit 10

**Message**

| | |
|---|---|
| **From**: | Google Alerts [googlealerts-noreply@google.com] |
| **Sent**: | 8/7/2014 4:43:08 PM |
| **To**: | eluib@ligand.com |
| **Subject**: | Google Alert - Ligand |

# Google Alerts

## Ligand

As-it-happens update · August 7, 2014

NEWS

### Exclusive: Emmanuel Lemelson Talks Ligand Pharmaceuticals

Benzinga

Lemelson Capital chief investment officer Emmanuel Lemelson recently increased his short position in **Ligand** Pharmaceuticals (NYSE: LGND) after ...

     Flag as irrelevant

### Ligand Gains on Q2 Earnings Beat, Increases Guidance - Analyst Blog

NASDAQ

Shares of **Ligand** Pharmaceuticals Inc. ( LGND ) jumped 10.1% immediately after the company reported better-than-expected second quarter 2014 ...

     Flag as irrelevant

Edit this alert

You have received this email because you have subscribed to **Google Alerts**.
Unsubscribe | View all your alerts
Receive this alert as RSS feed

Send Feedback