UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | ) ) ) | Civil Action No. 1:18-cv-11926-PBS |
| Defendants, | ) ) ) | |
| and | ) ) | |
| THE AMVONA FUND, LP, | ) ) ) | |
| Relief Defendant | ) ) | |

**AFFIDAVIT OF DOUGLAS S. BROOKS IN SUPPORT OF DEFENDANTS' RESPONSE TO THE SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN <u>CONTEMPT FOR VIOLATING PROTECTIVE ORDERS</u>**

I, Douglas S. Brooks, hereby swear and declare as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and am counsel to Defendants Rev. Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson") and Lemelson Capital Management, LLC, and Relief Defendant The Amvona Fund, LP.

2. Attached hereto as Exhibit 1 is a true and correct copy of "Ligand Pharmaceuticals (NASDAQ:LGND) – Severe competitive threat to key royalty program and 'going concern' risk drive 100 percent downside," published June 16, 2014.

3. Attached hereto as Exhibit 2 is a true and correct copy of "Ligand Pharmaceuticals (NASDAQ: LGND): Appendix," published July 3, 2014.

4.     Attached hereto as Exhibit 3 is a true and correct copy of "Update: Lemelson Capital Further Increases Short Stake in Ligand Pharmaceuticals (NASDAQ: LGND) as LGND EPS Plunges 76 percent in Q2 2014," published August 4, 2014.

5.     Attached hereto as Exhibit 4 is a true and correct copy of "Lemelson Capital Says Ligand Pharmaceuticals' (NASDAQ: LGND) $225M Debt Issuance Solidifies Company's Insolvency, Substantially Raises Specter of Bankruptcy," published August 14, 2014.

6.     Attached hereto as Exhibit 5 is a true and correct copy of "Ligand Pharmaceuticals (NASDAQ: LGND): Institutional holders wasting no time dumping stock in response to mounting insolvency and bankruptcy risks," published August 22, 2014.

7.     Attached hereto as Exhibit 6 is a true and correct copy of a PowerPoint presentation titled "Ligand Presentation to the SEC," dated September 25, 2014, produced by non-party Ligand Pharmaceuticals at LGND_0080678 - LGND_0080737.

8.     Attached hereto as Exhibit 7 is a true and correct copy of an email exchange between Bradley Bondi and Scott Friestad of the Securities and Exchange Commission between May 18, 2015 and May 21, 2015, produced by the Securities and Exchange Commission at EPROD-SEC-LIT-E-001189144-EPROD-SEC-LIT-E-001189147.

9.     Attached hereto as Exhibit 8 is a true and correct copy of a PowerPoint presentation titled "Ligand Presentation to the SEC," dated June 8, 2015, produced by non-party Ligand Pharmaceuticals at LGND_0080738 - LGND_0080799.

10.    Attached hereto as Exhibit 9 is a true and accurate printout of the historical stock prices of Ligand Pharmaceuticals, Inc. (LGND) for March 1, 2010 through February 27, 2020. This data was taken from the NASDAQ historical data available at https://www.nasdaq.com/market-activity/stocks/lgnd/historical.

11.     Attached hereto as Exhibit 10 is a true and accurate printout of the Bloomberg Article titled "Hedge Fund Priest's Trades Probed by Wall Street Cop.," published on March 18, 2016.

12.     Father Emmanuel's June 19, 2014 pre-market interview with Benzinga is available at https://www.youtube.com/watch?v=P6ucSfDnO24.  The entire length of the interview is 21 minutes, 40 seconds.  The interview first mentions Father Emmanuel's short position in Ligand at the 14 minute, 40 second mark in the interview.  At the 16-minute mark in the interview, Father Emmanuel stated that he spoke with Ligand's IR firm the day before the interview and they "basically agreed" that they understood Promacta was going away.  The discussion regarding Ligand ended at approximately the 19 minute, 30 second mark in the interview.

13.     Attached hereto as Exhibit 11 is a true and accurate copy of Fr. Emmanuel's notes of his conversation with Ligand's IR firm representative, Bruce Voss, which were produced at EPROD-SEC-LIT-E-00589566- EPROD-SEC-LIT-E-00589567, as well as a printout of the associated metadata with the document.  The metadata reflects that the document was created on June 18, 2014.

14.     Attached hereto as Exhibit 12 is a true and correct copy of a report titled "Ligand Pharmaceuticals Incorporated (LGND) 'If something cannot go on forever, it will stop.' Initiating Coverage With a Sell, $16.00 Price Target," dated July 22, 2014, produced by non-party Empire Asset Management Company.

15.     Attached hereto as Exhibit 13 is a true and correct copy of a report titled "Ligand Therapeutics, Inc (LGND) 2Q2014 Results: Maintain our $16.00 Price Target," dated August 5, 2014, produced by non-party Empire Asset Management Company.

16.     Attached hereto as Exhibit 14 is a true and correct copy of an email exchange between Todd Pettingill of Ligand, Glenn Dourado, and Eric Vajda, dated August 22, 2014, produced by non-party Ligand Pharmaceuticals at LGND_0041211 - LGND_0041213.

17.     Bradley J. Bondi's Wikipedia page is available at https://en.wikipedia.org/wiki/Bradley_J._Bondi.  Under the section titled "Government Service" it states that Mr. Bondi "served three years on the executive staff of the Securities and Exchange Commission, working as counsel for enforcement actions and regulatory rule-making to Commissioners Paul S. Atkins and Troy Paredes, the former of whom Bondi has co-authored op-eds and journal articles on regulatory policy and securities law."  His Wikipedia page also states that Mr. Bondi "appears regularly as a legal analyst and commentator on television, including CNBC and Bloomberg Television, and is often quoted in the Wall Street Journal, the New York Times, the Washington Post, Forbes and others."

18.     When viewing the information about the user that created the Wikipedia page for Mr. Bondi, the user who created this page had never created a Wikipedia page before September 2017.  Between September 16-18, 2017, this Wikipedia user created three pages: one for Mr. Bondi and two for the Co-Heads of Enforcement for the Securities and Exchange Commission.  Since September 2017, this Wikipedia user has created only one additional page for a former U.S. naval officer.  Since September 2017, this Wikipedia user has made multiple edits and additions to the Wikipedia page for Mr. Bondi.

19.     Attached hereto as Exhibit 15 is a true and correct copy of the June 8, 2015 letter from Member of Congress, Duncan Hunter to the Securities and Exchange Commission produced by non-party Ligand Pharmaceuticals at LGND_0080800 - LGND_0080801.

20.     Attached hereto as Exhibit 16 is a true and accurate printout of the December 3, 2019 article published by the New York Times, titled "Duncan Hunter's Guilty Plea: Answers to 5 Crucial Questions."  This article is available at https://www.nytimes.com/2019/12/03/us/duncan-hunter-guilty-plea.html?auth=link-dismiss-google1tap.

21.     Attached hereto as Exhibit 17 is a true and accurate printout of the Securities and Exchange Commission's Investor Bulletin, published on October 22, 2014, which states that "Because SEC investigations are generally nonpublic, Enforcement will not confirm or deny the existence of an investigation unless the SEC brings charges against a person or entity involved. Enforcement also will not provide updates on the status of any pending SEC investigation."  This Bulletin is available at https://www.sec.gov/oiea/investor-alerts-bulletins/ib_investigations.html.

22.     Attached hereto as Exhibit 18 is a true and accurate copy of an email exchange between Bradley Bondi, Sean Tonolli, and Michael Wheatley (counsel for Ligand) and Scott Friestad, Virginia Rosado-Desilets, and Sonia Torrico of the Securities and Exchange Commission between September 15, 2017 and September 18, 2017, produced by the Securities and Exchange Commission at EPROD-SEC-LIT-E-001189502-EPROD-SEC-LIT-E-001189505.

23.     Attached hereto as Exhibit 19 is a true and accurate copy of Ligand's 10Q Filing with the Securities and Exchange Commission on May 7, 2014.

24.     Attached hereto as Exhibit 20 is a true and accurate copy of an email exchange between counsel for Ligand, Bradley Bondi, Sean Tonolli, and William McCaughey; counsel for the Securities and Exchange Commission, Marc Jones and Alfred Day; and counsel for Defendants, Douglas Brooks and Brian Sullivan between February 12, 2020 and February 19, 2020.

25. After being retained as counsel for Defendants in this matter, counsel for the Securities and Exchange Commission informed me that they intended to bring an enforcement action. I requested a meeting with the Head of Enforcement for the Securities and Exchange Commission to discuss the claims. The Securities and Exchange Commission denied my request for a meeting, telling me that because Defendants' predecessor-counsel had met with the Head of Enforcement a year earlier, I would not be given a meeting.

26. Shortly after Fr. Emmanuel's November 12, 2019 deposition in this matter, counsel for the Securities and Exchange Commission told me that they planned to send a subpoena to the Greek Orthodox Metropolis of Boston after being informed by that Fr. Emmanuel was not a Greek Orthodox Priest and that he had unsuccessfully applied to be ordained as a priest through the Greek Orthodox Metropolis of Boston. Counsel for the Securities and Exchange Commission stated that this information was relevant because it could be used to undermine Fr. Emmanuel's credibility. Counsel for the Commission asked if Defendants would object based on an assertion of privilege to the Commission issuing a subpoena seeking that information. Following this conversation, on December 4, 2019, in order to be certain that any subpoena to the Greek Orthodox Metropolis of Boston would seek the relevant documents, counsel for Defendants preempted the Commission by serving their own subpoena on the Greek Orthodox Metropolis of Boston. A true and accurate copy of the Subpoena with the return of service is attached hereto as Exhibit 21.

27. At the December 5, 2019 Deposition of Matthew Foehr, Defendants entered the document containing Bates-pages LGND_0056270-LGND_0056275 as an exhibit. Ligand's counsel stated that those pages contained unredacted information "that reflects attorney-client

privilege," and objected to the use of those pages of the document at the deposition. Ligand's counsel later produced a redacted version of this document.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed:  February 28, 2020                              */s/ Douglas S. Brooks*
                                                          Douglas S. Brooks

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on February 28, 2020.

                                                          */s/ Douglas S. Brooks*
                                                          Douglas S. Brooks