AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Securities and Exchange Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:18-cv-11926-PBS |
| Lemelson, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Greek Orthodox Metropolis of Boston
162 Goddard Avenue, Brookline, MA 02445

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   SEE ATTACHED, SCHEDULE A

| Place: LibbyHoopes, P.C. 399 Boylston St, Suite 600, Boston, MA 02116 | Date and Time: Tuesday, December 17, 2019 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: December 3, 2019

                    *CLERK OF COURT*
                                           OR     /s/Brian J. Sullivan
_____              _____
  *Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendants
_____, who issues or requests this subpoena, are:
Brian J. Sullivan, LibbyHoopes, P.C., 399 Boylston Street, Boston, MA 02116

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

OFFICER'S RETURN        Date: December 4, 2019       1:44PM

I this day served the within described Subpoena, Rule 45 and Schedule A by serving a copy thereof to the within described witness, namely Greek Orthodox Metropolis of Boston, by serving in hand to "Jane Doe", agent served on behalf of Greek Orthodox Metropolis of Boston. Present at the time was a male in priestly garb.
Said service was made at 162 Goddard Ave., Brookline, MA.

*[signature]*

Printed name of Constable: Michael B. Fixman
A Disinterested Person