UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, <br><br> Defendants, <br><br> and <br><br> THE AMVONA FUND, LP, <br><br> Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

**AFFIDAVIT OF BRIAN J. SULLIVAN IN SUPPORT OF DEFENDANTS' RESPONSE TO THE SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING PROTECTIVE ORDERS**

I, Brian J. Sullivan, hereby swear and declare as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and am counsel to Defendants Rev. Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson") ("Fr. Emmanuel") and Lemelson Capital Management, LLC, and Relief Defendant The Amvona Fund, LP.

2. On February 12, 2020, Ligand's counsel requested a teleconference between Defendants' counsel and counsel for the Securities and Exchange Commission (the "Commission"). During that teleconference, Ligand's counsel stated that he believed Fr. Emmanuel had violated the Protective Order entered in this case (Dkt. No. 39) based on multiple communications received by Ligand and Ligand's counsel from a journalist at Barron's, on

January 9, 2020; January 10, 2020; and February 10, 2020.  Ligand's counsel stated that he had already spoken to counsel for the Commission prior to the teleconference about the suspected violation of the Protective Order.  Ligand's counsel indicated that he planned to file a motion for sanctions against Fr. Emmanuel and that he considered the teleconference to satisfy the obligation to meet and confer under Local Rule 7.1.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email from Marc Jones of the Securities and Exchange Commission in response to an email from Defendants' counsel providing notice to Ligand of documents Defendants' counsel intended to attach as exhibits to filing an opposition to the Motion to Seal pursuant to the terms of the Protective Order entered in this case.

4. Attached hereto as Exhibit 2 is a true and correct copy of an email from Marc Jones of the Securities and Exchange Commission in response to an email from Defendants' counsel providing notice to Ligand of documents Defendants' counsel intended to attach as exhibits to a potential motion challenging Ligand's request to claw back certain documents.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed:  February 28, 2020               */s/ Brian J. Sullivan*
                                            Brian J. Sullivan

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on February 28, 2020.

                                            */s/ Brian J. Sullivan*
                                            Brian J. Sullivan