# Brian Sullivan

| | |
|---|---|
| **From:** | Jones, Marc <JonesMarc@SEC.gov> |
| **Sent:** | Thursday, February 20, 2020 4:27 PM |
| **To:** | Brian Sullivan |
| **Cc:** | Bondi, Bradley J.; Tonolli, Sean P.; WMcCaughey@cahill.com; Day, Alfred; Douglas Brooks |
| **Subject:** | Re: SEC v. Lemelson, et al., Civil Action No. 1:18-cv-11926-PBS |

Brian,

Can you explain why you need to attach documents to an opposition to file under seal?

We currently object until we talk tomorrow.

Marc

Sent from my iPhone

On Feb 20, 2020, at 4:24 PM, Brian Sullivan <BSullivan@libbyhoopes.com> wrote:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel:

We are filing an opposition to the Motion for Leave to File the Declaration of Alfred A. Day Under Seal (Dkt. No. 70).  Pursuant to the Protective Order, we are providing notice of the documents identified by Bates numbers below that we are planning to attach as exhibits to the opposition.  Please let us know whether you will seek a protective order or if we can proceed with filing these documents as exhibits.

- LGND_0018565-LGND_0018568;
- LGND_0019457-LGND_0019458;
- LGND_0027856-LGND_0027862;
- LGND_0048691;
- LGND_0001970-LGND_0001974;
- LGND_0040982-LGND_0040983; and
- LGND_0040976.

Brian J. Sullivan
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
Tel: (617) 338-9300 x 310
Fax: (617) 338-9911
bsullivan@libbyhoopes.com
http://www.libbyhoopes.com