# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | ) ) ) Civil Action No. 1:18-cv-11926-PBS ) |
| Defendants, | ) ) ) |
| and | ) ) |
| THE AMVONA FUND, LP, | ) ) ) |
| Relief Defendant | ) ) |

## NOTICE OF WITHDRAWAL OF DEFENDANTS' FILING OF DOCKET NO. 84

On February 28, 2020, Defendants incorrectly filed Docket ("Dkt.") No. 84. Due to a clerical error, Defendants accidentally filed a copy of their previously-filed Opposition to Plaintiff's Motion for Leave to File Under Seal (Dkt. No. 81) as the response to Plaintiff's Motion for Order to Show Cause (Dkt. No. 68) as Dkt. No. 84. Defendants filed the appropriate documents in response to Plaintiff's Motion for Order to Show Cause at Dkt. Nos. 85-88. Defendants file this Notice to inform the Court that they are withdrawing their filing of Dkt. No. 84, as it was filed in error.

Dated:  March 2, 2020                          Respectfully submitted,

                                              REV. FR. EMMANUEL LEMELSON, LEMELSON CAPITAL MANAGEMENT, LLC, and THE AMVONA FUND, LP

                                              By: */s/ Douglas S. Brooks*
                                              Douglas S. Brooks (BBO No. 636697)
                                              Brian J. Sullivan (BBO No. 676186)
                                              LIBBYHOOPES, P.C.
                                              399 Boylston Street
                                              Boston, MA 02116
                                              Tel.: (617)-338-9300
                                              dbrooks@libbyhoopes.com
                                              bsullivan@libbyhoopes.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on March 2, 2020.

                                              */s/ Douglas S. Brooks*
                                              Douglas S. Brooks