UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and<br>LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No.  1:18-cv-11926-PBS |

## ASSENTED-TO MOTION TO FILE REPLY BRIEF

Interested party Ligand Pharmaceuticals, Inc. ("Ligand") hereby moves for leave to file a reply to Defendants' Response in Opposition to Plaintiff United States Securities and Exchange Commission's Motion for Order to Show Cause Why Defendants Should Not Be Held In Contempt for Violating Protective Orders (ECF No. 68).  In support of its motion, Ligand states that the requested reply brief will respond to certain points of fact raised for the first time in Defendants' Opposition, which may be of assistance to the Court in determining the motion.

WHEREFORE, Interested Party Ligand requests that this Court enter an order granting Ligand permission to file a reply brief of less than ten (10) pages.

Dated: March 5, 2020

Respectfully Submitted,

CAHILL GORDON & REINDEL LLP

By: /s/ Bradley J. Bondi
   Bradley J. Bondi (*pro hac vice*)
   Sean P. Tonolli (*pro hac vice*)
   Andrea Abarca (BBO #703151)
   1990 K Street N.W., Suite 950
   Washington, D.C. 20006
   Tel: 202.862.8910
   Fax: 866.836.0501
   bbondi@cahill.com

   *Attorneys for Interested Party*
   *Ligand Pharmaceuticals, Inc.*

## RULE 7.1(A)(2) CERTIFICATE

Undersigned counsel hereby certifies that counsel have conferred and counsel for Defendants assent to the relief requested herein.

Dated: March 5, 2020

By: /s/ Bradley J. Bondi
   Bradley J. Bondi

## CERTIFICATE OF SERVICE

I certify that on March 5, 2020, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

Dated: March 5, 2020

By: /s/ Bradley J. Bondi
   Bradley J. Bondi