

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BOSTON REGIONAL OFFICE
33 ARCH STREET, 24th FLOOR
BOSTON, MASSACHUSETTS 02110
TELEPHONE: (617) 573-8900
FACSIMILE: (617) 573-4590**

March 6, 2020

The Honorable Patti B. Saris
United States District Court Judge
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:   *SEC v. Lemelson, et al.*, D. Mass. Case No. 18-cv-11926-PBS
      **Letter to Chambers Concerning Actions of Defense Counsel and Defendant**

Your Honor:

We represent Plaintiff, the United States Securities and Exchange Commission (the "Commission"), in the above-captioned matter. We are writing to apprise the Court of potential misconduct by Defendant Lemelson and his counsel. We are not filing this letter via the Electronic Case Filing system at this time. We have provided this letter to Defendants' counsel.

Attached is a March 3, 2020 email from Defendant Lemelson's counsel to the General Counsel of the Greek Orthodox Archdioceses of America. The email, and the telephone conversation that preceded it, were brought to our attention by the Counsel for the Archdioceses. The email conveys Defendant Lemelson's "demand' to Fr. Theodore Barbas, the Chancellor of the Greek Orthodox Metropolis of Boston, with respect to certain statements Fr. Barbas made to the Commission. Through counsel, Defendant Lemelson demands that Fr. Barbas—a potential witness—(i) swear under oath in writing to a set of nine statements provided by Defendant Lemelson, (ii) acknowledge under oath that any statements Fr. Barbas made to the Commission that are inconsistent with Defendant Lemelson's nine statements were false, and (iii) pay Defendant Lemelson $10,000. Counsel gave Fr. Barbas until the close of business today, March 6, 2020, to agree to Defendant Lemelson's demand, or else be the subject of a litigation as to which Defendant Lemelson, through his counsel, threatens "to spare no expense." Defense counsel's email apparently followed a telephone call in which defense counsel made clear that Defendant Lemelson would file for defamation if Fr. Barbas did not recant and pay the demanded sum.

In short, Defendant Lemelson, through counsel, has sought to influence the testimony of a potential witness in this matter through a threat of costly legal action. This conduct may constitute a violation of applicable law, as to Defendant Lemelson and his counsel, and the Rules


of Professional Conduct as to counsel. The Commission reserves the right to brief this matter further and to seek available remedies.

      The Commission respectfully requests that the Court address this matter at the hearing scheduled for March 18, 2020 or at such other time as the Court deems appropriate.

      Sincerely,

/s/ Alfred A. Day
Alfred A. Day
Senior Trial Counsel

/s/ Marc J. Jones
Marc J. Jones
Senior Trial Counsel

Enclosure

cc:    Douglas S. Brooks, Esq.

| | |
|---|---|
| **From:** | George Tsougarakis |
| **To:** | Day, Alfred; Jones, Marc |
| **Subject:** | Fwd: [EXT] FOR PURPOSES OF SETTLEMENT ONLY |
| **Date:** | Wednesday, March 04, 2020 3:05:45 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Gentlemen,
In follow up to our phone conversation today in which I explained that the Greek Orthododox Archdiocese received an email from the defense counsel in the case currently pending US v. Lemeson asking one of our priests to: (i) agree to a set of facts, (ii) change any statements the priest made to the SEC that may be inconsistent with the defendant's version of facts, and (iii) pay $10,000 or else be the subject of a litigation for which Mr. Lemeson threatens" to spare no expense".  As I explained, I don't know what statements were made during the course of the investigation, so I wanted to know what records you had available, but moreover, I felt that this email was an illegal threat and an attempt to extort money from our priest and interfere with your lawsuit.   At your request, I am forwarding you the email I received from defendant's counsel



---------- Forwarded message ---------
From: **Douglas Brooks** <dbrooks@libbyhoopes.com>
Date: Tue, Mar 3, 2020 at 11:08 AM
Subject: [EXT] FOR PURPOSES OF SETTLEMENT ONLY
To: George Tsougarakis <george@goarch.org>


George:


Following up on our recent conversation, I write to provide Fr. Emmanuel Lemelson's demand to Rev. Fr. Ted Barbas.


First, Fr. Barbas must swear under oath in writing that:


(1) Fr. Emmanuel Lemelson was ordained by a Hierarch of the Ecumenical Patriarchate of Constantinople; who is the Archbishop of the Greek Orthodox Archdiocese of America.


(2) The Greek Orthodox Archdiocese, which includes the Greek Orthodox Metropolis of Boston, is an exarchate of the Ecumenical Patriarchate of Constantinople, and is under its direct jurisdiction.

(3) Fr. Emmanuel's ordination took place within the Metropolis of Boston, at Holy Cross Greek Orthodox School of Theology, the preeminent seminary of the Greek Orthodox Archdiocese of America (of which Fr. Emmanuel is a graduate), with the full awareness and approval of Metropolitan Methodius.

(4) In 2004, Metropolitan Methodius asked to ordain Fr. Emmanuel, but Fr. Emmanuel declined.

(5) Fr. Emmanuel never applied to the Metropolis of Boston to be ordained.

(6) Fr. Emmanuel was asked (by Metropolitan Methodius) to be assigned to the Greek Orthodox Metropolis of Boston, but Fr. Emmanuel declined.

(7) Fr. Emmanuel served for nearly two years at St. Nectarios Greek Orthodox Church in Roslindale, MA, a parish of the Greek Orthodox Metropolis of Boston, including concelebrating alongside Metropolitan Methodius.

(8) Fr. Barbas personally, on behalf of the Metropolis of Boston, regularly invited Fr. Emmanuel to participate in clergy events, but each time Fr. Emmanuel declined.

(9) Fr. Barbas repeatedly asked for Fr. Emmanuel to serve in parishes of the Greek Orthodox Metropolis of Boston.

In addition, Fr. Barbas's sworn statement must identify with particularity any statements he made to the SEC which are not consistent with the above nine points and acknowledge such statements were false.

Second, Fr. Barbas must pay $10,000 to cover the legal fees Fr. Emmanuel incurred in connection with the motion to compel, which arose from (i) Fr. Barbas's false statements to the attorneys at the SEC and (ii) the Metropolis of Boston's specious claim of privilege over certain documents that it initially withheld from its production to the subpoena Fr. Emmanuel served on it (a subpoena that was necessary only as a result of Fr. Barbas's false statements to the SEC concerning Fr. Emmanuel), as well as the lies told to defense counsel concerning the

status of the Metropolis of Boston's legal counsel.

If Fr. Barbas does not pay these legal fees, which are rightly due to Fr. Emmanuel, we intend to bring legal action against Fr. Barbas.

If this matter is not promptly resolved, Fr. Emmanuel believes exposing the truth through civil litigation about Fr. Barbas's unethical conduct is the best way to protect others.  He will spare no expense to do so.

We will leave this offer open to your client until Friday March 6, 2020 at 5:00 p.m.

Best regards,

Doug Brooks



Douglas S. Brooks

LibbyHoopes, P.C.

399 Boylston Street

Boston, MA 02116

(617) 338-9300

dbrooks@libbyhoopes.com

www.libbyhoopes.com



--
George A. Tsougarakis
General Counsel
Greek Orthodox Archdiocese of America
Phone:212 570-3591