**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                            )
SECURITIES AND EXCHANGE COMMISSION )
                                            )
                    Plaintiff,    )
                                            )     Civil Action
v.                                          )     No. 18-11926-PBS
                                            )
GREGORY LEMELSON, LEMELSON      )
CAPITAL MANAGEMENT, LLC,        )
and AMVONA FUND, LP,            )
                                            )
                    Defendants.   )
_____)

**ORDER ON SANCTIONS**

March 18, 2020

Saris, D.J.

After hearing on the SEC's Motion pursuant to Fed. R. Civ. P. 37, I find that Defendants are in contempt of this Court's Protective Orders. Defendant Lemelson concedes that he violated this order by giving a journalist at Barron's copies of materials deemed confidential under the Protective Orders. As sanction, the Court orders as follows:

(1) Defendants and any persons acting on their behalf or at their direction are enjoined from communicating directly or indirectly with any person other than counsel about discovery material subject to the Protective Orders;

1

(2) Defendants shall return to their counsel or destroy all discovery materials in their possession marked "Confidential" and shall submit an affidavit within one week confirming they have done so;

(3) Defendants shall not take any position in Ligand stock, or its derivatives, for the duration of this action, including appeals; and

(4) Defendants shall pay a penalty of $100 per page of the confidential discovery materials disclosed in violation of this Court's Protective Orders within 30 days.

SO ORDERED.

/s/ PATTI B. SARIS
Hon. Patti B. Saris
United States District Judge