# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GREGORY LEMELSON and LEMELSON CAPITAL | ) |
| MANAGEMENT, LLC, | )   Civil Action No. 1:18-cv-11926-PBS |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| THE AMVONA FUND, LP, | ) |
| | ) |
| Relief Defendant | ) |
| | ) |

## JOINT MOTION FOR EXTENSION OF TIME TO
## FILE MOTIONS FOR SUMMARY JUDGMENT

The Parties to this action jointly request an extension of time to file motions for summary judgment based on the need to continue the deposition of the Securities and Exchange Commission pursuant to Fed. R. Civ. P. 30(b)(6) in light of the COVID-19 pandemic.

The Parties have completed all fact discovery other than the 30(b)(6) deposition of the Commission.[1]  That deposition had been scheduled for March 19, 2020.  Due to concerns about COVID-19 (including the fact that the Commission's witness will be flying from Washington, D.C. to Boston for the deposition), the Parties are unsure when they will be able to conduct this deposition.

---

[1] The Parties have agreed that Requests for Admissions can be served after the close of fact discovery.

Accordingly, the Parties wish to extend the time for filing summary judgment motions to correspond with the completion of fact discovery.  As such, the Parties request the following new deadlines:

- Motions for Summary Judgment filed by **30 days following the completion of the 30(b)(6) deposition of the Commission;**

- Oppositions for Summary Judgment filed by **30 days after the filing of Motions for Summary Judgment; and**

- Reply Memoranda in Support of Motions for Summary Judgment filed by **14 days after the filing of Oppositions for Summary Judgment.**

This jointly requested extension is reasonable in light of the recent national emergency and the restrictions that have been put in place as a result thereof.  For these reasons, the Parties jointly request that this Court grant the requested extension of the scheduling order and permit the parties 30 days after they are able to complete the 30(b)(6) deposition of the Commission to file Motions for Summary Judgment, another 30 days following the filing of the Motions for Summary Judgement to file Oppositions to Motions for Summary Judgment, and another 14 days to file any Reply Memoranda in Support of Motions for Summary Judgment.

The Parties have further conferred regarding the completion of expert discovery, which the Parties anticipate will include two depositions of the Parties' respective experts.  The Parties have further agreed that the expert depositions need not occur prior to the deadline for summary judgment motions.  Expert depositions were to be completed by March 18, 2020, but for the reasons outlined above, the Parties agreed to hold expert discovery in abeyance for the time being.  The Parties have agreed to meet and confer about dates for the expert depositions and the possibility of conducting the depositions via video conference.  The Parties therefore request that the Court extend the period to conduct expert depositions until such time as the Parties are able

to safely schedule the depositions.  The Parties will notify the Court of the proposed dates once

they are confirmed.

Dated:  March 23, 2020                                    Respectfully submitted:

SECURITIES AND EXCHANGE                    REV. FR. EMMANUEL LEMELSON,
COMMISSION                                            LEMELSON CAPITAL MANAGEMENT,
                                                                LLC, and THE AMVONA FUND, LP


By: */s/ Marc J. Jones*                              By: */s/ Douglas S. Brooks*
Marc J. Jones (BBO No. 645910)             Douglas S. Brooks (BBO No. 636697)
Alfred A. Day (BBO No. 654436)             Brian J. Sullivan (BBO No. 676186)
Boston Regional Office                             LIBBYHOOPES, P.C.
33 Arch Street                                         399 Boylston Street
Boston, MA 02110                                    Boston, MA 02116
Tel.: (617) 573-4537                                 Tel.: (617) 338-9300
JonesMarc@sec.gov                                dbrooks@libbyhoopes.com
DayA@sec.gov                                        bsullivan@libbyhoopes.com


### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on March 23, 2020.

*/s/ Douglas S. Brooks*
Douglas S. Brooks