# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

### AFFIDAVIT OF FATHER EMMANUEL LEMELSON ON BEHALF OF DEFENDANTS CONFIRMING COMPLIANCE WITH COURT ORDER TO RETURN OR DESTROY ALL DISCOVERY MATERIALS IN THEIR POSSESSION MARKED "CONFIDENTAL"

I, Father Emmanuel Lemelson, hereby swear and declare as follows:

1. I make this affidavit on behalf of all Defendants in this matter.

2. As ordered by this Court on March 18, 2020, I have destroyed all hard copies of documents produced in this litigation that were marked confidential that were in the possession, custody, or control of myself, Lemelson Capital Management, LLC, or the Amvona Fund, LP.

3. Also, I have deleted all electronic records of documents produced in this litigation that were marked confidential that were in the possession, custody, or control of myself, Lemelson Capital Management, LLC, or the Amvona Fund, LP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed: March 25, 2020

_____
Father Emmanuel Lemelson

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on March 25, 2020.

/s/ Brian J. Sullivan
Brian J. Sullivan