# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | )<br>)  Civil Action No. 1:18-cv-11926-PBS<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| THE AMVONA FUND, LP, | )<br>) |
| Relief Defendant | )<br>) |

## AFFIDAVIT OF DEFENDANT FR. EMMANUEL LEMELSON

I, Fr. Emmanuel Lemelson, do hereby depose and state as follows:

1. I am a Defendant in the above-captioned case (under the name of Gregory Lemelson, which is my given name and which I went by prior to being ordained as a Greek Orthodox Priest in July 2011).

2. I submit this Affidavit concerning my status as a Greek Orthodox Priest (and relevant related issues) pursuant to the Court's instruction during its March 18, 2020 hearing. I make this Affidavit based on personal knowledge except where specifically stated.

**A.  Overview**

*3.  As set forth in more detail below and in answering the Court's questions and stated concerns posed during the March 18, 2020 hearing:*

> a. *I am a Greek Orthodox Priest, having, among other things, (i) graduated with a Master of Divinity Degree from the Holy Cross Greek Orthodox School of Theology in Brookline, Massachusetts in 2003, (ii) been ordained as a Greek Orthodox Priest by the (now) Greek Orthodox Archbishop of America at the Chapel at Holy Cross Greek Orthodox School of Theology in July 2011; and (iii) served as a Greek Orthodox Priest in many Greek Orthodox churches both in the United States and abroad over the past eight-plus years.*
>
> b. *Fr. Ted Barbas made knowingly false and defamatory statements about my religious affiliation to the SEC, which followed similarly false and defamatory statements he made about me over a four- and one-half-year period to both the media and others within the Greek Orthodox Church.*
>
> c. *My counsel's demand letter to Fr. Barbas contained nine factually accurate statements about my religious affiliation, all of which I firmly believe were known to Fr. Barbas, for the purpose of seeking to end Fr. Barbas' four- and one-half-year campaign of spreading false and defamatory statements about me, while trying to avoid litigation.*

**B.   My Background as it Concerns My Greek Orthodox Priesthood**

4.   I have spent the bulk of my life in service of the Greek Orthodox Church—*both before and after I became ordained as a Greek Orthodox Priest in July 2011.*[1]  By way of relevant background to help answer the questions the Court posed on March 18, 2020:

5.   I am half-Greek on my mother's side.  My mother's uncle was the Greek Orthodox Archbishop of Crete, Greece's largest island.  From ages six to twenty-two, I alternated living between Greece and the United States.

6.   In or about 1980, I was baptized in a Greek Orthodox Church in Phoenix, Arizona.

7.   From 1992-1999, I was a parishioner at St. Demetrios Greek Orthodox Church in Seattle, Washington.

---

[1] My work for the Greek Orthodox Church has been voluntarily.  I have never asked for or been offered a salary from the Church.  Conversely, my contributions to the Greek Orthodox Church between 1999 and 2019 exceeded $1,000,000.

8. In 1999, I graduated from Seattle University, a Jesuit school, with a Bachelor of Arts in Theology and Religious Studies.

9. In that same year, I moved to Massachusetts and entered the Greek Orthodox Seminary; specifically, Holy Cross Greek Orthodox School of Theology in Brookline, Massachusetts, which is under the direct jurisdiction of the Greek Orthodox Archdiocese of America. In order to enter the Greek Orthodox Seminary, I needed to satisfy (which I did) the following requirements: (i) provide a copy of my baptismal certificate from the Greek Orthodox Church; (ii) provide a letter of recommendation from the parish priest at the Greek Orthodox Church which I attended (in this case, Fr. John Angelis of St. Demetrios in Seattle); and (iii) obtain the blessing of the Greek Orthodox Bishop of my diocese (in this case, Metropolitan (a title given to a senior bishop) Anthony, the primate (presiding bishop) of the Greek Orthodox Metropolis of San Francisco).

10. In 2000, I met my future wife, Anjeza, who was a student at Hellenic College in Brookline, Massachusetts. In 2002, Anjeza and I became engaged. At the direction of Fr. Barbas, as is required of all couples to be married in the Greek Orthodox Metropolis of Boston, Anjeza and I participated in pre-marriage counseling. Fr. Barbas directed us to the program and provided all the materials (which he reviewed with us personally), and which cleared the way for us to get married in the Greek Orthodox Church, and more specifically, the Greek Orthodox Metropolis of Boston. Metropolitan Methodios, the primate of the Greek Orthodox Metropolis of Boston and currently Fr. Barbas' direct superior, signed the Certificate of Attendance. A true and accurate copy of the Certificate of Attendance is attached hereto as Exhibit A.

11. Between 2002-2004, I was assigned to the Greek Orthodox Church of Taxiarches in Watertown, Massachusetts as part of my "field study" in the Greek Orthodox Seminary. The

presiding priest at the Greek Orthodox Church of Taxiarches was Fr. Emmanuel Metaxas. The assisting priest was Fr. Barbas. I served as a layperson, and occasionally chanter (one who chants responses and hymns in the services of the church), for nearly three years with both Fr. Metaxas and Fr. Barbas.

12. Meanwhile, in 2003, I completed and received a Master of Divinity Degree from the Holy Cross Greek Orthodox School of Theology. The Archbishop of the Greek Orthodox Archdiocese of America signed my diploma. The President and Dean of the seminary, both Greek Orthodox Priests, also signed the diploma. A true and accurate copy of my diploma is attached hereto as Exhibit B.

13. In 2004, Metropolitan Methodios, the primate of the Greek Orthodox Metropolis of Boston, during an in-person meeting, invited me to "submit [my] dossier" for ordination. Believing I was not yet ready, I respectfully declined.

14. On July 4, 2004, Anjeza and I were married at the chapel of Holy Cross, at the Greek Orthodox Seminary, under the direct jurisdiction of the Greek Orthodox Archdiocese of America and in the geographic region overseen by the Greek Orthodox Metropolis of Boston. Fr. Metaxas, a Greek Orthodox Priest and Fr. Barbas' direct superior at the time, as well as Bishop Ilia Katre, presided over our wedding. Our marriage certificate (a true and attached copy of which is attached hereto as Exhibit C) was signed by Metropolitan Methodios.

15. All four of our children were baptized in Greek Orthodox Churches (specifically in churches of the Greek Orthodox Metropolis of Boston), by Greek Orthodox Clergy, with Greek Orthodox godparents. Accordingly, all four children's baptismal certificates indicate that they are members of the Greek Orthodox Church, via their canonical baptisms.

16. From 2004-2011, I served as a layperson (and sometimes chanter) in the altar at both St. Nektarios Greek Orthodox Church in Roslindale, Massachusetts and St. Anargyroi Greek Orthodox Church in Marlborough, Massachusetts. During this time, I served alongside Fr. Barbas and Metropolitan Methodios on several occasions.

17. In 2011, I received a message that a hierarch of the Ecumenical Patriarchate, the highest ruling body within the Greek Orthodox Church (among other Orthodox Churches)[2] wished to come to Boston to ordain me. The Greek Orthodox Archdiocese, which includes the Greek Orthodox Metropolis of Boston, is under the direct jurisdiction of the Ecumenical Patriarchate.

18. In July 2011, I was ordained as a Greek Orthodox Deacon and then, the next day, <u>as a **Greek Orthodox Priest**</u>, at the Chapel at Holy Cross Greek Orthodox School of Theology.[3] My ordination took place with the express consent of both the (then) Greek Orthodox Archbishop of America, Demetrios, as well as Metropolitan Methodios of the Greek Orthodox Metropolis of Boston. I was ordained by Metropolitan Elpidophoros Lambriniadis, the (now) Greek Orthodox Archbishop of America. Many Greek Orthodox Priests, deacons and seminarians of the Metropolis of Boston attended the ordination. A true and accurate photograph from my ordination as a Greek Orthodox Priest is attached hereto as Exhibit D.[4]

19. Simultaneous with my ordination, Archbishop Lambriniadis assigned me temporarily to the Albanian Orthodox diocese, pending my transfer to the Greek Orthodox

---

[2] Historically, the term "Greek Orthodox" has been used to describe *all* Eastern Orthodox Churches in general, since "Greek" in "Greek Orthodox" can refer to the heritage of the Byzantine Empire. *See* https://en.wikipedia.org/wiki/Greek_Orthodox_Church. The administrative Structure of the Ecumenical Patriarchate can be found here: https://www.patriarchate.org/administrative-structure-of-the-ecumenical-patriarchate.

[3] One must become a Deacon before becoming a Priest in the Greek Orthodox Church.

[4] I can provide additional photographs of many of the events described herein to the Court upon request.

Archdiocese of Switzerland, plans for which were already underway. Like the Greek Orthodox Church in America, the Albanian Orthodox diocese is under the direct jurisdiction of the Ecumenical Patriarchate.[5] *See* n.1, above. Accordingly, my letter of ordination appears on the letterhead of Albanian Orthodox Archdiocese of America. Nonetheless, it is <u>signed by the Greek Orthodox Archbishop of America</u>, who, as set forth above, ordained me. A true and accurate copy of my letter of ordination is attached hereto as Exhibit E.[6]

20. The letter of "witness" to my ordination, a critical document required for ordination of a Greek Orthodox Priest by the Greek Orthodox Church, is signed by Fr. Vassilios Bebis, a Greek Orthodox Priest of the Greek Orthodox Metropolis of Boston.[7]

21. Following my ordinations as a Greek Orthodox Deacon and Priest, I initially spent time continuing to train as a Greek Orthodox Priest at St. Nektarios Greek Orthodox Church in Roslindale, Massachusetts. I then spent approximately two months as the temporary priest at the Albanian Orthodox church in Boston. After serving there for two months, the Albanian Diocese obtained a visa for a full-time Albanian priest (which the Albanian Diocese had been working on for years), and I returned to serving at St. Nektarios Greek Orthodox Church, a parish of the Greek Orthodox Metropolis of Boston, where I served for nearly two years, including concelebrating alongside Metropolitan Methodios. Prior to my arrival at the Albanian church, the prior two priests who served there were Greek Orthodox Priests of the Metropolis of Boston. Fr. Barbas was and is the point of contact to locate Greek Orthodox

---

[5] I had asked that Bishop Ilia Katre, the primate of the Albanian diocese, perform at least one of my ordinations, this request was refused by the current Greek Orthodox Archbishop of America.

[6] At the time of my ordination as a Greek Orthodox Priest, I had never set foot in an Albanian Orthodox church.

[7] I have a video recording of Fr. Bebis reading the letter at my ordination, which I can provide to the Court should it wish to view it.

Priests to fill in at the Albanian church (the Albanian priest mentioned above lasted there only for a short time).

22. In April 2013, at the request of the Greek Orthodox Metropolitan of Hong Kong, I served as a Greek Orthodox Priest at the Greek Orthodox Church in Hong Kong for a brief period, including during Holy Week and Easter.

23. In November 2013, I received from the Greek Orthodox Metropolitan of Switzerland a letter of assignment to the Greek Orthodox Parish of the Epiphany in Lugano, Switzerland. A true and accurate copy of the letter of assignment is attached hereto as Exhibit F. The Greek Orthodox Archbishop of Switzerland signed the letter of assignment. While in Switzerland, I served as the presiding priest at the Greek Orthodox Parish in Lugano.

24. In April 2014, after I located a full-time priest for the Greek Orthodox Church in Lugano, I returned to the United States to continue my service as a priest to the Greek Orthodox Church in this country. As set forth in detail below, immediately upon my return, Fr. Barbas began requesting that I serve as a Greek Orthodox Priest in various churches of the Greek Orthodox Metropolis of Boston.[8]

25. In June 2015, Metropolitan Methodios asked the Greek Orthodox Archbishop of America if I would accept a position as a *full-time priest* at a parish of the Greek Orthodox Metropolis of Boston.[9] A true and accurate copy of my communication with the Archbishop regarding this request is attached hereto as Exhibit G. I immediately, but respectfully, declined. *See* Exhibit G.

---

[8] Contrary to statements Fr. Barbas has made, I have never asked to serve the Metropolis of Boston.

[9] As Metropolitan Methodios' Chancellor, I am confident Fr. Barbas knew of this request and my corresponding declination.

7

**C.    Fr. Barbas' Knowingly False and Defamatory Statements About My Religious Affiliation.**

    **a.    Fr. Barbas Made Knowingly False and Defamatory Statements About Me to the SEC.**

26.    During my deposition, the SEC attorney asked me a number of (seemingly irrelevant) questions about my religious affiliation. I later learned this was due, at least in large part, to false and defamatory statements Fr. Barbas had made to the SEC about me. Based on documentation the SEC provided to my counsel in this case, Fr. Barbas initially told the SEC (1) that I was not, and never had been, affiliated with the Greek Orthodox Metropolis of Boston and that the Metropolis had no records relating or referring to me; and (2) I had applied to the Greek Orthodox Metropolis of Boston to be ordained but that application was declined. A true and accurate copy the email communication between Fr. Barbas and the SEC demonstrating the above is attached hereto as Exhibit H.

27.    When the SEC later pressed Fr. Barbas for confirmation in writing as to the above two points, Fr. Barbas claimed he never said the first to the SEC (and went so far as to claim the SEC's attorney's statement to the contrary was "misleading"). *See* Exhibit H.

28.    Fr. Barbas did, however, continue to falsely maintain that I had applied for ordination by the Metropolis of Boston and been denied, notwithstanding that, as he knew, the exact opposite was true. *See id.*

29.    Contrary to the statements the SEC claims Fr. Barbas made to it (that I have never had any "affiliation" with the Greek Orthodox Metropolis of Boston and that the Metropolis has no records relating to me) during the period of April 2014 to October 2015 alone, Fr. Barbas repeatedly requested—and I faithfully complied whenever possible—that I serve (as a Greek Orthodox Priest) at various parishes of the Greek Orthodox Metropolis of Boston. While not

exhaustive, a sample of my email and text messages from Fr. Barbas during this time demonstrates the following:[10]

    a. On April 9, 2014, Fr. Barbas requested that I serve both the Greek Orthodox Church in New London, Connecticut and the Greek Orthodox Church in Springfield, Massachusetts.

    b. On April 19, 2014, Fr. Barbas requested that I serve the Greek Orthodox Church in Roslindale, Massachusetts.

    c. On April 26, 2014, Fr. Barbas requested that I serve the Greek Orthodox Church in Andover, Massachusetts.

    d. On May 30, 2014, Fr. Barbas requested that I serve the Greek Orthodox Church in Lowell, Massachusetts.

    e. Later on May 30, 2014, Fr. Barbas requested that I instead serve the Greek Orthodox Church in Webster, Massachusetts.

    f. On July 4, 2014, Fr. Barbas requested that I serve the Greek Orthodox Church in Chicopee, Massachusetts.

    g. On July 9, 2014, Fr. Barbas requested that I serve the Greek Orthodox Church in Lexington, Massachusetts.

    h. On July 14, 2014, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

    i. On July 15, 2014, Fr. Barbas requested that I serve the Greek Orthodox Church in Newburyport, Massachusetts.

    j. On July 24, 2014, Fr. Barbas requested that I serve the Greek Orthodox Church in Newburyport, Massachusetts.

    k. On August 22, 2014, Fr. Barbas requested that I serve the Greek Orthodox Church in Norwich, Connecticut.

    l. On September 5, 2014, Fr. Barbas requested that I serve the Greek Orthodox Church in Holyoke, Massachusetts.

    m. On September 19, 2014, Fr. Barbas requested that I serve the Greek Orthodox Church in Portsmouth, New Hampshire.

---

[10] True and accurate copies of the emails and text messages are attached hereto as Exhibit I.

n. On September 20, 2014, Fr. Barbas requested that I serve the Greek Orthodox Church in Weston, Massachusetts.

o. On October 3, 2014, Fr. Barbas requested that I serve the Greek Orthodox Church in Newport, New Hampshire.

p. On October 3, 2014, Fr. Barbas requested that I serve the Greek Orthodox Church in Clinton, Massachusetts.

q. On January 3, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Lexington, Massachusetts.

r. On January 16, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Manchester, New Hampshire.

s. On January 17, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Newport, Rhode Island.

t. On January 19, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Danielson, Connecticut for the following four Sundays.

u. On February 26, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Southbridge, Massachusetts.

v. On February 27, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Manchester, New Hampshire.

w. On March 5, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Southbridge, Massachusetts.

x. On March 12, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Manchester, New Hampshire.

y. On March 15, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Manchester, New Hampshire.

z. On April 3, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Somersworth, New Hampshire.

aa. On April 16, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Concord, New Hampshire.

bb. On April 23, 2015, Fr. Barbas requested that I serve at either the Greek Orthodox Church in Somersworth, New Hampshire or the Greek Orthodox Church in Concord, New Hampshire.

cc. On May 1, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Ipswich, Massachusetts.

dd. On May 2, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

ee. On May 16, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

ff. On May 27, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

gg. On June 6, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

hh. On June 13, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

ii. On June 20, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

jj. On July 3, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire, for the following four Sundays.

kk. On July 14, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

ll. On July 17, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Newport, Rhode Island.

mm. On July 23, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

nn. On July 24, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Newburyport, Massachusetts.

oo. On July 30, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Laconia, New Hampshire.  I was unable to do so as I was already scheduled to serve the Greek Orthodox Church in Keene, New Hampshire on the date requested.

pp. On August 9, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

qq. On August 14, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

rr. On August 21, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

    ss. On August 28, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

    tt. On September 3, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

    uu. On September 19, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

    vv. On September 26, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

    ww. On October 3, 2015, Fr. Barbas requested that I serve the Greek Orthodox Church in Keene, New Hampshire.

30. In addition to the above, I have numerous <u>voicemail messages</u> from Fr. Barbas during this time frame asking me to serve at various Greek Orthodox Churches belonging to the Greek Orthodox Metropolis of Boston. I would be happy to provide these to the Court upon request.

31. Also during this time frame, on behalf of the Greek Orthodox Metropolis of Boston, Fr. Barbas invited me to multiple events for *Greek Orthodox clergy*. For example, on February 27, 2015, he invited me to the Clergy Lenten Retreat, and on April 15, 2015, he invited me to a Clergy Easter Luncheon. True and accurate copies of these written invitations are attached hereto as Exhibit J. I respectfully declined both requests. Fr. Barbas also invited my family and me to stay at the Greek Orthodox camp in New Hampshire, an invitation I also respectfully declined.

32. Moreover, in but one such example, and in direct contradiction to Fr. Barbas' statements to the SEC, on April 9, 2015, I received from Fr. Barbas a copy of Metropolitan Methodios' Paschal Reflection *as part of a listserv going to all clergy of the Greek Orthodox Metropolis of Boston* and expressly addressed "To the Reverend Clergy of the Metropolis of Boston." A true and accurate copy of this email is attached hereto as Exhibit K.

    **b.**    **Fr. Barbas Made False Statements to the Wall Street Journal About Me.**

33.    Fr. Barbas' false and defamatory statements about my religious affiliation to the SEC in 2019 were strikingly similar to previous false and defamatory statements he made about me beginning in 2015.

34.    In approximately June 2015, a reporter from the Wall Street Journal contacted me and asked if he could conduct research for an article that he planned to write about me.

35.    From June 2015 until October 21, 2015, my communications with the Wall Street Journal reporter were all positive.

36.    On October 21, 2015, the reporter called me, and his tone was entirely different than it ever had been. He accused me of lying about the reasons why the (now) Archbishop of the Greek Orthodox Archdiocese of America, rather than Metropolitan Methodios, had ordained me. At the time, I had no idea why the reporter suddenly and erroneously believed my ordination as a Greek Orthodox Priest had not transpired as I had truthfully explained. As set forth below, it later became clear to me that the reporter's source for this false information was Fr. Barbas.

37.    On October 28, 2015, the Wall Street Journal ran a negative article about me, entitled "Hedge-Fund Priest: Thou Shalt Make Money." A true and accurate copy of this article is attached hereto as Exhibit L. The article contained many factual misrepresentations and distortions. I believe Fr. Barbas' false statements to the Wall Street Journal were the cause of the negative and defamatory tenor of the article.[11] Specifically, Fr. Barbas was quoted in the article as follows: "'He doesn't belong to us,' said Chancellor Theodore Barbas of the Boston Metropolis, which oversees the faith in New England. Mr. Barbas said he has at times allowed

---

[11]This article had a severe impact on my vocation both as a priest and as a professional in the finance industry.

13

Mr. Lemelson to fill in temporarily at New England churches that don't have a full-time priest." *See* Exhibit L.  As set forth in Exhibit G, however, *I* turned down the invitation to become a full-time priest for the Metropolis of Boston, explaining to the Greek Orthodox Archbishop of America, "Love and care for the communities and individuals that have had the privilege of serving—but have come to accept that this is how it is going to be, and how it was meant to be (not a parish priest, not belonging in any one place)."

38. Fr. Barbas' false and misleading statements to the Wall Street Journal were made notwithstanding the multitude of requests he made, set forth above, that I serve various parishes on behalf of the Metropolis of Boston, as well as the explicit request by his superior that I take a full-time position in the Metropolis.  *See* Exhibits G & I.

    **c.**    **Fr. Barbas Made False and Defamatory Statements About Me Within the Church.**

39. In addition, on November 7, 2015, after the publication of the Wall Street Journal article, Fr. Barbas sent an email to Joseph Truman, Parish Council President of the St. George Greek Orthodox Church in Keene, New Hampshire, where I had regularly been serving over the previous months.  A true and accurate copy of the email is attached hereto as Exhibit M.  That email included the following in which Fr. Barbas falsely told Mr. Truman that:

    a. "Fr. Lemelson is NOT a priest of the Greek Orthodox Archdiocese of America nor of the Metropolis of Boston.  He belongs to the Metropolis of Switzerland and therefore was never a candidate for assignment to any parish here in America.  The Metropolitan allowed him to fill in at parishes where there was a need, but only on a temporary basis."  (Emphasis in original).

    b. "On behalf of the Metropolitan I ask that you immediately remove all links, videos, and references to Fr. Lemelson and to the media attention is has sought (sic)."

    c. "We request that this information and all references to Fr. Lemelson be immediately removed from both the parish website and the parish publications."

40.     <u>I understand that at Fr. Barbas' instruction, Mr. Truman read Fr. Barbas' false and defamatory letter to St. George's parish council</u> – which the Court can see was slanderous.

41.     That is, Fr. Barbas made these false statements despite knowing that, as set forth above, (i) I had been ordained by the (now) Greek Orthodox Archbishop of America, and (ii) in June 2015, Metropolitan Methodios of the Greek Orthodox Metropolis of Boston requested that I accept a full-time position serving the Metropolis of Boston, which I respectfully declined.  *See* Exhibit G.

**D.      The Demand Letter Contained Nine Factually Accurate Statements and Was Appropriate Under the Circumstances.**

    **a.      I Called for Fr. Barbas' Removal Based on his Complicity in a Church Sexual Abuse Scandal.**

42.     I understand from the hearing on March 18, 2020, that the Court was troubled by my counsel's "hardball" demand letter to a member of the clergy.  As a member of the clergy myself, I respectfully submit that someone who repeatedly makes false and defamatory statements against another individual over a four-and-a-half-year period, as Fr. Barbas has done, should not be able to hide behind the cloth as a defense.

43.     Moreover, Fr. Barbas is no stranger to being sued—both by those within and those outside the church.  I believe one such suit has a direct bearing (*i.e.*, retaliation) on why, in 2019—years after Fr. Barbas began making defamatory statements about me—Fr. Barbas made material misrepresentations to the <u>SEC</u> about my religious affiliation, despite his having no legitimate involvement in this proceeding whatsoever.

44.     In March 2015, Fr. Adam Metropoulos, a Greek Orthodox Priest in Bangor, Maine within the Greek Orthodox Metropolis of Boston, was sentenced to 12 years in prison for sexually abusing an altar boy.

45. In 2016, the victim of the sexual abuse sued Fr. Barbas personally for his alleged complicity.

46. In October 2016, the Survivors Network of those Abused by Priests ("SNAP") publicly called for the removal of Fr. Barbas who, according to SNAP, was responsible for the oversight of Metropoulos. In that press release, the director of SNAP wrote, "Barbas was almost certainly complicit or at least grossly negligent in this and potentially other sexual abuse cases." True and accurate copies of newspaper articles from The Boston Globe and The Bangor Daily News discussing the press release, dated October 12, 2016 and October 14, 2016, respectively, are attached hereto as Exhibit N.

47. SNAP also quoted the victim's attorney who singled-out Fr. Barbas for his alleged complicity in the tragic incident: "As we've investigated this case, we've encountered repeated and disturbing evidence that the public record of credible allegations of sexual misconduct with children, including a 1983 pedophilia charge, against Metropoulos almost certainly was available to the chancellor [Barbas]." Further, "[a]s the chancellor directly responsible for Metropoulos, Barbas had the ethical duty to ensure that this priest, who also was appointed to the Boston Diocese Camp, where he was granted unmitigated and unsupervised access to children, was not a predator. Barbas failed categorically in this capacity, resulting in lifelong physical, psychological and spiritual damage to this child victim." *See* Exhibit N.

48. Given what I knew about the tragic and heart-wrenching situation, I felt ethically compelled to contribute to SNAP's press release calling for Fr. Barbas' removal based on his role in the sexual abuse scandal. The Boston Globe article referenced above and attached as Exhibit N, included the following: "'Chancellor [Barbas] must be promptly removed to maintain the integrity of the church,' said Rev. Father Emmanuel Lemelson, a Greek Orthodox priest and

president of the Lantern Foundation[12] in the statement. Lemelson said that 'this horrific incident points to some serious deficiencies in the procedures and protocols used for the oversight of clergy, and those deficiencies require our urgent attention.'"

49.     In addition, the Metropolis of Boston, of which Fr. Barbas is the Chancellor, is currently embroiled in litigation brought by another of its priests stemming from that priest's removal from his parish. *See Rev. Fr. Nicholas Kastanas v. Greek Orthodox Metropolis of Boston, Inc.*, No. 17-2312-L2 (Middlesex Superior Court). After his removal, Fr. Kastanas sued the Metropolis of Boston for wrongfully retaining his personal belongings. On December 16, 2019, the Middlesex Superior Court (Krupp, J.) dismissed the Metropolis of Boston's First Amended Counterclaim against Fr. Kastanas. As far as I am aware, Fr. Kastanas' lawsuit against the Metropolis remains ongoing.[13]

### b.     Fr. Barbas Ignored My Previous Attempts to Address His False and Defamatory Statements About Me.

50.     On December 7, 2015, I wrote and emailed a letter to Fr. Barbas about his false and defamatory statements to the Wall Street Journal and Mr. Truman, discussed above. A true and accurate copy of this letter is attached hereto as Exhibit O. Among other things, I wrote, in part:

> a.   "I was surprised and disappointed to read your quote in the Wall Street Journal that has caused controversy and significant harm. I am also writing to you to have you explain what exactly your full quote was to the reporter."

---

[12] Archbishop Lambriniadis sits on the Board of Advisors of The Lantern Foundation. I formed The Lantern Foundation in 2012, the first of its kind charitable foundation established in the United States to assist the Ecumenical Patriarchate, at the request of Archbishop Lambriniadis.  *See* http://phanarion.org/.

[13] Moreover, the Metropolis of Boston and Fr. Barbas have been involved in a string of high-profile controversies and scandals involving parishes and priests.  *See, e.g.,* https://www.thenationalherald.com/5864/methodios-bars-sacraments-at-st-georges/; https://www.thenationalherald.com/170688/arlington-ma-parish-devastated-over-priests-removal-boos-methodios/; and https://www.ipetitions.com/petition/methodios-barbas-dictatorial-regime-needs-to-end.

   b. "I would like to discuss your retraction and clarification of a number of misstatements made by you."

   c. "In your role as Chancellor of Greek Orthodox Metropolis of Boston you are in the unique position to influence the reputation of priests. Unfortunately, your apparent misstatements noted above have done so in a significantly negative and harmful manner. I would like you to immediately cure and clarify your statements regarding my service to the metropolis."

51. Fr. Barbas did not respond to my December 7, 2015 letter.[14] Accordingly, I wrote to him again on December 12, 2015, stating: "Fr. Ted, It is important that you respond to the attached letter per the email below sent to you on December 7, 2015." A true and accurate copy of this email is attached hereto as Exhibit P. Fr. Barbas never responded to either of these communications or otherwise tried to explain why he made repeated false and defamatory statements about me.

  **c.** **The SEC Made Clear that Fr. Barbas Was Not a Potential Witness in This Matter.**

52. In its Opposition to Defendants' motion to compel documents from the Greek Orthodox Metropolis of Boston (ECF No. 64), the SEC took the position that the information Fr. Barbas provided to it was irrelevant to the case, and any dispute between Fr. Barbas and me concerning my religious affiliation should be sorted out in a different forum. *See id.* In addition, Fr. Barbas <u>specifically denied making certain of the statements the SEC attributed to him, and outright accused the SEC of being "*misleading*" in doing so.</u> *See* Exhibit H (emphasis added). Given the SEC's stated, written position, it became clear that Fr. Barbas was not—and could never be—a potential witness in this matter. Accordingly, with my authorization, my counsel sent the demand letter to Fr. Barbas' counsel. Notably, I understand that my counsel did so in direct response to *Fr. Barbas' counsel's* express request for a written demand after a telephone

---

[14] I copied several other members of the Greek Orthodox Clergy of the Metropolis of Boston, as well as Bishop Ilia, on my letter to Fr. Barbas.

conversation concerning potential resolution of the dispute. A copy of my counsel's demand letter sent to Fr. Barbas' counsel is attached hereto as Exhibit Q.

53. As set forth above and in the accompanying exhibits, every one of the nine assertions in my counsel's demand letter was true and, I am confident, known to Fr. Barbas. Because this was not the first (or even second) time Fr. Barbas lied about my religious affiliation and related matters, and because after four and one-half years, I have every reason to believe it will not be the last, as well as the fact that Fr. Barbas was unresponsive to my previous, more gentle, efforts, I decided that I would either (i) get Fr. Barbas to commit in writing to the truth so as to prevent further defamation; or (ii) sue him for defamation for the significant harm he has caused me both within and outside the Greek Orthodox Church. The purpose of my counsel's letter was to attempt to stop the continued, recalcitrant defamation and secure the truth without the need to bring litigation against Fr. Barbas. It appears that attempt failed, and I have no choice but to sue Fr. Barbas in separate litigation to protect my reputation and to recover the senseless costs I incurred associated with compelling him to comply with a lawful subpoena. While the motivations for Fr. Barbas' four- and one-half-year defamatory campaign are unclear, what is certain is that he will not stop unless forced to do so through litigation—where he can explain to a court why he believes he is above the law.

Signed under the penalties of perjury, this 30th day of March 2020.

*Rev. Fr. Emmanuel Lemelson*
_____
Rev. Fr. Emmanuel Lemelson

Emmanuel Lemelson
Digitally signed by Emmanuel Lemelson
Date: 2020.03.30 11:45:55 -04'00'