

# GREEK ORTHODOX METROPOLIS OF BOSTON
## ΙΕΡΑ ΜΗΤΡΟΠΟΛΙΣ ΒΟΣΤΩΝΗΣ

## Certificate of Attendance

This is to Certify that __GREGORY LEMELSON__

and __ANJEZA THEODORA LAME__

Planning to Marry in the Church of
__TAXIARCHAE-ARCHANGELS - WATERTOWN, MA__
*Name of Church/City/State*

Have Attended the Marriage Preparation Seminars Hosted by
__METROPOLIS OF BOSTON__

This certificate is to be attached to the Affadavit for License to Marry which will be mailed to the Metropolis.

Given this __15__ day of the month of __MAY__
in the year __2004__

_____             _____
Metropolitan Methodios                    Signature of Priest
Metropolis of Boston                         Seminar coordinator

162 Goddard Avenue, Brookline, MA 02445-7414 · Telephone: (617) 277-4742 · Fax: (617) 739-9229
web: www.boston.goarch.org   e-mail: metropolis@boston.goarch.org