There are qualities in individuals that we admire and hold in our hearts that cannot be forgotten. These are some of the attributes the faculty and staff of HC/HC will most remember about you. We thank God for your time with us. Congratulations!

- Intelligent, agonizes over life of community
- Impressed by how well-read he is
- Good business skills
- Very industrious & hardworking

Gregory Lemelson

# HELLENIC COLLEGE

UPON THE RECOMMENDATION OF THE FACULTY OF

## HOLY CROSS
## GREEK ORTHODOX SCHOOL OF THEOLOGY

THE CORPORATION AND THE TRUSTEES
HAVE CONFERRED ON

### GREGORY MANOLI LEMELSON

THE DEGREE OF

### MASTER OF DIVINITY

WITH ALL THE RIGHTS, PRIVILEGES, AND HONORS WHICH PERTAIN THERETO
AND HAVE GRANTED THIS DIPLOMA AS EVIDENCE THEREOF
GIVEN IN THE TOWN OF BROOKLINE IN THE COMMONWEALTH OF MASSACHUSETTS
IN THE UNITED STATES OF AMERICA

ON THE SEVENTEENTH DAY OF MAY
IN THE YEAR OF OUR LORD TWO THOUSAND AND THREE

_Archbishop Demetrios_
CHAIRMAN OF THE BOARD OF TRUSTEES

PRESIDENT



DEAN