# Greek Orthodox Metropolis of Boston
## ΙΕΡΑ ΜΗΤΡΟΠΟΛΙΣ ΒΟΣΤΩΝΗΣ

### ΠΙΣΤΟΠΟΙΗΤΙΚΟΝ ΓΑΜΟΥ — CERTIFICATE OF MARRIAGE

Πιστοποιεῖται ὅτι ὁ
This is to certify that **Gregory M. Lemelson**

born in **Pheonix, Arizona** on **June 19, 1976** residing at **Roslindale, MA 02131**

καί ἡ
and **Anjez (Theodora) Lanre**

born in **Tirane, Albania** on **October 18, 1981** residing at **East Boston, MA 02128**

συνευχέθησαν εἰς γάμου κοινωνίαν (ὁ μὲν εἰς γάμον, ἡ δὲ εἰς marriage, her
were joined in Holy Matrimony (his
"Ὀρθοδόξου Ἀνατολικῆς Ἐκκλησίας ἐν γάμου) κατά τάς διατάξεις τῆς
of the Eastern Orthodox Church of **First Church Brookline, Massachusetts** marriage) according to the rites

on **Sunday, July 4, 2004** by the Rev. **+ Bishop Ilia of Philomelion**

of the Holy Church of **Holy Cross Chapel**

Πατριάνυμφος
Sponsor **Jason Lemelson**

21748

By the authority of
THE METROPOLITAN
+ Metropolita Methodios

**METHODIOS**
Metropolitan of Boston

Sunday, July 4, 2004



