# Albanian Orthodox Diocese of America

RT. REV. BISHOP MARK (1919-1982)

The Rev. IK. Ilia Katre
*Vicar General*

## DOCUMENT OF ORDINATION

With modesty we hereby declare that by the authority given to Bishops by the Holy Apostles, the Reverend Graduated Seminarian Emmanuel Gregory Lemelson, being of good report and seemly decorum, was ordained by our hand and upon the invocation of the Holy and Officiate Spirit to the rank of Deacon in the Church of the Holy Cross at Hellenic College in Brookline, Massachusetts on Saturday the 23rd day of July 2011 and subsequently was ordained by our hand and upon the invocation of the Holy and Officiate Spirit to the rank of Priest in the Church of the Holy Cross at Hellenic College in Brookline, Massachusetts on Sunday, the 24th day of July 2011, and at the solemn request of the Right Reverend Bishop Ilia of Philomelion of the Albanian Orthodox Diocese of America- Ecumenical Patriarchate of Constantinople and herewith he is to be numbered among the clergy of said Diocese.

In witness thereof this Document of Ordination is issued at Boston, Massachusetts, this 25th day of July, 2011.

The Ordaining Hierarch

+Metropolitan Elpidophoros
of Bursa, Ecumenical Patriarchate

6455 SILVER DAWN LANE • LAS VEGAS, NV 89118-1186 • TELEPHONE (702) 365-1989 • FAX (702) 365-1989