ΟΙΚΟΥΜΕΝΙΚΟΝ ΠΑΤΡΙΑΡΧΕΙΟΝ
# ΙΕΡΑ ΜΗΤΡΟΠΟΛΙΣ ΕΛΒΕΤΙΑΣ

| PATRIARCAT ŒCUMÉNIQUE | ÖKUMENISCHES PATRIARCHAT | PATRIARCATO ECUMENICO |
|---|---|---|
| ARCHEVÊCHÉ DE SUISSE | METROPOLIE DER SCHWEIZ | ARCIVESCOVADO DI SVIZZERA |

Ἀριθμ. πρωτ.: 1295

Ἐν Γενεύῃ, τῇ 25ῃ Νοεμβρίου 2013

### ΕΓΚΥΚΛΙΟΣ
Πρός τόν Πρόεδρον, τά μέλη τοῦ Διοικητικοῦ Συμβουλίου
καί τούς εὐλαβεῖς πιστούς τῆς Ἐνορίας τῶν Ἐπιφανείων Τιτσίνου
τῆς καθ' ἡμᾶς Θεοσώστου Ἐπαρχίας

Ἀγαπητοί μου,

Μέ τήν παροῦσαν Ἐγκύκλιον ἐπιστολήν μας ἐπιθυμοῦμε νά σᾶς πληροφορήσωμεν, ὅτι ἀπό μηνός ἐγκατεστάθη εἰς τήν πόλιν τοῦ Λουγκάνου καί ἀνέλαβε τά ἐφημεριακά καθήκοντα τῆς Ἐνορίας σας ὁ Αἰδεσιμολ. Πρεσβύτερος κ. Ἐμμανουήλ Γρηγόριος Lemelson.

Ὁ ἐν λόγῳ κληρικός, προερχόμενος ἐξ ἐκκλησιαστικῆς Ἐπαρχίας τῶν Ἡνωμένων Πολιτειῶν Ἀμερικῆς τῆς κανονικῆς δικαιοδοσίας τοῦ Οἰκουμενικοῦ Πατριαρχείου, ἐξέφρασε τήν ἐπιθυμίαν νά διακονήσῃ τήν Ἐκκλησίαν εἰς Ἐλβετίαν καί εἰδικώτερον εἰς Λουγκάνον. Λαβόντες ὑπ' ὄψιν τήν ἐπιθυμίαν αὐτοῦ νά ἐνταχθῇ εἰς τόν κλῆρον τῆς Ἱερᾶς Μητροπόλεως Ἑλβετίας καί τάς καλάς συστάσεις, αἱ ὁποῖαι συνώδευον τό αἴτημά του, ἀπεφασίσαμε νά τοῦ ἀναθέσωμεν τά καθήκοντα τοῦ ἐφημερίου τῆς Ἐνορίας τῶν Ἐπιφανείων τοῦ Τιτσίνου, μέ ἔδραν τήν πόλιν τοῦ Λουγκάνου. Κατ' αὐτόν τόν τρόπον, ἡ Ἐνορία σας, ἀπό τῆς ἱδρύσεώς της, ἀποκτᾷ διά πρώτην φοράν τακτικόν Ἐφημέριον, ἐπιφορτισμένον νά καλύψῃ πλήρως τό λατρευτικόν πρόγραμμα τοῦ ἐκκλησιαστικοῦ ἔτους καί ὅλας τάς λοιπάς πνευματικάς ἀνάγκας τοῦ ἐκεῖ χριστεπωνύμου πληρώματος.

Πιστεύομεν καί ἐλπίζομεν, ὅτι τά αἰσθήματα ἀγάπης καί ἀφοσιώσεως, τά ὁποῖα πλουσίως ἐπεδείξατε πρός τόν τελευταῖον καί ἐπί εἰκοσαετίαν ὅλην μετά προθυμίας καί κόπου ἐξυπηρετήσαντα τήν Ἐνορίαν σας, Πανοσιολ. Ἀρχιμανδρίτην κ. Μάξιμον Πόθον, τόν καί ἡμέτερον Πρωτοσύγκελλον, θά ἐπιφυλάξετε καί πρός τόν νεοαφιχθέντα καί μονίμως παρόντα πλησίον σας π. Ἐμμανουήλ. Ἡ προσευχή καί ἡ ἔμπρακτος βοήθειά σας θά εἶναι πολύτιμα στηρίγματα εἰς τήν ἀρχήν τῆς διακονίας του.

Μετά πολλῆς ἐν Κυρίῳ ἀγάπης καί πατρικῶν εὐχῶν

Ὁ Μητροπολίτης

*[signature]*

Ὁ Ἑλβετίας Ἱερεμίας

282, ROUTE DE LAUSANNE - 1292 CHAMBÉSY, GENÈVE - SUISSE - TÉL.: (+41-22) 758.18.33/51 - FAX : 758.24.16