

**Elpidoforos Lampriniadis**

1 of 3 results for "methodios"                                                                                          Done

Of course you can

Metropolitan Methodios was here for the Synod

He was telling me how much happy he was from your service to the parishes he sends you every now and then 😄

Finally he asked me if you would accept to serve in a parish as a full time priest

*6/6/15, 8:47 AM*

...am so grateful for the love and blessings of His Eminence Metropolitan Methodias. ...spiritual father, who signed the symmartyria for ordination was clear that should only serve as liturgical priest and not take responsibility for a parish. Also, while living in Switzerland, my bishop made it clear "you are not meant to be a parish priest". The spiritual father and metropolitan are older, wiser and have spiritual discernment. Before was younger and more naive.
Love and care for the communities and individuals that have had the privilege of serving – but have come to accept that this is how it is going to be, and how it was meant to be (not a parish priest, not belonging in any one place).
...always available to celebrate the holy mysteries wherever there is a need, and so long as some bishop somewhere thinks there is any value in this sinful and unworthy priest.

*5/29/15, 2:53 AM*

Happy birthday my dear Emmanuel !

*10/10/15, 1:57 PM*

Your Eminence heard about the tragedy in Ankara... Hope you are OK

*10/10/15, 4:07 PM*

Thank you my dear Emmanuel

We are all well at the Monastery