

Fr. Ted Barbas <fatherted@boston.goarch.org>

## Re: [EXT] RE: SEC v. Lemelson
1 message

**Fr. Ted Barbas** <fatherted@boston.goarch.org>     Wed, Dec 4, 2019 at 2:43 PM
To: "Day, Alfred" <DayA@sec.gov>
Cc: "Jones, Marc" <JonesMarc@sec.gov>

Dear Al,
I hope you are well and that you had a nice Thanksgiving.
I apologize, but I just found this email in my spam folder when I was doing a related search.
I'm sorry that I never saw this before today and hence did not get you the contact info.

**The Albanian Orthodox Diocese is headed by
Metropolitan Ilias Katre.
His number is: 775.848.6369
His email is:**
bishopilia@yahoo.com

Please contact him regarding Lemelson. He is under his spiritual jurisdiction.

I must make a correction for the record on your note below.
You state below:


Based on our conversation, I understand that Rev. Fr. Emmanuel Lemelson is not, and has never been, affiliated with the Greek Orthodox Metropolis of Boston and that you have no records relating or referring to him (please confirm this last point). I further understand from our conversation that he applied to the Greek Orthodox Metropolis of Boston to be ordained, but that application was declined.


Correction: Although the 2nd sentence is TRUE, the first sentence is misleading and does not represent what I told you on the phone.
Lemelson was NOT ordained by the Greek Orthodox Metropolis of Boston and therefore was never officially ASSIGNED by us to any parish, however, he DID "fill-in" on occasion as needed and for an extended period of time was the "fill-in" priest in Keene, NH. He was NEVER officially assigned as he did not/does not belong to the Greek Orthodox Archdiocese of America and/or the Greek Orthodox Metropolis of Boston.

I hope this clarifies the statement below.
Please let me know if I can be of any further assistance.
thank you
Father Ted

On Fri, Oct 25, 2019 at 9:33 AM Day, Alfred <DayA@sec.gov> wrote:

> Just following up on my email below, please let us know the contact information for the Albanian Orthodox Archdiocese at your earliest convenience.
>
> Thank you.
>
>
>
> **From:** Day, Alfred
> **Sent:** Wednesday, October 23, 2019 2:50 PM
> **To:** 'fatherted@boston.goarch.org' <fatherted@boston.goarch.org>

12/13/2019
Case 1:18-cv-11926-PBS   Document 111-8   Filed 03/30/20   Page 2 of 2
Greek Orthodox Archdiocese of America Mail - Re: [EXT] RE: SEC v. Lemelson

**Cc:** Marc Jones (JonesMarc@SEC.gov) <JonesMarc@SEC.gov>
**Subject:** SEC v. Lemelson

Father Ted,

Thank you for speaking with me earlier today. As I explained on the phone, I am trial counsel for the United States Securities and Exchange Commission in the above-captioned case pending in federal court in Boston. Based on our conversation, I understand that Rev. Fr. Emmanuel Lemelson is not, and has never been, affiliated with the Greek Orthodox Metropolis of Boston and that you have no records relating or referring to him (please confirm this last point). I further understand from our conversation that he applied to the Greek Orthodox Metropolis of Boston to be ordained, but that application was declined.

You suggested that we contact the Albanian Orthodox Archdiocese. I would appreciate it if you could provide any contact information that you may have for that organization by reply email.

Thank you.

Al

---

Alfred A. Day

Senior Trial Counsel

U.S. Securities and Exchange Commission

(617) 573-4537



--
**Reverend Theodore J. Barbas**
*Chancellor*

**Greek Orthodox Metropolis of Boston**
*162 Goddard Avenue*
*Brookline, MA 02445*
*617.277.4742*
*FatherTed@Boston.goarch.org*
*Boston.goarch.org*