⤴ Share    ⬡ Copy link    ↓ Download    🗋 Copy to    🗐 Version history    ⟨ Previous    54 of 61    Ne

**From:**     Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**  Wednesday, April 9, 2014 8:17:56 PM
**To:**       + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**  Re: Holy Week assignments

**Follow up:**

Fr. Emmanuel,
I pray you and your family are well.

**His Eminence would like you to serve and assist the following priests for two Holy Week services according to the following schedule:**

- **Palm Sunday morning: St. Sophia Church in New London, CT.** Fr. Dean Panagos, 860-442-2377
- **Holy Saturday Evening: St. George Cathedral, Springfield, MA.** Fr. Chris Stamas, 413/737-1496

**Please contact both Fr. Dean and Fr. Chris immediately to discuss the details of these two services.**

If you have any questions, please let me know.
We pray that you have a blessed and rewarding journey to Pascha!

With brotherly love,
tjb

---

**From:** "+ Emmanuel Lemelson" <elemelson@outlook.com>
**To:** "Father Theodore J. Barbas" <fatherted@boston.goarch.org>
**Sent:** Thursday, April 3, 2014 6:01:22 PM

Dear Father,
Your blessing.
…had a chance to meet with his Eminence last week and he suggested that we connect. Tried calling and left a message today for you… is there a good time to call again?
In the meantime, Kali Sarakosti…
+ Rev. Fr. Emmanuel Lemelson
508-485-0607
CONFIDENTIALITY
The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly

**From:**      Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**    Saturday, April 19, 2014 4:38:33 PM
**To:**        + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**    Re: Holy Week assignments

**Follow up:**

thank you
sorry for the last minute request.
i've been in the hospital with my daughter and sent it from here.

are you going to springfield tonight.

kali anastasi!
tjb

---

**From:** "+ Emmanuel Lemelson" <elemelson@outlook.com>
**To:** "Fr. Ted Barbas" <fatherted@boston.goarch.org>
**Sent:** Saturday, April 19, 2014 11:41:19 AM
**Subject:** RE: Holy Week assignments

…went to Roslindale this morning to help Fr. Basil.
+ Rev. Fr. Emmanuel
CONFIDENTIALITY
The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.
**From:** Fr. Ted Barbas [mailto:fatherted@boston.goarch.org]
**Sent:** Saturday, April 19, 2014 1:07 AM
**To:** + Emmanuel Lemelson
**Subject:** RE: Holy Week assignments
Fr. Greg
Can you go back to Roslindale in the morning (Saturday) to help Fr. Vasili with communion?
Thanks
Tjb
Sent from my Verizon Wireless 4G LTE smartphone

Original message

**Douglas Brooks**

| | |
|---|---|
| **From:** | Fr. Ted Barbas <fatherted@boston.goarch.org> |
| **Sent:** | Saturday, April 26, 2014 2:47 PM |
| **To:** | Fr. Ted Barbas; + Emmanuel Lemelson |
| **Subject:** | RE: |

....the priest.....

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: "Fr. Ted Barbas"
Date:04/26/2014 2:41 PM (GMT-05:00)
To: + Emmanuel Lemelson
Subject: RE:

Thank you.
the police will be away tomorrow. You will be by yourself.

ORTHROS begins at 9 am.
Thank you

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: + Emmanuel Lemelson
Date:04/26/2014 2:21 PM (GMT-05:00)
To: "'Father Theodore J. Barbas'"
Subject:

Dear Father,

Christ Is Risen!

Just received your voice message... didn't get any text?

...no problem to serve at Andover tomorrow. Is there another Priest there, or solo? Do they do Orthodox? What time do they start.... ?

Warm Regards,

+ Rev. Fr. Emmanuel

CONFIDENTIALITY

1

To: Father Theodore J. Barbas

SMS with (617) 799-6110
5/29/14, 4:58 PM

Hi father Greg. I hope you are well. How did it go last Sunday in Webster? Are you available to serve this Sunday at another parish?

5/30/14, 7:27 AM

Fr. Emmanuel. Nothing. Please celebrate the Divine Liturgy this Sunday June 1st at the Transfiguration church in Lowell Massachusetts.   Orthros 8:30 liturgy 9:30 thanks.  Please confirm with me. Thank you

5/30/14, 11:01 AM

Father your blessing.   Yes we can go to Lowell this Sunday

5/30/14, 12:38 PM

Ok.   Change of plans.  Please go to Webster again this Sunday.   Not Lowell.   Please confirm

5/30/14, 3:12 PM

Fr. Emmanuel.  Good morning.  Are you available to serve this Sunday?

7/4/14, 7:37 AM

Dear father good morning...unfortunately will be traveling for the next seven da...

Ok.  Thanks

We will need you next Sunday as well so please check your email and texts

7/10/14, 8:32 PM

No problem... I pray you ar...

You too.  Thanks

Hi.  Did you get my email for Sunday?

7/11/14, 8:58 AM

Dear father have not had internet or cell phone coverage where have been... So sorry for slow response
on Saturday will revert shortly

Please confirm if you got the te...

Ok.  Please let me know. I have asked you to serve in Lexington this Sunday. We are very tight on available priests this week. Thank
you

7/11/14, 2:50 PM

Father will be at Lexington Sunday. . Don't wo...

8.30.  Thanks

8/10/14, 9:12 PM

Text Message

⤴ Share    ⌁ Copy link    ↓ Download    ⧉ Copy to    ⧉ Version history    ‹ Previous    100 of 117

**From:**      Fr. Ted Barbas <fatherted@boston.goarch.org>
**Sent on:**   Friday, July 4, 2014 5:21:15 AM
**To:**        Gregory Lemelson <elemelson@outlook.com>
**Subject:**   This Sunday

**Follow up:**


Fr. Emmanuel
I pray you are well.
Are you available to serve this Sunday in Chicoppee?
Please confirm.
Thank you

**Father Ted**
*Chancellor*
*Greek Orthodox Metropolis of Boston*
*162 Goddard Avenue*
*Brookline, Massachusetts 02445*
*617.277.4742*

**From:**   Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**   Wednesday, July 9, 2014 5:03:28 PM
**To:**   Gregory Lemelson <elemelson@outlook.com>
**Subject:**   This Sunday, July 13

**Follow up:**

Fr. Emmanuel,

Are you available to serve at the St. Nicholas Parish in Lexington, MA this coming Sunday, July 13?
Please confirm.
thank you
tjb

---

**Reverend Theodore J. Barbas**                    **Greek Orthodox Metropolis of Boston**
*Chancellor*                                                      *162 Goddard Avenue*
                                                                     *Brookline, MA 02445-7414*

                                                                     tel: 617.277.4742
                                                                     fax: 617.739.9229
fatherted@boston.goarch.org                        mobile: 617.799.6110

**From:**   Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**   Tuesday, July 15, 2014 3:08:40 AM
**To:**    + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**   This Sunday, July 20

**Follow up:**

Dear Fr. Emmanuel,
Hope all is well.
How did things go in Woburn on Sunday?

**Are you available to serve in NEWBURYPORT this coming Sunday, July 20?
Please confirm.**

thanks
tjb

| | |
|---|---|
| **Reverend Theodore J. Barbas**<br>*Chancellor*<br><br>fatherted@boston.goarch.org | **Greek Orthodox Metropolis of Boston**<br>*162 Goddard Avenue*<br>*Brookline, MA 02445-7414*<br><br>tel: 617.277.4742<br>fax: 617.739.9229<br>mobile: 617.799.6110 |

⤷ Share    ⟲ Copy link    ↓ Download    ▯ Copy to    ▭ Version history    ‹ Previous    40 of 61    Ne

| | |
|---|---|
| **From:** | Father Theodore J. Barbas <fatherted@boston.goarch.org> |
| **Sent on:** | Thursday, July 24, 2014 9:13:27 PM |
| **To:** | + Emmanuel Lemelson <elemelson@outlook.com> |
| **Subject:** | Fwd: This Sunday, July 27 |

**Follow up:**


Fr. Emmanuel,
I pray you are well.

**Are you available to serve in Newburyport again this Sunday, July 27?**
Please confirm.
thanks
tjb

To: Father Theodore J. Barbas

**8/10/14, 9:12 PM**

Dear father your blessing. Received your message. Tried to rearrange schedule for tomorrow [b]a few other priest but did not have any luck to get someone who's available. . If it is an emergerearrange the schedule again

**8/11/14, 12:00 AM**

Ok.  Thanks

**8/22/14, 6:50 PM**

Fr. Emmanuel.  Did you get my email about Sunday?

Yes sent an email response today... It's no problem to go...

Thank you.  I will confirm

**9/5/14, 9:57 PM**

Fr. Emmanuel.  Are you available to serve this Sunday in Holyoke?

Father can't answe

Shouldn't be a problem. . Just need to make sure can get car... And th

**9/6/14, 1:02 PM**

Thanks

Father I will be able to go to Hol

**9/6/14, 2:02 PM**

Great. Thank you very much.  Matins at 9 and liturgy at 10.
Thank you

**9/20/14, 10:03 AM**

Father saw that just missed yo

Sorry...I'm in a funeral.
Can you serve in Weston tomorrow to assist Fr. Nick?
Please confirm

**9/21/14, 7:07 AM**

Thanks

Good morning.  Thank you for going to Weston today to assist Fr. Nick.

**10/4/14, 1:53 PM**

Dear father thank you so much for your offer to use the camp but I think it w

⮐ Share   ⤬ Copy link   ↓ Download   ⎘ Copy to   ⊞ Version history   ‹ Previous   81 of 91   Ne

**From:**    Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**  Saturday, August 23, 2014 2:48:10 AM
**To:**      + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**  Re: This Sunday, 8/24

**Follow up:**

thank you
I will confirm the times by tomorrow.
thanks
tjb

---

**From:** "+ Emmanuel Lemelson" <elemelson@outlook.com>
**To:** "Father Theodore J. Barbas" <fatherted@boston.goarch.org>
**Sent:** Friday, August 22, 2014 5:52:53 PM
**Subject:** RE: This Sunday, 8/24

No problem father… what time do they usually begin?
Warm Regards,
+ Rev. Fr. Emmanuel
CONFIDENTIALITY
The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Father Theodore J. Barbas [mailto:fatherted@boston.goarch.org]
**Sent:** Thursday, August 21, 2014 11:08 PM
**To:** + Emmanuel Lemelson
**Subject:** This Sunday, 8/24
Fr. Emmanuel,
I pray you are well.

**Are you available to serve in Norwich, CT this coming Sunday, 8/24?**
**Please confirm.**

thank you

tjb

**From:**    Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**    Friday, September 19, 2014 6:44:12 PM
**To:**    Gregory Lemelson <elemelson@outlook.com>
**Subject:**    This Sunday, 9/21

**Follow up:**


Dear Fr. Emmanuel
I pray you are well.

**Are you available to serve this coming Sunday, 9/21, at the St. Nicholas parish in Portsmouth, NH.?
Please confirm ASAP.**

thank you
tjb

---

**Reverend Theodore J. Barbas**
*Chancellor*



fatherted@boston.goarch.org

**Greek Orthodox Metropolis of Boston**
*162 Goddard Avenue*
*Brookline, MA 02445-7414*

tel: 617.277.4742
fax: 617.739.9229
mobile: 617.799.6110

---

⤣ Share    ⌒ Copy link    ↓ Download    ⎘ Copy to    ⮥ Version history    ⟨ Previous    114 of 117

**From:**     Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**  Friday, October 3, 2014 10:37:44 AM
**To:**       Gregory Lemelson <elemelson@outlook.com>
**Subject:**  This Sunday, October 5

**Follow up:**

Dear Fr. Emmanuel,
I pray you and your family are well.

**Are you available to serve this coming Sunday, October 5 in Newport, NH?**
It is a far drive, but you and your family are welcome to sleep at our Retreat House at the camp on Saturday night if you wish.

Please confirm.
thank you
tjb

**Reverend Theodore J. Barbas**          **Greek Orthodox Metropolis of Boston**
*Chancellor*                             *162 Goddard Avenue*
                                         *Brookline, MA 02445-7414*

                                         tel: 617.277.4742
                                         fax: 617.739.9229
fatherted@boston.goarch.org              mobile: 617.799.6110

## Douglas Brooks

**From:**          Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent:**           Friday, October 3, 2014 11:39 PM
**To:**              + Emmanuel Lemelson
**Subject:**        Re: This Sunday, October 5

Thank you brother.
**Actually, I have a priest who can go to Newport, NH, as he doesn't have young children, and it is easier for him to travel.**
**If you want to go there, no problem, just let me know.**

**Otherwise, you could go to Clinton as it is much closer for you and your family.**

Please confirm asap.
thanks
tjb

---

**From:** "+ Emmanuel Lemelson" <elemelson@outlook.com>
**To:** "Father Theodore J. Barbas" <fatherted@boston.goarch.org>
**Sent:** Friday, October 3, 2014 10:52:04 AM
**Subject:** RE: This Sunday, October 5

Dear Father,
Your blessing.
...also praying that you and presbytera and the little ones (esp. Maria) are well...
No problem for Newport – do they typically begin with Orthros, and if so, what time?
Thank you for your kind and generous offer to use the retreat house (is it near the church?) – if this is necessary, is there someone at the camp with a key?
Warm Regards,
+ Rev. Fr. Emmanuel
CONFIDENTIALITY
The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.
**From:** Father Theodore J. Barbas [mailto:fatherted@boston.goarch.org]
**Sent:** Friday, October 3, 2014 6:38 AM
**To:** Gregory Lemelson
**Subject:** This Sunday, October 5
Dear Fr. Emmanuel,
I pray you and your family are well.

**Are you available to serve this coming Sunday, October 5 in Newport, NH?**
It is a far drive, but you and your family are welcome to sleep at our Retreat House at the camp on Saturday night if you wish.

Please confirm.
thank you
tjb

**Reverend Theodore J. Barbas**                                      **Greek Orthodox Metropolis of Boston**

*Chancellor*                                                               *162 Goddard Avenue*
                                                                      *Brookline, MA 02445-7414*

                                                                           617.277.4742
                                                                      tel:
                                                                      fax:
                                                              mobile: 617.739.9229
fatherted@boston.goarch.org                                                617.799.6110

To:  Father Theodore J. Barbas

9:00 am orthros & 10:15 am service

11/15/14, 10:56 PM

Good evening. Sorry for calling so late. I just had a cancellation for tomorrow by one of our priests and I am up against the wall with no other substitutes. Are you available to serve in Clinton tomorrow? Please let me know

1/3/15, 10:57 PM

Fr. Emmanuel.  Happy New Year.  can you go to lexington in the morning for the liturgy?  The priest just called me....he is sick.  Please let m know tonight if you can.  Thanks.

1/11/15, 8:24 AM

Ok

1/14/15, 9:27 PM

1/15/15, 12:57 AM

Lets talk in the morning

1/16/15, 10:27 AM

2/27/15, 8:35 AM

Good morning brother. Hope you are well. A blessing to you. Please check your email and let me know as soon as possible.

Ok.  Thanks

Than

Fat

Father I will get

sorry I'm at a m

don't think it will be possible to m

Mike children

and the drive w

⤷ Share    ⌘ Copy link    ⤓ Download    ⬚ Copy to    ⬚ Version history    ‹ Previous    85 of 91    Ne

**From:**      Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**   Friday, January 16, 2015 2:55:24 PM
**To:**        Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**   Re: This Sunday, January 18

**Follow up:**

thanks
tjb

---

**From:** "Emmanuel Lemelson" <elemelson@outlook.com>
**To:** "Father Theodore J. Barbas" <fatherted@boston.goarch.org>
**Sent:** Friday, January 16, 2015 9:45:03 AM
**Subject:** Re: This Sunday, January 18

Father your blessing.

...checking now with the godchildren's parents to make sure they can make it and will get back to you shortly...

Thanks for your understanding during this complicated situation...

Sent from my iPhone

On Jan 16, 2015, at 9:33 AM, Father Theodore J. Barbas <fatherted@boston.goarch.org> wrote:

Dear Fr. Emmanuel

**I took care of sending another priest to Newport, RI this weekend, but I still have several openings.**
**Can you serve this Sunday, January 18, at the St. George Cathedral in Manchester, NH?**
**It is much closer. Can your friends and family drive to Manchester for Holy Communion?**
I'm sorry, but we have many openings this Sunday. We are really in need of assistance.

Please confirm.
thank you
love
tjb

**From:**   Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**   Saturday, January 17, 2015 5:07:15 AM
**To:**   + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**   Re: This Sunday, January 18

**Follow up:**

thank you brother

**January 18, St. George Cathedral, Manchester, NH**
**January 25, St. Spyridon, Newport, RI**

thanks
tjb

---

**From:** "+ Emmanuel Lemelson" <elemelson@outlook.com>
**To:** "Father Theodore J. Barbas" <fatherted@boston.goarch.org>
**Sent:** Friday, January 16, 2015 10:26:23 AM
**Subject:** RE: This Sunday, January 18

Dear Father,
…just spoke with the God childrens parents and it is no problem to go to Manchester (they are even able now to make it to Newport after making some arrangements)
Also, we can go to Newport RI next Sunday…
So either way, whatever is easiest for you.
Warm Regards,
+ Rev. Fr. Emmanuel
CONFIDENTIALITY
The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.
**From:** Father Theodore J. Barbas [mailto:fatherted@boston.goarch.org]
**Sent:** Friday, January 16, 2015 9:55 AM
**To:** Emmanuel Lemelson
**Subject:** Re: This Sunday, January 18
thanks
tjb

---

**From:**      Fr. Ted Barbas <fatherted@boston.goarch.org>
**Sent on:**   Monday, January 19, 2015 12:21:06 PM
**To:**        Gregory Lemelson <elemelson@outlook.com>
**Subject:**   Next four weeks

**Follow up:**


Dear Fr. Emmanuel.
How did things go yesterday in Manchester?

His Eminence and I would like you to go to Danielson, CT for the next 4 Sundays to cover for Fr. Nick Milas
who will be away.  Please confirm your availability as soon as possible then I will put you into contact with
him directly to discuss details.
Thank you

Father Ted
Chancellor
Metropolis of Boston
617.277.4742
FatherTed @Boston.goarch.org

**From:**      Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**   Thursday, February 26, 2015 1:12:19 PM
**To:**        + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**   This coming Sunday, March 1

**Follow up:**


Fr. Greg,
I pray you are well.
I hope you had a nice trip.
*Kali Tessarakosti!*

**Are you available to celebrate the Liturgy this coming Sunday, March 1, in Southbridge?
Please confirm.**

thank you
Have a blessed Lenten journey!
tjb

| | |
|---|---|
| **From:** | Father Theodore J. Barbas <fatherted@boston.goarch.org> |
| **Sent on:** | Friday, February 27, 2015 12:34:26 PM |
| **To:** | + Emmanuel Lemelson <elemelson@outlook.com> |
| **Subject:** | Re: This coming Sunday, March 1 |

**Follow up:**

Fr. Emmanuel
In addition to the request below for Sunday, can you also go TONIGHT to St. George Manchester for the Salutation
Service at 7 pm?
Please confirm.
thank you
tjb

---

**From:** "Father Theodore J. Barbas" <fatherted@boston.goarch.org>
**To:** "+ Emmanuel Lemelson" <elemelson@outlook.com>
**Sent:** Thursday, February 26, 2015 11:30:45 PM
**Subject:** This coming Sunday, March 1

Fr. Emmanuel,
I pray you are well.
*Kali Tessarakosti! A blessed Lent to you!*

**Are you available to celebrate the Liturgy this coming Sunday, March 1, at St. George Cathedral in
Manchester, NH?**
**Please confirm.**

thank you
Have a blessed Lenten journey!
tjb

| | |
|---|---|
| Reverend Theodore J. Barbas | **Greek Orthodox Metropolis of Boston** |
| *Chancellor* | *162 Goddard Avenue* |
| | *Brookline, MA 02445-7414* |
| | tel: 617.277.4742 |
| | fax: 617.739.9229 |
| | mobile: 617.799.6110 |
| fatherted@boston.goarch.org | |

**From:**    Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**    Friday, March 6, 2015 12:45:02 AM
**To:**    + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**    Re: This coming Sunday, March 8

**Follow up:**

thank you brother

9.15 Orthros
10.15 Liturgy

---

**From:** "+ Emmanuel Lemelson" <elemelson@outlook.com>
**To:** "Father Theodore J. Barbas" <fatherted@boston.goarch.org>
**Sent:** Thursday, March 5, 2015 6:19:22 PM
**Subject:** RE: This coming Sunday, March 8

Yes Father no problem…. Hope you have been well…
P.S. do you know when they start?
Warm Regards,
+ Rev. Fr. Emmanuel
CONFIDENTIALITY
The information contained in this electronic message is intended for the exclusive use of the
addressee(s), and may contain confidential or legally privileged information. If you are not the
intended recipient, you have received this message in error and any use, dissemination, forwarding,
printing or copying is strictly prohibited. If you have received this communication in error, please
notify the sender and purge this message immediately without making any copy.
**From:** Father Theodore J. Barbas [mailto:fatherted@boston.goarch.org]
**Sent:** Thursday, March 5, 2015 5:29 PM
**To:** + Emmanuel Lemelson
**Subject:** This coming Sunday, March 8
Fr. Emmanuel,
I pray you are well.
***Kali Tessarakosti! A blessed Lent to you!***

**Are you available to celebrate the Liturgy this coming Sunday, March 8, Southbridge?**
**Please confirm.**

thank you
Have a blessed Lenten journey!

⬑ Share    ⬀ Copy link    ↓ Download    ⬜ Copy to    ⬒ Version history    ⟨ Previous    98 of 117    N

**From:**   Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**   Thursday, March 12, 2015 1:49:22 AM
**To:**   + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**   This coming Sunday, March 15

**Follow up:**

Fr. Emmanuel,
I pray you are well.

**Are you available to celebrate the Liturgy this coming Sunday, March 15, at St. George Cathedral in Manchester, NH?**
**Please confirm.**

thank you
Have a blessed Lenten journey!
tjb

| Reverend Theodore J. Barbas | **Greek Orthodox Metropolis of Boston** |
| --- | --- |
| *Chancellor* | *162 Goddard Avenue* |
| | *Brookline, MA 02445-7414* |
| | tel: 617.277.4742 |
| | fax: 617.739.9229 |
| fatherted@boston.goarch.org | mobile: 617.799.6110 |

**From:**       Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**   Sunday, March 15, 2015 3:18:48 AM
**To:**         + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**   Re: This coming Sunday, March 15

**Follow up:**

Fr. Emmanuel
I spoke with Frank.
He will apologize and explain to you tomorrow his comments.
YES, please celebrate the Liturgy at St. George Cathedral in Manchester, NH tomorrow.
Please confirm back.
thanks
tjb

---

**From:** "+ Emmanuel Lemelson" <elemelson@outlook.com>
**To:** "Father Theodore J. Barbas" <fatherted@boston.goarch.org>
**Sent:** Thursday, March 12, 2015 1:31:45 PM
**Subject:** RE: This coming Sunday, March 15

Father,
Your blessing.
Just called and left a message for you at the office… can we connect by phone?
508-485-0607
Warm Regards,
+ Rev. Fr. Emmanuel
CONFIDENTIALITY
The information contained in this electronic message is intended for the exclusive use of the
addressee(s), and may contain confidential or legally privileged information. If you are not the
intended recipient, you have received this message in error and any use, dissemination, forwarding,
printing or copying is strictly prohibited. If you have received this communication in error, please
notify the sender and purge this message immediately without making any copy.
**From:** Father Theodore J. Barbas [mailto:fatherted@boston.goarch.org]
**Sent:** Wednesday, March 11, 2015 9:49 PM
**To:** + Emmanuel Lemelson
**Subject:** This coming Sunday, March 15
Fr. Emmanuel,
I pray you are well.

**Are you available to celebrate the Liturgy this coming Sunday, March 15, at St. George Cathedral in**

⮐ Share    🔗 Copy link    ↓ Download    🗋 Copy to    🗐 Version history    ‹ Previous    65 of 91    Ne

| **From:** | Father Theodore J. Barbas <fatherted@boston.goarch.org> |
|---|---|
| **Sent on:** | Friday, April 3, 2015 8:18:48 PM |
| **To:** | John and Linda Sibik <jlab25@comcast.net> |
| **CC:** | Athans Fr. Arthur <Ketaath@concentric.net>; + Emmanuel Lemelson <elemelson@outlook.com> |
| **Subject:** | Re: Holy Week |

**Follow up:**

Dear John,
I pray you are well.
To confirm our earlier conversation, Fr. Emmanuel Lemelson will serve at your parish in Somersworth, NH for the services listed below.
Fr. Arthur Athans will be available as much as he can to assist.
If you have any questions, please let me know.
Have a blessed Holy Week and Pascha!
God bless
tjb

Fr. Emmanuel's contact is:

elemelson@outlook.com
508.596.9338 cell
508.485.0607 home

---

**From:** "John and Linda Sibik" <jlab25@comcast.net>
**To:** "Father Theodore J. Barbas" <fatherted@boston.goarch.org>
**Sent:** Monday, March 23, 2015 7:44:21 AM
**Subject:** RE: Holy Week

Thank you Fr. Ted,
Here is our Holy Week schedule:
## 2015 HOLY WEEK SERVICE SCHEDULE
### April 5 Palm Sunday 10:00 AM
### April 8 Holy Wednesday 7:00 PM
### April 9 Holy Thursday 7:00PM
### April 10 Holy Friday 7:00 PM
### April 11 Holy Saturday 8:00 AM

**From:**     Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**  Thursday, April 23, 2015 9:03:14 PM
**To:**       + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**  This Sunday, April 26

**Follow up:**


Fr. Emmanuel,
**Xristos Anesti!**

**Are you available to serve this Sunday, April 26 either in Somersworth OR Concord, NH?**
**If so, please let me know which parish you prefer.**

Please confirm.
thank you
tjb


---

**Reverend Theodore J. Barbas**          **Greek Orthodox Metropolis of Boston**
*Chancellor*                              *162 Goddard Avenue*
                                          *Brookline, MA 02445-7414*

                                          tel: 617.277.4742
                                          fax: 617.739.9229
fatherted@boston.goarch.org               mobile: 617.799.6110

**From:**      Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**   Friday, May 1, 2015 1:49:16 PM
**To:**        + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**   This Sunday, May 3

**Follow up:**


Fr. Emmanuel,
*Xristos Anesti!*
I pray you are well.

**Are you available to serve the Liturgy (9.45 am) at the Ipswich, MA parish this coming Sunday, May 3? Please confirm.**

thank you
tjb


| | |
|---|---|
| **Reverend Theodore J. Barbas**<br>*Chancellor* | **Greek Orthodox Metropolis of Boston**<br>*162 Goddard Avenue*<br>*Brookline, MA 02445-7414* |
| | tel: 617.277.4742<br>fax: 617.739.9229 |
| fatherted@boston.goarch.org | mobile: 617.799.6110 |

⮌ Share    ⚯ Copy link    ↓ Download    🗋 Copy to    🗐 Version history    ⟨ Previous    90 of 117    N

**From:**      Father Theodore J. Barbas <fathered@boston.goarch.org>
**Sent on:**   Saturday, May 2, 2015 3:44:40 AM
**To:**        + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**   Re: This Sunday, May 3

**Follow up:**

thank you brother.
I need to change the location of your service on Sunday....sorry but we have had several changes today.

**Please plan on serving at the Keene, NH parish. Orthros at 9 am. Liturgy at 10 am.**
**Please confirm.**
thank you
tjb

--------------------------------------------------------

**From:** "+ Emmanuel Lemelson" <elemelson@outlook.com>
**To:** "Father Theodore J. Barbas" <fathered@boston.goarch.org>
**Sent:** Friday, May 1, 2015 9:50:43 AM
**Subject:** RE: This Sunday, May 3

Truly He is Risen!
Yes, Father, no problem… will be there. Is there Orthros as well?
Warm Regards,
+ Rev. Fr. Emmanuel
CONFIDENTIALITY
The information contained in this electronic message is intended for the exclusive use of the
addressee(s), and may contain confidential or legally privileged information. If you are not the
intended recipient, you have received this message in error and any use, dissemination, forwarding,
printing or copying is strictly prohibited. If you have received this communication in error, please
notify the sender and purge this message immediately without making any copy.

**From:** Father Theodore J. Barbas [mailto:fathered@boston.goarch.org]
**Sent:** Friday, May 1, 2015 9:49 AM
**To:** + Emmanuel Lemelson
**Subject:** This Sunday, May 3
Fr. Emmanuel,
*Xristos Anesti!*
I pray you are well.

**Are you available to serve the Liturgy (9.45 am) at the Ipswich, MA parish this coming Sunday, May 3?**

Share    Copy link    ↓ Download    Copy to    Version history    ‹ Previous    115 of 117

**From:**      Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**   Saturday, May 16, 2015 11:50:55 AM
**To:**        + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**   tomorrow, May 17

**Follow up:**

Hi Brother,
Xristos Anesti!
I hope you are well.

Are you available to serve in Keene, NH again tomorrow?
Please confirm.
thanks
tjb

---

**Reverend Theodore J. Barbas**          **Greek Orthodox Metropolis of Boston**
*Chancellor*                              *162 Goddard Avenue*
                                          *Brookline, MA 02445-7414*

                                          tel: 617.277.4742
                                          fax: 617.739.9229
fatherted@boston.goarch.org               mobile: 617.799.6110

**From:**    Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**    Wednesday, May 27, 2015 6:41:07 PM
**To:**    + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**    This Sunday, May 31

**Follow up:**


Fr. Emmanuel,
I hope you are well.

**This is to confirm that you will serve this coming Sunday, May 31 in Keene, NH and also serve at the Baptism there.**

**Please confirm.**
thank you
tjb

---

**Reverend Theodore J. Barbas**
*Chancellor*



fatherted@boston.goarch.org

**Greek Orthodox Metropolis of Boston**
*162 Goddard Avenue*
*Brookline, MA 02445-7414*

tel: 617.277.4742
fax: 617.739.9229
mobile: 617.799.6110

---

To: Father Theodore J. Barbas

Sincerely praying that

Father do you kno

Ok. Can you serve this Sunday in Concord, NH

4/16/15, 10:06:51 AM

Ok. Can you serve this Sunday in Concord, NH

Thanks

4/18/15, 11:32 AM

Yes.  Orthros at 9 am.   Concord nh
Thank you

5/3/15, 8:36 PM

Hi brother. Xristos Anesti. How did it go today in Keene? Apparently you left your luggage with your vestments there. Do you want
them to meet you halfway to get it? Please let me know

5/5/15, 8:47 AM

Father your blessing.   Before making plans to get the luggage from Keene,  want to make sure there
next Sunday

Whe

Are you willing to go back this Sunday?

Okay father but these are the only vestments that have.   So if leave the luggage there have to go to
the parish council president's phone number can you please let him know to just leave the luggage

Ok.  Thanks.  Let's plan on you going to Keene again this Sunday.   Thanks

5/5/15, 1:04 PM

Ok

Text Message

To: Father Theodore J. Barbas

Ok

5/5/15, 1:04 PM

Father your blessing. No [...]

5/16/15, 9:14 AM

Good morning brother. Hope you are well. Can you go to Keene New Hampshire again tomorrow? Please confirm. Thank you

5/16/15, 12:04 PM

Thank you brother
Christ is Risen

5/21/15, 1:12 PM

Father thank you for your phone call today. Unfortunately I will not be here on Sunday I'm very sorr[...]
following Sunday

5/21/15, 2:32 PM

Ok. Thanks

5/25/15, 10:10 AM

Father your blessing and I pray you are well... Also hope that you had a great long weekend    Just [...]
Eminence's blessing to do the baptism of little Luca this Sunday on the day of Pentecost... Thank y[...]

5/27/15, 2:38 PM

Yes. All set.
Thank you

6/6/15, 10:29 AM

Are we all. Are you able to go to Keene New Hampshire again tomorrow? Please confirm. Thank you

6/6/15, 12:24 PM

Yes it is no problem will go

6/6/15, 3:02 PM

Thanks

6/7/15, 9:08 AM

Do they know that there's chu[...]

Have been waiting here for more than 30 minutes? Ju[...]

Has anyone come yet

6/13/15, 11:42 AM

Good morning brother. I hope you and the family are well. How's the baby? Are you able to serve in Keene again tomorrow? Please

Text Message

⤤ Share    ⟲ Copy link    ↓ Download    📋 Copy to    🗄 Version history    ‹ Previous    111 of 117

.

**From:**   Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**   Saturday, June 20, 2015 4:26:27 AM
**To:**   + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**   This Sunday, June 21

**Follow up:**

Fr. Emmanuel,
I hope you are well.

**Are you available to serve this coming Sunday, June 21 in Keene, NH.**

**Please confirm.**
thank you
tjb

| | |
|---|---|
| **Reverend Theodore J. Barbas**<br>*Chancellor*<br><br><br>fatherted@boston.goarch.org | **Greek Orthodox Metropolis of Boston**<br>*162 Goddard Avenue*<br>*Brookline, MA 02445-7414*<br><br>tel: 617.277.4742<br>fax: 617.739.9229<br>mobile: 617.799.6110 |

To:  Father Theodore J. Barbas

Good morning brother, I hope you and the family are well. How's the baby? Are you able to serve in Keene again tomorrow? Please confirm with me. Thank you

6/13/15, 11:42 AM

6/13/15, 1:45 PM

Father your blessing.  Glory be to God the baby is healthy and growing very fast.  No proble

Thank you

6/13/15, 9:42 PM

Father got your email n

6/20/15, 2:15 PM

Thanks

6/27/15, 10:16 PM

Father your blessing...
but do not know what th

Thank you

6/27/15, 11:48 PM

7/2/15, 11:25 AM

Dear father your blessing...  Unfortunately can make it this Sunday to Keene...  However will definite
Praying that you and your family have a wonderful Fourth of July weekend

7/26/15, 8:21 AM

Father just

Sent an email last week.. not available this S

Thank you father...  Very worried about the faithful at Keene...  Is there another father who can com
right away

7/26/15, 12:37 PM

Brother.  Are you going to Keene today?  Please confirm

Ok.  Safe travels

7/31/15, 10:23 AM

No.  Unfortunately we have no one today.  25 parishes open today needing subs

Hi brother
R u set for Keene this Sunday?
Please confirm
Thank you

7/31/15, 5:54 PM

Text Message

**From:**     Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**  Friday, July 3, 2015 3:31:35 AM
**To:**       + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**  The Month of July

**Follow up:**

Fr. Emmanuel,
I hope you are well.

**Are you available to serve for the entire month of JULY in Keene, NH.....July 5, 12, 19, and 26?**

**Please confirm.**
thank you
tjb

| | |
|---|---|
| **Reverend Theodore J. Barbas**<br>*Chancellor*<br><br>fatherted@boston.goarch.org | **Greek Orthodox Metropolis of Boston**<br>*162 Goddard Avenue*<br>*Brookline, MA 02445-7414*<br><br>tel: 617.277.4742<br>fax: 617.739.9229<br>mobile: 617.799.6110 |

**From:**    Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**  Tuesday, July 14, 2015 5:40:29 AM
**To:**       Gregory Lemelson <elemelson@outlook.com>
**Subject:**  This Sunday, July 19

**Follow up:**


Hi Fr. Emmanuel
I pray you are well.
Are you all set to serve in Keene again this coming Sunday, July 19?
Please confirm
Thank you
Tjb

Sent from my iPhone

**From:** Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:** Thursday, July 23, 2015 8:18:24 PM
**To:** + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:** This Sunday, July 26

**Follow up:**

Brother,
I pray you are well.

**Will you be able to serve this Sunday, July 26, in Keene?**
**Please confirm.**
thanks
tjb

| | |
|---|---|
| **Reverend Theodore J. Barbas**<br>*Chancellor*<br><br>fatherted@boston.goarch.org | **Greek Orthodox Metropolis of Boston**<br>*162 Goddard Avenue*<br>*Brookline, MA 02445-7414*<br><br>tel: 617.277.4742<br>fax: 617.739.9229<br>mobile: 617.799.6110 |

**From:**   Fr. Ted Barbas <fatherted@boston.goarch.org>
**Sent on:**   Friday, July 25, 2014 12:41:17 AM
**To:**   + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**   Re: This Sunday, July 27

**Follow up:**


Thanks

**Father Ted**
*Chancellor*
*Greek Orthodox Metropolis of Boston*
*162 Goddard Avenue*
*Brookline, Massachusetts 02445*
*617.277.4742*

On 24 Ιουλ 2014, at 8:29 μ.μ., + Emmanuel Lemelson <elemelson@outlook.com> wrote:

>   Dear Father,
>   Your Blessing.
>   NP - Will be there again.
>   Warm Regards,
>   + Rev. Fr. Emmanuel
>   CONFIDENTIALITY
>   The information contained in this electronic message is intended for the exclusive use of the
>   addressee(s), and may contain confidential or legally privileged information. If you are not the
>   intended recipient, you have received this message in error and any use, dissemination,
>   forwarding, printing or copying is strictly prohibited. If you have received this communication in
>   error, please notify the sender and purge this message immediately without making any copy.
>   **From:** Father Theodore J. Barbas [mailto:fatherted@boston.goarch.org]
>   **Sent:** Thursday, July 24, 2014 5:13 PM
>   **To:** + Emmanuel Lemelson
>   **Subject:** Fwd: This Sunday, July 27
>   Fr. Emmanuel,
>   I pray you are well.
>
>   **Are you available to serve in Newburyport again this Sunday, July 27?**
>   Please confirm.
>   thanks

⮐ Share    🔗 Copy link    ⬇ Download    📋 Copy to    🗐 Version history    ⟨ Previous    104 of 117

**From:**     Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:**  Thursday, July 30, 2015 7:06:02 PM
**To:**       + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**  This Sunday, August 2

**Follow up:**


brother,
hope you are well.
just confirming again....YES, you are able to serve this Sunday, 8/2, in Laconia?
please confirm.
thanks
tjb

---

**From:** "+ Emmanuel Lemelson" <elemelson@outlook.com>
**To:** "Father Theodore J. Barbas" <fatherted@boston.goarch.org>
**Sent:** Friday, July 24, 2015 1:01:43 PM
**Subject:** RE: This Sunday, July 26

Dear Father,
Your blessing.
Unfortunately not available this weekend. Will likely be absent 2-3 more weekends throughout rest of summer, than things should normalize.
Am available on August 2nd.
Warm Regards,
+ Rev. Fr. Emmanuel
CONFIDENTIALITY
The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Father Theodore J. Barbas [mailto:fatherted@boston.goarch.org]
**Sent:** Thursday, July 23, 2015 4:18 PM
**To:** + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:** This Sunday, July 26
Brother,
I pray you are well.

**Will you be able to serve this Sunday, July 26, in Keene?**

To: Father Theodore J. Barbas

7/31/15, 10:23 AM

**Hi brother**
**R u set for Keene this Sunday?**
**Please confirm**
**Thank you**

7/31/15, 5:54 PM

Dear father your blessing... Trying to confirm travel now to ensure that can make it to

8/1/15, 10:34 AM

Dear father it's no

8/1/15, 1:09 PM

**Yes. You WILL be there?**

8/5/15, 4:49 PM

**Thanks**

Father your blessing. Wanted to let you know that can b

8/9/15, 8:56 AM

**Brother**
**Ate you able to serve in Keene next Saturday, August 15?**

8/14/15, 7:07 AM

**Goodmorning brother**
**I pray you are well.**
**Are you available to serve in Keene both tomorrow, Saturday, August 15 and Sunday, August 16?  Please confirm.**
**Thanks**

8/14/15, 8:14 AM

Father your
Yes will be

**Thank you**
**Xronia Polla**

8/28/15, 1:35 PM

Father your blessing just want to make s

**Not yet.  Is it a yes or no for Keene this Sunday?**

8/31/15, 2:47 PM

Unfortunat

**Ok**

**I tried calling you but it went into voicemail please send me all the details for this hospital visit Name hospital location etc**

Text Message

⤷ Share    ⬡ Copy link    ⬇ Download    ⬜ Copy to    ⬚ Version history    ‹ Previous    75 of 91    Ne

| | |
|---|---|
| **From:** | Fr. Ted Barbas <fatherted@boston.goarch.org> |
| **Sent on:** | Friday, August 14, 2015 6:07:03 PM |
| **To:** | + Emmanuel Lemelson <el@lemelsoncapital.com> |
| **Subject:** | Re: Saturday and Sunday, August 15 and 16 |

**Follow up:**

thank you
tjb

On Fri, Aug 14, 2015 at 7:10 AM, + Emmanuel Lemelson <el@lemelsoncapital.com> wrote:

Dear Father,

Your blessing.

Yes, will be at Keene both days.

Warm Regards,

+ Rev. Fr. Emmanuel

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Fr. Ted Barbas [mailto:fatherted@boston.goarch.org]
**Sent:** Friday, August 14, 2015 7:09 AM
**To:** Gregory Lemelson <elemelson@outlook.com>
**Subject:** Saturday and Sunday, August 15 and 16

Goodmorning brother
I pray you are well.
Are you available to serve in Keene both tomorrow, Saturday, August 15 and Sunday, August 16?
Please confirm.
Thanks

**From:**     Fr. Ted Barbas <fatherted@boston.goarch.org>
**Sent on:**  Friday, August 21, 2015 8:45:28 PM
**To:**       + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**  Re: This Sunday, August 23

**Follow up:**

thank you brother
please let me know ASAP as to next Sunday.
thanks
tjb

On Fri, Aug 21, 2015 at 4:40 PM, + Emmanuel Lemelson <elemelson@outlook.com> wrote:

Yes Father… with His Eminences blessing will be at Keene this Sunday…

(however, possibility may be traveling next Sunday)

Warm Regards,

+ Rev. Fr. Emmanuel

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Fr. Ted Barbas [mailto:fatherted@boston.goarch.org]
**Sent:** Friday, August 21, 2015 10:00 AM
**To:** + Emmanuel Lemelson <el@lemelsoncapital.com>
**Subject:** This Sunday, August 23

Hi brother,

I pray you are well.

Are you confirmed to serve again this Sunday, August 23, in Keene, NH?

**From:**      Fr. Ted Barbas <fatherted@boston.goarch.org>
**Sent on:**   Friday, August 28, 2015 5:19:26 AM
**To:**        + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**   Re: This Sunday, August 23

**Follow up:**


brother,

Please confirm ASAP if you will serve this coming Sunday, August 30, in Keene.
thanks
tjb

On Fri, Aug 21, 2015 at 4:40 PM, + Emmanuel Lemelson <elemelson@outlook.com> wrote:

> Yes Father… with His Eminences blessing will be at Keene this Sunday…
>
> (however, possibility may be traveling next Sunday)
>
> Warm Regards,
>
> + Rev. Fr. Emmanuel
>
> CONFIDENTIALITY
>
> The information contained in this electronic message is intended for the exclusive use of the
> addressee(s), and may contain confidential or legally privileged information. If you are not the
> intended recipient, you have received this message in error and any use, dissemination,
> forwarding, printing or copying is strictly prohibited. If you have received this communication in
> error, please notify the sender and purge this message immediately without making any copy.
>
> **From:** Fr. Ted Barbas [mailto:fatherted@boston.goarch.org]
> **Sent:** Friday, August 21, 2015 10:00 AM
> **To:** + Emmanuel Lemelson <el@lemelsoncapital.com>
> **Subject:** This Sunday, August 23
>
> Hi brother,
>
> I pray you are well.
>
> Are you confirmed to serve again this Sunday, August 23, in Keene, NH?

To:  Father Theodore J. Barbas

Father my phone is n

I tried calling you but it went into voicemail please send me all the details for this hospital visit Name hospital location etc

8/31/15, 4:30 PM

Text me all the details regarding the hospital visit request

8/31/15, 7:55 PM

Father did you get my last text message?  Another priest was able to m

No I didn't get the last text.  Who went

9/3/15, 3:35 PM

Brother
R u going to Keene this Sunday, 9/6?

9/3/15, 10:42 PM

Thanks

9/19/15, 10:11 AM

Brother
R u going to Keene tomorrow?

9/19/15, 11:14 AM

Thanks

9/26/15, 10:58 PM

Brother
Are you all set to serve in Keene  tomorrow?

9/27/15, 4:47 AM

Brother
Are you all set to serve in Keene  tomorrow?

10/3/15, 10:31 PM

Thanks

10/3/15, 11:43 PM

Father your blessi

Thanks

10/17/15, 12:04 PM

Text Message