Fwd_ Clergy Retreat Materials AND RSVP Registration NOW DUE-msg-OneDrive    Case 1:18-cv-11926-PBS   Document 111-10   Filed 03/30/20   Page 1 of 2    3/21/20, 3:28 PM

↗ Share  ⊖ Copy link  ↓ Download  📋 Copy to  🗒 Version history   ⟨ Previous   34 of 61   Ne

| | |
|---|---|
| **From:** | Father Theodore J. Barbas <fatherted@boston.goarch.org> |
| **Sent on:** | Friday, February 27, 2015 4:31:24 AM |
| **To:** | + Emmanuel Lemelson <elemelson@outlook.com> |
| **Subject:** | Fwd: Clergy Retreat Materials AND RSVP Registration NOW DUE |
| **Attachments:** | Retreat Overview Metropolis of Boston.doc (63.5 KB), Retreat Overview Reading Boston Magazine, Losing Our Religion.doc (796 KB), Session 1 Overview.doc (50 KB), Session 1 Reading Case Study Teaching Liturgy.doc (52 KB), Session 2 Overview.doc (53 KB), Session 2 Reading Louth, A On Symbols.pdf (206.31 KB), Session 3 Overview.doc (53.5 KB), Session 3 Reading Alfeyev, H On Evil.pdf (132.12 KB) |

**Follow up:**

Dear Fr. Emmanuel,
I pray that you are well. A blessed Lent to you!

On behalf of His Eminence, I extend a formal invitation to you to join us next week for the Clergy Lenten Retreat.
Please RSVP to the link below to register.
Please ALSO reply to this email to let me know if you are indeed able to come.

We pray that you have a blessed Lenten journey!
With brotherly love,
tjb

---

**From:** "Father Theodore J. Barbas" <fatherted@boston.goarch.org>
**To:** bostonclergy@listserv.goarch.org
**Sent:** Wednesday, February 25, 2015 1:39:09 PM
**Subject:** Clergy Retreat Materials AND RSVP Registration NOW DUE

# Registration Now Due! Clergy Lenten Retreat: March 3-4:
## PLEASE RSVP to Register TODAY via link below

### To the Reverend Clergy of the Metropolis of Boston

Dear brother,

To: Father Theodore J. Barbas

> Dear father your blessing... Pl

4/3/15, 12:03 AM

Thank you

4/8/15, 9:18 PM

How's it going this week brother? What did you decide about Thursday night?

Also, are you serving tomorrow morning the liturgy anywhere?

> Sorry father just got home a little while ago and saw your message... Ever
> Fr. Arthur is w

4/8/15, 10:41 PM

4/10/15, 5:51 PM

> Father your blessing

John???

John Sibik
603-742-3434 (home)
603-781-0459 (cell)

Kali Anastasi

Fr. Emmanuel . Xristos Anesti. I hope you had a beautiful Holy Week and Pascha. The Metropolitan is hosting a clergy Easter luncheon tomorrow, Thursday at 12 noon at the Cathedral center. If you are free during that block we would love to have you join us. Let me know please. Thank you

4/15/15, 7:31 PM

Good morning brother. Did you get my text yesterday?

Can you join us?

4/16/15, 9:28 AM

> Your father your blessing. I am ve
> am so grateful for the invitation... But it is a bit difficult at home right now with the new baby... And
> that time...
> Please
> Sincerely praying tha

Text Message