Metropolitan Methodios' Paschal Reflection-Msg 1.00e20ve    Case 1:18-cv-11926-PBS    Document 111-11    Filed 03/30/20    Page 1 of 1    3/21/20, 3:31 PM

Share  Copy link  Download  Copy to  Version history  Previous  44 of 61  Next

**From:** Father Theodore J. Barbas <fatherted@boston.goarch.org>
**Sent on:** Thursday, April 9, 2015 8:20:06 PM
**To:** bostonclergy@listserv.goarch.org
**Subject:** Metropolitan Methodios' Paschal Reflection
**Attachments:** 2015 Paschal Reflection.pdf (279.9 KB), 2015 Paschal Reflection.docx (17.08 KB), 2015 Paschal Reflection - Greek.pdf (361.8 KB), 2015 Paschal Reflection - Greek.docx (17.54 KB)

Follow up:

## To the Reverend Clergy of the Metropolis of Boston

Dear brother,

*Kali Anastasi!*

We pray that you have had a spiritually renewing and peaceful Holy Week!

**Attached please find His Eminence's Paschal Reflection in both Greek and English (both in PDF and Word formats so that you may easily reproduce them).**
**Please read the sermon during the Anastasis service on Saturday night.**

On behalf of our Metropolitan, we wish you and your parish family a most blessed and glorious Paschal celebration!

With love in the Risen Lord,
tjb