

Fr. Ted Barbas <fatherted@boston.goarch.org>

# Fwd: Letter from the Metropolitan
1 message

**Fr. Ted Barbas** <fatherted@boston.goarch.org>            Sat, Nov 7, 2015 at 11:37 PM
To: Joseph Truman <truman73@me.com>
Bcc: "Metropolitan Methodios, bostonis" <bostonis@yahoo.com>

Joe,
I hope you are well.

Please see the attached letter from the Metropolitan assigning the Rev. Dr. Eugen Pentiuc to the St. George Parish of Keene on a part-time basis.
Please share this letter with your parish council and with the parish at large.
Fr. Eugen is a wonderful person and a spiritually inspirational priest and leader.
We are most confident that he will serve your beloved Community well and that the St. George family will quickly embrace him and be inspired by him.
Being himself a professor of the Bible, he will bring to the community that same spirit of love, guidance and theological inspiration as did Fr. Ted Stylianopoulos. I ask you and the parish council to extend to him your loving welcome and work with him to build and strengthen the parish. You and I can discuss and work out the compensation and parameters for his service in Keene later this week.

Following up on our phone conversation, as I explained, Fr. Emmanuel Lemelson will no longer be attending or participating in services in Keene. His recent appearances on television and media outlets have caused much confusion and controversy. Fr. Lemelson is NOT a priest of the Greek Orthodox Archdiocese of America nor of the Metropolis of Boston. He belongs to the Metropolis of Switzerland and therefore was never a candidate for assignment to any parish here in America. The Metropolitan allowed him to fill in at parishes where there was a need, but only on a temporary basis. The controversy surrounding Fr. Lemelson's media attention is NOT the concern of the Keene parish community. He is more than able and equipped to respond to and handle these issues on his own. **The Metropolis is very concerned with the amount of attention that has been given to his personal issues in both the newsletters and on the website of the Keene parish. On behalf of the Metropolitan I ask that you immediately remove all links, videos and references to Fr. Lemelson and to the media attention is has sought.** To be clear, Fr. Lemelson did not ask for permission from the Metropolitan nor even respectfully inform the Metropolis of his intention to invite and bring a video crew and reporter from the WSJ into the St. George parish during a Liturgy. Nor did he request or receive permission to attend or participate in a political event for a Presidential candidate in Keene, let alone did he have the right or blessing to give a political speech at that event. **We request that this information and all references to Fr. Lemelson be immediately removed from both the parish website and the parish publications. If you have any questions or concerns regarding this, please call me.**

I extend to you the love and paternal blessings of His Eminence Metropolitan Methodios. We are excited about Fr. Pentiuc's assignment to your beloved Community and look forward to much spiritual growth and renewal under his pastoral guidance as he works closely with the Parish Council. God bless you and the members of the St. George parish family! Xronia Polla for the Feast of the Archangels.

With love in the Lord,
Father Ted

📎 **11.6.15 Letter to Kneen, NH re Fr. Pentiuc.pdf**
78K