**From:** + Emmanuel Lemelson <elemelson@outlook.com>
**Sent on:** Monday, December 7, 2015 11:55:55 PM
**To:** Fr. Ted Barbas <fatherted@boston.goarch.org>
**Subject:**
**Attachments:** Lemelson - T. Barbas 2015-12-7 LTR .pdf (291.96 KB)

**Follow up:**

Fr. Ted,

Please see the attached letter.

Rev. Fr. Emmanuel Lemelson

CONFIDENTIALITY
The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

December 7, 2015

**VIA EMAIL**

Rev. Fr. Theodore J. Barbas
Office of the Chancellor
Greek Orthodox Metropolis of Boston
162 Goddard Avenue
Brookline, MA 02445

RE:     **Your comments to the media**

Father Barbas:

I was surprised and disappointed to read your quote in the Wall Street Journal that has caused controversy and significant harm.  I am also writing to you to have you explain what exactly your full quote was to the reporter.

In addition, I would like to discuss your retraction and clarification of a number of misstatements made by you.  In particular, I wanted to discuss your quote given to the Wall Street Journal that "He doesn't belong to us[,]" and that you have at times allowed myself to fill in temporarily at New England churches.

Those statements and the apparent failure to accurately and completely convey to the Wall Street Journal my sanctioning as a priest and service with the Metropolis of Boston, with the blessing of His Eminence Metropolitan Methodios and at your request and direction, triggered the Wall Street Journal's tone and negative, defamatory content.

Further, such statements stand in stark contrast to numerous positive filmed and written interviews conducted for the Wall Street Journal article; your negative misstatements stand alone amongst the numerous positive comments of parishioners, associates and members of the Greek Orthodox Church, including members of the hierarchy.

In addition, I wanted to discuss your statements to and actions regarding St. George Greek Orthodox Church in Keene, New Hampshire.  Specifically, your email to Joseph Truman after the Wall Street Journal article containing your quote was published – including without limitation your knowingly misstating that I was never eligible to serve in the Greek Archdiocese of America and did not have an episcopal blessing to speak to the media.  Your direction to Mr. Truman that he read aloud your email publicly to the parishioners of St. George (but not permit them to read it) is incredible and deeply troubling in light of the blatant falsities contained in the email and the obvious harm it would (and did) do.  Just as alarming is your instruction to St. George Greek Orthodox Church to remove information regarding my work with that church and the praise that it bestowed.

Simply stated, your statements of disowning a brother priest and limiting his participation are contrary to the history of unblemished reputation and tenure with the Greek Orthodox Church. I would like to bring to light that history includes more than 60 written messages from you over a period of 15 months (and numerous telephone messages) requesting that I serve various parishes on behalf of the Metropolis. It includes a request just this past June from His Eminence Metropolitan Methodios of Boston to accept a full-time position serving the Metropolis of Boston. It includes approximately two years of service at St. Nectarios Greek Orthodox Church in Roslindale, Massachusetts. It includes 12 months of serving other New England parishes. It includes multiple Metropolis parishes requesting myself as their priest. And, it includes service for the past six months at the St. George Greek Orthodox Church.

Throughout the course of my service, both you and the Metropolitan have acknowledged receipt of, and yourself given, numerous praises for this service; there has not been one single complaint, let alone a concern.

In your role as Chancellor of Greek Orthodox Metropolis of Boston you are in the unique position to influence the reputation of priests. Unfortunately, your apparent misstatements noted above have done so in a significantly negative and harmful manner, I would like you to immediately cure and clarify your statements regarding my service to the metropolis.

This is a very serious matter and requires immediate attention.


Sincerely,


Rev. Fr. Emmanuel Lemelson