RESEND - SECOND REQUEST.msg - OneDrive    Case 1:18-cv-11926-PBS   Document 111-16   Filed 03/30/20   Page 1 of 1    3/21/20, 10:29 AM

| Share | Copy link | Download | Copy to | Version history | Previous | 9 of 19 | Next |

| | |
|---|---|
| **From:** | + Emmanuel Lemelson <elemelson@outlook.com> |
| **Sent on:** | Saturday, December 12, 2015 7:17:26 PM |
| **To:** | Fr. Ted Barbas <fatherted@boston.goarch.org> |
| **CC:** | Fr. Constantine Cambas <constcamb@verizon.net>; Fr. Vassilios Bebis <bebis@juno.com>; Fr. Eugene Pentiuc <epentiuc@hchc.edu>; Bishop Ilia Katre <bishopilia@yahoo.com>; Nick Lupinin <nlupinin@ne.rr.com>; Fr. SILOUANOS <silouanos@gmail.com> |
| **Subject:** | RESEND - SECOND REQUEST |
| **Attachments:** | Lemelson - T. Barbas 2015-12-7 LTR .pdf (291.96 KB) |

**Follow up:**

RESEND – SECOND REQUEST

Fr. Ted,

It is important that you respond to the attached letter per the email below sent to you on December 7, 2015.

+ Rev. Fr. Emmanuel Lemelson

CONFIDENTIALITY
The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** + Emmanuel Lemelson [mailto:elemelson@outlook.com]
**Sent:** Monday, December 7, 2015 6:56 PM
**To:** 'Fr. Ted Barbas' <fatherted@boston.goarch.org>
**Subject:**

Fr. Ted,

Please see the attached letter.

Rev. Fr. Emmanuel Lemelson