# Douglas Brooks

**From:** Douglas Brooks
**Sent:** Tuesday, March 3, 2020 11:09 AM
**To:** George Tsougarakis
**Subject:** FOR PURPOSES OF SETTLEMENT ONLY

George:

Following up on our recent conversation, I write to provide Fr. Emmanuel Lemelson's demand to Rev. Fr. Ted Barbas.

First, Fr. Barbas must swear under oath in writing that:

(1) Fr. Emmanuel Lemelson was ordained by a Hierarch of the Ecumenical Patriarchate of Constantinople; who is the Archbishop of the Greek Orthodox Archdiocese of America.

(2) The Greek Orthodox Archdiocese, which includes the Greek Orthodox Metropolis of Boston, is an exarchate of the Ecumenical Patriarchate of Constantinople, and is under its direct jurisdiction.

(3) Fr. Emmanuel's ordination took place within the Metropolis of Boston, at Holy Cross Greek Orthodox School of Theology, the preeminent seminary of the Greek Orthodox Archdiocese of America (of which Fr. Emmanuel is a graduate), with the full awareness and approval of Metropolitan Methodius.

(4) In 2004, Metropolitan Methodius asked to ordain Fr. Emmanuel, but Fr. Emmanuel declined.

(5) Fr. Emmanuel never applied to the Metropolis of Boston to be ordained.

(6) Fr. Emmanuel was asked (by Metropolitan Methodius) to be assigned to the Greek Orthodox Metropolis of Boston, but Fr. Emmanuel declined.

(7) Fr. Emmanuel served for nearly two years at St. Nectarios Greek Orthodox Church in Roslindale, MA, a parish of the Greek Orthodox Metropolis of Boston, including concelebrating alongside Metropolitan Methodius.

(8) Fr. Barbas personally, on behalf of the Metropolis of Boston, regularly invited Fr. Emmanuel to participate in clergy events, but each time Fr. Emmanuel declined.

(9) Fr. Barbas repeatedly asked for Fr. Emmanuel to serve in parishes of the Greek Orthodox Metropolis of Boston.

In addition, Fr. Barbas's sworn statement must identify with particularity any statements he made to the SEC which are not consistent with the above nine points and acknowledge such statements were false.

Second, Fr. Barbas must pay $10,000 to cover the legal fees Fr. Emmanuel incurred in connection with the motion to compel, which arose from (i) Fr. Barbas's false statements to the attorneys at the SEC and (ii) the Metropolis of Boston's specious claim of privilege over certain documents that it initially withheld from its production to the subpoena Fr. Emmanuel served on it (a subpoena that was necessary only as a result of Fr. Barbas's false statements to the SEC concerning Fr. Emmanuel), as well as the lies told to defense counsel concerning the status of the Metropolis of Boston's legal counsel.

If Fr. Barbas does not pay these legal fees, which are rightly due to Fr. Emmanuel, we intend to bring legal action against Fr. Barbas.

If this matter is not promptly resolved, Fr. Emmanuel believes exposing the truth through civil litigation about Fr. Barbas's unethical conduct is the best way to protect others. He will spare no expense to do so.

We will leave this offer open to your client until Friday March 6, 2020 at 5:00 p.m.

Best regards,
Doug Brooks


Douglas S. Brooks
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
(617) 338-9300
dbrooks@libbyhoopes.com
www.libbyhoopes.com

2