UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GREGORY LEMELSON and LEMELSON CAPITAL ) | Civil Action No. 1:18-cv-11926-PBS |
| MANAGEMENT, LLC, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| THE AMVONA FUND, LP, ) | |
| ) | |
| Relief Defendant ) | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO
FILE MOTIONS FOR SUMMARY JUDGMENT**

Defendants hereby move the Court, with the assent of Plaintiff, to extend the deadline for filing motions for summary judgment from September 8, 2020 to September 30, 2020. As support for this Motion, Defendants state as follows:

1. All fact discovery has been completed other than the Rule 30(b)(6) deposition of the Plaintiff.[1]

2. This deposition was initially scheduled for March 19, 2020 but was cancelled as a result of the COVID-19 pandemic.

3. Accordingly, on March 23, 2020, the parties jointly moved to extend the deadline for filing motions for summary judgment until 30 days after the taking of the 30(b)(6) deposition.

---

[1] The Parties have agreed that Requests for Admissions can be served after the close of fact discovery.

4. The parties have subsequently scheduled the 30(b)(6) deposition (by video conference) for August 6, 2020.  Based on the current scheduling order, the filing date for motions for summary judgment would therefore be September 8, 2020.

5. Given defense counsel's personal schedule, including planned vacation time in August, Defendants are moving to extend the summary judgment filing deadline until September 30, 2020, with the deadline for oppositions correspondingly moved to October 30, 2020, and the deadline for reply memoranda moved to November 13, 2020.

WHEREFORE, Defendants respectfully request the Court grant this assented-to motion.

Respectfully submitted:

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | REV. FR. EMMANUEL LEMELSON, LEMELSON CAPITAL MANAGEMENT, LLC, and THE AMVONA FUND, LP |
| By: */s/ Alfred A. Day*<br>Marc J. Jones (BBO No. 645910)<br>Alfred A. Day (BBO No. 654436)<br>Boston Regional Office<br>33 Arch Street<br>Boston, MA 02110<br>Tel.: (617) 573-4537<br>JonesMarc@sec.gov<br>DayA@sec.gov | By: */s/ Douglas S. Brooks*<br>Douglas S. Brooks (BBO No. 636697)<br>Brian J. Sullivan (BBO No. 676186)<br>LIBBYHOOPES, P.C.<br>399 Boylston Street<br>Boston, MA 02116<br>Tel.: (617) 338-9300<br>dbrooks@libbyhoopes.com<br>bsullivan@libbyhoopes.com |

Dated:  August 3, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on August 3, 2020.

*/s/ Douglas S. Brooks*
Douglas S. Brooks