UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiff | ) |
| v. | ) |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | ) Civil Action No. 1:18-cv-11926-PBS |
| Defendants, | ) |
| and | ) |
| THE AMVONA FUND, LP, | ) |
| Relief Defendant | ) |

**ASSENTED-TO MOTION FOR LEAVE TO FILE MEMORANDA OF LAW IN SUPPORT OF AND IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMIT**

Defendants Father Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson"), Lemelson Capital Management, LLC and the Amvona Fund, LP, move this Honorable Court for leave to file a memorandum of law in support of their motion for summary judgment in excess of the 20 pages permitted by Local Rule 7.1(b)(4), but not to exceed 35 pages.  Plaintiff, the Securities and Exchange Commission does not oppose the relief sought herein, and respectfully requests that, if granted, the Court likewise allow Plaintiff up to 35 pages in opposition.  In support whereof, the parties state as follows:

1. Defendants are in the process of preparing a motion for summary judgment that is due on September 30, 2020.

1

2. Given the detailed factual issues, complex legal and constitutional issues, and the multiple claims asserted by the Plaintiff Securities and Exchange Commission relating to multiple statements printed in larger materials published by Fr. Emmanuel and addressed on extended audio interviews, an extension of the page limit is necessary to adequately address all of these issues.

3. Plaintiff does not oppose Defendants' request for additional pages, but requests that it be provided up to the same number of additional pages in opposition, if needed.

4. The parties do not seek to inconvenience or burden the Court by this request and believe that if leave is granted, it will allow the parties to submit more complete arguments that fully articulate their positions on the myriad of issues present.

5. The requested extension is reasonable and will serve judicial expediency and economy.

6. The parties have conferred, and Plaintiff assented to this Motion seeking an extension of the page limit for the memoranda in support of Defendants' forthcoming Motion for Summary Judgment and requests that, if granted, the Court likewise allow Plaintiff up to 35 pages in opposition.

Accordingly, the parties respectfully request that this Court grant leave to the parties to file memoranda of law in support of and in opposition to Defendants' forthcoming motion for summary judgment not to exceed 35 pages.

Respectfully submitted,

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | REV. FR. EMMANUEL LEMELSON, LEMELSON CAPITAL MANAGEMENT, LLC, and THE AMVONA FUND, LP |
| By: */s/ Alfred A. Day*<br>Marc J. Jones (BBO No. 645910)<br>Alfred A. Day (BBO No. 654436)<br>Boston Regional Office<br>33 Arch Street<br>Boston, MA 02110<br>Tel.: (617) 573-4537<br>JonesMarc@sec.gov<br>DayA@sec.gov | By: */s/ Douglas S. Brooks*<br>Douglas S. Brooks (BBO No. 636697)<br>Brian J. Sullivan (BBO No. 676186)<br>LIBBY HOOPES BROOKS, P.C.<br>399 Boylston Street<br>Boston, MA 02116<br>Tel.: (617) 338-9300<br>dbrooks@lhblaw.com<br>bsullivan@lhblaw.com |

Dated:  September 21, 2020

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on September 21, 2020.

                                            */s/ Brian J. Sullivan*
                                            Brian J. Sullivan