UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>　　　　　　　　　　Defendants,<br><br>　　　and<br><br>THE AMVONA FUND, LP,<br><br>　　　　　　　　　　Relief Defendant. | Docket No.: 1:18-cv-11926-PBS<br><br>**NOTICE OF CHANGE OF ADDRESS** |

　　　　PLEASE TAKE NOTICE that, effective September 1, 2020, the law firm of Cahill Gordon & Reindel LLP has relocated to 32 Old Slip, New York, New York 10005. All facsimile, telephone numbers, and email addresses will remain the same.

　　　　　　　　　　　　　　　　　　CAHILL GORDON & REINDEL LLP


　　　　　　　　　　　　　　　　　　By:　/s/ Bradley J. Bondi

　　　　　　　　　　　　　　　　　　Bradley J. Bondi
　　　　　　　　　　　　　　　　　　Andrea Abarca
　　　　　　　　　　　　　　　　　　32 Old Slip
　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　Telephone: (212) 701-3000
　　　　　　　　　　　　　　　　　　bbondi@cahill.com
　　　　　　　　　　　　　　　　　　aabarca@cahill.com

　　　　　　　　　　　　　　　　　　*Attorneys for Interested Party*
　　　　　　　　　　　　　　　　　　*Ligand Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on September 22, 2020, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

| | |
|---|---|
| Dated:   September 22, 2020 | By:   /s/ Bradley J. Bondi |
| | Bradley J. Bondi |