UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 56.1, plaintiff, the United States Securities and Exchange Commission ("the Commission"), moves for partial summary judgment on defendants' affirmative defense of selective enforcement. In support of its motion, the Commission submits a Memorandum in Support of Its Motion for Summary Judgment, Statement of Undisputed Facts, and Appendix of Summary Judgment Exhibits.

DATED: September 30, 2020

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

*/s/ Marc J. Jones*
Marc J. Jones (BBO #645910)
Alfred A. Day (BBO #654436)
Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor

Boston, MA  02110
617-573-4537 (Day)
617-573-8947 (Jones)
JonesMarc@sec.gov
DayA@sec.gov
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that, on September 30, 2020, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

    /s/ Marc Jones
    Marc Jones