UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

GREGORY LEMELSON and LEMELSON CAPITAL
MANAGEMENT, LLC,

Defendants,

and

THE AMVONA FUND, LP,

Relief Defendant.

Civil Action No. 1:18-cv-11926-PBS

## PLAINTIFF'S APPENDIX OF SUMMARY JUDGMENT EXHIBITS

1. Gregory Lemelson deposition transcript excerpts (Oct. 16, 2019)

2. SEC.gov website page defining "pump-and-dump" schemes

3. *SEC v. Nielsen*, N.D. Cal. Case No. 5:20-cv-03788 (complaint filed June 9, 2020)

4. *SEC v. Musk* press release, SEC Press Release No. 2018-226 (Sept. 29, 2018)

5. *SEC v. Thompson* litigation release, SEC Lit. Release No. 23137 (Nov. 21, 2014)

6. Investopedia.com website defining "short and distort" schemes

7. Press releases from the United States Attorney Office for the Southern District of Florida

    dated July 21, 2011 and January 22, 2014, concerning charging and sentencing of Barry

    Minkow, and SEC administrative order instituting proceedings, *In the matter of Minkow*,

    Inv. Adv. Release IA-3320 (Nov.  22, 2011)

8. *SEC v. Berliner* press release, SEC Press Release 20537 (Apr. 24, 2018)

9. *SEC v. Jakob* litigation release, SEC Lit. Release 16671 (Aug. 31, 2000); SEC Lit.

Release 17094 (Aug. 8, 2001)

10. Securities and Exchange Commission, Division of Enforcement, Enforcement Manual excerpts (Nov. 28, 2017)

11. Declaration of Alfred Day (September 30, 2020)

12. Notice of Deposition to the Securities and Exchange Commission pursuant to Fed. R. Civ. P. 30(b)(6) (July 30, 2020)

13. Deposition of the Commission's Rule 30(b)(6) designee (David Becker) excerpts (Aug. 6, 2020)

14. John Higgins deposition transcript excerpts (Dec. 11, 2019)

15. *SEC v. Ovid*, *et al.* litigation release, SEC Lit. Release No. 20998 (Apr. 14, 2009)

16. *SEC v. Feiner, et al.* litigation release, SEC Lit. Release No. 24848 (July 6, 2020) and Indictment excerpt from *U.S. v. Feiner*, Case No. 19-cv-6269, N.D. Ill. (Sep. 9, 2019)

17. *SEC v. Holley, et al.* litigation release, SEC Press Rel. 2017-74 (March 30, 2017)


DATED:  September 30, 2020                    Respectfully submitted,

                                             SECURITIES AND EXCHANGE COMMISSION

                                             By its attorneys,

                                             */s/ Marc J. Jones*
                                             Marc J. Jones (BBO #645910)
                                             Alfred A. Day (BBO #654436)
                                             Securities and Exchange Commission
                                             Boston Regional Office
                                             33 Arch Street, 24th Floor
                                             Boston, MA  02110
                                             617-573-4537 (Day)
                                             617-573-8947 (Jones)
                                             JonesMarc@sec.gov
                                             DayA@sec.gov
                                             Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 30, 2020, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

/s/ Marc Jones
Marc Jones