EXHIBIT 1

```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
```

_____
)
SECURITIES AND EXCHANGE            )
COMMISSION,                        )
                                   )
            Plaintiff,             )
                                   ) Civil Action No.
        v.                         ) 1:18-cv-11926-PBS
                                   )
GREGORY LEMELSON and LEMELSON      )
CAPITAL MANAGEMENT, LLC,           )
                                   )
            Defendants,            )
                                   )
        and                        )
                                   )
THE AMVONA FUND, LP,               )
                                   )
            Relief Defendant.      )
_____)

VOLUME 1

VIDEOTAPED DEPOSITION OF GREGORY (EMMANUEL) LEMELSON, taken on behalf of the Plaintiff at the U.S. Securities and Exchange Commission, 33 Arch Street, Boston, Massachusetts, beginning at 9:35 a.m. and ending at 4:55 p.m., on Wednesday, October 16, 2019, before Carol H. Kusinitz, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts.

JOB No. 191016DWA

1

```
 1  APPEARANCES:
 2
    For Plaintiff:
 3
        U.S. Securities and Exchange Commission
 4      Boston Regional Office
        Division of Enforcement
 5      BY: Marc Jones, Esq.
            617.573.8947, JonesMarc@sec.gov
 6          Alfred A. Day, Esq.
            617.573.4537, DAYA@sec.gov
 7      33 Arch Street, Suite 2400
        Boston, MA  02110
 8
        - and -
 9
        U.S. Securities and Exchange Commission
10      Division of Enforcement
        BY: Sonia G. Torrico, Esq.
11          202.551.3515, torricos@sec.gov
        100 F Street, N.E.
12      Washington, DC 20549
13
    For Defendants and Relief Defendant:
14
        Libby Hoopes
15      BY: Douglas S. Brooks, Esq.
            617.338.9300, dbrooks@libbyhoopes.com
16          399 Boylston Street
            Boston, MA  02116
17
18  Also Present:  Elyse Elsenbrook
19
20  Videographer:  Garner Willis
21
22
23
24
25                      * * *
```

```
                1             P R O C E E D I N G S
                2             THE VIDEOGRAPHER:  We are now recording and
                3    on the record.  My name is Garner Willis.  I'm a
                4    Legal Video Specialist on behalf of Gradillas Court
09:35:27        5    Reporting.
                6             Today's date is October 16, 2019, and the
                7    time is 9:35 a.m.  This is the deposition of Gregory
                8    Lemelson in the matter of Securities and Exchange
                9    Commission, Plaintiff, versus Gregory Lemelson, et
09:35:44       10    al., Defendant, in the U.S. District Court of
               11    Massachusetts, Case No. 1:18-cv-11926-PBS.
               12             This deposition is being taken at 33 Arch
               13    Street, Boston, Mass. 02110, on behalf of the
               14    Plaintiff.  The court reporter is Carol Kusinitz of
09:36:12       15    Doris O. Wong and Associates.
               16             Counsel will state their appearance, and
               17    the court reporter will administer the oath.
               18             MR. JONES:  Good morning.  I'm Marc Jones
               19    for the Plaintiff Securities and Exchange
09:36:20       20    Commission.
               21             MR. DAY:  Al Day for Plaintiff Securities
               22    and Exchange Commission.
               23             MS. TORRICO:  Sonia Torrico for Plaintiff
               24    Securities and Exchange Commission.
09:36:30       25             MR. BROOKS:  Good morning.  Doug Brooks,
```

```
09:49:07   1    A.   Not all types.
           2    Q.   Okay.  What are the types that you have
           3  excluded?
           4         MR. BROOKS:  Objection.  Go ahead.
09:49:07   5    A.   Well, we've typically not done much with
           6  options.  We've avoided pink sheets, penny stocks,
           7  over-the-counter, most foreign issues.
           8    Q.   The investors in The Amvona Fund, are they
           9  limited partners of The Amvona Fund?
09:49:33  10    A.   Yes.
          11    Q.   Are they also clients of Lemelson Capital
          12  Management?
          13         MR. BROOKS:  Objection to the form.
          14    A.   Lemelson Capital Management is the general
09:49:42  15  partner of The Amvona Fund, LP.
          16    Q.   Okay.  And is Lemelson Capital Management
          17  an investment advisory firm?
          18    A.   Yes, it is.
          19    Q.   Okay.  And are you an investment advisor?
09:49:54  20    A.   Technically I'm considered an exempt
          21  reporting advisor.
          22         THE STENOGRAPHER:  I'm sorry.  You're
          23  considered?
          24    A.   Technically I'm considered an exempt
09:50:00  25  reporting advisor.
```

```
 1                    C E R T I F I C A T E
 2       I, Gregory (Emmanuel) Lemelson, do hereby
 3   declare under penalty of perjury that I have read
 4   the foregoing transcript of my deposition; that I
 5   have made such corrections as noted herein, in ink,
 6   initialed by me, or attached hereto; that my
 7   testimony as contained herein, as corrected, is true
 8   and correct.
 9       _____ I have made corrections to my deposition.
10       _____ I have NOT made any changes to my deposition.
11
12       EXECUTED this _____ day of _____, 2019, at
13   _____, _____.
14          (City)                    (State)
15
16                           _____
                             GREGORY (EMMANUEL) LEMELSON
17                           VOLUME 1
18
19
20
21
22
23
24
25
```