



**PART OF**
**Guide to Bear Markets**

LAWS & REGULATIONS  >  CRIME & FRAUD

# Short and Distort: Bear Market Stock Manipulation

  

By **RICK WAYMAN** | Updated Mar 24, 2020

**☰ TABLE OF CONTENTS**

| | |
|---|---|
| ↳ Short Selling vs Short & Distort | ↳ The Effect of Short and Distort |
| ↳ Preventing Short and Distort | ↳ How to Identify Good Research |
| ↳ The Bottom Line | |

**EXPAND +**

A less publicized and more sinister version of <u>short selling</u> can take place on <u>Wall Street</u>. It's called <u>'short and distort' (S&D)</u>. It is important for investors to be aware of the dangers of S&D and to know how to protect themselves.

Nothing is inherently wrong with short selling, which is permissible under the regulations of the <u>Securities and Exchange Commission (SEC)</u>. However, the 'short and distort' uses misinformation and a <u>bear market</u> to manipulate stocks. S&D is illegal, as is its

  



**PART OF**
Guide to Bear Markets



KEY TAKEAWAYS

- Short and distort (S&D) refers to an unethical and illegal practice that involves shorting a stock and then spreading rumors in an attempt to drive down its price.
- S&D traders manipulate stock prices conducting smear campaigns, often online, to drive down the price of the targeted stock.
- A short-and-distorter's scheme can only succeed if the S&D trader has some degree of credibility.
- A 'short and distort' is the inverse of the better known 'pump and dump' tactic.

## Short Selling vs. Short and Distort (S&D)

Short selling is the practice of selling borrowed stock in the hope that the stock price will soon fall, allowing the short seller to buy it back for a profit. The SEC has made it a legal activity for several good reasons. First, it provides the markets with more information. Short seller's often engage in extensive, legitimate due diligence to uncover facts that support their suspicion that the target company is overvalued. Secondly, short selling adds to market liquidity as it fulfills the supply component of the supply/demand paradigm. Finally, short selling also provides investors who own the stock (have long positions) with the ability to generate extra income by lending their shares to the shorts.

  

**PART OF**

Guide to Bear Markets


S&D traders, on the other hand, manipulate stock prices in a bear market by taking short positions and then using a smear campaign to drive down the price of the targeted stock. This is the inverse of the 'pump and dump' tactic, whereby an investor buys stocks (takes a long position) and issues false information that causes the target stock's price to increase.

Generally, it is easier to manipulate stocks to go down in a bear market and up in a bull market. The 'pump and dump' is perhaps better known than the 'short and distort,' partially due to the inherent bullish bias built into most stock markets, and because of the media's reporting of the extended U.S. bull market that has been in play for the better part of three decades. For example, the U.S. stock market has been in a protracted uptrend since the mid-1980s, which provided ample fodder for pump-and-dumpers to deploy their corrupt schemes.

An S&D trader's main goal is to profit by shorting a stock prior to smearing the stock publicly. The theory is that frightening the stock's investors will cause them to flee *en masse*, thereby causing a decline in the stock's price. A short-and-distorter's scheme can only succeed if the S&D trader has credibility. Therefore, they will often use screen names and email addresses that imply they are associated with reputable entities, such as the SEC or Financial Industry Regulatory Authority (FINRA). The thrust of their message is to convince investors that regulatory authorities have serious concerns about the company and that they are contacting the stock's investors as a gesture of goodwill.

  



**PART OF**
Guide to Bear Markets 

'Short and distort' traders clutter message boards, which makes it very difficult for an investor to verify the claims. "Get out before it all comes crashing down" and "Investors who wish to enter a class action lawsuit can contact …" are typical posts, as are their projections of $0 stock prices and 100% losses. Any individual or entity that attempts to contradict their claims becomes the target of their attacks. In other words, the market manipulator will do everything in his or her power to keep the truth from coming out and keep the targeted stock's price heading down.

**FAST FACT**
*Movies like 'Wall Street' (1987) and 'Boiler Room' (2000) brought these types of stock market manipulations to the fore and helped educate investors on the risks of playing the markets.*

## The Net Effect of Short and Distort

When a 'short and distort' maneuver succeeds, investors who initially bought stock at higher prices sell at low prices because of their mistaken belief that the stock's worth will decrease substantially. This selling pressure drives the stock price lower, allowing the S&D traders to cover and lock in their gains.

During the chaos that enveloped some prominent bankruptcies, such as Enron in 2001 or Nortel in 2009, investors were more susceptible to this type of manipulation in other stocks than they would have otherwise been. During downturns, the first appearance of impropriety could easily cause investors to run for the hills. As a result, many innocent, legitimate, and growing companies are at risk of getting burned, taking investors along with them.

## Identifying and Preventing Short and Distort

Here are some tips for avoiding being burned by a 'short and distort' scheme: