**EXHIBIT 14**

United States District Court

District of Massachusetts

Securities and Exchange )
Commission, )
        Plaintiff, ) 1:18-cv-11926-PBS
  v. )
Gregory Lemelson and Lemelson )
Capital Management, LLC, )
        Defendants, )
  and )
The Amvona Fund, LP, )
        Relief Defendant. )
_____

Highly Confidential

30(b)(6) Video Deposition of LIGAND PHARMACEUTICALS

JOHN HIGGINS

San Diego, California

December 11, 2019

Reported by:

Veronica S. Thompson

CSR 6056, RPR, CRR, CCRR

KEY Discovery Job 371

United States District Court

District of Massachusetts

Securities and Exchange            )
Commission,                        )
         Plaintiff,                )   1:18-cv-11926-PBS
    v.                             )
Gregory Lemelson and Lemelson      )
Capital Management, LLC,           )
         Defendants,               )
    and                            )
The Amvona Fund, LP,               )
         Relief Defendant.         )
_____

Highly Confidential

30(b)(6) Video Deposition of Ligand Pharmaceuticals

JOHN HIGGINS

was taken on behalf of Defendants at 600 West Broadway, Suite 300, San Diego, California 92101, commencing at 9:03 AM and ending at 7:03 PM, on Wednesday, December 11, 2019, before Veronica S. Thompson, CSR 6056.

APPEARANCES

For Plaintiff:
    U.S. Securities and Exchange Commission
    By:  Alfred A. Day, Sr. Trial Counsel
    33 Arch Street
    Boston, Massachusetts 02110
    617-573-4537
    daya@sec.gov

For Defendants:
    Libby Hoopes
    By:  Douglas A. Brooks, Esq.
    399 Boylston Street
    Boston, Massachusetts 02116
    617-338-9300
    dbrooks@libbyhoopes.com

For Ligand Pharmaceuticals, John Higgins, and Viking Therapeutics:

    Cahill Gordon & Reindel LLP
    By:  Bradley J. Bondi, Esq.
    By:  Sean P. Tonolli, Esq.
    By:  William C. McCaughey, Esq.
    1990 K Street, N.W., Suite 950
    Washington, D.C. 20006
    202-862-8900
    bbondi@cahill.com
    stonolli@cahill.com
    wmccaughey@cahill.com

Also Present:
    Fr. Emmanuel Lemelson
Videographer:
    Daniel Bermudez, KEY Discovery

```
 1      SAN DIEGO, CALIFORNIA, DECEMBER 11, 2019, 9:03 AM
 2              VIDEOGRAPHER:  We are now on the record.
 3   Today's date is December 11, 2019, and the time is
 4   9:04 AM.
 5              This is the video deposition of John Higgins
 6   being taken in the matter of SEC versus Lemelson Capital
 7   Management LLC pending in the United States District
 8   Court, District of Massachusetts.
 9              We are at Aptus Court Reporting, San Diego.
10   My name is Daniel Bermudez of Aptus Court Reporting
11   located at 600 West Broadway, Suite 300, in San Diego,
12   California 92101.
13              Will counsel please identify yourself and
14   state whom you represent.
15              MR. BROOKS:  Yes.  Doug Brooks, law firm Libby
16   Hoopes, and I represent the defendants in this matter.
17              MR. DAY:  Al Day for the Securities and
18   Exchange Commission.
19              MR. McCAUGHEY:  William McCaughey, Cahill
20   Gordon & Reindel on behalf of Ligand Pharmaceuticals and
21   the witness.
22              MR. TONOLLI:  Sean Tonolli at Cahill Gordon &
23   Reindel representing John Higgins.
24              MR. BONDI:  Brad Bondi of Cahill Gordon &
```

```
 1   expect these sort of returns.  It was that sort of
 2   evidence that we had to suggest that he was integrating
 3   his stock picking with his faith community.
 4       Q.   All right.  So sitting here today, are you
 5   aware of whether any of his investors were ever part of
 6   his congregation?
 7       A.   From his own words where I read, somebody
 8   said, "Father, we hope" -- or "You know we're going to
 9   expect these returns in the future."  I would infer from
10   that that that person made money and, if that person is
11   referring to in that capacity, that it was a
12   participant.  I -- I don't know exactly who his
13   investors are.
14       Q.   Did anyone at Ligand ever tell the SEC that
15   Fr. Lemelson's investors were members of his
16   congregation?
17       A.   No, I do not recall that.
18       Q.   Okay.  Did any of -- do you think it's wrong
19   for a priest to also be a hedge fund manager?
20       A.   No.
21       Q.   And did any of Fr. Lemelson's statements about
22   religion affect Ligand in any way?
23       A.   No.
24       Q.   Can you turn to slide 27.  You see the slide
```

I, the undersigned, a Certified Shorthand
Reporter of the State of California, do hereby certify:
         That the foregoing proceedings were taken
before me at the time and place herein set forth; that
any witnesses in the foregoing proceedings, prior to
testifying, were duly sworn; that a record of the
proceedings was made by me using machine shorthand,
which was thereafter transcribed by me; that the
foregoing is a true record of the testimony given.
         Further, that if the foregoing pertains to the
original transcript of a deposition in a federal case,
before completion of the proceedings, review of the
transcript [x] was [ ] was not requested.
         I further certify I am neither financially
interested in the action nor a relative or employee of
any attorney or party to this action.
         In witness whereof, I have this date
subscribed my name.

Dated:  December 27, 2019



_____
Veronica S. Thompson
CSR 6056, RPR, CRR, CCRR