

Home / Home / Finding Alpha /

Lemelson Capital Management announces stake in World Wrestling Entertainment (WWE) and calls on Board to Pursue New Management or Ownership

# Lemelson Capital Management announces stake in World Wrestling Entertainment (WWE) and calls on Board to Pursue New Management or Ownership

17 May, 2014    Published in Finding Alpha    Read 41108 times

Like 0    Share 0    Tweet    SHARE

Ongoing Losses, Operating Failures, Material Misstatements Warrant and Require Urgent Executive Management Changes or a Sale of the Company



Marlborough, MA, May 16, 2014—Lemelson Capital, LLC, a private investment management firm, today announced that they had taken a stake in shares of World Wrestling Entertainment and called on the Board of Directors to replace the executive management team of the company following a period of consistent losses, execution failures and material misstatements.

Despite the stock's roughly 63 percent correction since Lemelson Capital's original short call less than two months ago (from $30.37 on March 17 to $11.33 as of publication of this release), the firm today also reiterated that fair value of WWE's common stock is between $8.25 and $11.88 with current management in place.

Amvona_00230



"WWE has affirmed that even with one million subscribers for its WWE network, the company stands to lose between $45 million and $52 million in FY 2014, which validates the original short thesis," said Emmanuel Lemelson, Chief Investment Officer of Lemelson Capital Management. "This follows what we believe to be material misrepresentations by the company about both the performance and operating profit model of its WWE network, which the company has wrongly labeled 'a homerun'," said Lemelson.

Lemelson Capital today also called on WWE's Board of Directors to promptly replace the company's executive management team, or explore the sale of the business, and said that such changes are a necessary component of any successful strategy going forward. "For example, promoting the WWE direct network's value to shareholders without a fair and accurate discussion of the implications to a traditional network revenue circumvented management's fiduciary responsibility as stewards of investor's capital, and is part of what has emerged as a pattern over recent years. Further, there are no pending operational developments in the pipeline to offset these significant losses," Lemelson added.

Lemelson Capital and its clients are long shares of WWE.

**About Lemelson Capital Management, LLC**

Lemelson Capital Management, LLC is a private investment management firm focused on deep value and special situation investments. For more information, see:
http://www.lemelsoncapital.com

SPECIAL NOTE REGARDING THIS REPORT

THIS REPORT INCLUDES INFORMATION BASED ON DATA FOUND IN FILINGS WITH THE SECURITIES AND EXCHANGE COMMISSION, INDEPENDENT INDUSTRY PUBLICATIONS AND OTHER SOURCES. ALTHOUGH WE BELIEVE THAT THE DATA IS RELIABLE, WE HAVE NOT SOUGHT, NOR HAVE WE RECEIVED, PERMISSION FROM ANY THIRD-PARTY TO INCLUDE THEIR INFORMATION IN THIS PRESENTATION. MANY OF THE STATEMENTS IN THIS PRESENTATION REFLECT OUR SUBJECTIVE BELIEF.

THE INFORMATION CONTAINED ABOVE IS NOT AND SHOULD NOT BE CONSTRUED AS INVESTMENT ADVICE, AND DOES NOT PURPORT TO BE AND DOES NOT EXPRESS ANY OPINION AS TO THE PRICE AT WHICH THE SECURITIES OF WORLD WRESTLING ENTERTAINMENT MAY TRADE AT ANY TIME. THE INFORMATION AND OPINIONS PROVIDED ABOVE SHOULD NOT BE TAKEN AS SPECIFIC ADVICE ON THE MERITS OF ANY INVESTMENT DECISION. INVESTORS SHOULD MAKE THEIR OWN DECISIONS REGARDING WORLD WRESTLING ENTERTAINMENT AND ITS PROSPECTS BASED ON SUCH INVESTORS' OWN REVIEW OF PUBLICALLY AVAILABLE INFORMATION AND SHOULD NOT RELY ON THE INFORMATION CONTAINED ABOVE. NEITHER LEMELSON CAPITAL MANAGEMENT, LLC NOR ANY OF ITS AFFILIATES ACCEPTS ANY LIABILITY WHATSOEVER FOR ANY DIRECT OR CONSEQUENTIAL LOSS HOWSOEVER ARISING, DIRECTLY OR INDIRECTLY, FROM ANY USE OF THE INFORMATION CONTAINED ABOVE.

FORWARD-LOOKING STATEMENTS

Certain statements contained in this letter are forward-looking statements including, but not limited to, statements that are predications of or indicate future events, trends, plans or objectives. Undue reliance should not be placed on such statements because, by their nature, they are subject to known and unknown risks and uncertainties. Forward-looking statements are not guarantees of future performance or activities and are subject to many risks and uncertainties. Due to such risks and uncertainties, actual events or results or actual performance may differ materially from those reflected or contemplated in such forward-looking statements. Forward-looking statements can be identified by the use of the future tense or other forward-looking words such as "believe," "expect," "anticipate," "intend," "plan," "estimate," "should," "may," "will," "objective," "projection," "forecast," "management believes," "continue," "strategy," "position" or the negative of those terms or other variations of them or by comparable terminology. Important factors that could cause actual results to differ materially from the expectations set forth in this letter include, among other things, the factors identified under the section entitled "Risk Factors" in World Wrestling Entertainment's Annual Report on Form 10-K for the year ended September 28, 2013. Such forward-looking statements should therefore be construed in light of such factors, and Lemelson Capital is under no obligation, and expressly disclaims any intention or obligation, to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law.

*Tagged under*
WWE Lemelson Capital

*Rate this item*
(1 Vote)



# AMVONA NEWS

Amvona publishes critical articles and interviews at the intersection of Faith, Finance and Economics.



## RELATED ITEMS

Excerpt From The Amvona Fund, LP's 2015 Annual Report On Geospace Technologies
Lemelson Capital March 3, 2015 Position On Lumber Liquidators (NYSE: LL) Vindicated
Lemelson Capital Management Commends Christian Today for Full Retraction of Inaccurate Wall Street Journal Reporting on Emmanuel Lemelson

## LATEST FROM AMVONA NEWS

Big Lots (NYSE: BIG) Soars Over 29% Post-Earnings
Palo Alto Networks (NASDAQ: PANW) Plummets, Geospace Technologies (NASDAQ: GEOS) CFO Heads For The Door
Ligand Pharmaceuticals (NASDAQ: LGND) Stock Gaps Down, Fr. Emmanuel Speaks Out

More in this category: Lemelson Capital Management Again Ranks Among World's Top Performing Hedge Funds »

  

## ABOUT AMVONA

Amvona publishes critical articles and interviews at the intersection of Faith, Finance and Economics.

## Tweets

Fri Dec 06 17:46:58 +0000 2019

$BIG Soars Over 29% Post-Earnings. @LemelsonCapital has record returns in the cards for 2019… https://t.co/bjcysqHkq3

## AMVONA TAG CLOUD

AAPL   Activism   AEO   Amvona   Analysis
BBBY   Benzinga
Christian Philosophy of Investment
Corporate Governance   CSCO   DPZ
Emmanuel Lemelson   Ethics   EXPR   Faith

Sun Nov 17 19:05:15 +0000 2019

Through the intercession of the divine #StKatherine, installed the hand carved iconostasis which serves as a suppor… https://t.co/p4rTzyLX7z

Thu Nov 07 22:27:52 +0000 2019

RT @Lemelson: Exploiting the sick, the poor + the vulnerable, to enrich executives is unacceptable! As $LGND gaps down, plunging as much a…

Sun Oct 27 19:05:10 +0000 2019

Early fall, through the intercessions of #StKatherine the white marble floors were completed. Furniture + #Holy Al… https://t.co/oiLFFp5APH

Wed Oct 09 21:37:39 +0000 2019

RT @LemelsonCapital: "We've been buying it aggressively," Listen to @Lemelson discussing $BBBY on August 12, 2019, on @Benzinga w/ @Spus +…

Follow amvona on Twitter

FB    Foreclosure    Fraud    Fr Emmanuel Lemelson    FRPT    GEOS    Geospace Technologies    GES    GLW    HIBB    IBM    KLIC    KO    LCM    Lemelson Capital    Lemelson Capital Management    lgnd    Matthew    NFLX    Orthodoxy    SEC    Securities Fraud    Senate Committee Investigation    Short    SKX    St Katherine    stk    The Matrix    The SEC    The Stock Market    update    VKTX    wdc    WSJ    WWE



About Us  Notes  Updates

Copyright © 2019 Amvona