


# Update: The Short Case for World Wrestling Entertainment

8 April, 2014    Published in Finding Alpha    Read 10640 times

Like 0    Share 0    Tweet    SHARE

Shares of World Wrestling Entertainment (WWE) fairly priced between $8.25 and $11.88.

On March 17th, 2014 Amvona published Lemelson Capital Managements investment thesis "The Short Case for World Wrestling Entertainment".

The shares have lost approximately 26% of their value in the 16 trading days since publication. On April 7th, 2014 ValueWalk published "Amvona Short Call Sends WWE Tumbling" stating:

> "World Wrestling Entertainment, Inc. (NYSE:WWE) shares were hammered today, briefly trading below $22 as news of Amvona/Lemelson Capital Management's report making the case to short WWE started to gain greater currency. The report was released almost three weeks ago and as of 1 PM ET today, the stock is down more than 20%. It's also worth noting that the Amvona fund was up 60% last year after fees."

**Recent events point to further losses**

1. Company already expects at least 12 M loss in Q1 2014

Amvona_00434

2. Forward P/E ratio of ~20 (based on estimates) highly speculative and not likely to materialize. Trailing P/E ratio over 607.

3. Subscriber numbers announced on April 7th do not support costs of WWE network - therefore OTT network operating at an ongoing loss in addition to extraordinary start-up costs.

4. New subscriber acquisition will be difficult now that largest promotional event (Wrestlemania) is past.

5. Serious doubts exist that subscribers will continue subscription that exceeds the cost of other media streaming services such as Netflix post major PPV event.

6. Important footnote on WWE press release affirms:

> *"Current subscriber number does not account for potential failures to comply with subscription terms and six month commitment"*

7. The Underlying fundamentals of the company are not fixed and the same management team that has eroded earnings year after year still in place.

## Conclusion

Despite recent drop in price, shares of WWE represent far too much risk, and continue to be at least 100% overvalued. Weakened financial profile likely to worsen in 2014, leaving company as nothing more than financial shell upon which to speculate.

DISCLOSURE

Lemelson Capital and its clients have no position in WWE.

SPECIAL NOTE REGARDING THIS REPORT

THIS REPORT INCLUDES INFORMATION BASED ON DATA FOUND IN FILINGS WITH THE SECURITIES AND EXCHANGE COMMISSION, INDEPENDENT INDUSTRY PUBLICATIONS AND OTHER SOURCES. ALTHOUGH WE BELIEVE THAT THE DATA IS RELIABLE, WE HAVE NOT SOUGHT, NOR HAVE WE RECEIVED, PERMISSION FROM ANY THIRD-PARTY TO INCLUDE THEIR INFORMATION IN THIS PRESENTATION. MANY OF THE STATEMENTS IN THIS PRESENTATION REFLECT OUR SUBJECTIVE BELIEF.

THE INFORMATION CONTAINED ABOVE IS NOT AND SHOULD NOT BE CONSTRUED AS INVESTMENT ADVICE, AND DOES NOT PURPORT TO BE AND DOES NOT EXPRESS ANY OPINION AS TO THE PRICE AT WHICH THE SECURITIES OF WORLD WRESTLING ENTERTAINMENT MAY TRADE AT ANY TIME. THE INFORMATION AND OPINIONS PROVIDED ABOVE SHOULD NOT BE TAKEN AS SPECIFIC ADVICE ON THE MERITS OF ANY INVESTMENT DECISION. INVESTORS SHOULD MAKE THEIR OWN DECISIONS REGARDING WORLD WRESTLING ENTERTAINMENT AND ITS PROSPECTS BASED ON SUCH INVESTORS' OWN REVIEW OF PUBLICALLY AVAILABLE INFORMATION AND SHOULD NOT RELY ON THE INFORMATION CONTAINED ABOVE. NEITHER LEMELSON CAPITAL MANAGEMENT, LLC NOR ANY OF ITS AFFILIATES ACCEPTS ANY LIABILITY WHATSOEVER FOR ANY DIRECT OR CONSEQUENTIAL LOSS HOWSOEVER ARISING, DIRECTLY OR INDIRECTLY, FROM ANY USE OF THE INFORMATION CONTAINED ABOVE.

FORWARD-LOOKING STATEMENTS

Certain statements contained in this letter are forward-looking statements including, but not limited to, statements that are predications of or indicate future events, trends, plans or objectives. Undue reliance should not be placed on such statements because, by their nature, they are subject to known and unknown risks and uncertainties. Forward-looking statements are not guarantees of future performance or activities and are subject to many risks and uncertainties. Due to such risks and uncertainties, actual events or results or actual performance may differ materially from those reflected or contemplated in such forward-looking statements. Forward-looking statements can be identified by the use of the future tense or other forward-looking words such as "believe," "expect," "anticipate," "intend," "plan," "estimate," "should," "may," "will," "objective," "projection," "forecast," "management believes," "continue," "strategy," "position" or the negative of those terms or other variations of them or by comparable terminology. Important factors that could cause actual results to differ materially from the expectations set forth in this letter include, among other things, the factors identified under the section entitled "Risk Factors" in World Wrestling Entertainment's Annual Report on Form 10-K for the year ended September 28, 2013. Such forward-looking statements should therefore be construed in light of such factors, and Lemelson Capital is under no obligation, and expressly disclaims any intention or obligation, to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law.



Rate this item

(0 votes)





## AMVONA NEWS

Amvona publishes critical articles and interviews at the intersection of Faith, Finance and Economics.

## RELATED ITEMS

Watch Rev.Emmanuel Lemelson, CIO of Lemelson Capital Management - PreMarket Prep for August 12, 2015

Lemelson Capital featured in Barron's WWE article

Fr. Emmanuel Lemelson Discusses Apple's iPhone Sales, World Wrestling Entertainment's Strategy And Other Issues

## LATEST FROM AMVONA NEWS

Big Lots (NYSE: BIG) Soars Over 29% Post-Earnings

Palo Alto Networks (NASDAQ: PANW) Plummets, Geospace Technologies (NASDAQ: GEOS) CFO Heads For The Door

Ligand Pharmaceuticals (NASDAQ: LGND) Stock Gaps Down, Fr. Emmanuel Speaks Out

More in this category: « The Short Case for World Wrestling Entertainment Lemelson Capital featured in Barron's WWE article »

  

## ABOUT AMVONA

Amvona publishes critical articles and interviews at the intersection of Faith, Finance and Economics.

 **Tweets**

Fri Dec 06 17:46:58 +0000 2019

$BIG Soars Over 29% Post-Earnings. @LemelsonCapital has record returns in the cards for 2019.... https://t.co/bjcysqHkq3

Sun Nov 17 19:05:15 +0000 2019

Through the intercession of the divine #StKatherine, installed the hand carved iconostasis which serves as a suppor... https://t.co/p4rTzyLX7z

Thu Nov 07 22:27:52 +0000 2019

RT @Lemelson: Exploiting the sick, the poor + the vulnerable, to enrich executives is unacceptable! As $LGND gaps down, plunging as much a...

Sun Oct 27 19:05:10 +0000 2019

Early fall, through the intercessions of #StKatherine the white marble floors were completed. Furniture + #Holy Al... https://t.co/oiLFFp5APH

Wed Oct 09 21:37:59 +0000 2019

RT @LemelsonCapital: "We've been buying it aggressively," Listen to @Lemelson discussing $BBBY on August 12, 2019, on @Benzinga w/ @Spus +...

Follow amvona on Twitter



## AMVONA TAG CLOUD

AAPL    Activism    AEO    Amvona    Analysts

BBBY    Benzinga

Christian Philosophy of Investment

Corporate Governance    CSCO    DPZ

Emmanuel Lemelson    Ethics    EXPR    Faith

FB    Foreclosure    Fraud

Fr Emmanuel Lemelson    FRPT    GEOS

Geospace Technologies    GES    GLW    HIBB

IBM    KLIC    KO    LCM    Lemelson Capital

Lemelson Capital Management    lgnd    Matthew

NFLX    Orthodoxy    SEC    Securities Fraud

Senate Committee Investigation    Short    SKX

St Katherine    stx    The Matrix    The SEC

The Stock Market    update    VKTX    wdc

WSJ    WWE



About Us    Notes    Updates

Copyright © 2019 Amvona