This document was produced natively

Exhibit 82
Voss
12-03-19
S. Somers

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

EPROD-SEC-LIT-E-000000085

About Lemelson Capital [illegible]
AUM
Size of short

Since you called last week you issued the report, and maybe your work is done
Does a call still make sense? What would be accomplished?
We disagree with most of the report given things are misrepresented or factually out of date
Ligand has many pharma relationships and is transparent with its disclosure; they are an excellent management team and run the company for its shareholders

Who did you talk with/what research did you do in developing your report?

Promacta is not a hepatitis drug; it's supportive care to be used with other HCV drugs including Sovaldi + not all patients will be on Sovaldi especially OUS

Your PE comps are way off — [illegible] ~10 [illegible]

Why did you issue this report prior to speaking with management?

If you speak with management, are you open to changing your report? What will they get out of the call? What do you want to learn or ask?

6/18/14

LVM

[illegible]

LGND not now dilutive, maybe in the future | gives no credence to past future revs

based on bond v. Israel deal

Co has neg. equity

not out to target anyone personally

Ask what call - they disclose to me things not public

want to protect investors

Don't like non-GAAP

SH OMF

a couple of investors by short position

Did they pay him?

Any person investor doesn't care what analysts say

GSK analysts on Q comments

won't share info on investment intent

a private fund

no such intentions

hope it will be read

SA is one way to do that

"I presume you're taking notes will repeat back to LGND"

LGND are in ledger

55 ... on OMF ... LGND