| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 1/29/2015 | $57.03 | 185643 | $57.75 | $57.92 | $56.20 |
| 1/28/2015 | $57.42 | 248359 | $59.46 | $59.98 | $57.10 |
| 1/27/2015 | $58.56 | 423079 | $55.70 | $59.98 | $55.70 |
| 1/26/2015 | $56.56 | 233461 | $54.48 | $56.65 | $54.28 |
| 1/23/2015 | $54.67 | 237706 | $56 | $56.14 | $54.14 |
| 1/22/2015 | $55.83 | 246492 | $55 | $55.96 | $53.09 |
| 1/21/2015 | $54.76 | 346818 | $54.71 | $55.62 | $53.30 |
| 1/20/2015 | $54.73 | 219976 | $54.64 | $55.39 | $53.33 |
| 1/16/2015 | $54.38 | 148152 | $51.38 | $54.46 | $51.38 |
| 1/15/2015 | $51.58 | 172117 | $52.71 | $52.91 | $51.45 |
| 1/14/2015 | $52.47 | 137127 | $51.44 | $52.84 | $51.31 |
| 1/13/2015 | $52.04 | 268905 | $51.76 | $53.69 | $51.55 |
| 1/12/2015 | $51.54 | 265451 | $55.18 | $55.65 | $51.49 |
| 1/9/2015 | $54.95 | 347881 | $55.09 | $55.53 | $53.05 |
| 1/8/2015 | $54.94 | 295270 | $54.32 | $55.19 | $54 |
| 1/7/2015 | $53.74 | 194415 | $52.55 | $53.88 | $51.43 |
| 1/6/2015 | $52.10 | 261079 | $53.44 | $54.06 | $51.28 |
| 1/5/2015 | $53.38 | 208950 | $53.22 | $54.79 | $52.88 |
| 1/2/2015 | $53.73 | 208776 | $53.67 | $54.83 | $52.65 |
| 12/31/2014 | $53.21 | 238731 | $52.26 | $53.96 | $52.26 |
| 12/30/2014 | $52.22 | 151852 | $52.14 | $53.02 | $51.85 |
| 12/29/2014 | $52.37 | 125147 | $53.02 | $53.86 | $52.07 |
| 12/26/2014 | $52.96 | 129873 | $52.18 | $53.69 | $52.18 |
| 12/24/2014 | $51.79 | 72398 | $50.56 | $53.75 | $50.56 |
| 12/23/2014 | $50.57 | 209780 | $54.22 | $54.52 | $50.50 |
| 12/22/2014 | $54.01 | 184976 | $52.08 | $54.18 | $51.85 |
| 12/19/2014 | $52.32 | 750488 | $52.04 | $53.11 | $51.91 |
| 12/18/2014 | $52.13 | 306107 | $52.89 | $52.89 | $51.76 |
| 12/17/2014 | $52.04 | 390585 | $51.52 | $52.29 | $51 |
| 12/16/2014 | $51.54 | 237066 | $52 | $53.14 | $51.29 |
| 12/15/2014 | $52.24 | 277223 | $52.99 | $54.05 | $51.62 |
| 12/12/2014 | $52.52 | 252925 | $53.07 | $53.55 | $52.40 |
| 12/11/2014 | $53.89 | 170085 | $53.78 | $55.08 | $53.42 |
| 12/10/2014 | $53.36 | 310632 | $54.81 | $55.22 | $52.65 |
| 12/9/2014 | $54.81 | 286130 | $54.54 | $55.46 | $54.05 |
| 12/8/2014 | $55.35 | 293534 | $54.24 | $55.65 | $54.12 |
| 12/5/2014 | $54.10 | 287607 | $53.42 | $54.53 | $53.36 |
| 12/4/2014 | $53.44 | 223453 | $54.56 | $55.27 | $53 |
| 12/3/2014 | $54.77 | 257997 | $55.08 | $55.71 | $54.31 |
| 12/2/2014 | $55.22 | 423288 | $53.54 | $55.83 | $53.54 |
| 12/1/2014 | $52.57 | 265037 | $53.72 | $54.04 | $52.43 |
| 11/28/2014 | $53.85 | 139246 | $53.61 | $54.85 | $53.61 |
| 11/26/2014 | $53.70 | 220137 | $53.83 | $54.48 | $53.40 |
| 11/25/2014 | $53.99 | 205660 | $54.09 | $54.77 | $53.61 |
| 11/24/2014 | $54.08 | 241700 | $53.21 | $54.45 | $53.03 |
| 11/21/2014 | $53.05 | 203429 | $54.43 | $54.50 | $52.61 |

| Date | Close/Last | Volume | Open | High | Low |
| --- | --- | --- | --- | --- | --- |
| 11/20/2014 | $53.51 | 356713 | $53.58 | $54.31 | $52.34 |
| 11/19/2014 | $53.90 | 311622 | $54.59 | $55.06 | $53.02 |
| 11/18/2014 | $54.59 | 476400 | $57.02 | $58.44 | $53.82 |
| 11/17/2014 | $56.95 | 296271 | $57.80 | $58.12 | $56.57 |
| 11/14/2014 | $57.79 | 282041 | $58 | $58.24 | $56.89 |
| 11/13/2014 | $57.96 | 271378 | $58.03 | $58.48 | $56.88 |
| 11/12/2014 | $57.70 | 213265 | $56.23 | $57.91 | $56.01 |
| 11/11/2014 | $56.90 | 430540 | $55.78 | $58.26 | $55.60 |
| 11/10/2014 | $55.68 | 319639 | $54.17 | $55.73 | $53.18 |
| 11/7/2014 | $53.94 | 387424 | $54.75 | $54.80 | $53.15 |
| 11/6/2014 | $54.91 | 349908 | $55.29 | $56.09 | $54.24 |
| 11/5/2014 | $55.29 | 315318 | $56.68 | $56.75 | $54.63 |
| 11/4/2014 | $56.27 | 387996 | $56.05 | $57.14 | $55.78 |
| 11/3/2014 | $56.49 | 398873 | $55.20 | $56.64 | $54.61 |
| 10/31/2014 | $55.27 | 359983 | $55.60 | $57.32 | $54.80 |
| 10/30/2014 | $54.37 | 222664 | $53.15 | $54.52 | $52.57 |
| 10/29/2014 | $53.33 | 508844 | $52.50 | $53.57 | $50.63 |
| 10/28/2014 | $51.89 | 509092 | $54.78 | $55.37 | $50.77 |
| 10/27/2014 | $54.23 | 557008 | $54.52 | $55.25 | $51.76 |
| 10/24/2014 | $53.97 | 406224 | $54.35 | $54.35 | $52.84 |
| 10/23/2014 | $54.13 | 496468 | $51.79 | $54.82 | $51.69 |
| 10/22/2014 | $50.67 | 258485 | $50.64 | $51.36 | $49.74 |
| 10/21/2014 | $50.65 | 240460 | $50.50 | $51.49 | $49.73 |
| 10/20/2014 | $50.24 | 355296 | $49.89 | $51.07 | $49.50 |
| 10/17/2014 | $50.07 | 484250 | $49.61 | $50.11 | $47.58 |
| 10/16/2014 | $48.86 | 496200 | $45.61 | $49.88 | $45.61 |
| 10/15/2014 | $46.28 | 379920 | $45.11 | $46.71 | $45.11 |
| 10/14/2014 | $45.83 | 440667 | $45.24 | $46.61 | $44.23 |
| 10/13/2014 | $44.78 | 424432 | $44.28 | $45.51 | $43.28 |
| 10/10/2014 | $44.44 | 739460 | $42.84 | $46.06 | $42.84 |
| 10/9/2014 | $42.36 | 415385 | $43.62 | $44.03 | $41.99 |
| 10/8/2014 | $43.69 | 577146 | $44.56 | $44.89 | $42.80 |
| 10/7/2014 | $42.91 | 325112 | $44.17 | $44.72 | $42.88 |
| 10/6/2014 | $44.60 | 201124 | $45.49 | $46.56 | $44.30 |
| 10/3/2014 | $45.46 | 431436 | $46.29 | $47.10 | $44.93 |
| 10/2/2014 | $45.72 | 324551 | $45.51 | $46.10 | $44.47 |
| 10/1/2014 | $45.54 | 450608 | $47.09 | $47.50 | $45.12 |
| 9/30/2014 | $46.99 | 568236 | $47.49 | $48.04 | $46.32 |
| 9/29/2014 | $47.61 | 450730 | $47.34 | $48.31 | $46.50 |
| 9/26/2014 | $47.92 | 394127 | $48.79 | $48.87 | $47.21 |
| 9/25/2014 | $48.31 | 455487 | $50 | $50.65 | $47.79 |
| 9/24/2014 | $50.09 | 431417 | $46.99 | $50.47 | $46.99 |
| 9/23/2014 | $46.99 | 452605 | $47.80 | $49.14 | $46.92 |
| 9/22/2014 | $48.08 | 785565 | $48.47 | $48.70 | $47.03 |
| 9/19/2014 | $48.74 | 1048761 | $50.93 | $51.43 | $48.33 |
| 9/18/2014 | $50.79 | 368038 | $51.42 | $52.01 | $50.25 |

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 9/17/2014 | $51.13 | 298656 | $51.03 | $51.68 | $49.86 |
| 9/16/2014 | $50.85 | 501170 | $50.20 | $51.05 | $48.81 |
| 9/15/2014 | $50.43 | 187491 | $52.25 | $52.25 | $50.03 |
| 9/12/2014 | $52.46 | 314346 | $53.36 | $53.81 | $51.87 |
| 9/11/2014 | $53.36 | 482194 | $52.33 | $53.42 | $52.10 |
| 9/10/2014 | $52.84 | 421796 | $49.63 | $53 | $49.63 |
| 9/9/2014 | $49.61 | 369266 | $52.03 | $52.10 | $49.30 |
| 9/8/2014 | $52.03 | 158476 | $51.05 | $52.21 | $50.77 |
| 9/5/2014 | $51.18 | 207185 | $52.87 | $52.87 | $50.87 |
| 9/4/2014 | $53 | 224688 | $53.63 | $53.92 | $52.91 |
| 9/3/2014 | $53.63 | 545587 | $53.64 | $54.53 | $53.25 |
| 9/2/2014 | $53.30 | 360501 | $52.71 | $53.74 | $52.56 |
| 8/29/2014 | $52.04 | 139717 | $51.96 | $52.17 | $51.28 |
| 8/28/2014 | $51.96 | 349395 | $51.60 | $53.67 | $51.20 |
| 8/27/2014 | $52.03 | 278336 | $51.96 | $52.59 | $51.17 |
| 8/26/2014 | $51.85 | 336509 | $49.87 | $52.07 | $49.01 |
| 8/25/2014 | $49.85 | 393861 | $51.53 | $51.93 | $49.40 |
| 8/22/2014 | $51.24 | 365471 | $51.75 | $52.22 | $50.85 |
| 8/21/2014 | $51.75 | 374295 | $54.22 | $54.22 | $51.52 |
| 8/20/2014 | $54.17 | 465072 | $55.10 | $55.74 | $54.01 |
| 8/19/2014 | $55.30 | 599531 | $57.80 | $57.92 | $55.15 |
| 8/18/2014 | $57.95 | 512998 | $57 | $58.34 | $55.89 |
| 8/15/2014 | $56.59 | 477263 | $55.46 | $56.75 | $54.35 |
| 8/14/2014 | $54.98 | 584503 | $54.43 | $56.02 | $53.22 |
| 8/13/2014 | $54.89 | 1653184 | $55.67 | $56.78 | $54.55 |
| 8/12/2014 | $55.59 | 774283 | $53.70 | $56.67 | $51.54 |
| 8/11/2014 | $53.65 | 300340 | $52.02 | $53.71 | $51.01 |
| 8/8/2014 | $51.49 | 237656 | $50.61 | $52 | $49.71 |
| 8/7/2014 | $50.34 | 278214 | $53.51 | $53.51 | $50.02 |
| 8/6/2014 | $53.07 | 344341 | $52.36 | $54.04 | $51.57 |
| 8/5/2014 | $52.87 | 484028 | $53.39 | $53.98 | $52.24 |
| 8/4/2014 | $54.05 | 1088830 | $52.50 | $56 | $51.44 |
| 8/1/2014 | $49.08 | 292841 | $49.32 | $49.85 | $47.57 |
| 7/31/2014 | $49.17 | 273638 | $50.42 | $51.67 | $48.92 |
| 7/30/2014 | $51.17 | 198288 | $51.69 | $52.40 | $50.13 |
| 7/29/2014 | $51.09 | 418465 | $48.43 | $51.13 | $48.28 |
| 7/28/2014 | $48.08 | 409783 | $50 | $50.07 | $47.48 |
| 7/25/2014 | $50.06 | 183547 | $50.65 | $51.16 | $49.52 |
| 7/24/2014 | $51.08 | 242192 | $52 | $52.07 | $50.57 |
| 7/23/2014 | $51.65 | 622529 | $49.31 | $52.07 | $49.31 |
| 7/22/2014 | $49.14 | 863572 | $51.92 | $51.92 | $48.67 |
| 7/21/2014 | $51.45 | 354787 | $51.32 | $51.98 | $50.27 |
| 7/18/2014 | $51.32 | 499888 | $50.55 | $51.93 | $50.07 |
| 7/17/2014 | $50.66 | 467600 | $53 | $54.50 | $50.41 |
| 7/16/2014 | $53.04 | 884118 | $57.12 | $57.37 | $52.63 |
| 7/15/2014 | $56.85 | 456791 | $59.50 | $60.36 | $56.75 |

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 7/14/2014 | $59.56 | 377975 | $64.21 | $64.21 | $59.21 |
| 7/11/2014 | $63.70 | 172384 | $63.36 | $64.21 | $62.91 |
| 7/10/2014 | $63.26 | 203488 | $61.09 | $63.85 | $60.20 |
| 7/9/2014 | $62.65 | 212140 | $61.54 | $63.59 | $60.63 |
| 7/8/2014 | $61.50 | 408761 | $63.65 | $63.79 | $60.73 |
| 7/7/2014 | $64.02 | 685890 | $61.93 | $64.12 | $61 |
| 7/3/2014 | $64.52 | 196567 | $64.18 | $65.66 | $63.42 |
| 7/2/2014 | $63.81 | 180267 | $63.59 | $65.26 | $63.41 |
| 7/1/2014 | $63.52 | 304756 | $62.59 | $64.45 | $61.89 |
| 6/30/2014 | $62.29 | 394667 | $61.51 | $62.97 | $60.39 |
| 6/27/2014 | $61.78 | 547476 | $61.73 | $62.45 | $60.55 |
| 6/26/2014 | $62.19 | 149704 | $62.71 | $62.99 | $61.61 |
| 6/25/2014 | $62.91 | 280296 | $61.12 | $63.42 | $60.40 |
| 6/24/2014 | $60.67 | 855985 | $62.88 | $63.42 | $58.18 |
| 6/23/2014 | $62.35 | 400105 | $66.27 | $66.38 | $62 |
| 6/20/2014 | $66.27 | 461670 | $66.19 | $66.80 | $64.90 |
| 6/19/2014 | $65.70 | 170505 | $66.04 | $66.27 | $64.36 |
| 6/18/2014 | $65.63 | 220362 | $63.55 | $65.78 | $63.55 |
| 6/17/2014 | $63.76 | 345204 | $64.26 | $65.64 | $62.58 |
| 6/16/2014 | $64.89 | 604321 | $67.26 | $69.84 | $63.27 |
| 6/13/2014 | $66.75 | 150816 | $66.01 | $67.53 | $65.51 |
| 6/12/2014 | $66.61 | 138173 | $66.88 | $67 | $65.89 |
| 6/11/2014 | $67.34 | 142450 | $68.54 | $69.21 | $66.70 |
| 6/10/2014 | $69.22 | 143404 | $68.55 | $69.65 | $68.38 |
| 6/9/2014 | $68.64 | 263922 | $68.11 | $71.44 | $67.41 |
| 6/6/2014 | $67.94 | 152777 | $69.10 | $69.10 | $67.53 |
| 6/5/2014 | $68.91 | 158144 | $68.17 | $69.10 | $67.06 |
| 6/4/2014 | $67.53 | 115374 | $66.08 | $67.63 | $65.36 |
| 6/3/2014 | $66.48 | 262210 | $68.47 | $68.93 | $66.35 |
| 6/2/2014 | $68.62 | 307383 | $66.63 | $68.94 | $65.26 |
| 5/30/2014 | $66.71 | 274494 | $67.53 | $67.95 | $65.44 |
| 5/29/2014 | $67.03 | 163278 | $67.35 | $67.40 | $66.64 |
| 5/28/2014 | $66.86 | 157529 | $66.96 | $67.47 | $65.62 |
| 5/27/2014 | $67.10 | 211406 | $66.73 | $67.50 | $66.08 |
| 5/23/2014 | $66.15 | 109322 | $65.15 | $66.48 | $64.55 |
| 5/22/2014 | $65.09 | 153762 | $63.26 | $65.99 | $62.76 |
| 5/21/2014 | $63.19 | 97259 | $63.09 | $63.99 | $62.07 |
| 5/20/2014 | $62.77 | 161590 | $64.67 | $64.67 | $62.01 |
| 5/19/2014 | $65.01 | 183235 | $64.30 | $66.57 | $63.60 |
| 5/16/2014 | $64.77 | 166186 | $64.06 | $64.98 | $62.18 |
| 5/15/2014 | $63.87 | 208161 | $62.67 | $64.67 | $60.52 |
| 5/14/2014 | $63.27 | 155571 | $64 | $64.99 | $62.05 |
| 5/13/2014 | $64.04 | 156709 | $65.05 | $66.31 | $63.55 |
| 5/12/2014 | $65 | 209136 | $61.51 | $66.72 | $61.51 |
| 5/9/2014 | $62.83 | 166226 | $62.05 | $63.17 | $60.48 |
| 5/8/2014 | $62.17 | 273196 | $64.96 | $67.96 | $61.85 |

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 5/7/2014 | $65.37 | 434839 | $62.50 | $65.45 | $60.39 |
| 5/6/2014 | $64.05 | 291403 | $64.96 | $65.55 | $63.66 |
| 5/5/2014 | $65.10 | 178897 | $61.49 | $65.40 | $61.17 |
| 5/2/2014 | $62.27 | 243217 | $63.46 | $63.46 | $61.58 |
| 5/1/2014 | $63.46 | 436363 | $63.15 | $64.83 | $61.81 |
| 4/30/2014 | $63.17 | 403161 | $65.63 | $67.22 | $62.68 |
| 4/29/2014 | $65.82 | 193020 | $63.94 | $67.08 | $63 |
| 4/28/2014 | $63.39 | 487673 | $65.61 | $66.71 | $59.61 |
| 4/25/2014 | $65.11 | 200290 | $67.86 | $68.58 | $64.61 |
| 4/24/2014 | $68.72 | 286413 | $69.66 | $69.84 | $65.47 |
| 4/23/2014 | $69.18 | 390362 | $69.69 | $70.20 | $65.26 |
| 4/22/2014 | $70.19 | 391528 | $66.23 | $70.47 | $66.23 |
| 4/21/2014 | $65.79 | 243161 | $64.40 | $66.50 | $62.49 |
| 4/17/2014 | $64.13 | 364140 | $62.51 | $66.21 | $61.28 |
| 4/16/2014 | $62.90 | 384788 | $60.62 | $63.06 | $58.70 |
| 4/15/2014 | $59.74 | 357803 | $60.33 | $62.39 | $55.90 |
| 4/14/2014 | $60.17 | 371090 | $61.95 | $64.31 | $58.47 |
| 4/11/2014 | $61.23 | 367222 | $63.37 | $66.54 | $61.02 |
| 4/10/2014 | $63.93 | 462652 | $69.67 | $70.46 | $63.25 |
| 4/9/2014 | $69.97 | 252985 | $66.50 | $70.19 | $66.38 |
| 4/8/2014 | $66.20 | 226142 | $64.92 | $66.77 | $64 |
| 4/7/2014 | $64.66 | 362703 | $63 | $65.96 | $61.90 |
| 4/4/2014 | $63.03 | 413353 | $64.02 | $66.43 | $60.44 |
| 4/3/2014 | $63.52 | 234671 | $66.01 | $66.05 | $62.80 |
| 4/2/2014 | $66.01 | 267368 | $69 | $69.31 | $64.51 |
| 4/1/2014 | $68.48 | 231438 | $67.27 | $69.39 | $66.93 |
| 3/31/2014 | $67.27 | 445968 | $63.62 | $67.96 | $63.07 |
| 3/28/2014 | $63.28 | 494547 | $68.38 | $69.16 | $62.64 |
| 3/27/2014 | $68.21 | 217304 | $67.77 | $70.00 | $66.13 |
| 3/26/2014 | $67.75 | 213397 | $69.33 | $70.93 | $67.74 |
| 3/25/2014 | $68.48 | 316119 | $70.68 | $72.35 | $68.29 |
| 3/24/2014 | $70.07 | 573816 | $72.18 | $72.82 | $66.68 |
| 3/21/2014 | $72.12 | 826650 | $77.30 | $78.03 | $71.90 |
| 3/20/2014 | $77.01 | 157548 | $77.84 | $79.29 | $76.58 |
| 3/19/2014 | $77.67 | 272818 | $79.75 | $80.21 | $76.75 |
| 3/18/2014 | $79.58 | 263280 | $77.34 | $79.93 | $77.20 |
| 3/17/2014 | $76.95 | 390225 | $75.67 | $79.28 | $75.66 |
| 3/14/2014 | $75.39 | 442740 | $72.30 | $75.76 | $71.08 |
| 3/13/2014 | $72.46 | 391719 | $73.77 | $76.11 | $71.42 |
| 3/12/2014 | $73.20 | 228931 | $69.95 | $73.37 | $69.02 |
| 3/11/2014 | $70.57 | 437586 | $70.33 | $73.06 | $69.50 |
| 3/10/2014 | $70.20 | 272374 | $69.48 | $71.22 | $68.43 |
| 3/7/2014 | $69.78 | 271515 | $69.93 | $70.31 | $66.66 |
| 3/6/2014 | $69.25 | 322239 | $74.18 | $74.31 | $69.16 |
| 3/5/2014 | $73.93 | 421391 | $73.99 | $76.45 | $73.55 |
| 3/4/2014 | $73.54 | 515217 | $70.22 | $73.86 | $70.22 |

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 3/3/2014 | $69.10 | 251930 | $68.91 | $69.57 | $67 |
| 2/28/2014 | $69.75 | 472562 | $71.50 | $74.38 | $69.04 |
| 2/27/2014 | $71.45 | 295606 | $72.23 | $73.01 | $71.01 |
| 2/26/2014 | $72.36 | 240930 | $73.65 | $74.55 | $71.78 |
| 2/25/2014 | $73.72 | 568565 | $74.84 | $77.44 | $73.64 |
| 2/24/2014 | $74.46 | 292149 | $75 | $76.96 | $74.38 |
| 2/21/2014 | $74.43 | 401139 | $73.27 | $75.40 | $72.38 |
| 2/20/2014 | $73.08 | 513664 | $72.95 | $73.46 | $72.28 |
| 2/19/2014 | $72.53 | 372465 | $73.95 | $75.76 | $72.13 |
| 2/18/2014 | $73.94 | 773993 | $77.47 | $78.40 | $72.80 |
| 2/14/2014 | $76.92 | 553155 | $79.28 | $80.42 | $76.10 |
| 2/13/2014 | $79.15 | 672812 | $73.23 | $79.69 | $73 |
| 2/12/2014 | $74.42 | 1259530 | $71.11 | $76.77 | $70.00 |
| 2/11/2014 | $71.37 | 1261187 | $62.96 | $71.92 | $62.96 |
| 2/10/2014 | $62.70 | 371523 | $61.26 | $62.92 | $59.50 |
| 2/7/2014 | $60.10 | 265563 | $56.85 | $60.84 | $56.85 |
| 2/6/2014 | $56.82 | 191510 | $57.42 | $58.39 | $56.14 |
| 2/5/2014 | $57.15 | 425285 | $58.70 | $58.94 | $54.61 |
| 2/4/2014 | $59.33 | 209677 | $59.34 | $60.16 | $58.67 |
| 2/3/2014 | $58.97 | 330918 | $61.81 | $61.99 | $57.21 |
| 1/31/2014 | $61.94 | 139832 | $61.15 | $62.49 | $60.30 |
| 1/30/2014 | $62.92 | 160068 | $62.42 | $63.86 | $62.23 |
| 1/29/2014 | $61.68 | 173344 | $60.93 | $63.19 | $60.52 |
| 1/28/2014 | $61.44 | 258667 | $59.18 | $62.00 | $58.79 |
| 1/27/2014 | $58.76 | 421088 | $60.79 | $60.79 | $56.84 |
| 1/24/2014 | $60.26 | 460998 | $65.12 | $65.12 | $59.23 |
| 1/23/2014 | $65.78 | 246988 | $65.24 | $65.82 | $63.71 |
| 1/22/2014 | $65.47 | 166546 | $65.50 | $65.50 | $63.45 |
| 1/21/2014 | $65.47 | 295285 | $64.51 | $65.66 | $62.05 |
| 1/17/2014 | $64.26 | 270153 | $64.33 | $65.64 | $63.66 |
| 1/16/2014 | $64.21 | 207682 | $63.14 | $64.45 | $62.37 |
| 1/15/2014 | $62.98 | 297709 | $61.88 | $63.29 | $61.87 |
| 1/14/2014 | $61.81 | 220247 | $59.56 | $62.04 | $59.56 |
| 1/13/2014 | $59.38 | 332861 | $59.30 | $61.92 | $58.66 |
| 1/10/2014 | $59.31 | 224398 | $58.01 | $59.48 | $56.58 |
| 1/9/2014 | $57.93 | 259869 | $55.81 | $57.98 | $55.48 |
| 1/8/2014 | $55.45 | 347591 | $53.18 | $55.50 | $52.43 |
| 1/7/2014 | $53.27 | 246560 | $51.77 | $53.85 | $51.50 |
| 1/6/2014 | $51.54 | 242407 | $51.86 | $52.65 | $50.73 |
| 1/3/2014 | $52.02 | 200750 | $51.70 | $52.72 | $51.70 |
| 1/2/2014 | $51.52 | 304030 | $52.45 | $52.99 | $51.02 |
| 12/31/2013 | $52.60 | 330737 | $53.67 | $53.67 | $51.90 |
| 12/30/2013 | $53.71 | 171273 | $54.23 | $54.51 | $53.26 |
| 12/27/2013 | $54.09 | 117749 | $54.39 | $54.96 | $53.57 |
| 12/26/2013 | $54.47 | 123262 | $54.97 | $55.50 | $54.24 |
| 12/24/2013 | $54.94 | 97863 | $55.48 | $55.98 | $54.46 |