S-1 1 d711611ds1.htm S-1

**Table of Contents**

As filed with the Securities and Exchange Commission on July 1, 2014

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

# FORM S-1
# REGISTRATION STATEMENT
### *UNDER*
### *THE SECURITIES ACT OF 1933*

# Viking Therapeutics, Inc.
### (Exact name of Registrant as specified in its charter)

| **Delaware** | **2834** | **46-1073877** |
|:---:|:---:|:---:|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**Viking Therapeutics, Inc.**
**11119 North Torrey Pines Road, Suite 50**
**San Diego, CA 92037**
**(858) 550-7810**
(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

---

**Brian Lian, Ph.D.**
**President and Chief Executive Officer**
**Viking Therapeutics, Inc.**
**11119 North Torrey Pines Road, Suite 50**
**San Diego, CA 92037**
**(858) 550-7810**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Copies to:*

| | |
|:---:|:---:|
| Jeffrey T. Hartlin, Esq. | Michael D. Maline, Esq. |
| Paul Hastings LLP | Thomas S. Levato, Esq. |
| 1117 S. California Avenue | Goodwin Procter LLP |
| Palo Alto, California 94304 | The New York Times Building |
| (650) 320-1804 | 620 Eighth Avenue |
| | New York, New York 10018 |
| | (212) 813-8800 |

---

**Approximate date of commencement of proposed sale to the public**: As soon as practicable after this registration statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act, check the following box: ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | |
|:---|:---|---:|
| Large accelerated filer ☐ | | Accelerated filer ☐ |
| Non-accelerated filer ☒ (Do not check if a smaller reporting company) | | Smaller reporting company ☐ |

## CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Proposed Maximum | Amount of Registration Fee(3) |
|:---:|:---:|:---:|

| | Aggregate Offering Price(1)(2) | |
|---|---|---|
| Common Stock, $0.00001 par value per share | $57,500,000 | $7,406 |

(1)  Estimated solely for the purpose of computing the amount of the registration fee pursuant to Rule 457(o) under the Securities Act of 1933, as amended.
(2)  Includes the aggregate offering price of additional shares that the underwriters have the option to purchase.
(3)  Calculated pursuant to Rule 457(o) under the Securities Act of 1933, as amended, based on an estimate of the proposed maximum aggregate offering price.

––––––––––––––

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the registration statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.**

**Table of Contents**

## Summary Financial Data

*The following table sets forth our summary financial data as of the dates and for the periods indicated. We have derived the summary statement of operations data for the period from September 24, 2012 (Inception) through December 31, 2012 and the year ended December 31, 2013 from our audited financial statements included elsewhere in this prospectus. The summary statement of operations data for the three months ended March 31, 2013 and 2014 and the cumulative period from September 24, 2012 (Inception) through March 31, 2014, and the balance sheet data as of March 31, 2014, are derived from our unaudited financial statements included elsewhere in this prospectus. Our unaudited financial statements have been prepared on the same basis as the audited financial statements and, in the opinion of our management, include all adjustments, consisting of normal recurring adjustments and accruals, necessary for a fair statement of the information for the interim periods.*

*The historical results presented below are not necessarily indicative of the results to be expected for any future period and our interim results are not necessarily indicative of the results that may be expected for a full year. The following summaries of our financial data for the periods presented should be read in conjunction with the sections of this prospectus entitled "Risk Factors," "Selected Financial Data," "Capitalization," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our financial statements and the related notes included elsewhere in this prospectus.*

| | Period from September 24, 2012 (Inception) through December 31, 2012 | Year Ended December 31, 2013 | Three Months Ended March 31, 2013 | Three Months Ended March 31, 2014 | Cumulative Period from September 24, 2012 (Inception) through March 31, 2014 |
|---|---|---|---|---|---|
| | | | (Unaudited) | (Unaudited) | (Unaudited) |
| **Statement of Operations** | | | | | |
| Revenue | $ — | $ — | $ — | $ — | $ — |
| Operating expenses: | | | | | |
| Research and development | 68,871 | 11,613 | 575 | 50,000 | 130,484 |
| General and administrative | 40,770 | 89,463 | 2,615 | 159,737 | 289,970 |
| Total operating expenses | 109,641 | 101,076 | 3,190 | 209,737 | 420,454 |
| Loss from operations | (109,641) | (101,076) | (3,190) | (209,737) | (420,454) |
| Other expenses: | | | | | |
| Loss from change in fair value of debt conversion feature | — | 20,622 | 37 | 10,249 | 30,871 |
| Interest expense | 1,386 | 24,549 | 1,356 | 8,955 | 34,890 |
| Total other expenses | 1,386 | 45,171 | 1,393 | 19,204 | 65,761 |
| Net loss | (111,027) | (146,247) | (4,583) | (228,941) | (486,215) |
| Basic and diluted net loss per share | $ (0.07) | $ (0.07) | $ (0.00) | $ (0.07) | $ (0.24) |
| Weighted-average shares used to compute basic and diluted net loss per share | 1,482,625 | 2,043,295 | 1,794,444 | 3,191,666 | 2,026,311 |
| Pro forma basic and diluted net loss per share (unaudited) | | $ | | $ | |
| Weighted-average pro forma shares used to compute basic and diluted net loss per common share (unaudited) | | | | | |

-9-

Table of Contents

|  | As of March 31, 2014 | | |
| --- | --- | --- | --- |
|  | Actual (Unaudited) | Pro Forma(1) (Unaudited) | Pro Forma as Adjusted(2)(3) (Unaudited) |
| **Balance Sheet Data** | | | |
| Cash | $ 78,849 | $ 78,849 | |
| Working capital (deficit) | (349,912) | | |
| Total assets | 276,716 | 276,716 | |
| Convertible notes payable, current | 47,930 | — | |
| Convertible notes payable, non-current | 237,194 | — | |
| Debt conversion feature liability | 81,904 | — | |
| Common stock | 60 | | |
| Additional paid-in capital | 10,010 | | |
| Accumulated deficit | (486,215) | | |
| Total stockholders' equity (deficit) | (478,643) | | |

(1) The pro forma column in the balance sheet data table above reflects (a) the conversion of our outstanding convertible notes in an aggregate principal amount of $310,350 and accrued interest of approximately $9,083 into an aggregate of            shares of our common stock upon the closing of this offering, based on an assumed initial public offering price of $          , the midpoint of the price range set forth on the cover page of this prospectus, and (b) the issuance of an aggregate of            shares of our common stock to Ligand pursuant to the Master License Agreement and conversion of the Note upon the consummation of this offering, based on shares of common stock outstanding as of immediately prior to the closing of this offering (excluding shares issued in this offering) and an assumed initial public offering price of $          , the midpoint of the price range set forth on the cover page of this prospectus. The pro forma information is illustrative only, and we will adjust this information based on the actual initial public offering price and other terms of this offering determined at pricing.

(2) The pro forma as adjusted column in the consolidated balance sheet data table above reflects (a) the conversion of our outstanding convertible notes in an aggregate principal amount of $310,350 and accrued interest of approximately $9,083 into an aggregate of            shares of our common stock upon the closing of this offering, based on an assumed initial public offering price of $          , the midpoint of the price range set forth on the cover page of this prospectus, (b) the issuance of an aggregate of            shares of our common stock to Ligand pursuant to the Master License Agreement and conversion of the Note upon the consummation of this offering, based on shares of common stock outstanding as of immediately prior to the closing of this offering (excluding shares issued in this offering) and an assumed initial public offering price of $          , the midpoint of the price range set forth on the cover page of this prospectus, and (c) the sale of            shares of common stock in this offering at an assumed initial public offering price of $          , the midpoint of the price range set forth on the cover page of this prospectus, and after deducting estimated underwriting discounts and commissions and estimated offering expenses payable by us. The pro forma as adjusted information is illustrative only, and we will adjust this information based on the actual initial public offering price and other terms of this offering determined at pricing.

(3) Each $1.00 increase or decrease in the assumed initial public offering price of $          , the midpoint of the price range set forth on the cover page of this prospectus, would increase or decrease each of the pro forma as adjusted cash, additional paid-in capital, total stockholders' equity (deficit) by approximately $          million, assuming that the number of shares offered by us, as set forth on the cover page of this prospectus, remains the same, and after deducting the estimated underwriting discounts and commissions and estimated offering expenses payable by us. We may also increase or decrease the number of shares we are offering. An increase or decrease of 1.0 million in the number of shares we are offering would increase or decrease each of the pro forma as adjusted cash, additional paid-in capital and total stockholders' equity (deficit) by approximately $          million, assuming an initial public offering price of $          , the midpoint of the price range set forth on the cover page of this prospectus, and after deducting the estimated underwriting discounts and commissions and estimated offering expenses payable by us. The pro forma as adjusted information is illustrative only, and we will adjust this information based on the actual initial public offering price and other terms of this offering determined at pricing.

-10-

Table of Contents

- our drug candidates may cause undesirable side effects that delay or preclude regulatory approval or limit their commercial use or market acceptance, if approved;

- collaborators who may be responsible for the development of our drug candidates may not devote sufficient resources to these clinical trials or other preclinical studies of these candidates or conduct them in a timely manner; or

- we may face delays in obtaining regulatory approvals to commence one or more clinical trials.

Success in early development does not mean that later development will be successful because, for example, drug candidates in later-stage clinical trials may fail to demonstrate sufficient safety and efficacy despite having progressed through initial clinical trials.

We in-license all of the intellectual property related to our drug candidates from Ligand pursuant to the Master License Agreement. All clinical trials, preclinical studies and other analyses performed to date with respect to our drug candidates have been conducted by Ligand. Therefore, as a company, we do not have any experience in conducting clinical trials for our drug candidates. Since our experience with our drug candidates is limited, we will need to train our existing personnel and hire additional personnel in order to successfully administer and manage our clinical trials and other studies as planned, which may result in delays in completing such planned clinical trials and preclinical studies. Moreover, to date our drug candidates have been tested in less than the number of patients that will likely need to be studied to obtain regulatory approval. The data collected from clinical trials with larger patient populations may not demonstrate sufficient safety and efficacy to support regulatory approval of these drug candidates.

We currently do not have strategic collaborations in place for clinical development of any of our current drug candidates. Therefore, in the future, we or any potential future collaborative partner will be responsible for establishing the targeted endpoints and goals for development of our drug candidates. These targeted endpoints and goals may be inadequate to demonstrate the safety and efficacy levels required for regulatory approvals. Even if we believe data collected during the development of our drug candidates are promising, such data may not be sufficient to support marketing approval by the FDA, EMA or comparable foreign authorities. Further, data generated during development can be interpreted in different ways, and the FDA, EMA or comparable foreign authorities may interpret such data in different ways than us or our collaborators. Our failure to adequately demonstrate the safety and efficacy of our drug candidates would prevent our receipt of regulatory approval, and ultimately the potential commercialization of these drug candidates.

Since we do not currently possess the resources necessary to independently develop and commercialize our drug candidates, including our core metabolic and endocrine disease assets, VK0612 and VK5211, our earlier-stage assets, VK0214 and the EPOR and DGAT-1 programs, or any other drug candidates that we may develop, we may seek to enter into collaborative agreements to assist in the development and potential future commercialization of some or all of these assets as a component of our strategic plan. However, our discussions with potential collaborators may not lead to the establishment of collaborations on acceptable terms, if at all, or it may take longer than expected to establish new collaborations, leading to development and potential commercialization delays, which would adversely affect our business, financial condition and results of operations.

**We expect to continue to incur significant research and development expenses, which may make it difficult for us to attain profitability.**

We expect to expend substantial funds in research and development, including preclinical studies and clinical trials of our drug candidates, and to manufacture and market any drug candidates in the event they are approved for commercial sale. We also may need additional funding to develop or acquire complementary companies, technologies and assets, as well as for working capital requirements and other operating and general corporate purposes. Moreover, our planned increases in staffing will dramatically increase our costs in the near and long-term.

-13-

**Table of Contents**

- recruiting and enrolling patients to participate in one or more clinical trials; and

- the failure of our collaborators to adequately resource our drug candidates due to their focus on other programs or as a result of general market conditions.

In addition, once a clinical trial has begun, it may be suspended or terminated by us, our collaborators, the institutional review boards or data safety monitoring boards charged with overseeing our clinical trials, the FDA, EMA or comparable foreign authorities due to a number of factors, including:

- failure to conduct the clinical trial in accordance with regulatory requirements or clinical protocols;

- inspection of the clinical trial operations or clinical trial site by the FDA, EMA or comparable foreign authorities resulting in the imposition of a clinical hold;

- unforeseen safety issues; or

- lack of adequate funding to continue the clinical trial.

If we experience significant delays in the commencement or completion of clinical trials, our drug development costs may increase, we may lose any competitive advantage associated with early market entry and our ability to establish strategic collaborations may be delayed or limited. In addition, many of the factors that cause, or lead to, a delay in the commencement or completion of clinical trials may also ultimately lead to the denial of regulatory approval of a drug candidate.

**We intend to rely on third parties to conduct our preclinical studies and clinical trials and perform other tasks for us. If these third parties do not successfully carry out their contractual duties, meet expected deadlines, or comply with regulatory requirements, we may not be able to obtain regulatory approval for or commercialize our drug candidates and our business, financial condition and results of operations could be substantially harmed.**

Ligand, the licensor of our development programs, has relied upon and plans to continue to rely upon third-party CROs, medical institutions, clinical investigators and contract laboratories to monitor and manage data for our licensed ongoing preclinical and clinical programs. We have relied and expect to continue to rely on these parties for execution of our preclinical studies and clinical trials, and we control only certain aspects of their activities. Nevertheless, we maintain responsibility for ensuring that each of our clinical trials and preclinical studies is conducted in accordance with the applicable protocol, legal, regulatory, and scientific standards and our reliance on these third parties does not relieve us of our regulatory responsibilities. We and our CROs and other vendors are required to comply with current requirements on good manufacturing practices, or cGMP, good clinical practices, or GCP, and good laboratory practice, or GLP, which are a collection of laws and regulations enforced by the FDA, EMA or comparable foreign authorities for all of our drug candidates in clinical development. Regulatory authorities enforce these regulations through periodic inspections of preclinical study and clinical trial sponsors, principal investigators, preclinical study and clinical trial sites, and other contractors. If we or any of our CROs or vendors fails to comply with applicable regulations, the data generated in our preclinical studies and clinical trials may be deemed unreliable and the FDA, EMA or comparable foreign authorities may require us to perform additional preclinical studies and clinical trials before approving our marketing applications. We cannot assure you that upon inspection by a given regulatory authority, such regulatory authority will determine that any of our clinical trials comply with GCP regulations. In addition, our clinical trials must be conducted with products produced consistent with cGMP regulations. Our failure to comply with these regulations may require us to repeat clinical trials, which would delay the development and regulatory approval processes.

If any of our relationships with these third-party CROs, medical institutions, clinical investigators or contract laboratories terminate, we may not be able to enter into arrangements with alternative CROs on commercially reasonable terms, or at all. In addition, our CROs are not our employees, and except for remedies available to us under our agreements with such CROs, we cannot control whether or not they devote sufficient time and

-17-

**Table of Contents**

# Capitalization

The following table sets forth our cash and capitalization as of March 31, 2014:

- on an actual basis;

- on a pro forma basis to reflect (1) the conversion of our outstanding convertible notes in an aggregate principal amount of $310,350 and accrued interest of approximately $9,083 into an aggregate of            shares of our common stock upon the closing of this offering, based on an assumed initial public offering price of $          , the midpoint of the price range set forth on the cover page of this prospectus, (2) the issuance of an aggregate of            shares of our common stock to Ligand pursuant to the Master License Agreement and the Note upon the consummation of this offering, based on            shares of common stock outstanding as of immediately prior to the closing of this offering (excluding shares issued in this offering) and an assumed initial public offering price of $          , the midpoint of the price range set forth on the cover page of this prospectus, and (3) the filing of our amended and restated certificate of incorporation in Delaware, which will occur immediately prior to the completion of this offering; and

- on a pro forma as adjusted basis to give further effect to our issuance and sale of            shares of common stock in this offering at an assumed initial public offering price of $          , the midpoint of the price range set forth on the cover page of this prospectus, and after deducting the estimated underwriting discounts and commissions and estimated offering expenses payable by us.

The information in this table should be read in conjunction with the sections of this prospectus entitled "Use of Proceeds," "Selected Financial Data" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our financial statements and related notes thereto included elsewhere in this prospectus.

| | March 31, 2014 | | |
| | Actual | Pro Forma(1) (2) | Pro Forma as Adjusted(1) (2) |
| | (Unaudited) | (Unaudited) | (Unaudited) |
| Cash | $   78,849 | $ | $ |
| Convertible notes payable, current | 47,930 | | |
| Convertible notes payable, non-current | 237,194 | | |
| Debt conversion feature liability | 81,904 | | |
| Stockholders' equity (deficit) | | | |
| Common stock, $0.00001 par value; 10,000,000 shares authorized, 6,000,000 shares issued and outstanding, actual;            shares authorized,            shares issued and outstanding, pro forma;            shares authorized,            shares issued and outstanding, pro forma as adjusted | 60 | | |
| Additional paid-in capital | 10,010 | | |
| Deficit accumulated during the development stage | (486,215) | | |
| Total stockholders' equity (deficit) | (478,643) | | |
| Total capitalization | $(111,615) | $ | $ |

(1)  The pro forma and pro forma as adjusted information is illustrative only and following the completion of this offering will be adjusted based on the actual initial public offering price and other terms of this offering determined at pricing.

(2)  Each $1.00 increase or decrease in the assumed initial public offering price of $          , the midpoint of the price range set forth on the cover page of this prospectus, would increase or decrease each of the pro forma as adjusted cash, additional paid-in capital, total stockholders' equity (deficit) and total capitalization by approximately $          million, assuming that the number of shares offered by us, as set forth on the cover page of this prospectus, remains the same, and after deducting the estimated underwriting discounts and commissions and estimated offering expenses payable by us. We may also increase or decrease the number of shares we are offering. An

-52-

**Table of Contents**

# Selected Financial Data

*The following selected statement of operations data and comprehensive loss data for each of the periods from September 24, 2012 (Inception) through December 31, 2012, the year ended December 31, 2013 and the cumulative period from September 24, 2012 (Inception) through December 31, 2013, and the selected balance sheet data as of December 31, 2013, have been derived from our audited financial statements included elsewhere in this prospectus. The following selected statement of operations data and comprehensive loss data for the three months ended March 31, 2013 and 2014, the cumulative period from September 24, 2012 (Inception) through March 31, 2014, and the selected balance sheet data as of March 31, 2014, are derived from our unaudited financial statements included elsewhere in this prospectus. Our unaudited financial statements have been prepared on the same basis as the audited financial statements and, in the opinion of our management, include all adjustments, consisting of normal recurring adjustments and accruals, necessary for a fair statement of the information for the interim periods.*

*The historical results presented below are not necessarily indicative of the results to be expected for any future period and our interim results are not necessarily indicative of the results that may be expected for a full year. You should read the selected financial and operating data for the periods presented in conjunction with the sections of this prospectus entitled "Risk Factors," "Capitalization," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our financial statements and the related notes included elsewhere in this prospectus.*

| | Period from September 24, 2012 (Inception) through December 31, 2012 | Year Ended December 31, 2013 | Three Months Ended March 31, 2013 | Three Months Ended March 31, 2014 | Cumulative Period from September 24, 2012 (Inception) through March 31, 2014 |
|---|---|---|---|---|---|
| | | | (Unaudited) | (Unaudited) | (Unaudited) |
| **Statement of Operations** | | | | | |
| Revenues | $ – | $ – | $ – | $ – | $ – |
| Operating expenses | | | | | |
| Research and development | 68,871 | 11,613 | 575 | 50,000 | 130,484 |
| General and administrative | 40,770 | 89,463 | 2,615 | 159,737 | 289,970 |
| Total operating expenses | 109,641 | 101,076 | 3,190 | 209,737 | 420,454 |
| Loss from operations | (109,641) | (101,076) | (3,190) | (209,737) | (420,454) |
| Other expenses | | | | | |
| Loss from change in fair value of debt conversion feature | – | 20,622 | 37 | 10,249 | 30,871 |
| Interest expense | 1,386 | 24,549 | 1,356 | 8,955 | 34,890 |
| Total other expenses | 1,386 | 45,171 | 1,393 | 19,204 | 65,761 |
| Net loss | $ (111,027) | $ (146,247) | $ (4,583) | $ (228,941) | $ (486,215) |
| Basic and diluted net loss per share | $ (0.07) | $ (0.07) | $ (0.00) | $ (0.07) | $ (0.24) |
| Weighted-average shares used to compute basic and diluted net loss per share | 1,482,625 | 2,043,295 | 1,794,444 | 3,191,666 | 2,026,311 |
| Pro forma basic and diluted net loss per share (unaudited) | | $ | | $ | |
| Weighted-average pro forma shares used to compute basic and diluted net loss per common share (unaudited) | | | | | |

-56-

**Table of Contents**

| | December 31, | | March 31, 2014 |
|---|---|---|---|
| | 2012 | 2013 | (Unaudited) |
| **Balance Sheet Data** | | | |
| Cash | $     – | $ 179,619 | $   78,849 |
| Working capital (deficit) | (54,379) | 52,128 | (349,912) |
| Total assets | – | 180,394 | 276,716 |
| Convertible notes payable, current | – | 46,894 | 47,930 |
| Convertible notes payable, non-current | 42,750 | 231,851 | 237,194 |
| Debt conversion feature liability | 8,286 | 71,655 | 81,904 |
| Accumulated deficit | (111,027) | (257,274) | (486,215) |
| Total stockholders' equity (deficit) | (105,415) | (250,604) | (478,643) |

-57-

Table of Contents

*Stock-Based Compensation Summary*

Stock-based compensation is reported in our statements of operations as follows:

| | Period from September 24, 2012 (Inception) through December 31, 2012 | | Year Ended December 31, 2013 | | Three Months Ended March 31, 2013 | | Three Months Ended March 31, 2014 | | Cumulative Period from September 24, 2012 (Inception) through March 31, 2014 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (Unaudited) | | (Unaudited) | | (Unaudited) |
| Research and development | $ | – | $ | 750 | $ | – | $ | – | $ | 750 |
| General and administrative | | 5,612 | | 2,804 | | 965 | | 904 | | 9,320 |
| Total | $ | 5,612 | $ | 3,554 | $ | 965 | $ | 904 | $ | 10,070 |

At March 31, 2014, there were 2,912,500 unvested shares and $173,547 of total unrecognized compensation costs related to the 6,000,000 shares of common stock outstanding, which is expected to be recognized over a weighted average period of 1.05 years.

## Results of Operations

### Comparison of the Three Months Ended March 31, 2013 and 2014

*Research and Development Expenses*

The following table summarizes our research and development expenses for the three months ended March 31, 2013 and 2014.

| | Three Months Ended March 31, | | $ Change | % Change |
|---|---|---|---|---|
| | 2013 | 2014 | | |
| | (Unaudited) | | | |
| Research and development expenses | $ 575 | $ 50,000 | $49,425 | 8,596% |

During the three months ended March 31, 2013, we incurred minimal research and development expenses, since we were in the process of negotiating to license certain technology from Ligand and had not engaged in any significant research or development during such time. During the three months ended March 31, 2014, we expensed a $50,000 payment made to Ligand to extend our option to license certain technology from Ligand.

*General and Administrative Expenses*

The following table summarizes our general and administrative expenses for the three months ended March 31, 2013 and 2014.

| | Three Months Ended March 31, | | $ Change | % Change |
|---|---|---|---|---|
| | 2013 | 2014 | | |
| | (Unaudited) | | | |
| General and administrative expenses | $2,615 | $159,737 | $157,122 | 6,008% |

The increase in general and administrative expenses was primarily due to an increase of $77,403 in legal fees and an increase in salaries and wages, including stock-based compensation expense of $29,939, during the three months ended March 31, 2014 as compared to the same period in 2013. We began paying salaries to our founders during the second half of 2013. No salaries were paid by us during the three months ended March 31, 2013. The increase also reflects $40,769 in accounting fees incurred during the three months ended March 31, 2014 as we prepared for and commenced our financial audits during the three months ended March 31, 2014, as compared to no accounting fees incurred during the three months ended March 31, 2013.

-65-

Table of Contents

*Other Expenses*

The following table summarizes our other expenses for the three months ended March 31, 2013 and 2014.

| | Three Months Ended March 31, | | $ Change | % Change |
|---|---|---|---|---|
| | 2013 | 2014 | | |
| | (Unaudited) | | | |
| Other expenses | $1,393 | $ 19,204 | $17,811 | 1,279% |

Other expenses increased during the three months ended March 31, 2014 primarily due to an increase in the fair value of the debt conversion feature of the Convertible Notes and an increase in interest expense under the Convertible Notes. The increase in loss from change in fair value of debt conversion feature of $10,212 during the three months ended March 31, 2014 relative to the three months ended March 31, 2013 was due primarily to our issuance of additional Convertible Notes in an aggregate principal amount of $260,350 after March 31, 2013, which carried their own additional loss from change in debt conversion feature charge. In addition, interest expense during the three months ended March 31, 2014 increased by $7,599 as compared to the same period in 2013, due primarily to an increase in amortization of the debt discount and additional interest expense accrued on Convertible Notes issued after March 31, 2013.

***Comparison of the Period from September 24, 2012 (Inception) through December 31, 2012 to the Year Ended December 31, 2013***

*Research and Development Expenses*

The following table summarizes our research and development expenses for the period from September 24, 2012 (Inception) through December 31, 2012 and the year ended December 31, 2013.

| | Period from September 24, 2012 (Inception) through December 31, 2012 | Year Ended December 31, 2013 | Increase (Decrease) | % Increase (Decrease) |
|---|---|---|---|---|
| Research and development expenses | $ 68,871 | $ 11,613 | $(57,258) | (83%) |

Research and development expenses for the period from September 24, 2012 (Inception) through December 31, 2012 related primarily to costs associated with an option to license intellectual property from Ligand and other legal costs related to negotiation discussions. We paid an option fee of $50,000 in the period ended December 31, 2012. We did not make any option or similar payments in 2013 and did not engage in significant research and development efforts during this period.

*General and Administrative Expenses*

The following table summarizes our general and administrative expenses for the period from September 24, 2012 (Inception) through December 31, 2012 to the year ended December 31, 2013.

| | Period from September 24, 2012 (Inception) through December 31, 2012 | Year Ended December 31, 2013 | Increase (Decrease) | % Increase (Decrease) |
|---|---|---|---|---|
| General and administrative expenses | $ 40,770 | $ 89,463 | $ 48,693 | 119% |

The increase in general and administrative expenses during the year ended December 31, 2013 as compared to the period from September 24, 2012 (Inception) through December 31, 2012 was primarily due to the payment of salaries and wages, including stock-based compensation expense of $53,054 in 2013, an increase in rent for

-66-

Table of Contents

The following table summarizes our cash flows for the periods indicated below:

| | For the Period from September 24, 2012 (Inception) through December 31, 2012 | Year Ended December 31, 2013 | Three Months Ended March 31, 2013 | Three Months Ended March 31, 2014 | For the Period from September 24, 2012 (Inception) through March 31, 2014 |
|---|---|---|---|---|---|
| | | | (Unaudited) | (Unaudited) | (Unaudited) |
| Cash used in operating activities | $ (50,000) | $ (78,235) | $ – | $ (100,768) | $ (229,003) |
| Cash provided by (used in) financing activities | $ 50,000 | $ 257,854 | $ – | $ (2) | $ 307,852 |

*Cash Used in Operating Activities*

During the period from September 24, 2012 (Inception) through December 31, 2012, cash used in operating activities was $50,000. Cash used in operating activities primarily reflected our net losses for the period, offset by changes in our working capital accounts, primarily an increase in accounts payable.

During the year ended December 31, 2013, cash used in operating activities was $78,235. Cash used in operating activities primarily reflected our net losses for the period, offset by non-cash charges such as amortization of discount charged to interest expense on Convertible Notes and an increase in change in fair value of debt conversion feature as well as changes in our working capital accounts, primarily an increase in accounts payable and accrued expenses.

During the three months ended March 31, 2013, cash used in operating activities was $0. Cash used in operating activities was $0 as a result of our net losses for the period being offset by non-cash charges such as amortization of discount charged to interest expense on Convertible Notes as well as changes in our working capital accounts, primarily an increase in accounts payable and accrued expenses.

During the three months ended March 31, 2014, cash used in operating activities was $100,768. Cash used in operating activities primarily reflected our net losses for the period, offset by non-cash charges such as amortization of discount charged to interest expense on Convertible Notes and an increase in change in fair value of debt conversion feature as well as changes in our working capital accounts, primarily an increase in accounts payable and accrued expenses and an increase in deferred IPO financing costs.

During the period from September 24, 2012 (Inception) through March 31, 2014, cash used in operating activities was $229,003. Cash used in operating activities primarily reflected our net losses for the period, offset by non-cash charges such as amortization of discount charged to interest expense on convertible notes and an increase in change in fair value of debt conversion feature as well as changes in our working capital accounts, primarily an increase in accounts payable and accrued expenses and an increase in deferred IPO financing costs.

*Cash Used in Investing Activities*

We have not engaged in any investing activities since our inception.

*Cash Provided by (Used in) Financing Activities*

During the period from September 24, 2012 (Inception) through December 31, 2012, cash provided by financing activities was $50,000 and consisted of proceeds from the issuance of Convertible Notes.

During the year ended December 31, 2013, cash provided by financing activities was $257,854, which consisted of proceeds from the issuance of Convertible Notes in the amount of $260,350, offset by the repurchase of shares of restricted common stock for an aggregate purchase price of $2,503.

-68-

Table of Contents

# Legal Matters

Paul Hastings LLP, Palo Alto, California, which has acted as our counsel in connection with this offering, will pass upon the validity of the shares of common stock being offered by this prospectus. The underwriters have been represented by Goodwin Procter LLP, New York, New York.

# Changes in and Disagreements with Independent Registered Public Accounting Firm on Accounting and Financial Disclosure

On March 4, 2014, we engaged MaloneBailey LLP, or MaloneBailey, to audit our financial statements as of and for the fiscal years ended December 31, 2012 and 2013. On April 7, 2014, our board of directors approved the dismissal of MaloneBailey as our independent registered public accounting firm, effective immediately.

MaloneBailey did not issue any reports with respect to our financial statements. Accordingly, there were no reports issued by MaloneBailey with respect to us that contained an adverse opinion or disclaimer of opinion and MaloneBailey did not issue any report that was qualified or modified as to uncertainty, audit scope or accounting principles.

From September 24, 2012 (Inception) through April 7, 2014: (1) there were no disagreements between us and MaloneBailey on any matters of accounting principles or practices, financial statement disclosure or auditing scope or procedure, which, if not resolved to the satisfaction of MaloneBailey, would have caused MaloneBailey to make reference to the matter in any report they would have issued; and (2) there were no "reportable events" as that term is described in Item 304(a)(1)(v) of Regulation S-K.

We provided MaloneBailey with a copy of the foregoing disclosures and requested that MaloneBailey provide a letter addressed to the SEC stating whether it agrees with the foregoing statements. MaloneBailey furnished such a letter, dated July 1, 2014, and a copy of such letter is filed as Exhibit 16.1 to the registration statement of which this prospectus forms a part.

Effective as of April 7, 2014, our board of directors appointed Marcum LLP, or Marcum, as our independent registered public accounting firm to audit our financial statements as of and for the fiscal years ended December 31, 2012 and 2013, and for the fiscal year ending December 31, 2014. From September 24, 2012 (Inception) through April 7, 2014, neither we nor anyone on our behalf consulted with Marcum regarding (1) the application of accounting principles to a specified transaction, either completed or proposed, (2) the type of audit opinion that might be rendered on our financial statements, or (3) any matter that was either the subject of a disagreement, as described in Item 304(a)(1)(iv) of Regulation S-K and the related instructions thereto, or a "reportable event" as described in Item 304(a)(1)(v) of Regulation S-K.

# Experts

The audited financial statements for the period from September 24, 2012 (Inception) through December 31, 2012 and for the year ended December 31, 2013 have been included herein in reliance upon the report of Marcum LLP, an independent registered public accounting firm, and upon the report of such firm given upon their authority as experts in accounting and auditing.

# Where You Can Find Additional Information

We have filed with the SEC a registration statement on Form S-1 under the Securities Act with respect to the shares of common stock offered by this prospectus. This prospectus, which constitutes a part of the registration statement, does not contain all of the information set forth in the registration statement, some of which is

-158-

**Table of Contents**

# Viking Therapeutics, Inc.
## (A Development Stage Company)
## Balance Sheets

| | December 31, 2012 | December 31, 2013 | March 31, 2014 (Unaudited) |
|---|---|---|---|
| **Assets** | | | |
| Current assets | | | |
| Cash | $ – | $ 179,619 | $ 78,849 |
| Prepaids and other current assets | – | – | 7,500 |
| Total current assets | – | 179,619 | 86,349 |
| Other Assets | | | |
| Deposits | – | 775 | 775 |
| Deferred IPO financing costs | – | – | 189,592 |
| Total other assets | – | 775 | 190,367 |
| Total assets | $ – | $ 180,394 | $ 276,716 |
| **Liabilities and Stockholders' equity (deficit)** | | | |
| Current liabilities | | | |
| Accounts payable | $ 49,013 | $ 73,378 | $ 378,324 |
| Accounts payable – related party | 5,016 | 712 | 924 |
| Accrued interest | 350 | 6,507 | 9,083 |
| Convertible notes payable, current portion (net of discount of $3,106 and $2,070 at December 31, 2013 and March 31, 2014, respectively) | – | 46,894 | 47,930 |
| Total current liabilities | 54,379 | 127,491 | 436,261 |
| Long-term liabilities | | | |
| Convertible notes payable (net of discount of $7,250, $28,499 and $23,156 at December 31, 2012, December 31, 2013 and March 31, 2014, respectively) | 42,750 | 231,851 | 237,194 |
| Debt conversion feature liability | 8,286 | 71,655 | 81,904 |
| Total long-term liabilities | 51,036 | 303,506 | 319,098 |
| Total liabilities | 105,415 | 430,997 | 755,359 |
| Stockholders' equity (deficit) | | | |
| Common stock, $0.00001 par value; 10,000,000 shares authorized; 5,000,000, 5,200,000 and 6,000,000 shares issued and outstanding at December 31, 2012, December 31, 2013 and March 31, 2014, respectively | 50 | 52 | 60 |
| Additional paid-in capital | 5,562 | 11,114 | 10,010 |
| Notes receivable from stockholders | – | (4,496) | (2,498) |
| Deficit accumulated during the development stage | (111,027) | (257,274) | (486,215) |
| Total stockholders' equity (deficit) | (105,415) | (250,604) | (478,643) |
| Total liabilities and stockholders' equity (deficit) | $ – | $ 180,394 | $ 276,716 |

See accompanying notes to financial statements.

F-2

Table of Contents

# Viking Therapeutics, Inc.
## (A Development Stage Company)
## Statements of Operations

| | Period from September 24, 2012 (Inception) through December 31, 2012 | Year Ended December 31, 2013 | Three Months Ended March 31, 2013 | Three Months Ended March 31, 2014 | Cumulative Period from September 24, 2012 (Inception) through March 31, 2014 |
|---|---|---|---|---|---|
| | | | (Unaudited) | (Unaudited) | (Unaudited) |
| Revenues | $ – | $ – | $ – | $ – | $ – |
| Operating expenses | | | | | |
| Research and development | 68,871 | 11,613 | 575 | 50,000 | 130,484 |
| General and administrative | 40,770 | 89,463 | 2,615 | 159,737 | 289,970 |
| Total operating expenses | 109,641 | 101,076 | 3,190 | 209,737 | 420,454 |
| Loss from operations | (109,641) | (101,076) | (3,190) | (209,737) | (420,454) |
| Other expenses | | | | | |
| Loss from change in fair value of debt conversion feature | – | 20,622 | 37 | 10,249 | 30,871 |
| Interest expense | 1,386 | 24,549 | 1,356 | 8,955 | 34,890 |
| Total other expenses | 1,386 | 45,171 | 1,393 | 19,204 | 65,761 |
| Net loss | $ (111,027) | $ (146,247) | $ (4,583) | $ (228,941) | $ (486,215) |
| Basic and diluted net loss per share | $ (0.07) | $ (0.07) | $ (0.00) | $ (0.07) | $ |
| Weighted-average shares used to compute basic and diluted net loss per share | 1,482,625 | 2,043,295 | 1,794,444 | 3,191,666 | 2,026,311 |
| Pro forma basic and diluted net loss per share | | $ | | $ | |
| Weighted-average pro forma shares used to compute basic and diluted net loss per share | | | | | |

See accompanying notes to financial statements.

F-3

**Table of Contents**

# Viking Therapeutics, Inc.
## (A Development Stage Company)
## Statements of Stockholders' Equity (Deficit)

| | Common Stock | | Additional Paid-In Capital | Notes Receivable from Stockholders | Deficit Accumulated During the Development Stage | Total |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| **Balance, September 24, 2012** | – | $ – | $ – | $ – | $ – | $ – |
| Issuance of common stock to directors (founders stock) for services | 4,750,000 | 48 | 5,501 | – | – | 5,549 |
| Issuance of common stock for services | 250,000 | 2 | 61 | – | – | 63 |
| Net loss | – | – | – | – | (111,027) | (111,027) |
| **Balance, December 31, 2012** | **5,000,000** | **50** | **5,562** | **–** | **(111,027)** | **(105,415)** |
| Repurchase of common stock | (500,000) | (5) | (4,995) | 2,497 | – | (2,503) |
| Issuance of common stock for notes receivable | 700,000 | 7 | 6,993 | (6,993) | – | 7 |
| Employee stock-based compensation expense | – | – | 3,554 | – | – | 3,554 |
| Net loss | – | – | – | – | (146,247) | (146,247) |
| **Balance, December 31, 2013** | **5,200,000** | **52** | **11,114** | **(4,496)** | **(257,274)** | **(250,604)** |
| Repurchase of common stock | (200,000) | (2) | (1,998) | 1,998 | – | (2) |
| Issuance of performance based common stock | 1,000,000 | 10 | (10) | – | – | – |
| Employee stock-based compensation expense | – | – | 904 | – | – | 904 |
| Net loss | – | – | – | – | (228,941) | (228,941) |
| **Balance, March 31, 2014 (unaudited)** | **6,000,000** | **$ 60** | **$ 10,010** | **$ (2,498)** | **$ (486,215)** | **$(478,643)** |

See accompanying notes to financial statements.

F-4

**Table of Contents**

# Viking Therapeutics, Inc.
## (A Development Stage Company)
## Statements of Cash Flows

| | For the Period from September 24, 2012 (Inception) through December 31, 2012 | Year Ended December 31, 2013 | Three Months Ended March 31, 2013 (Unaudited) | Three Months Ended March 31, 2014 (Unaudited) | Cumulative Period from September 24, 2012 (Inception) through March 31, 2014 (Unaudited) |
|---|---|---|---|---|---|
| **Cash Flows from Operating Activities:** | | | | | |
| Net loss | $ (111,027) | $ (146,247) | $ (4,583) | $ (228,941) | $ (486,215) |
| Adjustments to reconcile net loss to net cash used in operating activities | | | | | |
| Amortization of discount charged to interest expense on convertible notes | 1,036 | 18,392 | 1,036 | 6,379 | 25,807 |
| Change in fair value of debt conversion feature | – | 20,622 | 37 | 10,249 | 30,871 |
| Stock issued for services | 5,612 | 3,554 | 965 | 904 | 10,070 |
| Changes in operating assets and liabilities | | | | | |
| Prepaids and other current assets | – | – | – | (7,500) | (7,500) |
| Deferred IPO financing costs | – | – | – | (189,592) | (189,592) |
| Deposits | – | (775) | – | – | (775) |
| Accounts payable | 49,013 | 24,366 | 1,679 | 305,657 | 379,036 |
| Accounts payable – related party | 5,016 | (4,304) | 546 | (500) | 212 |
| Accrued expenses | 350 | 6,157 | 320 | 2,576 | 9,083 |
| Net cash used in operating activities | (50,000) | (78,235) | – | (100,768) | (229,003) |
| **Cash Flows From Financing Activities:** | | | | | |
| Proceeds from issuance of common stock | – | 7 | – | – | 7 |
| Repurchase of common stock | – | (2,503) | – | (2) | (2,505) |
| Proceeds from convertible notes payable | 50,000 | 260,350 | – | – | 310,350 |
| Net cash provided by (used in) financing activities | 50,000 | 257,854 | – | (2) | 307,852 |
| Net increase (decrease) in cash | – | 179,619 | – | (100,770) | 78,849 |
| Cash, beginning of period | – | – | – | 179,619 | – |
| Cash, end of period | $ – | $ 179,619 | $ – | $ 78,849 | $ 78,849 |
| Supplemental disclosure of cash flow information | | | | | |
| Cash paid during the year for: | | | | | |
| Interest | $ – | $ – | $ – | $ – | $ – |
| Income taxes | $ – | $ – | $ – | $ – | $ – |

**Supplemental Disclosure of Non-Cash Transactions**

During the year ended December 31, 2013, the Company issued shares of its common stock in exchange for $4,496 in notes receivable and repurchased common stock through a reversal of previously recorded notes receivable. During the three months ended March 31, 2014, the Company repurchased common stock through a reversal of previously recorded notes receivable in the amount of $1,998. In addition, there was a non-cash increase in the discount on notes payable of $8,249 and $42,747 for the period from September 24, 2012 (Inception) to December 31, 2012 and for the year ended December 31, 2013, respectively.

See accompanying notes to financial statements.

Table of Contents

# Viking Therapeutics, Inc.
## (A Development Stage Company)
## Notes to Financial Statements

## 1. Organization, Liquidity and Management's Plan, and Summary of Significant Accounting Policies

(Information as of March 31, 2014 and thereafter and for the three months ended March 31, 2013 and 2014 is unaudited)

### The Company

Viking Therapeutics, Inc., a Delaware corporation (the "Company"), is a clinical-stage biopharmaceutical company focused on the development of novel, first-in-class or best-in-class therapies for metabolic and endocrine disorders.

The Company was incorporated under the laws of the State of Delaware on September 24, 2012 and its principal executive offices are located in San Diego, CA.

### Development Stage

Through March 31, 2014, the Company has devoted substantially all of its efforts to raising capital, building infrastructure and acquiring rights to intellectual property, and has not realized revenues from its planned principal operations. Accordingly, the Company is considered to be in the development stage.

### Basis of Presentation

The accompanying financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP").

### Use of Estimates

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts reported in the accompanying financial statements. Significant estimates made in preparing these financial statements relate to determining the fair value of the debt conversion liability and accounting for certain commitments. Actual results could differ from those estimates.

### Concentration of Credit Risk

Financial instruments that potentially subject the Company to a concentration of credit risk principally consist of cash. The Company maintains its cash balances at what it believes are high credit-quality financial institutions. At times, balances at a single financial institution may exceed federally insured limits of $250,000.

### Liquidity and Management's Plan

As of March 31, 2014, the Company did not have sufficient working capital to fund its planned operations without additional financing. These conditions raise substantial doubt about the Company's ability to continue as a going concern. The accompanying financial statements have been prepared assuming that the Company will continue as a going concern. This basis of accounting contemplates the recovery of the Company's assets and the satisfaction of its liabilities in the normal course of business. A successful transition to attaining profitable operations is dependent upon achieving a level of positive cash flows adequate to support the Company's cost structure. In order to continue its operations, the Company must raise additional funds through equity or debt financings or generate revenues from collaborative partners. There can be no assurance that the Company will be able to obtain additional equity or debt financing on terms acceptable to the Company, or at all. If the Company is unable to obtain sufficient funding, it may be required to significantly curtail its planned operations, which may have a material, adverse impact on its ability to continue as a going concern. The financial statements do not include any adjustments relating to the recoverability and classification of recorded asset amounts and classification of liabilities that might be necessary should the Company be forced to take any such actions.

F-6

**Table of Contents**

*Unaudited Interim Financial Statements*

The financial statements as of March 31, 2014, for the three months ended March 31, 2013 and 2014, and for the cumulative period from September 24, 2012 (Inception) through March 31, 2014 are unaudited. The unaudited financial statements have been prepared on the same basis as the audited financial statements and, in the opinion of management, include all adjustments, consisting of normal recurring adjustments, considered necessary to state fairly the financial information set forth therein, in accordance with GAAP.

The results of operations for the unaudited interim period ended March 31, 2014 are not indicative of the results which may be reported for the year ending December 31, 2014.

*Fair Value of Financial Instruments*

The Company's financial instruments consist of cash, accounts payable, debt and its related debt conversion feature liability. The carrying amount reported in the accompanying balance sheets for cash and accounts payable approximates fair value because of the short-term maturity of those instruments. The Company's convertible notes are convertible into capital stock, and this debt conversion feature (see Note 2) has been recorded as a liability based on "Level 3" fair value inputs, which consist of unobservable inputs and generally reflect management's estimate of assumptions that market participants would use in pricing the liability. The fair value of the debt conversion feature required management to make assumptions about the probability of the occurrence of a Qualifying Financing and the convertible notes being converted based on the applicable conversion terms. Alternate probabilities would have resulted in increases or decreases in the fair value of the debt conversion feature. The Company did not have any assets or liabilities categorized as Level 1 or Level 2 in the fair value hierarchy as of December 31, 2012, December 31, 2013 or March 31, 2014. There have been no changes in the methodologies used at December 31, 2012, December 31, 2013 or March 31, 2014.

The fair values of the Company's financial instruments are presented below:

| | December 31, 2012 | December 31, 2013 | March 31, 2014 (Unaudited) |
|---|---|---|---|
| Liabilities | | | |
| Debt Conversion Feature (Level 3) | $ 8,286 | $ 71,655 | $ 81,904 |
| Total Liabilities Measured at Fair Value | $ 8,286 | $ 71,655 | $ 81,904 |

F-7

Table of Contents

The table below presents a summary of changes in the Company's debt conversion feature measured at fair value on a recurring basis using significant unobservable inputs (Level 3) for the period from September 24, 2012 (Inception) through March 31, 2014:

| | |
|---|---:|
| Balance at September 24, 2012 (Inception) | $ – |
| Additions | 8,249 |
| Adjustments Resulting from Changes In Fair Value Recognized in Earnings | 37 |
| Balance at December 31, 2012 | 8,286 |
| Additions | 42,747 |
| Adjustments Resulting from Changes In Fair Value Recognized in Earnings | 20,622 |
| Balance at December 31, 2013 | 71,655 |
| Adjustments Resulting from Changes In Fair Value Recognized in Earnings | 10,249 |
| Balance at March 31, 2014 (unaudited) | $81,904 |

*Revenue Recognition*

The Company has not recorded any revenues since its inception. However, in the future the Company may enter into collaborative research and licensing agreements, under which the Company could be eligible for payments made in the form of upfront license fees, research funding, cost reimbursement, contingent event-based payments and royalties.

Revenue from upfront, nonrefundable license fees is recognized over the period that any related services are to be provided by the Company. Amounts received for research funding are recognized as revenue as the research services that are the subject of such funding are performed. Revenue derived from reimbursement of research and development costs in transactions where the Company acts as a principal are recorded as revenue for the gross amount of the reimbursement, and the costs associated with these reimbursements are reflected as a component of research and development expense in the statements of operations.

Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 605-28, *Revenue Recognition – Milestone Method* ("ASC 605-28"), established the milestone method as an acceptable method of revenue recognition for certain contingent event-based payments under research and development arrangements. Under the milestone method, a payment that is contingent upon the achievement of a substantive milestone is recognized in its entirety in the period in which the milestone is achieved. A milestone is an event (1) that can be achieved based in whole or in part on either the Company's performance or on the occurrence of a specific outcome resulting from the Company's performance, (2) for which there is substantive uncertainty at the date the arrangement is entered into that the event will be achieved, and (3) that would result in additional payments being due to the Company. The determination that a milestone is substantive is judgmental and is made at the inception of the arrangement. Milestones are considered substantive when the consideration earned from the achievement of the milestone is (a) commensurate with either the Company's performance to achieve the milestone or the enhancement of value of the item delivered as a result of a specific outcome resulting from the Company's performance to achieve the milestone, (b) relates solely to past performance, and (c) is reasonable relative to all deliverables and payment terms in the arrangement.

F-8

**Table of Contents**

# SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, as amended, the registrant has duly caused this Registration Statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of San Diego, State of California, on July 1, 2014.

**VIKING THERAPEUTICS, INC.**

By: /s/ Brian Lian, Ph.D.

Brian Lian, Ph.D.
*President and Chief Executive Officer*

# POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints Brian Lian, Ph.D. and Michael Dinerman, M.D., and each of them, as his true and lawful attorneys-in-fact and agent, with full power of substitution and resubstitution, for him and in his name, place and stead, in any and all capacities, to sign the Registration Statement on Form S-1 of Viking Therapeutics, Inc., and any or all amendments (including post-effective amendments) thereto and any new registration statement with respect to the offering contemplated thereby filed pursuant to Rule 462(b) of the Securities Act of 1933, as amended, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents full power and authority to do and perform each and every act and thing requisite or necessary to be done in and about the premises hereby ratifying and confirming all that said attorneys-in-fact and agent, or his substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, as amended, this registration statement on Form S-1 has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Brian Lian, Ph.D. | President, Chief Executive Officer and Director | July 1, 2014 |
| Brian Lian, Ph.D. | (Principal Executive Officer) | |
| /s/ Michael Morneau | Chief Financial Officer | July 1, 2014 |
| Michael Morneau | (Principal Accounting and Financial Officer) | |
| /s/ Matthew W. Foehr | Director | July 1, 2014 |
| Matthew W. Foehr | | |
| /s/ Lawson Macartney, DVM, Ph.D. | Director | July 1, 2014 |
| Lawson Macartney, DVM, Ph.D. | | |
| /s/ Matthew Singleton | Director | July 1, 2014 |
| Matthew Singleton | | |
| /s/ Stephen W. Webster | Director | July 1, 2014 |
| Stephen W. Webster | | |

II-8