Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

CONFIDENTIAL TREATMENT REQUESTED BY JPMCC
Produced by JPMCC on August 31, 2015

JPMS0000203

SEC-JPMCC-E-0000325
EPROD-SEC-LIT-E-000002325

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

Month End Closing Method: FIFO

STATEMENT PERIOD
May 31 - June 30, 2014

ACCOUNT NUMBER
█████████

LAST STATEMENT    May 30, 2014

## What's In This Statement

Financial Summary..................................................................3
Your Portfolio Holdings..........................................................4
Transaction Detail..................................................................5
Trades Executed Pending Settlement.................................10
Your Messages....................................................................11

THE AMVONA FUND, LP
225 CEDAR HILL STREET
SUITE 200
MARLBOROUGH MA  01752-5900

## Your Portfolio at a Glance

## Market Value of Your Portfolio



CLEARING AGENT: J.P. MORGAN CLEARING CORP.
3 CHASE METROTECH CENTER, BROOKLYN, NY 11245

  This summary is for informational purposes only. It is not intended as a tax document.
This statement should be retained for your records. See reverse side for important information.

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

STATEMENT PERIOD
May 31 - June 30, 2014

ACCOUNT NUMBER

LAST STATEMENT    May 30, 2014

## Your Portfolio Holdings

**CASH & MONEY MARKET FUNDS**



| | | | | | |
|---|---|---|---|---|---|
| LIGAND PHARMACEUTICALS INC | LGND | SHRT | -64,478 | 62.2900 | -4,016,335 |

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

CONFIDENTIAL TREATMENT REQUESTED BY JPMCC
Produced by JPMCC on August 31, 2015

JPMS0000206

SEC-JPMCC-E-0000328
EPROD-SEC-LIT-E-000002328

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

STATEMENT PERIOD
May 31 - June 30, 2014

ACCOUNT NUMBER

LAST STATEMENT    May 30, 2014

## Your Portfolio Holdings (continued)

**Equities & Options** (Continued)



## Transaction Detail

**INVESTMENT ACTIVITY**

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06/03/14 | 05/29/14 | SOLD | LIGAND PHARMACEUTICALS INC<br>AVG PRICE SHOWN-DETAILS ON REQ<br>BTIG Ticket Charge<br>on the trade is the Broker Fee<br>SHORT,<br>BRK ALIAS:BEST | LGND | -4,500 | 67.26610 | | 302,657.01 |

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

CONFIDENTIAL TREATMENT REQUESTED BY JPMCC
Produced by JPMCC on August 31, 2015

JPMS0000207

SEC-JPMCC-E-0000329
EPROD-SEC-LIT-E-000002329

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

STATEMENT PERIOD
May 31 - June 30, 2014

## Transaction Detail (continued)

ACCOUNT NUMBER

LAST STATEMENT   May 30, 2014

### INVESTMENT ACTIVITY (Continued)

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06/04/14 | 05/30/14 | SOLD | LIGAND PHARMACEUTICALS INC AVG PRICE SHOWN-DETAILS ON REQ BTIG Ticket Charge on the trade is the Broker Fee SHORT. BRK ALIAS:BEST | LGND | -5,000 | 67.60000 | | 337,955.03 |
| 06/05/14 | 06/02/14 | SOLD | LIGAND PHARMACEUTICALS INC AVG PRICE SHOWN-DETAILS ON REQ BTIG Ticket Charge on the trade is the Broker Fee SHORT. BRK ALIAS:BEST | LGND | -5,000 | 68.21000 | | 341,004.96 |
| 06/09/14 | 06/04/14 | SOLD | LIGAND PHARMACEUTICALS INC AVG PRICE SHOWN-DETAILS ON REQ BTIG Ticket Charge on the trade is the Broker Fee SHORT. BRK ALIAS:BEST | LGND | -5,000 | 67.50020 | | 337,456.04 |
| 06/10/14 | 06/05/14 | SOLD | LIGAND PHARMACEUTICALS INC AVG PRICE SHOWN-DETAILS ON REQ BTIG Ticket Charge on the trade is the Broker Fee SHORT. BRK ALIAS:BEST | LGND | -10,000 | 68.42920 | | 684,201.87 |
| 06/18/14 | 06/13/14 | SOLD | LIGAND PHARMACEUTICALS INC AVG PRICE SHOWN-DETAILS ON REQ BTIG Ticket Charge on the trade is the Broker Fee SHORT. BRK ALIAS:BEST | LGND | -5,000 | 66.70880 | | 333,499.12 |

CONFIDENTIAL TREATMENT REQUESTED BY JPMCC
Produced by JPMCC on August 31, 2015
JPMS0000208
SEC-JPMCC-E-0000330
EPROD-SEC-LIT-E-000002330

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

STATEMENT PERIOD
May 31 - June 30, 2014

## Transaction Detail (continued)

ACCOUNT NUMBER

LAST STATEMENT    May 30, 2014

### INVESTMENT ACTIVITY (Continued)

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06/19/14 | 06/16/14 | SOLD | LIGAND PHARMACEUTICALS INC AVG PRICE SHOWN-DETAILS ON REQ BTIG Ticket Charge on the trade is the Broker Fee SHORT. BRK ALIAS:BEST | LGND | -20,000 | 68.71620 | | 1,374,143.62 |
| 06/24/14 | 06/19/14 | BOUGHT | LIGAND PHARMACEUTICALS INC AVG PRICE SHOWN-DETAILS ON REQ BTIG Ticket Charge on the trade is the Broker Fee COVER SHORT. BRK ALIAS:BEST | LGND | 4,050 | 65.68730 | 266,063.95 | |

### DIVIDENDS / INTEREST / OTHER INCOME

**DIVIDENDS**



| DATE | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | RATE($) | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|

CONFIDENTIAL TREATMENT REQUESTED BY JPMCC
Produced by JPMCC on August 31, 2015

JPMS0000209

SEC-JPMCC-E-0000331
EPROD-SEC-LIT-E-000002331

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

Month End Closing Method: FIFO

STATEMENT PERIOD
**July 1 – July 31, 2014**

ACCOUNT NUMBER

LAST STATEMENT     **June 30, 2014**

## What's In This Statement

Financial Summary...................................................................3
Your Portfolio Holdings.............................................................4
Transaction Detail.....................................................................5
Trades Executed Pending Settlement......................................9
Your Messages.......................................................................10

THE AMVONA FUND, LP
225 CEDAR HILL STREET
SUITE 200
MARLBOROUGH MA 01752-5900

## Your Portfolio at a Glance

## Market Value of Your Portfolio



CLEARING AGENT: J.P. MORGAN CLEARING CORP.
3 CHASE METROTECH CENTER, BROOKLYN, NY 11245

SIPC   This summary is for informational purposes only. It is not intended as a tax document.
This statement should be retained for your records. See reverse side for important information.

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

STATEMENT PERIOD
**July 1 – July 31, 2014**

ACCOUNT NUMBER

LAST STATEMENT          June 30, 2014

## Your Portfolio Holdings

**CASH & MONEY MARKET FUNDS**



| LIGAND PHARMACEUTICALS INC | LGND | SHRT | −65,556 | 49.1700 | −3,223,389 |

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

STATEMENT PERIOD
July 1 – July 31, 2014

ACCOUNT NUMBER

LAST STATEMENT    June 30, 2014

## Transaction Detail  (continued)

### INVESTMENT ACTIVITY  (Continued)

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 07/09/14 | 07/03/14 | SOLD | LIGAND PHARMACEUTICALS INC<br>AVG PRICE SHOWN–DETAILS ON REQ<br>BTIG Ticket Charge<br>on the trade is the Broker Fee<br>SHORT.<br>BRK ALIAS:BEST | LGND | −1,078 | 64.95970 | | 70,000.01 |

## DIVIDENDS / INTEREST / OTHER INCOME

### DIVIDENDS

| DATE | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | RATE($) | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|



# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

Month End Closing Method: FIFO

STATEMENT PERIOD
August 1 - August 29, 2014

ACCOUNT NUMBER

LAST STATEMENT    July 31, 2014

## What's In This Statement

Financial Summary..................................................................3
Your Portfolio Holdings.........................................................4
Transaction Detail..................................................................6
Trades Executed Pending Settlement................................10
Your Messages......................................................................11

THE AMVONA FUND, LP
225 CEDAR HILL STREET
SUITE 200
MARLBOROUGH MA 01752-5900

## Your Portfolio at a Glance

## Market Value of Your Portfolio



CLEARING AGENT: J.P. MORGAN CLEARING CORP.
3 CHASE METROTECH CENTER, BROOKLYN, NY 11245

 This summary is for informational purposes only. It is not intended as a tax document.
This statement should be retained for your records. See reverse side for important information.

CONFIDENTIAL TREATMENT REQUESTED BY JPMCC
Produced by JPMCC on August 31, 2015

JPMS0000131

SEC-JPMCC-E-0000239
EPROD-SEC-LIT-E-000002239

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

STATEMENT PERIOD
August 1 - August 29, 2014

ACCOUNT NUMBER

LAST STATEMENT      July 31, 2014

## Your Portfolio Holdings  (continued)

**Equities & Options**   (Continued)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | MARKET VALUE | ESTIMATED ANNUAL INCOME | ESTIMATED YIELD (%) |
|---|---|---|---|---|---|---|---|
| LIGAND PHARMACEUTICALS INC | LGND | SHRT | -31,507 | 52.0400 | -1,639,624 | | |

CONFIDENTIAL TREATMENT REQUESTED BY JPMCC
Produced by JPMCC on August 31, 2015

JPMS0000135

SEC-JPMCC-E-0000243
EPROD-SEC-LIT-E-000002243

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

CONFIDENTIAL TREATMENT REQUESTED BY JPMCC
Produced by JPMCC on August 31, 2015

JPMS0000136

SEC-JPMCC-E-0000244
EPROD-SEC-LIT-E-000002244

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

STATEMENT PERIOD
August 1 - August 29, 2014

ACCOUNT NUMBER

LAST STATEMENT    July 31, 2014

## Transaction Detail

### INVESTMENT ACTIVITY

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 08/07/14 | 08/04/14 | SOLD | LIGAND PHARMACEUTICALS INC  AVG PRICE SHOWN-DETAILS ON REQ  BTIG Ticket Charge  on the trade is the Broker Fee  SHORT.  BRK ALIAS:BEST | LGND | -180 | 55.09280 | | 9,891.48 |
| 08/27/14 | 08/22/14 | BOUGHT | LIGAND PHARMACEUTICALS INC  AVG PRICE SHOWN-DETAILS ON REQ  BTIG Ticket Charge  on the trade is the Broker Fee  COVER SHORT.  BRK ALIAS:BEST | LGND | 30,729 | 51.20270 | 1,573,638.24 | |

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

CONFIDENTIAL TREATMENT REQUESTED BY JPMCC
Produced by JPMCC on August 31, 2015

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

STATEMENT PERIOD
August 1 - August 29, 2014

ACCOUNT NUMBER

LAST STATEMENT    July 31, 2014

## Transaction Detail (continued)

**INVESTMENT ACTIVITY** (Continued)

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 08/29/14 | 08/26/14 | BOUGHT | LIGAND PHARMACEUTICALS INC AVG PRICE SHOWN-DETAILS ON REQ BTIG Ticket Charge on the trade is the Broker Fee COVER SHORT, BRK ALIAS:BEST | LGND | 3,500 | 51.87000 | 181,571.25 | |

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

Month End Closing Method: FIFO

STATEMENT PERIOD
August 30 - September 30, 2014

ACCOUNT NUMBER

LAST STATEMENT       August 29, 2014

## What's In This Statement

Financial Summary.................................................................3
Your Portfolio Holdings........................................................4
Transaction Detail..................................................................6
Trades Executed Pending Settlement..................................14
Your Messages......................................................................16

THE AMVONA FUND, LP
225 CEDAR HILL STREET
SUITE 200
MARLBOROUGH MA 01752-5900

## Your Portfolio at a Glance

## Market Value of Your Portfolio



CONFIDENTIAL TREATMENT REQUESTED BY JPMCC
Produced by JPMCC on August 31, 2015

JPMS0000285

CLEARING AGENT: J.P. MORGAN CLEARING CORP.
3 CHASE METROTECH CENTER, BROOKLYN, NY 11245

 This summary is for informational purposes only. It is not intended as a tax document.
This statement should be retained for your records. See reverse side for important information.

SEC-JPMCC-E-0000090
EPROD-SEC-LIT-E-000002090

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

STATEMENT PERIOD
August 30 - September 30, 2014

ACCOUNT NUMBER

LAST STATEMENT	August 29, 2014

## Your Portfolio Holdings (continued)

**Equities & Options** (Continued)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | MARKET VALUE | ESTIMATED ANNUAL INCOME | ESTIMATED YIELD (%) |
|---|---|---|---|---|---|---|---|
| LIGAND PHARMACEUTICALS INC | LGND | SHRT | -31,507 | 46.9900 | -1,480,514 | | |

CONFIDENTIAL TREATMENT REQUESTED BY JPMCC
Produced by JPMCC on August 31, 2015

JPMS0000289

SEC-JPMCC-E-0000094
EPROD-SEC-LIT-E-000002094

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

CONFIDENTIAL TREATMENT REQUESTED BY JPMCC
Produced by JPMCC on August 31, 2015

JPMS0000265

SEC-JPMCC-E-0000219
EPROD-SEC-LIT-E-000002219

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

Month End Closing Method: FIFO

STATEMENT PERIOD
October 1 - October 31, 2014

ACCOUNT NUMBER

LAST STATEMENT  September 30, 2014

## What's In This Statement

Financial Summary..................................................................3
Your Portfolio Holdings..........................................................4
Transaction Detail..................................................................6
Trades Executed Pending Settlement.................................19
Your Messages.....................................................................20

THE AMVONA FUND, LP
225 CEDAR HILL STREET
SUITE 200
MARLBOROUGH MA 01752-5900

## Your Portfolio at a Glance

## Market Value of Your Portfolio

CLEARING AGENT: J.P. MORGAN CLEARING CORP.
3 CHASE METROTECH CENTER, BROOKLYN, NY 11245

SIPC: This summary is for informational purposes only. It is not intended as a tax document.
This statement should be retained for your records. See reverse side for important information.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

STATEMENT PERIOD
October 1 - October 31, 2014

ACCOUNT NUMBER

LAST STATEMENT         September 30, 2014

## Your Portfolio Holdings (continued)

**Equities & Options** (Continued)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | MARKET VALUE | ESTIMATED ANNUAL INCOME | ESTIMATED YIELD (%) |
|---|---|---|---|---|---|---|---|
| LIGAND PHARMACEUTICALS INC | LGND | SHRT | -117 | 55.2700 | -6,467 | | |

CONFIDENTIAL TREATMENT REQUESTED BY JPMCC
Produced by JPMCC on August 31, 2015

JPMS0000269

SEC-JPMCC-E-0000223
EPROD-SEC-LIT-E-000002223

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS
CONFIDENTIAL TREATMENT REQUESTED BY JPMCC
Produced by JPMCC on August 31, 2015
JPMS0000276
SEC-JPMCC-E-0000230
EPROD-SEC-LIT-E-000002230

# BTIG, LLC

OFFICE SERVICING YOUR ACCOUNT
600 Montgomery St.
San Francisco, CA 94111
Tel: (415) 248-2200

THE AMVONA FUND, LP

STATEMENT PERIOD
October 1 - October 31, 2014

## Transaction Detail (continued)

ACCOUNT NUMBER

LAST STATEMENT   September 30, 2014

### INVESTMENT ACTIVITY (Continued)

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10/16/14 | 10/10/14 | BOUGHT | LIGAND PHARMACEUTICALS INC<br>AVG PRICE SHOWN-DETAILS ON REQ<br>BTIG Ticket Charge<br>on the trade is the Broker Fee<br>COVER SHORT.<br>BRK ALIAS:BEST | LGND | 14,673 | 44.39580 | 651,529.62 | |
| 10/16/14 | 10/13/14 | BOUGHT | LIGAND PHARMACEUTICALS INC<br>AVG PRICE SHOWN-DETAILS ON REQ<br>BTIG Ticket Charge<br>on the trade is the Broker Fee<br>COVER SHORT.<br>BRK ALIAS:BEST | LGND | 24,884 | 44.71550 | 1,112,887.13 | |
| 10/16/14 | 10/13/14 | SOLD | LIGAND PHARMACEUTICALS INC<br>AVG PRICE SHOWN-DETAILS ON REQ<br>BTIG Ticket Charge<br>on the trade is the Broker Fee<br>SHORT.<br>BRK ALIAS:BEST | LGND | -8,167 | 44.08000 | | 359,932.15 |