

# Presentation to the SEC

*September 25, 2014*

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080678

# Disclaimer

*We are presenting the results of our review to the SEC.  Our goal is to be open and cooperative.  We do not, however, intend to make any waiver of information that is protected by the attorney-client privilege, attorney work product doctrine, or other applicable privileges beyond the presentation itself, and this report should not be construed as a waiver of such privileges.*

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

Ligand

LGND_0080679

# Agenda

- Overview of Ligand

- Emmanuel Lemelson and the Amvona Fund

- Lemelson's False and Misleading statements

  - Insolvency, Bankruptcy and Other Claims

  - Misrepresentations Regarding Promacta

- Illegal *"Pump-and-Dump"* and Boiler Room Tactics

- Damage to Ligand and LGND Shareholders

- Urgent Action Needed

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.



LGND_0080680

# *Overview of Ligand*

*John Higgins*

Confidential

# Ligand Overview

- Founded 1987 in La Jolla, CA

- Strong history of drug discovery, development and partnering

- Over 60 novel clinical candidates and 14 approved medicines













FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080682

# Ligand Restructuring Highlights

- Prior to 2006, Ligand struggled with bloated costs and poor commercial success with its marketed products

- Major restructuring occurred 2006 to 2008

  – 18 senior executives resigned or were terminated
  – All but one Board member resigned
  – Divested commercial assets for $500 million

- 2007 rebuilt management team and Board to focus on new business model

  – Early stage research
  – Low operating costs
  – Focus on partnering to general royalty revenue

- Now have large portfolio of over 100 partnered drug programs

- 6 acquisitions in last 7 years have added significantly to our portfolio and increased depth of partnerships

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.



LGND_0080683

# Growth of Ligand's Portfolio



**Fully-Funded Programs**
**("Shots-on-Goal")**

## In six years…

**11x** increase in fully-funded programs

**7x** increase in revenue-generating products

### *What does this say about the business?*

1. **Ligand is executing well to expand its portfolio, adding assets to drive long-term value**

2. **Ligand partners have been successful getting new products to the market**

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Ligand

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080684

# Portfolio of over 100 Fully-funded Programs

### Type of Partner



Big Pharma
35%

Spec Pharma
9%

Generic
15%

Biotech
41%

### Stage of Development



Preclinical
25%

Marketed + NDA
14%

Phase 3 / Pivotal
7%

Phase 2
16%

Phase 1
38%

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.



LGND_0080685

# Ligand's Partners: Diversity Strengthens Portfolio

*Over 60 different partners*

## Pharma

Pfizer
GSK
Merck
BMS
AstraZeneca
Eli Lilly
Sanofi-Aventis
Takeda
Baxter
*(3 undisclosed)*

## Biotech

Amgen
Vertex
Exelixis
SAGE
Viking
MEI
Chiva
Retrophin
Merrimack
Glenmark
VentiRx
Medivis
*(8 undisclosed)*

Celgene
Melinta
Furiex
Aldeyra
Cardioxyl
Azure
J-Pharma
Meridian
Aveo
TCD
Marinus
TG Therapeutics

## Specialty

Allergan
Spectrum
CURx
Ethicor
Lundbeck
CSL Ltd.
Avion
*(8 undisclosed)*

## Generics

Hospira
Coherus
BioCad
*(4 undisclosed)*

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

Ligand

LGND_0080686

# Ligand's Fully-funded Partnerships

- We estimate our partners will spend **over $800 million in R&D in 2014** to advance our programs

    - 14 Phase 3 trials

    - 23 Phase 2 trials

    - 42 Phase 1 trials

    - 2 Phase 4 trials

    - 19 preclinical programs

    - Manufacturing scale-up

    - Regulatory filing fees

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

Confidential



LGND_0080687

# Ligand Receives Revenue From 8 Products

| Product | Partner | Therapy Areas |
|---|---|---|
| PROMACTA | GSK | ITP<br>Hepatitis C<br>Aplastic Anemia |
| Kyprolis (carfilzomib) | Amgen | Multiple Myeloma |
| Nexterone (amiodarone HCl) Premixed Injection | Baxter | Emergency Medicine |
| AVINZA (morphine sulfate extended-release capsule) | Pfizer | Pain |
| Conbriza | Pfizer | Women's Health |
| NOXAFIL posaconazole 40 mg/mL Oral Suspension | Merck | Infection |
| VFEND (voriconazole) | Pfizer | Infection |
| DUAVEE CONJUGATED ESTROGENS/BAZEDOXIFENE | Pfizer | Women's Health |

- <u>Plus</u>, in 2014 we will receive payments from over 100 more companies for license fees and Captisol

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

Ligand

LGND_0080688

# Ligand Annual Revenue Growth



- Business is doing well with revenue outlook above original guidance of $62 to $64 million

- Both Captisol and royalties growing in 2014 (Lemelson says both major revenue sources will sharply decline)

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080689

# Ligand's Operating Costs



**$ millions**

Combined Actual R&D and G&A Cash Expense

*Focused spending discipline, elimination of costs not driving value*

*Flat expenses over past three years, projected flat for 2014*

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080690

Ligand

# Revenue Growth and Flat Costs have Resulted in Increasing Cash Flow Generated by the Business



*Do not need to increase costs to grow revenue from existing portfolio*

■ Revenue

■ Cash Operating Expense

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080691

Ligand

# Ligand Independent Board Members

- *John Kozarich, Ph.D. (Chairman):* CEO ActivX, (Medical Research Company) Former Vice President of Research-Merck, Tenured Professor Yale Univ.

- *John LaMattina, Ph.D:* Former President of Pfizer Inc., Head of Global R&D. 30 years at Pfizer, reported to CEO

- *Sunil Patel, M.S:* CFO, OncoMed (public biotech company), Formerly Gilead, Connetics, Abgenix, McKinsey Consultant

- *Todd Davis, M.B.A:* Healthcare Royalty Partners (billion dollar investment fund). Formerly ELAN Pharmaceuticals, Abbott Labs, US Naval Officer

- *David Knott, M.B.A:* Chief Investment Manager Knott Partners

- *Steve Sabba, M.D:* Research Analyst and BIO Fund Head – Knott Partners. Formerly Sturza's Medical Research, Kilkenny Capital Management

- *Jason Aryeh:* Partner JALAA Equities (biotech investment fund), Chairman QLT, Inc. (public biotech company)

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.



LGND_0080692

# Ligand being Recognized for its Achievements

- CEO nominated as one of 5 nominees for 2013 CEO-of-The-Year based on "smart deal-making, a growing portfolio and a bean counter's obsession with frugal spending"

- Chairman named as one of Six Directors of the Year for 2014 by Corporate Directors Forum

- Named **Forbes** "43 Best Investment Ideas for 2014"

- Recognized in August 2014 as one of **Fortune** 100 fastest growing companies coming in at 13th on the list based on three year profit, revenue and stock growth

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080693

Ligand

# *Lemelson Profile and*

# *The Amvona Fund*

## *Charles Berkman*

Ligand

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080694

# Lemelson Profile

- Questionable personal history

  – Launched social campaign to publicly advocate mortgage default

  – Used dubious litigation tactics to support default on ~$2M home mortgage

  – Self promotion via Wikipedia, twitter postings and YouTube interviews

- Suspicious investment practices

  – No formal investment education, training, or experience

  – No financial models used - instead, stock analysis is "done in my head"

  – Self-reported 257% overall gain over 24 month life of fund may be too good to be true

- Dishonest and dubious investment practices

  – Reverse pump-and-dump tactics used to quickly drive down shorted stocks

  – Uses religious credentials to inspire false confidence and raise money

  – Gives credit to God and prayer for his results

- Markets fund to raise capital under the JOBS Act

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.



LGND_0080695

# Amvona Fund Size

| | Year | Fund Size |
|---|---|---|
| Lemelson claims he began in: | 2012 | $2.7 Million |
| Sept. 16 he claims fund increased "seven-fold" since 2012 inception | 2014 | $18.9 Million |
| Sept. 16 projected 24-fold increase in his fund, during next 2 years | 2016 | $400 to $500 Million |

*"I'm sure there's, you know, more than 100 investors who've expressed interest recently and it looks like, you know, in the next 24 months from now, perhaps we could get to 400 or 500 million or something like that."*

*- Emmanuel Lemelson  (September 16, 2014)*

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080696



# Investment Philosophy Contradiction

*"Staying within a circle of competence **with a focus on proficiency in select sectors** is a hallmark… "*

*- "Investment Philosophy" section of Lemelson Capital Website*

| Disclosed Investment | Industry |
|---|---|
| Apple | Consumer Electronics |
| Kulicke & Soffa | Manufacturing Equipment |
| Ligand Pharmaceuticals | Biotechnology |
| Skechers | Clothing/Apparel |
| World Wrestling Entertainment | Sports/Entertainment |

- Recent stocks targeted

- Industries could not be more different

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

Ligand

LGND_0080697

# Lemelson: Religion and Investing
## *Hallmarks of an Affinity Fraud*

- In multiple recent interviews, Lemelson aims to appeal to retail investors' religious faith to create a connection, build credibility and raise money



*"I think it's hard sometimes for people to say, well, **what role would a clergyman or … would we have as Christians in the financial markets?** But, I would say how could we not have a role? **It's incredibly important."***

*"**Pray and ask God to bless your endeavor**, such that your results will glorify Him. In this way, you are most likely to pursue what you're meant to be doing. When you discover this, your energy will be boundless **and financial success will follow."***

Photo from Wikipedia (http:wikipedia.org/wiki/Emmanuel_Lemelson) page that discusses Lemelson and highlights his fund and investments, including Ligand Pharmaceuticals

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080698

Ligand

# Lemelson: Religion and Investing

## *Attributing Financial Success to Prayer*

- Lemelson credits his results to prayer



Joel Elconin: *"Okay. And you were the top hedge fund manager rated by Barron's in 2013, a good year in the markets, what do you think has been the key to your success?"*

Lemelson: *"Well, glory be to God, first of all, that [Barron's rating Lemelson as a top hedge fund manager] occurred… **And, you know, I would say that the key to success is really**, you know, prayer, actually."*



Photo above affixed to YouTube financial interviews, Interviews also posted to Lantern Foundation website

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

Confidential

Ligand

LGND_0080699

# Lemelson: Religion and Investing
### *Hallmarks of an Affinity Fraud*

- Lemelson also utilizes images illustrating his religious affiliations to appeal to retail investors and suggests that God is blessing his work

  *"But in a stubborn market that keeps rising, I think any manager has to look at the short side as well.  **And, thank God those have done well, those positions**." [referring to LGND short position]*

  *"You know, **glory to God** as I always say.  You know, I mean, **we asked that our work would be blessed.  And that morning, WWE really tanked** . . ."*

- Uses pulpit of Lantern Foundation (Religious non-profit) web-page to post his pump-and-dump stock interviews



A registered 501c(3) private foundation solicits money for religious groups, Lemelson Founded and serves as President

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

23

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080700

# Lemelson: Religion and Investing

*Investors referring to their fund manager as "Father"*



- Lemelson's faith permeates his communications about investing and the Amvona Fund

  - States *"word Amvona is derived from the ancient Greek word for 'Pulpit'"*

- Lemelson's investors refer to him as "Father" when commenting about their expected investment returns

  *"Jokingly, they say, 'Well Father, you know, we do expect [the same returns in the future].'"*

- Lemelson repeatedly mixes financial voice and religious position/messages to mislead investors

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

Ligand

LGND_0080701

# Lemelson: Religion and Investing
## *Multi-level Social Media Campaign*

- Lemelson utilizes at least three Twitter accounts to create digital traffic and visibility



*Uses Amvona Fund Twitter Account to retweet messages from both his own (@Lemelson) and Lemelson Capital accounts*

**amvona**
@amvona

Amvona publishes critical articles on Faith, Investing, Economics and Technology.

Southborough, MA
amvona.com
Joined November 2008

Tweet to amvona

amvona retweeted
+ **Emmanuel Lemelson** @Lemelson · Sep 16
Κύριε, ἐλέησον cbsloc.al/1uFv46O #NFL #religiousfreedom let us pray that Tony McGee did not fully understand his actions
2    View summary

amvona retweeted
**Lemelson Capital** @LemelsonCapital · Sep 11
@LemelsonCapital Takes Down $WWE And Brings It Back Up #hedgefunds #corpgov bit.ly/YASxv7
2    View summary

*Tweets relating to religious commentary and current events, mixed with stock performance*

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Ligand

Confidential
Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.
LGND_0080702

# Lemelson: Outperformance Claims

- "It represents the third time in eight months that Barron's monthly performance rankings of global hedge funds has included The Amvona Fund among the world's top performers." – 5/27/14 Lemelson Capital Management Press Release

  - No historical record available

  - Performance ranking derived from un-audited, self reporting

- "From inception in September 2012 through May 2014 (21 months) - The Amvona Fund, LP has returned a Compounded Annual Gain of 85.15% (58.51% net) and an Overall Gain of 193.65% (123.90% net)." – 6/4/14 LCM Press Release

  - Over the same period here is what the indexes returned for overall gains
    - Dow =           27.7%
    - S&P 500 =      36.8%
    - Nasdaq =       38.3%
    - Lemelson =   193.7%

  - The difference between overall (gross) and net gains for the Amvona fund is as follows:
    - Fees and expenses annualized: 31.3%
    - Fees and expenses since inception: 36.0%

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83



Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080703

# Lemelson: Outperformance Claims

- "During this period, the fund beat the benchmark S&P 500 Total Returns Index by 407.95 percent, returning 87.22 percent net of all fees and expenses." (referring to LTM performance) – 7/13/14 LCM Press Release

  - Lemelson is claiming that over the prior 12 month period his fund beat the S&P index by **5 fold**

  - When he reports his performance, his timing is random. He could pick a day when he is up and markets are down

- "The firm also today released the overall and net gains for the fund since inception, which were, respectively, 257.74 percent and 160.21 percent. The fund's performance since inception has outperformed the benchmark S&P 500 Total Returns Index by 209.07 percent (111.54 percent net of all fees and expenses)." – 9/5/14 LCM Press Release

  - Difference between Gross and Net returns increasing. Fees and expenses as a percent of overall returns increased from 36% when reported in June to 38% when reported two months later in September

  - He reports his performance on different days of the month, potentially in order to fix his returns

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

Ligand

LGND_0080704

# *Insolvency, Bankruptcy and Other Claims*

*Nishan de Silva*

Confidential

# Lemelson's Insolvency Claims

- Lemelson has claimed several times that Ligand is insolvent

- Solvency is defined as the ability to pay for one's debts as they come due

    — Ligand is NOT insolvent

- Lemelson uses a highly unusual definition of insolvency to assert that Ligand is insolvent

    — According to Lemelson, "liabilities exceeded tangible assets, meaning the company was insolvent"

- By using the term "insolvent", Lemelson is attempting to make retail investors believe that Ligand is truly insolvent, which is completely unfounded

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.



LGND_0080706

# Lemelson's "Insolvency" Claims

- "On August 4, 2014, Ligand released their Q2 earnings report and financial statements in which the company boasted that it was debt free. Prior to this August 4 release, **the company's liabilities exceeded tangible assets, meaning the company was insolvent**"

- "[The convertible note] **further deepens the company's insolvency and likelihood of liquidation** or reorganization under Chapter 7 or Chapter 11 of the bankruptcy code under which remaining Ligand common shareholders have only the protection of $21,000 in tangible equity to shield them from $245M in debt"

- "If the bond offering succeeds, the company's liabilities will again far exceed its assets and **the company will be technically insolvent once more**"

- "This was a company that enjoyed **six days of solvency** (from Aug. 1 to 7)"

- "The increased **debt service will dramatically intensify going concern risk,** which the company discussed at length in its 2013 annual report, **and its prospects for bankruptcy**"

- "Should the call feature of Ligand's debt be exercised, as is possible and even likely, **common shareholders would be wiped out immediately**"

- "The company had issued $245M in new debt against the company's tangible equity of just $21,000, giving rise to a debt to tangible equity ratio of 11,667-to-1 (that is to say $11,667 in debt for every $1 in tangible common shareholder equity)"

30

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

Ligand

LGND_0080707

# "Insolvency" Claims: The Facts

- The definition of insolvency is NOT that liabilities exceed tangible assets

- At the time Lemelson claims Ligand was insolvent, the Company had $11.6M in cash on hand, not accounting for future cash flows
  - This was more than sufficient to pay for accrued expenses for the following quarter
  - Ligand is building cash every quarter and is profitable

- Ligand's liabilities do NOT exceed it assets, even after the convertible note offering

  - As of Q2 2014, Ligand reported total assets of $99.8M and total liabilities of $36.8M
  - Pro forma for the convertible note, Ligand has ~$265M in total assets and ~$201M in total liabilities

- His claim that Ligand "enjoyed solvency for 6 days" does not make sense

  - Insolvency does not work this way

  - The banks would not have underwritten the Bonds if the very issuance of them made Ligand insolvent

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.



LGND_0080708

# NO Going Concern Letter from Auditor

- Ligand's auditor Grant Thornton has not issued a going concern opinion

- Lemelson takes boilerplate language from Ligand's 10-K ("[w]e believe that the actions presently being taken to generate sufficient operating cash flow provide the opportunity for us to continue as a going concern") and misrepresents it as a "going concern" auditor opinion

- This disclosure language is consistently included in Ligand's 10-Ks

- Less than $2M interest due annually- does NOT increase going concern risk

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.



LGND_0080709

# Ligand is NOT at Risk of Bankruptcy

- Ligand's cash generated from operations is growing

  – $21M cash from operations in 2013

  – $30 - $35M cash from operations estimated in 2014

  – Over $45M cash from operations estimated in 2015

- Bankruptcy is a legal process regarding an entity's failure to pay its debts

- Ligand recently fully repaid an outstanding $28M principal loan with no late payments or other creditor complaints

- The company recently qualified to enter into a $245M convertible loan agreement after intense due diligence by well-known creditors (no principal, and less than $2M interest due annually)- no bankruptcy risk identified

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.



LGND_0080710

# Convertible Note Process Overview

- Completed convertible note financing in August 2014

- Two leading, bulge-bracket banks served as joint bookrunners: Bank of America Merrill Lynch and Deutsche Bank
    - Both banks are highly experienced leaders in convertible note offerings with billions of dollars in convertible note financings per year

- Three weeks of intensive underwriter due diligence encompassing all functional areas of company preceded financing- no issues identified
    - Financial, accounting, tax
    - Legal- corporate and IP
    - R&D/regulatory

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080711



# Convertible Note Summary

- $245M convertible note due August 2019

- 0.75% coupon, $75.05 per share conversion price (35% premium to $55.59 per share closing price)

- $38M stock repurchase (~680k shares) completed concurrently with offering

- Call spread purchased for $36M, raising conversion price to $125.08 per share (125% premium over closing price)

- Principal to be repaid in cash

- Successful transaction: Bank of America Merrill Lynch summary comments

  — "No issuer with a sub-$1.5B market cap had priced a convertible with a sub-1.00% coupon since 2007 across all industries"

  — "This [125% premium] represented the highest effective premium achieved via a call spread from any issuer since 2008"

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080712

Ligand

# False "Insolvency" Claims Concerning Convertible Note

- If the call feature on the convertible note is exercised, common stockholders will NOT be "wiped out"

  — The note has no call feature

  — Creditors may not call in cash repayment before the end of the note's term except under certain unusual circumstances

  — Ligand committed to principal repayment in cash- no dilution to common stockholders

- Ligand purchased a call spread option for ~$36M to raise the conversion price from $75/share to $125/share

  — Stock price has to more than double to realize ANY dilution

  — Increased conversion price further significantly reduces any potential dilution to common shareholders

- Lemelson claims Ligand paid millions to insure the bonds  - **we did not**

- Lemelson reports Ligand's annual cash interest expense will be $12M per year but in fact it is less than $2M

- Lemelson's "11,667-to-1" debt to tangible equity ratio ignores **all** the cash proceeds from the debt

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080713

# Ligand's use of Non-GAAP Financial Presentation

- In reporting financial results, Ligand presents BOTH GAAP and Non-GAAP Net Income and EPS, with three NON-CASH, Non-GAAP adjustments:

  — Stock-based Compensation

  — Changes in Valuation of Contingent Value Rights

  — Mark-to-market for Investments Owed to Licensors

- We, and the majority of profitable companies in our industry, exclude Stock-based Compensation from our Non-GAAP financials because:

  — It is non-cash

  — It is based on Black-Scholes Valuation, which requires many market-based inputs

- We also exclude changes in Valuation of Contingent Value Rights and Mark-to-market for Investments Owed to Licensors

  — These are non-cash charges that come from increases or decreases in the accounting estimate of the fair value of future payments and value of publicly traded securities

- Lemelson argues that we are being dishonest by providing Non-GAAP EPS

  — We disclose both GAAP and Non-GAAP, so investors are free to incorporate the additional disclosures into their analysis or ignore them

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080714

Ligand

# Critical Importance of Intangible Assets

- Lemelson claims intangible assets such as royalties have no real value and he calculates Ligand's net equity excluding intangibles

  — No explanation for this methodology

  — Done solely to paint a misleadingly dire portrayal of Ligand's financial condition

- Ligand's business model predicated on the value of intangible licenses and royalties

  — GAAP requires recording intangible assets- necessary to evaluating financial picture

  — Intangibles are main drivers of Ligand's revenues and profits

  — Sophisticated investors do not exclude intangibles- they value strength of a company's business model and prospects for future growth

  — Especially true for companies such as Ligand focused on revenue-generating programs based on royalties and licenses

  — Many biotech companies have minimal tangible assets and robust market caps for this exact reason

  — Without understanding the value of intangibles, retail investors may be persuaded they are worthless and Ligand's assets are minimal

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080715



# Lemelson's Stated LGND Comps

*"At a PE ratio of 24x diluted TTM EPS (the average of the Company's supposed competitors, who have long histories of profitability, real R & D and significant assets), the price per share would be $13.92."*

*- Emmanuel Lemelson  (Report dated June 16, 2014)*

**($BB)**

| Name | Market Cap | 2013 Revenue | Y/Y Rev Growth [1] |
|---|---|---|---|
| Johnson & Johnson | $305 | $71 | 6% |
| Novartis | 228 | 58 | 2% |
| Roche | 208 | 51 | 4% |
| Pfizer | 193 | 52 | (6%) |
| Sanofi | 149 | 44 | (3%) |
| GlaxoSmithKline | 115 | 42 | (1%) |
| AstraZeneca | 94 | 26 | (9%) |
| Mylan | 18 | 7 | 2% |
| Mean | $164 | $44 | (1%) |
| Median | 171 | 47 | 0% |
| **Ligand Pharmaceuticals** | **$1** | **$0.05** | **56%** |

(1) 2013 revenue versus 2012

- Comp group selection is clearly incorrect:

  — Average market cap of group is 160x that of LGND,

  — Average 2013 revenue is over 800x larger than that of LGND

- The market values mature, "cash cow" firms with much lower multiples

- LGND higher PE multiple driven by strong expected growth, turned profitable in 2013

*Confidential*

Confidential

Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.

LGND_0080716

# *Promacta®:*

# *Ligand's Largest Asset*

*Matt Foehr*

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83



# Lemelson's False Claims Regarding Promacta

- Promacta is currently Ligand's largest financial asset

  - Widely known by investors and disclosed by the Company

- Lemelson's false and misleading claims about Promacta were the first and one of the most central arguments to start his illegal short-selling spree

  - Lemelson has made sensationalized and false statements to mislead investors, including that the drug is *"literally going to go away"*

  - Numerous misrepresentations about the current and future uses of Promacta

- Promacta is a growing global drug, currently approved in 3 indications, and it's in development for a number of other indications that Lemelson ignores entirely

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080718



# Promacta



- Oral medicine that boosts platelets to treat thrombocytopenia

  — Platelets are the component of the blood that facilitates clotting

  — People with diseases of the liver have limited ability to produce platelets

  — Cancers, cancer treatment, other blood disorders can lead to low platelets

- Discovered by Ligand, currently marketed by GSK

- Patent protected through 2027

- Potential for major label expansion

  — Over 25 active clinical trials

  — Recent/upcoming data and events in new indications

- Tiered royalty to Ligand of 4.7% to 9.4%



Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080719

# Promacta: Potential for Future Growth

- Similar to red blood cell and white blood cell markets, the newer low platelet market is made up of a number of "sub-markets" in which the medical need is real, life-threatening and unmet

- Four different areas create growth opportunity for Promacta, **and all have been the subject of Lemelson's lies or omissions**

*Currently Approved Indications*

*Ongoing Development*
**New Markets**

| ITP | HCV | AA | ORT |
|---|---|---|---|
| *Idiopathic Thrombocytopenia* | *Thrombocytopenia Induced by Hepatitis C Virus* | *Aplastic Anemia* | *Oncology Related Thrombocytopenia* |
| *95 Markets* | *49 Markets* | *1 Market* | *Major clinical investment on-going: MDS, AML, CLL, CIT, Others* |
| *Pediatric ITP filing planned for year end* | *Global filing and launch investment* | *Recent FDA Approval Other Markets Filed* | |

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.



LGND_0080720

# Promacta: Lemelson's False Claims

- *"I mean, people say, well, Promacta is used for ITP. **Well, no, it's not."***

- *"**ITP not a commercially viable application for Promacta®**"*

- *"**… suggestions that idiopathic thrombocytopenic purpura (ITP) is a commercially viable alternative application are false.**"*



**ITP**

*Idiopathic Thrombocytopenia*

*95 Markets*

*Pediatric ITP filing planned for year end*

## *Actual Facts About Promacta in ITP*

- Approved for ITP in 2008, following FDA Advisory Panel unanimous 16-0 vote in favor

- Currently marketed in 95 countries for use in ITP

- Partner GSK recently announced positive Phase 3 data in pediatric ITP and plans to file by end of 2014 globally for approval in children

- Estimated 90% of current revenue for Promacta is derived from its use in ITP

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080721



# Promacta: Lemelson's False Claims

- *"Based on recent FDA comments, Gilead's revolutionary Sovaldi® drug **will virtually eliminate demand for Promacta**"*



**HCV**

*Thrombocytopenia Induced by Hepatitis C Virus*

*49 Markets*

*Global filing and launch investment*

### Actual Facts About Promacta in HCV

- Promacta is a **supportive care** drug used to boost platelets along with other drugs (that treat the virus) while the patient's liver is recovering

- Promacta has continued to demonstrate growth following the launch of Gilead's Solvadi in 2013 and is continuing to expand into new markets

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83



Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080722

# Promacta: Lemelson's False Claims

- *"There has never been evidence presented that Promacta® will be able to generate significant revenue…"*

## Actual Facts About Promacta in Aplastic Anemia



**AA**

*Aplastic Anemia*

*1 Market*

*Recent FDA Approval
Other Markets Filed*

- Recently approved in the US and filed globally
- Received Breakthrough Therapy and Fast Track Designation by the FDA
- Data published in New England Journal of Medicine
- Recognized globally as a major medical advancement:

**Dr. Danielle Townsley**
*Sr. Clinical Fellow - NIH*

*"… we noticed that this drug was doing something absolutely phenomenal."*

**Dr. Phil Scheinberg**
*Hospital Sao Paolo, Sao Paolo, Brazil*

*"…one of the most important advancements in the area of aplastic anemia"*

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080723



# Promacta: Lemelson's False Claims

- *"There is **no evidence of a significant market for Promacta®** outside of Hepatitis C indications.."*



**ORT**
*Oncology Related Thrombocytopenia*

*Major clinical investment on-going: MDS, AML, CLL, CIT, Others*

## *Actual Facts About Promacta in ORT*

- Clinical data has been presented at major medical meetings illustrating Promacta's use in MDS, AML, CLL, CIT and other indications
  - Shown to inhibit leukemia cell growth and boost platelets
  - 80% response rate in CLL-associated ITP
- GSK recently initiated a global Phase 3 trial in MDS, plans have been announced to file for approval in 2015
- Taken together, these potential indications represent the largest potential market for Promacta

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080724

# Promacta: Lemelson's False Claims

**First, Lemelson creates investor fear about Ligand's lead program**

- **Post Q1 '14 Results:** *"The impact to sales of Promacta® from revolutionary new drugs has already begun to manifest itself in the Company's Q1 results."*

**And then, changes his predictions when proven wrong…**

- **Post Q2 '14 Results:** *"Promacta sales have not yet been impaired by new Hep C regimens that address multiple genotypes, but will be."*

**Common Theme: Lemelson Replaces One Bogus Claim with Another**

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080725



# Promacta: Global Quarterly Revenue



- Consistent annual revenue growth since Promacta launched

- Q2 2014, revenues grew 31% over Q2 2013

- All three commercial regions are growing

*GSK reported quarterly sales. Figures converted from GBP to USD, Emerging Markets as defined by GSK quarterly reports*

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080726

# Promacta Projections: Sell-Side Analysts

- Seven pharma analysts provide projections for Promacta.  All of them show it growing, none forecast it *"going away"*



**Revenue Projections for GSK …**

**…Yield these Royalty Projections for Ligand**

**High**
**Low**
**Average**

*Sales figures converted from GBP to USD*
*Conversion rate = 1.68*

*7 GSK/Novartis covering analysts reports as of 8/4/14*

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080727

# Illegal "Pump-and-Dump"

# and Boiler Room Tactics

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83



# Illegal Pump-and-Dump Scheme

- This is a classic pump-and-dump scheme in reverse – Lemelson is trying to incite retail investors to dump shares at artificially low prices to benefit his short position.

  - "Ligand's fair value is roughly **$0 per share**, or 100 percent below the current stock price."

  - "You know, Ligand is attracting a certain type of investor, I mean, people who would buy a **lottery ticket**."

  - "They've diluted their shareholders 72 percent over the last 10 years."

  - "The casual observer might even mistake what Ligand leadership has coined a 'creative transaction' as a common game of three-card Monte, played on any street corner – shills included."

- The SEC brought a similar case involving a Wall Street short seller who spread a false rumor to profit on his short position.

  - *SEC v. Paul S. Berliner*, No. 08-CV-3859 (S.D.N.Y.)

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.



# Boiler Room Tactics

- Lemelson uses boiler room tactics – creating a false sense of **urgency** and misrepresenting the company at every turn.

    — "So I would say to the average shareholder in the most academic and sophisticated terms I can think of, you know, **run, Bambi, run**."

    — "The financial condition of the company continues to **erode rapidly** offering essentially **zero margin of safety** to common shareholders."

    — "Should the call feature of Ligand's debt be exercised, as is possible and even likely, common shareholders would be **wiped out immediately**."

- "Zero margin of safety" improperly implies guarantee that stock can't go up any period of time

- Lemelson's tactics are similar to many of the SEC's boiler room scheme enforcement actions.

    — *E.g., SEC v. Benger*, No. 09-CV-676 (N.D. Ill.)

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080730



# Illegal Stock Manipulation

- Lemelson also uses his supposed hedge fund returns just like a stock manipulator who falsely claims great returns in a stock tip newsletter.

  - "During this period, the fund beat the benchmark S&P 500 Total Returns Index by 407.95 percent, returning 87.22 percent net of all fees and expenses." (referring to LTM performance) – 7/13/14 LCM Press Release

  - "Assets under management have grown in about (sic) seven-fold in the last 24 months."

  - His returns include ill-gotten gains from egregiously false and misleading statements about Ligand

- The Commission routinely warns investors of funds with "overly consistent returns" for this very reason.

  - *E.g.*, *SEC v. Hunter*, No. 12-CV-3123 (S.D.N.Y.); Securities and Exchange Commission, *Ponzi Schemes*, http://www.sec.gov/answers/ponzi.htm.

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080731



# *Damage to Ligand and*

# *LGND Shareholders*

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.



# Significant Damage to Ligand and Investors

- Egregious manipulation of Ligand's stock and significant loss of Market Value

  - Loss of approximately $400 million in market cap or 29% over 3 months

- Increase cost to debt offering

  - Ligand issued $245 million in convertible debt. Had Lemelson not been viciously attacking Ligand and inciting a revolt-like short selling environment, Ligand could have priced its convertible bonds at a higher stock price, saving the company over $10 million

- Enormous distraction to investors and declining investor and analyst interest

- Unwitting retail investors are taking bait and being lured into fraudulent scheme

- Investors in his fund and those following his trades; market reaction shows investors are following his advice and selling at artificially depressed prices

- Classic Ponzi scheme where victims do not even learn of the fraud or damage until after some intervention

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080733



# Significant Damage to Ligand Shareholders

- Credible Wall Street sources have publically attributed Ligand's stock decline directly to Lemelson's false statements about the Company

- Reports issued by Roth Capital and Cantor Fitzgerald refuted Lemelson's statements

  — Lemelson later launched public attack of Roth Capital analyst, discouraging others from commenting publicly

- Ligand has fielded a significant amount of calls, emails and in-person comments from current shareholders relating to the false statements







FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

57

Confidential

LGND_0080734



# LGND: Stock Price Over Lemelson Period

Ligand news since Lemeleson June 16 report

- Positive human data for diabetes drug
- $200 million deal signed for cancer medicine ($1.2 mil upfront payment)
- Phase 3 trial initiated for Promacta MDS
- Reported strong Q2 results, raised full year 2014 guidance
- Promacta achieves record quarterly revenue
- Ligand partner (SAGE) completes highly successful IPO
- Closed $245 convertible offering, announces $200 mil repurchase
- Signed multiproduct deal with Avion for Captisol



LGND ~40% lower than BTK index

~$400 million lost market cap

Legend: LGND, BTK

*Note: Market data as of 19-Sep-2014*

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080735



# *Urgent Action Needed*

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.



# Urgent Action Needed

- This is exactly the sort of matter where the SEC brings an emergency action and prevails:

  — *SEC v. Cope*, 14-CV-7575 (S.D.N.Y. Sept. 2014)

  — *SEC v. Galas,* 14-CV-5621 (W.D. Wash. Aug. 2014)

  — *SEC v. Babikian*, No. 14-CV-1740 (S.D.N.Y. Mar. 2014)

- Like the brothers in *SEC v. Hunter*, No. 12-CV-3123 (S.D.N.Y) —who told investors they had a stock picking robot, but really were just acting on financial incentives — Lemelson's financial analysis is "in his head" and gets astounding returns

- But all he does in his head is pick out things to lie about Ligand to cover his own short position

- The only way to prevent further harm to Ligand investors is for the SEC to bring an immediate action

60

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 C.F.R. § 200.83

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080737