WIKIPEDIA

# Bradley J. Bondi

**Bradley J. Bondi** is an American lawyer, law professor[1][2] and partner at Cahill Gordon & Reindel, where he is the Chair of the firm's White Collar and Government Investigations Practice Group.[3] He has also served on the executive staff of the Securities and Exchange Commission (SEC),[4] he was appointed to the Financial Crisis Inquiry Commission (FCIC) in the wake of the 2007-2008 financial crisis to investigate its causes[5] and he served in a leadership role on the 2016-2017 presidential transition team.[6]

He appears regularly as a legal analyst and commentator on television, including CNBC[7][8][9] and Bloomberg Television,[10][11] and is often quoted in the Wall Street Journal,[12][13][14] the New York Times,[15] the Washington Post,[16] Forbes[17] and others.

Bondi has provided expert Congressional testimony (https://web.archive.org/web/20180613234337/https://financialservices.house.gov/uploadedfiles/hhrg-115-ba16-wstate-bbondi-20180613.pdf) on securities law enforcement[18] and is a senior fellow at the Center for Financial Stability (http://www.centerforfinancialstability.org/), a think tank focusing on domestic and international securities and banking regulation, financial markets, corporate governance and the financial crisis.[19] He is also a member of the board of advisors of the Economic Crime and Cybersecurity Institute (http://www.ecii.edu/), which supports education and research in economic crime and information security.[20]

## Contents

**Career**
    Education
    Government Service
    Private Sector
**Publications**
    Academic and Journal Articles
**References**

## Career

### Education

Bondi received a B.S. degree with highest honors in finance, an M.B.A. in finance and management and a J.D.[21] with highest honors from the University of Florida Levin College of Law. He earned an L.L.M. with distinction in Securities and Financial Regulations from Georgetown University Law Center where he received the Thomas Bradbury Chetwood, S.J. Prize for best academic record in his class. He also holds a Certificate in Executive Leadership from Cornell University and a Certificate in Management Excellence from Harvard Business School.[22]

Upon graduation from law school, he clerked for Judge Edward E. Carnes of the U.S. Court of Appeals for the Eleventh Circuit.[22]

### Government Service

Bondi served three years on the executive staff of the Securities and Exchange Commission, working as counsel for enforcement actions and regulatory rule-making to Commissioners Paul S. Atkins and Troy Paredes,[23] the former of whom Bondi has co-authored op-eds and journal articles on regulatory policy and securities law.[24][25] While at the SEC, he served as a Special Assistant United States Attorney.[26]

In the wake of the financial crisis, Bondi was appointed from the SEC to the Financial Crisis Inquiry Commission (FCIC), as an assistant director and deputy general counsel.[27][28] The Commission was signed into law in 2009 and charged with examining "the causes, domestic and global, of the current financial and economic crisis in the United States."[29] While with the FCIC, Bondi led one of the three teams examining the causes of the financial crisis,[30] and questioned prominent figures in the financial world including Warren Buffett,[31] former Chairman and CEO of Citigroup Charles Prince, former US Secretary of the Treasury Robert Rubin, former Citigroup executive John Reed, hedge fund manager William Ackman, then-CEO of Citigroup Vikram Pandit, Eric Kolchinsky, Thomas Maheras and David Bushnell.[32] He has been credited with assisting Peter Wallison, a commissioner of the Financial Crisis Inquiry Commission, with research that went into Wallison's dissenting report.[33]

### Private Sector

Securities Docket called Bondi "the first choice among Boards of Directors and Audit Committees of the Fortune 500 when their company is faced with SEC or DOJ problems."[34] Today, Bondi represents companies and boards of directors in significant legal crises such as enforcement actions involving the SEC and the Department of Justice (DOJ), internal investigations and significant litigation.[35] He is the Chair of Cahill's White Collar and Government Investigations Practice Group.[36]

Among his notable clients that are public, Bondi led the representation of Tesla before the SEC in an enforcement case stemming from tweets by its CEO concerning a potential going-private transaction in 2018.[37][38][39] The *Wall Street Journal* described the SEC action as, "Among the highest-profile cases in years."[38]

Bondi also led an internal investigation for the board of directors of the Washington Metropolitan Area Transit Authority that exposed misconduct by a prominent D.C. Council Member.[40] The *Washington Post* said the "devastating"[41] and "meticulous report cited incontrovertible evidence" of misconduct.[42] The paper credited the report for leading to the Council Member's re-election defeat, following his public reprimand.[43]

Bondi defended the Salix subsidiary of Valeant Pharmaceuticals in a securities class action in 2017.[44] In 2018, Bondi defended Salix before the SEC in an enforcement action that resulted in no monetary penalties against the company.[45] The SEC's press release stated that, "The settlement with Salix reflects the company's self-report to the Commission and its significant cooperation with the investigation." The SEC also acknowledged that, "Salix's proactive remediation included conducting an extensive internal investigation that led to [the CFO's] resignation."[46]

In 2016, Bondi represented Princess Cruise Lines in connection with a criminal case involving the illegal discharge from one of its ships.[47]

Bondi successfully represented the investment bank Morgan Stanley[48] before the Supreme Court of the United States, in the case Credit Suisse First Boston Ltd. v. Billing (interpreting securities laws as implicitly precluding the application of anti-trust laws in the IPO process). He also served as the counsel of record for two other Supreme Court amicus curiae briefs: Yates v. United States[49] (construing Sarbanes-Oxley's criminal provision for document destruction) and Salman v. United States[50] (concerning the personal benefit element of insider trading law).

Bondi teaches securities law as an adjunct professor at both Georgetown University Law Center[51] and George Mason University's Antonin Scalia Law School.[52]

In 2016-2017, Bondi served on the transition team for the incoming Trump administration, advising on issues relating to the financial services sector and leading the landing team to the Export-Import Bank of the United States.[53]

## Publications

Bondi has authored numerous academic articles on securities law, criminal law and corporate governance. He also has authored two book chapters on white-collar criminal defense strategy for the series *Inside the Minds* (Aspatore Books, 2007).[54] He serves as a regular contributor to *Directorship Magazine*, a publication of the National Association of Corporate Directors.[55]

In 2018, he provided Congressional testimony concerning securities law enforcement.[56]

### Academic and Journal Articles

- Corporate Secretary Guidelines: Taking Notes and Preparing Official Minutes, National Association of Corporate Directors Magazine (August 2016)[57]
- When Should the General Counsel Recommend that the Board Conduct an Independent Investigation?, ACC Docket (June 2016)[58]
- Surviving a Restatement: Ten Pitfalls To Avoid, National Association of Corporate Directors Magazine (May 2016)[59]
- Defending the Data: A Director's Cybersecurity Duty, National Association of Corporate Directors Magazine (March 2016)[60]
- Gleaning Best FCPA Practices for Directors from Recent Government Actions, National Association of Corporate Directors Magazine (February 2016)[61]
- Effective Communications During a Crisis, National Association of Corporate Directors Magazine (December 2015)[62]
- Is the SEC Zeroing In On Directors?, National Association of Corporate Directors Magazine (November 2015)[63]
- The Law of Insider Trading: Legal Theories, Common Defenses, and Best Practices for Ensuring Compliance, New York University Journal of Law and Business (March 2012)[64]
- Facilitating Economic Recovery and Sustainable Growth through Reform of the Securities Class-Action System: Exploring Arbitration as an Alternative to Litigation, Harvard Journal of Law and Public Policy (Spring 2010)[65]
- Don't Tread On Me: Has the United States Government's Quest for Customer Records from UBS Sounded the Death Knell for Swiss Bank Secrecy Laws?, Northwestern Journal of International Law & Business (Winter 2010)[66]
- No Secrets Allowed: Congress's Treatment and Mistreatment of the Attorney-Client Privilege and the Work-Product Protection in Congressional Investigations and Contempt Proceedings, Journal of Law & Politics (March, 2010)[67]
- Dangerous Liaisons: Collective Scienter in SEC Enforcement Actions, New York University Journal of Law and Business (Fall 2009)[68]
- Securities Arbitrations Involving Mortgage-Backed Securities and Collateralized Mortgage Obligations: Suitable for Unsuitability Claims?, Fordham Journal of Corporate & Financial Law (August 22, 2009)[69]
- Evaluating the Mission: A Critical Review of the History and Evolution of the SEC Enforcement Program (co-authored with SEC Commissioner Paul S. Atkins), Fordham Journal of Corporate & Financial Law (2008)[24]

## References

1. School, Scalia Law. "Bondi, Bradley J. | Scalia Law School" (https://www.law.gmu.edu/faculty/directory/adjunct/bondi_bradley). *www.law.gmu.edu*. Retrieved 2017-09-14.
2. "Profile Bradley Bondi — Georgetown Law" (https://www.law.georgetown.edu/faculty/bondi-bradley.cfm). *www.law.georgetown.edu*. Retrieved 2017-09-14.
3. "Cahill Taps Cadwalader for Securities Enforcement Head" (http://www.americanlawyer.com/id=1202721145444/Cahill-Taps-Cadwalader-for-Securities-Enforcement-Head?slreturn=20170803235554). *The American Lawyer*. Retrieved 2017-09-14.
4. Docket, Securities. "Bradley Bondi Joins Cahill Gordon in D.C. and New York" (http://www.securitiesdocket.com/2015/03/16/bradley-bondi-joins-cahill-gordon-in-d-c-and-new-york/). *www.securitiesdocket.com*. Retrieved 2017-09-14.
5. "About the Commission: Staff : Financial Crisis Inquiry Commission" (https://fcic.law.stanford.edu/about/staff). *fcic.law.stanford.edu*. Retrieved 2017-09-14.
6. "Trump Adds Prominent Regulation Critic to Finance 'Landing Team' - Morning Consult" (https://morningconsult.com/2016/11/22/trump-adds-prominent-regulation-critic-finance-landing-team/). *Morning Consult*. 2016-11-22. Retrieved 2017-09-14.
7. "Bharara: A lot of armchair lawyers" (https://www.cnbc.com/video/2013/07/19/bharara-a-lot-of-armchair-lawyers.html). *CNBC*. Retrieved 2017-09-14.
8. "Corzine on the Hill Highlights" (https://www.cnbc.com/video/2011/12/08/corzine-on-the-hill-highlights.html). *CNBC*. Retrieved 2017-09-14.
9. "Does US have case against Icahn?" (https://www.cnbc.com/video/2014/06/02/does-us-have-case-against-icahn-.html). *CNBC*. Retrieved 2017-09-14.
10. Bloomberg (2012-03-23), *Bondi Says 'Difficult' to Charge Funds in Insider Cases* (https://www.youtube.com/watch?v=_1mjVEO4G00), retrieved 2017-09-14
11. Bloomberg (2012-03-23), *Bondi Expects More Arrests in Insider-Trading Probe* (https://www.youtube.com/watch?v=NK2yrh9Fors), retrieved 2017-09-14

12. Matthews, Christopher M. (2014-02-19). "Appeals Court Ruling Strengthens SEC's Hand in Insider-Trading Cases" (https://blogs.wsj.com/law/2014/02/18/appeals-court-ruling-strengthens-secs-hand-in-insider-trading-cases/). *WSJ*. Retrieved 2017-09-14.
13. Eaglesham, Jean (2013-10-18). "SEC Pads Case Tally With Easy Prey" (https://www.wsj.com/articles/sec-pads-case-tally-with-easy-prey-1382055430). *Wall Street Journal*. ISSN 0099-9660 (https://www.worldcat.org/issn/0099-9660). Retrieved 2017-09-14.
14. Chasan, Emily (2011-07-29). "Companies Adjust to Looming Whistleblower Rule" (https://blogs.wsj.com/cfo/2011/07/29/companies-adjust-to-looming-whistleblower-rule/). *WSJ*. Retrieved 2017-09-14.
15. Stewart, James B. "Past Fictions, a Lack of Trust and No Deal in SAC Case" (https://dealbook.nytimes.com/2014/02/06/past-fictions-a-lack-of-trust-and-no-deal-in-sac-case/). *DealBook*. Retrieved 2017-09-14.
16. ElBoghdady, Dina (2013-11-20). "Cuban vs. the SEC: Flamboyant billionaire takes on regulators" (https://www.washingtonpost.com/business/economy/billionaire-mark-cuban-takes-on-the-sec/2013/11/20/2b67134a-4a7c-11e3-be6b-d3d28122e6d4_story.html). *Washington Post*. ISSN 0190-8286 (https://www.worldcat.org/issn/0190-8286). Retrieved 2017-09-14.
17. Bondi, Paul S. Atkins and Bradley J. (2008-07-07). "Needed: Independent Panel To Evaluate SEC Enforcement Program" (https://www.forbes.com/2008/07/05/atkins-bondi-sec-oped-cx_pabb_0707atkins.html). *Forbes*. Retrieved 2017-09-14.
18. "Hearing entitled "Ensuring Effectiveness, Fairness, and Transparency in Securities Law Enforcement" | House Committee on Financial Services" (https://web.archive.org/web/20180613234406/https://financialservices.house.gov/calendar/eventsingle.aspx?EventID=403565). *financialservices.house.gov*. Archived from the original (https://financialservices.house.gov/calendar/eventsingle.aspx?EventID=403565) on 2018-06-13. Retrieved 2018-06-13.
19. Noort, Jeff van den. "Bradley J. Bondi - Center for Financial Stability" (http://www.centerforfinancialstability.org/BBondi.php). *www.centerforfinancialstability.org*. Retrieved 2017-09-14.
20. "Board of Advisors | ECCI – Economic Crime and Cybersecurity Institute" (http://www.ecii.edu/about-us/board-of-advisors/). *www.ecii.edu*. Retrieved 2017-09-14.
21. https://www.martindale.com/attorney/bradley-joseph-bondi-157645762/
22. "Bradley J. Bondi | Cahill Gordon & Reindel LLP" (https://www.cahill.com/professionals/bradley-bondi). *www.cahill.com*. Retrieved 2017-11-22.
23. Docket, Securities. "Bradley Bondi Joins Cahill Gordon in D.C. and New York" (http://www.securitiesdocket.com/2015/03/16/bradley-bondi-joins-cahill-gordon-in-d-c-and-new-york/). *www.securitiesdocket.com*. Retrieved 2017-09-15.
24. S., Atkins, Paul; J., Bondi, Bradley (2008). "Evaluating the Mission: A Critical Review of the History and Evolution of the SEC Enforcement Program" (http://ir.lawnet.fordham.edu/jcfl/vol13/iss3/1/). *Fordham Journal of Corporate & Financial Law*. **13** (3).
25. Bondi, Paul S. Atkins and Bradley J. (2008-07-07). "Needed: Independent Panel To Evaluate SEC Enforcement Program" (https://www.forbes.com/2008/07/05/atkins-bondi-sec-oped-cx_pabb_0707atkins.html). *Forbes*. Retrieved 2017-09-15.
26. "Bradley J. Bondi | Cahill Gordon & Reindel LLP" (https://www.cahill.com/professionals/bradley-bondi). *www.cahill.com*. Retrieved 2017-09-15.
27. "About the Commission: Staff : Financial Crisis Inquiry Commission" (https://fcic.law.stanford.edu/about/staff). *fcic.law.stanford.edu*. Retrieved 2017-09-15.
28. Chan, Sewell; Dash, Eric (2010-08-31). "Staff Losses and Dissent May Hurt Crisis Panel" (https://www.nytimes.com/2010/09/01/business/economy/01commission.html). *The New York Times*. ISSN 0362-4331 (https://www.worldcat.org/issn/0362-4331). Retrieved 2017-09-15.
29. "About the Commission : Financial Crisis Inquiry Commission" (https://fcic.law.stanford.edu/about). *fcic.law.stanford.edu*. Retrieved 2017-09-15.
30. "Trump Team Taps Proskauer, Cahill Attys For Agency Advice - Law360" (https://www.law360.com/articles/865252/trump-team-taps-proskauer-cahill-attys-for-agency-advice). *www.law360.com*. Retrieved 2017-09-15.
31. "TRANSCRIPT: FCIC Interview of Warren Buffett May 26, 2010 - The Big Picture" (http://ritholtz.com/2016/03/fcic-buffett/). *The Big Picture*. 2016-03-28. Retrieved 2017-09-15.
32. "Resource Library: Financial Crisis Inquiry Commission" (http://fcic-static.law.stanford.edu/NARA.FCIC.2016-03-11/SCREENED%20Interviews/). *fcic-static.law.stanford.edu*. Retrieved 2017-09-15.
33. Wallison, Peter J. (2016-03-29). *Hidden in Plain Sight: What Really Caused the World's Worst Financial Crisis and Why It Could Happen Again* (https://books.google.com/?id=E0vxCwAAQBAJ&pg=PT15&lpg=PT15&dq=Bondi+Peter+Wallison#v=onepage&q=Bondi%20Peter%20Wallison&f=false). Encounter Books. ISBN 9781594038662.
34. Docket, Securities. "Enforcement 40 for 2013: Bradley J. Bondi" (http://www.securitiesdocket.com/2013/10/07/enforcement-40-for-2013-bradley-j-bondi/,%20http://www.securitiesdocket.com/2013/10/07/enforcement-40-for-2013-bradley-j-bondi/). Retrieved 2019-05-06.
35. "Bradley J. Bondi | Cahill Gordon & Reindel LLP" (https://www.cahill.com/professionals/bradley-bondi). *www.cahill.com*. Retrieved 2017-09-14.
36. "Cahill Taps Cadwalader for Securities Enforcement Head" (http://www.americanlawyer.com/id=1202721145444/Cahill-Taps-Cadwalader-for-Securities-Enforcement-Head). *The American Lawyer*. Retrieved 2017-09-14.
37. "Tesla's Elon Musk settles with SEC, paying $20 million fine and resigning as board chairman" (https://www.washingtonpost.com/amphtml/business/2018/09/29/elon-musk-settles-with-sec-paying-million-fine-resigning-board-chairman/). *Washington Post*. September 29, 2018.
38. "Elon Musk to Step Down as Tesla Chairman, Remain CEO" (https://www.wsj.com/articles/elon-musk-can-remain-tesla-ceo-but-must-step-down-as-chairman-in-sec-settlement-1538257394). *Wall Street Journal*. September 29, 2018.
39. Goldstein, Matthew (2018-09-29). "Elon Musk Steps Down as Chairman in Deal With S.E.C. Over Tweet About Tesla" (https://www.nytimes.com/2018/09/29/business/tesla-musk-sec-settlement.html). *The New York Times*. ISSN 0362-4331 (https://www.worldcat.org/issn/0362-4331). Retrieved 2018-12-17.
40. https://www.facebook.com/washingtonpostopinions. "Jim Graham and Banneker" (https://www.washingtonpost.com/opinions/jim-graham-and-banneker/2012/05/19/gIQANQybbU_story.html). *Washington Post*. Retrieved 2017-09-15.
41. "Bringing Jim Graham to account" (https://www.washingtonpost.com/opinions/bringing-jim-graham-to-account/2012/10/14/8e80ced2-167d-11e2-a879-6980bc3f87c6_story.html). *Washington Post*. Retrieved 2017-09-15.
42. https://www.facebook.com/washingtonpostopinions. "Jim Graham's breach of duty" (https://www.washingtonpost.com/opinions/jim-grahams-breach-of-duty/2012/10/12/6f175fd4-14a2-11e2-ba83-a7a396e6b2a7_story.html). *Washington Post*. Retrieved 2017-09-15.
43. Davis, Aaron C. (2014-12-28). "As Jim Graham leaves D.C. Council, he wonders how he will be remembered" (https://www.washingtonpost.com/local/dc-politics/as-jim-graham-leaves-dc-council-he-wonders-how-he-will-be-remembered/2014/12/28/2bf4ef0c-8b8b-11e4-8ff4-fb93129c9c8b_story.html). *Washington Post*. ISSN 0190-8286 (https://www.worldcat.org/issn/0190-8286). Retrieved 2017-09-15.
44. "Salix To Pay $210M To Settle Stock Inflation Class Action - Law360" (https://www.law360.com/articles/906308/salix-to-pay-210m-to-settle-stock-inflation-class-action). *www.law360.com*. Retrieved 2017-09-15.
45. Siegal, Daniel. "Ex-Salix CFO Pays $1M To End Claims He Misled Investors - Law360" (https://www.law360.com/articles/1087381/ex-salix-cfo-pays-1m-to-end-claims-he-misled-investors). *www.law360.com*. Retrieved 2018-12-17.
46. "SEC.gov | SEC Charges Salix Pharmaceuticals and Former CFO With Lying About Distribution Channel" (https://www.sec.gov/news/press-release/2018-221). *www.sec.gov*. Retrieved 2018-12-17.
47. "Princess Cruise Lines To Pay $40M For Deliberate Oil Pollution - Law360" (https://www.law360.com/articles/867869/princess-cruise-lines-to-pay-40m-for-deliberate-oil-pollution). *www.law360.com*. Retrieved 2017-09-15.
48. "Reply Brief for Petitioners, Credit Suisse Securities v Billings" (https://www.americanbar.org/content/dam/aba/publishing/preview) (PDF). *American Bar Association*. March 2007.
49. "American Bar Association Supreme Court Briefs" (https://www.americanbar.org/content/dam/aba/publications/supreme_court_preview/briefs/7451_pet_amcu_cato.authcheckdam.pdf) (PDF).
50. "SCOTUS Blog" (http://www.scotusblog.com/wp-content/uploads/2016/05/15-628-tsac-CATO-Institute.pdf) (PDF).

51. "Profile Bradley Bondi — Georgetown Law" (https://www.law.georgetown.edu/faculty/bondi-bradley.cfm). *www.law.georgetown.edu*. Retrieved 2017-09-15.
52. School, Scalia Law. "Bondi, Bradley J. | Scalia Law School" (https://www.law.gmu.edu/faculty/directory/adjunct/bondi_bradley). *www.law.gmu.edu*. Retrieved 2017-09-15.
53. "Trump Adds Prominent Regulation Critic to Finance 'Landing Team' - Morning Consult" (https://morningconsult.com/2016/11/22/trump-adds-prominent-regulation-critic-finance-landing-team/). *Morning Consult*. 2016-11-22. Retrieved 2017-09-15.
54. "9781596227613 - White Collar Law Client Strategies: Leading Lawyers on Representing Corporations and Individuals in White Collar Criminal Matters Inside the Minds by Bradley J Bond... - AbeBooks" (https://www.abebooks.com/book-search/isbn/9781596227613/). *www.abebooks.com*. Retrieved 2017-09-18.
55. "NACD Directorship Magazine | Bradley J. Bondi" (https://www.nacdonline.org/Magazine/author.cfm?ItemNumber=21331). *www.nacdonline.org*. Retrieved 2017-09-15.
56. Bondi, Bradley (June 12, 2018). "Testimony before House Financial Services Capital Markets Subcommittee" (https://web.archive.org/web/20180613234337/https://financ 115-ba16-wstate-bbondi-20180613.pdf) (PDF). *House Financial Services Committee*. Archived from the original (https://financialservices.house.gov/uploadedfiles/hhrg-115-ba16-wstate-bbondi-20180613.pdf) (PDF) on June 13, 2018. Retrieved June 13, 2018.
57. "Corporate Secretary Guidelines: Taking Notes and Preparing Official Minutes : NACD Blog" (https://blog.nacdonline.org/2016/08/corporate-secretary-guidelines-taking-notes-and-preparing-official-minutes/). *blog.nacdonline.org*. 2016-08-02. Retrieved 2017-11-22.
58. (PDF) https://www.cahill.com/publications/published-articles/00140/_res/id=Attachments/index=0/When%20Should%20the%20General%20Counsel%20Recommend%20that%20the%20Board%20Conduct%20an%20Independent%20Investigation.pdf (https://www.cahill.com/publications/published-articles/00140/_res/id=Attachments/index=0/When%20Should%20the%20General%20Counsel%20Recommend%20that%20the%20Board%20Conduct%20an%20Independent%20Investigation.pdf). Missing or empty `|title=` (help)
59. "Surviving a Restatement: Ten Pitfalls to Avoid : NACD Blog" (https://blog.nacdonline.org/2016/05/surviving-a-restatement-ten-pitfalls-to-avoid/). *blog.nacdonline.org*. 2016-05-05. Retrieved 2017-11-22.
60. "Defending the Data – A Director's Cybersecurity Duty : NACD Blog" (https://blog.nacdonline.org/2016/03/defending-the-data-a-directors-cybersecurity-duty/). *blog.nacdonline.org*. 2016-03-16. Retrieved 2017-11-22.
61. "Gleaning Best FCPA Practices for Directors from Recent Government Actions : NACD Blog" (https://blog.nacdonline.org/2016/02/gleaning-best-fcpa-practices-for-directors-from-recent-government-actions/). *blog.nacdonline.org*. 2016-02-08. Retrieved 2017-11-22.
62. "Effective Communications During a Crisis : NACD Blog" (https://blog.nacdonline.org/2015/12/effective-communications-during-a-crisis/). *blog.nacdonline.org*. 2015-12-17. Retrieved 2017-11-22.
63. "Is the SEC Zeroing In On Directors? : NACD Blog" (https://blog.nacdonline.org/2015/11/is-the-sec-zeroing-in-on-directors/). *blog.nacdonline.org*. 2015-11-12. Retrieved 2017-11-22.
64. Bondi, Bradley J.; Lofchie, Steven D. (2012-03-24). "The Law of Insider Trading: Legal Theories, Common Defenses, and Best Practices for Ensuring Compliance". Rochester, NY. SSRN 2028459 (https://ssrn.com/abstract=2028459).
65. "Journal Issue" (https://web.archive.org/web/20150910135430/http://lawlib.wlu.edu/mainid=108). *lawlib.wlu.edu*. Archived from the original (http://lawlib.wlu.edu/CLJC/index.aspx?mainid=108&issuedate=2010-05-28&homepage=no) on 2015-09-10. Retrieved 2017-09-14.
66. Bondi, Bradley J. (Winter 2010). "Don't Tread On Me: Has the United States Government's Quest for Customer Records from UBS Sounded the Death Knell for Swiss Bank Secrecy Laws?" (http://scholarlycommons.law.northwestern.edu/cgi/viewcontent.cgi?article=1700&context=njilb). *Northwestern Journal of International Law & Politics*. **30**: 1–21.
67. Bondi, Bradley J. (2010-03-07). "No Secrets Allowed: Congress's Treatment and Mistreatment of the Attorney-Client Privilege and the Work-Product Protection in Congressional Investigations and Contempt Proceedings". Rochester, NY. SSRN 1566671 (https://ssrn.com/abstract=1566671).
68. Bondi, Bradley J. (2009-12-31). "Dangerous Liaisons: Collective Scienter in SEC Enforcement Actions". Rochester, NY. SSRN 1530067 (https://ssrn.com/abstract=1530067).
69. J., Bondi, Bradley (1905). "Securities Arbitrations Involving Mortgage-Backed Securities And Collateralized Mortgage Obligations: Suitable For Unsuitability Claims?" (http://ir.lawnet.fordham.edu/jcfl/vol14/iss2/1/). *Fordham Journal of Corporate & Financial Law*. **14** (2).

Retrieved from "https://en.wikipedia.org/w/index.php?title=Bradley_J._Bondi&oldid=979652662"

**This page was last edited on 21 September 2020, at 23:56 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.