**To:** Finnell, Jeffrey B.[FINNELLJ@SEC.GOV]; Rosado-Desilets, Virginia[RosadoDesiletsV@SEC.GOV]
**From:** Friestad, Scott
**Sent:** Thur 5/21/2015 1:39:55 PM
**Importance:** Normal
**Subject:** FW: New Matter

FYI.

**From:** Bondi, Bradley J. [mailto:bbondi@cahill.com]
**Sent:** Thursday, May 21, 2015 1:18 PM
**To:** Friestad, Scott
**Subject:** Re: New Matter

Thanks Scott. That works for us. We will send over a binder of materials several days in advance.

Best regards,

Brad

On May 21, 2015, at 1:07 PM, Friestad, Scott <FriestadS@SEC.GOV> wrote:

> Let's shoot for mid-morning on Monday, June 8 – how about 10:30? Also, do you have any materials that you can send over for folks to review beforehand?
>
> Scott

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-SEC-E-0000892
EPROD-SEC-LIT-E-001189144

From: Bondi, Bradley J. [mailto:bbondi@cahill.com]
Sent: Wednesday, May 20, 2015 9:16 AM
To: Friestad, Scott
Subject: Re: New Matter

*Confidential Treatment Requested Under FOIA*

Scott,

Following up on our emails below, we represent Ligand Pharmaceuticals. Ligand has been the victim – and continues to be the victim – of an aggressive and recently renewed attack by a short-seller named Emmanuel Lemelson, his firm Lemelson Capital Management and his fund, the Amvona Fund. Through "reports", press interviews and multi-media outlets, Lemelson has disseminated statements about Ligand – while he has been shorting the stock – that are demonstrably false and which have had statistically significant impacts on the price of the stock. Mr. Lemelson self-reportedly made a substantial amount of money from his efforts, and he has restarted his attacks in the last few weeks. There are many similarities with the Paul Berliner enforcement case.

While Ligand and its prior counsel have had some contact with the Enforcement Staff (through the Boston office and the Office of Whistleblower Protection) in the past concerning Lemelson, we wish to discuss new conduct by Lemelson since those meetings. In addition, those meetings did not include economic analysis which since has been conducted using forensic economists, and we also have new facts to share. In other words, we are not intending to repeat information previously shared with Staff, and this meeting will include new conduct that previously has not been reported.

How is your and your team's availability to meet on Monday, June

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-SEC-E-0000893
EPROD-SEC-LIT-E-001189145

8 or Tuesday, June 9 in Washington to hear a presentation of the evidence and analysis? In attendance will be myself and two colleagues from Cahill, Economist Dr. Jim Overhahl, and senior management of Ligand (likely the CEO, President, and General Counsel). We anticipate the meeting will last approximately two hours.

Thank you in advance for your time and attention to this matter.

Best regards,

Brad Bondi

On May 18, 2015, at 9:47 AM, Friestad, Scott <FriestadS@SEC.GOV> wrote:

Okay, thanks. Sounds good.

**From:** Bondi, Bradley J. [mailto:bbondi@cahill.com]
**Sent:** Monday, May 18, 2015 9:30 AM
**To:** Friestad, Scott
**Subject:** Re: New Matter

Yes. We're hoping to schedule a meeting soon with you. We're finalizing our analyses.

---

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-SEC-E-0000894
EPROD-SEC-LIT-E-001189146

Bradley J. Bondi | **Partner**

Cahill Gordon & Reindel LLP

1990 K Street, N.W., Suite 950, Washington, D.C. 20006

**t**: +1.202.862.8910 | **t**: +1.212.701.3710| **f**: +1.866.836.0501
**m**: +1.703.731.8864 | bbondi@cahill.com

> On May 18, 2015, at 9:25 AM, Friestad, Scott <FriestadS@SEC.GOV> wrote:
>
>> Are you still working on the referral that you mentioned to me several weeks ago? As I recall, it concerned potential misconduct involving a false rumor, sort of like the Berliner case.
>>
>> Scott

* * * * * * * * * * * * * * * * * * * *

The information contained in this e-mail message is confidential and may be privileged. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system. Thank you.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-SEC-E-0000895
EPROD-SEC-LIT-E-001189147