

# Presentation to the SEC

*June 8, 2015*



Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080738

# Agenda

- Overview of Ligand

- Emmanuel Lemelson and the Amvona Fund

- Lemelson's Manipulation of Ligand Stock

- Significant Dates

- Lemelson Is Attacking Again

- Unanswered Questions

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080739



# *Overview of Ligand*

Confidential

# Ligand Overview

- Founded in 1987 in La Jolla, CA, and went public in 1992 (Ticker: LGND)

- Strong history of drug discovery, development and partnering

- 14 approved medicines and over 60 potential new drug candidates

- Turned profitable and cash flow positive in 2013















4

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080741

# Ligand Restructuring Highlights

- Prior to 2006, Ligand struggled with bloated costs and poor commercial success

- Major restructuring occurred from 2006 to 2008
    - 18 senior executives resigned or were terminated
    - All but one Board member resigned
    - Divested commercial assets for $500 million

- In 2007, the management team and Board were rebuilt to focus on new business model
    - Early stage research, low costs
    - Focus on partnering to generate royalty revenue

- Now have large portfolio of over 120 partnered drug programs

- 6 acquisitions in last 7 years have added significantly to portfolio

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080742



# Overview of Ligand
## *Ligand's Board of Directors*

> *Ligand benefits from a diversified Board of Directors that includes two preeminent pharmaceutical R&D executives*

 **John Kozarich, Ph.D. (Chairman):** Chairman of ActivX, former Head of Research - Merck

 **John LaMattina, Ph.D.:** Former President, Global R&D - Pfizer

- *Sunil Patel:*  CFO, OncoMed.  Formerly Gilead, Abgenix, McKinsey & Co.
- *Todd Davis:*  Founder, Healthcare Royalty Partners.  Formerly ELAN, Abbott
- *David Knott:*  Chief Investment Officer, Knott Partners
- *Steve Sabba, MD:*   Research Analyst , Knott Partners.  Formerly Sturzas Medical Research, Kilkenny Capital Management
- *Jason Aryeh:*   Partner JALAA Equities, Chairman QLT, Inc.
- *John Higgins:*  CEO,  Ligand

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.

LGND_0080743

Ligand

# Ligand's Portfolio Continues to Grow

**Ligand's Achievement:**
Portfolio Expansion

**Partners' Achievement:**
Products Generating Revenue for LGND



Strong record as drug researcher, innovator and licensor

Fully-Funded Programs ("Shots-on-Goal")



Partners are successful in getting new products to the market

Commercial Products Generating Revenue for Ligand

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080744

Ligand®

# Diverse Portfolio Among Drug Companies



**Select Big Pharma**

NOVARTIS  Pfizer  AstraZeneca
MERCK  Bristol-Myers Squibb
Baxter  Lilly
SANOFI  gsk GlaxoSmithKline

**Select Biotech**

AMGEN  Celgene
Melinta THERAPEUTICS  MERRIMACK PHARMACEUTICALS
Retrophin  Chiva Pharmaceuticals, Inc.
MEI pharma  SAGE THERAPEUTICS
NOVOGEN

**Select Generic**

Coherus BIOSCIENCES  Avion PHARMACEUTICALS
Hospira

**Select Spec Pharma**

ALLERGAN  ethicor
CUR x Pharmaceuticals  SPECTRUM PHARMACEUTICALS

Pie chart:
- Big Pharma 29%
- Spec Pharma 10%
- Generic 18%
- Biotech 44%

**Over 70 Different Partners**

Ligand®

8

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080745

# Ligand Receives Revenue From 8 Products

| Product | Partner | Therapy Areas |
|---------|---------|---------------|
| **PROMACTA** | *Novartis* | ITP<br>Hepatitis C<br>Aplastic Anemia |
| Kyprolis (carfilzomib) for injection | *Amgen* | Multiple Myeloma |
| Nexterone (amiodarone HCl) Premixed Injection | *Baxter* | Emergency Heart Medicine |
| NOXAFIL posaconazole 40 mg/mL Oral Suspension | *Merck* | Infection |
| Conbriza | *Pfizer* | Women's Health |
| AVINZA 24 hour (morphine sulfate extended-release capsules) | *Pfizer* | Pain |
| VFEND (voriconazole) | *Pfizer* | Infection |
| DuAVee CONJUGATED ESTROGENS/ BAZEDOXIFENE | *Pfizer* | Women's Health |

- In addition to recurring commercial revenue, in 2014 Ligand received payments from over 100 companies for license fees and Captisol

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080746



# Ligand Annual Revenue Growth



Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080747



# Ligand Operating Costs



Restructuring Period. Elimination of costs not adding value

Flat expenses and cost control over past four years

$ millions

Combined Actual R&D and G&A Cash Expense

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080748



# Revenue Growth and Flat Costs have Resulted in Increasing Cash Flow Generated by the Business



FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080749



# Ligand Recognized for its Achievements

- CEO nominated as one of 5 nominees for 2013 CEO-of-the-Year based on "smart deal-making, a growing portfolio and a bean counter's obsession with frugal spending"

- Chairman named as one of Six Directors of the Year for 2014 by Corporate Directors Forum

- Named **Forbes** "43 Best Investment Ideas for 2014"

- Recognized in August 2014 as one of **Fortune** 100 fastest growing companies coming in at 13th on the list based on three year profit, revenue and stock growth

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080750



# *Emmanuel Lemelson,*
# *Lemelson Capital Management, and*
# *the Amvona Fund*

Ligand®

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080751

# Emmanuel Lemelson

## Personal Background

- Born Gregory Lemelson in Arizona

- Earned a B.A. in Theology and Religious Studies and a Master of Divinity from universities in Washington state

- From 1999 to 2010, ran an e-commerce website selling photography equipment (Amvona.com)

- In 2011, ordained as a Greek Orthodox priest

- Since 2013, assigned to a diocese in Switzerland

## Lemelson Capital Management LLC ("LCM")

- In September 2012, he launched LCM (registered in Massachusetts)

- LCM is sole sponsor and general partner of The Amvona Fund, L.P.

- No formal investment education, training or experience

- Claims financial analyses are "done in [his] head" - 9/16/2014 PreMarket Prep interview

- Champions himself as an activist investor



FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.

# Amvona Fund

| | Year | Fund Size |
|---|---|---|
| Lemelson claims fund began in: | 2012 | $2.7 Million |
| Sept. 16, 2014: claims fund increased "seven-fold" since 2012 inception | 2014 | $18.9 Million |
| Sept. 16, 2014: he projected 24-fold increase in his fund during next 2 years | 2016 | $400 to $500 Million |

*"I'm sure there's, you know, more than 100 investors who've expressed interest recently and it looks like, you know, in the next 24 months from now, perhaps we could get to 400 or 500 million or something like that."*

*- Emmanuel Lemelson  (September 16, 2014)*

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080753

Ligand®

# Lemelson's Self-Reported Outperformance Claims

- "[T]hird time in eight months that Barron's monthly performance rankings . . . included The Amvona Fund among the world's top performers." – 5/27/14 LCM Press Release

    - No historical record available
    - Performance ranking derived from un-audited self reporting

- "From inception in September 2012 through May 2014 (21 months) - The Amvona Fund, LP has returned a Compounded Annual Gain of 85.15% (58.51% net) and an Overall Gain of 193.65% (123.90% net)." – 6/4/14 LCM Press Release

    - Over the same period the indexes returned the following gains:
        - Dow:        27.7%
        - S&P 500:     36.8%
        - Nasdaq:      38.3%

- Amvona "returned a compound annual gain of 81.9% (56.5% net) and overall gain of 284.1% (173.8% net) from Sept 1, 2012 inception through Nov 30, 2014. Consistently Ranked in top 1% of peer group by Morningstar. Ranked as top or among top hedge funds globally by Preqin, BarclayHedge and Wall Street Journal." – LCM Website

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080754

**Ligand**

# Self-Promotional Multi-Level Media Campaign

- Lemelson disseminates his research and links to media reports about him through Amvona's website, which was "originally built as a hybrid e-commerce and social networking platform to sell photo accessories," as well as through an author page on SeekingAlpha.com

- He also appears to maintain a Wikipedia site about himself

- Lemelson uses Facebook and at least three Twitter accounts to create digital traffic and visibility

*Uses Amvona Fund Twitter Account to retweet messages from both his own (@Lemelson) and Lemelson Capital accounts*



amvona retweeted

**+ Emmanuel Lemelson** @Lemelson · Oct 16
will be on the @Benzinga #PreMarket Prep show answering questions LIVE at 9am ET! Tune in here: bit.ly/1fejpV2

amvona retweeted

**Lemelson Capital** @LemelsonCapital · Oct 2
@LemelsonCapital Fund Tops @BarclayHedge Performance List bit.ly/1vBpbrI  $WWE $KLIC $LGND $AEO #corpgov #hedgefunds

**amvona**
@amvona
Amvona publishes critical articles on Faith, Investing, Economics and Technology.
⚲ Southborough, MA
🔗 amvona.com
🕓 Joined November 2008

| 🖊 Tweet to amvona |

*Tweets relating to religious commentary and current events, mixed with stock performance*



18

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

# *Lemelson's Manipulation of Ligand Stock*

Ligand

# Ligand

- There is a statistical correlation between LGND and the NYSE Arca Biotechnology Index (BTK Index) and the peer group of 13 biotechnology companies (EW Peer Index) that Ligand lists in its proxy statement

- The chart below shows LGND's strong performance relative to those two benchmarks from June 13, 2013 to June 13, 2014



Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080757

# LGND Price Drops Significantly

- LGND began a downward slide on June 16, 2014, from which it did not begin to recover until October 9, 2014, at which point it had **lost 37% in share price and $500m in market cap**



- This occurred during a strong growth period for Ligand in which there were no market- or industry-wide developments to explain steep decline

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080758

**Ligand**

# What Happened?

- Out of nowhere, on June 16, 2014, Lemelson Capital Management released a 25-page report saying he was shorting stock and purporting that:

    - The company was a going concern risk

    - The value of LGND was $0

- Throughout Summer and Autumn of 2014, Lemelson continued to issue reports and press releases, as well as give media interviews, in which he spread abject falsehoods about the Company

- Lemelson disclosed on November 18 that he had closed out the bulk of his short position at $43, the price at which LGND traded between October 7 and October 13

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080759



# Lemelson Attack Timeframe



① Stock begins to recover immediately after Lemelson covers his position

② Stock fully recovers in March 2015

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080760



# Lemelson and Experts Agree on His Impact

- Lemelson takes credit on website, Wikipedia, and elsewhere for influencing LGND's price

- Analysts have attributed LGND's decline to Lemelson's statements

- Ligand has fielded calls, emails and in-person comments from current shareholders and business partners relating to the false statements









Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080761



# *Significant Dates*

http://securities.stanford.edu/

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

# Periods of Lemelson's Significant Impact

*Period One:*   June 16 to June 24, 2014

*Period Two:*   July 13 to July 17, 2014

*Period Three:*  August 7, 2014

*Period Four:*   August 22 to August 25, 2014

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080763



## PERIOD ONE
## Monday, June 16 to Tuesday, June 24, 2014

- 7 trading days bookended by:

  — **June 16**: Release of Lemelson Capital Management's first written report on Ligand

  — **June 24**: Lemelson's press release and news reports reiterating analysis in first report

- No other negative news about Ligand during this time

  — **June 13**: Ligand partner announces results of Phase 3 study of (Promacta™) in pediatric patients with chronic immune thrombocytopenia

  — **June 16**: Ligand announces successful first-in-human trial results for glucagon program

  — **June 23**: Ligand announces positive data from Phase 1 study on the effect of lasofoxifene to increase testosterone levels

  — **June 24**: Ligand signs agreement with TG Therapeutics for IRAK-4 program

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080764

**Ligand**®

# Monday, June 16, 2014
## Overview

- Lemelson Capital Management published report on Ligand: "Severe Competitive Threat To Key Royalty Program And 'Going Concern' Risk Drive 100 Percent Downside"

- Released at 2:22pm Eastern

- Available on Lemelson's website and social media accounts. Also published on SeekingAlpha.com and promoted through press release.

  — Seeking Alpha article emailed to over **475,000 people**

- Media outlets ran with the story that same afternoon:

  — **USA Today**: "Money manager betting against biotech firm Ligand Pharmaceuticals"

    - "Shares of Ligand were trading up 2% to $68.10 before news of Lemelson's short stake. Ligand closed off 2.8% to $64.89."

  — **Valuewalk.com**: "Lemelson: Ligand Pharmaceuticals (LGND) – 'No Intrinsic Value'"

  — **Benzinga.com**: "Shares of Ligand Pharma Tick Lower Following Word from Lemelson Capital Fund Has Initiated Short Position in Stock"

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080765

# Monday, June 16, 2014
## Lemelson's False & Misleading Statements

### Key Product

- *Lemelson*: "Gilead's revolutionary Sovaldi drug," for the treatment of Hepatitis C, "will virtually eliminate demand for Promacta"; the Company "now appears set to **lose its largest royalty generating program**."

- *Truth*: Sovaldi does not replace Promacta, which functions as a supportive care product used with other drugs to treat Hepatitis C. In addition, Promacta is used to treat ailments other than Hep C, the vast majority of use is for ITP (not Hep C) and important other new indications in development.

### Assets

- *Lemelson*: **Intangible assets are "padding the balance sheet** to disguise just how precarious the Company's financial situation continues to be." "In 2013, despite increased sales of $9.7 million, the Company's net cash position actually decreased by $743,000 to just $11.6 million."

- *Truth*: Like many biotech firms, intangible assets are the core of Ligand's business and are properly reportable under GAAP as part of net equity.

29

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080766

Ligand®

# Monday, June 16, 2014
## Lemelson's False & Misleading Statements

### Solvency

- *Lemelson*: "With no tangible assets to buttress the shares, any minor distress that prevented the company from issuing more stock or debt, would easily drive the Company into liquidation." Ligand is a "**going concern risk**."

- *Truth*: Ligand was clearly solvent. Cash from operations in 2013 increased by $20 million and was used to retire a $20 million debt. Ligand's auditor, Grant Thornton, has never issued a going concern. Ligand is sustainably profitable and cash-flow positive.

### Value:

- *Lemelson*: "Ligand's fair value is roughly **$0 per share**"

- *Truth*: A $0 price target is patently baseless

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080767



# Monday, June 16, 2014
## Lemelson's False & Misleading Statements

**Management**

- ***Lemelson:*** "Management has repeatedly made material misrepresentations about the Company's diversification and risk exposure" and does so to **"artificially drive[]" stock higher so "management and insiders can sell stock."**

- ***Truth:*** Management has not made material misrepresentations. Circularly, Lemelson points to <u>company disclosures</u> to suggest that management is misleading investors.

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080768



# Thursday, June 19, 2014
## Overview

- Lemelson gave first interview about Ligand

- PreMarket Prep, a daily, 8:00am Eastern radio show on Benzinga.com

- Posted to Benzinga's YouTube account that same day, as well as linked through Lemelson's Facebook and Twitter accounts

- The host and Lemelson reveled in the impact of the report on LGND

  — **Host**: "Well, you made another big call this week and it made quite a big splash. . . I mean, you just rocked this stock here."

  — **Lemelson**: "I have no idea these things are going to happen or not. But the thing with Ligand short is that [LGND] lost about 11% in just a matter of hours."

- Lemelson posted the YouTube link on his website and boasted:

  — "Shares of LGND **dropped as much as 2%** during the [20-minute] interview"

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080769

Ligand®

# Thursday, June 19, 2014
## Lemelson's False & Misleading Statements

**Management**

- *Lemelson*: "The management team certainly have stewardship over investor's capital. And the point is not just to get return on capital, but first and foremost **to return capital. Ligand has never done that**."

- *Truth*: Since 2007, Ligand had returned approximately $300 million to shareholders in the form of dividends and share repurchases.

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080770



## Lemelson's False & Misleading Statements

### Key Product

- **Lemelson**: "I had discussions with management just yesterday – excuse me – their IR firm. And they basically agreed. They said, 'Look, we understand **Promacta's going away**.'"

- **Truth**: Ligand's IR firm <u>DID NOT</u> tell Lemelson that Promacta revenue was going away, nor would it have reason to:



Lemelson said "Promacta's going away" following this quarter's sales report

- Consistent annual revenue growth globally since Promacta launched
- Q2 '14 revenues grew 31% over Q2 '13
- All 3 commercial regions were growing

**From:** Bruce Voss
**Sent:** Monday, June 23, 2014 9:29 AM
**To:** el@lemelsoncapital.com
**Subject:** Benzinga 6/19 interview

Fr. Lemelson,

I listened to your June 19 interview on Benzinga including the false comment that during our phone call last week I "basically agreed" that Promacta sales are going to go away. To refresh your memory, <u>you</u> made that comment to me followed by a rhetorical "don't you agree?" I never made that statement, never agreed with that statement and never would because it's not true. To the contrary, when we discussed Promacta for use in patients with hepatitis C, I specifically pointed out that HCV is <u>only one</u> of several indications for this drug, and that even within HCV there exists a market for Promacta independent of Sovaldi, noting pricing considerations and the potential for continued use of interferon in certain OUS markets.

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080771

# Tuesday, June 24, 2014
## Overview

- Lemelson issued press release restating his claims and highlighting decline in LGND price since report's release

- Picked up by media outlets, including Valuewalk.com (tweets out story at 3:39pm Eastern): "Lemelson Capital Reaffirms Research Report and Price Target for Ligand Pharmaceuticals"

- Lemelson linked to story on his Facebook and Twitter accounts

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080772



## Lemelson's False & Misleading Statements

**Key Product**

- *Lemelson*: "[T]he Company faces it[s] biggest existential threat in what is likely to be a **momentous impairment of its largest royalty generating asset, Promacta.**"

- *Truth*: Sovaldi does not replace Promacta, which functions as a supportive care product used with other drugs to treat Hepatitis C. In addition, Promacta is used to treat ailments other than Hep C, the vast majority of use is for ITP (not Hep C) and important other new indications in development.

**Solvency**

- *Lemelson*: "In light of the extraordinary risks associated with Ligand as a going concern . . . Lemelson Capital believes that Ligand's fair value is roughly **$0 per share.**"

- *Truth*: As shown on earlier slides, Ligand had strong revenue growth, flat costs, and increasing cash flow. No basis for $0 valuation.

36

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080773

Ligand®

# June 16 to June 24, 2014
## Impact on LGND

| Date | Prior Day Close | Close | % Change |
|------|-----------------|-------|----------|
| 6/16/14 | $66.75 | $64.89 | - 2.8% |
| 6/17/14 | $64.89 | $63.76 | - 1.7% |
| 6/18/14 | $63.76 | $65.63 | + 2.9% |
| 6/19/14 | $65.63 | $65.70 | - 0.1% |
| 6/20/14 | $65.70 | $66.27 | - 0.9% |
| 6/23/14 | $66.27 | $62.35 | - 6.0% (*) |
| 6/24/14 | $62.35 | $60.67 | - 2.7% |

**LGND declined over 9% over seven trading days**

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080774



# June 16 to June 24, 2014
## Impact on LGND



FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080775

## PERIOD TWO
## Sunday, July 13 to Thursday, July 17, 2014

- 4 trading days bookended by:

  — **July 13**: Weekend release of Lemelson statement touting the success of his hedge fund based on LGND short

  — **July 17**: Lemelson reissues press release through social media and it is picked up by media

- No other negative news about Ligand during this time

  — **July 14**: Ligand Chairman Dr. John Kozarich named director of the year honoree by Corporate Directors Forum

  — **July 16**: Pfizer-Ligand estrogen drug Duavee expected to receive July approval opinion from the European Union

  — **July 17**: Ligand announces 2Q results beat estimate; announces share buy back program

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080776



## Overview

- Lemelson published statement on his website touting the success of the Amvona Fund. Among the claims:

  — Beat S&P 500 by 408% for trailing 12 months

  — Returned 29.03% in Q2 '14, beating S&P 500 by 733%

  — World's 2nd best-performing hedge fund according to Barron's

  — Credited success partly to "significant short position" in LGND

- Released at 5:23pm Eastern

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080777



# Sunday, July 13, 2014
## Lemelson's False & Misleading Statements

### Solvency

- *Lemelson*: "The recent short position in Ligand Pharmaceuticals, which is based on extensive research that affirms the company is **radically insolvent**, has contributed to the fund's recent outperformance."

- *Truth*: As shown on earlier slides, Ligand had strong revenue growth, flat costs, and increasing cash flow. Ligand was not insolvent, let alone "radically insolvent."

### Key Products

- *Lemelson*: With respect to the purported "extensive research," Lemelson had published and publicized another report on July 3, 2014, in which he reaffirmed the falsehoods in his first report, said that he had increased his short position, and then claimed that **Idiopathic Thrombocytopenia ("ITP")**, "which has been mentioned as an alternative application" for Promacta outside of Hepatitis C **"does not have significant commercial viability."**

- *Truth*: Promacta is marketed in 95 countries and ITP accounts for an estimated 90% of Promacta's current global sales.

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080778

Ligand®

# Thursday, July 17, 2014
## Overview

- Lemelson promoted through his social media accounts and PR Newswire the statement about the success of The Amvona Fund

- The PR Newswire release issued at 10:55am Eastern

- Media reports picked up the story that same day:

  — **Valuewalk.com**

  — **Reuters.com**

  — **Marketwatch.com**

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080779



# Sunday, July 13 to Thursday, July 17, 2014
## Impact on LGND

| Date | Prior Day Close | Close | % Change |
|------|------|------|------|
| 7/14/14 | $63.70 | $59.56 | - 6.5% (*) |
| 7/15/14 | $59.56 | $56.85 | - 4.6% |
| 7/16/14 | $56.85 | $53.04 | - 6.7% (*) |
| 7/17/14 | $53.04 | $50.66 | - 4.5% |

**LGND declined over 20% over four trading days**

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080780



# Sunday, July 13 to Thursday, July 17, 2014
## Impact on LGND



FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080781

# PERIOD THREE
## Thursday, August 7, 2014
## Overview

- Lemelson gave an interview about Ligand to Benzinga.com

- Posted to Benzinga's website at 1:57pm Eastern, and linked to through Lemelson's Facebook and Twitter accounts

- No other negative news about Ligand the day prior or that day

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080782



# Thursday, August 7, 2014
## Lemelson's False & Misleading Statements

### Earnings

- *Lemelson*: Ligand's use of Non-GAAP metrics in its Q2 '14 earning press release was "**a pyramid scheme of words**. . . . Management seems to have become more concerned with convincing people of the value of their reasoning, which is **highly biased toward driving their share price higher** than expressing the unbiased facts. Yet, they present their data as if it were neutral and broadly-accepted."

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080783



# Thursday, August 7, 2014
## Lemelson's False & Misleading Statements

**Earnings**

- *Truth*:

    - Ligand presents both GAAP <u>and</u> Non-GAAP net income and EPS, with three non-cash, Non-GAAP adjustments:

        - Stock-based Compensation

        - Changes in Valuation of Contingent Value Rights

        - Mark-to-market for Investments Owed to Licensors

            - These last two components are non-cash charges that come from increases or decreases in the accounting estimate of the fair value of future payments and value of publicly traded securities

    - Ligand, like the majority of profitable companies in the biotech industry, excludes stock-based compensation from Non-GAAP financials because it is non-cash and based on Black-Scholes Valuation, which requires many market-based inputs

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080784



# Thursday, August 7, 2014
## Impact on LGND

| Date | Prior Day Close | Close | % Change |
|---|---|---|---|
| 8/7/14 | $53.07 | $50.34 | - 5.1% (*) |

**t-stat = -2.06 (*)**

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080785



## PERIOD FOUR
## Friday, August 22 to August 25, 2014
## Overview

- On Friday, August 22, 2014, Lemelson Capital Management published on SeekingAlpha.com a report on Ligand: "<u>Institutional Holders Wasting No Time Dumping Stock In Response To Mounting Insolvency And Bankruptcy Risks</u>"

- Report released at 3:15pm Eastern, and then he put it on his website, and promoted it through his social media accounts, after market close

- Media outlets reported the story the next day, Saturday, August 23rd

- While the market was open on Monday, August 25th, Lemelson issued a press release through PR News Wire touting his report

- No other negative news about Ligand during this period

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080786



# Friday, August 22 to Monday, August 25, 2014
## Overview

- Convertible note summary

  — $245m convertible note financing in August 2014

  — 3 weeks of intensive underwriter due diligence and no problems found

  — Notes due August 2019 and principal is to be repaid in cash

  — Authorized up to $200m stock repurchase, including $38m (~680k shares) completed with offering; to date repurchased $68m

  — Call spread purchased for $36m, raising conversion price to $125.08 per share (125% premium over closing price)

- Unrelated to the convertible note, BioTech Value Fund, Inc. (BVF) sold shares

  — On August 21st BVF filed 13G/A making public it had divested 1,217,561 shares

  — Reduced holdings from 12.9% to 6.8%.

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080787



# Friday, August 22 to Monday, August 25, 2014
## Lemelson's False & Misleading Statements

**Shareholder Equity**

- *Lemelson*: If call is exercised, "as is possible **and even likely**, **common shareholders would be wiped out immediately.**"

- *Truth*: Stockholders <u>would not</u> be "wiped out" if call exercised
  — Principal repayment is in cash - no dilution to common stockholders

- *Truth*: Call is not "likely"
  — Creditors may not call in cash repayment before the end of the note's term except under certain unusual circumstances

**Solvency**

- *Lemelson*: "Ligand shareholders have only the protection of $21,000 in tangible equity to shield them from $245 million in debt" and this "give[s] rise to a **debt to tangible equity ratio of 11,667-to-1**"

- *Truth:* This purported "11,667-to-1" ratio is concocted and ignores all the cash proceeds from the debt itself

51

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080788

Ligand®

# Friday, August 22 to Monday, August 25, 2014
## Lemelson's False & Misleading Statements

## Solvency

- *Lemelson*: "[L]arge institutional shareholders, likely fearing imminent substantial downward corrections in stock and possible bankruptcy, are moving to sell in non-open market transactions at extraordinary cost to remaining shareholders. . . . There is no question that [note offering] further deepens the company's insolvency and likelihood of liquidation or reorganization under Chapter 7 or Chapter 11 of the bankruptcy code."

- *Truth*: No factual basis to claim BVF sold its shares, and other institutional investors would follow, because of belief Ligand was purportedly "insolvent." Convertible note offering only further improved Ligand's cash position and reflected its strong growth. Timing of sale disclosure completely coincided with offerings.  Ligand did not purchase BVF's holdings or even have discussions with BVF.

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080789

Ligand®

# Friday, August 22 to Monday, August 25, 2014
## Impact on LGND

| Date | Prior Day Close | Close | % Change |
|------|-----------------|-------|----------|
| 8/22/14 | $51.75 | $51.24 | - 1.0% |
| 8/25/14 | $51.24 | $49.85 | - 2.7% (*) |

## LGND declined 3.7%

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080790



# Friday, August 22 to Monday, August 25, 2014
## Impact on LGND



FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080791

# Summary of Lemelson's Impact During Four Periods

| Period | Lemelson's Key False Statements | Prior Closing Price | Closing Price | % Change |
|---|---|---|---|---|
| June 16, 2014 to June 24, 2014 | • Promacta going away<br>• Intangible assets worthless<br>• Management misrepresents performance<br>• Going concern risk<br>• LGND value is $0 | $66.75 | $60.67 | - 9.1% |
| July 13, 2014 to July 17, 2014 | • Promacta not commercially viable for ITP<br>• Radically insolvent<br>• The Amvona Fund in Q2 '14 beat S&P by 733% due in part to significant LGND short | $63.70 | $50.66 | - 20.4% |
| August 7, 2014 | • Management uses Non-GAAP earnings to deceive investors | $53.07 | $50.34 | - 5.1% |
| August 22, 2014 to August 25, 2014 | • Convertible note will wipe out shareholders<br>• Institutional investors selling due to bankruptcy fears<br>• Insolvent and likely to file for bankruptcy | $51.75 | $49.85 | - 3.7% |

## LGND declined 25.3%

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.

LGND_0080792



# Summary of Excess Returns During Four Periods



**Excess return = -45.3%**

**t-stat = -2.33 (*)**

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080793

# *Lemelson Is Attacking Again*

Confidential

LGND_0080794

# Road to Recovery

- The day Lemelson first attacked Ligand, June 16, 2014, LGND opened at $67.26

- It did not close above that price again until March 5, 2015

- The chart below shows LGND's performance relative to the two benchmarks from November 18, 2014, when Lemelson announced he had covered the bulk of his short position, to the Present

- Lemelson repeated his cover announcement in March 2015, shortly before LGND upticked and fully recovered to its pre-Lemelson attack price



FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080795

# Lemelson Is Attacking LGND Again

- Three interviews on PreMarket Prep in which Lemelson repeated falsehoods and said he is shorting LGND again

- March 24, 2015: "If you invested anything more than a $1, like you'd put in a lottery ticket . . . you might have an unhappy outcome with Ligand"

  — March 24 and 25: LGND down both days, **6.5% total loss**

- April 27, 2015: "In our opinion it looks like more like an operation designed to transfer equity from common shareholders to management through stock awards"

  — April 27 and April 28: LGND down both days, **9.2% total loss**

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080796



# Lemelson Is Attacking LGND Again

- June 5, 2015: Ligand has "created almost a veritable like pyramid scheme of shell companies. . . . And they are not building a real product or a real business." "Our average short price is $89 per share."

- Same morning, Benzinga.com tweets out to its 43,300 followers



- Yesterday Benzinga, and today Lemelson on SeekingAlpha, published articles about the interview



**Lemelson Doubles Short Position In Ligand Pharmaceuticals, Says It's Created 'Pyramid Scheme Of Shell Companies'**

Jayson Derrick , Benzinga Staff Writer    |    **FOLLOW**
June 07, 2015 11:20am    |    Comments

A Hedge Fund Manager And Priest On Why Greeks Need The Drachma And To Get Over Post-Ottoman Psychological Insecurities

Jun. 8, 2015 7:24 AM ET | Includes: AAPL, GEOS, LGND, SKX, VKTX
Disclosure: The author is long AAPL, GEOS. (More...)

**Summary**

- Fr. Emmanuel Lemelson on why Greeks need the drachma and to get over post-Ottoman psychological insecurities.
- Interview also discusses the firm's increased long position in shares of Geospace Technologies (GEOS).
- Lemelson also includes commentary on other fund holdings and issues including (AAPL), (LGND), (VKTS), (SKX), (NKE) and (CMG).

- SeekingAlpha article emailed to 473,028 people

- Nothing has changed to legitimize Lemelson's claims

- In order to prevent further harm to investors, Ligand respectfully requests the SEC to initiate an investigation into Lemelson

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential
Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.
LGND_0080797

**Ligand**®

# *Unanswered Questions*

Confidential

LGND_0080798

# What We Don't Know

- When did Lemelson short LGND and how large were his positions?

- How did Lemelson conduct his short trades? E.g., did he naked short? Fail to deliver shares at settlement?

- Was Lemelson using other methods of communication, such as email, to spread his falsehoods and misrepresentations?

- How large is the Amvona Fund and what was its performance since inception and during the time Lemelson was short LGND?

- What do Lemelson's internal communications show with respect to his knowledge of the falsity of his statements?

- Why did Lemelson choose Ligand to attack and was he working with others to artificially drive down the price?

- What is Lemelson's relationship with Benzinga?

FOIA CONFIDENTIAL TREATMENT REQUESTED

Confidential

Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

**Ligand**