UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | ) ) ) | Civil Action No. 1:18-cv-11926-PBS |
| Defendants, | ) ) ) | |
| and | ) ) | |
| THE AMVONA FUND, LP, | ) ) | |
| Relief Defendant | ) ) ) | |

## DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Defendants Rev. Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson") and Lemelson Capital Management, LLC, along with Relief Defendant The Amvona Fund, LP (collectively, "Defendants") submit the following Request for Production of Documents pursuant to Fed. R. Civ. P. 34 to the United States Securities and Exchange Commission.

## DEFINITIONS & INSTRUCTIONS

Defendants incorporate by reference the Uniform Definitions in Discovery Requests as set for in Local Rule 26.5 of the United States District Court for the District of Massachusetts. In addition, the following definitions and instructions shall apply:

A. The term "Action" shall refer to the above-captioned matter *Securities and Exchange Commission v. Gregory Lemelson, et al.,* Case No. 1: 18-cv-11926-PBS (D. Mass).

B. The term, "Amended Complaint" shall refer to the operative pleading filed on March 21, 2019 (Dkt. 33) with the U.S. District Court for the District of Massachusetts.

11. All Documents or Communications provided to you by Royalty Pharma relating to the facts, allegations, and claims in the Amended Complaint.

12. All Documents or Communications provided to you by anyone relating to Defendants.

13. All Documents or Communications between You and Ligand, or anyone acting on behalf of Ligand.

14. All Documents or Communications between You and Investor Relations.

15. All Documents or Communications related to any SEC investigations concerning Ligand.

16. All Documents or Communications related to any SEC investigations concerning Viking.

17. All Documents or Communications provided to any expert witness retained to testify in the Action.

18. All Documents or Communications that you intend to rely upon as exhibits at trial in the Action.

19. All Documents or Communications exchanged with any third-party relating to the drafting and editing of the Amended Complaint and all prior pleadings in the Action.

20. All Documents or Communications relating, concerning, or supporting the position that Fr. Lemelson's statements listed in paragraphs 36 through 43 of the Amended Complaint caused any changes in the price of Ligand's stock.

21. All Documents or Communications relating, concerning, or supporting the position that Fr. Lemelson's statements listed in paragraphs 44 through 50 of the Amended Complaint caused any changes in the price of Ligand's stock.

security interest in front of common shareholders, as discussed in Paragraph 52 of the Amended Complaint.

79. All Documents and Communications relating, concerning, or supporting the position that a debt-to-tangible-equity is not a test for insolvency, as alleged in Paragraph 5 of the Amended Complaint.

80. All Documents and Communications relating, concerning, or supporting the position that Ligand's intangible assets included intellectual property, as alleged in Paragraph 52 of the Amended Complaint.

81. All Documents, which You claim contain the allegedly four false and/or misleading statements of facts giving rise to the Amended Complaint.

82. All Documents and Communications, including but not limited to notes, memoranda, minutes and/or recordings, relating to any presentation by the Commissions Enforcement Division personnel to the Commissioners, concerning bringing an action (including bringing an Amended Complaint) against the Defendants.

Respectfully submitted,

REV. FR. EMMANUEL LEMELSON,
LEMELSON CAPITAL MANAGEMENT, LLC,
and THE AMVONA FUND, LP

By: */s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
LIBBYHOOPES, P.C.
399 Boylston Street
Boston, MA 02116
Tel.: (617) 338-9300
dbrooks@libbyhoopes.com

Dated: June 13 , 2019