THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of: )
) File No. HO-12718-A
TRADING IN THE SECURITIES OF )
LIGAND PHARMACEUTICALS, INC. )

WITNESS: Gregory Lemelson
PAGES: 361 through 707
PLACE: Securities and Exchange Commission
       100 F Street, NE
       Washington, D.C.
DATE: Wednesday, July 21, 2016

    The above-entitled matter came on for hearing, pursuant to notice, at 9:25 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

```
 1   APPEARANCES:
 2
 3   On behalf of the Securities and Exchange Commission:
 4        VIRGINIA M. ROSADO DESILETS, ESQ.
 5        JEFFREY FINNELL, ESQ.
 6        SONIA TORRICO, ESQ.
 7        Securities and Exchange Commission
 8        100 F Street Northeast
 9        Washington, D.C. 20549
10        (202) 5510-4955
11
12   On behalf of the Witness:
13        DOUGLAS F. MacLEAN, ESQ.
14        Armor Compliance
15        22 Batterymarch Street
16        Boston, Massachusetts 02109
17        (617) 501-2055
18
19   ALSO PRESENT:
20        LUCY GAUTHIER, Intern
21
22
23
24
25
```

C O N T E N T S

| | WITNESS | EXAMINATION |
|---|---|---|
| | Gregory Lemelson | 365 |

| EXHIBITS | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 25 | E-mail | 368 |
| 26 | E-mail | 370 |
| 27 | E-mail | 389 |
| 28 | E-mail | 396 |
| 29 | E-mail | 413 |
| 30 | E-mail | 414 |
| 31 | E-mail | 417 |
| 32 | E-mail | 421 |
| 33 | E-mail | 422 |
| 34 | E-mail | 427 |
| 35 | E-mail | 428 |
| 36 | Press Release | 453 |
| 37 | 10-Q | 494 |
| 38 | E-mail | 518 |
| 39 | E-mail | 520 |
| 40 | E-mail | 528 |
| 41 | Statements | 539 |
| 42 | Information | 556 |
| 43 | Statements | 578 |

C O N T E N T S (CONT.)

| EXHIBITS | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 44 | Article | 585 |
| 45 | E-mail | 628 |
| 46 | E-mail | 629 |
| 47 | E-mail | 631 |
| 48 | Transcript | 641 |

```
 1              P R O C E E D I N G S
 2          MS. DESILETS:  Back on the record at
 3   9:25 a.m.
 4   Whereupon,
 5                  GREGORY LEMELSON
 6   was recalled as a witness and, having been
 7   previously duly sworn, was examined and testified
 8   further as follows:
 9                     EXAMINATION
10          BY MS. DESILETS:
11      Q   Good morning, Father Emmanuel.  Welcome
12   back.
13      A   Good morning.  Thank you.
14      Q   Before we continue, I wanted to summarize a
15   conversation that we had after we went off the record
16   last night.  You had asked us about the formal order
17   of investigation and whether we are investigating
18   Ligand or any other parties, and I informed you that
19   that wasn't information we were at liberty to share or
20   are really ever at liberty to share.
21          You also asked whether it was customary for
22   us to ask background questions about a witness, and
23   particularly about your wife, and I explained that we
24   do usually ask background questions about the witness,
25   and in this particular case, your wife is the owner of
```

1  A   I don't know.  I think it depends on the
2  tone of the conversation.
3  **Q   Is it possible that your statement that he**
4  **said Promacta sales are going to go away is based on**
5  **his not having disagreed with your statement to that**
6  **effect on this call?**
7  A   Not if that's what I said on the radio.
8  What I would have said on the interview would have
9  been an accurate recounting of what happened on the
10 radio -- in the phone conversation.
11 **Q   Do you recall that on the interview you gave**
12 **an exact quote of what Bruce Voss told you?**
13 A   I don't recall that interview.  I would have
14 to listen to it.
15     I'm just saying because it was closer in
16 time, it would have been -- my memory would have been
17 fresh.  Now my memory is not fresh.  I haven't -- for
18 example, I haven't looked at the notes of my call.
19 Probably the notes of my call would give us more
20 information on this, what he actually said.
21 **Q   Did you respond to Mr. Voss's agreement?**
22 A   I don't think so.
23 **Q   Why not?**
24 A   Well, because at that point if he -- if he's
25 contradicting what he said and he's changing it, and

PROOFREADER'S CERTIFICATE

In the Matter of:   TRADING IN THE SECURITIES OF
                    LIGAND PHARMACEUTICALS, INC.
Witness:            Gregory Lemelson
File Number:        HO-12718-A
Date:               July 21, 2016
Location:           Washington, D.C.


This is to certify that I, Nicholas Wagner, (the undersigned), do hereby swear and affirm that the attached proceedings before the U.S. Securities and Exchange Commission were held according to the record and that this is the original, complete, true and accurate transcript that has been compared to the reporting or recording accomplished at the hearing.


_____    _____
(Proofreader's Name)              (Date)