```
 1            UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3
 4   SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
 5                                    )
             Plaintiff,               )
 6                                    )
        vs.                           ) Civil Action No.
 7                                    ) 1:18-cv-11926-PBS
                                      )
 8   GREGORY LEMELSON, and LEMELSON   )
     CAPITAL MANAGEMENT, LLC,         )
 9                                    )
             Defendants,              )
10                                    )
        and                           )
11                                    )
     THE AMVONA FUND, LP,             )
12                                    )
             Relief Defendant.        )
13   _____)
14
15
16
17                  DEPOSITION OF
18                 NICOLAS JABBOUR
19              Boston, Massachusetts
20            Monday, November 18, 2019
21
22
23   Reported by:
     Deborah S. Gutierrez, RPR, CSR
24   MA CSR No. 113293
     RPR No. 803693
25   JOB No. 191118BLC
```

```
 1            UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3
 4   SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
 5                                    )
             Plaintiff,               )
 6                                    )
        vs.                           ) Civil Action No.
 7                                    ) 1:18-cv-11926-PBS
                                      )
 8   GREGORY LEMELSON, and LEMELSON   )
     CAPITAL MANAGEMENT, LLC,         )
 9                                    )
             Defendants,              )
10                                    )
         and                          )
11                                    )
     THE AMVONA FUND, LP,             )
12                                    )
             Relief Defendant.        )
13   _____)
14
15
16
17       DEPOSITION OF NICOLAS JABBOUR, taken on
18   behalf of the Plaintiff, at the offices of the
19   SEC, 33 Arch Street, Suite 2400, Boston,
20   Massachusetts, beginning at 11:00 a.m. and
21   ending at 12:54 p.m., on Monday, November 18,
22   2019, before Deborah S. Gutierrez, Registered
23   Professional Reporter and Certified Shorthand
24   Reporter.
25
```

```
 1  APPEARANCES:
 2
 3  For Plaintiff:
 4  UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 5  BY:  ALFRED A. DAY
    Senior Trial Counsel, Division of Enforcement
 6  - and -
    BY:  MARC JONES
 7  Senior Trial Counsel
    Boston Regional Office
 8  33 Arch Street, Suite 2400
    Boston, Massachusetts  02110
 9  (617) 573-4537
    DayA@sec.gov; jonesmarc@sec.gov
10
11  For Defendants:
12  Libby Hoopes
    BY:  DOUGLAS S. BROOKS
13  Attorney at Law
    399 Boylston Street
14  Boston, Massachusetts 02116
    (617) 338-9300
15  dbrooks@libbyhoopes.com
16
    IN ATTENDANCE:
17
    Father Emmanuel Lemelson
18
19
20
21
22
23
24
25
```

```
 1                   I N D E X
 2
     WITNESS                           EXAMINATION
 3
     Nicolas Jabbour
 4
       BY MR. DAY                              7
 5
 6
 7                 E X H I B I T S
 8
 9    NUMBER         DESCRIPTION              PAGE
10  Exhibit 39    Deposition Subpoena           7
11  Exhibit 40    Email, dated 6/18/15;
12                (SEC-Lemelson-E-0204003-
13                SEC-Lemelson-E-0204006)      32
14  Exhibit 41    Amvona Fund list of
15                investors, 4 double-sided
16                pages
17                (SEC-Lemelson-E-0495890)     35
18  Exhibit 42    Email, dated 6/16/14;
19                (SEC-Lemelson-E-0184019-
20                 SE-Lemelson-E-0184020)      62
21  Exhibit 43    Email chain; 20 pages,
22                (SEC-Lemelson-E-0170203,
23                SEC-Lemelson-E-0027559,
24                SEC-Lemelson-E-0092286,
25
```

```
 1                       E X H I B I T S
 2
 3      NUMBER                DESCRIPTION                PAGE
 4   Exhibit 43       SEC-Lemelson-E-0170204,
 5     (cont.)        SEC-Lemelson-E-0027562,
 6                    SEC-Lemelson-E-0234277,
 7                    SEC-Lemelson-E-0234276,
 8                    SEC-Lemelson-E-0027560,
 9                    SEC-Lemelson-E-0170210,
10                    SEC-Lemelson-E-0234282,
11                    SEC-Lemelson-E-0027564,
12                    SEC-Lemelson-E-0092288,
13                    SEC-Lemelson-E-0234279,
14                    SEC-Lemelson-E-0234281,
15                    SEC-Lemelson-E-0170209,
16                    SEC-Lemelson-E-0234278,
17                    SEC-Lemelson-E-0092306,
18                    SEC-Lemelson-E-0234280,
19                    SEC-Lemelson-E-0092289,
20                    SEC-Lemelson-E-0170208)          74
21   Exhibit 44       Email, dated 6/12/14;
22                    (SEC-Lemelson-E-0170211)         82
23   Exhibit 45       Forbes article: Why The
24                    Hepatitis C Cost Cutters
25                    May Have Already Lost            83
```

```
 1                    E X H I B I T S

 2

 3     NUMBER              DESCRIPTION                PAGE

 4   Exhibit 46        Email, dated 6/12/14;

 5                     (SEC-Lemelson-E-0027567)        91

 6   Exhibit 47        Forbes article: Why Merck

 7                     Just Spent $4 Billion On

 8                     New Drugs for Hepatitis C       91

 9   Exhibit 48        Email, dated 6/12/14;

10                     (SEC-Lemelson-E-0586673)        94

11   Exhibit 49        Email, dated 6/19/14;

12                     (SEC-Lemelson-E-0117738-

13                     SEC-Lemelson-E-0117730)        104

14   Exhibit 50        Email, dated 3/18/16;

15                     (SEC-Lemelson-E-1166543),

16                     with attachment: Answers to

17                     Important Concerns about

18                     Ligand Pharmaceuticals         109

19

20

21

22

23

24

25
```

```
 1                Boston, Massachusetts
 2              Monday, November 18, 2019
 3              11:00 a.m.  -  12:54 p.m.
 4                       --oOo--
 5

 6                    (Plaintiff's Exhibit 39 was
 7                     marked for identification
 8                     prior to the start of the
 9                     proceedings.)
10
11                Nicolas Jabbour,
12     having been satisfactorily identified by
13     the production of his driver's license and
14     duly sworn by the Notary Public, was
15     examined and testified as follows:
16
17                    EXAMINATION
18         BY MR. DAY:
19     Q.  Good morning, Dr. Jabbour.
20     A.  Good morning.
21     Q.  My name is Al Day, and here with me is
22         Marc Jones.
23                    MR. JONES:  Good morning.
24     Q.  We represent the Securities and
25         Exchange Commission in this matter.
```

```
 1            less on the side in case something
 2            happened to me she'd have enough
 3            security.
 4       Q.   In your conversation with Defendant
 5            Lemelson regarding the redemption,
 6            what did you tell him about the reason
 7            for withdrawing money from the Amvona
 8            Fund?
 9       A.   Exactly what I told you.
10       Q.   Okay.  What was his reaction?
11       A.   Nothing.  I mean, reaction is he
12            understands.  And then, you know, he
13            just -- you know, just work on the
14            paperwork and stuff like that so...
15       Q.   And did you, in fact, withdraw the
16            $750,000 subsequently?
17       A.   Yes.
18       Q.   You received the money?
19       A.   Yes.
20       Q.   Okay.  When did you first invest in the
21            Amvona Fund?
22       A.   I would think it was 2012.  When the
23            fund started, basically.
24       Q.   How did you come to learn that there
25            was an opportunity to invest in the
```

| | | |
|---|---|---|
| 1 | Q. | And did you provide anything of value |
| 2 | | to him in connection with the advice |
| 3 | | that he gave you in 2012? |
| 4 | A. | No. |
| 5 | Q. | Okay. It says here, "He," I believe |
| 6 | | referring to you, "is now my biggest |
| 7 | | investor." And this email is dated |
| 8 | | June of 2015. |
| 9 | | Do you know whether you |
| 10 | | were the largest investor in the Amvona |
| 11 | | Fund -- |
| 12 | A. | Now? |
| 13 | Q. | -- circa 2015? |
| 14 | A. | At this point, no, I don't know. At |
| 15 | | that time I knew, but now I don't know. |
| 16 | Q. | Let me make sure I understand that. |
| 17 | | At that time you knew? |
| 18 | A. | In 2000 -- because I was the first |
| 19 | | investor. |
| 20 | Q. | Okay. |
| 21 | A. | So I knew it was, you know, my asset |
| 22 | | and his asset. |
| 23 | Q. | I see. |
| 24 | A. | Right now I have no idea about the |
| 25 | | fund. |

```
 1    A.    Again, it's part of our discussion
 2          that -- you know, the impact of
 3          hepatitis C on Promacta.  And this is
 4          kind of what I was, you know, kind of
 5          looking into.
 6    Q.    Okay.
 7    A.    And the idea if Promacta is used for
 8          alpha-interferon treatment, although we
 9          didn't use it but maybe some other
10          people are using it, if
11          alpha-interferon is going to go away,
12          then Promacta's going to go away
13          because you don't need to do treatment
14          for thrombocytopenia any longer.
15    Q.    Did you have an understanding that
16          interferon treatment for hepatitis C
17          was I think you used the term "going to
18          go away" completely?
19    A.    Based on the data that -- about the new
20          drugs for hepatitis C and my own
21          conversation with Dr. Durazo and my own
22          team and -- yes.  I mean, that's what
23          it looks like.
24    Q.    Okay.  Can you take a look at the
25          article, Exhibit No. 45.  Let me direct
```

1           that, I have no idea.
2     Q.    Do you know any of the other investors
3           in the Amvona Fund?
4     A.    No.  I -- one of the investor later on
5           he was also another neighbor, but I
6           didn't know him.  I mean, I just --
7     Q.    Who is that?
8     A.    Krishna is his first name.  That's the
9           only thing I know about him.
10    Q.    In the email there appears to be a
11          reference to the attachment and there's
12          the phrase "important investor
13          concerns."
14                What does that refer to?
15    A.    I have no idea.
16                MR. BROOKS:  Object to the
17          form.
18    Q.    Are you aware in March of 2016 of
19          investors in the Amvona Fund expressing
20          concern about Ligand Pharmaceuticals?
21    A.    Again, I don't recall.  I have no
22          recollection of this specifically.
23    Q.    Okay.  In the period from when you
24          first met Defendant Lemelson to the
25          present, have you ever had any concern

| | | |
|---|---|---|
| 1 | | about his candor towards you? |
| 2 | A. | No. |
| 3 | Q. | What about his truthfulness? |
| 4 | A. | No. |
| 5 | Q. | Have you ever questioned how he |
| 6 | | achieved the returns for the Amvona |
| 7 | | Fund? |
| 8 | A. | Sorry. I didn't understand the |
| 9 | | question. |
| 10 | Q. | Have you ever had any questions about |
| 11 | | how Defendant Lemelson or Lemelson |
| 12 | | Capital Management achieved the returns |
| 13 | | that they did for the Amvona Fund? |
| 14 | A. | No. |
| 15 | Q. | 2015 appears to have been a bad year |
| 16 | | for the Amvona Fund. Did you have any |
| 17 | | concerns about the performance in 2015? |
| 18 | | MR. BROOKS: Object to the |
| 19 | | form. |
| 20 | A. | Just like any investment, you know, it |
| 21 | | goes up and down. So of course you are |
| 22 | | concerned when things go down. But, |
| 23 | | you know, that's part of investment |
| 24 | | work. |
| 25 | Q. | Did you talk to Defendant Lemelson |

```
 1                     C E R T I F I C A T E
 2        I, NICOLAS JABBOUR, do hereby declare under
 3   penalty of perjury that I have read the foregoing
 4   transcript of my deposition; that I have made
 5   such corrections as noted herein, in ink,
 6   initialed by me, or attached hereto; that my
 7   testimony as contained herein, as corrected, is true
 8   and correct.
 9        _____ I have made corrections to my deposition.
10        _____ I have NOT made any changes to my deposition.
11
12        EXECUTED this _____ day of _____, 20___, at
13   _____,  _____.
14          (City)                   (State)
15
16                            _____
                                   NICOLAS JABBOUR
17
18
19
20
21
22
23
24
25
```

```
 1                       ERRATA SHEET
 2      Deposition of: NICOLAS JABBOUR
        Date taken: November 18, 2019
 3      Case: SEC vs. LEMELSON, et al.
        PAGE LINE
 4      ____ ____    CHANGE: _____
                     REASON: _____
 5
                     CHANGE: _____
 6      ____ ____    REASON: _____
 7      ____ ____    CHANGE: _____
                     REASON: _____
 8
                     CHANGE: _____
 9      ____ ____    REASON: _____
10      ____ ____    CHANGE: _____
                     REASON: _____
11
                     CHANGE: _____
12      ____ ____    REASON: _____
13      ____ ____    CHANGE: _____
                     REASON: _____
14
                     CHANGE: _____
15      ____ ____    REASON: _____
16      ____ ____    CHANGE: _____
                     REASON: _____
17
                     CHANGE: _____
18      ____ ____    REASON: _____
19      ____ ____    CHANGE: _____
                     REASON: _____
20
                     CHANGE: _____
21      ____ ____    REASON: _____
22      ____ ____    CHANGE: _____
                     REASON: _____
23
24
        Signed    _____
25      Dated     _____

                                                             120
```

```
 1                    CERTIFICATE
 2
     COMMONWEALTH OF MASSACHUSETTS  )
 3                                  ) ss.
     COUNTY OF MIDDLESEX            )
 4

 5
              I, Deborah S. Gutierrez, a Registered
 6   Professional Reporter, Certified Shorthand
     Reporter and Notary Public within and for the
 7   Commonwealth of Massachusetts, do hereby
     certify:
 8

 9            That the witness whose deposition is
     hereinbefore set forth, was duly identified and
10   sworn by me, and that the foregoing transcript
     is a true and accurate record of the testimony
11   given by such witness.

12
              I further certify that I am not
13   related to any of the parties in this matter by
     blood or marriage, and that I am in no way
14   interested in the outcome of this matter.

15
              IN WITNESS WHEREOF, I have hereunto
16   set my hand this 27th day of November, 2019.

17
                         _____
18
                         Deborah S. Gutierrez
19                       Notary Public
                         My Commission Expires
20                       January 23, 2026

21

22
     The foregoing certification of this transcript
23   does not apply to any reproduction of the same
     in any respect unless under the direct control
24   and/or direction of the certifying reporter.

25
                                              121
```