UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> GREGORY LEMELSON and LEMELSON CAPITAL ) <br> MANAGEMENT, LLC, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> THE AMVONA FUND, LP, ) <br> ) <br> Relief Defendant ) <br> ) | Civil Action No. 1:18-cv-11926-PBS |

## PLAINTIFF'S APPENDIX OF EXHIBITS

51. Deposition of Defendant Gregory Lemelson, Nov. 12, 2019 (Day 2), Excerpts

52. Deposition of Bruce Voss, Dec. 3, 2019, Excerpts

53. Email from Bruce Voss to Defendant Lemelson, June 23, 2014

54. Defendant's Expert Report of Aaron Dolgoff

55. Plaintiff's Rebuttal Expert Report of Dr. Erin Smith

56. Deposition of John Higgins, Dec. 11, 2019, Excerpts

57. Deposition of Matthew Foehr, Dec. 5, 2019, Excerpts

58. Press Release, "Ligand Partner Viking Therapeutics Announces Closing of Initial Public Offering" (May 5, 2015)

59. Investigative Testimony of Defendant Lemelson, July 20-22, 2016, Excerpts

60. Rule 30(b)(6) Deposition of Commission's Designee, David Becker, Aug. 6, 2020, Excerpts

61. Deposition of Todd Pettingill, Dec. 12, 2019, Excerpts

62. Transcript of Motion Hearing/Scheduling Conference, Dec. 6, 2018, Excerpts

63. Letter Accompanying Production of Documents to Commission, Sep. 14, 2015

64. Deposition of Dr. Nicolas Jabbour, Nov. 18, 2019, Excerpts

65. Email exchange between Matthew Foehr, John Higgins, and Bruce Voss, June 20, 2014

66. Email from Bruce Voss to John Higgins, et al., June 23, 2014

67. Email from Ligand Investor to Bruce Voss, July 14, 2014

68. Email from Matt Foehr to John Higgins, Aug. 29, 2014

69. Email form Morgan Stanley representative to Ligand Investors mailbox, September 23, 2014

70. Email exchange between Bruce Voss and John Higgins June 25, 2014

71. Email from Defendant Lemelson to Edward Gu, Oct. 9, 2014

72. Email from Defendant Lemelson to Investors, June 19, 2014

73. The Amvona Fund, LP Investor Presentation, Sep. 4, 2014, Excerpt

74. Viking Therapeutics, Inc. Form S-1 Registration (filed July 1, 2014), Excerpts

75. Deposition of Brian Lian, Dec. 12, 2019, Excerpts

76. Submission on Behalf of Lemelson Capital Management LLC and Rev. Fr. Emmanuel Lemelson, Oct. 20, 2016

77. Deposition of Defendant Gregory Lemelson, Nov. 12, 2019 (Day 1), Excerpts

78. Email Exchange between Defendant Lemelson and Seeking Alpha, Aug. 7, 2014

79. Email Exchange between Defendant Lemelson and Seeking Alpha, Aug. 7, 2014

80. Email Exchange between Defendant Lemelson and Seeking Alpha, Aug. 4, 2014

81. Email Exchange between Defendant Lemelson and Seeking Alpha, July 8, 2014

82. Emails and other communications to prospective investors and investors, Sep. – Nov. 2014

83. Emails concerning Lemelson house shopping, May 2014

84. Emails concerning asset manager introductions, June 2014

85. Email from Defendant Lemelson expecting assets under management increase, June 17, 2014

86. Emails to and from Defendant Lemelson about House Calls/Federal Call on The Amvona Fund account, Jun. 3-26, 2014

Dated:  October 30, 2020

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

*/s/ Marc J. Jones*
Marc J. Jones (BBO #645910)
Alfred A. Day (BBO #654436)
Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02110
617-573-8947 (Jones)
617-573-4537 (Day)
JonesMarc@sec.gov
DayA@sec.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on October 30, 2020, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

                                    */s/ Marc J. Jones*
                                    Marc J. Jones