**EXHIBIT 64**

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3
 4   SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
 5                                    )
              Plaintiff,              )
 6                                    )
        vs.                           ) Civil Action No.
 7                                    ) 1:18-cv-11926-PBS
                                      )
 8   GREGORY LEMELSON, and LEMELSON   )
     CAPITAL MANAGEMENT, LLC,         )
 9                                    )
              Defendants,             )
10                                    )
        and                          )
11                                    )
     THE AMVONA FUND, LP,             )
12                                    )
              Relief Defendant.       )
13   _____)
14
15
16
17                 DEPOSITION OF
18                NICOLAS JABBOUR
19            Boston, Massachusetts
20          Monday, November 18, 2019
21
22
23   Reported by:
     Deborah S. Gutierrez, RPR, CSR
24   MA CSR No. 113293
     RPR No. 803693
25   JOB No. 191118BLC

                                                        1
```

```
 1            UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3
 4  SECURITIES AND EXCHANGE          )
    COMMISSION,                      )
 5                                   )
             Plaintiff,              )
 6                                   )
        vs.                          ) Civil Action No.
 7                                   ) 1:18-cv-11926-PBS
                                     )
 8  GREGORY LEMELSON, and LEMELSON )
    CAPITAL MANAGEMENT, LLC,         )
 9                                   )
             Defendants,             )
10                                   )
        and                          )
11                                   )
    THE AMVONA FUND, LP,             )
12                                   )
             Relief Defendant.       )
13  _____)
14
15
16
17      DEPOSITION OF NICOLAS JABBOUR, taken on
18  behalf of the Plaintiff, at the offices of the
19  SEC, 33 Arch Street, Suite 2400, Boston,
20  Massachusetts, beginning at 11:00 a.m. and
21  ending at 12:54 p.m., on Monday, November 18,
22  2019, before Deborah S. Gutierrez, Registered
23  Professional Reporter and Certified Shorthand
24  Reporter.
25
```

2

```
 1   APPEARANCES:
 2
 3   For Plaintiff:
 4   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 5   BY:  ALFRED A. DAY
     Senior Trial Counsel, Division of Enforcement
 6   - and -
     BY:  MARC JONES
 7   Senior Trial Counsel
     Boston Regional Office
 8   33 Arch Street, Suite 2400
     Boston, Massachusetts  02110
 9   (617) 573-4537
     DayA@sec.gov; jonesmarc@sec.gov
10
11   For Defendants:
12   Libby Hoopes
     BY:  DOUGLAS S. BROOKS
13   Attorney at Law
     399 Boylston Street
14   Boston, Massachusetts 02116
     (617) 338-9300
15   dbrooks@libbyhoopes.com
16
     IN ATTENDANCE:
17
     Father Emmanuel Lemelson
18
19
20
21
22
23
24
25
```

3

```
 1               Boston, Massachusetts
 2              Monday, November 18, 2019
 3              11:00 a.m.  -  12:54 p.m.
 4                    --oOo--
 5
 6                    (Plaintiff's Exhibit 39 was
 7                     marked for identification
 8                     prior to the start of the
 9                     proceedings.)
10
11               Nicolas Jabbour,
12     having been satisfactorily identified by
13     the production of his driver's license and
14     duly sworn by the Notary Public, was
15     examined and testified as follows:
16
17                  EXAMINATION
18        BY MR. DAY:
19     Q.   Good morning, Dr. Jabbour.
20     A.   Good morning.
21     Q.   My name is Al Day, and here with me is
22          Marc Jones.
23                    MR. JONES:  Good morning.
24     Q.   We represent the Securities and
25          Exchange Commission in this matter.
```

7

```
 1              -- you know, like any drug company they
 2              have so many things going on.  I was
 3              not interested in knowing or...
 4      Q.      Okay.  So you have no understanding as
 5              you sit here today of what Ligand's
 6              business is?
 7      A.      At that time.  I mean, now I understand
 8              from the report and the complaint, you
 9              know.
10      Q.      Okay.  But in 2014 --
11      A.      Because I never use their drugs.  I
12              mean, it's not like a company that
13              stick in my mind.  I mean, if you ask
14              me about Merck or Pfizer or Gilead
15              Science and stuff I will understand it,
16              but not, like, any particular.
17      Q.      Okay.  Did you believe in 2014 that
18              Ligand was engaged in any type of
19              fraud?
20      A.      I'm in no position to think that way.
21              I'll be honest with you.  I mean, it's
22              -- because I don't have any knowledge
23              about the company in particular and
24              specifically the financial aspect of
25              the company.
```

47

1   Q.   Okay.  Are you familiar with a

2        pharmaceutical product called Promacta?

3   A.   Until that time I never heard of it.

4   Q.   Okay.  So did you learn of the

5        existence of Promacta around the same

6        time that you learned about the

7        existence of Ligand?

8   A.   Correct.

9   Q.   And that was from Defendant Lemelson?

10  A.   Correct.

11  Q.   So you had no experience with Promacta

12       prior to 2014?

13  A.   I never heard of it; I never prescribe

14       it.

15  Q.   Have you subsequently prescribed

16       Promacta --

17  A.   Never.

18  Q.   -- in the course of your practice?

19  A.   Never.

20  Q.   Okay.  Have you heard of a

21       pharmaceutical product called Revolade?

22  A.   I never prescribed that.  I don't know.

23       I mean, if it's an antiviral treatment

24       probably.  But I -- I -- it doesn't

25       stick in my mind.  I never read on

48

1          nothing.  I'm not familiar with it.

2    Q.   And, again, I'm going to try to go back

3          to 2014.

4                     When you first learned

5          about the existence of Promacta as a

6          pharmaceutical product, did you have an

7          understanding of what it was used to

8          treat?

9    A.   At that time, you know, they -- when we

10         discuss with Father Emmanuel, I mean,

11         we just discuss it for hepatitis C side

12         effect of alpha-interferon.

13   Q.   Did you have any understanding of any

14         other conditions that Promacta was used

15         to treat at that time?

16   A.   When I review it, it was for ITP.

17                     And, actually, I ended up

18         by publishing a paper with one of the

19         resident about ITP in UCL after the

20         fact.  I think it's 2015 or '16.

21   Q.   What is ITP?

22   A.   It's immunal (verbatim)

23         thrombocytopenia purpura or something

24         like that.  It's actually when the

25         spleen destroys the platelets and you

49

```
 1              have to do a splenectomy.  You know, we
 2              take the spleen out --
 3    Q.   Okay.
 4    A.   -- to treat the inflammation.
 5    Q.   And you wrote a paper on the subject of
 6         ITP?
 7    A.   Not specifically about ITP, about
 8         splenectomy for -- about sequestration
 9         of platelets between the liver or the
10         spleen as a cause for ITP.
11                   And, again, it's not my
12         paper.  I just mentor a resident at my
13         university in Belgium.
14    Q.   When was that?
15    A.   Somewhere in '15 or '16.
16    Q.   Did you come to have an understanding
17         of how Promacta was used in the
18         treatment of ITP as a result of that,
19         being involved in writing that paper?
20    A.   Not exactly.  I mean, the only thing
21         I -- because we discuss it about the
22         treatment for hepatitis C.  And in the
23         paper the resident mentioned that if it
24         doesn't work in some cases they use
25         Promacta.  That's the only thing I knew
```

50

```
 1              about it.  It was not the focus of the
 2              paper.
 3    Q.   Okay.
 4    A.   The focus of the paper is to see if the
 5              platelet sequestration -- the site of
 6              the platelet sequestration have an
 7              effect.  I mean, that's kind of the
 8              essence of the paper.
 9    Q.   Okay.  What is the name of the resident
10              that you were working with on that
11              paper?
12    A.   Julie Navez.
13    Q.   N-A-V-E-Z?
14    A.   N-A-V-E-Z.
15    Q.   Julie?
16    A.   Julie.
17    Q.   Okay.  Is your name on the paper as
18              well?
19    A.   Absolutely.  Yeah.
20    Q.   Okay.  Anybody else?
21    A.   They have other co-author.  I don't
22              remember the -- you know, the exact
23              names.
24    Q.   Other than ITP and in connection with
25              interferon based treatments for
```

                                                     51

```
 1        hepatitis C, are you aware of any other
 2        conditions that Promacta is used to
 3        treat?
 4   A.   No.
 5             And as I said, I'm not
 6        familiar at all with the drug.  I never
 7        heard of it before.  As I said, this --
 8        in the paper it came out from the
 9        resident, but I have no idea.  I didn't
10        even look into it to see how to use
11        it.  Because I treated ITP before, and
12        I never use it or was familiar with it
13        so...
14   Q.   You personally treated ITP?
15   A.   Probably as a resident or a fellow
16        taking a spleen out in a few cases.
17        It's not my exact specialty.
18   Q.   Okay.
19   A.   But as a resident you probably are
20        exposed to treat these kind of
21        conditions.  But I never heard of
22        Promacta.
23   Q.   Okay.  Had you heard of any other drugs
24        used to treat ITP?
25   A.   Steroids which is what -- that's what
```

52

```
 1            we use as first-line treatment.
 2    Q.    Okay.  And approximately what year
 3          were you involved in the treatment of
 4          ITP?
 5    A.    I'm not -- it is not my specialty.
 6          But as part of the training you
 7          should -- supposed to know about it.
 8          And you might came across one case or
 9          two cases, you know.
10    Q.    And was that when you were a resident,
11          perhaps?
12    A.    Most likely.
13    Q.    Okay.  And remind me what years you
14          were a resident.
15    A.    Between 1987 and 1991.
16    Q.    Okay.  Do you know when Promacta was
17          approved by the FDA as a treatment for
18          ITP?
19    A.    No idea.
20    Q.    Okay.  Do you know when it was approved
21          to treat ITP - strike that.  Strike
22          that.
23                    Do you have any training in
24          hematology?
25    A.    No.
```

53

Q.   Okay.  In 2014 did you have an understanding of how much revenue Promacta generated for Ligand?

A.   No idea.

Q.   In 2014 did you have an understanding of what rights or interests Ligand had in Promacta?

A.   No idea.

Q.   Did you have any understanding of how or why Ligand received revenue related to the sale of Promacta?

A.   No idea.  I mean, the -- my -- my really focus was on the drug and how we used it in hepatitis C.  Because that's my expertise, you know.  Short of that, I was not interested or knowing anything about it.  And really I didn't dig it out because it was not my interest.

Q.   Okay.  Did you have an understanding in 2014 of what portion of the revenue Ligand received on an annual basis was related to the treatment -- the use of Promacta as a treatment for hepatitis C?

54

1              MR. BROOKS:   Objection.

2    A.   Not personally.   If it's written in the

3         report that Emmanuel sent to me,

4         probably.   But I don't remember or it

5         didn't stick in my mind and I wasn't

6         interested in knowing.

7    Q.   Did you undertake any investigation of

8         how much revenue Ligand was earning

9         from the use of Promacta in connection

10        with hepatitis C?

11   A.   No, not at all.

12   Q.   Did you have an understanding in 2014

13        of whether Promacta was a commercially

14        viable treatment for ITP?

15   A.   I was in no position to know that or

16        have an idea about that.

17   Q.   Have you heard of a company called

18        Novartis?

19   A.   Yes.

20   Q.   What is Novartis?

21   A.   All I know -- because it manufacture

22        cyclosporine which is used in

23        transplantation.   They have several

24        drugs I probably use in my practice.

25   Q.   It's a pharmaceutical company?

                                              55

| | | |
|---|---|---|
| 1 | A. | Drug company.  I think it's based in |
| 2 | | Switzerland, Basel. |
| 3 | Q. | Okay.  What about GSK? |
| 4 | A. | GlaxoSmithKline.  Yeah.  I mean, like |
| 5 | | any other company, yeah. |
| 6 | Q. | Okay. |
| 7 | A. | They do vaccines and stuff.  Yes. |
| 8 | Q. | In 2014 did you have an understanding |
| 9 | | of what role, if any, GlaxoSmithKline |
| 10 | | played in marketing and sale of |
| 11 | | Promacta? |
| 12 | A. | No idea. |
| 13 | Q. | Do you know what, if any, efforts GSK |
| 14 | | undertook to market and sell Promacta? |
| 15 | A. | No idea. |
| 16 | Q. | Did you know in 2014 how much revenue |
| 17 | | GSK, if any, received from the sale of |
| 18 | | Promacta in the United States? |
| 19 | A. | No idea. |
| 20 | Q. | Europe? |
| 21 | A. | No idea. |
| 22 | Q. | Asia? |
| 23 | A. | No idea. |
| 24 | Q. | Okay.  Did you have an understanding of |
| 25 | | how much GSK paid to Ligand in |

56

1          connection with the sale of Promacta in

2          2014?

3    A.    No idea.  And not interested, frankly.

4          I mean, why would I be interested?

5    Q.    I'm just asking the questions.

6    A.    Yeah.  Sorry.

7    Q.    I asked you earlier if you knew when

8          Promacta was approved by the FDA as a

9          treatment for ITP, and I believe you

10         answered that you didn't know?

11   A.    Yeah, I didn't know.

12   Q.    Are you familiar with any other FDA

13         approvals of Promacta for any other

14         indications?

15   A.    No idea.

16   Q.    Okay.  What about approvals by other

17         regulatory agencies in Europe or Asia?

18   A.    No idea.

19   Q.    Okay.  Do you have an understanding of

20         how much Novartis paid to acquire

21         certain rights to Promacta in 2015?

22   A.    No idea.

23   Q.    As you sit here today, do you have any

24         reason to believe that Novartis would

25         not continue to market and sell

57

1          Promacta after acquiring it from GSK in

2          2015?

3     A.   No interest and no idea.

4     Q.   I believe you mentioned the drug

5          Sovaldi earlier.  Are you familiar with

6          that drug?

7     A.   Yeah.  I think I responded that not

8          specifically but I assume it's for

9          hepatitis C treatment.  But I'm not

10         using it.  I mean, I never prescribe

11         it.

12    Q.   Okay.  As part of your surgical

13         practice, do you treat patients with

14         hepatitis C other than through liver

15         transplantation?

16    A.   No.  We treat in part of liver

17         transplantation and postop after the

18         operation if they need treatment.

19    Q.   Okay.  So I gather you don't prescribe

20         drugs for hepatitis C as -- to manage

21         the condition prior to the point that

22         somebody comes to you for surgical

23         intervention?

24    A.   Well, the question is yes and no.

25    Q.   Okay.

58

1    A.   Because early post transplantation we

2         are responsible for the patient.  Like,

3         in Pittsburgh for -- so we used to

4         prescribe it.  Like alpha-interferon

5         and Neupogen and some other drugs.

6         And then later on we used to be

7         responsible for the patient for only

8         three months and then the hepatologist

9         would take over.

10                   So it's kind of a

11        combination.  But we are aware of what

12        treatment because it's our patient

13        still.

14   Q.   I think you -- well, let me ask a

15        different question.

16                   Have you ever personally

17        prescribed Sovaldi in patients?

18   A.   No.  Because it came after I kind of

19        pulled back a little bit from my

20        practice in transplantation and before

21        it was, you know, widely used.

22   Q.   When did you first become aware of

23        Sovaldi?

24   A.   I think when I was at UCL in Belgium

25        they have a presentation on new drugs.

                                                  59

```
 1            well for ITP patients.
 2    Q.    So this is your -- a quote of something
 3            you said or wrote to Defendant
 4            Lemelson?
 5    A.    Yes.
 6    Q.    Okay.  Did you have an understanding
 7            on June 12th of 2014 what impact, if
 8            any, Sovaldi would have on the use of
 9            Promacta to treat ITP?
10    A.    No idea.
11    Q.    What about other indications for
12            Promacta like aplastic anemia?
13    A.    I'm not a hematologist, as I mentioned,
14            so I have no idea.
15    Q.    Did you have any understanding on
16            June 12th of 2014 of how, if at all,
17            Sovaldi would impact Ligand's revenue
18            from the sale of Promacta?
19    A.    No idea.
20                   My -- my response to the
21            question was actually very -- very
22            limited; what they -- how often we use
23            Promacta in treatment of hepatitis C,
24            why do you use it, and are the new
25            drugs going to affect the utilization.
```

68

1              I mean, that's kind of my
2      focus of my -- my question to my
3      friend, you know.
4   Q.  Who is the doctor that you conferred
5      with -- well, let me ask a preliminary
6      question.
7              This quote suggests that
8      you spoke with another doctor about
9      Sovaldi.  Is that correct?
10  A.  Correct.
11  Q.  Okay.  Was that a telephone
12      conversation?
13  A.  Yes.
14  Q.  Do you recall the conversation as you
15      sit here today?
16  A.  Not word by word.
17  Q.  Sure.
18  A.  But I remember I called -- he's one of
19      my friends.  We used to work together,
20      actually, at USC.
21  Q.  What's his name?
22  A.  Francisco Durazo.
23  Q.  Could you spell that for the court
24      reporter.
25  A.  D-U-R-A-Z-A.  (Verbatim)

69

1    Q.   And what did you ask Dr. Durazo about

2         Sovaldi?

3    A.   The -- he's a hepatologist.  He's the

4         chief of hepatology at UCLA.  And my

5         question was since he deals a lot more

6         patients in my experience at that time

7         in Belgium, have you ever used Promacta

8         and -- because I never heard of the

9         drug.

10                   And he said he doesn't use

11        it and, by the way, alpha-interferon is

12        going to go away because of the new

13        drugs for hepatitis C.

14   Q.   Okay.  Did you indicate to -- I'm

15        sorry.  The last name again?

16   A.   Durazo.

17   Q.   Durazo.

18                   Did you indicate to

19        Dr. Durazo why you were asking about

20        Sovaldi and hepatitis C?

21   A.   No.

22   Q.   Why not?

23   A.   Because it doesn't -- I mean, it has no

24        effect on the information.  I mean, why

25        should he know.

70

1           Actually, I was interested

2     in myself in knowing because I deal

3     with this, and I was surprised I never

4     heard of it, of the drug.  So I was --

5     maybe I made a mistake, maybe some

6     people use it, different institution

7     use it.  So out of curiosity I wanted

8     to see if I missed something.

9  Q.  As of June 12th, 2014, do you know

10    whether Sovaldi had been approved by

11    the FDA for use in patients with

12    hepatitis C?

13 A.  I remember, as I mentioned earlier,

14    they were having a lecture about the

15    new drugs at UCL and they say such a,

16    like, great drugs for hepatitis C.  But

17    I have no idea what the exact timing of

18    approval or what stage of the studies.

19 Q.  How long did you speak to Dr. Durazo?

20 A.  Again, long time -- long distance phone

21    call.  I have no idea.

22 Q.  Sure.

23 A.  Probably five, ten minutes.

24 Q.  Short?  Long?

25 A.  Yeah, short.

71

1    Q.    Okay.   Probably five minutes?

2    A.    Yeah.   You know, how you doing and

3          stuff like that, you know.

4    Q.    Okay.  Did you say anything about

5          Defendant Lemelson to Dr. Durazo during

6          the course of that conversation?

7    A.    Not at all.  It was -- again, the phone

8          call -- I didn't call him to tell him I

9          want your help in this.  It was part of

10         the conversation, just to see how he

11         was doing and stuff like that and by

12         the way, you know.

13   Q.    Okay.  The date of this report is

14         June 16th, 2014.  And just based on the

15         quote attributed to you, it appears

16         that you spoke to Dr. Durazo on

17         June 12th, 2014.  And we can look at a

18         few other documents to try to nail that

19         down.

20               But my question is:  When

21         you spoke to Dr. Durazo, did you have

22         an understanding that the information

23         you got from him was going to be used

24         by Defendant Lemelson?

25   A.    No.  As I said, I -- you know, I mean,

72

```
 1              my conversation with him was just to
 2              understand the drug and if he's using
 3              it and what the future of hepatitis C
 4              treatment.
 5       Q.     Why did you reach out to him at all?
 6       A.     Because he's my friend.  He's very
 7              knowledgeable.  And he's working in the
 8              largest center for liver
 9              transplantation.  So, if anything, he
10              should know about it more than me.
11       Q.     I'm getting at something slightly
12              different.
13       A.     Yeah.
14       Q.     Maybe my question wasn't clear.
15       A.     Yeah.
16       Q.     Did you reach out to Dr. Durazo because
17              Defendant Lemelson asked you to get
18              information on Sovaldi and hepatitis C?
19       A.     No.  I mean, I reach out to him because
20              I was asked a question.  And like in
21              anything, if anybody ask me question I
22              will find out the answer.
23       Q.     Okay.  What question were you asked?
24       A.     About Promacta and hepatitis C.
25       Q.     Okay.  Who asked you that question?
```

                                                        73

1    A.   I think Emmanuel, Father Emmanuel.

2    Q.   And was that by telephone?

3    A.   I was in Belgium at that time.  I

4         assume, yes, by telephone.

5               MR. DAY:  Okay.  We've been

6         going for about an hour.  Why don't we

7         take just a three-, four-minute break

8         and then go back on record.

9               (A short break was taken.)

10              (Plaintiff's Exhibit 43 was

11               marked for

12               identification.)

13              MR. DAY:  Back on the

14        record.

15        BY MR. DAY:

16   Q.   Dr. Jabbour, I want to back up to

17        something we talked about briefly this

18        morning which is the conversation you

19        had with Mr. Brooks and Defendant

20        Lemelson over coffee this morning.

21              About how long did you meet

22        with these two individuals?

23   A.   So I arrived I would say 10:15, 10:20,

24        and then we left, what, 10, 15 minutes.

25        So probably half an hour.  Time to

                                              74

```
 1    A.    Yeah.

 2    Q.    Was it communicated to you by email?

 3          Through a phone call? anything?

 4                    Did you have any

 5          understanding?

 6    A.    Again, I don't recall all the email

 7          communication.  But as far as I'm

 8          concerned, he communicate what's -- you

 9          know, what I'm seeing here and stuff

10          like that so...

11    Q.    I want to follow up a little bit on the

12          use of Promacta in connection with

13          patients who display a low platelet

14          count as a result of treatment with

15          interferon.

16                    Who on the medical team

17          would be responsible for prescribing

18          Promacta in a patient who had a low

19          platelet count in the hepatitis C

20          treatment context?  Would that be a

21          hematologist? a surgeon?

22    A.    As I said, when -- when I -- when we

23          were in Pittsburgh and in early days

24          at USC, the surgeon would be

25          prescribing any medication for
```

78

1          hepatitis C patient postoperatively.

2     Q.   Postoperatively.

3     A.   Postoperatively mainly.

4     Q.   Okay.

5     A.   Mainly.  Because sometimes patient

6          might be waiting on the list and be on

7          drugs so we'll monitor them.

8     Q.   Okay.

9     A.   And then hepatologist would be also

10         prescribing either independently or

11         along -- as a team so...

12    Q.   Okay.  Is it your understanding that in

13         the context of treating hepatitis C

14         with interferon before surgery, would

15         it be the hepatologist who would

16         prescribe Promacta, or would it be

17         somebody else?

18    A.   Pretty much hepatologist in most of the

19         cases.

20    Q.   Okay.  And you're not a hepatologist?

21    A.   No.  I'm a transplant surgeon.

22    Q.   Let's take a look at Exhibit No. 43.

23         I'll represent to you that these are

24         documents that were produced by

25         Lemelson Capital Management and

79

1    Q.   Okay.  My question is maybe a little

2         different.

3                   Did you do anything to

4         determine in 2014 whether interferon

5         would continue to be used because of

6         the high cost of some of the

7         alternative treatments?

8                   MR. BROOKS:   Objection.

9    A.   I think, in all honesty, when you

10        have -- alpha-interferon was not a

11        perfect drug and did not provide that

12        much benefit.  That was the only thing

13        available for our patients.

14                  And when you have a new

15        drug with such a good effect, there's

16        no way -- it's not an equivalent.  It's

17        way higher than equivalent.  So the

18        cost would not play as much of a role.

19   Q.   Were there other new treatments for

20        hepatitis C coming to market in 2014 as

21        well?

22   A.   I'll be honest with you.  I don't know

23        the exact detail.  All I'm -- was

24        interested in new drugs for this really

25        deadly disease that affected our

87

```
 1          patients.  And this new concept was
 2          completely different.  So it's like a
 3          step up, not just slight increase.
 4    Q.    There's a reference on the second page
 5          of this article to additional therapies
 6          being developed by a company called
 7          AbbVie and Merck for hepatitis C.  It's
 8          the second to last paragraph if you
 9          want to read it.
10    A.    (Witness reading document.)
11                   Yes.
12    Q.    Do you know whether there would be a
13          role for Promacta in connection with
14          treatment by these competing drugs
15          being developed by Merck or AbbVie?
16    A.    No.  Because the drug -- the way the
17          drug works it will -- it's the same
18          family of drugs.  So it will -- it will
19          negate the use for Promacta or Neupogen
20          or other drugs due to the side effect
21          of alpha-interferon.
22    Q.    And you're referring to the AbbVie and
23          Merck drugs?
24    A.    Correct.
25    Q.    And what are those drugs called?
```

88

```
 1          quickly.  Because the difference will

 2          be so huge that it will be almost

 3          anything to continue the old drugs.

 4     Q.   Okay.  And do you know when Sovaldi was

 5          approved for use in the United States?

 6     A.   As I said before, I have no idea.

 7     Q.   What about Europe?

 8     A.   No idea.

 9     Q.   Asia?

10     A.   No idea.

11     Q.   South America?

12     A.   No idea.

13     Q.   Africa?

14     A.   No idea.

15     Q.   What about the other emerging therapies

16          that were referenced in the article

17          from AbbVie and Merck?

18     A.   I have no idea.

19     Q.   Do you know when they were approved for

20          use in the United States, if at all?

21     A.   No idea.

22     Q.   Europe?

23     A.   No idea.

24     Q.   Asia?

25     A.   No idea.
```

103

1    Q.   Africa?

2    A.   No idea.

3    Q.   South America?

4    A.   No idea.

5                   Australia?

6    Q.   Australia?

7    A.   No idea.

8                   MR. DAY:  Okay.  This will

9         be Exhibit No. 49.

10                  (Plaintiff's Exhibit 49 was

11                   marked for

12                   identification.)

13   Q.   I'm handing you what has been marked

14        Exhibit No. 49 which appears to be an

15        email like another that we looked at

16        that is both from and to Emmanuel

17        Lemelson and then a blind carbon copy

18        to you at the email address you

19        identified earlier.

20                  Do you see that?

21   A.   Correct.

22   Q.   The date is June 19th, 2014?

23   A.   Correct.

24   Q.   This email appears to be informing

25        investors about an interview that

104

```
 1                    MR. BROOKS:  Objection.
 2       A.   I don't know what his thoughts are.
 3            I'm not in a position to know what his
 4            thinking process is.
 5       Q.   On June 19th, 2014, did you have an
 6            understanding that the Amvona Fund held
 7            a short position in Ligand?
 8       A.   I think at that time he probably tell
 9            the investors or he -- based on the
10            interviews and stuff like that that
11            probably yes.
12       Q.   Did you have an understanding that a
13            short position would be profitable if
14            the price of the shares went down?
15       A.   That's the intent of shorting a
16            position.  Correct.
17                    MR. DAY:  Can we go off the
18            record for just a couple minutes.
19                        (A short break was taken.)
20                        (Plaintiff's Exhibit 50 was
21                         marked for
22                         identification.)
23            BY MR. DAY:
24       Q.   Dr. Jabbour, I'm handing you what has
25            been marked Exhibit 50 which appears to
```

109

1    be an email from Defendant Lemelson to

2    you dated March 18th, 2016.  And it

3    references "Answers to Important

4    Investor Concerns about Ligand

5    Pharmaceuticals."

6              Do you see that?

7    A.   Yes.

8    Q.   And there's an attachment which is a

9    document that appears to contain a

10   number of questions and answers.

11             Do you see that?

12   A.   This one here?

13   Q.   Yes.

14   A.   Yes, I see it.

15   Q.   Okay.  Any reason to believe you

16   didn't receive this email in March of

17   2016?

18   A.   No reason.

19   Q.   Do you recall this email or the

20   document attached to it?

21   A.   I'll be honest with you.  Again, I

22   don't -- you know, this is one of

23   thousands of emails.  I have no idea.

24   I don't remember.

25   Q.   If you turn to the second page of the

110

1          document, which is the first page of

2          the attachment, there's a question one.

3                    Do you see that?

4     A.   Correct.

5     Q.   "How is ITP not a commercially viable

6          application for Promacta."

7                    Do you see that?

8     A.   Yes.

9     Q.   Do you know whose question that was?

10    A.   No.  I mean, it's on the document you

11         show me.  I don't know where the

12         question came from.

13    Q.   In March of 2016 did you have any

14         question in your mind about whether

15         Promacta was a commercially viable

16         application for ITP?

17    A.   I have no idea.  I mean, as I said, I'm

18         not a hematologist so I have no way of

19         knowing that.

20    Q.   Okay.  Do you know why Defendant

21         Lemelson sent this document to you on

22         March 18th of 2016?

23    A.   Again, I don't know what the thought

24         process was.  Could be because I'm a

25         physician and I practice.  Other than

111

1          that, I have no idea.

2     Q.   Do you know any of the other investors

3          in the Amvona Fund?

4     A.   No.  I -- one of the investor later on

5          he was also another neighbor, but I

6          didn't know him.  I mean, I just --

7     Q.   Who is that?

8     A.   Krishna is his first name.  That's the

9          only thing I know about him.

10    Q.   In the email there appears to be a

11         reference to the attachment and there's

12         the phrase "important investor

13         concerns."

14              What does that refer to?

15    A.   I have no idea.

16              MR. BROOKS:  Object to the

17         form.

18    Q.   Are you aware in March of 2016 of

19         investors in the Amvona Fund expressing

20         concern about Ligand Pharmaceuticals?

21    A.   Again, I don't recall.  I have no

22         recollection of this specifically.

23    Q.   Okay.  In the period from when you

24         first met Defendant Lemelson to the

25         present, have you ever had any concern

                                              112

```
1                 C E R T I F I C A T E
2        I, NICOLAS JABBOUR, do hereby declare under
3     penalty of perjury that I have read the foregoing
4     transcript of my deposition; that I have made
5     such corrections as noted herein, in ink,
6     initialed by me, or attached hereto; that my
7     testimony as contained herein, as corrected, is true
8     and correct.
9        _____ I have made corrections to my deposition.
10       _____ I have NOT made any changes to my deposition.
11
12       EXECUTED this _____ day of _____, 20___, at
13    _____,  _____.
14         (City)                    (State)
15
16                         _____

                           NICOLAS JABBOUR
17
18
19
20
21
22
23
24
25
                                                      119
```

```
 1                        CERTIFICATE

 2

 3      COMMONWEALTH OF MASSACHUSETTS   )
                                        )    ss.
        COUNTY OF MIDDLESEX             )
 4

 5

 6              I, Deborah S. Gutierrez, a Registered
        Professional Reporter, Certified Shorthand
        Reporter and Notary Public within and for the
 7      Commonwealth of Massachusetts, do hereby
        certify:
 8

 9              That the witness whose deposition is
        hereinbefore set forth, was duly identified and
10      sworn by me, and that the foregoing transcript
        is a true and accurate record of the testimony
11      given by such witness.

12

13              I further certify that I am not
        related to any of the parties in this matter by
        blood or marriage, and that I am in no way
14      interested in the outcome of this matter.

15

16              IN WITNESS WHEREOF, I have hereunto
        set my hand this 27th day of November, 2019.

17

18

19                              Deborah S. Gutierrez
                                Notary Public
20                              My Commission Expires
                                January 23, 2026
21

22

23      The foregoing certification of this transcript
        does not apply to any reproduction of the same
24      in any respect unless under the direct control
        and/or direction of the certifying reporter.

25

                                                      121
```