

| | |
|---|---|
| **From:** | Higgins, John L. <JHiggins@ligand.com> |
| **To:** | Bruce Voss <bvoss@lhai.com>;Foehr, Matt <MFoehr@ligand.com> |
| **Sent:** | 6/20/2014 2:09:29 PM |
| **Subject:** | Fwd: Lemelson and Cardinal Capital |

```
FYI - note from matt.

Just meet with invesco. They were polite to not mention lemelson, but most if their opening
questions followed lemelson's script, opening with how concerned are we that we only have
one manufacturer.



Begin forwarded message:

From: "Foehr, Matt" <MFoehr@ligand.com<mailto:MFoehr@ligand.com>>
Date: June 20, 2014 at 12:21:41 PM CDT
To: "Higgins, John L." <JHiggins@ligand.com<mailto:JHiggins@ligand.com>>
Subject: Lemelson and Cardinal Capital

I just got a call from Gene and Bob at Cardinal. They are obviously supportive of Ligand,
said they have actually been buying more but are bothered by Lemelson. Gene Fox basically
just wanted to reach out to say that he feels this is a clear-cut case of stock
manipulation by Lemelson and hopes that the SEC gets contacted somehow. Overall, a
positively toned call with the, but you can tell it is grinding folks a bit (as I know you
are seeing on the road, it sounds).
```

Confidential Treatment Requested by Bruce Voss                                                    LCM_SEC0000890