

EXHIBIT 66

| | |
|---|---|
| **From:** | Bruce Voss |
| **To:** | 'Higgins, John L.'; Foehr, Matt; de Silva, Nishan |
| **Sent:** | 6/23/2014 4:03:09 PM |
| **Subject:** | RE: Lgnd |

There's no news, posts, tweets, etc. of note. We get "social velocity" alerts from Bloomberg so even if we're missing something we'd be notified if activity is aberrantly high. I spoke with one individual shareholder this morning who basically wanted assurance that the Lemelson piece is ill-founded. I sent Emmanuel the email this morning but so far I've had no response.

Bruce Voss, Managing Director, Principal
Investor Relations: Results that Matter

T: 310.691.7100  C: 646.249.7453  F: 310.691.7150  E: BVoss@lhai.com
2121 Avenue of the Stars, Suite 2970  |  Los Angeles, CA 90067
www.lhai.com | Facebook | LinkedIn | Twitter | YouTube

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Please consider the environment before printing this email.


-----Original Message-----
From: Higgins, John L. [mailto:JHiggins@ligand.com]
Sent: Monday, June 23, 2014 12:59 PM
To: Foehr, Matt; Bruce Voss; de Silva, Nishan
Subject: Lgnd

Is there any news, tweets, blogs etc on lgnd today? Any idea why down?
Markets seems mixed with some peers down a good amount, but we are off a lot.

Just want to get a sense before I go into meetings tomorrow.

Thanks

John