

**From:** Foehr, Matt <MFoehr@ligand.com>
**To:** Higgins, John L.
**Sent:** 8/29/2014 2:32:05 PM
**Subject:** Investor Call

```
Just got a call from Peter Kipp with a $250m AUM generalist hedge fund in Houston (you may have
met with him, and I have spoken with him previously - about a year ago). He wanted to talk
through the covert - he loved the deal and said he thought the interest-rate being that low was
a typo in our press release. But also wanted to talk Lemelson. He said he's had people post
rebuttals on Seeking Alpha and has considered filing a complaint himself with the SEC. I
obviously talked through that issue carefully with no disclosure of anything inappropriate; he
understood that companies need to be thoughtful about such responses. Overall a good call, but
clear Lemelson is annoying him, which of course is not unexpected.
```

**Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.**   LGND_0000083