
EXHIBIT 69

| | |
|---|---|
| **From:** | Luib, Erika <eluib@ligand.com> |
| **To:** | Bruce Voss <bvoss@lhai.com> |
| **Sent:** | 9/23/2014 4:35:16 PM |
| **Subject:** | FW: Questions |
| **Attachments:** | image001.jpg |

Bruce,

Can you handle below? Thanks in advance!

Best regards,

Erika Luib
Marketing and Captisol Customer Service
Captisol, a Ligand technology
858-550-7895
orders@captisol.com

---

**From:** Leopold, Michael A [mailto:Michael.A.Leopold@morganstanley.com]
**Sent:** Tuesday, September 23, 2014 1:34 PM
**To:** Investors
**Subject:** Questions

I would like to speak to the appropriate representative of Ligand to discuss the short thesis that has been widely discuss on various news services.
I cannot find any response to the accusations of Lemelson Capital regarding "going concern" worries and the terms of the recent convertible offering.
I would appreciate a call if possible.
My contact info is below.
Thank you


**Michael A. Leopold , CFP®**
Senior Vice President-Wealth Management
Futures Specialist
Morgan Stanley Wealth Management, LLC.
31 West 52nd Street, 23rd Floor
New York, NY 10019

212-603-6265
Fax 646-291-1010
Toll Free 800-843-0211

http://www.morganstanleyfa.com/theleopoldgroupsb/index.htm



---

Important Notice to Recipients:

Please do not use e-mail to request, authorize or effect the purchase or sale of any security or commodity. Unfortunately, we cannot execute such instructions provided in e-mail. Thank you.

The sender of this e-mail is an employee of Morgan Stanley Smith Barney LLC ("Morgan Stanley"). If you have received

Confidential Treatment Requested by Bruce Voss

LCM_SEC0001179

this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Erroneous transmission is not intended to waive confidentiality or privilege.  Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. This message is subject to terms available at the following link: http://www.morganstanley.com/disclaimers/mssbemail.html.  If you cannot access this link, please notify us by reply message and we will send the contents to you.  By messaging with Morgan Stanley you consent to the foregoing.

Confidential Treatment Requested by Bruce Voss

LCM_SEC0001180