

**EXHIBIT 72**

To: 'el@lemelsoncapital.com'[el@lemelsoncapital.com]
Bcc: 'Banu Sezginsoy (banusezginsoy@yahoo.com)'[banusezginsoy@yahoo.com]; 'Bob Resinger (bresinger@telcolegacy.com)'[bresinger@telcolegacy.com]; 'David Griesemer (david.griesemer@gmail.com)'[david.griesemer@gmail.com]; 'Dimitrios Karakoutas (dkarakoutas@yahoo.com)'[dkarakoutas@yahoo.com]; 'Fr. Constantine Cambas (constcamb@verizon.net)'[constcamb@verizon.net]; 'Krishna (krishnaika7@gmail.com)'[krishnaika7@gmail.com]; 'Marilou Cambas (mgcambas@gmail.com)'[mgcambas@gmail.com]; 'Nicolas Jabbour (nicolas.jabbour@uclouvain.be)'[nicolas.jabbour@uclouvain.be]
From: + Emmanuel Lemelson
Sent: Thur 6/19/2014 2:51:08 PM
Importance: Normal
Subject: Watch 6/19 - Capital Allocation as Stewardship, Show 9:20am ET - includes discussion on WWE, LGND and the future of the markets

On June 19th, was invited onto Benzinga's Pre-Market Prep show to discuss the theme of capital allocation as stewardship. The interview begins at the one hour and twenty minute mark in the video (video # 619), and includes an in-depth discussion of WWE, LGND and the future of the markets.

Benzinga PreMarket Prep show answering questions LIVE at 9:20, June 19th, 2014 on WWE, LGND and thefuture of markets - to watch, click here.

Shares of LGND dropped ~2% during the interview.

Other recent coverage:

Benzinga - Shares Of Ligand Follow Parabolic Curve Amid Responses Surrounding Promacta's Phase III Trial (June 17th, 2014)

USA Today - Money manager betting against biotech firm Ligand Pharmaceuticals (June 16th, 2014)

Street Insider - Lemelson Capital Makes Short Case Against Ligand Pharma (LGND) (June 16th, 2014)

SA Market Currents - Bearish outlook for Ligand from Lemelson Capital (June 16th, 2014)

SEC-Lemelson-E-0117738

ValueWalk - <u>Lemelson: Ligand Pharmaceuticals (LGND) – 'No Intrinsic Value'</u> (June 16th, 2014)

Benzinga - <u>Shares of Ligand Pharma Tick Lower Following Word from Lemelson Capital Fund Has Initiated Short Position in Stock</u> (June 16th, 2014)

Warm Regards,

+ Emmanuel Lemelson

Chief Investment Officer

LEMELSON
CAPITAL MANAGEMENT        Lemelson-Capital-Management__Logo - resized to 220 px

www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

SEC-Lemelson-E-0117739

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

SEC-Lemelson-E-0117740