EXHIBIT 73

EXHIBIT
Lemelson
25
10/16/19 CHF

# The Amvona Fund, LP

Long-biased US equity fund

## Investor Presentation



Lemelson Capital Management
THE AMVONA FUND, LP
FEATURED AS A
TOP PERFORMING EVENT DRIVEN FUND 2013
2014 Preqin Global Hedge Fund Report
preqin

# Timeline (Cont.)

- **2014 (May)** Shares of WWE plunge 44% on May 16th, 2014 (63% since Mar. 17th) - LCM calls for changes in executive management team or sale of company – LCM is widely cited in the national and international press.

- **2014 (May)** The Amvona Fund ranks amongst the top funds in the world again in April according to Barron's list of Best Performing hedge Funds marking the third time at the top of the list in just 8 months.

- **2014 (June)** One June 16th Amvona publishes 25 p research report on LGND concluding shares are not worth more than $0 per share. The report is appended on July 3rd with an additional 12 pages of research.

- **2014 (June)** LGND shares drop ~16% within 6 trading days – Lemelson Capital is credited with the drop in market cap by USAToday, ValueWalk, Benzinga, SeekingAlpha and others.

- **2014 (Aug 1)** LGND shares drop ~35%, six weeks after publication of the original short thesis.

- **2014 (Aug 27)** KLIC heads LCM call for buyback, authorizes 100 M repurchase

9/4/2014

11