

**To:** 'Colin Lokey'[colin@seekingalpha.com]
**Cc:** 'George Moriarty'[george@seekingalpha.com]; 'Eli Hoffmann'[eli@seekingalpha.com]
**From:** + Emmanuel Lemelson
**Sent:** Thur 8/7/2014 11:01:51 AM
**Importance:** Normal
**Subject:** RE: moderation

Great Colin thanks -- will forward to you directly in the future.

In all the cases mentioned to George, the comments were reported several times to moderation over a period of several days with no response... (it's not that they weren't reported). ...would hardly bother George or Eli right away over a moderation issue (unless it wasn't being addressed).

Also, would not report a comment that wasn't in violation of SA policy (waste of both our time) -- the issue here may be that the comments are being reported and someone in moderation feels they perhaps don't violate SA policy (when clearly they do) -- that is the only explanation that seems to make sense for the recent slew of violations which were not removed over a period of days, despite multiple reports (until George was contacted).

Just out of curiosity, does your system show a history of reporting on the subject comments? (i.e. over the last few days?) - would be good to know, as perhaps there may also be a bug in the system...?

Thanks for the phone number and your prompt and professional attention to the matter -- really appreciated.

Warm Regards,



+ Emmanuel Lemelson

Chief Investment Officer

 Lemelson-Capital-Management__Logo - resized to 220 px

www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Colin Lokey [mailto:colin@seekingalpha.com]
**Sent:** Thursday, August 7, 2014 10:56 AM

**To:** + Emmanuel Lemelson
**Subject:** moderation

Hi Emmanuel,

George forwarded your concerns about moderation to me. Please note that in the future, you can send these concerns directly to me as I head our moderation department. I would also note that we typically do not monitor individual comment threads unless prompted. In other words, it's not that we're being unresponsive per se, it's that we aren't aware of a problem unless it's reported to us. There are over 5,000 comments posted on Seeking Alpha each day -- as such, we depend to a certain extent on users to report abuse when they see it. Also, keep in mind that the average time it takes our team to address reported comments is under an hour. If you report something as abusive and it's not removed within an hour, it's likely that it isn't abusive under our policies. If you have questions about our moderation policy, you're always welcome to call me -- note that we've spoken about moderation on the phone in the past.

Thanks for passing along your concerns and please don't hesitate to reach out to me with questions about moderation in the future.

Best,
Colin Lokey
Director, Contributor Success
Seeking Alpha
colin@seekingalpha.com
917.284.0780
Twitter: @colinlokey
LinkedIn: http://www.linkedin.com/pub/colin-lokey/
Seeking Alpha for Journalists

http://seekingalpha.com/page/sa_for_journalists

SEC-Lemelson-E-0042643