**EXHIBIT 79**

**To:** + Emmanuel Lemelson[el@lemelsoncapital.com]
**Cc:** Eli Hoffmann[eli@seekingalpha.com]
**From:** George Moriarty
**Sent:** Thur 8/7/2014 10:28:12 AM
**Importance:** Normal
**Subject:** Re: Thank You
image002.png
image003.jpg

Passed along. Thanks, and appreciate the kind words.

GBM

George B. Moriarty
Managing Editor, Opinion & Analysis
Seeking Alpha
Check out our mobile apps

On Thu, Aug 7, 2014 at 10:07 AM, + Emmanuel Lemelson <el@lemelsoncapital.com> wrote:

> Dear George,
>
> Thank You for your assistance in getting mediation on the subject comment below – mediation has removed it.
>
> There is another comment which was also reported to SA which is a personal / Ad Hominem argument – and does not address the article on its merits, instead attempts to discount the author and purports to convey (falsely) financial iformation about the author...
>
> Here is the comment (on the same article);
>
> *Michael Ranalli* , Contributor



Δ π EXHIBIT 60
Deponent Lemelson
Date 7/22/16 Rptr. LT
WWW.DEPOBOOK.COM

> *Context is critical and I think readers should understand as of Q2 2014, the author manages a relatively small hedge fund (less than $25 million in AUM) and appears to take unusually concentrated bets, even for a hedge fund. Also, the author doesn't possess a Phd. or graduate degree in any field remotely related to pharma or biotechnology. This is a field that requires a deep and relevant scientific background. This isn't a personal attack, I'm simply stating the facts, as readers need to consider the facts before placing any credence in what certainly appears to be at best a self serving and at worst arguably disingenuous piece of work.*

> *If the analysis is sound and valid then why not let the facts play out? Perhaps, the author is taking disproportionate bets and can't weather the short position moving against him. I would argue it's great to have conviction in an investment idea, but pushing a short position in such an aggressive manner is highly questionable.*

> *I think my comments are grounded and I'm hoping the author doesn't lobby to have them removed as these facts are relevant for investors to evaluate.*

This too has not been responded to by mediation… this is another who asked for a job at LCM and was turned down (you can see the history in the Amvona message / inbox box), and ever since has been on a campaign to impair Amvona articles – several of his comments have already been deleted by mediation (is there a way to block such "bad faith" comments from certain authors… their commenting eventually becomes harrasement…

Frankly have been extremely impressed by SA mediation team in the past – but lately, they have been unresponsive to clear violations of SA rules and policies – overall though continue to be very impressed with management and how SA has handled the site… it is truly encouraging (will write more on this topic later) – really believe you are building a truly great company.

SEC-Lemelson-E-0827775

Again Thanks.

Warm Regards,

+ Emmanuel Lemelson

 Chief Investment Officer

www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error,

please notify the sender and purge this message immediately without making any copy.

**From:** + Emmanuel Lemelson [mailto:el@lemelsoncapital.com]
**Sent:** Wednesday, August 6, 2014 9:39 PM
**To:** 'George Moriarty'
**Cc:** 'Eli Hoffmann'
**Subject:**

Dear George,

Hopefully you are doing well.

Reported the following comment:

**_Trevor Lowenthal_** , Contributor

*Out of curiosity, and I mean no offense by this, but don't you think that the reason the stock plunged was due to your short attack on LGND? Lemelson has released numerous bear articles ever since Ligand hit 52-week highs. After each release, the LGND's stock price plummeted accordingly. When you boast a 35% decline as a reason LGND is destined to lose 100% of its entire valuation, isn't it pretty obvious that Lemelson is manipulating stock price to ascertain that 35% drop?*

*My next question is, if Lemelson ceased its continuous publication of negative reports on LGND, what would the share price rise/drop to? I suspect that it would rise in accordance with bullish market sentiment (I note the stock activity following the latest Q2 earnings report).*

SEC-Lemelson-E-0827777

http://seekingalpha.com/article/2378245-update-lemelson-capital-further-increases-short-stake-in-ligand-pharmaceuticals-as-eps-plunges-76-percent-in-q2-2014

Because it makes an allegation of bad faith, which violates SA guidelines – unfortunatly, after some days, the comment remains with no explanation from mediation…

The matter seems especially pointed in light of David's article today…

http://seekingalpha.com/article/2389665-is-it-wrong-to-take-a-position-in-a-stock-and-then-write-about-it-on-seeking-alpha

It can be frustrating when mediation doesn't respond (this has happened quite a bit lately) – thanks in advance for your help… (as always)

Warm Regards,


+ Emmanuel Lemelson

   Chief Investment Officer




   www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

This email is free from viruses and malware because avast! Antivirus protection is active.

SEC-Lemelson-E-0827779