**To:** glemelson@hotmail.com[glemelson@hotmail.com]
**From:** account@seekingalpha.com
**Sent on behalf of:** Seeking Alpha
**Sent:** Mon 8/4/2014 6:07:28 PM
**Importance:** Normal
**Subject:** The abusive or inappropriate content you reported has been deleted

Dear Amvona,

You reported the comment below as problematic and it has been deleted. We strive to make Seeking Alpha a place for polite discussion, and we do not tolerate attacks on users or contributors. Therefore, we delete problematic comments that come to our attention, but we never delete material merely because it disagrees with an author's opinion.

Please continue to help the community by reporting abusive comments (those which contain obscenities or highly insulting language about another user or the topic under discussion; personal attacks on another user or contributor; blanket dismissal of another user's ideas) and inappropriate comments (spam, persistent promotions, material that is clearly unrelated to the discussion in question, or comments posted in ALL CAPS).

Thank you for helping to make our community a more congenial place for serious discussion.

Seeking Alpha
Moderation Team

**User Data:**
- Posted by: JJSchaible

**Content Data:**
- Content submitted on August 4, 2014, 17:05
- On Article Update: Lemelson Capital Further Increases Short Stake In Ligand Pharmaceuticals As EPS Plunges 76% In Q2 2014 by Amvona
- Original comment:
- B. Evans. Amvona = Lemelson Capital = Greg "Emmanuel" Lemelson. Lemelson is a greek orthodox priest who claim his work is in Switzerland, yet lives with his family in Boston. Starting in 2009 he started dabbling as a stock trader. His AUM seems mostly personal and modest. His strategy is primarily long short, where he is excessively focused and levered and then heavily promotes his short positions. His last major short position was WWE, where after many month as a vocal short, he not only covered, but recently reported he actually went long WWE, obviously to ride the bounce off the swoon he helped create. Lemelson has no degree in business, accounting or professional experience working in equity investments. And related to his short thesis on Ligand, has no education or experience in the biopharma industry. Hope this helps.



SEC-Lemelson-E-0143074

- Comment in reply to B. Evans on Article: Update: Lemelson Capital Further Increases Short Stake In Ligand Pharmaceuticals As EPS Plunges 76% In Q2 2014 [View Commented]
- Content link: http://seekingalpha.com/article/2378245-update-lemelson-capital-further-increases-short-stake-in-ligand-pharmaceuticals-as-eps-plunges-76-percent-in-q2-2014#comment-38075225

SEC-Lemelson-E-0143075