
**EXHIBIT 81**

**To:** elemelson@outlook.com[elemelson@outlook.com]
**From:** moderation-issues@seekingalpha.com
**Sent on behalf of:** Moderation
**Sent:** Tue 7/8/2014 6:57:35 AM
**Importance:** Normal
**Subject:** Seeking Alpha Moderation Issue: RE: The content you reported is not abusive or inappropriate #Mod00075340

Dear + Emmanuel Lemelson,

Thank you for contacting Seeking Alpha. We have received your email regarding comments, stocktalks or instablogs. Please note that our articles attract over 120,000 comments per month and we have over 200,000 commenters using the site so we will endeavor to reply to your query but we cannot promise to provide a detailed response regarding your specific comment.

In the meantime, we recommend that you review our Comment Guidelines:
http://seekingalpha.com/page/comment_guidelines

We have assigned your request a ticket number: #Mod00075340. Please include this ticket number in all your communications with us. Do not change the subject line when replying by email.

We appreciate your patience.

Sincerely,
Moderation

http://seekingalpha.happyfox.com

Your original correspondence:
-------------------------------------------------
From: + Emmanuel Lemelson
Priority: Normal
Addressed to: Moderation
-------------------------------------------------

Dear Moderator,

The comment to does violate SA policy as follows:

- It is offensive because it is an allegatin of "bad faith"

- It is unrelated to the topic under discussion


Δ π EXHIBIT 63
Deponent Lemelson
Date 7/22/16 Rptr. LT
WWW.DEPOBOOK.COM

SEC-Lemelson-E-0209814

- It is also a blanket dismissal of someone elses ideas

Here is the comment again:

*"Appendix--great synonym for short attack #2* (allegation of bad faith). *Remember, Lemelson and Amvona are one and the same* (allegation of bad faith implied and unrelated to topic under discussion). *With institutions holding around 75% of the stock, it is ludicrous to suggest that LGND may go to zero."* (calling something "ludicrous", without addressing the merits of the argument is a way to dismiss someone elses' ideas in blanket form)

Warm Regards,

+ Emmanuel Lemelson

Investment Manager

Lemelson-Capital-Management__Logo - resized to 220 px

www.lemelsoncapital.com

PO Box 403

Southborough, MA 01772

USA

SEC-Lemelson-E-0209815

Tel. 508-485-0607

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** account@seekingalpha.com [mailto:account@seekingalpha.com]
**Sent:** Monday, July 7, 2014 9:28 PM
**To:** glemelson@hotmail.com
**Subject:** The content you reported is not abusive or inappropriate

Dear Amvona,

The "Report Abuse" function below a post allows you to flag content written by other site users which are abusive or otherwise inappropriate.

Abusive content includes that which contains obscenities or highly insulting language about another user or the topic under discussion; personal attacks on another user or contributor; blanket dismissal of another user's ideas. Inappropriate content includes spam, persistent promotions, material that is clearly unrelated to the discussion in question, or posted in ALL CAPS.

While we strive to make Seeking Alpha a place for polite discussion, and we do not tolerate attacks on users or contributors, we do not fact-check user posts and never delete material merely because it disagrees with an author's opinion.

Please take care to ensure that you only report abuse on other users' posts when appropriate.

Seeking Alpha Moderation Team

--------------------

**User Data:**

- Posted by: eecar57

**Content Data:**

- Content submitted on July 7, 2014, 10:17
- On Article Ligand Pharmaceuticals: Appendix by Amvona
- Original comment:
- Appendix--great synonym for short attack #2. Remember, Lemelson and Amvona are one and the same. With institutions holding around 75% of the stock, it is ludicrous to suggest that LGND may go to zero.
- Content link: http://seekingalpha.com/article/2298775-ligand-pharmaceuticals-appendix#comment-36603975

SEC-Lemelson-E-0209817