

**To:** 'Jesse Perkins'[jessetperkins@gmail.com]
**From:** + Emmanuel Lemelson
**Sent:** Sat 9/6/2014 8:28:36 AM
**Importance:** Normal
**Subject:** annual and interim reports for The Amvona Fund
Amvona Aug 2014 tear sheet.pdf
July 2014 TAF report on results and establishment offshore feeder.pdf
Lemelson Capital marks the second anniversary of its flagship Amvona Fund, LP.pdf
Q1 2014 TAF Partnership Letter.pdf
Q2 2014 TAF Partnership Letter.pdf
The Amvona Fund 2012 Annual Report.pdf
The Amvona Fund 2013 Annual Report.pdf
The Amvona Fund, LP - Investor Presentation - Q3 2014.pdf

Dear  Jesse,


Thank you for the response and thank you again for submitting the form on the LCM site.  Please confirm receipt of this email as attachments are large – thank you.


Will also try calling in a few hours (don't want to call to early) – in the meantime, the attachment will give you a better idea of the fund.


Attached you will find the following:


1. August 2014 Tear Sheet
2. 2012 and 2013 annual reports  (**the 2012 annual report** will give you in depth detail and history of how the fund started as well as more personal background)
3. Q1 and Q2 2014 Interim reports and two year anniversary letter.
4. Investor presentation


Will also add you to the distribution  list…


Here are some things that might be worth reading (consider esp. reading the articles on

philosophy of investment):

History including readership and influence here:  http://amvona.com/about-us

- WWE Short Thesis here  (several parts) – original report is March 17

- KLIC Letter here

- LGND Short Thesis here (two parts) – PDF version here and here (easier to read)

Further reading (security analysis):

-       Previous reports / articles here:  http://amvona.com/featured/finding-alpha (includes analysis of AM, GLW, WDC, STX, AAPL, FRPT, CSCO, SKX, SAFM, etc. etc.)

-       More focused on philosophy of investment here: http://amvona.com/featured/finding-alpha/item/44-the-prime-ministers-gone-dollarg-bets

http://amvona.com/featured/finding-alpha/item/12-three-card-monte-and-other-efficient-ways-of-parting-with-your-money

 http://amvona.com/featured/finding-alpha/item/22311-apple%E2%80%99s-crime-and-punishment

- WDC was one of the most covered / largest commitments (increase ~4x from initial investment) – you will find articles specific to the commitment here: http://www.amvona.com/component/k2/itemlist/tag/wdc   ("on the value of users, hard drives and batteries" is the most exhaustive)

Again Thanks.

Warm Regards,

+ Emmanuel Lemelson

   Chief Investment Officer



   www.lemelsoncapital.com

   225 Cedar Hill Street

   Suite 200

   Marlborough, MA 01752

Tel. 508-630-2281



CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Jesse Perkins [mailto:jessetperkins@gmail.com]
**Sent:** Saturday, September 6, 2014 1:35 AM
**To:** el@lemelsoncapital.com
**Subject:** Inquiry

Mr. Lemelson:

My cell phone is ██████████.  I am available most any time, but Mountain Time Zone, Northeast Arizona.

**To:**     'allanrudolf@yahoo.com'[allanrudolf@yahoo.com]
**From:**   + Emmanuel Lemelson
**Sent:**    Sun 9/7/2014 7:10:39 AM
**Importance:**      Normal
**Subject:**   Annual and interim reports for The Amvona Fund, LP
Amvona Aug 2014 tear sheet.pdf
July 2014 TAF report on results and establishment offshore feeder.pdf
Lemelson Capital marks the second anniversary of its flagship Amvona Fund, LP.pdf
Q1 2014 TAF Partnership Letter.pdf
Q2 2014 TAF Partnership Letter.pdf
The Amvona Fund 2012 Annual Report.pdf
The Amvona Fund 2013 Annual Report.pdf
The Amvona Fund, LP - Investor Presentation - Q3 2014.pdf



Dear  Allan,


Thank you for submitting the form on the LCM site.


Attached you will find the following (Please confirm receipt of this email as attachments
are large):


1.  August 2014 Tear Sheet
2.  2012 and 2013 annual reports  (**the 2012 annual report** will give you in depth detail
    and history of how the fund started as well as more personal background)
3.  Q1 and Q2 2014 Interim reports and two year anniversary letter.
4.  Investor presentation


Will also add you to the distribution  list…


Here are some things that might be worth reading (consider esp. reading the articles on
philosophy of investment):


History including readership and influence here:  http://amvona.com/about-us


- WWE Short Thesis here  (several parts) – original report is March 17

- KLIC Letter here

- LGND Short Thesis here (two parts) – PDF version here and here (easier to read)

Further reading (security analysis):

-       Previous reports / articles here:  http://amvona.com/featured/finding-alpha (includes analysis of AM, GLW, WDC, STX, AAPL, FRPT, CSCO, SKX, SAFM, etc. etc.)

-       More focused on philosophy of investment here: http://amvona.com/featured/finding-alpha/item/44-the-prime-ministers-gone-dollarq-bets

http://amvona.com/featured/finding-alpha/item/12-three-card-monte-and-other-efficient-ways-of-parting-with-your-money

http://amvona.com/featured/finding-alpha/item/22311-apple%E2%80%99s-crime-and-punishment

-       WDC was one of the most covered / largest commitments (increase ~4x from initial investment) – you will find articles specific to the commitment here: http://www.amvona.com/component/k2/itemlist/tag/wdc   ("on the value of users, hard drives and batteries" is the most exhaustive)

Again Thanks.


Warm Regards,


+ Emmanuel Lemelson

    Chief Investment Officer


 Lemelson-Capital-Management__Logo - resized
to 220 px

    www.lemelsoncapital.com

    225 Cedar Hill Street

    Suite 200

    Marlborough, MA 01752


    Tel. 508-630-2281




CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**To:**        'johnx99y@yahoo.com'[johnx99y@yahoo.com]
**From:**    + Emmanuel Lemelson
**Sent:**    Sun 9/7/2014 5:55:02 PM
**Importance:**        Normal
**Subject:**   Annual and interim reports for The Amvona Fund, LP
Amvona Aug 2014 tear sheet.pdf
July 2014 TAF report on results and establishment offshore feeder.pdf
Lemelson Capital marks the second anniversary of its flagship Amvona Fund, LP.pdf
Q1 2014 TAF Partnership Letter.pdf
Q2 2014 TAF Partnership Letter.pdf
The Amvona Fund 2012 Annual Report.pdf
The Amvona Fund 2013 Annual Report.pdf
The Amvona Fund, LP - Investor Presentation - Q3 2014.pdf



Dear  John,


Thank you for submitting the form on the LCM site.


Attached you will find the following (Please confirm receipt of this email as attachments are large):


1.  August 2014 Tear Sheet
2.  2012 and 2013 annual reports  (**the 2012 annual report** will give you in depth detail and history of how the fund started as well as more personal background)
3.  Q1 and Q2 2014 Interim reports and two year anniversary letter.
4.  Investor presentation


Will also add you to the distribution  list…


Here are some things that might be worth reading (consider esp. reading the articles on philosophy of investment):


History including readership and influence here:  http://amvona.com/about-us


• WWE Short Thesis here  (several parts) – original report is March 17

- KLIC Letter here

- LGND Short Thesis here (two parts) – PDF version here and here (easier to read)

Further reading (security analysis):

-       Previous reports / articles here:  http://amvona.com/featured/finding-alpha (includes analysis of AM, GLW, WDC, STX, AAPL, FRPT, CSCO, SKX, SAFM, etc. etc.)

-       More focused on philosophy of investment here: http://amvona.com/featured/finding-alpha/item/44-the-prime-ministers-gone-dollarg-bets

http://amvona.com/featured/finding-alpha/item/12-three-card-monte-and-other-efficient-ways-of-parting-with-your-money

 http://amvona.com/featured/finding-alpha/item/22311-apple%E2%80%99s-crime-and-punishment

-       WDC was one of the most covered / largest commitments (increase ~4x from initial investment) – you will find articles specific to the commitment here: http://www.amvona.com/component/k2/itemlist/tag/wdc   ("on the value of users, hard drives and batteries" is the most exhaustive)

Again Thanks.


Warm Regards,


+ Emmanuel Lemelson

Chief Investment Officer




www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752


Tel. 508-630-2281



CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.



**To:**      'Dimitrios Karakoutas (dkarakoutas@yahoo.com)'[dkarakoutas@yahoo.com]
**From:**   + Emmanuel Lemelson
**Sent:**    Wed 9/17/2014 12:27:46 PM
**Importance:**        Normal
Amvona Aug 2014 tear sheet.pdf
July 2014 TAF report on results and establishment offshore feeder.pdf
Lemelson Capital marks the second anniversary of its flagship Amvona Fund, LP.pdf
Q1 2014 TAF Partnership Letter.pdf
Q2 2014 TAF Partnership Letter.pdf
The Amvona Fund 2012 Annual Report.pdf
The Amvona Fund 2013 Annual Report.pdf
The Amvona Fund LP Investor Presentation Q3 2014.pdf

Dear Dimitri,

Hopefully you are doing well.  Tried calling today and left a message with Fotini…

For your friends who might be interested attached is updated materials in PDF form
which are easy to forward via email.

Feel free to call back when you have time…

Warm Regards,

+ Emmanuel Lemelson

    Chief Investment Officer

 Lemelson-Capital-Management__Logo - resized to 220 px

www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

 twitter  facebook  linkedin  email

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

DISCLOSURE

This is not an offering or the solicitation of an offer to purchase an interest in The Amvona Fund, L.P. (the "Fund"). Any such offer or solicitation will only be made to qualified investors by means of a confidential private placement memorandum and only in those jurisdictions where permitted by law.

An investment in the Fund is speculative and involves a high degree of risk. Opportunities for withdrawal, redemption and transferability of interests are restricted, so investors may not have access to capital when it is needed. There is no secondary market for the interests and none is expected to develop.

The fees and expenses charged in connection with this investment may be higher than the fees and expenses of other investment alternatives and may offset profits. No assurance can be given that the investment objective will be achieved or that an investor will receive a return of all or part of his or her investment. Investment results may vary substantially over any given time period. All investments involve the risk of loss, including the loss of principal.

No information contained herein either in whole or in part may be reproduced or redistributed without the express written consent of The Amvona Fund, L.P. Any statements of opinion constitute only current opinions of The Amvona Fund, L.P. which are subject to change and which The Amvona Fund, L.P. may not undertake to update.

Returns are estimates only. These estimates have not been independently verified and are subject to change. Past performance is not indicative of future returns.



**To:**       William Ware[noproblemsailing@yahoo.com]
**From:**     + Emmanuel Lemelson
**Sent:**     Fri 10/3/2014 10:21:57 AM
**Importance:**          **Normal**
**Subject:**   thank you
Amvona Aug 2014 tear sheet.pdf
July 2014 TAF report on results and establishment offshore feeder.pdf
Lemelson Capital marks the second anniversary of its flagship Amvona Fund, LP.pdf
Q1 2014 TAF Partnership Letter.pdf
Q2 2014 TAF Partnership Letter.pdf
The Amvona Fund 2012 Annual Report.pdf
The Amvona Fund 2013 Annual Report.pdf
The Amvona Fund, LP - Investor Presentation - Q3 2014.pdf

Dear Bill,

It was great speaking with you today and thank you again for submitting the form on the LCM site.  Please confirm receipt of this email as attachments are large – thank you.

Attached you will find the following which you may enjoy reading:

1. August 2014 Tear Sheet
2. 2012 and 2013 annual reports  (**the 2012 annual report** will give you in depth detail and history of how the fund started as well as more personal background)
3. Q1 and Q2 2014 Interim reports and two year anniversary letter.
4. Investor presentation

Will also add you to the distribution  list…

Here are some things that might be worth reading (consider esp. reading the articles on philosophy of investment):

History including readership and influence here:  http://amvona.com/about-us

- WWE Short Thesis <u>here</u>  (several parts) – original report is March 17

- KLIC Letter <u>here</u>

- LGND Short Thesis  <u>here</u> (six parts)

Further reading (security analysis):

- Previous reports / articles here:  <u>http://amvona.com/featured/finding-alpha</u> (includes analysis of AM, GLW, WDC, STX, AAPL, FRPT, CSCO, SKX, SAFM, etc. etc.)

- More focused on philosophy of investment here: <u>http://amvona.com/featured/finding-alpha/item/44-the-prime-ministers-gone-dollarg-bets</u>

<u>http://amvona.com/featured/finding-alpha/item/12-three-card-monte-and-other-efficient-ways-of-parting-with-your-money</u>

<u>http://amvona.com/featured/finding-alpha/item/22311-apple%E2%80%99s-crime-and-punishment</u>

- WDC was one of the most covered / largest commitments (increase ~4x from initial investment) – you will find articles specific to the commitment here:

http://www.amvona.com/component/k2/itemlist/tag/wdc   ("on the value of users, hard drives and batteries" is the most exhaustive)

Must reads:

- □□□□□□□ http://www.amazon.com/The-Intelligent-Investor-Definitive-Investing/dp/0060555661/ref=sr_1_1?ie=UTF8&qid=1412293565&sr=8-1&keywords=the+intelligent+investor

- □□□□□□□ http://www.amazon.com/Security-Analysis-Edition-Foreword-Editions/dp/0071592539/ref=pd_sim_b_1?ie=UTF8&refRID=0AWW4R6AVQR2SMARNTZ5

- □□□□□□□ http://www.amazon.com/Essays-Warren-Buffett-Lessons-Corporate/dp/1611634091/ref=sr_1_1?s=books&ie=UTF8&qid=1412293607&sr=1-1&keywords=the+essays+of+warren+buffett

- □□□□□□□ http://www4.gsb.columbia.edu/null?&exclusive=filemgr.download&file_id=522

Again Thanks and good luck with the boat!

Warm Regards,

+ Emmanuel Lemelson

Chief Investment Officer



www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281



CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error,

please notify the sender and purge this message immediately without making any copy.


DISCLOSURE


This is not an offering or the solicitation of an offer to purchase an interest in The Amvona Fund, L.P. (the "Fund"). Any such offer or solicitation will only be made to qualified investors by means of a confidential private placement memorandum and only in those jurisdictions where permitted by law.


An investment in the Fund is speculative and involves a high degree of risk. Opportunities for withdrawal, redemption and transferability of interests are restricted, so investors may not have access to capital when it is needed. There is no secondary market for the interests and none is expected to develop.


The fees and expenses charged in connection with this investment may be higher than the fees and expenses of other investment alternatives and may offset profits. No assurance can be given that the investment objective will be achieved or that an investor will receive a return of all or part of his or her investment. Investment results may vary substantially over any given time period. All investments involve the risk of loss, including the loss of principal.


No information contained herein either in whole or in part may be reproduced or redistributed without the express written consent of The Amvona Fund, L.P. Any statements of opinion constitute only current opinions of The Amvona Fund, L.P. which are subject to change and which The Amvona Fund, L.P. may not undertake to update.


Returns are estimates only. These estimates have not been independently verified and are subject to change. Past performance is not indicative of future returns.



EXHIBIT
Lemelson
17
10/16/17 CHK
PENGAD 800-631-6989

**To:**     'ruvent@gmail.com'[ruvent@gmail.com]
**From:**   + Emmanuel Lemelson
**Sent:**   Mon 11/10/2014 2:03:29 PM
**Importance:**     Normal
**Subject:**   It was great speaking with you today and thank you again for submitting the form on the LCM site
Amvona Oct 2014 tear sheet.pdf
July 2014 TAF report on results and establishment offshore feeder.pdf
Lemelson Capital marks the second anniversary of its flagship Amvona Fund, LP.pdf
Q1 2014 TAF Partnership Letter.pdf
Q2 2014 TAF Partnership Letter.pdf
Q3 2014 TAF Partnership Letter.pdf
The Amvona Fund 2012 Annual Report.pdf
The Amvona Fund 2013 Annual Report.pdf
The Amvona Fund, LP - Investor Presentation - Q4 2014.pdf

Dear Ruven,


It was great speaking with you today and thank you again for submitting the form on the LCM site.  Please confirm receipt of this email as attachments are large – thank you.


Attached you will find the following which you may enjoy reading:


1.  October 2014 Tear Sheet
2.  2012 and 2013 annual reports  (**the 2012 annual report** will give you in depth detail and history of how the fund started as well as more personal background)
3.  Q1, Q2 and Q3 2014 Interim reports and two year anniversary letter.
4.  Investor presentation


Will also add you to the distribution  list…


Here are some things that might be worth reading (consider esp. reading the articles on philosophy of investment):


History including readership and influence here:  http://amvona.com/about-us

- WWE Short Thesis here  (several parts) – original report is March 17

- KLIC Letter here

- LGND Short Thesis  here (six parts)

Further reading (security analysis):

- Previous reports / articles here:  http://amvona.com/featured/finding-alpha (includes analysis of AM, GLW, WDC, STX, AAPL, FRPT, CSCO, SKX, SAFM, etc. etc.)

- More focused on philosophy of investment here: http://amvona.com/featured/finding-alpha/item/44-the-prime-ministers-gone-dollarq-bets

http://amvona.com/featured/finding-alpha/item/12-three-card-monte-and-other-efficient-ways-of-parting-with-your-money

http://amvona.com/featured/finding-alpha/item/22311-apple%E2%80%99s-crime-and-punishment

- WDC was one of the most covered / largest commitments (increase ~4x from initial investment) – you will find articles specific to the commitment here: http://www.amvona.com/component/k2/itemlist/tag/wdc   ("on the value of users, hard drives and batteries" is the most exhaustive)

Again Thanks.

Warm Regards,

+ Emmanuel Lemelson

   Chief Investment Officer



   www.lemelsoncapital.com

   225 Cedar Hill Street

   Suite 200

   Marlborough, MA 01752

   Tel. 508-630-2281



CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

DISCLOSURE

This is not an offering or the solicitation of an offer to purchase an interest in The Amvona Fund, L.P. (the "Fund"). Any such offer or solicitation will only be made to qualified investors by means of a confidential private placement memorandum and only in those jurisdictions where permitted by law.

An investment in the Fund is speculative and involves a high degree of risk. Opportunities for withdrawal, redemption and transferability of interests are restricted, so investors may not have access to capital when it is needed. There is no secondary market for the interests and none is expected to develop.

The fees and expenses charged in connection with this investment may be higher than the fees and expenses of other investment alternatives and may offset profits. No assurance can be given that the investment objective will be achieved or that an investor will receive a return of all or part of his or her investment. Investment results may vary substantially over any given time period. All investments involve the risk of loss, including the loss of principal.

No information contained herein either in whole or in part may be reproduced or redistributed without the express written consent of The Amvona Fund, L.P. Any statements of opinion constitute only current opinions of The Amvona Fund, L.P.

which are subject to change and which The Amvona Fund, L.P. may not undertake to update.

Returns are estimates only. These estimates have not been independently verified and are subject to change. Past performance is not indicative of future returns.





September 4, 2014

Dear Partners,

On August 31st, 2014 Lemelson Capital marked the second anniversary of its flagship Amvona Fund, LP.

Key highlights from the first twenty-four months of operation:

1. Overall Gain of 257.74% (160.21% net of all fees and expenses).
2. Compound Annual Gain of 89.21% (61.32% net of all fees and expenses).
3. Outperformed the S & P 500 Total Returns Index by 209.07% (111.54% net of all fees and expenses).
4. Assets Under Management (AUM) grew by almost seven fold.
5. Securities Held at Market on August 31, 2014 totaled $31,104,676.
6. In February 2014, the fund was ranked among the top performing in the world by Preqin and, in April 2014, Amvona Fund was ranked among the top performing hedge funds in the world by *Barron's* yet again (the fund was ranked previously by *Barron's* as the top performing hedge fund in the world in July and October of 2013).
7. Beginning in 2014, the fund's activities began to attractive extensive, positive media coverage (see Appendix below)

The following is an illustration of the net value of $250,000 invested on September 1, 2012 in TAF, LP vs. the S&P 500 Total Returns Index:



SEC-Lemelson-E-0073131

Fig. 1

August 2014 Net Value of $250,000 invested on Sept 1, 2012



Attached is also the August 2014 tear sheet prepared by Liccar. More details on the fund's recent activities will be included in the Q3 partnership letter and the year-end 2014 annual report.

+ Emmanuel Lemelson

Investment Manager
Lemelson Capital Management, LLC



www.lemelsoncapital.com
PO Box 403 – Southborough, MA 01772 - Tel. 508-485-0607

SEC-Lemelson-E-0073132

Appendix

(Recent media coverage)

- SA Market Currents, "Kulicke & Soffa heeds activist's call, launches buyback," August 27, 2014.

- The Fly on The Wall, "Lemelson says Ligand has 'lost favor with largest investors'," August 25, 2014.

- ValueWalk, "Ligand Pharmaceuticals Inc. (LGND) Largest Owner Sells Shares," August 22, 2014.

- Hedge Fund Alert, "High-Flying Fund May Bar Entry," August 20, 2014.

- Benzinga, "Rev. Emmanuel Lemelson of Lemelson Capital Management: PreMarket Prep Show," August 13, 2014.

- Hedge Fund Alert, "Much Confusion Surrounds JOBS Act Filings," August 13, 2014.

- Benzinga, "Exclusive: Emmanuel Lemelson Talks Ligand Pharmaceuticals," August 8, 2014.

- ValueWalk, "Lemelson Increases Ligand Pharmaceuticals Inc. (LGND) Short," August 4, 2014.

- Benzinga, "Ligand Pharmaceuticals Reports Earnings: Lemelson Capital Adds To Short Position," August 4, 2014.

- Daily Reckoning, "How a Priest Could Wrestle Profits from the WWE," July 18, 2014.

- ValueWalk, "Despite Rough January, Lemelson Capital Up 20% YTD," July 17, 2014.

- ValueWalk, "Lemeson Ups Ligand Pharmaceuticals Inc. (LGND) Short," July 3, 2014.

- ValueWalk, "Ligand Pharmaceuticals (LGND): Lemelson Reaffirms 0 PT," June 24, 2014.

- Benzinga, "Rev. Emmanuel Lemelson of Lemelson Capital Management: PreMarket Prep Show," June 19, 2014.



www.lemelsoncapital.com

PO Box 403 – Southborough, MA 01772 – Tel. 508-485-0607

SEC-Lemelson-E-0073133

- Benzinga, "Shares Of Ligand Follow Parabolic Curve Amid Responses Surrounding Promacta's Phase III Trial," June 17, 2014.

- *USA Today*, "Money manager betting against biotech firm Ligand Pharmaceuticals," June 16, 2014.

- Street Insider, "Lemelson Capital Makes Short Case Against Ligand Pharma (LGND)," June 16, 2014.

- SA Market Currents, "Bearish outlook for Ligand from Lemelson Capital," June 16, 2014.

- ValueWalk, "Lemelson: Ligand Pharmaceuticals (LGND) – 'No Intrinsic Value'," June 16, 2014.

- Benzinga, "Shares of Ligand Pharma Tick Lower Following Word from Lemelson Capital Fund Has Initiated Short Position in Stock," June 16, 2014.

- *MetroWest Daily News*,  "Rev. Fr. Emmanuel Lemelson," June 16, 2014.

- The Motley Fool, "Should the McMahons Still be Running WWE?" June 7, 2014.

- ValueWalk, "The Amvona Fund Up 22% In May After 17% Gain In April," June 5, 2014.

- SA Market Currents, "Kulicke & Soffa higher on bullish B. Riley note," June 4, 2014.

- SeekingAlpha, "World Wrestling Entertainment: Why Investors Should Stay Away,"  June 3, 2014.

- Columbia Consulting Group, "Investment Firm Requests Executive Shakeup at WWE," June 2, 2014.

- HFG, "Barron's Ranks the World's Top Performing Hedge Funds for April 2014," May 28, 2014.

- Evestment, "Barron's Names Lemelson Fund as April's Top HF," May 28, 2014.

- HedgeCo.Net, "Lemelson Capital Management Again Ranks Among World's Top Performing Hedge Funds," May 28, 2014.

- SeekingAlpha, "World Wrestling Entertainment Inc: Yum, I Love Eating Crow (WWE)," May 28, 2014.



www.lemelsoncapital.com
PO Box 403 – Southborough, MA 01772 - Tel. 508-485-0607

SEC-Lemelson-E-0073134

- ValueWalk, "Lemelson Capital Ranks Among Top HFs With 17% Gain In April," May 27, 2014.

- RantSports, "WWE Fans Should Get To Know Rev. Fr. Emmanuel Lemelson," May 21, 2014.

- Inquisitr, "WWE News: Vince McMahon Loses $350 Million In One Day, Could Be Forced Out As CEO," May 20, 2014.

- The Motley Fool, "Will the WWE Network Ever Make Money?" May 20, 2014.

- SNL Kagan, "WWE/NBC rights deal: The red wedding," May 19, 2014.

- Bleacher Report, "Biggest Takeaways from WWE's May 19 Business Outlook Investor Call," May 19, 2014.

- Yahoo.Tv - Is Vince McMahon Still the Right Man to Lead WWE? May 19, 2014.

- Givemesport - Vince McMahon to be removed from the WWE? May 19, 2014.

- *Sports Illustrated* (Fansided), "WWE stands to lose $45-$52 million in 2014; Investors to question Vince McMahon health on Monday? May 18, 2014.

- Inquisitr, "WWE News: Investment Firm Buys Stake In WWE, Calls For A Replacement To Executive Management Team," May 18, 2014.

- Seeking Alpha, Market Currents, "WWE's stock smackdown is a blow to Vince McMahon's credibility," May 17, 2014.

- SA Market Currents, "Kulicke & Soffa soars on strong FQ3 guidance," April 29, 2014.

- *USA Today*, "Kulicke & Soffa shares surge after investor urges buyback," April 22, 2014.

- SA Market Currents, "Kulicke & Soffa jumps; activist discloses stake, calls for buyback," April 22, 2014.

- SNL Kagan - Part 2: "WWE's fall from grace," April 16, 2014.

- SNL Kagan - Part 1: "WWE Network profitable or on the ropes?" April 15, 2014.

- The Street, "Why World Wrestling Entertainment (WWE) Stock Finished Down Today," April 11, 2014.

- *USA Today*, "World Wrestling pummeled four out of five rounds this week," April 11, 2014.



www.lemelsoncapital.com
PO Box 403 – Southborough, MA 01772 – Tel. 508-485-0607

SEC-Lemelson-E-0073135

- SeekingAlpha, Market Currents, "WWE can't pull out of a slide," April 11, 2014.

- ValueWalk, "Amvona Short Call Sends WWE Tumbling," April 7, 2014.

- Benzinga, "WWE Has Monster Run, But Could It Soon Be Slammed?" April 4, 2014.

- Gurufocus, "The Short Case for World Wrestling Entertainment," March 17, 2014.



www.lemelsoncapital.com
PO Box 403 – Southborough, MA 01772 - Tel. 508-485-0607

SEC-Lemelson-E-0073136