

**To:** 'Klaus Jensen'[KJensen@mortgagemaster.com]
**From:** + Emmanuel Lemelson
**Sent:** Tue 5/13/2014 4:52:27 PM
**Importance:** Normal
**Subject:** RE: from Klaus

We can connect anytime tomorrow...

Looking to do a mortgage for ~2.5 M- now considering Dover / Sherborn - looking to learn more about:

- down payment requirements (would like to do as little as possible) - purchase price likely between 2-3 M
- interest rates
- time to close (heard things are moving very slow in mortgage lending business right now?)

Again Thanks.

Warm Regards,

+ Emmanuel Lemelson
   Investment Manager

         www.lemelsoncapital.com

         225 Cedar Hill Street
         Suite 200
         Marlborough, MA 01752

         Tel. 508-630-2281

CONFIDENTIALITY
The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.
-----Original Message-----
From: Klaus Jensen [mailto:KJensen@mortgagemaster.com]
Sent: Tuesday, May 13, 2014 4:50 PM
To: + Emmanuel Lemelson
Subject: Re: from Klaus

I am off to a soccer practice - what time tomorrow?  Email me what you are think long about so I can a few things prepped

Klaus Jensen
617-320-4287 (cell)
NMLS # 21462

> On May 13, 2014, at 4:47 PM, "+ Emmanuel Lemelson" <el@lemelsoncapital.com> wrote:

SEC-Lemelson-E-0181376

> 
> If that's the only time you have... no problem... just had a few
> questions about the current lending environment, interest rates, etc.
> 
> 
> Again Thanks.
> 
> 
> 
> Warm Regards,
> 
> 
> + Emmanuel Lemelson
>     Investment Manager
> 
> 
>                   www.lemelsoncapital.com
> 
>           225 Cedar Hill Street
>           Suite 200
>           Marlborough, MA 01752
> 
>               Tel. 508-630-2281
> 
> 
> CONFIDENTIALITY
> The information contained in this electronic message is intended for
> the exclusive use of the addressee(s), and may contain confidential or
> legally privileged information. If you are not the intended recipient,
> you have received this message in error and any use, dissemination,
> forwarding, printing or copying is strictly prohibited. If you have
> received this communication in error, please notify the sender and
> purge this message immediately without making any copy.
> -----Original Message-----
> From: Klaus Jensen [mailto:KJensen@mortgagemaster.com]
> Sent: Tuesday, May 13, 2014 4:46 PM
> To: + Emmanuel Lemelson
> Subject: Re: from Klaus
> 
> Ok. Can we set a time tomorrow to speak?
> 
> Klaus Jensen
> 617-320-4287 (cell)
> NMLS # 21462
> 
> On May 13, 2014, at 4:42 PM, "+ Emmanuel Lemelson"
> <el@lemelsoncapital.com<mailto:el@lemelsoncapital.com>> wrote:
> 
> 
> 
> Dear Klaus,
> 
> Hope you've been well.  just called and left a message for you - let's
> connect to discuss the subject mortgage - thanks.
> 
> 

SEC-Lemelson-E-0181377

> 
> Warm Regards,
> 
> 
> + Emmanuel (Gregory) Lemelson
>    Investment Manager
> 
> <image001.jpg>
> 
> www.lemelsoncapital.com<http://www.lemelsoncapital.com/>
> 
>            225 Cedar Hill Street
>            Suite 200
>            Marlborough, MA 01752
> 
>            Tel. 508-630-2281
> 
> 
> CONFIDENTIALITY
> The information contained in this electronic message is intended for
> the exclusive use of the addressee(s), and may contain confidential or
> legally privileged information. If you are not the intended recipient,
> you have received this message in error and any use, dissemination,
> forwarding, printing or copying is strictly prohibited. If you have
> received this communication in error, please notify the sender and
> purge this message immediately without making any copy.
> 
> From: Klaus Jensen [mailto:KJensen@mortgagemaster.com]
> Sent: Monday, December 16, 2013 11:50 AM
> To: + Emmanuel Lemelson
> Subject: RE: from Klaus
> 
> We can wait a bit. I will analyze with some rough assumptions in terms
> of rate and lenders
> 
> Klaus Jensen
> 
> Branch Manager/Sales Manager - Hanover
> 51 Mill Street - Building D
> Hanover, MA  02339
> 617-320-4287 (cell) - preferred number to use
> 508-850-4105 (office)
> 508-355-5804 (efax)
> @KlausPNJensen (twitter)
> kjensen@mortgagemaster.com<mailto:kjensen@mortgagemasterinc.com>
> 
> "Referrals are always welcome - I thank you in advance!"
> 
> Equal Housing Lender
> 
> View my business profile and references at:
> http://www.mortgagemaster.com/kjensen
> http://www.linkedin..com/in/klauspnjensen1965<http://www.linkedin.com/
> in/kla
> uspnjensen1965>
> Scotsman Guide Top 200 - Ranked Nationally #42 in 2012, #32 in 2011,

SEC-Lemelson-E-0181378

> #36 in
> 2010 in Top Dollar Production
>
> NMLS #21462; MA LIC #ML021462; NJ LIC# 0518187; ME LIC# LO13813; CT
> LIC# LO-21462; RI LIC# 21462; NH LIC# NH21462
>
> From: + Emmanuel Lemelson [mailto:el@lemelsoncapital.com]
> Sent: Monday, December 16, 2013 11:48 AM
> To: Klaus Jensen
> Subject: RE: from Klaus
>
>
>
> Dear Klaus,
>
> Thank you for the email and quick response.
>
> Here is the projected timeline:
>
>
> -        Find house in Jan. / Feb.
>
> -        Close in Mar. / April
>
> Given this is it premature to get the pre-approval letter now?  Is it
> better to wait until a specific house is Identified?
>
> Otherwise can provide the SS # by phone in order to pull the credit -
> but just want to go over a few details by phone first again to make
> sure that the profile of the app. Is fully understood before we pull the credit.
>
> And yes, the amount will be ~2 M
>
>
>
> Warm Regards,
>
>
> + Emmanuel Lemelson
>    Investment Manager
>
> <image001.jpg>
>
> www.lemelsoncapital.com<http://www.lemelsoncapital.com/>
>
> Via Lavizzari 4                    4 Wyndemere Drive
> 6900 Lugano                    Southborough, MA 01772
> Switzerland                    USA
>
> Tel.  (41) 091 911 8772        Tel. 508-485-0607
>         (41) 091 911 8706
>
>
> CONFIDENTIALITY
> The information contained in this electronic message is intended for

SEC-Lemelson-E-0181379

> the exclusive use of the addressee(s), and may contain confidential or
> legally privileged information. If you are not the intended recipient,
> you have received this message in error and any use, dissemination,
> forwarding, printing or copying is strictly prohibited. If you have
> received this communication in error, please notify the sender and
> purge this message immediately without making any copy.
>
> From: Klaus Jensen [mailto:KJensen@mortgagemaster.com]
> Sent: Monday, December 16, 2013 5:44 PM
> To: + Emmanuel Lemelson
> Subject: RE: from Klaus
>
> I know - I just wanted to close the loop on the draft discussion we had.
>
> We will need to run a credit check on your wife and then we can assess
> the pre-approval. Once I have that, I can tell you what the rates are
> based on the lender we can find. It will be based on a $2,000,000 purchase, correct?
>
> Klaus Jensen
>
> Branch Manager/Sales Manager - Hanover
> 51 Mill Street - Building D
> Hanover, MA  02339
> 617-320-4287 (cell) - preferred number to use
> 508-850-4105 (office)
> 508-355-5804 (efax)
> @KlausPNJensen (twitter)
> kjensen@mortgagemaster.com<mailto:kjensen@mortgagemasterinc.com>
>
> "Referrals are always welcome - I thank you in advance!"
>
> Equal Housing Lender
>
> View my business profile and references at:
> http://www.mortgagemaster.com/kjensen
> http://www.linkedin...com/in/klauspnjensen1965<http://www.linkedin.com
> /in/kl
> auspnjensen1965>
> Scotsman Guide Top 200 - Ranked Nationally #42 in 2012, #32 in 2011,
> #36 in
> 2010 in Top Dollar Production
>
> NMLS #21462; MA LIC #ML021462; NJ LIC# 0518187; ME LIC# LO13813; CT
> LIC# LO-21462; RI LIC# 21462; NH LIC# NH21462
>
> From: + Emmanuel Lemelson [mailto:el@lemelsoncapital.com]
> Sent: Monday, December 16, 2013 11:41 AM
> To: Klaus Jensen
> Subject: RE: from Klaus
>
>
>
> Dear Klaus,
>
> Thank you for the email.
>

SEC-Lemelson-E-0181380

> The email below does not say "draft" - don't see any obstacles to the
> actual return getting done in Jan. / February if need be.
>
> That having been said what are next steps to get a pre-approval letter
> / rate quote?
>
>
> Again Thanks.
>
>
>
>
> Warm Regards,
>
>
> + Emmanuel Lemelson
>    Investment Manager
>
> <image001.jpg>
>
> www.lemelsoncapital.com<http://www.lemelsoncapital.com/>
>
> Via Lavizzari 4                    4 Wyndemere Drive
> 6900 Lugano                      Southborough, MA 01772
> Switzerland                        USA
>
> Tel.  (41) 091 911 8772        Tel. 508-485-0607
>        (41) 091 911 8706
>
>
> CONFIDENTIALITY
> The information contained in this electronic message is intended for
> the exclusive use of the addressee(s), and may contain confidential or
> legally privileged information. If you are not the intended recipient,
> you have received this message in error and any use, dissemination,
> forwarding, printing or copying is strictly prohibited. If you have
> received this communication in error, please notify the sender and
> purge this message immediately without making any copy.
>
> From: Klaus Jensen [mailto:KJensen@mortgagemaster.com]
> Sent: Monday, December 16, 2013 5:26 PM
> To: + Emmanuel Lemelson
> Subject: RE: from Klaus
>
> Got it.early feedback is that a draft tax return will not be
> sufficient for an approval or mortgage commitment.  Sorry.
>
> That being said, we can proceed with the pre-approval based on the tax
> returns being finalized and filed at least 2 weeks before closing.
> One note on that, all lenders now require what they call a 4506 tax
> transcript report. This is essentially a summary of your tax records
> as filed by the IRS.  In the vase where a tax return is just filed, it
> can take 2-3 weeks for that transcript to show in the IRS system.
> However, there are some steps we can take to get around that so before
> you formally file the returns, please advise me and I can tell you

SEC-Lemelson-E-0181381

> what we will need a proof of the returns being filed.
>
> KJ
>
> Klaus Jensen
>
> Branch Manager/Sales Manager - Hanover
> 51 Mill Street - Building D
> Hanover, MA  02339
> 617-320-4287 (cell) - preferred number to use
> 508-850-4105 (office)
> 508-355-5804 (efax)
> @KlausPNJensen (twitter)
> kjensen@mortgagemaster.com<mailto:kjensen@mortgagemasterinc.com>
>
> "Referrals are always welcome - I thank you in advance!"
>
> Equal Housing Lender
>
> View my business profile and references at:
> http://www.mortgagemaster.com/kjensen
> http://www.linkedin....com/in/klauspnjensen1965<http://www.linkedin.co
> m/in/k
> lauspnjensen1965>
> Scotsman Guide Top 200 - Ranked Nationally #42 in 2012, #32 in 2011,
> #36 in
> 2010 in Top Dollar Production
>
> NMLS #21462; MA LIC #ML021462; NJ LIC# 0518187; ME LIC# LO13813; CT
> LIC# LO-21462; RI LIC# 21462; NH LIC# NH21462
>
> From: + Emmanuel Lemelson [mailto:el@lemelsoncapital.com]
> Sent: Monday, December 16, 2013 11:22 AM
> To: Klaus Jensen
> Subject: RE: from Klaus
>
> Dear Klaus,
>
> Thank You for the email!
>
> We should be able to get the tax return done by Jan. / Feb. of 2013 -
> so that you can have 2012 and 2013 for the application.
>
> Please see other answers below - and advise when a good time to
> discuss
> further:
>
>
> Again Thanks.
>
>
>
>
> Warm Regards,
>
>

SEC-Lemelson-E-0181382

> + Emmanuel Lemelson
>    Investment Manager
>
> <image001.jpg>
>
> www.lemelsoncapital.com<http://www.lemelsoncapital.com/>
>
> Via Lavizzari 4                    4 Wyndemere Drive
> 6900 Lugano                        Southborough, MA 01772
> Switzerland                        USA
>
> Tel.  (41) 091 911 8772       Tel. 508-485-0607
>        (41) 091 911 8706
>
>
> CONFIDENTIALITY
> The information contained in this electronic message is intended for
> the exclusive use of the addressee(s), and may contain confidential or
> legally privileged information. If you are not the intended recipient,
> you have received this message in error and any use, dissemination,
> forwarding, printing or copying is strictly prohibited. If you have
> received this communication in error, please notify the sender and
> purge this message immediately without making any copy.
>
> From: Klaus Jensen [mailto:KJensen@mortgagemaster.com]
> Sent: Friday, December 13, 2013 6:21 PM
> To: + Emmanuel Lemelson
> Subject: RE: from Klaus
>
> Greg - Nice to catch up with you.
>
> Here is a list of the information we need for your wife in order to
> check the credit and qualify her.
>
> Application information
>
>  *  Current address and number of years lived there - 4 Wyndemere Drive,
> Southborough, MA 01772
>  *  Legal name for all applicants with social security numbers - Anjeza
> Lemelson  (please do not pull credit until we discuss further - thanks)
>  *  Date of birth for all applicants Oct. 18th, 1982
>  *  Number of dependents and ages (if applicable) n/a
>  *  List other real estate owned n/a
>  *  Current rent payment (if applicable) n/a
>  *  Home phone number and cell phone number - 508-485-0607 / 508-596-9338
>  *  Annual home owner's insurance premium and annual real estate tax cost
> n/a
>  *  Name of employer(s)  and address (we need a 2 year history),
> including: Employee dates with current employer + title + annual
> salary + telephone number - Owner - Lemelson Capital Management, LLC -
> 4 Wyndemere Drive, Southborough, MA 01772 from July 2012 till present.
>  *  Name of bank/asset accounts with approximate balance - will discuss by
> phone.
>
>

SEC-Lemelson-E-0181383

>
> Klaus Jensen
>
> Branch Manager/Sales Manager - Hanover
> 51 Mill Street - Building D
> Hanover, MA  02339
> 617-320-4287 (cell) - preferred number to use
> 508-850-4105 (office)
> 508-355-5804 (efax)
> kjensen@mortgagemaster.com<mailto:kjensen@mortgagemasterinc.com>
>
> "Referrals are always welcome - I thank you in advance!"
>
> Equal Housing Lender
>
> View my business profile and references at:
> http://www.linkedin.....com/in/klauspnjensen1965<http://www.linkedin.c
> om/in/
> klauspnjensen1965>
> Scotsman Guide Top 200 - Ranked Nationally #42 2012, #32 in 2011, #36
> in
> 2010 in Top Dollar Production
>
> NMLS #21462; MA LIC #ML021462; NJ LIC# 0518187; ME LIC# LO13813; CT
> LIC# LO-21462; RI LIC# 21462; NH LIC# NH21462
>
> From: + Emmanuel Lemelson [mailto:el@lemelsoncapital.com]
> Sent: Friday, December 13, 2013 10:59 AM
> To: Klaus Jensen
> Subject: RE: from Klaus
>
> Dear Klaus,
>
> Thank You for the email glad to know you remember.
>
> Scenario:
>
>
> -          ~2M purchase price (considering house in Cohasset presently)
>
> -          10% down
>
> -          Wife will be purchasing
>
> -          High credit score but limited credit history
>
> -          High verifiable income
>
>
> Again Thanks.
>
>
> Warm Regards,
>
>
> + Emmanuel Lemelson

SEC-Lemelson-E-0181384

>    Investment Manager
>
> <image001.jpg>
>
> www.lemelsoncapital.com<http://www.lemelsoncapital.com/>
>
> Via Lavizzari 4                    4 Wyndemere Drive
> 6900 Lugano                       Southborough, MA 01772
> Switzerland                       USA
>
> Tel.  (41) 091 911 8772        Tel. 508-485-0607
>        (41) 091 911 8706
>
>
> CONFIDENTIALITY
> The information contained in this electronic message is intended for
> the exclusive use of the addressee(s), and may contain confidential or
> legally privileged information. If you are not the intended recipient,
> you have received this message in error and any use, dissemination,
> forwarding, printing or copying is strictly prohibited. If you have
> received this communication in error, please notify the sender and
> purge this message immediately without making any copy.
>
> From: Klaus Jensen [mailto:KJensen@mortgagemaster.com]
> Sent: Friday, December 13, 2013 4:52 PM
> To: elemelson@outlook.com<mailto:elemelson@outlook.com>
> Subject: from Klaus
>
> Greg - I got your voicemail. Sorry I missed the call. Yes, of course I
> remember our past dealings and thank you for reaching out to me again.
>
> I will try and call you today.  Please email also the scenario you are
> trying to evaluate.
>
> KJ
>
> Klaus Jensen
>
> Branch Manager/Sales Manager - Hanover
> 51 Mill Street - Building D
> Hanover, MA  02339
> 617-320-4287 (cell) - preferred number to use
> 508-850-4105 (office)
> 508-355-5804 (efax)
> @KlausPNJensen (twitter)
> kjensen@mortgagemaster.com<mailto:kjensen@mortgagemasterinc.com>
>
> "Referrals are always welcome - I thank you in advance!"
>
> Equal Housing Lender
>
> View my business profile and references at:
> http://www.mortgagemaster.com/kjensen
> http://www.linkedin......com/in/klauspnjensen1965<http://www.linkedin.
> com/in

SEC-Lemelson-E-0181385

> /klauspnjensen1965>
> Scotsman Guide Top 200 - Ranked Nationally #42 in 2012, #32 in 2011,
> #36 in
> 2010 in Top Dollar Production
>
> NMLS #21462; MA LIC #ML021462; NJ LIC# 0518187; ME LIC# LO13813; CT
> LIC# LO-21462; RI LIC# 21462; NH LIC# NH21462
>
>
> _____
> <image002.jpg><http://www.avast.com>
>
>
> This email is free from viruses and malware because avast!
> Antivirus<http://www.avast.com/> protection is active.
>
>
>
> _____
> <image002.jpg><http://www.avast.com>
>
>
> This email is free from viruses and malware because avast!
> Antivirus<http://www.avast.com/> protection is active.
>
>
>
> _____
> <image002.jpg><http://www.avast.com>
>
>
> This email is free from viruses and malware because avast!
> Antivirus<http://www.avast.com/> protection is active.
>
>
>
> _____
> <image002.jpg><http://www.avast.com>
>
>
> This email is free from viruses and malware because avast!
> Antivirus<http://www.avast.com/> protection is active.
>
>
>
>
> _____
> [http://static.avast.com/emails/avast-mail-stamp.png]
> <http://www.avast.com/>
>
> This email is free from viruses and malware because avast!
> Antivirus<http://www.avast.com/> protection is active.
>
>
>
>

SEC-Lemelson-E-0181386

> ---
> This email is free from viruses and malware because avast! Antivirus protection is active.
> http://www.avast.com
>

SEC-Lemelson-E-0181387

**To:**      'Rettadwyer'[rettadwyer@aol.com]
**From:**    + Emmanuel Lemelson
**Sent:**    Wed 5/14/2014 10:39:00 AM
**Importance:**        Normal
**Subject:**  RE: 99 Atlantic Ave, Cohasset, MA


Thanks… actually prefer to be on the harbor vs. the open ocean…  the house we viewed together would have worked had it been a bit larger and better maintained…



Warm Regards,



+ Emmanuel Lemelson

  Investment Manager


 Lemelson-Capital-Management__Logo - resized to 220 px

  www.lemelsoncapital.com


  225 Cedar Hill Street

  Suite 200

  Marlborough, MA 01752


  Tel. 508-630-2281

SEC-Lemelson-E-0040168

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Rettadwyer [mailto:rettadwyer@aol.com]
**Sent:** Wednesday, May 14, 2014 10:37 AM
**To:** + Emmanuel Lemelson
**Subject:** Re: 99 Atlantic Ave, Cohasset, MA

Hi Emmanuel,

Thank you for getting back to me to let me know your thoughts.  A newer home in that area direct on the beach would be much higher in price.  There are two currently on at 123 Atlantic ($4.695) and up the road at 365 Jerusalem for $4.9. Both have been on for quite a while....

I will keep you updated and hope something great comes on.

Retta Dwyer

Coldwell Banker Residential Brokerage

Cell:  781.424.1098

Sent from my iPad

SEC-Lemelson-E-0040169

On May 14, 2014, at 10:01 AM, "+ Emmanuel Lemelson"
<el@lemelsoncapital.com> wrote:

> Thanks Retta… it's a nice property, but the inside is not really what we're
> looking for… (i.e. newer, high ceilinges etc.)

Warm Regards,

+ Emmanuel Lemelson

   Investment Manager

<image001.jpg>

www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

SEC-Lemelson-E-0040170

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Retta Dwyer [mailto:pinergy@mlspin.com]
**Sent:** Tuesday, May 13, 2014 9:21 PM
**To:** EI@lemelsoncapital.com
**Subject:** 99 Atlantic Ave, Cohasset, MA

Hi Emmanuel.

This is the house that will have the $100,000 price break soon. Let me know if you have any questions. I wasn't sure what email was best but used the one that you replied to.

Best regards,

Retta Dwyer
Coldwell Banker Residential Brokerage
Office: 781-383-9202
Cell: 781-424-1098

**Retta Dwyer**
**Coldwell Banker Residential Brokerage**
**Voicemail: 781-210-0131 * Cell: 781-424-1098**

**MLS # 71662765 - Active**

SEC-Lemelson-E-0040171

**Single Family - Detached**

**99 Atlantic Ave**

List Price: **$2,995,000**

**Cohasset, MA 02025-1810**

**Norfolk County**

Style: **Colonial**

Total Rooms: **10**

Color: **Natural**

Bedrooms: **6**

Grade School: **Osgood/Deerhill**

Bathrooms: **3f 1h**

Middle School: **Cohasset Middle**

Master Bath: **Yes**

High School: **Cohasset High**

Fireplaces: **4**

Handicap Access/Features: **No**

Neighborhood/Sub-Division: **Sandy Cove**

Directions: **Beach or Margin street to Atlantic Ave**

SEC-Lemelson-E-0040172

**Remarks**

**Sandy Cove oceanfront residence on a private drive off Atlantic Ave. This home boasts spectacular ocean views from all sides and is perfect for family living and entertaining. Enjoy true seaside living with the expansive formal Living Room with fireplace, formal Dining Room, Library with built-ins and a generous kitchen and open family room with a front row view of Minot's light, the dunes and the incredible Sandy Cove private beach. This seaside treasure has been owned by one family for the last 40+ years and has never had water damage because of it's higher elevation. With a finished basement including a wine cellar this home has it all.**

**Property Information**

Approx. Living Area: **6337 sq. ft.**

Approx. Acres: **1.73 (75359 sq. ft.)**

Garage Spaces: **2  Attached**

Living Area Includes:

Heat Zones: **5  Forced Air, Gas**

Parking Spaces: **8  Off-Street**

Living Area Source: **Public Record**

Cool Zones: **3  Central Air**

Approx. Street Frontage:

Living Area Disclosures: **Additional living area in wine cellar & playroom**

SEC-Lemelson-E-0040173

Disclosures: **Betterment to be assumed by buyer. Central Air on Second floor. Lot 1,4 & 5 right of way to beach On Town Sewer.**

**Room Levels, Dimensions and Features**

**Room**

**Level**

**Size**

**Features**

Living Room:

**1**

**24x16**

**Fireplace, Flooring - Hardwood, Window(s) - Bay/Bow/Box**

Dining Room:

**1**

**15x15**

**Flooring - Hardwood**

Family Room:

**1**

**18x19**

**Fireplace, Flooring - Hardwood**

Kitchen:

SEC-Lemelson-E-0040174

**1**

**18x10**

**Flooring - Hardwood, Countertops - Upgraded, Main Level, Kitchen Island**

Master Bedroom:

**2**

**19x14**

**Bathroom - Full, Fireplace, Flooring - Hardwood, Balcony / Deck**

Bedroom 2:

**2**

**14x12**

**Closet, Flooring - Hardwood**

Bedroom 3:

**2**

**14x9**

**Closet, Flooring - Hardwood**

Bedroom 4:

**2**

**15x15**

**Closet, Flooring - Hardwood**

Bedroom 5:

**2**

**20x19**

**Closet, Flooring - Hardwood**

SEC-Lemelson-E-0040175

Bath 1:

**1**

      **Flooring - Hardwood**

Bath 2:

**2**

      **Flooring - Stone/Ceramic Tile**

Bath 3:

**2**

      **Flooring - Stone/Ceramic Tile**

Laundry:

**1**

**8x8**

**Closet/Cabinets - Custom Built, Flooring - Hardwood**

Bedroom:

**2**

**14x13**

**Closet, Flooring - Hardwood**

Sun Room:

**1**

**17x11**

**Ceiling Fan(s), Flooring - Stone/Ceramic Tile**

Library:

**1**

SEC-Lemelson-E-0040176

**15x14**

**Fireplace, Closet/Cabinets - Custom Built, Flooring - Hardwood**

Wine Cellar:

**B**

**16x13**

**Flooring - Stone/Ceramic Tile, Wet bar**

Play Room:

**B**

**20x20**

**Flooring - Stone/Ceramic Tile**

**Features**

Appliances: **Range, Wall Oven, Dishwasher, Compactor, Countertop Range, Washer, Dryer**

Area Amenities: **Shopping, Park, Walk/Jog Trails, House of Worship, Private School, Public School, T-Station**

Basement: **Yes   Full, Partially Finished, Walk Out, Garage Access, Sump Pump**

Beach: **Yes   Ocean**

Beach Ownership: **Private, Deeded Rights**

Beach - Miles to: **0 to 1/10 Mile**

SEC-Lemelson-E-0040177

Construction: **Frame**

Electric: **Circuit Breakers**

Exterior: **Shingles, Brick**

Exterior Features: **Porch, Porch - Enclosed, Deck, Balcony, Gutters, Professional Landscaping, Sprinkler System**

Flooring: **Wood, Tile**

Foundation Size: **XX**

Foundation Description: **Poured Concrete**

Hot Water: **Natural Gas**

Interior Features: **Central Vacuum, Cable Available**

Lot Description: **Paved Drive, Easements, Flood Plain, Shared Drive**

Road Type: **Private**

Roof Material: **Asphalt/Fiberglass Shingles**

Sewer Utilities: **City/Town Sewer**

Utility Connections: **for Electric Range**

Water Utilities: **City/Town Water**

Waterfront: **Yes , Ocean**

Water View: **Yes , Ocean**

**Other Property Info**

Adult Community: **No**

SEC-Lemelson-E-0040178

Disclosure Declaration: **Yes**

Exclusions: **DR Chandelier**

Green Certified: **No**

Home Own Assn: **No**

Lead Paint: **Unknown**

UFFI: **Unknown**  Warranty Features: **No**

Year Built: **1973**  Source: **Public Record**

Year Built Description: **Actual**

Year Round: **Yes**

Short Sale w/Lndr.App.Req: **No**

Lender Owned: **No**

**Tax Information**

Pin #: **M:00029 B:0000 L:004**

Assessed: **$2,801,700**

Tax: **$34180**  Tax Year: **2013**

Book: **xx**  Page: **xx**

Cert: **173967**

Zoning Code: **res**

Map:  Block:  Lot:

SEC-Lemelson-E-0040179

SEC-Lemelson-E-0040180

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2014 MLS Property Information Network, Inc.

**Please call Retta to show you this property**
**Voicemail: 781-210-0131 * Cell: 781-424-1098**

This email is free from viruses and malware because avast! Antivirus protection is active.

SEC-Lemelson-E-0040181