**EXHIBIT 84**

**To:** 'Lucas, Rachel'[rlucas@btig.com]
**From:** + Emmanuel Lemelson
**Sent:** Tue 6/3/2014 12:10:12 PM
**Importance:** Normal
**Subject:** RE: BTIG Intro: Atlantic Trust Private Wealth Management

Thank you again – sounds good.

Warm Regards,

+ Emmanuel Lemelson

Investment Manager

 Lemelson-Capital-Management__Logo - resized to 220 px

www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.


**From:** Lucas, Rachel [mailto:rlucas@btig.com]
**Sent:** Tuesday, June 3, 2014 12:04 PM
**To:** '+ Emmanuel Lemelson'
**Subject:** RE: BTIG Intro: Atlantic Trust Private Wealth Management


Hi there!  I am running out to a lunch but will be introducing you over email when I get back.  That email will prompt you to send Matt your marketing materials directly.


I would then give the investor a couple of weeks to digest the materials and then you can follow up via email.


**From:** + Emmanuel Lemelson [mailto:el@lemelsoncapital.com]
**Sent:** Tuesday, June 03, 2014 11:33 AM
**To:** Lucas, Rachel
**Subject:** RE: BTIG Intro: Atlantic Trust Private Wealth Management




Dear Rachel,



Thank You for the email.  This is great news!

Did AT already receive the investor presentation etc. for TAF, LP?

…should we just wait for your intro. Email then call?

Again Thank You!

Warm Regards,

+ Emmanuel Lemelson

   Investment Manager

Lemelson-Capital-Management__Logo - resized to 220 px

   www.lemelsoncapital.com

   225 Cedar Hill Street

   Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Lucas, Rachel [mailto:rlucas@btig.com]
**Sent:** Tuesday, June 3, 2014 11:21 AM
**To:** 'el@lemelsoncapital.com'
**Subject:** BTIG Intro: Atlantic Trust Private Wealth Management

Hi Emmanuel,

I hope you are having a nice week! Atlantic Trust would like to learn more about The Amvona Fund. Brief notes on Atlantic Trust are below for your reference. I will be making the introduction shortly.

**Atlantic Trust Private Wealth Management (Boston, MA)**

-       $20B AUM Advisory Firm

-       Average client has approx $25m with them (90% HNW and 10% Endowments and Foundations)

-       $1.8Bln is invested in alternatives ($900m in HFs – approx 50% in L/S Equity)

SEC-Lemelson-E-0182526

-       Create customized portfolios for their clients

-       Currently have 40 managers in their portfolio but hoping to take that number to 50 in the next 18 months

-       Always looking at new launches - Has never done Day1 but have been early – founders share classes are preferred

-       Love specialists in the TMT, HC and Consumer space

-       Currently looking for long only managers focused on the small and mid-cap space


Matthew D. Sheers, CFA

*Vice President*

---

**Atlantic Trust Private Wealth Management**


100 Federal Street, 37th Floor

Boston, MA 02110

**Tel** 617 531 6908

**Email** msheers@atlantictrust.com



I hope this is helpful!
Rachel


Description: cid:image001.gif@01CE3A77.98CAA660    **Rachel Lucas** | Senior Vice President | Capital Introduction | Tel: 212.527.3504 | Mobile: 508.944.5446 | AOL/Email: rlucas@btig.com

**DISCLAIMER:**

This material is not an offer to sell or a solicitation of an offer to buy securities of the fund or any other fund or investment vehicle. Solicitations of offers to buy interests in the fund will be made only to qualified investors by means of a confidential private placement memorandum and related subscription documents which contain a description of the risks inherent in an investment in the fund and which qualify this material in its entirety. An investment in the fund involves a high degree of risk, may be illiquid and is suitable only for sophisticated and qualified investors, and investors should be prepared to suffer losses of their entire investments. No assurances can be given that the fund's investment objectives will be achieved, and investment results may vary substantially on a quarterly or annual basis. In addition, depending on conditions and trends in equity and other markets and the economy generally, the fund may pursue any objectives, employ any techniques or purchase any type of instrument that it considers appropriate and in the fund's best interests. This material has been prepared for the information of investors and prospective investors in the fund and is not intended to be distributed to the general public and may not be reproduced. It has not been reviewed by any governmental or regulatory authority. BTIG will neither verify the accuracy of the information represented nor be responsible for any errors, omissions or misrepresentations contained therein. Should such information be time sensitive or require updating, the manager is solely responsible to do so. Any information or written material provided to you by BTIG or otherwise concerning a hedge fund has been prepared and issued by, or is derived from information prepared and issued by, the fund or its manager who bears sole responsibility for this material. Such information has not been verified or approved by BTIG. The distribution of any such information or written material should not be construed as an endorsement or recommendation by BTIG, as advice given by BTIG regarding the merits of investing in a fund or as an offer or solicitation to acquire or dispose of any interest in a fund. You should review carefully any statements made by a fund or its manager and perform due diligence as you deem fit, including consulting your own legal and tax advisors as necessary. Risk disclosure: Hedge funds often engage in leveraging and other speculative investment practices that may increase the risk of investment loss and can be highly illiquid. Hedge funds are not required to provide periodic pricing or valuation information to investors and may involve complex tax structures and delays in distributing important tax information. Hedge funds are not subject to the same regulatory requirements as mutual funds and often charge high fees. All prospective investors should thoroughly review all disclosure documents relating to the hedge fund considered for investment. **BTIG LLC—Member of FINRA and SIPC**

SEC-Lemelson-E-0182528

Disclaimer: https://btig.com/disclaimer.php --

---

This email is free from viruses and malware because avast! Antivirus protection is active.

SEC-Lemelson-E-0182529

**To:**     'Bloom, Jennifer'[jbloom@btig.com]; 'jo@smcinvest.com'[jo@smcinvest.com]
**Cc:**     'McWilliams, Catherine'[cmcwilliams@btig.com]; 'Staub, Kristin'[kstaub@btig.com]; 'Lucas, Rachel'[rlucas@btig.com]
**From:**   + Emmanuel Lemelson
**Sent:**   Wed 6/11/2014 12:33:28 PM
**Importance:**     Normal
**Subject:** RE: The Amvona Fund
Amvona May 2014 tear sheet.pdf
Q1 2014 TAF Partnership Letter.pdf
The Amvona Fund 2012 Annual Report.pdf
The Amvona Fund 2013 Annual Report.pdf
The Amvona Fund, LP - Investor Presentation - Q2 2014.pdf

Dear Jason,

It is a pleasure to meet you.

From its inception in September 2012 through May 2014 (21 months) - The Amvona Fund, LP has returned a **Compounded Annual Gain** of **85.15%** (58.51% net) and an **Overall Gain** of **193.65%** (123.90% net).

The fund is up approximately 7% (Gross) thus far in June / AUM is just over 16 M.

History including readership and influence here: http://amvona.com/about-us

Per your request, attached are the following:

1.      May 2014 Tear Sheet

2.      2012 and 2013 annual reports

3.      Q1 2014 Interim reports

4.      Investor presentation

Further reading:

-   Previous reports / articles here: http://amvona.com/featured/finding-alpha (includes analysis of AM, WDC, STX, AAPL, FRPT, CSCO, SKX, SAFM, etc. etc.)

-   Philosophy of investment here: http://amvona.com/featured/finding-alpha/item/44-the-prime-ministers-gone-dollarg-bets

 and

http://amvona.com/featured/finding-alpha/item/12-three-card-monte-and-other-efficient-ways-of-parting-with-your-money

Truly look forward to staying in touch.

Warm Regards,

+ Emmanuel Lemelson

    Investment Manager

SEC-Lemelson-E-0183252

 Lemelson-Capital-Management__Logo - resized to 220 px

www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Bloom, Jennifer [mailto:jbloom@btig.com]
**Sent:** Wednesday, June 11, 2014 1:25 PM
**To:** 'jo@smcinvest.com'
**Cc:** McWilliams, Catherine; Staub, Kristin; Lucas, Rachel; el@lemelsoncapital.com
**Subject:** The Amvona Fund

Hi Jason,

I hope you are doing well! Per your request, I would like to introduce you to The

SEC-Lemelson-E-0183253

Amvona Fund.  I have copied Emmanuel Lemelson on this email; Emmanuel, can you kindly forward your most recent marketing materials to Jason?

Please let me know if you require anything further.  As always, I hope this proves helpful!

All my best,

Jen

**BTIG** Description: Description: Description: Description: cid:image001.gif@01CE3A77.98CAA660   **Jennifer L. Bloom**  | Managing Director | Capital Introduction | 825 Third Avenue, 6th Floor | New York, NY 10017 | 212.588.6534 | jbloom@btig.com

**DISCLAIMER:**

This material is not an offer to sell or a solicitation of an offer to buy securities of the fund or any other fund or investment vehicle.  Solicitations of offers to buy interests in the fund will be made only to qualified investors by means of a confidential private placement memorandum and related subscription documents which contain a description of the risks inherent in an investment in the fund and which qualify this material in its entirety.  An investment in the fund involves a high degree of risk, may be illiquid and is suitable only for sophisticated and qualified investors, and investors should be prepared to suffer losses of their entire investments.  No assurances can be given that the fund's investment objectives will be achieved, and investment results may vary substantially on a quarterly or annual basis.  In addition, depending on conditions and trends in equity and other markets and the economy generally, the fund may pursue any objectives, employ any techniques or purchase any type of instrument that it considers appropriate and in the fund's best interests.

This material has been prepared for the information of investors and prospective investors in the fund and is not intended to be distributed to the general public and may not be reproduced. It has not been reviewed by any governmental or regulatory authority.  BTIG will neither verify the accuracy of the information represented nor be responsible for any errors, omissions or misrepresentations contained therein. Should such information be time sensitive or require updating, the manager is solely responsible to do so.  Any information or written material provided to you by BTIG or otherwise concerning a hedge fund has been prepared and issued by, or is derived from information prepared and issued by, the fund or its manager who bears sole responsibility for this material. Such information has not been verified or approved by BTIG. The distribution of any such information or written material should not be construed as an endorsement or recommendation by BTIG, as advice given by BTIG regarding the merits of investing in a fund or as an offer or solicitation to acquire or dispose of any interest in a fund. You should review carefully any statements made by a fund or its manager and perform due diligence as you deem fit, including consulting your own legal and tax advisors as necessary.   Risk disclosure: Hedge funds often engage in leveraging and other speculative investment practices that may increase the risk of investment loss and can be highly illiquid. Hedge funds are not required to provide periodic pricing or valuation information to investors and may involve complex tax structures and delays in distributing important tax information. Hedge funds are not subject to the same regulatory requirements as mutual funds and often charge high fees.  All prospective investors should thoroughly review all disclosure documents relating to the hedge fund considered for investment.  **BTIG LLC—Member of FINRA and SIPC**

Disclaimer: https://btig.com/disclaimer.php  --

SEC-Lemelson-E-0183255

**To:** 'Bloom, Jennifer'[jbloom@btig.com]
**From:** + Emmanuel Lemelson
**Sent:** Wed 6/11/2014 1:23:01 PM
**Importance:** Normal
**Subject:** RE: Spring Mountain Capital

Dear Jen,

Thank You for the email and looking forward to the intro… ;o)

Again Thanks.

Warm Regards,

+ Emmanuel Lemelson

Investment Manager

Lemelson-Capital-Management__Logo - resized to 220 px

 www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Bloom, Jennifer [mailto:jbloom@btig.com]
**Sent:** Wednesday, June 11, 2014 1:21 PM
**To:** el@lemelsoncapital.com
**Subject:** Spring Mountain Capital

Hi Emmanuel,

I hope you are doing well!  Jason Orchard at Spring Mountain is interested in learning more about The Amvona Fund.  I will send a formal introduction over shortly but wanted to provide you with brief notes on the firm for reference:

**Spring Mountain (New York, NY)**

-        Fund of funds based in New York

SEC-Lemelson-E-0183246

- Founded in 2001 by Lonnie Steffens, former Vice Chairman of Merrill Lynch

- $600m AUM

- Focus on emerging managers, prefer liquid strategies

- Currently invested in 19 hedge fund managers (can increase up to 35 managers)

- Average size of managers in their portfolio is $250m, with 1/3 of their managers under $100m (smallest manager is under $20m)

- Initial allocations range from $5-$8m

- Focused on small cap, nichey, or capacity constrained strategies

I hope this is helpful!

Jen

BTIG Description: Description: Description: Description: cid:image001.gif@01CE3A77.98CAA660   **Jennifer L. Bloom** | Managing Director | Capital Introduction | 825 Third Avenue, 6th Floor | New York, NY 10017 | 212.588.6534 | jbloom@btig.com

**DISCLAIMER:**

This material is not an offer to sell or a solicitation of an offer to buy securities of the fund or any other fund or investment vehicle. Solicitations of offers to buy interests in the fund will be made only to qualified investors by means of a confidential private placement memorandum and related subscription documents

which contain a description of the risks inherent in an investment in the fund and which qualify this material in its entirety.  An investment in the fund involves a high degree of risk, may be illiquid and is suitable only for sophisticated and qualified investors, and investors should be prepared to suffer losses of their entire investments.  No assurances can be given that the fund's investment objectives will be achieved, and investment results may vary substantially on a quarterly or annual basis.  In addition, depending on conditions and trends in equity and other markets and the economy generally, the fund may pursue any objectives, employ any techniques or purchase any type of instrument that it considers appropriate and in the fund's best interests.  This material has been prepared for the information of investors and prospective investors in the fund and is not intended to be distributed to the general public and may not be reproduced. It has not been reviewed by any governmental or regulatory authority.  BTIG will neither verify the accuracy of the information represented nor be responsible for any errors, omissions or misrepresentations contained therein. Should such information be time sensitive or require updating, the manager is solely responsible to do so.  Any information or written material provided to you by BTIG or otherwise concerning a hedge fund has been prepared and issued by, or is derived from information prepared and issued by, the fund or its manager who bears sole responsibility for this material. Such information has not been verified or approved by BTIG. The distribution of any such information or written material should not be construed as an endorsement or recommendation by BTIG, as advice given by BTIG regarding the merits of investing in a fund or as an offer or solicitation to acquire or dispose of any interest in a fund. You should review carefully any statements made by a fund or its manager and perform due diligence as you deem fit, including consulting your own legal and tax advisors as necessary.   Risk disclosure: Hedge funds often engage in leveraging and other speculative investment practices that may increase the risk of investment loss and can be highly illiquid. Hedge funds are not required to provide periodic pricing or valuation information to investors and may involve complex tax structures and delays in distributing important tax information. Hedge funds are not subject to the same regulatory requirements as mutual funds and often charge high fees.  All prospective investors should thoroughly review all disclosure documents relating to the hedge fund considered for investment. **BTIG LLC—Member of FINRA and SIPC**


Disclaimer: https://btig.com/disclaimer.php  --

SEC-Lemelson-E-0183248