**To:** 'Rich Bartels'[rich@racerockcap.us]
**From:** + Emmanuel Lemelson
**Sent:** Tue 6/17/2014 5:36:25 PM
**Importance:** Normal
**Subject:** RE: Update: Lemelson Capital in the news this week

Between 16 – 17 M this month, likely to jump next month (expecting many new subs.)

Any news updates / with prospects?

Warm Regards,

+ Emmanuel Lemelson

Chief Investment Officer

Lemelson-Capital-Management__Logo - resized to 220 px

www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Rich Bartels [mailto:rich@racerockcap.us]
**Sent:** Tuesday, June 17, 2014 5:34 PM
**To:** + Emmanuel Lemelson
**Subject:** Re: Update: Lemelson Capital in the news this week

Please remind me of your AUM.

Rich

617-840-0778

On Jun 17, 2014, at 5:19 PM, + Emmanuel Lemelson <el@lemelsoncapital.com> wrote:

> **USA Today** - Money manager betting against biotech firm Ligand Pharmaceuticals (June 16th, 2014)

Street Insider - Lemelson Capital Makes Short Case Against Ligand Pharma (LGND) (June 16th, 2014)

SA Market Currents - Bearish outlook for Ligand from Lemelson Capital (June 16th, 2014)

ValueWalk - Lemelson: Ligand Pharmaceuticals (LGND) – 'No Intrinsic Value' (June 16th, 2014)

Benzinga - Shares of Ligand Pharma Tick Lower Following Word from Lemelson Capital Fund Has Initiated Short Position in Stock (June 16th, 2014)

Warm Regards,

+ Emmanuel Lemelson

   Chief Investment Officer

<image001.jpg>

   www.lemelsoncapital.com

   225 Cedar Hill Street

   Suite 200

SEC-Lemelson-E-0041513

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

This email is free from viruses and malware because avast! Antivirus protection is active.

SEC-Lemelson-E-0041514