**EXHIBIT 86**

To:       Emmanuel Lemelson - Lemelson Capital Management, LLC
(el@lemelsoncapital.com)[el@lemelsoncapital.com]
**From:**    Jacobi, Dennis
**Sent:**    Tue 6/3/2014 8:13:39 AM
**Importance:**       **Normal**
**Subject:**   Reports
image001.gif
Amvona 0602.pdf

Dear Emmanuel


Please note the account is in a House Call of 93,445.00.


Dennis


   Dennis Jacobi | Senior Vice President | Prime Brokerage | 825 Third Avenue, 6th Floor
New York, NY 10022 | (212) 527-3519 |Fax: 212-593-4488 |AOL IM: djacobi@btig.com
|EMail: djacobi@btig.com



Disclaimer: https://btig.com/disclaimer.php   --

SEC-Lemelson-E-1048652

**To:** Emmanuel Lemelson - Lemelson Capital Management, LLC
(el@lemelsoncapital.com)[el@lemelsoncapital.com]
**From:** Jacobi, Dennis
**Sent:** Mon 6/16/2014 8:00:34 AM
**Importance:** **Normal**
**Subject:** Reports
image001.gif
Amvona 0613.pdf

Security

Description

Request

Approve

Unappr

Rate

Status

Locate Id

LGND

LIGAND PHARMAC

10,000

10,000

0

GC

APPROVED

SEC-Lemelson-E-0586836

Emmanuel:

Good morning.  Hope you had a nice Father's Day.

Account is in a House Call *for*   *($66,375.00)*

   Dennis Jacobi | Senior Vice President | Prime Brokerage | 825 Third Avenue, 6th Floor New York, NY 10022 | (212) 527-3519 |Fax: 212-593-4488 |AOL IM: djacobi@btig.com |EMail: djacobi@btig.com

Disclaimer: https://btig.com/disclaimer.php   --

SEC-Lemelson-E-0586837

**To:**       Emmanuel Lemelson - Lemelson Capital Management, LLC
(el@lemelsoncapital.com)[el@lemelsoncapital.com]
**From:**     Jacobi, Dennis
**Sent:**     Tue 6/17/2014 8:12:01 AM
**Importance:**             **Normal**
**Subject:**  Reports
image001.gif
Amvona 0616.pdf

Emmanuel


The house call has risen to $ 164,588 and there is a Fed Call of 131,285 due to trading yesterday.


I will let you know what action needs to be taken.


Dennis


  Dennis Jacobi | Senior Vice President | Prime Brokerage | 825 Third Avenue, 6th Floor New York, NY 10022 | (212) 527-3519 |Fax: 212-593-4488 |AOL IM: djacobi@btig.com |EMail: djacobi@btig.com


Disclaimer: https://btig.com/disclaimer.php   --

SEC-Lemelson-E-0823044

**To:**     Emmanuel Lemelson - Lemelson Capital Management, LLC
(el@lemelsoncapital.com)[el@lemelsoncapital.com]
**From:**    Jacobi, Dennis
**Sent:**    Thur 6/19/2014 8:35:31 AM
**Importance:**    **Normal**
**Subject:**    Reports
image001.gif
Amvona 0618.pdf

Dear Emmanuel

Fed Call of 131,269 must be met today.  You will need to sell or cover 2 times this amount.  Let's speak later.

Due to market movements, account is also in a House Call for 223,519

Dennis

Dennis Jacobi | Senior Vice President | Prime Brokerage | 825 Third Avenue, 6th Floor
New York, NY 10022 | (212) 527-3519 |Fax: 212-593-4488 |AOL IM: djacobi@btig.com
|EMail: djacobi@btig.com

Disclaimer: https://btig.com/disclaimer.php   --

SEC-Lemelson-E-1048562

**To:**       'Jacobi, Dennis'[djacobi@btig.com]
**From:**     + Emmanuel Lemelson
**Sent:**     Thur 6/19/2014 3:07:13 PM
**Importance:**            **Normal**
**Subject:**  Fed Call

Dear Dennis,

Thank You for the email.

Per our conversation this AM, in order to cover the Fed Call, will cover ~262k in LGND
short (~4006 shares) – please confirm your understanding that this will eliminate the
Fed Call – thank you!

Warm Regards,

+ Emmanuel Lemelson

  Chief Investment Officer


Lemelson-Capital-Management__Logo - resized to 220
px

   www.lemelsoncapital.com

SEC-Lemelson-E-0184144

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752


Tel. 508-630-2281



CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive
use of the addressee(s), and may contain confidential or legally privileged
information. If you are not the intended recipient, you have received this message
in error and any use, dissemination, forwarding, printing or copying is strictly
prohibited. If you have received this communication in error, please notify the
sender and purge this message immediately without making any copy.


**From:** Jacobi, Dennis [mailto:djacobi@btig.com]
**Sent:** Thursday, June 19, 2014 8:36 AM
**To:** Emmanuel Lemelson - Lemelson Capital Management, LLC
(el@lemelsoncapital.com)
**Subject:** Reports


Dear Emmanuel


Fed Call of 131,269 must be met today.  You will need to sell or cover 2 times
this amount.  Let's speak later.


Due to market movements, account is also in a House Call for 223,519

SEC-Lemelson-E-0184145

Dennis

**BTIG** **Description: Description: Description: cid:image001.gif@01CBE222.338FD220**   Dennis Jacobi | Senior Vice President | Prime Brokerage | 825 Third Avenue, 6th Floor New York, NY 10022 | (212) 527-3519 |Fax: 212-593-4488 |AOL IM: djacobi@btig.com |EMail: djacobi@btig.com

Disclaimer: https://btig.com/disclaimer.php   --

SEC-Lemelson-E-0184146

**To:**       'el@lemelsoncapital.com'[el@lemelsoncapital.com]
**From:**     Trani, Peter
**Sent:**     Mon 6/23/2014 9:07:32 AM
**Importance:**          **Normal**
**Subject:**   House call update
image001.gif

Emmanuel, hope all is well.  Your house call increased yesterday by 160,719 bringing your total house call to 386,347.    The new call in the amount of 160,800 is due 6/26/2014.  As of right now the calls stand due as follows:

130,396 due 6/24

95,232 due 6/25

160,719 due 6/26

Any questions please let me know.

**Description: Description: Description: Description: Description: Description:**
**cid:image001.gif@01CBE222.338FD220**   Peter Trani | Associate | Prime Brokerage |
Ph:(212) 527-3520 | Fax:(212) 593-4488 |825 3rd Ave New York, NY 6th Floor 10022

SEC-Lemelson-E-0021891

Disclaimer: https://btig.com/disclaimer.php   --

SEC-Lemelson-E-0021892

**To:**        'Jacobi, Dennis'[djacobi@btig.com]
**From:**      + Emmanuel Lemelson
**Sent:**      Thur 6/26/2014 4:02:04 PM
**Importance:**          **Normal**
**Subject:**   RE:

Dennis,

Per our conversation earlier:

-        Sold 11,128 shares of EZPW (100% margin maint. Req.) for approx. value ~128k – please settle these transactions as LIFO for tax purposes.

-        Account appreciated ~65K

With this two events, the house call should be covered for tomorrw.

Please confirm the above – thank you.

Warm Regards,

+ Emmanuel Lemelson

    Chief Investment Officer

SEC-Lemelson-E-0041632

 Lemelson-Capital-Management__Logo - resized to 220 px

 www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Jacobi, Dennis [mailto:djacobi@btig.com]
**Sent:** Thursday, June 26, 2014 2:50 PM
**To:** '+ Emmanuel Lemelson'
**Subject:** RE:

SEC-Lemelson-E-0041633

**BTIG** **Description: Description: Description:**
**cid:image001.gif@01CBE222.338FD220**   Dennis Jacobi | (212) 527-3519 |
EMail: djacobi@btig.com

**From:** + Emmanuel Lemelson [mailto:el@lemelsoncapital.com]
**Sent:** Thursday, June 26, 2014 2:38 PM
**To:** Jacobi, Dennis
**Subject:**

Dear Dennis,

Please remember to send the margin maintenance reqs. (will help determine how to cover the call) – thanks.

Warm Regards,

+ Emmanuel Lemelson

    Chief Investment Officer

 Description: Lemelson-Capital-Management__Logo - resized to 220 px

 www.lemelsoncapital.com

SEC-Lemelson-E-0041634

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752


Tel. 508-630-2281



CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.



Description: Image removed by sender.

This email is free from viruses and malware because avast! Antivirus protection is active.


Disclaimer: https://btig.com/disclaimer.php   --

SEC-Lemelson-E-0041635