## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,   ) | |
|           Plaintiff,   ) | |
|     ) | |
|   v.   ) | |
|     ) | |
| GREGORY LEMELSON and LEMELSON CAPITAL   ) | |
| MANAGEMENT, LLC,   ) | Civil Action No. 1:18-cv-11926-PBS |
|     ) | |
|           Defendants,   ) | |
|     ) | |
|   and   ) | |
|     ) | |
| THE AMVONA FUND, LP,   ) | |
|     ) | |
|           Relief Defendant   ) | |

**AFFIDAVIT OF DOUGLAS S. BROOKS IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND STATEMENT OF <u>ADDITIONAL MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1</u>**

I, Douglas S. Brooks, hereby swear and declare as follows:

1.      I am a member in good standing of the Bar of the Commonwealth of Massachusetts and am counsel to Defendants Rev. Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson") and Lemelson Capital Management, LLC, and Relief Defendant The Amvona Fund, LP.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the October 28, 2019 Notice of Deposition pursuant to Fed. R. Civ. P. 30(b)(6) served by counsel for Defendants on Plaintiffs.

3.      Attached hereto as Exhibit 2 is a true and correct copy of selected excerpts from the August 6, 2020 Deposition Transcript of David Becker, representative of the Securities and Exchange Commission Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

4.      Attached hereto as Exhibit 3 is a true and correct copy of selected excerpts from the December 11, 2019 Deposition Transcript of John Higgins.

5.      Father Emmanuel's August 13, 2014 pre-market interview with Benzinga is available at https://www.youtube.com/watch?v=V8UX2X24R1s&t=460s.

6.      When the topic of Ligand is first addressed on the interview, it was disclosed that Fr. Emmanuel had a short position.

7.      Attached hereto as Exhibit 4 is a true and correct copy of a June 17, 2014 email exchange between John Higgins, Bruce Voss, and Matt Foehr produced in this litigation at Bates-page EPROD-SEC-LIT-E-000000106.

8.      Attached hereto as Exhibit 5 is a true and correct copy of an October 28, 2015 email exchange between Bruce Voss, John Higgins, Charles Berkman, and Todd Pettingill produced in this litigation at Bates-pages EPROD-SEC-LIT-E-000000212-EPROD-SEC-LIT-E-000000213.

9.      Attached hereto as Exhibit 6 is a true and correct copy of a June 17, 2014 email exchange between Bruce Voss and Matt Foehr produced in this litigation at Bates-pages EPROD-SEC-LIT-E-000000380-EPROD-SEC-LIT-E-000000382.

10.     Attached hereto as Exhibit 7 is a true and correct copy of an August 22, 2014 email exchange between Todd Pettingill, Eric Vajda, and Glenn Dourado produced in this litigation at Bates-pages LGND_0041208-LGND_0041210.

11.     Attached hereto as Exhibit 8 is a true and correct copy of selected excerpts from the December 12, 2019 Deposition Transcript of Todd Pettingill.

12.     Attached hereto as Exhibit 9 is a true and correct copy of an October 28-29, 2015 email exchange between Bruce Voss and Kristen Chapman produced in this litigation at Bates-pages EPROD-SEC-LIT-E-000000805-EPROD-SEC-LIT-E-000000810.

13.     Attached hereto as Exhibit 10 is a true and correct copy of a November 17, 2014 email exchange between Bruce Voss and Jody Burfening produced in this litigation at Bates-pages EPROD-SEC-LIT-E-000000661-EPROD-SEC-LIT-E-000000662.

14.     Attached hereto as Exhibit 11 is a true and correct copy of a June 19-20, 2014 email exchange between John Higgins, Mark Lampert, and Kanishka Pothula produced in this litigation at Bates-page LGND_0037566.

15.     Attached hereto as Exhibit 12 is a true and correct copy of an October 28, 2015 email exchange between Todd Pettingill and Bruce Voss produced in this litigation at Bates-pages EPROD-SEC-LIT-E-000000210-EPROD-SEC-LIT-E-000000211.

16.     Attached hereto as Exhibit 13 is a true and correct copy of an October 27, 2015 email exchange between Bruce Voss, John Higgins, and Todd Pettingill produced in this litigation at Bates-pages EPROD-SEC-LIT-E-000000216-EPROD-SEC-LIT-E-000000221.

17.     Attached hereto as Exhibit 14 is a true and correct copy of a September 23, 2014 email exchange between Bruce Voss and Matt Foehr produced in this litigation at Bates-pages EPROD-SEC-LIT-E-000000626-EPROD-SEC-LIT-E-000000627.

18.     Attached hereto as Exhibit 15 is a true and correct copy of an October 30, 2015 email exchange between Glenn Dourado and J.D. Pipkin produced in this litigation at Bates-page LGND_0068636.

19.     Attached hereto as Exhibit 16 is a true and correct copy of a June 17, 2014 email exchange between Matt Foehr, Bruce Voss, and John Higgins produced in this litigation at Bates-page EPROD-SEC-LIT-E-000000909.

20.     Attached hereto as Exhibit 17 is a true and correct copy of a June 20, 2014 email exchange between Bruce Voss, Matt Foehr, and John Higgins produced in this litigation at Bates-pages EPROD-SEC-LIT-E-000000412-EPROD-SEC-LIT-E-000000413.

21.     Attached hereto as Exhibit 18 is a true and correct copy of an August 18, 2014 email exchange between John Higgins, Bruce Voss, Nishan de Silva, Matt Foehr, Erika Luib, and Charles Berkman produced in this litigation at Bates-pages EPROD-SEC-LIT-E-000001216-EPROD-SEC-LIT-E-000001221.

22.     Attached hereto as Exhibit 19 is a true and correct copy of a June 24, 2014 email exchange between John Higgins, Matt Foehr, and Bruce Voss produced in this litigation at Bates-pages EPROD-SEC-LIT-E-000001019-EPROD-SEC-LIT-E-000001020.

23.     Attached hereto as Exhibit 20 is a true and correct copy of a July 9, 2014 email exchange between John Higgins, Matt Foehr, Charles Berkman, Nishan de Silva, Bruce Voss, and Todd Pettingill produced in this litigation at Bates-pages EPROD-SEC-LIT-E-000001110-EPROD-SEC-LIT-E-000001111.

24.     Attached hereto as Exhibit 21 is a true and correct copy of an August 22, 2014 email exchange between Todd Pettingill, Eric Vajda, and Glenn Dourado produced in this litigation at Bates-pages LGND_0041211-LGND_0041213.

25.     Attached hereto as Exhibit 22 is a true and correct copy of an October 7, 2014 email exchange between John Higgins and the Ligand Board of Directors produced in this litigation at Bates-pages LGND_0048604-LGND_0048605.

26.     Attached hereto as Exhibit 23 is a true and correct copy of selected excerpts from the December 5, 2019 Deposition Transcript of Matthew Foehr.

27.     Attached hereto as Exhibit 24 is a true and correct copy of a June 8, 2015 letter from then-Member of Congress, Duncan Hunter, to Mary Jo White, Chair of the Securities and Exchange Commission produced in this litigation at Bates-pages LGND_0080800-LGND_0080801.

28.     Attached hereto as Exhibit 25 is a true and correct copy of the article titled, "*Duncan Hunter Sentenced to 11 Months in Prison for Stealing Campaign Funds,*" authored by Neil Vigdor and published by the New York Times on March 17, 2020.

29.     Attached hereto as Exhibit 26 is a true and correct copy of the Securities and Exchange Commission's Investor Bulletin, published on October 22, 2014, which states that "Because SEC investigations are generally nonpublic, Enforcement will not confirm or deny the existence of an investigation unless the SEC brings charges against a person or entity involved. Enforcement also will not provide updates on the status of any pending SEC investigation." This Bulletin is available at https://www.sec.gov/oiea/investor-alerts-bulletins/ib_investigations.html.

30.     Attached hereto as Exhibit 27 is a true and correct copy of an email exchange between Bradley Bondi and Scott Friestad, Virginia Rosado-Desilets, and Sonia Torrico of the Securities and Exchange Commission between September 14, 2017 and September 18, 2017, produced in this litigation at Bates-pages EPROD-SEC-LIT-E-001189502- EPROD-SEC-LIT-E-001189505.

31.     Attached hereto as Exhibit 28 is a true and accurate printout of the Wikipedia User Contributions for Username News&history. This username is associated with creating the Wikipedia pages for Brad Bondi on September 18, 2017, Stephanie Avakian on September 16,

2017, and Steven Peikin on September 16, 2017.  The only other new entry created by the Username News&history was for Hugh B. Miller, a U.S. Naval Officer.

32.     Attached hereto as Exhibit 29 is a true and accurate copy of the Bloomberg Article titled "Hedge Fund Priest's Trades Probed by Wall Street Cop.," published on March 18, 2016.

33.     Attached hereto as Exhibit 30 is a true and correct copy of selected excerpts from the July 20, 2016 Deposition Transcript of Fr. Emmanuel Lemelson.

34.     Attached hereto as Exhibit 31 is a true and correct copy of selected excerpts from the July 21, 2016 Deposition Transcript of Fr. Emmanuel Lemelson.

35.     Attached hereto as Exhibit 32 is a true and correct copy of selected excerpts from the July 22, 2016 Deposition Transcript of Fr. Emmanuel Lemelson.

36.     On June 22, 2018, I emailed then co-head of Enforcement at the Commission, Steven Peikin, requesting a meeting with the Commission in advance of the Commission filing a Complaint which would include a novel Investment Advisers Act claim.  (I was later told that my email actually went to another Commission employee with the same first initial and last name but that it was timely forwarded to the co-Head of Enforcement.)  I was aware that my clients' predecessor counsel had met with the Commission, but at the time of that meeting, the Commission had not yet raised a potential Investment Advisers Act claim.  Later in the morning of June 22, 2018, I received a call from Virginia Rosado-Desilets, David Becker, Marc Jones, and Al Day of the Commission.  They told me that Mr. Peikin had already met with Fr. Emmanuel's predecessor counsel once during the investigation and that the Commission did not think a second meeting was warranted.

37.     Attached hereto as Exhibit 33 is a true and correct printout of the historical stock prices of Ligand Pharmaceuticals, Inc. (LGND) for the five-year period of October 29, 2015- October 29, 2020.  This data was taken from the NASDAQ historical data available at https://www.nasdaq.com/market-activity/stocks/lgnd/historical.

38.     Attached hereto as Exhibit 34 is a true and correct copy of Plaintiff's Motion for Protective Order to Prevent Rule 30(b)(6) Deposition, ECF No. 40.

39.     Attached hereto as Exhibit 35 is a true and correct copy of Magistrate Judge Cabell's Order Denying Plaintiff's Motion for Protective Order to Prevent Rule 30(b)(6) Deposition, ECF No. 55.

40.     Attached hereto as Exhibit 36 is a true and correct copy of Plaintiff's Motion for a More Definite Statement of Defendants' Selective Enforcement Defense, ECF No. 99.

41.     Attached hereto as Exhibit 37 is a true and correct copy of Magistrate Judge Cabell's Order Denying Plaintiff's Motion for a More Definite Statement of Defendants' Selective Enforcement Defense, ECF No. 112.

42.     Attached hereto as Exhibit 38 is a true and correct copy of selected excerpts from the October 16, 2019 Deposition Transcript of Fr. Emmanuel Lemelson.

43.     Attached hereto as Exhibit 39 is a true and correct copy of selected excerpts from the November 12, 2019 Deposition Transcript of Fr. Emmanuel Lemelson.

44.     Attached hereto as Exhibit 40 is a true and correct copy of the Plaintiff's Opposition to Defendants' Motion for Sanctions and to Compel Greek Orthodox Metropolis of Boston to Produce Documents in Response to Subpoena, ECF No. 64.

45.     Shortly after Fr. Emmanuel's November 12, 2019 deposition, counsel for the Commission told me that they planned to send a subpoena to the Greek Orthodox Metropolis of

Boston. Counsel for the Commission further stated that they had been informed that Fr.

Emmanuel was not a Greek Orthodox Priest and that he had unsuccessfully applied to be

ordained as a priest through the Greek Orthodox Metropolis of Boston. Counsel for the

Commission stated that this information was relevant because it could be used to undermine Fr.

Emmanuel's credibility. Counsel for the Commission asked if Defendants would object based on

an assertion of privilege to the Commission issuing a subpoena seeking that information.

46.     Attached as Exhibit 41 is a true and correct copy of the Affidavit of Fr. Emmanuel

Lemelson and corresponding exhibits D and E to that affidavit, ECF No. 111.

47.     Attached hereto as Exhibit 42 is a true and correct copy of a January 4, 2013

email exchange between Matt Foehr and Steven Pessagno, attaching a copy of the report titled

"Lowering Promacta HCV Estimates; Downgrading to HOLD and $23 PT from $28" published

by Cantor Fitzgerald produced in this litigation at Bates-pages LGND_0000190-

LGND_0000198.

48.     Attached hereto as Exhibit 43 is a true and correct copy of a January 30, 2018

article titled, "Ligand Pharma Is a Short," published by Alan Biloski.

49.     Attached hereto as Exhibit 44 is a true and correct copy of an April 4, 2018 article

titled, "Ligand's Market Valuation Does Not Withstand Scrutiny," published by Seven Corners

Capital Management.

50.     Attached hereto as Exhibit 45 is a true and correct printout of an April 24, 2018

announcement that Lakewood Capital Management had taken a short position in Ligand,

available at https://thefly.com/landingPageNews.php?id=2717836.

51.     Attached hereto as Exhibit 46 is a true and correct copy of an August 7, 2018 article titled, "Ligand (LGND: Sell Recommendation)," published by Favus Institutional Research LLC.

52.     Attached hereto as Exhibit 47 is a true and correct copy of a January 2019 article titled, "Citron Publishes the Smoking Gun on Ligand Pharmaceuticals," published by Citron Research.

53.     Attached hereto as Exhibit 48 is a true and correct copy of the Complaint filed in the matter of *SEC v. Berliner*, No. 08-CV-3859 in the Southern District of New York.

54.     Attached hereto as Exhibit 49 is a true and correct printout of Investopedia's definition of a "Share Repurchase," available at

https://www.investopedia.com/terms/s/sharerepurchase.asp.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.


Executed:  October 30, 2020                    */s/ Douglas S. Brooks*
                                                Douglas S. Brooks


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 30, 2020.

                                                */s/ Douglas S. Brooks*
                                                Douglas S. Brooks