## Bruce Voss

**From:** Higgins, John L. <JHiggins@ligand.com>
**Sent:** Tuesday, June 17, 2014 9:07 AM
**To:** Bruce Voss
**Cc:** Foehr, Matt
**Subject:** reply

Bruce - i undertand you are still pondering how to reply.

Maybe you reply to both lemelson and USA Today.

for lemelson you can say on the face of it the report is out of date and misleading in many places. It defies any sense of reasonableness. Even SA points out the P/E comp list is incorrect - he compares us to $200 to $300 billion market cap companies. You could go on to say, the company is generally very transparent but their dislaimer says they do not warrant anything is accurate and do not undertake to update, so the company does not see where a conversation with the firm would go.

As for USA today. I think you or Keith should call and UNDRESS them. Call Gary or call his boss. Tell them YOU advised us not to return the call because of the crock of shit the report was it did not warrant a reply. We are a busy and legitimate team. Serious reporters can't expect us to chase down crap short calls. $0/per share value. Give me a F-ing break. (and unicorns are real and Elvis is still alive. Print that USA Today. We have high-quality revenue, growth, cash flow, and valuable tangible assets. We could go to Royalty pharma and sell the whole company for a rich price within 4 weeks).

It is total BS USA ran that story and put a headline on this. We are not frauds as lamelson says. The opposite. One of the most transparent, investor focused companies that has significant tangible results to prove and define our success.

Or maybe we just let it pass. that might still be the best. But this report and narrative seems different. I cannot believe USA today ran something. And lamelson claims he has a top rated fund, great returns and caused another company to lose $1.4 billion market cap and half its value on a short report 6 months ago.

Please put the A-team and thinking on this.

thanks

John

1

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000023
EPROD-SEC-LIT-E-000000106