| | |
|---|---|
| **From:** | Bruce Voss |
| **To:** | 'Higgins, John L.'; Berkman, Charles; Pettingill, Todd; Berkman, Charles |
| **Sent:** | 10/28/2015 1:34:18 PM |
| **Subject:** | RE: Lemelson Video |

My recommendation is to let this run its course. Lemelson is clearly part pit bull and he's being called out publicly, so any tweeting or anything else by Ligand will only inflame him and put us in his crosshairs.

Bruce Voss, Managing Director, Principal

**LHA** Investor Relations: Results that Matter
T: 310.691.7100  | C: 646.249.7453  | BVoss@lhai.com

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

**From:** Higgins, John L. [mailto:JHiggins@ligand.com]
**Sent:** Wednesday, October 28, 2015 10:24 AM
**To:** Berkman, Charles; Pettingill, Todd; Berkman, Charles; Bruce Voss
**Subject:** FW: Lemelson Video

FYI – this thing is getting bigger and bigger.  What is odd, is to my knowledge only one investor (BVF) has mentioned it to us.       Now Bloomberg has put a piece out and is tweeting it.  Would we consider any angle to tweet or retweet this.  Maybe we keep our head low, but curious our audience has not picked up on the growing speculation how shameful lemelson is


**Hedge-fund priest!**

This guy is too wonderful:

"My whole life I always knew things before they happened. I guess it's just a gift from God," said Mr. Lemelson, 39 years old.
He's a Greek Orthodox priest in New Hampshire who runs a $20 million hedge fund called Amvona Fund.

Mr. Lemelson said he asks his investors, who include 14 families, to follow two rules: Pray for the fund and disregard short-term performance.
It seems to be working.

"I said, 'They are going to have to bar me from the securities markets, because I would make too much money,'" he said.

He paused. "I'm not humble. I wish I were."
Also this is quite a pivot: "Before ordination, he ran a website, also called Amvona, selling discount photography equipment manufactured in China."

Elsewhere, here is a claim that "You had to be a ninja to come away unscathed during this rally" over the past month, when the S&P has been up about seven percent. As a buy-and-hold indexer, guess

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000129
EPROD-SEC-LIT-E-000000212

what, I came away unscathed. On the other hand, "Odey Hedge Fund Said to Drop 17% in 16 Days as Markets Rally."

---

**From:** Foehr, Matt
**Sent:** Wednesday, October 28, 2015 10:16 AM
**To:** Higgins, John L.
**Subject:** Lemelson Video

WSJ posted the video to youtube. Link below. This should work from all devices, I would think. It has over 600 views currently.

https://www.youtube.com/watch?v=igdnag7Ryqc

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000130
EPROD-SEC-LIT-E-000000213