| | |
|---|---|
| **From:** | Bruce Voss |
| **To:** | 'Foehr, Matt' |
| **Sent:** | 6/17/2014 6:13:35 PM |
| **Subject:** | RE: LGND / Lemelson |
| **Attachments:** | image001.jpg |

In an earlier email I stated the USA Today piece is an online market blog, and Strauss says the number of people who had read it as of this morning is pretty small. The way it's formatted there's no opportunity to post a comment or determine how many people have read it.

Bruce Voss, Managing Director, Principal
LHA » Investor Relations: Results that Matter

T: 310.691.7100   C: 646.249.7453   F: 310.691.7150   E: BVoss@lhai.com
2121 Avenue of the Stars, Suite 2970   |   Los Angeles, CA 90067
www.lhai.com   |   Facebook   |   LinkedIn   |   Twitter   |   YouTube

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Please consider the environment before printing this email.

**From:** Foehr, Matt [mailto:MFoehr@ligand.com]
**Sent:** Tuesday, June 17, 2014 3:07 PM
**To:** Bruce Voss
**Subject:** RE: LGND / Lemelson

I'm not sure he's looking for aggression. Cool heads will prevail on this one. I sense the frustration is just on speed – John gets antsy fast and wants feedback when he wants feedback.

Truth be told, this Lemelson guy is a quack. The fact that he put a $0 price target says it all – he has no idea what he's talking about. I also think that John also does not really get that the USA Today piece (looked to me like only a euro blog, based on the timestamp) is not the USA Today that one gets at the Hampton Inn while they are eating their pre-made McMuffin.

**From:** Bruce Voss [mailto:BVoss@lhai.com]
**Sent:** Tuesday, June 17, 2014 3:01 PM
**To:** Foehr, Matt
**Subject:** RE: LGND / Lemelson

Between us, do you sense John pushing for a more aggressive response than what's been kicked around so far? I don't want our strategy to be driven by emotion and I don't want to elevate the Lemelson situation with unintended consequences.

Bruce Voss, Managing Director, Principal
LHA » Investor Relations: Results that Matter

T: 310.691.7100   C: 646.249.7453   F: 310.691.7150   E: BVoss@lhai.com
2121 Avenue of the Stars, Suite 2970   |   Los Angeles, CA 90067
www.lhai.com   |   Facebook   |   LinkedIn   |   Twitter   |   YouTube

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000297
EPROD-SEC-LIT-E-000000380

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Please consider the environment before printing this email.

---

**From:** Foehr, Matt [mailto:MFoehr@ligand.com]
**Sent:** Tuesday, June 17, 2014 2:52 PM
**To:** Higgins, John L.; Bruce Voss
**Subject:** RE: LGND / Lemelson

Both:  I was just looking at my meeting schedule for tomorrow and Thursday and noted that Erika actually originally scheduled the Lamelson call for tomorrow (Wednesday) at 1:00 p.m. PT (it was another call that was originally scheduled for Thursday with a known long-term holder – both were booked earlier - unfortunate).  We can of course huddle in advance of 1:00 p.m. PT if we decide taking the call is worth doing, but I just wanted to be sure to mention that.  I could delay him now if that makes sense, but would likely want to wait on any communication towards him at all until you two can discuss tomorrow.  --Matt

---

**From:** Higgins, John L.
**Sent:** Tuesday, June 17, 2014 2:44 PM
**To:** Bruce Voss
**Cc:** Foehr, Matt; Berkman, Charles; Luib, Erika; de Silva, Nishan; Carolyn Curran
**Subject:** Re: LGND / Lemelson

Bruce - I will call you tomorrow.

We'll prepare any responses internally.

John

On Jun 17, 2014, at 1:43 PM, "Bruce Voss" <BVoss@lhai.com> wrote:

To set and implement a strategic response to the Lemelson situation, we must first be clear as to the issues in their report (i.e., errors and bias) and our responses.  We also need a few clear, powerful messages to use whether proactively or reactively.

Attached is a first, working draft document to begin the process with both.  We can use this with USA Today (Gary Strauss) should we choose to grant him an interview, or alternatively the messages can be emailed to him as a company statement.

Ligand and LHA have exchanged numerous emails on this subject, and perhaps it's best to set a time for later today to compare all we know and our thoughts on next steps.  I'll make myself available when everyone else is.

Bruce Voss, Managing Director, Principal
Investor Relations: Results that Matter
<image001.jpg>

T: 310.691.7100  C: 646.249.7453  F: 310.691.7150  E: BVoss@lhai.com
2121 Avenue of the Stars, Suite 2970  |  Los Angeles, CA 90067
www.lhai.com  |  Facebook  |  LinkedIn  |  Twitter  |  YouTube

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000298
EPROD-SEC-LIT-E-000000381

Please consider the environment before printing this email.

<Lemelson messages - draft 1.docx>

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000299
EPROD-SEC-LIT-E-000000382