| | |
|---|---|
| **Message** | |
| **From**: | Pettingill, Todd [TPettingill@ligand.com] |
| **Sent**: | 8/22/2014 4:18:45 PM |
| **To**: | Vajda, Eric [EVajda@ligand.com] |
| **CC**: | Dourado, Glenn S. [GDourado@ligand.com] |
| **Subject**: | RE: LGND: Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock In Response To Mounting Insolvency And Bankruptcy Risks |

Oh crap, I forgot they were that way... my mistake.

Regards,

Todd Pettingill, CFA CPA
Ligand Pharmaceuticals, Inc.
11119 North Torrey Pines Road Suite 200
La Jolla, CA 92037
Office: (858) 550-7763
Cell: (801) 360-3997
Fax: (858) 550-5639



From: Vajda, Eric
Sent: Friday, August 22, 2014 1:18 PM
To: Pettingill, Todd
Cc: Dourado, Glenn S.
Subject: RE: LGND: Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock In Response To Mounting Insolvency And Bankruptcy Risks

Fox news? Lemelson isn't fair and balanced ☺

From: Pettingill, Todd
Sent: Friday, August 22, 2014 1:17 PM
To: Vajda, Eric
Cc: Dourado, Glenn S.
Subject: RE: LGND: Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock In Response To Mounting Insolvency And Bankruptcy Risks

Yeah, I saw that. What a DB. He's a Monday morning quarterback, jumping in after things have already happened, and using the facts to tell a completely different story. He should work for Fox news...

Regards,

Todd Pettingill, CFA CPA
Ligand Pharmaceuticals, Inc.
11119 North Torrey Pines Road Suite 200
La Jolla, CA 92037
Office: (858) 550-7763
Cell: (801) 360-3997
Fax: (858) 550-5639

From: Vajda, Eric
Sent: Friday, August 22, 2014 1:16 PM
To: Marschke, Keith; Zhi, Lin; Pettingill, Todd; Dourado, Glenn S.
Subject: FW: LGND: Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock In Response To Mounting Insolvency And Bankruptcy Risks

FYI - Lemelson is still after Ligand.

From: dyn__2800@seekingalpha.com<mailto:dyn__2800@seekingalpha.com> [mailto:dyn__2800@seekingalpha.com] On Behalf Of Seeking Alpha
Sent: Friday, August 22, 2014 12:15 PM
To: Vajda, Eric
Subject: LGND: Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock In Response To Mounting Insolvency And Bankruptcy Risks


Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock In Response To Mounting Insolvency And Bankruptcy Risks by Amvona
This article was published on Fri, Aug. 22, 3:15 PM ET

Read the full article now »<http://email.seekingalpha.com:80/track?type=click&mailingid=2445395&messageid=2800&databaseid=&serial=2800O2445395O1408734911.fc8d00ed5ecacc32e631c1077b9e7793&emailid=evajda%40ligand.com&userid=15608342&extra=&&&3000&&&http://seekingalpha.com/article/2445395-ligand-pharmaceuticals-institutional-holders-wasting-no-time-dumping-stock-in-response-to-mounting-insolvency-and-bankruptcy-risks?source=email_rt_article_readmore&uprof=45>

_____

Why are you receiving this? You subscribed to real-time article alerts at Seeking Alpha.
If this email was forwarded to you and you wish to receive this email directly, click here<http://email.seekingalpha.com:80/track?type=click&mailingid=2445395&messageid=2800&databaseid=&serial=2800O2445395O1408734911.fc8d00ed5ecacc32e631c1077b9e7793&emailid=evajda%40ligand.com&userid=15608342&extra=&&&3000&&&http://seekingalpha.com/real-time-alerts?source=email_rt_article_sub_legal>.

Manage your emails:
Get alerts on additional tickers and manage all your email alert choices here<http://email.seekingalpha.com:80/track?type=click&mailingid=2445395&messageid=2800&databaseid=&serial=2800O2445395O1408734911.fc8d00ed5ecacc32e631c1077b9e7793&emailid=evajda%40ligand.com&userid=15608342&extra=&&&3000&&&http://seekingalpha.com/email_preferences?reason_id=32&source=email_rt_article_manage_legal>
I'm getting too many emails: manage your email alert choices<http://email.seekingalpha.com:80/track?type=click&mailingid=2445395&messageid=2800&databaseid=&serial=2800O2445395O1408734911.fc8d00ed5ecacc32e631c1077b9e7793&emailid=evajda%40ligand.com&userid=15608342&extra=&&&3000&&&http://seekingalpha.com/email_preferences?reason_id=12&source=email_rt_article_reduce_legal>
I'm no longer following LGND: unsubscribe<http://email.seekingalpha.com:80/track?type=click&mailingid=2445395&messageid=2800&databaseid=&serial=2800O2445395O1408734911.fc8d00ed5ecacc32e631c1077b9e7793&emailid=evajda%40ligand.com&userid=15608342&extra=&&&3000&&&http://seekingalpha.com/email_preferences?unrta=ar,mc&sym

Confidential        Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.        LGND_0041209

bol=lgnd&reason_id=22&user_email=evajda%40ligand.com&go=638d5c6bf40d7bf8a7dd849287071012d35116&source=email_rt_article_unsub_legal> from all LGND email alerts

This type of alert isn't helpful to me: unsubscribe<http://email.seekingalpha.com:80/track?type=click&mailingid=2445395&messageid=2800&databaseid=&serial=2800O2445395O1408734911.fc8d00ed5ecacc32e631c1077b9e7793&emailid=evajda%40ligand.com&userid=15608342&extra=&&&3000&&&http://seekingalpha.com/email_preferences?unrta=ar&symbol=lgnd&reason_id=2&user_email=evajda%40ligand.com&go=638d5c6bf40d7bf8a7dd849287071012d35116&source=email_rt_article_unsub_article_legal> from article alerts on LGND

To ensure you receive these emails in the future, please add account@seekingalpha.com<mailto:account@seekingalpha.com> to your address book, contacts or list of safe senders.

Sent by Seeking Alpha, 52 Vanderbilt Avenue, 13th floor, New York, NY 10017

Confidential                Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.                LGND_0041210