United States District Court

District of Massachusetts

| | |
|---|---|
| Securities and Exchange ) | |
| Commission, ) | |
| Plaintiff, ) | 1:18-cv-11926-PBS |
| v. ) | |
| Gregory Lemelson and Lemelson ) | |
| Capital Management, LLC, ) | |
| Defendants, ) | |
| and ) | |
| The Amvona Fund, LP, ) | |
| Relief Defendant. ) | |

_____

Video Deposition of TODD PETTINGILL

San Diego, California

December 12, 2019

Reported by:

Veronica S. Thompson

CSR 6056, RPR, CRR, CCRR

KEY Discovery

Page 2

United States District Court

District of Massachusetts

| | | |
|---|---|---|
| Securities and Exchange | ) | |
| Commission, | ) | |
| Plaintiff, | ) | 1:18-cv-11926-PBS |
| v. | ) | |
| Gregory Lemelson and Lemelson | ) | |
| Capital Management, LLC, | ) | |
| Defendants, | ) | |
| and | ) | |
| The Amvona Fund, LP, | ) | |
| Relief Defendant. | ) | |

_____

Video Deposition of TODD PETTINGILL was taken on behalf of Defendants at 600 West Broadway, Suite 300, San Diego, California 92101, commencing at 7:00 AM and ending at 10:50 AM, on Thursday, December 12, 2019, before Veronica S. Thompson, CSR 6056.

APPEARANCES

For Plaintiff:
    U.S. Securities and Exchange Commission
    By:  Alfred A. Day, Sr. Trial Counsel
    33 Arch Street
    Boston, Massachusetts 02110
    617-573-4537
    daya@sec.gov

For Defendants:
    Libby Hoopes
    By:  Douglas A. Brooks, Esq.
    399 Boylston Street
    Boston, Massachusetts 02116
    617-338-9300
    dbrooks@libbyhoopes.com

For Ligand Pharmaceuticals, John Higgins, and Viking Therapeutics:

    Cahill Gordon & Reindel LLP
    By:  Bradley J. Bondi, Esq.
    By:  Sean P. Tonolli, Esq.
    By:  William C. McCaughey, Esq.
    1990 K Street, N.W., Suite 950
    Washington, D.C. 20006
    202-862-8900
    bbondi@cahill.com
    stonolli@cahill.com
    wmccaughey@cahill.com

Also Present:
    Fr. Emmanuel Lemelson

Videographer:
    Daniel Bermudez, KEY Discovery

Page 4

INDEX

| EXAMINATION | PAGE |
|---|---|
| By Mr. Brooks | 7 |

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 151 | Email string ending 11/05/13 from John Higgins to Todd Pettingill; LGND_0018094 | 29 |
| Exhibit 152 | Email string ending 08/22/14 from Todd Pettingill to Eric Vajda; LGND_0041208-0041210 | 91 |
| Exhibit 153 | Email string ending 09/19/14 from Todd Pettingill to Nishan de Silva; LGND_0047276-0047278 | 95 |
| Exhibit 154 | Marked and withdrawn (not attached); LGND_0047298-0047307 | 108 |
| Exhibit 155 | Marked and withdrawn (not attached); LGND_0052340-0052343 | 123 |
| Exhibit 156 | Email string ending 08/22/14 from Todd Pettingill to Glenn Dourado and Eric Vajda; LGND_0041211-41213 | 132 |

| Exhibit 157 | Email string ending 08/10/14 from Melanie Herman to Todd Pettingill; LGND_0040984, 0041028-0041031 | 138 |
| Exhibit 158 | Email string ending 07/21/16 from Todd Pettingill to Bruce Voss; LCM_SEC0000774-0000776 | 139 |

FIRST REFERENCE TO PREVIOUSLY MARKED EXHIBITS

| NUMBER | PAGE | LINE |
|---|---|---|
| Exhibit 4 | 37 | 2 |
| Exhibit 7 | 58 | 16 |
| Exhibit 8 | 85 | 17 |
| Exhibit 114 | 49 | 4 |
| Exhibit 146 | 110 | 6 |

```
 1       SAN DIEGO, CALIFORNIA, DECEMBER 12, 2019, 7:00 AM
 2              VIDEOGRAPHER:  We are now on the record.
 3   Today's date is December 12, 2019, and the time is
 4   7:00 AM.  This is the video deposition of Todd
 5   Pettingill being taken in the matter of SEC versus
 6   Lemelson Capital Management LLC pending in the United
 7   States District Court, District of Massachusetts.
 8              We are at Aptus Court Reporting, San Diego.
 9              My name is Daniel Bermudez of Aptus Court
10   Reporting located at 600 West Broadway, Suite 300,
11   San Diego, California 92101.
12              Will counsel please identify yourselves and
13   state whom you represent.
14              MR. BROOKS:  Doug Brooks, law firm Libby
15   Hoopes, for the defendants in this action.
16              MR. DAY:  Al Day for the Securities and
17   Exchange Commission.
18              MR. McCAUGHEY:  William McCaughey, Cahill
19   Gordon & Reindel, on behalf of Ligand Pharmaceuticals
20   and the witness.
21              MR. TONOLLI:  Sean Tonolli of Cahill Gordon &
22   Reindel on behalf of Mr. Pettingill and Ligand
23   Pharmaceuticals.
24              MR. BONDI:  Brad Bondi, Cahill Gordon &
```

1   Reindel, on behalf of Ligand Pharmaceuticals and the
2   witness.
3            VIDEOGRAPHER:  The court reporter is Veronica
4   Thompson, and she may now swear in the witness.
5                     TODD PETTINGILL,
6      having been duly sworn, testified as follows:
7                        EXAMINATION
8   BY MR. BROOKS:
9       Q.   Good morning, Mr. Pettingill.  My name is Doug
10  Brooks.  We met briefly off the record.  I represent the
11  defendants in this action.
12           Have you ever been deposed before?
13      A.   I have not.
14      Q.   Okay.  So just a few ground rules then.
15           As you know, you're under oath.  Everything
16  you're saying is being transcribed.  We should both do
17  our best not to talk over each other because then it
18  becomes hard for the court reporter.
19           And all your responses should be verbal
20  because there is a videographer, but the court
21  reporter -- it's hard to get a nod of the head.
22      A.   Makes sense.
23      Q.   Does that all make sense?
24      A.   Yes.

1      **A.**    One of our scientists.

2      **Q.**    Who is Lin Zhi?

3      **A.**    One of the scientists.

4      **Q.**    On the second page, it looks like Eric Vajda
5   is forwarding you and the others the report we just
6   looked at from Fr. Lemelson.  Right?

7      **A.**    Uh-huh.

8      **Q.**    Then if you look at the bottom of the first
9   page, you wrote, "Yeah, I saw that.  What a DB."  What
10  did you mean by "DB"?

11     **A.**    Not great words but douchebag.

12     **Q.**    Why were you saying that?

13     **A.**    You know, you'll also notice that I took Keith
14  and Lin off of the report.  Eric and Glenn are my
15  friends, so this became, kind of, a watercooler
16  conversation.

17             But, you know, to be honest, at the time, we
18  were upset.  There was a -- there was a person who was
19  unfairly misleading and attacking our company, you know,
20  something that we're focused on working, you know,
21  trying to build -- build value for our shareholders, and
22  this guy is putting out false and misleading statements.
23  We were upset.

24             So, yeah, maybe I called him a douchebag, but

```
 1              I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3              That the foregoing proceedings were taken
 4   before me at the time and place herein set forth; that
 5   any witnesses in the foregoing proceedings, prior to
 6   testifying, were duly sworn; that a record of the
 7   proceedings was made by me using machine shorthand,
 8   which was thereafter transcribed by me; that the
 9   foregoing is a true record of the testimony given.
10              Further, that if the foregoing pertains to the
11   original transcript of a deposition in a federal case,
12   before completion of the proceedings, review of the
13   transcript [ X ] was [  ] was not requested.
14              I further certify I am neither financially
15   interested in the action nor a relative or employee of
16   any attorney or party to this action.
17              In witness whereof, I have this date
18   subscribed my name.
19
20   Dated:  December 27, 2019
21
22
23   _____
24        Veronica S. Thompson
          CSR 6056, RPR, CRR, CCRR
```

1              DECLARATION UNDER PENALTY OF PERJURY

2

3    Case Name:  SEC v. Lemelson

4    Date of Deposition:  12/12/19

5    KEY Discovery Job

6

7           I, TODD PETTINGILL, hereby certify under

8    penalty of perjury under the laws of the State of

9    _____ that the foregoing is true and correct.

10          Executed this _____ day of _____,

11   20_____, at _____.

12

13

14                              _____

15                              TODD PETTINGILL

16

17

18

19

20

21

22

23

24

Page 155

1               DEPOSITION ERRATA SHEET
2     Case Name:  SEC v. Lemelson
      Name of Witness:  TODD PETTINGILL
3     Date of Deposition:  12/12/19
      KEY Discovery Job
4     Reason Codes:  1.  To clarify record.
                     2.  To conform to facts.
5                    3.  To correct transcription errors.
6
7     Page _____  Line _____  Reason _____
8     From _____ to _____
9     Page _____  Line _____  Reason _____
10    From _____ to _____
11    Page _____  Line _____  Reason _____
12    From _____ to _____
13    Page _____  Line _____  Reason _____
14    From _____ to _____
15    Page _____  Line _____  Reason _____
16    From _____ to _____
17    Page _____  Line _____  Reason _____
18    From _____ to _____
19    Page _____  Line _____  Reason _____
20    From _____ to _____
21    Page _____  Line _____  Reason _____
22    From _____ to _____
23    Page _____  Line _____  Reason _____
24    From _____ to _____

TODD PETTINGILL                               December 12, 2019

Page 156

 1    Page _____ Line _____ Reason _____
 2    From _____ to _____
 3    Page _____ Line _____ Reason _____
 4    From _____ to _____
 5    Page _____ Line _____ Reason _____
 6    From _____ to _____
 7    Page _____ Line _____ Reason _____
 8    From _____ to _____
 9    Page _____ Line _____ Reason _____
10    From _____ to _____
11    Page _____ Line _____ Reason _____
12    From _____ to _____
13    Page _____ Line _____ Reason _____
14    From _____ to _____
15    Page _____ Line _____ Reason _____
16    From _____ to _____
17    Page _____ Line _____ Reason _____
18    From _____ to _____
19    Page _____ Line _____ Reason _____
20    From _____ to _____
21    _____ Subject to the above changes, I certify that the
              transcript is true and correct.
22    _____ No changes have been made.  I certify that the
              transcript is true and correct.
23

      _____        _____
24    Date              Todd Pettingill