| | |
|---|---|
| From: | Bruce Voss |
| To: | Jody Burfening |
| Sent: | 11/17/2014 3:36:23 PM |
| Subject: | RE: Do you have time for a brief chat this afternoon? |
| Attachments: | image001.jpg; image004.jpg |

The closest we have is with Ligand and an activist named Emmanuel Lemelson, who manages a hedge fund of undisclosed size and has published some very negative research (Seeking Alpha, news releases) and gone on media programs (Benzinga) to espouse his thesis. His thesis is the company is worth $0, not $1.1 billion, and he's so ludicrous we're not engaging in a public dialogue with him. I spoke with him once, and it became clear immediately he had no interest in what I was saying, the facts or another way to look at things - hence the silent treatment by management. We didn't want to stoke him and give him another reason to speak publicly as to his view.

We never wrote out a formal "rules of engagement" but rather we just agreed to that strategy. Lemelson came out with his view when the stock was at a frothy peak, and it has since come down quite a bit (high-70s down to low-50s), though it's hard to say how much was Lemelson, Janet Yellen talking about over-priced biotech or something else.
BTW, Lemelson is an ordained Eastern Orthodox priest, and is constantly photographed in his priestly robes and collar. It would be funny if it wasn't my client! He's not seeking control of the company; he just wants to make money on his short position.

Between us and not to be shared with your client naming names, Ligand approached the Boston SEC (Lemelson is based in Mass.) and following a lengthy meeting involving outside counsel, there seems to be an investigation underway on a number of fronts I'm not fully aware of, including stock manipulation. If your client might go that route, I can hook them up with the Latham & Watkins guys in San Diego who spearheaded the effort.

Bruce Voss, Managing Director, Principal
Investor Relations: Results that Matter

T: 310.691.7100 C: 646.249.7453 F: 310.691.7150 E: BVoss@lhai.com
2121 Avenue of the Stars, Suite 2970 | Los Angeles, CA 90067
www.lhai.com | Facebook | LinkedIn | Twitter | YouTube

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Please consider the environment before printing this email.

**From:** Jody Burfening
**Sent:** Monday, November 17, 2014 12:25 PM
**To:** Bruce Voss
**Subject:** RE: Do you have time for a brief chat this afternoon?

Phooey, and hello up there....

My question is this: have any of the HC clients written 'rules of engagement' with activist investors, not just a garden variety activists but the ones whose behavior is unprofessional and crosses into the realm of emotional terrorism; the ones who demand to be heard, are unwilling to engage in constructive debate, are unwilling to listen and will not go away. It's seems to me at some point a company can legitimately elect to not subject itself to harassment; the activist is going to take action regardless of the response from management/board.

Thoughts?

Jody Burfening, Managing Director, Principal

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000578
EPROD-SEC-LIT-E-000000661

 Investor Relations: Results that Matter

T: 212.838.3777  F: 212.838.4568  E: JBurfening@lhai.com
800 Third Avenue, 17th Floor  |  New York, NY 10022
www.lhai.com  |  Facebook  |  LinkedIn  |  Twitter  |  YouTube

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Please consider the environment before printing this email.

---

**From:** Bruce Voss
**Sent:** Monday, November 17, 2014 3:16 PM
**To:** Jody Burfening
**Subject:** RE: Do you have time for a brief chat this afternoon?

I can't as I'm on a plane.  Chat about what?  I'll be in the NYO Wednesday.


Bruce Voss, Managing Director, Principal
Investor Relations: Results that Matter

T: 310.691.7100  C: 646.249.7453  F: 310.691.7150  E: BVoss@lhai.com
2121 Avenue of the Stars, Suite 2970 | Los Angeles, CA 90067
www.lhai.com  |  Facebook  |  LinkedIn  |  Twitter  |  YouTube

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Please consider the environment before printing this email.

**From:** Jody Burfening
**Sent:** Monday, November 17, 2014 12:12 PM
**To:** Bruce Voss
**Subject:** Do you have time for a brief chat this afternoon?


Jody Burfening, Managing Director, Principal

Investor Relations: Results that Matter

T: 212.838.3777  F: 212.838.4568  E: JBurfening@lhai.com
800 Third Avenue, 17th Floor  |  New York, NY 10022
www.lhai.com  |  Facebook  |  LinkedIn  |  Twitter  |  YouTube

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Please consider the environment before printing this email.

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000579
EPROD-SEC-LIT-E-000000662