Message

| | |
|---|---|
| **From**: | Higgins, John L. [JHiggins@ligand.com] |
| **Sent**: | 6/20/2014 9:20:16 AM |
| **To**: | Matthew Perry [Perry@bvflp.com] |
| **CC**: | Mark Lampert [Lampert@bvflp.com]; Kanishka Pothula [pothula@bvflp.com] |
| **Subject**: | Re: Filings |

Every time I see the report, I feel I should go to the River Jordan to be cleansed.

I have never seen a more aggressive short report with such obvious and outlandish misrepresentations. Fortunately, and unsurprisingly, everyone we have talked to thinks its absurd.

Regards,

John

> On Jun 19, 2014, at 10:51 PM, "Matthew Perry" <Perry@bvflp.com> wrote:
>
> John, we have read the recent events from Lemelson and wonder if we should make a new filing. We may want to enter into a group with God. Any thoughts you have are welcome. We want to pray for the success of this holy company. Thank you for being the true voice.
>
> Talk soon!
>
> --Matthew
>
> Sent from my iPhone