| | |
|---|---|
| **From:** | Bruce Voss |
| **To:** | 'Pettingill, Todd' |
| **Sent:** | 10/28/2015 12:28:26 PM |
| **Subject:** | RE: WSJ Lemelson video |

It's worth a shot…but he could get nicer Persian rugs. The ones he has are pretty cheap.

Bruce Voss, Managing Director, Principal

**LHA** Investor Relations: Results that Matter
T: 310.691.7100 | C: 646.249.7453 | BVoss@lhai.com

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

**From:** Pettingill, Todd [mailto:TPettingill@ligand.com]
**Sent:** Wednesday, October 28, 2015 9:21 AM
**To:** Bruce Voss
**Subject:** Re: WSJ Lemelson video

Yeah, that was the biggest takeaway for me from the video, I now covet his earthly possessions. Do you think he would give them to me, because they mean nothing to him?

Regards,

Todd Pettingill, CFA
Sr. Manager, Corporate Development and Investor Relations
Ligand Pharmaceuticals, Inc.
11119 North Torrey Pines Road Suite 200
La Jolla, CA 92037
Office: (858) 550-7763
Fax: (858) 550-5639

On Oct 28, 2015, at 9:19 AM, Bruce Voss <BVoss@lhai.com> wrote:

Nice yellow house!

Bruce Voss, Managing Director, Principal

**LHA** Investor Relations: Results that Matter
T: 310.691.7100 | C: 646.249.7453 | BVoss@lhai.com

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

**From:** Pettingill, Todd [mailto:TPettingill@ligand.com]
**Sent:** Wednesday, October 28, 2015 9:19 AM
**To:** Bruce Voss; Higgins, John L.; Foehr, Matt; Korenberg, Matthew; Berkman, Charles
**Subject:** RE: WSJ Lemelson video

Video is recorded and saved in the following location on the perm drive (too large to email).

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000127
EPROD-SEC-LIT-E-000000210

R:\Storage_Area_4_Perm\IR\Lemelson\WSJ Video

Regards,

Todd Pettingill, CFA
Sr. Manager, Corporate Development
and Investor Relations
Ligand Pharmaceuticals, Inc.
11119 North Torrey Pines Road Suite 200
La Jolla, CA 92037
Office: (858) 550-7763
Fax: (858) 550-5639

---

**From:** Bruce Voss [mailto:BVoss@lhai.com]
**Sent:** Wednesday, October 28, 2015 8:45 AM
**To:** Higgins, John L.; Foehr, Matt; Korenberg, Matthew; Berkman, Charles; Pettingill, Todd
**Subject:** WSJ Lemelson video

I just saw the video in its entirety and taped it on my iPhone, but the file is too large to send.  Anyway, here's the link:

http://www.wsj.com/articles/hedge-fund-priest-thou-shalt-make-money-1445918531

And here's the login information:

Username: lha-sf@lhai.com
Password: Lippert@1


Bruce Voss, Managing Director, Principal

**LHA** Investor Relations: Results that Matter
T: 310.691.7100  | C: 646.249.7453  | BVoss@lhai.com
2121 Avenue of the Stars, Suite 2970  | Los Angeles, CA 90067
www.lhai.com  |  LinkedIn

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000128
EPROD-SEC-LIT-E-000000211