| | |
|---|---|
| **From:** | Bruce Voss |
| **To:** | Kirsten Chapman |
| **Sent:** | 10/28/2015 11:08:07 PM |
| **Subject:** | Re: WSJ: Hedge-Fund Priest: Thou Shalt Make Money |

He had a very public short on our client Ligand I'm guesstimating about a year ago. He timed it at the top of the biotech market and disparaged Ligand publicly and repeatedly, saying it was worth zero dollars per share. He definitely made money off the trade but it was probably more luck than skill, fueled by a very aggressive campaign of crazy misstatements.

Sent from my iPhone

On Oct 28, 2015, at 7:43 PM, Kirsten Chapman <KChapman@lhai.com> wrote:

Eeeeewwwwww slimy!!

Is he in one of your clients?

Sent from my iPhone

On Oct 28, 2015, at 8:59 AM, Bruce Voss <BVoss@lhai.com> wrote:

It gets better:

http://www.forbes.com/sites/antoinegara/2015/10/27/emmanuel-lemelson-amvona-fund-hedge-fund-greek-orthodox-church-bad-trade/


Bruce Voss, Managing Director, Principal

**LHA** Investor Relations: Results that Matter
T: 310.691.7100 | C: 646.249.7453 | BVoss@lhai.com

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

---

**From:** Kirsten Chapman
**Sent:** Wednesday, October 28, 2015 7:50 AM
**To:** Bruce Voss
**Subject:** FW: WSJ: Hedge-Fund Priest: Thou Shalt Make Money


Forgive me, but lordy, lordy

Kirsten Chapman, Managing Director, Principal

**LHA** Investor Relations: Results that Matter
T: 415.433.3777 | C: 415.640.7317 | KChapman@lhai.com

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000133
EPROD-SEC-LIT-E-000000216

**From:** Kirsten Chapman
**Sent:** Wednesday, October 28, 2015 7:48 AM
**To:** Bruce Voss
**Subject:** RE: WSJ: Hedge-Fund Priest: Thou Shalt Make Money

I founds the video –

http://www.wsj.com/articles/hedge-fund-priest-thou-shalt-make-money-1445918531


Kirsten Chapman, Managing Director, Principal

**LHA** Investor Relations: Results that Matter
T: 415.433.3777  |  C: 415.640.7317  |  KChapman@lhai.com

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

---

**From:** Bruce Voss
**Sent:** Wednesday, October 28, 2015 7:24 AM
**To:** Kirsten Chapman
**Subject:** Fwd: WSJ: Hedge-Fund Priest: Thou Shalt Make Money

Below is the article in question and the video, which we cannot see. Thanks very much for taking this on your phone and emailing it to me.

Sent from my iPhone

Begin forwarded message:

**From:** Bruce Voss <BVoss@lhai.com>
**Date:** October 27, 2015 at 6:14:57 AM PDT
**To:** "Higgins, John L." <JHiggins@ligand.com>
**Cc:** "Pettingill, Todd" <TPettingill@ligand.com>
**Subject: Re: WSJ:  Hedge-Fund Priest: Thou Shalt Make Money**

Thanks, interesting. So the fund allegedly has $20 million in assets and charges a 25% performance fee.  I wish they were more dirt on him in this article then simply saying he's pushing it by being both a priest and a wealthy hedge fund manager.

Sent from my iPhone

On Oct 27, 2015, at 2:09 AM, Higgins, John L. <JHiggins@ligand.com> wrote:

Bruce - FYI. Now even the WSJ is helping us with our case with some research.

Todd - the video doesn't seem to work on my phone.  I will try it on my computer when I boot that up.


Begin forwarded message:

**From:** Spike Loy <Loy@bvflp.com>
**Date:** October 27, 2015 at 1:06:41 AM CDT

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000134
EPROD-SEC-LIT-E-000000217

To: "JHiggins@ligand.com" <JHiggins@ligand.com>
Subject: WSJ: Hedge-Fund Priest: Thou Shalt Make Money

Thought you'd enjoy this one. Be sure to watch the video.

# Hedge-Fund Priest: Thou Shalt Make Money

## Greek Orthodox priest boasts of ability to 'crash' stocks

Father Emmanuel Lemelson manages a hedge fund, lives on a three-acre estate in a Boston suburb, and on weekends, tends to his flock at the St. George Greek Orthodox Church in Keene, N.H. Photo: Shiho Fukada for The Wall Street Journal

By

**ROB COPELAND**

Updated Oct. 27, 2015 12:04 a.m. ET
1 COMMENTS

KEENE, N.H.—The Rev. Emmanuel Lemelson says his life changed forever when he discovered the good book.

That would be "The Intelligent Investor," Benjamin Graham's dense tome on the ins and outs of Wall Street investing.

There are thousands of hedge funds in the world, but only one is run by a traveling priest who boasts of his ability to "crash" stocks in between baptisms, funerals and Sunday sermons in this bucolic New Hampshire town.

"My whole life I always knew things before they happened. I guess it's just a gift from God," said Mr. Lemelson, 39 years old.

So far he is hardly the second coming of George Soros. His fledgling Amvona Fund LP is a blip in a $3 trillion universe where anyone can call themselves a hedge-fund manager, most anyone can market themselves as one and it is possible to operate with almost no official scrutiny.

This man of the cloth has earned enough—millions of dollars in the past few years for the firm's general partnership, according to audited investor documents—to live a distinct double life.

Late last month, he donned his clerical collar to offer opening prayers and a personal blessing at a town-hall meeting here for Donald Trump, the Republican presidential candidate who has made

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000135
EPROD-SEC-LIT-E-000000218

raising taxes on hedge-fund managers a campaign centerpiece.

Mr. Lemelson said he didn't make Mr. Trump aware of his other profession. A spokeswoman for Mr. Trump declined to comment.

Like many would-be Wall Street stars, Mr. Lemelson considers himself a disciple of financial near-deities—value investors like Warren Buffett. Their overriding commandment: Thou shalt not overpay.

Three-year-old Amvona manages around $20 million, or double that including the use of leverage, or borrowed money. It charges a 25% performance fee—well above the hedge-fund norm.

Mr. Lemelson usually wagers on relatively unknown individual stocks rising, like seismic-equipment-technology maker Geospace Technologies Corp. That has been a winning strategy for a few years running as small-capitalization stocks saw steady gains. It returned a total of 150% from inception to mid-2015, according to audited returns and investment documents, roughly triple the pace of the S&P 500, including dividends, during the same period.

Eager to expand, Mr. Lemelson took the unusual step last year of issuing a press release lauding that his was among the top five funds in the BarclayHedge database that ranks hedge-fund managers by their performance.

ENLARGE

The Rev. Emmanuel Lemelson *PHOTO: SHIHO FUKADA FOR THE WALL STREET JOURNAL*

Amvona's biggest position, Apple Inc., however, has been under fire in recent months and the manager is now suffering his first extended string of losses, people familiar with the matter said. The fund was down 3% in the first half of this year and had lost double-digits percentagewise at a point last month. The fund stopped reporting performance to BarclayHedge this summer.

Mr. Lemelson said he asks his investors, who include 14 families, to follow two rules: Pray for the fund and disregard short-term performance. He won't discuss investment results past June.

"I don't know everything he invests in, and I don't want to know," said Bob Resinger, a retired telecommunications manager and investor in the fund. He said he trusts Mr. Lemelson because of "what he stands for."

Hedge funds with under $150 million in assets are exempt from regular compliance examinations

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000136
EPROD-SEC-LIT-E-000000219

from the Securities and Exchange Commission.

The reverend was born Gregory Lemelson to a Jewish father and Christian mother. Inspired by a college professor who was a priest, he attended seminary at the Holy Cross Greek Orthodox School of Theology to become a priest.

He was ordained years later by a Turkish archbishop, who later invested his church's money in the Amvona fund.

"He doesn't belong to us," said Chancellor Theodore Barbas of the Boston Metropolis, which oversees the faith in New England. Mr. Barbas said he has at times allowed Mr. Lemelson to fill in temporarily at New England churches that don't have a full-time priest.

The reverend's capitalist turn has some detractors.

"He's not paying much attention to the Fathers of the Church, all of whom said it was very dangerous to be rich," said Vanderbilt Divinity School professor Douglas Meeks, a Methodist minister. "He shouldn't trade on his priestly or pastoral position."

The Saint George Greek Orthodox Church here in Keene, where a wheezing window air conditioner strains to cool the sanctuary, has hosted Mr. Lemelson on and off for a few months. Until recently, parishioners were mostly confused as to how exactly the priest spends his spare time.

"What does he do?" asked Maria Bradshaw, a 55-year-old homemaker, shortly after Mr. Lemelson, clad in a gold robe, passed out Antidotum, or blessed bread, at the front of the congregation. She searched for the right word to describe a rumor she'd heard. "Capital?"

There were some signs of his wealth. Mr. Lemelson recently put up for sale his custom-built 7,000-square foot suburban Boston mansion after a five-year legal fight over the mortgage. His wife makes the 90-minute drive to Keene in a white Cadillac Escalade sport-utility vehicle. He collects motorcycles. He doesn't follow up if the church forgets to pay his $300 weekly honorarium every so often.

"Let's not be poor because we're pretending to be pious, when we really just couldn't figure out how to make a better living," he said.

Mr. Lemelson has spent much of his life looking to make a better living. Before ordination, he ran a website, also called Amvona, selling discount photography equipment manufactured in China.

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000137
EPROD-SEC-LIT-E-000000220

Amvona was sued in 2004 for copying a competitor's patents; two years later, Amvona accepted an offer of judgment against it and paid to end the case, court documents show.

Greek Orthodox priests are allowed to be married and hold secondary jobs. Mr. Lemelson, who is married with four children, said he couldn't afford to stay in the clergy without his hedge-fund gig. He recalled the moment when he became serious about investing.

"I said, 'They are going to have to bar me from the securities markets, because I would make too much money,'" he said.

He paused. "I'm not humble. I wish I were."

Mr. Lemelson said that many saints were wealthy and were able to donate their earnings to the less-fortunate—a model he calls "the supreme capital allocation decision" and plans to follow.

Working in part from his home office, surrounded by pictures of Christian icons like the Virgin Mary, Mr. Lemelson uses public websites to whittle down potential stock investments and sometimes runs his own discounted-cash-flow analyses. His part-time assistant is also a priest.

He borrows some rather secular techniques from activist investors and corporate raiders in decades past.

Consider his missive against World Wresting Entertainment Inc. as he shorted its shares in March 2014—on St. Patrick's Day. "Sans miracles," he wrote in a public letter posted to a popular investing website. "Is the brand worth 4,226% more than the S&P 500?"

"Am I crazy?" he said. "I don't know."

**Write to** Rob Copeland at rob.copeland@wsj.com

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000138
EPROD-SEC-LIT-E-000000221