| | |
|---|---|
| **From:** | Bruce Voss |
| **To:** | 'Foehr, Matt' |
| **Sent:** | 9/23/2014 8:42:19 PM |
| **Subject:** | RE: Additional IPREO Seaaches - Lemelson |
| **Attachments:** | 070113 foreclosure appeal.pdf; 092812 foreclosure claim.pdf; image001.jpg |

I presume you've seen the attached two court cases about "Gregory" fighting the foreclosure on his house, and the lengthy article he wrote on the subject on this link:

http://4closurefraud.org/2011/06/03/gregory-m-lemelson-on-the-ethics-of-mortgage-loan-default/

Also, if Jerome is a relative then Gregory comes from a family of crooks. Of note Gregory went to high school near Seattle, and Jerome's kids now life in Oregon, so maybe there is a tie?

http://usatoday30.usatoday.com/tech/science/discoveries/2005-08-21-lemelson-fraud_x.htm


Bruce Voss, Managing Director, Principal
LHA ⟫ Investor Relations: Results that Matter

T: 310.691.7100  C: 646.249.7453  F: 310.691.7150  E: BVoss@lhai.com
2121 Avenue of the Stars, Suite 2970  |  Los Angeles, CA 90067
www.lhai.com  |  Facebook  |  LinkedIn  |  Twitter  |  YouTube

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Please consider the environment before printing this email.


**From:** Foehr, Matt [mailto:MFoehr@ligand.com]
**Sent:** Tuesday, September 23, 2014 2:29 PM
**To:** Bruce Voss
**Subject:** RE: Additional IPREO Seaaches - Lemelson

Thanks.

**From:** Bruce Voss [mailto:BVoss@lhai.com]
**Sent:** Tuesday, September 23, 2014 2:28 PM
**To:** Foehr, Matt
**Subject:** RE: Additional IPREO Seaaches - Lemelson

I'm not finding anything on either firm. I also searched IPREO for Floga and Makarios as individuals, as well as firm names. I'm also not finding websites on either firm.


Bruce Voss, Managing Director, Principal
LHA ⟫ Investor Relations: Results that Matter

T: 310.691.7100  C: 646.249.7453  F: 310.691.7150  E: BVoss@lhai.com
2121 Avenue of the Stars, Suite 2970  |  Los Angeles, CA 90067
www.lhai.com  |  Facebook  |  LinkedIn  |  Twitter  |  YouTube

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000543
EPROD-SEC-LIT-E-000000626

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Please consider the environment before printing this email.

**From:** Foehr, Matt [mailto:MFoehr@ligand.com]
**Sent:** Tuesday, September 23, 2014 1:46 PM
**To:** Bruce Voss
**Subject:** Additional IPREO Seaaches - Lemelson
**Importance:** High

Bruce: Can you please quickly search IPREO for Floga Holdings as well as Makarios Holdings? They both seem to have "Greg" Lemelson connections.

Thanks,
Matt

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000544
EPROD-SEC-LIT-E-000000627