Message

| | |
|---|---|
| From: | Dourado, Glenn S. [GDourado@ligand.com] |
| Sent: | 10/30/2015 12:10:28 PM |
| To: | Pipkin, J.D [jdpipkin@ligand.com] |
| Subject: | RE: Back Street Drivin |

JD,
I have a call with MK and MF about Celecta at 10a. I guess MK has been dialoguing with Warren. Will let you know what he says.

I checked and none of the Laidlaw guys have accessed the data room yet. Maybe they are like Lemelson and just get told by a higher power what to invest in.

Glenn

**From:** Pipkin, J.D
**Sent:** Friday, October 30, 2015 8:26 AM
**To:** Dourado, Glenn S.
**Subject:** Back Street Drivin

Hey- has there been any action from Laidlaw in the Clopi data room?

I was thinking of touching base with Dan Cushing and try and get a sense where their attitude is?

Next- on this Gilead deal- give me a call when you can