| | |
|---|---|
| **From:** | Bruce Voss |
| **To:** | 'Foehr, Matt'; Higgins, John L. |
| **Sent:** | 6/20/2014 1:29:18 PM |
| **Subject:** | RE: Lemelson email - draft |
| **Attachments:** | image001.jpg |

Once before we had a Seeking Alpha post on a client that was full of errors. The client's legal counsel contacted Seeking Alpha to point out the errors, and the post was taken down. But it then went back up a couple of days later with the errors corrected, but some new language was added that was not factual but was carefully worded opinion in support of the anti-client posture.

Bruce Voss, Managing Director, Principal
LHA » Investor Relations: Results that Matter

T: 310.691.7100  C: 646.249.7453  F: 310.691.7150  E: BVoss@lhai.com
2121 Avenue of the Stars, Suite 2970 | Los Angeles, CA 90067
www.lhai.com | Facebook | LinkedIn | Twitter | YouTube

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Please consider the environment before printing this email.

---

**From:** Foehr, Matt [mailto:MFoehr@ligand.com]
**Sent:** Friday, June 20, 2014 10:24 AM
**To:** Bruce Voss; Higgins, John L.
**Subject:** RE: Lemelson email - draft

Bruce: I'd also be interested in your thoughts of if it's worth contacting SeekingAlpha to block Lemelson. I know they have done that in the past with folks posting false information. I notice that this audio, while distributed by SeekingAlpha, actually resides on Lemelson's site. I'm fielding questions from pretty major holders today as well.
--Matt

---

**From:** Bruce Voss [mailto:BVoss@lhai.com]
**Sent:** Friday, June 20, 2014 9:21 AM
**To:** Higgins, John L.; Foehr, Matt
**Subject:** Lemelson email - draft

Here's a draft of an email to send to Lemelson later today. I've added more detail as I give further thought to the conversation I had with him. Let me know your thoughts on sending this, as well as the content. There are errors in his written report as well, so let's discuss if we want to get into correcting those too (noting some are rather technical, i.e., balance sheet comments) or stick to the audio interview.


Emmanuel,

I listened to your interview on Benzinga including the blatently false comment that during our phone call earlier this week I "basically agreed" that Promacta sales are going to go away. I never made that statement, and never would because it's not true and I request you set the record straight publicly on this point. Conversely, when we discussed Promacta for use

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000329
EPROD-SEC-LIT-E-000000412

in patients with hepatitis C, I specifically pointed out that HCV is only one of several indications for the drug, and that even within HCV there exists a sizeable market for Promacta independent of Sovaldi, noting that because of its high price Sovaldi will not be used on all patients in the U.S. moreover patients OUS where interferon therapy will continue to be the main treatment.

Also, in the interview you said that Ligand has never returned capital to shareholders. I'd like to point out that in [month year] Ligand paid a one-time special cash dividends to shareholders of $250 million, and since [date] has repurchased ### shares of common stock for a total of $37 million. I'd like to request that you publicly correct your misstatement on this point as well.

Bruce Voss, Managing Director, Principal
Investor Relations: Results that Matter

T: 310.691.7100 C: 646.249.7453 F: 310.691.7150 E: BVoss@lhai.com
2121 Avenue of the Stars, Suite 2970 | Los Angeles, CA 90067
www.lhai.com | Facebook | LinkedIn | Twitter | YouTube

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Please consider the environment before printing this email.