| | |
|---|---|
| **From:** | Higgins, John L. <JHiggins@ligand.com> |
| **To:** | Bruce Voss <BVoss@lhai.com> |
| **CC:** | Berkman, Charles <CBerkman@ligand.com>;Luib, Erika" <eluib@ligand.com>;Foehr, Matt <MFoehr@ligand.com>;de Silva, Nishan" <NdeSilva@ligand.com> |
| **Sent:** | 8/19/2014 5:47:19 PM |
| **Subject:** | Re: Your Issue of BioWorld Today - August 15, 2014 |

```
Bruce - thanks. Helpful summary.

Let's discuss more next week and IR plans for rest of 2014.

Regards,

John

> On Aug 19, 2014, at 1:27 PM, "Bruce Voss" <BVoss@lhai.com> wrote:
>
> I just spoke with Randy and can fill you in further if you'd like, but here's a summary:
>
> He included Lemelson in the story because it "seemed like another aspect of the
story...another opinion"
> He said "I rely on readers to sort these things out [the opinions of others], and have
quoted dubious others in the past"
> After a lengthy discussion about Lemelson (the person, the report, the fund, the model,
the assumptions, WWF, etc.), he says he's sorry he included mention, is sorry you're
disappointed in the article and won't write anything about Ligand/Lemelson in the future
("I won't give him anymore space")
> After getting him to agree not to write anything on Lemelson regardless of what he hears,
he's going to call Lemelson to see if as a journalist he can learn more about him, his
fund, his position, his alliances, etc. and will report back to me
>
>
>
> Bruce Voss, Managing Director, Principal
> Investor Relations: Results that Matter
>
> T: 310.691.7100 C: 646.249.7453 F: 310.691.7150 E: BVoss@lhai.com
> 2121 Avenue of the Stars, Suite 2970 | Los Angeles, CA 90067
> www.lhai.com | Facebook | LinkedIn | Twitter | YouTube
>
>
> This email and attachments, if any, may contain confidential and/or privileged
information. If you are not the intended recipient, please notify the sender immediately.
Any unauthorized copying, disclosure or distribution of the material in this email is
strictly forbidden.
>
> Please consider the environment before printing this email.
>
>
>
>
>
> -----Original Message-----
> From: Higgins, John L. [mailto:JHiggins@ligand.com]
> Sent: Tuesday, August 19, 2014 8:00 AM
> To: Bruce Voss
> Cc: Berkman, Charles; Luib, Erika; Foehr, Matt; de Silva, Nishan
> Subject: Re: Your Issue of BioWorld Today - August 15, 2014
>
> Thanks. With Randy he needs to address why bioworld makes a front cover story out of
```

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0001133
EPROD-SEC-LIT-E-000001216

lemelson who had just stated we had 6 days of solvency. As of yesterday we would have been insolvent per lemelson. You don't need to go any deeper with lemelson see on the face how absurd his stuff is.
>
> Highly irresponsible for Randy to carry the torch for lemelson. Foolish journalism.
>
> It's one thing for a USA today blogger to reprint a headline for a company he has never covered, but ligand has been featured in bioworld probably 20 times in the past 5 years, they know the business. And a decision by us to "not comment", should not be an open door to still cover garbage people write.
>
> John
>
>> On Aug 18, 2014, at 4:40 PM, "Bruce Voss" <BVoss@lhai.com> wrote:
>>
>> If the guy calls Erika or me, I'll speak with him and determine next steps. But for now there's nothing to be done as we don't know who he is or how to contact or research him. I'm not sure what kind of "operations" he's looking for and it's known you've got a small headcount and, in turn, office space.
>>
>> Separately, Randy Osborne responded to an email I sent to tell me he was on deadline, and we're to speak when he's available.
>>
>>
>> Bruce Voss, Managing Director, Principal Investor Relations: Results
>> that Matter
>>
>> T: 310.691.7100 C: 646.249.7453 F: 310.691.7150 E: BVoss@lhai.com
>> 2121 Avenue of the Stars, Suite 2970 | Los Angeles, CA 90067
>> www.lhai.com | Facebook | LinkedIn | Twitter | YouTube
>>
>>
>> This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.
>>
>> Please consider the environment before printing this email.
>>
>>
>>
>>
>>
>> -----Original Message-----
>> From: Higgins, John L. [mailto:JHiggins@ligand.com]
>> Sent: Monday, August 18, 2014 3:35 PM
>> To: Berkman, Charles
>> Cc: Luib, Erika; Bruce Voss; Foehr, Matt; de Silva, Nishan
>> Subject: Re: Your Issue of BioWorld Today - August 15, 2014
>>
>> Bruce - please provide any suggestions for how to handle this one.
>>
>> Thanks
>>
>> John
>>
>>> On Aug 18, 2014, at 2:16 PM, "Berkman, Charles" <CBerkman@ligand.com> wrote:
>>>
>>> FYI - some guy just showed up at our offices asking for a tour. Claimed Lemelson asked him to see if we really had any operations. I told him to call IR if he wanted to try to schedule an appointment.
>>>
>>> -----Original Message-----

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0001134
EPROD-SEC-LIT-E-000001217

>>> From: Bruce Voss [mailto:BVoss@lhai.com]
>>> Sent: Monday, August 18, 2014 11:36 AM
>>> To: Higgins, John L.; de Silva, Nishan; Foehr, Matt; Luib, Erika
>>> Cc: Berkman, Charles
>>> Subject: RE: Your Issue of BioWorld Today - August 15, 2014
>>>
>>> I've tried reaching Randy a couple of times this morning, but we've yet to connect. I'll let you know when we do.
>>>
>>>
>>> Bruce Voss, Managing Director, Principal Investor Relations: Results
>>> that Matter
>>>
>>> T: 310.691.7100 C: 646.249.7453 F: 310.691.7150 E: BVoss@lhai.com
>>> 2121 Avenue of the Stars, Suite 2970 | Los Angeles, CA 90067
>>> www.lhai.com | Facebook | LinkedIn | Twitter | YouTube
>>>
>>>
>>> This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.
>>>
>>> Please consider the environment before printing this email.
>>>
>>>
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Higgins, John L. [mailto:JHiggins@ligand.com]
>>> Sent: Monday, August 18, 2014 8:07 AM
>>> To: Bruce Voss; de Silva, Nishan; Foehr, Matt; Luib, Erika
>>> Cc: Berkman, Charles
>>> Subject: RE: Your Issue of BioWorld Today - August 15, 2014
>>>
>>> Bruce - Bioworld putting lemelson in print is bad news. What do you propose doing about it?
>>>
>>> if someone said Berkshire Hathaways was going to go bancrupt, do you think the WallStreet Journal would print that garbage? This is a bigger deal than USA Today blogger making comment about lemelson.
>>>
>>> Please take them to task on this. Just because there is something that exists in the blogosphere does not mean it should be reprinted.
>>>
>>> This should go all the way to the top of the Editor staff at BioWorld.
>>>
>>> John
>>>
>>> _____
>>> From: Bruce Voss [BVoss@lhai.com]
>>> Sent: Friday, August 15, 2014 9:00 AM
>>> To: Higgins, John L.; de Silva, Nishan; Foehr, Matt; Luib, Erika
>>> Subject: FW: Your Issue of BioWorld Today - August 15, 2014
>>>
>>>
>>> You may have seen this already, but the Ligand story starts on page 1.
>>>
>>>
>>>
>>> Between Nishan and Joe, Lemelson's various concerns all were addressed.
>>>

```
>>>
>>>
>>>
>>> Bruce Voss, Managing Director, Principal
>>> [http://www.lhai.com/Logo/LHAlogoFINAL_LHAonly-RGB.jpg] Investor
>>> Relations: Results that Matter
>>>
>>> T: 310.691.7100 C: 646.249.7453 F: 310.691.7150 E:
>>> BVoss@lhai.com<mailto:BVoss@lhai.com>
>>> 2121 Avenue of the Stars, Suite 2970 | Los Angeles, CA 90067
>>> www.lhai.com<http://lhai.com/> |
>>> Facebook<http://www.facebook.com/pages/LHA-Lippert-Heilshorn/28180648
>>> 8
>>> 523656?sk=app_330253286992099> |
>>> LinkedIn<http://www.linkedin.com/company/lha-lippert-heilshorn> |
>>> Twitter<http://twitter.com/#!/LHA_IR_PR> |
>>> YouTube<http://www.youtube.com/user/LippertHeilshorn?feature=mhee>
>>>
>>>
>>> This email and attachments, if any, may contain confidential and/or privileged
information. If you are not the intended recipient, please notify the sender immediately.
Any unauthorized copying, disclosure or distribution of the material in this email is
strictly forbidden.
>>>
>>> Please consider the environment before printing this email.
>>> _____
>>> From: Carolyn Curran
>>> Sent: Thursday, August 14, 2014 10:29 PM
>>> To: Bruce Voss Team
>>> Subject: FW: Your Issue of BioWorld Today - August 15, 2014
>>>
>>>
>>> _____
>>> From: issuealert@bioworld.com
>>> Sent: Friday, August 15, 2014 1:28:51 AM (UTC-05:00) Eastern Time (US
>>> & Canada)
>>> To: Carolyn Curran
>>> Subject: Your Issue of BioWorld Today - August 15, 2014
>>>
>>> [http://www.bioworld.com/sites/default/files/imce/bw-header-tr.jpg]<h
>>> t tp://www.bioworld.com> Drugs that were stalled by sequester are
>>> getting a second look in Ebola
>>> <http://www.bioworld.com/content/drugs-were-stalled-sequester-are-get
>>> t
>>> ing-second-look-ebola> As the hot zone spread in the Ebola virus
>>> outbreak in West Africa, with Guinea the latest country to declare a public health
emergency and send health workers to affected border points, and supply of the experimental
antibody cocktail Zmapp allegedly ran dry, attention turned to other drug and vaccine
prospects languishing in company pipelines.
>>> Read More
>>> »<http://www.bioworld.com/content/drugs-were-stalled-sequester-are-ge
>>> t
>>> ting-second-look-ebola> With new deal, upbeat outlook, Ligand ignores
>>> 'bankruptcy' short cry
>>> <http://www.bioworld.com/content/new-deal-upbeat-outlook-ligand-ignor
>>> e
>>> s-bankruptcy-short-cry> Word of another Captisol-based deal, the
>>> s-bankruptcy-short-cry> phase
>>> III failure of an ongoing royalty source and the forecast – from short-positioned
Lemelson Capital Management – of financial doom because of new convertible debt complicated
Ligand Pharmaceuticals Inc.'s picture.
>>> Read More
>>> »<http://www.bioworld.com/content/new-deal-upbeat-outlook-ligand-igno
```

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0001136
EPROD-SEC-LIT-E-000001219

```
>>> r
>>> es-bankruptcy-short-cry> Viva la IPO: Vitae files to raise up to $55
>>> million
>>> <http://www.bioworld.com/content/viva-la-ipo-vitae-files-raise-55-mil
>>> l
>>> ion> Vitae Pharmaceuticals Inc., a drug discovery company partnered
>>> with Boehringer Ingelheim GmbH on its development-stage diabetes and Alzheimer's
therapies, has filed to raise up to $55 million in an initial public offering (IPO),
raising the total of global life sciences IPOs completed or pending this year to 91.
>>> Read More
>>> »<http://www.bioworld.com/content/viva-la-ipo-vitae-files-raise-55-mi
>>> l
>>> lion> Evolva shares boosted by DTRA Burkholderia research contract
>>> <http://www.bioworld.com/content/evolva-shares-boosted-dtra-burkholde
>>> r
>>> ia-research-contract> DUBLIN – It's not a bad parting gift to receive
>>> as you exit the sector. Shares in synthetic biology specialist Evolva Holding SA got a
9 percent boost Thursday on news that it landed a $6.5 million contract from the U.S.
Defense Threat Reduction Agency (DTRA) to carry out preclinical research on its GC-072
program.
>>> Read More
>>> »<http://www.bioworld.com/content/evolva-shares-boosted-dtra-burkhold
>>> e
>>> ria-research-contract> Trans-Pacific partners TNI, Qianjiang advance
>>> MENK immunotherapy
>>> <http://www.bioworld.com/content/trans-pacific-partners-tni-qianjiang
>>> -
>>> advance-menk-immunotherapy> HONG KONG – A Chinese pharmaceutical
>>> company and its American partner have announced their plan to accelerate collaboration
on the development of cancer drugs, with an eye on launching clinical trials in China soon.
>>> Read More
>>> »<http://www.bioworld.com/content/trans-pacific-partners-tni-qianjian
>>> g
>>> -advance-menk-immunotherapy> Earnings
>>> <http://www.bioworld.com/content/earnings-8>
>>> Theravance Inc., of South San Francisco, said partner Glaxosmithkline plc, of London,
reported product sales of Relvar/Breo Ellipta (fluticasone furoate/vilanterol) totaling
$18.2 million, and sales of Anoro Ellipta (umeclidinium bromide/vilanterol) totaling $8.2
million.
>>> Read More »<http://www.bioworld.com/content/earnings-8>
>>> Other news to note
>>> <http://www.bioworld.com/content/other-news-note-5590>
>>> Ibio Inc., of Newark, Del., and Tokyo-based Kanematsu Chemicals Corp., part of
Kanematsu Corp., entered a collaboration agreement under which Kanematsu Chemicals will
market the Ibiolaunch platform in Japan.
>>> Read More »<http://www.bioworld.com/content/other-news-note-5590>
>>> In the clinic <http://www.bioworld.com/content/clinic-62>
>>> Nuvilex Inc., of Silver Spring, Md., said partner Astrianova Singapore Pte Ltd., of
Singapore, reported results from the second phase II trial combining the Cell-in-a-Box
cellulose-based live cell encapsulation technology plus low doses of cancer prodrug
ifosfamide in patients with advanced, inoperable cancer.
>>> Read More »<http://www.bioworld.com/content/clinic-62>
>>> Pharma: Other news to note
>>> <http://www.bioworld.com/content/pharma-other-news-note-528>
>>> Merck & Co. Inc., of Whitehouse Station, N.J., said the FDA approved Belsomra
(suvorexant) for adults with insomnia who have difficulty falling asleep and/or staying
asleep.
>>> Read More
>>> »<http://www.bioworld.com/content/pharma-other-news-note-528>
>>> Pharma: In the clinic
>>> <http://www.bioworld.com/content/pharma-clinic-31>
>>> Astrazeneca plc, of London, said it started a phase III program of tralokinumab, a
potential treatment for patients with severe, inadequately controlled asthma, developed by
```

Confidential Treatment Requested by Bruce Voss

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0001137

EPROD-SEC-LIT-E-000001220

>>> Medimmune, the company's global biologics research and development arm.
>>> Read More »<http://www.bioworld.com/content/pharma-clinic-31>
>>> Appointments and advancements
>>> <http://www.bioworld.com/content/appointments-and-advancements-1184>
>>> Synta Pharmaceuticals Corp., of Lexington, Mass. Appointed Anne Whitaker president and CEO, effective Sept. 2.
>>> Read More
>>> »<http://www.bioworld.com/content/appointments-and-advancements-1184>
>>>
>>>
>>> Today's Issue of BioWorld Today
>>>
>>> [http://www.bioworld.com/sites/default/files/imce/brochure-sm-today-t
>>> r
>>> -new.jpg]<http://www.bioworld.com/article/archive/view/BioWorld-Today
>>> -
>>> 2014-08-15>
>>>
>>> [http://www.bioworld.com/sites/default/files/imce/twitter.png]<http:/
>>> /
>>> twitter.com/BioWorld>
>>> Follow us on Twitter
>>> @BioWorld<http://twitter.com/BioWorld>
>>>
>>> [http://www.bioworld.com/sites/default/files/imce/203x223px_ClearlyCo
>>> r
>>> tellis_CI.jpg]<http://thomsonreuters.com/cortellis-competitive-intell
>>> i
>>> gence/>
>>>
>>>
>>>
>>>
>>> Your User ID for online access is: 54343342. You have received this email automatically based on your subscription profile. If you would like to change your subscription options, please point your browser to: http://www.bioworld.com. Then just login to your account and click the my account button in the upper-right navigation area.
>>>
>>> Please note that the attached issue is protected under federal copyright law. It is against the law to reproduce this publication in any form without written consent from the publisher. That includes making copies to distribute in your office, forwarding issues by e-mail, or posting on websites or intranets. Site licenses are available, which would allow for legal distribution and copies of this publication. If you are interested in sharing this publication with others, please call 1-800-477-6307 or 1-770-810-3144 and ask to speak to an account representative about site licenses. To purchase reprints or the right to display the articles on your website, please call 1-770-810-3121.
>>>
>>> If you have any questions regarding this or any other BioWorld publication from Thomson Reuters, please contact Tyler Beatty toll free at (855) 260-5607 or, outside the U.S. and Canada, at (646) 822-4549, or by e-mail at tyler.beatty@thomsonreuters.com<mailto:tyler.beatty@thomsonreuters.com>. For customer service inquiries call 1-800-336-4474 in the U.S. and Canada or 1-215-386-0100 outside the U.S. or email us at bioworld.support@thomsonreuters.com<mailto:bioworld.support@thomsonreuters.com>.
>>>
>>> Please note that our address and contact information has changed: 115 Perimeter Center Place, Suite 1100 Atlanta, GA 30346 U.S.A. © 2014 Thomson Reuters.
>>>
>>>

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0001138
EPROD-SEC-LIT-E-000001221