| | |
|---|---|
| **From:** | Foehr, Matt <MFoehr@ligand.com> |
| **To:** | Bruce Voss <BVoss@lhai.com>;Higgins, John L. <JHiggins@ligand.com> |
| **Sent:** | 6/25/2014 10:10:36 AM |
| **Subject:** | RE: dr. l |

I agree. Every investor call I have had this week has at least had one element of the
Lemelson topic included in it.
--Matt
-----Original Message-----
From: Bruce Voss [mailto:BVoss@lhai.com]
Sent: Wednesday, June 25, 2014 7:09 AM
To: Higgins, John L.
Cc: Foehr, Matt
Subject: Re: dr. l

I'm getting a number of calls from shareholders as well, who basically want assurance that
the report is not sound. They are all in agreement with the approach not to elevate this
debate publicly as it will simply give undue credibility to the report. That said, it is a
distraction and it is taking considerable time to address.

Sent from my iPhone

On Jun 24, 2014, at 11:47 PM, "Higgins, John L." <JHiggins@ligand.com> wrote:

> Thanks for the perspective on stock surveillance. And possibly a good option to consider
the private investigator.
>
> The questions or comments aren't subsiding. Last night at dinner with a German fund that
owns ligand, we spent 20 minutes talking about the report and "who this guy" is type
questions. Generally they were disregarding the report and not giving it credence, but
nonetheless it's a distraction for investors and a drag on our meetings.
>
>> On Jun 25, 2014, at 6:15 AM, "Bruce Voss" <BVoss@lhai.com> wrote:
>>
>> I am intrigued by the Lantern Foundation, which to me looks like a bit of a scam. It's a
nonprofit that Emmanuel founded, chairs and funds with a very loosely defined charter. I
don't know if that has anything to do with Ligand other than it gets to Emmanuel's
credibility.
>>
>> Regarding stock surveillance, it's not what it once was. It used to be you would get
pretty good information because the surveillance firms were bribing people at the
depository trust companies. They got caught and all that has stopped. Now you pay a lot of
money and don't get much, if any intelligence out of them.
>>
>> If we'd like to consider it, there's always the option of engaging a private
investigator to check out Emmanuel, Lemelson Capital and Lantern. I think we all agree the
whole situation has a stench to it, but we can't quite put our finger on it.
>>
>>
>> Sent from my iPhone
>>
>>> On Jun 24, 2014, at 8:15 PM, "Foehr, Matt" <MFoehr@ligand.com> wrote:
>>>
>>> I've been thinking of potential connections as well - your connection seems plausible
and some of Gene Mack's statements ("so and so have already looked at all of your royalties
and they do not think they are valuable!") still ring in my ears.
>>>
>>> I have an additional theory that I have been researching for connections (found nothing
yet). The only other hedge fund Greek Orthodox guy I have ever come across is Dr. Chris
Richard at Merlin. Chris was deep in the story when ENABLE1/2 came out and is big into HepC

**Confidential Treatment Requested by Bruce Voss**
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000936
EPROD-SEC-LIT-E-000001019

```
- I will never forget him stepping up to the mic in Spain at EASL and trying to make the
thromboembolic events in that trial into something they were not - the presenter basically
had to sit him down with words. I recall meeting with Chris' partner at Jefferies last June
and recall thinking to myself "these guys seem like they are big shorts" - not thinking
things through, looking to twist words, etc. Given how "dated" much of Lemelson stuff is,
and HepC focused, it triggered that memory for me. But I have found no connection.
>>>
>>> I will research the Lemelson-Irina/Cantor connection.
>>>
>>> --Matt
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Higgins, John L.
>>> Sent: Tuesday, June 24, 2014 6:43 PM
>>> To: Foehr, Matt; Bruce Voss
>>> Cc: Higgins, John L.
>>> Subject: dr. l
>>>
>>> Matt and Bruce,
>>>
>>> Regarding lemelson, I am pondering all angles for how it originated. I still believe
it's a paid hit job by somebody who has lost a lot of Money shorting lgnd.
>>>
>>> What are your thoughts that lemelson and Irina are connected? Here is a theory
>>>
>>> Lemelson is Eastern Orthodox. Irina I believe is Ukraine-yen, which I also believe is a
region of EO faith. Maybe they are friends or members of faith together.
>>>
>>> Irina liked ligand before she did not. Since she has not, her thesis has been hold or
sell.
>>>
>>> Irina has a veneer of rationality, but she always fell short of lucidly explaining or
really being able to put ligand in context of biotech stocks. (It seemed to drive her nuts
that our value increased when she could not see why)
>>>
>>> Other short reports (favis) have put out big negative short reports - half valuation
theory, half BS. His reports never stuck (or got much visibility) BUT they always seemed to
come out about the time Irina was sticking her head up.
>>>
>>> Gene Mack lost interest in ligand a while ago (which seemed mysterious) but he always
liked ligand management. At times it seemed he was confiding in us that there were short
investors who really had it in for ligand and he more or less said we need to look out for
Irina. (His behavior was almost mafia like, where on his own he would have continued as a
supporter, but it seems he got scared or at least a talking to by "somebody" that he needed
to get away from ligand as the "job" got underway ).
>>>
>>> Irina has been very quiet on lgnd the last few months. Theory being she knew lemelson
was working to get in gear.
>>>
>>> And a final point, I checked Irina on google. She reported her hold on lgnd in December
on benziga, I think the same site lemelson did his interview on.
>>>
>>> Bruce please let me know your thoughts on my stock surveillance question.
>>>
>>> And Matt if you think there is something to this theory I outline, let's explore how we
can investigate more.
>>>
>>> John
>>
>
```

Confidential Treatment Requested by Bruce Voss                                              LCM_SEC0000937
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS                           EPROD-SEC-LIT-E-000001020