| | |
|---|---|
| **From:** | Higgins, John L. <JHiggins@ligand.com> |
| **To:** | Foehr, Matt <MFoehr@ligand.com>;Berkman, Charles" <CBerkman@ligand.com>;de Silva, Nishan <NdeSilva@ligand.com>;Bruce Voss (BVoss@lhai.com) <BVoss@lhai.com> |
| **CC:** | Pettingill, Todd <TPettingill@ligand.com> |
| **Sent:** | 7/9/2014 8:18:55 PM |
| **Subject:** | RE: Wiki Page - Lemelson Capital Management |
| **Attachments:** | image001.png |

Should we try to edit this, or otherwise try to get Wikipedia to delete it? I am not familiar with how that works or if Ligand will have visibility in the process. Are their firms we can hire to edit wikileaks? Should we have investors edit the page?

I have copied Todd as well as maybe he has some experience here.

John

---

**From:** Foehr, Matt
**Sent:** Wednesday, July 09, 2014 4:45 PM
**To:** Higgins, John L.; Berkman, Charles; de Silva, Nishan; Bruce Voss (BVoss@lhai.com)
**Subject:** Wiki Page - Lemelson Capital Management

Looks like in addition to his Wikipedia page on himself, Lemelson now has one on Lemelson Capital Management, where his activist activity toward Ligand is also described (link below). A snip of part of the page is below. Note that Wikipedia states it's being considered for deletion.

http://en.wikipedia.org/wiki/Lemelson_Capital_Management

## Lemelson Capital Management

From Wikipedia, the free encyclopedia

> This article is being considered for deletion in accordance with Wikipedia's deletion policy.
> Please share your thoughts on the matter at this article's entry on the Articles for deletion page.
> Feel free to edit the article, but the article **must not** be blanked, and this notice **must not** be removed, until the discussion is closed. For more information, particularly on merging or moving the article during the discussion, read the Guide to deletion.

**Lemelson Capital Management** is a United States-based global investment management firm. The firm manages the Amvona Fund, LP, a hedge fund that has been ranked repeatedly by *Barron's* among the world's top performing hedge funds.[1][2][3][4] Its activist position in several publicly traded companies has proven influential in impacting share prices.[5][6][7][8][9]

**Contents** [hide]
1 Investments and activism
2 Fund performance
3 Management
4 References
5 External link

| Lemelson Capital Management | |
|---|---|
| Type | Limited Liability Company |
| Industry | Hedge Fund |
| Founded | 2012 |
| Headquarters | Marlborough, Massachusetts, U.S. |
| Area served | Worldwide |
| Key people | Emmanuel Lemelson, Chief Investment Officer |
| Products | The Amvona Fund, LP |
| Website | http://lemelsoncapital.com/ |

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0001027
EPROD-SEC-LIT-E-000001110

# Lemelson Capital Management

From Wikipedia, the free encyclopedia

> This article is being considered for deletion in accordance with Wikipedia's deletion policy.
> Please share your thoughts on the matter at this article's entry on the Articles for deletion page.
> Feel free to edit the article, but the article must not be blanked, and this notice must not be removed, until the discussion is closed. For more information, particularly on merging or moving the article during the discussion, read the Guide to deletion.

**Lemelson Capital Management** is a United States-based global investment management firm. The firm manages the Amvona Fund, LP, a hedge fund that has been ranked repeatedly by *Barron's* among the world's top performing hedge funds.[1][2][3][4] Its activist position in several publicly traded companies has proven influential in impacting share prices.[5][6][7][8][9]

| Lemelson Capital Management | |
|---|---|
| Type | Limited Liability Company |
| Industry | Hedge Fund |
| Founded | 2012 |
| Headquarters | Marlborough, Massachusetts, U.S. |
| Area served | Worldwide |
| Key people | Emmanuel Lemelson, Chief Investment Officer |
| Products | The Amvona Fund, LP |
| Website | http://lemelsoncapital.com/ |

**Contents** [hide]
1 Investments and activism
2 Fund performance
3 Management
4 References
5 External link