Message

| | |
|---|---|
| **From**: | Higgins, John L. [JHiggins@ligand.com] |
| **Sent**: | 10/7/2014 8:51:01 PM |
| **To**: | Aryeh, Jason [Jalaaequ@aol.com] |
| **CC**: | John Lamattina [john.lamattina@comcast.net]; Kozarich, John [johnk@activx.com]; Davis, Todd [todd.davis@cowen.com]; Knott, David [dknott@bloomberg.net]; Patel, Sunil [spatel@oncomed.com]; Sabba, Steve [ssabba@knottpartners.com]; Berkman, Charles [CBerkman@ligand.com]; Warfield-Graham, Audrey [AWarfield-Graham@ligand.com]; de Silva, Nishan [NdeSilva@ligand.com]; Foehr, Matt [MFoehr@ligand.com] |
| **Subject**: | Re: Updates |

Ligand board,

Given the continued weakness in our stock, inquiries to pre-announce and now with a handle on the quarter results, we have decided to pre-announce Q3 results tomorrow pre-market. The earnings call will still be held October 27th.

Unless there is some other development, we believe we will be able to open the window for share repurchases and trading as of Thursday. Charles will confirm in a separate email tomorrow.

Regards,

John

On Oct 7, 2014, at 3:48 PM, "Jason Aryeh" <jalaaequ@aol.com<mailto:jalaaequ@aol.com>> wrote:

Thanks for the update John!

Jason

Jason Aryeh
General Partner
JALAA Equities, LP
Jason@JALAA.com<mailto:Jason@JALAA.com>
203-661-3280

On Oct 7, 2014, at 3:31 PM, "Higgins, John L." <JHiggins@ligand.com<mailto:JHiggins@ligand.com>> wrote:

Ligand Board,

With the recent stock weakness, it is obvious we continue to be impacted by the Lemelson shorting and related reports. Selling is leading to more technical selling and shorting. We continue to work with our attorneys to lean on the SEC to get an injunction on Lemelson's activities.

Despite the trading, the business is doing well and the market will recover. A few quick updates:

Q3 ended stronger than expected with revenues coming in at $14.9 million, versus $14.3 million discussed at our Board meeting. We had higher orders of Captisol from Amgen, and we received the $550,000 payment from Merck for EU approval of Noxafil.

We will announce Q3 results on October 27th. The window has been closed so we have not been repurchasing stock, but we intend to start share repurchases after the window opens.

We have initiated enrollment for the glucagon MAD study. We are now making plans to pull forward initiating the 13 week tox work as well.

We expect Spectrum to submit their NDA for Captisol Melphalan within the next 4 weeks.

Pfizer has ramped up their DTC campaign for Duavee. As part of that, they are promoting a new informational menopause campaign and website, Tune In To Menopause. Their spokeswomen is actress Kim Cattrall from the series Sex and the City. This roll-out follows very recent print ads in pop magazines (including People and Better Homes and Gardens), newspapers as well as a number of other social media pieces. Prescriptions are trending up the last few weeks.

Links to the site, and to Pfizer's release on it are below, as well as a link to an interview of Kim Cattrall on FoxNews recently.

It's clear Pfizer is putting a lot behind Duavee and we're pleased to see it.

http://www.tuneintomenopause.com/

http://www.pfizer.com/news/press-release/press-release-detail/kim_cattrall_encourages_women_to_embrace_menopause_with_style
http://www.foxnews.com/health/2014/09/28/kim-cattrall-bringing-sexy-back-to-menopause/

We are planning to host an Analyst Day in NYC on November 18th.

Regards,

John

Confidential        Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.        LGND_0048605