COMMITTEE ON ARMED SERVICES

COMMITTEE ON
EDUCATION AND THE WORKFORCE

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE
CHAIRMAN, SUBCOMMITTEE ON THE COAST
GUARD AND MARITIME TRANSPORTATION

WASHINGTON, DC OFFICE:
223 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
TELEPHONE: (202) 225-5672

DISTRICT OFFICES:
EL CAJON TELEPHONE: (619) 448-5201
ESCONDIDO TELEPHONE: (760) 743-3260
TEMECULA TELEPHONE: (951) 695-5108



Duncan Hunter
U.S. House of Representatives
50th District, California

June 8, 2015

The Honorable Mary Jo White
Chair
Securities and Exchange Commission
2100 F Street, NE
Washington, DC 20549

Dear Chair White:

    The primary responsibility of the Securities and Exchange Commission (the Commission) is to ensure the "steady flow of timely, comprehensive, and accurate market information so that investors can make sound decisions." Those who spread false information to manipulate markets and line their own pockets must be held accountable. That is why I write to strongly urge the Commission, if it has not already done so, to thoroughly examine the apparent market manipulation by a short-seller named Emmanuel Lemelson. The victims are the shareholders of Ligand Pharmaceuticals Incorporated (Ligand), a southern California biotechnology company.

    Mr. Lemelson is the head of a Massachusetts-based hedge fund called the Amvona Fund. Starting on June 16, 2014, and continuing through that fall, he published a series of research papers, and gave numerous interviews to the financial press, in which he aggressively attacked Ligand. At their core, his claims were that Ligand "now appears set to lose its largest royalty generating program"; Ligand's "[m]anagement has repeatedly made material misrepresentations about the Company's diversification and risk exposure" in order to "artificially drive" the stock price higher; and Ligand is a "going concern risk" and "radically insolvent."

    None of that was true, nor was much else that Mr. Lemelson said about the company. Worse yet, he was simultaneously shorting Ligand's stock and boasting publicly that the position was helping to propel the Amvona Fund to extraordinary market-beating results and a ranking by Barron's as the world's second-best performing hedge fund. In other words, he appears to have been profiting from these falsehoods and inciting people into following his lead. And his audience was, unfortunately, large. For instance, one website on which Lemelson made his reports available— SeekingAlpha.com—sent links for each report to nearly half a million people.

    I believe Ligand has strong leadership from a reputable board of directors. In 2014, Fortune named Ligand the 13th fastest growing company based on three-year profit, revenue, and stock growth. Today, the company has a stock price of around $94 per share—up

www.hunter.house.gov

Confidential     Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.     LGND_0080800

significantly over the last five years—and a market capitalization of approximately $1.9 billion. Put simply, for several years now Ligand has been a strong investment for the shareholding public. But while Lemelson was spreading falsehoods the stock plunged from $66.75 to $42.36, a decline of nearly 37%. Nothing about the company's performance or prospects had changed, nor had the broader biotechnology market suffered a downturn. It appears that Lemelson was the sole cause.

Indeed, the stock began a steady return to normal after Lemelson ended his attacks and closed out his initial position. By March 2015, shares finally reached the pre-June 16th closing price, and since then have continued to their rise by approximately 30%. That is not to say there have been no setbacks these past three months. Between March 24 and 25th, the stock dropped almost 7%, and then lost over 9% between April 27 and 28th. What those dates share in common is, yet again, Lemelson. He went back to the financial press on March 24th and April 27th to spread the same falsehoods about Ligand as he did last year and to say that he has again taken a short position.

Taking this all into account, there is strong reason to believe that Lemelson's actions may constitute manipulation of Ligand's stock price—the decline in which caused substantial harm to shareholders—and that he may continue to be a threat to the free flow of accurate information about the company. I believe a formal inquiry is worthy of the Commission's time and attention.

I would appreciate hearing from you by no later than Friday, June 19th, about whether the Commission has begun or will be pursuing this issue. If you have any questions, please contact Reed Linsk, my Legislative Director, at 202-225-5672.

Sincerely,

Duncan Hunter
Member of Congress

cc:   Andrew J. Ceresney
      Director, Enforcement Division
      Securities and Exchange Commission

Confidential          Confidential Treatment Requested by          LGND_0080801
                              Ligand Pharmaceuticals, Inc.