The New York Times　　https://nyti.ms/2WkJoaX

# Duncan Hunter Sentenced to 11 Months in Prison for Stealing Campaign Funds

The California Republican resigned from Congress in January, a month after pleading guilty to spending more than $150,000 in campaign funds on personal expenses.

 By Neil Vigdor

March 17, 2020

Former Representative Duncan D. Hunter of California was sentenced to 11 months in federal prison on Tuesday for funneling more than $150,000 from his campaign coffers to pay for a lavish lifestyle that prosecutors said included vacations, private school tuition and even airline travel fees for pet rabbits.

The punishment, handed down by Judge Thomas J. Whelan in U.S. District Court in San Diego, capped a precipitous downfall for Mr. Hunter, 43, a Republican who was first elected to Congress in 2008 and had served in the Marine Corps in Iraq and Afghanistan.

In an agreement with prosecutors, Mr. Hunter, who was ordered to report to prison by late May, pleaded guilty in December to conspiracy to steal campaign funds. One month later, he resigned from his seat in Congress representing a conservative district in San Diego County.

"Unfortunately in our country, too many people have come to embrace the notion that the individuals who write the laws feel they're above the laws," Phillip Halpern, an assistant U.S. attorney, said Tuesday in a news conference after Mr. Hunter's sentencing.

Mr. Hunter's lawyers had requested for most of his sentence to be served under home confinement, contending that he had served his country admirably in the Marines after the Sept. 11 terrorist attacks. He faced up to five years in prison as part of the plea deal.

Devin Burstein, a lawyer for Mr. Hunter, said in an email on Tuesday that the sentence reflected Mr. Hunter's service and dedication to the country.

"The court saw this case for what it was," Mr. Burstein said. "Far from the attack on democracy the government claimed, this was simply about misspending. There was no fraud, bribery or theft of taxpayer money. Less than a year is rare for a felony of this nature, and closer to a misdemeanor sentence."

Mr. Hunter succeeded his father, Duncan L. Hunter, a 14-term congressman who ran for the Republican presidential nomination in 2008.

The elder Mr. Hunter criticized the sentence during a news conference outside the courthouse and said that two of the prosecutors involved in the case had attended a fund-raising event for Hillary Clinton in 2015.

"This was a political hit job," Mr. Hunter said.

Prosecutors said that the younger Mr. Hunter and his wife, Margaret Hunter, were deeply in debt when they misappropriated the campaign funds for their personal use.

Mrs. Hunter also pleaded guilty to a corruption charge. She is scheduled to be sentenced in April.

Prosecutors had also said that Mr. Hunter had dipped into his campaign coffers to help pay for expenses that he incurred while carrying on several affairs, including one with a staff member.

Even after Mr. Hunter was indicted, he won re-election in 2018. So did former Representative Chris Collins of New York, a fellow Republican who pleaded guilty last fall to insider trading. In January, Mr. Collins was sentenced to 26 months in prison.

Neil Vigdor is a breaking news reporter on the Express Desk. He previously covered Connecticut politics for the Hartford Courant.　@gettinviggy　•　Facebook

A version of this article appears in print on , Section A, Page 17 of the New York edition with the headline: Hunter Given Prison Term Of 11 Months In Fraud Case