To: Bondi, Bradley J.[bbondi@cahill.com]
Cc: Friestad, Scott[FriestadS@SEC.GOV]; Torrico, Sonia[torricos@SEC.GOV]; Tonolli, Sean P.[STonolli@cahill.com]; Wheatley, Michael[MWheatley@cahill.com]; Jones, Marc[JonesMarc@SEC.gov]
From: Rosado-Desilets, Virginia
Sent: Mon 9/18/2017 8:39:51 AM
Importance: Normal
Subject: RE: Confidential: In the Matter of Trading in the Securities of Ligand Pharmaceuticals, Inc. (HO-12718)

Great. We can use this number:

1-888-331-6674

Access Code: 4789719



Virginia M. Rosado Desilets

Senior Counsel

U.S. Securities and Exchange Commission

Division of Enforcement

100 F Street, N.E.

Washington, DC 20549

(t) 202-551-4955

(f) 301-847-4696



From: Bondi, Bradley J. [mailto:bbondi@cahill.com]
Sent: Monday, September 18, 2017 8:36 AM
To: Rosado-Desilets, Virginia
Cc: Friestad, Scott; Torrico, Sonia; Tonolli, Sean P.; Wheatley, Michael; Jones, Marc
Subject: Re: Confidential: In the Matter of Trading in the Securities of Ligand

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-SEC-E-0001250
EPROD-SEC-LIT-E-001189502

Pharmaceuticals, Inc. (HO-12718)

Thanks Virginia. I understand and respect the restraints on sharing information. We wish to be helpful to you, so perhaps a call with Marc and the team might be good. 3:15 works today for us if that works for you all.

Best regards,

Brad

On Sep 18, 2017, at 8:14 AM, Rosado-Desilets, Virginia <RosadoDesiletsV@SEC.GOV> wrote:

Brad,

Unfortunately we cannot share information about our nonpublic investigation in the matter of Trading in the Securities of Ligand Pharmaceuticals, Inc. beyond what we shared last time, *i.e.*, that the investigation is ongoing. If you still wish to speak, Sonia and I are available from 3:15-3:45 today, 2-4 tomorrow, or 2-4 Wednesday. Marc Jones in our trial unit (BRO) might also join the call. Let us know what time/date works best for you.

Regards,

Virginia M. Rosado Desilets

Senior Counsel

U.S. Securities and Exchange Commission

Division of Enforcement

100 F Street, N.E.

Washington, DC  20549

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-SEC-E-0001251
EPROD-SEC-LIT-E-001189503

(t) 202-551-4955

(f) 301-847-4696

**From:** Bondi, Bradley J. [mailto:bbondi@cahill.com]
**Sent:** Friday, September 15, 2017 6:17 PM
**To:** Friestad, Scott; Rosado-Desilets, Virginia; Torrico, Sonia
**Cc:** Bondi, Bradley J.; Tonolli, Sean P.; Wheatley, Michael
**Subject:** Confidential: In the Matter of Trading in the Securities of Ligand Pharmaceuticals, Inc. (HO-12718)
**Importance:** High

*Confidential Treatment Requested Under FOIA*

Scott, Virginia and Sonia,

Today, Emmanuel Lemelson sent the following tweet regarding Ligand from his Lemelson Capital Twitter account:
https://mobile.twitter.com/LemelsonCapital/status/908665694769811459.

The tweet links to a media report about a prescription drug pricing law that will soon go into effect in Maryland. Lemelson uses the hashtags "**PriceGouging**" and "**LGND**," which is Ligand's stock ticker, to claim again that the company is engaged in price gouging. But Ligand does **not** price drugs at all, let alone price gouge. He also uses the hashtag "**activistshorts**," which raises the question whether he has again taken or intends to take, directly or indirectly, a short position in Ligand shares.

We would appreciate an opportunity to speak with you by phone next week about the status of the investigation. Please let us know what days and times would be convenient for you.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-SEC-E-0001252
EPROD-SEC-LIT-E-001189504

Best regards,

Brad Bondi

---

**Bradley J. Bondi | Partner**

Cahill Gordon & Reindel LLP

1990 K Street, N.W., Suite 950, Washington, D.C. 20006
80 Pine Street, New York, NY 10005

**t**: +1.202.862.8910 | **t**: +1.212.701.3710| **f**: +1.866.836.0501
**m**: +1.703.731.8864 | bbondi@cahill.com

<image001.jpg>

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The information contained in this e-mail message is confidential and may be privileged. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system. Thank you.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-SEC-E-0001253
EPROD-SEC-LIT-E-001189505