# WIKIPEDIA

# User contributions

For News&history (talk | block log | uploads | logs | filter log)

## Search for contributions

- 01:26, 22 December 2018 (diff | hist) . . (-20) . . Bradley J. Bondi  *(Tag: Visual edit)*
- 20:27, 17 December 2018 (diff | hist) . . (+1) . . m Bradley J. Bondi  *(Tag: Visual edit)*
- 20:23, 17 December 2018 (diff | hist) . . **(+2,183)** . . Bradley J. Bondi  (updated private sector cases) *(Tag: Visual edit)*
- 18:26, 13 June 2018 (diff | hist) . . **(+919)** . . Bradley J. Bondi  (Added congressional testimony) *(Tag: Visual edit)*
- 21:02, 23 May 2018 (diff | hist) . . (+6) . . m Regulation NMS  *(Tag: Visual edit)*
- 20:51, 23 May 2018 (diff | hist) . . **(+1,296)** . . Regulation NMS  (added graph to "discussion" section to describe whole regulation and its consequences. The existing "discussion" section had focused only on "order protection," a subset of the larger Regulation NMS) *(Tag: Visual edit)*
- 17:17, 4 January 2018 (diff | hist) . . (+30) . . N Draft:Bradley Bondi  (←Redirected page to Bradley J. Bondi) **(current)** *(Tags: New redirect, Visual edit: Switched)*
- 16:53, 3 January 2018 (diff | hist) . . (+258) . . Wikipedia:Articles for creation/Redirects and categories
- 16:39, 3 January 2018 (diff | hist) . . (+372) . . N Draft:Brad Bondi  (create redirect) *(Tags: Visual edit, New redirect)*
- 15:39, 26 September 2017 (diff | hist) . . (-48) . . Bradley J. Bondi  ("new unreviewed" tag at top of page removed, as article was reviewed by wiki editor below) *(Tag: Visual edit)*
- 15:27, 21 September 2017 (diff | hist) . . (-1) . . m EDGAR  *(Tag: Visual edit)*
- 15:27, 21 September 2017 (diff | hist) . . (+458) . . EDGAR  (current event update in intro) *(Tag: Visual edit)*
- 20:22, 20 September 2017 (diff | hist) . . **(+599)** . . User talk:Vincelord  (→Bradley J. Bondi page - thanks and a question: new section)
- 20:30, 19 September 2017 (diff | hist) . . (+27) . . Hugh Miller (disambiguation)  *(Tag: Visual edit)*
- 20:29, 19 September 2017 (diff | hist) . . (+80) . . Hugh Miller (disambiguation)  (added Rose Bowl Miller) *(Tag: Visual edit)*
- 20:27, 19 September 2017 (diff | hist) . . (-48) . . Hugh B. Miller  ("new unreviewed" box at top removed since it was edited per the below entries.) *(Tag: Visual edit)*
- 14:06, 19 September 2017 (diff | hist) . . (+13) . . m Bradley J. Bondi  *(Tag: Visual edit)*
- 20:16, 18 September 2017 (diff | hist) . . (+232) . . m Bradley J. Bondi  *(Tag: Visual edit)*
- 20:12, 18 September 2017 (diff | hist) . . **(+19,907)** . . N Bradley J. Bondi  (new entry) *(Tag: Visual edit)*
- 16:34, 17 September 2017 (diff | hist) . . (-119) . . Hugh Miller (disambiguation)  (removed "rose bowl" miller as wiki link is not yet live) *(Tag: Visual edit)*
- 16:33, 17 September 2017 (diff | hist) . . (+119) . . Hugh Miller (disambiguation)  (added "rose bowl" miller) *(Tag: Visual edit)*
- 16:28, 17 September 2017 (diff | hist) . . **(+4,983)** . . N Hugh B. Miller  (new entry) *(Tag: Visual edit)*
- 20:28, 16 September 2017 (diff | hist) . . (-2) . . m Stephanie Avakian  *(Tag: Visual edit)*
- 20:27, 16 September 2017 (diff | hist) . . (+11) . . m Stephanie Avakian  *(Tag: Visual edit)*

- 20:26, 16 September 2017 (diff | hist) . . **(+3,136)** . . N Stephanie Avakian  (new entry) *(Tag: Visual edit)*
- 20:16, 16 September 2017 (diff | hist) . . (+6) . . m Steven Peikin  (bolded name) *(Tag: Visual edit)*
- 20:15, 16 September 2017 (diff | hist) . . **(+4,584)** . . N Steven Peikin  (New entry) *(Tag: Visual edit)*
- 18:10, 16 September 2017 (diff | hist) . . (+5) . . N User:News&history  (←Created page with 'user!') **(current)**
- 18:09, 16 September 2017 (diff | hist) . . (0) . . m Draft:Stephanie Avakian  (News&history moved page User:News&history/sandbox to Draft:Stephanie Avakian: Preferred location for AfC submissions)
- 18:02, 16 September 2017 (diff | hist) . . (+91) . . Draft:Stephanie Avakian  (added line to last graph)
- 18:00, 16 September 2017 (diff | hist) . . (+62) . . Draft:Stephanie Avakian
- 17:57, 16 September 2017 (diff | hist) . . (+97) . . Draft:Stephanie Avakian  (→Career)
- 17:55, 16 September 2017 (diff | hist) . . (+8) . . Draft:Stephanie Avakian  (→Stephanie Avakian)
- 17:54, 16 September 2017 (diff | hist) . . **(+3,950)** . . N Draft:Stephanie Avakian  (new entry) *(Tag: Visual edit)*
- 02:16, 10 August 2017 (diff | hist) . . (+4) . . Digital Realty  (→History)
- 02:15, 10 August 2017 (diff | hist) . . **(+551)** . . Digital Realty  (→History)
- 01:48, 10 August 2017 (diff | hist) . . (+98) . . Floyd Abrams
- 01:39, 10 August 2017 (diff | hist) . . (+445) . . Red Summer  (→Riots)
- 01:29, 10 August 2017 (diff | hist) . . (+24) . . Red Summer
- 01:24, 10 August 2017 (diff | hist) . . (+68) . . Neighborhoods in Washington, D.C.  (→Ward 2)
- 01:23, 10 August 2017 (diff | hist) . . (+11) . . Neighborhoods in Washington, D.C.  (→Ward 1)
- 01:22, 10 August 2017 (diff | hist) . . (+58) . . Neighborhoods in Washington, D.C.  (→Ward 1)
- 01:14, 10 August 2017 (diff | hist) . . (+93) . . U Street  (→History)
- 01:12, 10 August 2017 (diff | hist) . . (+226) . . U Street  (→History)
- 00:57, 10 August 2017 (diff | hist) . . (+141) . . U Street  (→History)
- 00:46, 10 August 2017 (diff | hist) . . (-1) . . U Street  (→History)
- 00:46, 10 August 2017 (diff | hist) . . (+17) . . U Street  (→History)
- 00:45, 10 August 2017 (diff | hist) . . (-10) . . U Street  (→History)
- 00:41, 10 August 2017 (diff | hist) . . (+222) . . U Street  (→History)
- 00:26, 10 August 2017 (diff | hist) . . (+4) . . Morocco and the World Bank  (→Relation with IFC)
- 00:24, 10 August 2017 (diff | hist) . . (-30) . . Morocco and the World Bank  (→Background)
- 00:21, 10 August 2017 (diff | hist) . . (+112) . . El tren de la libertad
- 00:09, 10 August 2017 (diff | hist) . . (+1) . . Principality of Trinidad  (→History)
- 00:06, 10 August 2017 (diff | hist) . . (-4) . . Ankai Fort
- 00:03, 10 August 2017 (diff | hist) . . (+1) . . Uvari  (→Present situation of Uvari)
- 00:02, 10 August 2017 (diff | hist) . . (-189) . . Uvari  (→History and Religion)
- 23:57, 9 August 2017 (diff | hist) . . (-6) . . Uvari  (→History and Religion)
- 23:55, 9 August 2017 (diff | hist) . . (0) . . Uvari  (→Economy)



News&history: Subpages · User rights · Edit count · Edit summary search · Articles created · Global: contributions · log · accounts(meta)

Retrieved from "https://en.wikipedia.org/wiki/Special:Contributions/News%26history"