```
                                                    Page 1
     THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


     In the Matter of:              )

                                    )  File No. HO-12718-A

     TRADING IN THE SECURITIES OF   )

     LIGAND PHARMACEUTICALS, INC.   )


     WITNESS:  Gregory Lemelson
     PAGES:    1 through 360
     PLACE:    Securities and Exchange Commission
               100 F Street, NE
               Washington, D.C.
     DATE:     Wednesday, July 20, 2016


          The above-entitled matter came on for hearing,
     pursuant to notice, at 9:25 a.m.
```

Diversified Reporting Services, Inc.
(202) 467-9200

```
 1   APPEARANCES:

 2

 3   On behalf of the Securities and Exchange Commission:

 4       VIRGINIA M. ROSADO DESILETS, ESQ.

 5       JEFFREY FINNELL, ESQ.

 6       SONIA TORRICO, ESQ.

 7       Securities and Exchange Commission

 8       100 F Street Northeast

 9       Washington, D.C. 20549

10       (202) 5510-4955

11

12   On behalf of the Witness:

13       DOUGLAS F. MacLEAN, ESQ.

14       Armor Compliance

15       22 Batterymarch Street

16       Boston, Massachusetts 02109

17       (617) 501-2055

18

19   ALSO PRESENT:

20       LUCY GAUTHIER, Intern

21

22

23

24

25
```

1                      C O N T E N T S
2
3    WITNESS                            EXAMINATION
4    Gregory Lemelson                          5
5
6    EXHIBITS   DESCRIPTION              IDENTIFIED
7          1  Form 1662                       7
8          2  Subpoena                        8
9          3  Subpoena                       15
10         4  Subpoena                       15
11         5  Background Questionnaire       25
12         6  Fund Information              110
13         7  E-mail                        120
14         8  E-mail                        161
15         9  Report                        198
16        10  Prequin Ranking               202
17        11  Barron Ranking                203
18        12  Barron Ranking                204
19        13  Barclays Ranking              206
20        14  Descriptions                  246
21        15  Summary                       261
22        16  Summary                       262
23        17  Report                        270
24        18  Report                        271
25        19  Report                        272

1                    C O N T E N T S (CONT.)

2

3    EXHIBITS   DESCRIPTION                    IDENTIFIED

4          20 Report                              274

5          21 Report                              275

6          22 E-mail                              287

7          23 E-mail                              289

8          24 Article                             349

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                 P R O C E E D I N G S
 2             MS. DESILETS:  On the record at 9:25 a.m.
 3             Can you raise your right hand, please.  Do
 4   you swear or affirm to tell the truth, the whole truth
 5   and nothing but the truth?
 6             THE WITNESS:  I do.
 7   Whereupon,
 8                 GREGORY LEMELSON
 9   was called as a witness and, having been first duly
10   sworn, was examined and testified as follows:
11                      EXAMINATION
12             BY MS. DESILETS:
13       Q    Please state and spell your full name for
14   the record.
15       A    My legal name is Gregory M. Lemelson, but
16   I'm referred to as Father Emmanuel Lemelson, which is
17   my ecclesiastical name or baptismal name.
18       Q    You can put your hand down.
19       A    Oh, sorry.
20       Q    So would you prefer it if we refer to you as
21   Father Lemelson today?
22       A    Father Emmanuel.
23       Q    My name is Virginia Rosado Desilets.  This
24   is Sonia Torrico, and this is Lucy Gauthier.
25             MS. DESILETS:  Did I pronounce that right?
```

1   important, I think, than this (indicating).  This is

2   almost, like, just a funny article I wrote for myself.

3   The other ones are really more intense analysis.

4           MS. DESILETS:  Sure.  If there's any

5   documents that you want to provide to us today, we can

6   make a copy of those now when we go off the record and

7   give you the originals back.

8           So we're going to go off the record at 6:20

9   p.m.

10          (Whereupon, at 6:20 p.m., the examination

11  was concluded.)

12                          *  *  *  *  *

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                       Page 359
 1                    PROOFREADER'S CERTIFICATE
 2
 3   In the Matter of:    TRADING IN THE SECURITIES OF
 4                        LIGAND PHARMACEUTICALS, INC.
 5   Witness:            Emmanuel Lemelson
 6   File Number:        HO-12718-A
 7   Date:               July 20, 2016
 8   Location:           Washington, D.C.
 9
10
11        This is to certify that I, Nicholas Wagner,
12   (the undersigned), do hereby swear and affirm
13   that the attached proceedings before the U.S.
14   Securities and Exchange Commission were held
15   according to the record and that this is the
16   original, complete, true and accurate transcript
17   that has been compared to the reporting or recording
18   accomplished at the hearing.
19
20
21
22   _____     _____
23   (Proofreader's Name)          (Date)
24
25
```