Page 361

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:            )
                             )  File No. HO-12718-A
TRADING IN THE SECURITIES OF )
LIGAND PHARMACEUTICALS, INC. )

WITNESS:   Gregory Lemelson
PAGES:     361 through 707
PLACE:     Securities and Exchange Commission
           100 F Street, NE
           Washington, D.C.
DATE:      Wednesday, July 21, 2016

    The above-entitled matter came on for hearing, pursuant to notice, at 9:25 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

1  APPEARANCES:
2
3  On behalf of the Securities and Exchange Commission:
4      VIRGINIA M. ROSADO DESILETS, ESQ.
5      JEFFREY FINNELL, ESQ.
6      SONIA TORRICO, ESQ.
7      Securities and Exchange Commission
8      100 F Street Northeast
9      Washington, D.C. 20549
10     (202) 5510-4955
11
12 On behalf of the Witness:
13     DOUGLAS F. MacLEAN, ESQ.
14     Armor Compliance
15     22 Batterymarch Street
16     Boston, Massachusetts 02109
17     (617) 501-2055
18
19 ALSO PRESENT:
20     LUCY GAUTHIER, Intern
21
22
23
24
25

```
                                                      Page 363
 1                        C O N T E N T S
 2
 3   WITNESS                                          EXAMINATION
 4   Gregory Lemelson                                     365
 5
 6   EXHIBITS   DESCRIPTION                           IDENTIFIED
 7         25   E-mail                                    368
 8         26   E-mail                                    370
 9         27   E-mail                                    389
10         28   E-mail                                    396
11         29   E-mail                                    413
12         30   E-mail                                    414
13         31   E-mail                                    417
14         32   E-mail                                    421
15         33   E-mail                                    422
16         34   E-mail                                    427
17         35   E-mail                                    428
18         36   Press Release                             453
19         37   10-Q                                      494
20         38   E-mail                                    518
21         39   E-mail                                    520
22         40   E-mail                                    528
23         41   Statements                                539
24         42   Information                               556
25         43   Statements                                578
```

Page 364

1                       C O N T E N T S (CONT.)
2
3     EXHIBITS   DESCRIPTION                                IDENTIFIED
4          44   Article                                          585
5          45   E-mail                                           628
6          46   E-mail                                           629
7          47   E-mail                                           631
8          48   Transcript                                       641
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 365

```
 1              P R O C E E D I N G S
 2          MS. DESILETS:  Back on the record at
 3   9:25 a.m.
 4   Whereupon,
 5              GREGORY LEMELSON
 6   was recalled as a witness and, having been
 7   previously duly sworn, was examined and testified
 8   further as follows:
 9                  EXAMINATION
10          BY MS. DESILETS:
11      Q   Good morning, Father Emmanuel.  Welcome
12   back.
13      A   Good morning.  Thank you.
14      Q   Before we continue, I wanted to summarize a
15   conversation that we had after we went off the record
16   last night.  You had asked us about the formal order
17   of investigation and whether we are investigating
18   Ligand or any other parties, and I informed you that
19   that wasn't information we were at liberty to share or
20   are really ever at liberty to share.
21          You also asked whether it was customary for
22   us to ask background questions about a witness, and
23   particularly about your wife, and I explained that we
24   do usually ask background questions about the witness,
25   and in this particular case, your wife is the owner of
```

```
                                                         Page 705
 1               Welcome back, Father Emmanuel.
 2               THE WITNESS:  Thank you.
 3   BY DESILETS:
 4       Q    While we were off the record, did you have
 5   any substantive communications with the staff of the
 6   SEC?
 7       A    No.
 8       Q    So we're going to recess for the evening,
 9   and meet back at 9 a.m. tomorrow, if that's okay with
10   you?
11       A    Yes.
12            MS. DESILETS:  Okay.  Going off the record at
13   6:20.  I'm sorry?
14            THE WITNESS:  Should we plan on being here
15   the whole day tomorrow?
16            MS. DESILETS:  I think so.  Yes.  I think it
17   probably will be the whole day tomorrow.
18            THE WITNESS:  Okay.
19            MS. DESILETS:  So off the record at 6:20 p.m.
20            (Whereupon, the proceedings adjourned
21   at 6:20 p.m.)
22   * * * * *
23
24
25
```

```
                                                            Page 706
 1                  PROOFREADER'S CERTIFICATE
 2
 3    In the Matter of:    TRADING IN THE SECURITIES OF
 4                         LIGAND PHARMACEUTICALS, INC.
 5    Witness:             Gregory Lemelson
 6    File Number:         HO-12718-A
 7    Date:                July 21, 2016
 8    Location:            Washington, D.C.
 9
10
11         This is to certify that I, Nicholas Wagner,
12    (the undersigned), do hereby swear and affirm
13    that the attached proceedings before the U.S.
14    Securities and Exchange Commission were held
15    according to the record and that this is the
16    original, complete, true and accurate transcript
17    that has been compared to the reporting or recording
18    accomplished at the hearing.
19
20
21
22    _____      _____
23    (Proofreader's Name)             (Date)
24
25
```