Page 708

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:            )
                             )  File No. HO-12718-A
TRADING IN THE SECURITIES OF )
LIGAND PHARMACEUTICALS, INC. )

WITNESS:  Gregory Lemelson
PAGES:    708 through 1009
PLACE:    Securities and Exchange Commission
          100 F Street, NE
          Washington, D.C.
DATE:     Friday, July 22, 2016

The above-entitled matter came on for hearing, pursuant to notice, at 9:15 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

```
                                                         Page 709
 1   APPEARANCES:
 2
 3   On behalf of the Securities and Exchange Commission:
 4       VIRGINIA M. ROSADO DESILETS, ESQ.
 5       JEFFREY FINNELL, ESQ.
 6       SONIA TORRICO, ESQ.
 7       Securities and Exchange Commission
 8       Division of Enforcement
 9       100 F Street Northeast
10       Washington, D.C. 20549
11       (202) 5510-4955
12
13   On behalf of the Witness:
14       DOUGLAS F. MacLEAN, ESQ.
15       Armor Compliance
16       22 Batterymarch Street
17       Boston, Massachusetts 02109
18       (617) 501-2055
19
20   ALSO PRESENT:
21       LUCY GAUTHIER, Intern
22
23
24
25
```

```
 1                    C O N T E N T S
 2
 3   WITNESS                                    EXAMINATION
 4   Gregory Lemelson                                  712
 5
 6   EXHIBITS       DESCRIPTION                   IDENTIFIED
 7        50        Agreement                           721
 8        51        Form S-1                            722
 9        52        Excel Document                      794
10        53        Form 8-K                            826
11        55        E-mail                              851
12        56        Spreadsheet                         854
13        57        E-mail                              903
14        58        E-mail                              913
15        59        E-mail                              915
16        61        E-mail                              931
17        62        Correspondence                      937
18        63        E-mail                              958
19        64        Article                             968
20        65        Response                            969
21        66        Response                            970
22        67        Article                             974
23
24
25
```

```
                                                            Page 711
 1                     C O N T E N T S (CONT.)
 2
 3    EXHIBITS        DESCRIPTION                        IDENTIFIED
 4         68         Article                                   975
 5         69         Press Release                             989
 6         70         E-mail                                   1001
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                          Page 712
 1                    P R O C E E D I N G S
 2            MS. DESILETS:  Going back on the record at
 3     9:15 a.m.
 4     Whereupon,
 5                        GREGORY LEMELSON
 6     was recalled as a witness and, having been
 7     previously duly sworn, was examined and testified
 8     further as follows:
 9                           EXAMINATION
10            BY MS. DESILETS:
11        Q   Welcome back, Father Emmanuel.
12        A   Thank you.
13        Q   While we were off the record, did you have
14     any substantive communications with the staff of the
15     SEC?
16        A   No.  But I did want to say that yesterday
17     off the record, I did have a -- I don't think it's
18     substantive at all, but I did just discuss with our
19     transcriptionist, you know, her work and transcribing
20     and so forth, where she used to work, that kind of
21     thing.  I don't think it's substantive, but just in
22     the interest of having full disclosure.
23        Q   Sure.  Sure.  That's not what we would
24     typically consider substantive.  I think you're right
25     about that, but it's fine to summarize just so that
```

Page 904

```
 1   appears to be.
 2        Q    Do you consider yourself an activist short
 3   seller like Bill Ackman or Michael Burry?
 4        A    Not necessarily, but maybe I am.
 5        Q    You also mentioned Harry Markopolos.
 6        A    Yes.
 7        Q    Have you ever feared for your safety because
 8   of your reports?
 9        A    I've worried about safety from time to time
10   for myself and my family.
11        Q    Has anyone threatened you or your family as
12   a result of these reports?
13        A    For other reports I wrote on mortgage
14   securitization fraud, there were some threats online.
15        Q    Which reports were those?
16        A    The reports I wrote on the Massachusetts SJC
17   cases.
18        Q    You also mention here Socrates.  Is MLK
19   Martin Luther King?
20        A    Yes.
21        Q    Gandhi and the son of God.  Are you
22   comparing yourself to them?
23        A    No.  I'm saying that they were people who
24   spoke the truth.  There were -- some of them, I
25   suppose, were activists.
```

```
                                                        Page 905
 1      Q    You say, "Activists who speak the truth are
 2   always at great risk."  Do you consider yourself an
 3   activist who speaks the truth and is at great risk?
 4      A    Maybe I am an activist, but I don't know if
 5   I'm at great risk.
 6      Q    Do you speak the truth?
 7      A    I try to.
 8      Q    Did Socrates, Martin Luther King, Gandhi or
 9   the son of God have a financial incentive to cause
10   investors to sell stock in a particular company to
11   bring the price down?
12      A    Not that I'm aware of.
13           MS. DESILETS:  Why don't we take a break and
14   go off the record.  It's 2:20 p.m.  We'll take five
15   minutes.
16           (Recess.)
17           MS. DESILETS:  Back on the record at
18   2:32 p.m.
19           BY MS. DESILETS:
20      Q    Welcome back, Father Emmanuel.
21      A    Thank you.
22      Q    While we were off the record, did you have
23   any substantive communications with the staff of SEC?
24      A    No.
25           I did want to just add a few more comments
```

```
                                                         Page 1007
 1             MS. DESILETS:  Thank you.
 2             Counsel, do you have any clarifying
 3   questions?
 4             MR. MacLEAN:  No clarifying questions.
 5   Thanks for your time.
 6             MS. DESILETS:  Thank you, Father Emmanuel.
 7             We have no further questions at this time.
 8   We may, however, call you again to testify in this
 9   investigation.  Should this be necessary, we will
10   contact your counsel.
11             Off the record at 4:55 p.m.
12             (Whereupon, at 4:55 p.m., the examination
13   was concluded.)
14                      * * * * *
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                         Page 1008
 1                 PROOFREADER'S CERTIFICATE
 2
 3    In the Matter of:    TRADING IN THE SECURITIES OF
 4                         LIGAND PHARMACEUTICALS, INC.
 5    Witness:             Gregory Lemelson
 6    File Number:         HO-12718-A
 7    Date:                July 22, 2016
 8    Location:            Washington, D.C.
 9
10
11         This is to certify that I, Nicholas Wagner,
12    (the undersigned), do hereby swear and affirm
13    that the attached proceedings before the U.S.
14    Securities and Exchange Commission were held
15    according to the record and that this is the
16    original, complete, true and accurate transcript
17    that has been compared to the reporting or recording
18    accomplished at the hearing.
19
20
21
22    _____      _____
23    (Proofreader's Name)            (Date)
24
25
```