# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>　　　　　　Defendants,<br><br>　and<br><br>THE AMVONA FUND, LP,<br><br>　　　　　　Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

## PLAINTIFF'S MOTION FOR
## PROTECTIVE ORDER TO PREVENT RULE 30(b)(6) DEPOSITION

Pursuant to Fed. R. Civ. P. 26(c), plaintiff Securities and Exchange Commission moves for a protective order to prevent Defendants from taking a Rule 30(b)(6) deposition of the Commission. In support of this motion, the Commission submits the accompanying memorandum.

Dated:  December 17, 2019

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Marc J. Jones*
　　　　　　　　　　　　　　　　　　　Marc J. Jones (BBO #645910)
　　　　　　　　　　　　　　　　　　　Alfred A. Day (BBO #654436)
　　　　　　　　　　　　　　　　　　　Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　　Boston Regional Office
　　　　　　　　　　　　　　　　　　　33 Arch Street, 24th Floor
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　617-573-8947 (Jones)
　　　　　　　　　　　　　　　　　　　617-573-4537 (Day)
　　　　　　　　　　　　　　　　　　　JonesMarc@sec.gov
　　　　　　　　　　　　　　　　　　　DayA@sec.gov

Attorneys for Plaintiff

Virginia M. Rosado Desilets
Sonia G. Torrico
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549

## CERTIFICATE OF SERVICE

    I certify that on December 17, 2019, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

Dated: December 17, 2019          */s/* Marc J. Jones