UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

**MOTION FOR A MORE DEFINITE STATEMENT OF
DEFENDANTS' UNPLED SELECTIVE ENFORCEMENT DEFENSE**

Pursuant to Fed. R. Civ. P. 12(e), the Commission moves to require Defendants either to provide a more definite statement of their purported selective enforcement defense or to withdraw it. Apart from a passing reference to it in an opposition to a Commission motion, Defendants have never said what their "potential selective enforcement defense" is, leaving the Commission to defend itself against (and give a deposition about) a vague and provisional assertion of that defense. The Commission should not have to proceed to trial without knowing the details of Defendants' selective enforcement affirmative defense. For the reasons stated above, the Court should grant Plaintiff's Motion for a More Definite Statement.

Dated: March 10, 2020

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its Attorneys,

*/s/ Marc Jones*
Marc J. Jones (Mass. Bar #645910)
Alfred A. Day (Mass. Bar #654436)
Boston Regional Office
33 Arch Street
Boston, MA 02110
(617) 573-4537 (Day direct)
(617) 573-4590 (fax)

## LOCAL RULE 7.1 CERTIFICATION

I certify that the parties' counsel have conferred and attempted in good faith to resolve or narrow the issues presented in this motion and accompanying memorandum.

*/s/ Marc Jones*

## CERTIFICATE OF SERVICE

I certify that on March 10, 2020, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

*/s/ Marc Jones*