```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF MASSACHUSETTS

 3   _____
                                    )
 4   SECURITIES AND EXCHANGE        )
     COMMISSION,                    )
 5                                  )
               Plaintiff,           )
 6                                  ) Civil Action No.
          v.                        ) 1:18-cv-11926-PBS
 7                                  )
     GREGORY LEMELSON and LEMELSON  )
 8   CAPITAL MANAGEMENT, LLC,       )
                                    )
 9             Defendants,          )
                                    )
10        and                       )
                                    )
11   THE AMVONA FUND, LP,           )
                                    )
12             Relief Defendant.    )
     _____)
13

14                       VOLUME 1

15       VIDEOTAPED DEPOSITION OF GREGORY (EMMANUEL)

16   LEMELSON, taken on behalf of the Plaintiff at the

17   U.S. Securities and Exchange Commission, 33 Arch

18   Street, Boston, Massachusetts, beginning at 9:35

19   a.m. and ending at 4:55 p.m., on Wednesday,

20   October 16, 2019, before Carol H. Kusinitz,

21   Registered Professional Reporter and Notary Public

22   in and for the Commonwealth of Massachusetts.

23

24

25   JOB No. 191016DWA
```

1

```
 1  APPEARANCES:
 2
    For Plaintiff:
 3
        U.S. Securities and Exchange Commission
 4      Boston Regional Office
        Division of Enforcement
 5      BY: Marc Jones, Esq.
            617.573.8947, JonesMarc@sec.gov
 6          Alfred A. Day, Esq.
            617.573.4537, DAYA@sec.gov
 7      33 Arch Street, Suite 2400
        Boston, MA  02110
 8
        - and -
 9
        U.S. Securities and Exchange Commission
10      Division of Enforcement
        BY: Sonia G. Torrico, Esq.
11          202.551.3515, torricos@sec.gov
        100 F Street, N.E.
12      Washington, DC 20549

13
    For Defendants and Relief Defendant:
14
        Libby Hoopes
15      BY: Douglas S. Brooks, Esq.
            617.338.9300, dbrooks@libbyhoopes.com
16          399 Boylston Street
            Boston, MA  02116
17
18  Also Present:  Elyse Elsenbrook

19

20  Videographer:  Garner Willis

21

22

23

24

25                      * * * *
```

2

```
 1                        I N D E X
 2  WITNESS              EXAMINATION                PAGE
 3  GREGORY (EMMANUEL)
    LEMELSON
 4
                       BY MR. JONES                    8
 5
                          * * * *
 6
                       E X H I B I T S
 7
    NO.                  DESCRIPTION                PAGE
 8
    Exhibit 1   13-page printout from Lemelson        10
 9              Capital Management website headed
                "Lemelson Capital - History"
10
    Exhibit 2   Answer of Defendants to Amended      100
11              Complaint

12  Exhibit 3   Tables and spreadsheets relating to  110
                The Amvona Fund, LP, Bates Nos.
13              Amvona_00001-13

14  Exhibit 4   Multi-page Lemelson Capital          172
                Management document headed "Document
15              12-1, Ligand Pharmaceuticals
                (NASDAQ:LGND)"
16
    Exhibit 5   Multi-page Lemelson Capital          172
17              Management document headed "Document
                12-2 Ligand Pharmaceuticals (NASDAQ:
18              LGND): Appendix"

19  Exhibit 6   Multi-page Lemelson Capital          172
                Management document headed "Document
20              12-3, Update: Lemelson Capital
                Further Increases Short Stake in
21              Ligand Pharmaceuticals (NASDAQ:
                LGND) as LGND EPS Plunges 76 percent
22              in Q2 2014"

23

24

25
                                                        3
```

```
 1              E X H I B I T S (Continued)
 2  NO.                  DESCRIPTION                  PAGE
 3  Exhibit 7    Multi-page Amvona document headed     172
                "Document 12-4, Lemelson Capital
 4              Says Ligand Pharmaceuticals'
                (NASDAQ: LGND) $225M Debt Issuance
 5              Solidifies Company's Insolvency,
                Substantially Raises Specter of
 6              Bankruptcy"
 7  Exhibit 8    Six-page document headed "Document    172
                12-5, Ligand Pharmaceuticals
 8              (NASDAQ: LGND): Institutional
                holders wasting no time dumping
 9              stock in response to mounting
                insolvency and bankruptcy risks"
10
    Exhibit 9    Multi-page GSK document headed        208
11              "Press Release, Second quarter 2014,
                Issued:  Wednesday, 23 July 2014,
12              London U.K."
13  Exhibit 10   Multi-page GSK document headed        215
                "Press release, First quarter 2014,
14              Issued: Wednesday, 30 April 2014,
                London U.K."
15
    Exhibit 11   Multi-page GSK document headed        226
16              "Press Release, Fourth Quarter 2012,
                Issued:  Wednesday, 6 February 2013,
17              London, U.K."
18  Exhibit 12   Four-page email to Jesse Perkins      261
                from Emmanuel Lemelson dated
19              9/6/2014, with list of attachments
20  Exhibit 13   Four-page email to allanrudolf        265
                @yahoo.com from Emmanuel Lemelson
21              dated 9/7/2014, with list of
                attachments
22
    Exhibit 14   Four-page email to johnx99y           266
23              @yahoo.com from Emmanuel Lemelson
                dated 9/7/2014, with list of
24              attachments
25
```

4

```
 1                E X H I B I T S (Continued)
 2   NO.                   DESCRIPTION                    PAGE
 3   Exhibit 15  Three-page email to Dimitrios             269
                Karakoutas from Emmanuel Lemelson
 4              dated 9/17/2014, with list of
                attachments
 5
     Exhibit 16  Three-page email to William Ware          272
 6              from Emmanuel Lemelson dated
                10/3/2014, with list of attachments
 7
     Exhibit 17  Five-page email to ruvent@gmail.com       276
 8              from Emmanuel Lemelson dated
                11/10/2014, with list of attachments
 9
     Exhibit 18  Email to Edward Gu from Emmanuel          279
10              Lemelson dated 10/9/2014, Bates No.
                SEC-Lemelson-E-0366451
11
     Exhibit 19  Email to el@lemelsoncapital.com and       286
12              a long list of bcc's from Emmanuel
                Lemelson dated 6/16/2014,  Bates No.
13              SEC-Lemelson-E-0184019

14   Exhibit 20  Email to el@lemelsoncapital.com and       290
                a long list of bcc's from Emmanuel
15              Lemelson dated 6/19/2014, Bates Nos.
                SEC-Lemelson-E-0117738 - 7740
16
     Exhibit 21  Email chain, the top email to             296
17              Jennifer Bloom from Emmanuel
                Lemelson dated 7/2/2014, with list
18              of attachments, Bates Nos.
                SEC-Lemelson-E-0117738 - 7740
19
     Exhibit 22  Email chain, the top email to Lori        299
20              Schumacher from Emmanuel Lemelson
                dated 7/21/2014, Bates Nos.
21              SEC-Lemelson-E-0042035 - 2039

22   Exhibit 23  Email to Emmanuel Lemelson from           304
                Michael Johns dated 9/3/2014, Bates
23              Nos. SEC-Lemelson-E-0073067 - 3071

24

25
                                                             5
```

```
 1                    E X H I B I T S (Continued)

 2   NO.                    DESCRIPTION                     PAGE

 3   Exhibit 24    Lemelson Capital Management letter        305
                   dated September 4, 2014, headed
 4                 "Dear Partners," from Emmanuel
                   Lemelson, with Appendix, Bates Nos.
 5                 SEC-Lemelson-E-0073131 - 3136

 6   Exhibit 25    Multi-page slide deck titled "The         312
                   Amvona Fund, LP, Long-biased US
 7                 equity fund"

 8   Exhibit 26    Email chain, the top email to Lori        325
                   Schumacher from Emmanuel Lemelson
 9                 dated 8/14/2014, Bates Nos.
                   SEC-Lemelson-E-0119248 - 250 with
10                 attached document headed "Section
                   3 - Investor Signature Page"
11
     Exhibit 27    Objections and Responses to               332
12                 Plaintiff's First Set of
                   Interrogatories to Defendants
13
                              * * * *
14

15                  EXHIBITS BOUND SEPARATELY

16

17

18

19

20

21

22

23

24

25

                                                               6
```

```
                1              P R O C E E D I N G S
                2          THE VIDEOGRAPHER:  We are now recording and
                3   on the record.  My name is Garner Willis.  I'm a
                4   Legal Video Specialist on behalf of Gradillas Court
    09:35:27    5   Reporting.
                6          Today's date is October 16, 2019, and the
                7   time is 9:35 a.m.  This is the deposition of Gregory
                8   Lemelson in the matter of Securities and Exchange
                9   Commission, Plaintiff, versus Gregory Lemelson, et
    09:35:44   10   al., Defendant, in the U.S. District Court of
               11   Massachusetts, Case No. 1:18-cv-11926-PBS.
               12          This deposition is being taken at 33 Arch
               13   Street, Boston, Mass. 02110, on behalf of the
               14   Plaintiff.  The court reporter is Carol Kusinitz of
    09:36:12   15   Doris O. Wong and Associates.
               16          Counsel will state their appearance, and
               17   the court reporter will administer the oath.
               18          MR. JONES:  Good morning.  I'm Marc Jones
               19   for the Plaintiff Securities and Exchange
    09:36:20   20   Commission.
               21          MR. DAY:  Al Day for Plaintiff Securities
               22   and Exchange Commission.
               23          MS. TORRICO:  Sonia Torrico for Plaintiff
               24   Securities and Exchange Commission.
    09:36:30   25          MR. BROOKS:  Good morning.  Doug Brooks,
```

7

```
 1  counsel for Father Emmanuel Lemelson, Lemelson
 2  Capital Management and The Amvona Fund.
 3                  GREGORY (EMMANUEL) LEMELSON
 4  a witness called for examination by counsel for the
 5  Plaintiff, having been satisfactorily identified by
 6  the production of his driver's license and being
 7  first duly sworn by the Notary Public, was examined
 8  and testified as follows:
 9                      DIRECT EXAMINATION
10     BY MR. JONES:
11        Q.   Good morning.
12        A.   Good morning.
13        Q.   My name is Marc Jones.  I'm a Plaintiff --
14  attorney for the Plaintiff, Securities and Exchange
15  Commission.
16             Are you appearing here today pursuant to a
17  subpoena in this litigation?
18        A.   It appears so.
19        Q.   Okay.  Is that a yes?
20        A.   To the best of my knowledge.
21        Q.   Okay.  And for the course of the day, I'm
22  only going to ask you to the best of your knowledge.
23  I can only ask you what you know, and if you don't
24  know, please tell me.
25             If you don't understand one of my
```

8

```
            1  Can you explain what a lay vocation is.
            2      A.   It's a vocation outside of the church.
            3      Q.   Okay.  Is it separate from your work with
            4  the church?
09:41:51    5      A.   Can you explain that question.
            6      Q.   Sure.  Is your -- let's take it in pieces.
            7  Is your work in your lay vocation directed by the
            8  church in any way?
            9      A.   How do you mean?
09:42:07   10      Q.   I mean do they supervise your work in the
           11  finance industry?
           12      A.   Who is "they"?
           13      Q.   The -- well, let me ask you.  You are a
           14  member of which church?
09:42:19   15      A.   I'm a member of the Eastern Orthodox
           16  Church.
           17      Q.   Okay.  Is there a governing body or
           18  individual for the Eastern Orthodox Church?
           19      A.   There's a hierarchy.
09:42:30   20      Q.   Okay.  And that hierarchy is made up of
           21  other people who have been ordained?
           22      A.   Yes.
           23      Q.   And is it also, that hierarchy, made up of
           24  anyone who has not been ordained?
09:42:42   25      A.   Well, it depends on what you mean.
```

14

```
           1        Q.   Okay.
           2        A.   Certainly there are lay persons who work
           3   within the administration of the church.
           4        Q.   Okay.  Do you currently have a role within
09:42:53   5   that church?
           6        A.   Well, of course.
           7        Q.   What is that role?
           8        A.   I'm a priest.
           9        Q.   You're a priest?
09:42:58  10        A.   I'm a presbyter, yes.
          11        Q.   Okay.  "Presbyter" you said?
          12        A.   That's the correct term.
          13        Q.   Okay.  Are you a presbyter of a
          14   congregation?
09:43:07  15        A.   Yes.
          16        Q.   Okay.  What is your -- I should say where
          17   is your congregation?
          18        A.   On D Street in Boston, 245 D Street.
          19        Q.   Okay.  And are you the only presbyter of
09:43:17  20   that congregation?
          21        A.   No.  Other priests are there from time to
          22   time as well.
          23        Q.   Okay.  Are you a full-time priest of that
          24   congregation?
09:43:26  25        A.   I serve at the behest of the bishop,
```

15

```
                1   wherever he asks me to go.
                2        Q.   I understand that.  I'm just asking, in
                3   terms of the time you spend --
                4        A.   So if he asked me to serve there full time,
09:43:36        5   I would do it.
                6        Q.   Okay.  Has he in the past?
                7        A.   Yes.
                8        Q.   Okay. And the "he" there is the bishop of
                9   that congre -- of that --
09:43:42       10        A.   Diocese.
               11        Q.   -- diocese?  Thank you.
               12        A.   Yeah.
               13        Q.   Would it be correct to say that that bishop
               14   of the diocese is the person who you directly report
09:43:51       15   to in your work at the church?
               16        A.   Yes.
               17        Q.   Is that bishop involved in Lemelson Capital
               18   Management in any way?
               19        A.   No.
09:43:59       20        Q.   Okay.  Is anyone else in the church
               21   hierarchy involved in Lemelson Capital Management in
               22   any way?
               23        A.   No.
               24        Q.   Okay.  So would it be fair to say, then,
09:44:10       25   that your lay vocation and your religious vocation
```

                                                                    16

|  |  |
|---|---|
|  | 1   Are you willing to do that, Father? |
|  | 2            THE WITNESS:  Yes. |
|  | 3            MR. JONES:  Okay.  And then the other is |
|  | 4   that we will add approximately a rough half an hour |
| 16:55:37 | 5   to account for the time of putting down the |
|  | 6   deposition today and picking it up another day. |
|  | 7            Mr. Brooks, do you agree to that? |
|  | 8            MR. BROOKS:  Yes. |
|  | 9            MR. JONES:  And, Father Lemelson, do you |
| 16:55:47 | 10  agree with that? |
|  | 11           THE WITNESS:  That's fine. |
|  | 12           MR. JONES:  And with that and understanding |
|  | 13  that we're reserving both time for the Plaintiff and |
|  | 14  if the Defendant wants to do cross-examination that |
| 16:55:55 | 15  day, we will suspend at this point. |
|  | 16           MR. BROOKS:  Excellent.  Agreed. |
|  | 17           THE VIDEOGRAPHER:  The time is now 4:55. |
|  | 18  This is the conclusion of the deposition.  We're off |
|  | 19  the record. |
|  | 20               (Whereupon the deposition |
|  | 21                was adjourned at 4:55 p.m.) |
|  | 22 |
|  | 23 |
|  | 24 |
|  | 25 |

338

```
 1                C E R T I F I C A T E
 2      I, Gregory (Emmanuel) Lemelson, do hereby
 3   declare under penalty of perjury that I have read
 4   the foregoing transcript of my deposition; that I
 5   have made such corrections as noted herein, in ink,
 6   initialed by me, or attached hereto; that my
 7   testimony as contained herein, as corrected, is true
 8   and correct.
 9      _____ I have made corrections to my deposition.
10      _____ I have NOT made any changes to my deposition.
11
12      EXECUTED this _____ day of _____, 2019, at
13   _____, _____.
14        (City)                      (State)
15
16                             _____
                               GREGORY (EMMANUEL) LEMELSON
17                             VOLUME 1
18
19
20
21
22
23
24
25
                                                          339
```

```
 1                         ERRATA SHEET

 2  Deposition of: GREGORY (EMMANUEL) LEMELSON, VOL. 1
    Date taken: October 16, 2019
 3  Case: SEC vs. LEMELSON, et al.
    PAGE LINE
 4  ____ ____      CHANGE:  _____
                   REASON:  _____
 5
                   CHANGE:  _____
 6  ____ ____      REASON:  _____

 7  ____ ____      CHANGE:  _____
                   REASON:  _____
 8
                   CHANGE:  _____
 9  ____ ____      REASON:  _____

10  ____ ____      CHANGE:  _____
                   REASON:  _____
11
                   CHANGE:  _____
12  ____ ____      REASON:  _____

13  ____ ____      CHANGE:  _____
                   REASON:  _____
14
                   CHANGE:  _____
15  ____ ____      REASON:  _____

16  ____ ____      CHANGE:  _____
                   REASON:  _____
17
                   CHANGE:  _____
18  ____ ____      REASON:  _____

19  ____ ____      CHANGE:  _____
                   REASON:  _____
20
                   CHANGE:  _____
21  ____ ____      REASON:  _____

22  ____ ____      CHANGE:  _____
                   REASON:  _____
23

24
    Signed   _____
25  Dated    _____

                                                          340
```

341

```
1    COMMONWEALTH OF MASSACHUSETTS)
2    SUFFOLK, SS.                 )
3        I, Carol H. Kusinitz, RPR and Notary Public in
4    and for the Commonwealth of Massachusetts, do hereby
5    certify that there came before me on the 16th day of
6    October, 2019, at 9:35 a.m., the person hereinbefore
7    named, who was by me duly sworn to testify to the
8    truth and nothing but the truth of his knowledge
9    touching and concerning the matters in controversy
10   in this cause; that he was thereupon examined upon
11   his oath, and his examination reduced to typewriting
12   under my direction; and that the deposition is a
13   true record of the testimony given by the witness.
14       I further certify that I am neither attorney or
15    counsel for, nor related to or employed by, any
16    attorney or counsel employed by the parties hereto
17    or financially interested in the action.
18
19       Under Federal Rule 30:
20            X  Reading and Signing was requested
21               Reading and Signing was waived
22               Reading and Signing was not requested.
23
24
25
```

342

1    In witness whereof, I have hereunto set my hand
2  and affixed my notarial seal this 23rd day of
3  October, 2019.
4  *Paul N. Kusinitz*
5
6  Notary Public
7   Commission expires 5/22/20