1                UNITED STATES DISTRICT COURT
2                  DISTRICT OF MASSACHUSETTS
3    _____
                                     )
4    SECURITIES AND EXCHANGE         )
     COMMISSION,                     )
5                                    )
                  Plaintiff,         )
6                                    ) Civil Action No.
             v.                      ) 1:18-cv-11926-PBS
7                                    )
     GREGORY LEMELSON and LEMELSON   )
8    CAPITAL MANAGEMENT, LLC,        )
                                     )
9                  Defendants,       )
                                     )
10             and                   )
                                     )
11   THE AMVONA FUND, LP,            )
                                     )
12                Relief Defendant.  )
     _____)
13
14
15                    VOLUME 2
16
17             VIDEOTAPED DEPOSITION OF GREGORY
     (EMMANUEL) LEMELSON, taken on behalf of the
     plaintiff, at the U.S. Securities and Exchange
18   Commission, 33 Arch Street, Boston,
     Massachusetts, beginning at 9:19 a.m. and
19   ending at 5:42 p.m., on Tuesday,
     November 12, 2019, before Shannon M. Crowley,
20   Registered Professional Reporter and Notary
     Public in and for the Commonwealth of
21   Massachusetts.
22
23
24
25   JOB NO. 191112BLC

                                                       1

```
 1    APPEARANCES:
 2            For the Plaintiff:
 3            U.S. Securities and Exchange Commission
              BY: Marc Jones, Esq.
 4                Alfred A. Day, Esq.
              Boston Regional Office
 5            Division of Enforcement
              33 Arch Street, Suite 2400
 6            Boston, Massachusetts 02110
              Jonesmarc@sec.gov/617.573.8947
 7            Daya@sec.gov/617.573.4537
 8
              U.S. Securities and Exchange Commission
 9            BY: Sonia G. Torrico, Esq.
              100 F Street, N.E.
10            Washington, DC 20549
              Torricos@sec.gov
11            202.551.3515
12
              For the Defendant and Relief Defendant:
13
              Libby Hoopes
14            BY: Douglas S. Brooks, Esq.
              399 Boylston Street
15            Boston, Massachusetts 02116
              Dbrooks@libbyhoopes.com
16            617.338.9300
17
18    ALSO PRESENT:
19            David Woodford, legal video
              specialist
20
21
22
23
24
25
                                                    2
```

```
 1                        I N D E X

 2

 3    DEPOSITION OF:                              PAGE

 4    GREGORY (EMMANUEL) LEMELSON

 5        EXAMINATION BY MR. JONES                  5

 6

 7                      E X H I B I T S

 8              (Exhibits Bound Separately)

 9    NO.          DESCRIPTION                    PAGE

10    Exhibit 28   Letter dated Sunday, March 27, 2016    20

11    Exhibit 29   Letter dated September 1, 2015    47

12    Exhibit 30   Letter dated May 25, 2016        47

13    Exhibit 31   Appellant's brief               60

14    Exhibit 32   Amended complaint and jury demand    62

15    Exhibit 33   Plaintiffs' response in opposition to    79

16                 Defendants' motion to dismiss

17    Exhibit 34   Wells notice                    92

18    Exhibit 35   Notes of phone call with Bruce Voss   133

19                 dated June 18, 2014

20    Exhibit 36   Form 10-K/A Amendment No. 2     223

21    Exhibit 37   Form 10-Q                       255

22    Exhibit 38   Form 10-K                       320

23

24

                                                    3
```

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
 1                    THE VIDEOGRAPHER:  This is the
 2      start of tape labeled No. 1 to the videotaped
 3      deposition of Father Emmanuel in the matter of
 4      Securities and Exchange Commission versus
 5      Gregory Lemelson and Lemelson Capital
 6      Management, LLC, and The Amvona Fund.
 7                    This deposition is being heard
 8      before the United States District Court in the
 9      District of Massachusetts.  The Civil Action
10      number is 1:18-cv-11926-PBS.
11                    This deposition is taking place at
12      the office of the Securities and Exchange
13      Commission at 33 Arch Street, Boston,
14      Massachusetts, on November 12th, 2019,
15      beginning at 9:20 a.m.
16                    My name is David Woodford, legal
17      video specialist from OTS Video.  The court
18      reporter is Shannon Crowley from Gradillas
19      Reporting.
20                    Would counsel present please
21      introduce yourselves and your affiliations, and
22      the witness will be sworn.
23                    MR. JONES:  Good morning.  I am
24      Marc Jones for the Securities and Exchange
25      Commission, plaintiff in this action.
```

4

1                    MR. DAY:  Al Day for the SEC.

2                    MS. TORRICO:  Sonia Torrico for the

3      SEC.

4                    MR. BROOKS:  Doug Brooks, Libby

5      Hoopes for the defendants.

6

7

8

9                    GREGORY (EMMANUEL) LEMELSON,

10     Deponent, having first been satisfactorily

11     identified and duly sworn by the Notary Public,

12     deposes and states as follows:

13

14

15

16

17     EXAMINATION BY MR. JONES:

18          Q.    Good morning.

19          A.    Good morning.

20          Q.    Father, this is going to be the

21     resumption of testimony that we took a few

22     weeks back.  You recall being here?

23          A.    I do.

24          Q.    Actually in the same room.  The same

25     ground rules will apply.  I don't know if you

                                               5

```
 1    an answer depends on certain factors, please
 2    just tell me what those factors are.
 3              For instance, if I ask you a question
 4    about something and it depends on whether it is
 5    2013 or 2014 or 2015, please make that part of
 6    your answer.
 7              Is all of that clear, Father?
 8      A.    Yes.
 9      Q.    Do you have any questions before we
10    start?
11      A.    No.
12      Q.    Okay.  And I should probably put on
13    the record, you are represented by counsel here
14    today as you were last time?
15      A.    Obviously.
16      Q.    And your counsel is Mr. Brooks?
17      A.    Yes.
18         MR. BROOKS:  Yes.
19    BY MR. JONES:
20      Q.    Okay.  Father, are you a Greek
21    Orthodox priest?
22      A.    Yes.
23      Q.    Okay.  And when did you become a
24    Greek Orthodox priest?
25      A.    In 2011.
```

7

1      Q.    And are you part of an Albanian

2  Orthodox Church at this point?

3      A.    I am assigned to the Albanian

4  Orthodox Dioceses, an exarchate of the

5  Ecumenical Patriarchate.

6      Q.    I'm going to ask you to slow down

7  just a little bit, and keep your voice up just

8  so that - especially as we go through some of

9  these religious words, so we can get them all

10  down.

11          Could you give that answer again?  I

12  didn't quite catch it.

13      A.    Yes.  I'm assigned to the Albanian

14  Diocese of America.

15      Q.    Okay.  And is the Albanian Diocese

16  part of the Greek Orthodox Metropolitan Diocese

17  of Boston?

18      A.    No.

19      Q.    And is it entirely separate from the

20  Greek Orthodox Diocese?

21      A.    So do you want me to get into the

22  ecclesiology of the Orthodox Church?  We can do

23  that.

24      Q.    I just want an answer to the

25  question.  Is the Albanian Orthodox --

8

1        A.      So that would be part of a discussion
2   of the ecclesiology in the Orthodox Church.
3        Q.      Well, I guess I don't know what
4   "ecclesiology" means, so I can't answer your
5   question.
6        A.      The structure of the authority and
7   administrative guidelines of the church.  If
8   you want to get into that, we can.
9        Q.      Sure.  Why don't you tell me in what
10  way the Albanian Orthodox Church is separate
11  that you are part of and currently assigned to
12  - actually, let me ask you a predecessor
13  question.
14          Who assigned you to the Albanian
15  Orthodox Church that you are currently
16  affiliated to?
17       A.      The Ecumenical Patriarchate.
18       Q.      Okay.  And was there a particular
19  person or persons who assigned you there?
20       A.      The Archbishop of America.
21       Q.      Okay.  And the Archbishop of America,
22  is it the current Archbishop of America or a
23  previous Archbishop of America?
24       A.      The current Archbishop of America.
25       Q.      Okay.  And when were you assigned

9

```
1      there?

2           A.     2011.

3           Q.     Had you previously been assigned to

4      any Greek Orthodox Churches?

5           A.     You don't have an official assignment

6      when you are a layperson.

7           Q.     Okay.  Well, I believe you just - oh,

8      you mean before you were ordained?

9           A.     Yes.

10          Q.     You were ordained as a Greek Orthodox

11     priest?

12          A.     Orthodox runs along ethnic lines.

13          Q.     Okay.

14          A.     It is one church:  Romanian Orthodox,

15     Albanian Orthodox, Russian Orthodox, Greek

16     Orthodox.  It's all one church.

17          Q.     Okay.  So you are Albanian?

18          A.     I'm not Albanian.

19          Q.     Okay.

20          A.     I was assigned to the Albanian

21     Diocese of America is what I said, right?

22          Q.     Yes.  And then you told me it ran

23     along ethnic lines, so that was my follow-up

24     question, but let me ask another one.

25          A.     That's correct.  Ethnic churches run
```

                                                        10

1    along ethnic lines.  That has nothing to do

2    with my ethnic background.

3         Q.    Okay.  Have you ever been part of the

4    Metropolitan Diocese of Boston in the Greek

5    Orthodox Church?

6         A.    That's an incoherent question.  You

7    have to repeat it.  "Metropolitan Diocese,"

8    where do you get these words?  I don't know --

9         Q.    I was getting them off what I thought

10   was the Metropolitan Diocese website, but --

11        A.    Never heard it referred to that way.

12        Q.    Well, is there a Greek Orthodox

13   Diocese in Boston?

14        A.    Yes.

15        Q.    And how do you refer to it?

16        A.    The Metropolis of Boston.

17        Q.    The Metropolis of Boston?

18        A.    Yes.

19        Q.    So I got my terminology mixed up

20   there a little bit.  Yes?

21        A.    Yes.  As has often been the case.

22        Q.    Thanks.  I appreciate that.

23        A.    You're welcome.

24        Q.    Have you ever been part of the

25   Metropolitan of Boston?

                                                    11

1        A.    Metropolis of Boston you mean?

2        Q.    Metropolis of Boston.

3        A.    They have asked me to serve in their

4    churches from time to time.

5        Q.    Okay.  And when was that?

6        A.    Well, in 2014, 2015, that time frame.

7        Q.    And who asked you?

8        A.    The Metropolitan himself.

9        Q.    And is it the - that metropolitan who

10   asked you the current metropolitan?

11       A.    Yes.

12       Q.    And what is his name?

13       A.    Methodios.

14       Q.    Methodios, okay.  And does he have a

15   lay name, also?

16       A.    He does.

17       Q.    And what is it?

18       A.    Tournas, that's his name.

19       Q.    Tournas, is that a first name, last

20   name or --

21       A.    Last name.

22       Q.    And does he have a first name?

23       A.    I don't recall right now.

24       Q.    Okay.

25       A.    We don't usually use secular names

                                                  12

1     after ordination.

2          Q.    Understood.  Okay.  At any time were

3     you turned down for ordination?

4          A.    No.

5          Q.    Were you rejected from ordination in

6     any way?

7          A.    No.  I declined ordination.

8          Q.    You declined ordination.  Can you

9     explain to me the circumstances in which you

10    declined ordination?

11         A.    In 2004, the Metropolitan of Boston

12    asked to ordain me and I declined.

13         Q.    Why?

14         A.    I felt I wasn't ready.

15         Q.    Okay.  And at any time in 2011 did

16    you turn down ordination?

17         A.    I still felt unprepared.

18         Q.    Okay.  And is that a yes?

19         A.    I told the Metropolitan that I was

20    unworthy to be a priest.

21         Q.    Okay.  And then what was the

22    consequence of you telling him that?

23         A.    He said join the club.

24         Q.    And then what happened?

25         A.    Then he moved forward with my

13

1    ordination.

2         Q.    He --

3         A.    Moved forward with my ordination.

4         Q.    Oh, moved forward.  I'm sorry.

5         A.    He requested to ordain me.

6         Q.    Okay.  And did he, in fact, ordain

7    you?

8         A.    Yes.

9         Q.    And then you were ordained into that

10   Metropolitan?

11        A.    I was ordained into the Ecumenical

12   Patriarchate.  He is the Hierarch of the

13   Ecumenical Patriarchate.

14        Q.    And by using the word "hierarch,"

15   could you tell me what you mean by that term?

16        A.    A bishop, a hierarch, a metropolitan,

17   an archbishop, any level above presbyter.

18             THE STENOGRAPHER:  Any level above

19   what?

20             THE WITNESS:  Presbyter.

21   BY MR. JONES:

22        Q.    That is P-R-E-S-B-Y-T-E-R?

23        A.    Correct.

24        Q.    And that's your current status within

25   the church, correct?

                                              14

1           A.      Yes.

2           Q.      You are a presbyter?

3           A.      Yes.

4           Q.      And have you been a presbyter since

5     2011?

6           A.      Yes, I have.

7           Q.      Okay.  At any time between 2011 and

8     the present, has your status as a presbyter

9     changed in any way?

10          A.      How would it change?

11          Q.      I don't know.  That's why I'm asking.

12          A.      No.  It hasn't changed.

13          Q.      Okay.  I have read in various sources

14    that the term "father" is a term of affection

15    for a presbyter; is that correct?

16          A.      Perhaps.  It's the proper address for

17    a canonically ordained priest.

18          Q.      Well, so that's what I would like to

19    ask you about.  I have actually read something

20    that - well, a few things that basically says

21    that presbyters are often referred to as

22    father, though that is not an official title.

23    Is that a correct statement?

24          A.      I don't think so.

25          Q.      So father is your official title?

                                                    15

1        A.    Universally, priests are referred to

2    as father.  I'm not sure what your sources are.

3        Q.    Well, I'm looking at - currently

4    looking at something called OrthodoxWiki, and

5    it also appears in --

6        A.    In every Orthodox country and every

7    Catholic country, a priest is referred to as

8    father.

9        Q.    Even by the lay people?

10       A.    Yes.

11       Q.    Everywhere?

12       A.    As far as I know.

13       Q.    Regardless of the religion?

14       A.    When you say "regardless of the

15   religion," do you mean --

16       Q.    Are you referring to just Greek

17   Orth - just Orthodox priests?

18       A.    I have never heard of a Catholic

19   priest not being referred to as father either.

20       Q.    So as far as you are concerned,

21   father is an official title of yours?

22       A.    What do you mean by "official"?

23       Q.    Well, a senator's official title is

24   senator.  The president's official title is

25   president of the United States.  You are a

                                                    16

1    presbyter.  I am asking if Father --

2         A.    He is addressed as Mr. President,

3    actually, right, I mean, the address?  So there

4    is a protocol and an address.

5              A priest is addressed as father.

6    That is the proper address.  Just like the

7    president is addressed as Mr. President.

8         Q.    Father, I'm not asking you about the

9    proper address, all right.  I'm asking you

10   about official title, whether your official

11   title is father or not?

12             MR. BROOKS:  Objection to the form.

13        A.    Reverend father, father, reverend

14   father, presbyter, they are all legitimate.

15        Q.    Legitimate or official?

16        A.    Depends on what language, actually.

17        Q.    Well, I'm going to confine us to

18   English today.

19        A.    I'm sure.

20        Q.    For mine own part, it is Greek to me.

21   So in English, is father your official title?

22        A.    Yes.  It's the correct address for a

23   priest.

24        Q.    See, I see what you did there.  You

25   talked about the correct address.  But I'm

                                              17

1     asking you --

2          A.    It is loaded language.

3          Q.    Okay.

4          A.    As has often been the case.

5          Q.    In what way is that loaded, sir?

6          A.    Well, your questions are designed to

7     confuse the issue, and I'm just telling you

8     that that's the correct address for a

9     canonically ordained priest is father.

10         Q.    So you are not going to answer

11    whether or not it's your official title?

12         A.    I'm a presbyter, which means elder of

13    the church, from the Greek presbyteros.  I'm

14    addressed as father or reverend father.

15               Is there something else you want to

16    know about that?

17         Q.    In what you just told me then,

18    presbyter is your official title?

19         A.    No.  It's rank.

20         Q.    It's your rank?

21         A.    Yes.

22         Q.    Are you considered a Hierarch as well

23    as a presbyter?

24         A.    No.

25         Q.    Okay.  Only someone who is above

                                                    18

1   presbyter is a Hierarch?

2        A.    Correct.

3        Q.    Got it.

4        A.    There is a hierarchy which exists

5   amongst presbyters, however.

6        Q.    Okay.  So putting aside the term

7   "hierarch," you are saying there is a hierarchy

8   among presbyters?

9        A.    There is always a hierarchy in the

10  church.

11       Q.    Okay.  It's not my church, Father, so

12  I don't know all of this.

13       A.    Just like the SEC.  It is just like

14  the SEC, right?

15       Q.    You are absolutely right about the

16  SEC.  There is always a hierarchy here as well.

17  So where do you sit in that hierarchy, Father?

18       A.    Well, that depends on the date of

19  ordination.  It's relative.

20       Q.    So it is based on seniority?

21       A.    Yes.

22       Q.    Okay.  So you are more senior than

23  the people who are ordained after you, and less

24  senior than those before?

25       A.    Correct.

19

```
 1          Q.    Okay.  Any other factors go into that
 2    hierarchy?
 3          A.    There are special designations.
 4          Q.    Do you have any special designations?
 5          A.    No.
 6                MR. JONES:  Can we mark that as
 7    Exhibit 28.
 8
 9                (Exhibit 28, Letter dated
10                Sunday, March 27, 2016, marked.)
11
12    BY MR. JONES:
13          Q.    Father, do you have Exhibit 28 in
14    front of you?
15          A.    I do.
16          Q.    Is this a letter that you wrote?
17          A.    It appears to be.
18          Q.    Okay.  And to whom did you write it?
19          A.    To my bishop.
20          Q.    And what is the name of your bishop?
21          A.    Bishop Ilia.
22          Q.    All right.  Is that --
23          A.    I'm sorry.  Metropolitan Ilia.  He
24    was just elevated.
25          Q.    Okay.  But he was bishop at the time?
```

20

1         A.    Yes.

2         Q.    And is that I-L-Y-A?

3         A.    I-L-I-A.

4         Q.    I-L-I-A.  Thank you.  And what was

5    your purpose in writing this letter?

6         A.    I have to refamiliarize myself with

7    it.

8         Q.    Take a look.

9         A.    So this appears to be a letter that

10   is designed just to keep him in the loop, so to

11   speak, to communicate with him, as I often do.

12        Q.    So there were no events that led up

13   to you writing this letter?

14             MR. BROOKS:  Object to the form.

15        A.    I don't recall a specific event, no.

16        Q.    Starting on page 2 of your letter, it

17   talks about an article in Bloomberg; is that

18   correct?

19        A.    Yes.  The one that I believe that you

20   leaked to Bloomberg.

21             THE STENOGRAPHER:  I'm sorry?

22             THE WITNESS:  Yes.  The article

23   that I believe is a result of your leaks to the

24   media.  Yes.  That one.

25

                                                    21

1      example of circumstantial evidence.

2           Q.     Agreed, Father, and I'm asking you

3      about that circumstantial evidence now.

4           A.     So what do you want to know?  I told

5      you what the Bloomberg's attorneys testified

6      to.  That's one piece of evidence.

7           Q.     Okay.  Are there any others that you

8      have that are not attorney/client privileged?

9           A.     Not that I can think of at this

10     moment.

11          Q.     Okay.

12          A.     But I'm sure there are others.  If I

13     think of them, I'll share them with you.  I

14     know that point bothers you and the SEC, as it

15     bothered Virginia a great deal.

16          Q.     Sir --

17               MR. BROOKS:  Just answer the

18     question.

19          Q.     -- wait for the question.  The letter

20     that is Exhibit 28 here.

21          A.     Yes.

22          Q.     You just decided to keep Father Ilia

23     up to date on what you were doing?

24          A.     Bishop Ilia.

25          Q.     Bishop Ilia?

                                                    27

1        A.    Actually, Metropolitan Ilia now.  I

2    always keep him up to date.

3        Q.    So this is one of a series of

4    letters?

5        A.    I communicate openly and freely with

6    him like a father.

7        Q.    Is this one of a series of letters?

8        A.    I don't know how many e-mails I've

9    sent him over the years.  I'm sure it is many.

10       Q.    Okay.  About halfway down the first

11   page, you write, "Further, such a lay vocation

12   is hardly incongruent with the priesthood."

13             Do you see that there, Father?

14       A.    Yes.

15       Q.    The lay vocation would be your

16   vocation as a financial advisor and hedge fund

17   manager?

18       A.    Yes.

19       Q.    Is that correct?

20       A.    Analyst.

21       Q.    Analyst?

22       A.    Commentator.

23       Q.    All of those?

24       A.    Blogger, yes.  However you would like

25   to describe me.

                                                    28

```
 1          Q.    Why do you feel it's necessary in
 2     March 2016 to tell Bishop --
 3          A.    Can I interrupt you for a second?
 4     I'm sorry.  Can I interrupt for a second?  I
 5     want to ask counsel a question, since you
 6     didn't get the question out.
 7          Q.    Yes.  That question wasn't out.  You
 8     guys want to step out and --
 9               MR. BROOKS:  Yes.  Let's do that.
10               MR. JONES:  I believe the room next
11     door is open, Doug.
12               THE VIDEOGRAPHER:  Off the record
13     at 9:40 a.m.
14
15               (Recess.)
16
17               THE VIDEOGRAPHER:  On the record at
18     9:46 a.m.
19     BY MR. JONES:
20          Q.    Okay.  Father, are there any previous
21     answers - we took a break because you needed to
22     talk to your counsel.
23          A.    Yes.
24          Q.    Is there anything that you have
25     answered about previously that you need to
```

                                                            29

1    expound on or expand on or change based on the

2    discussion?

3         A.    Yes.  I believe that this is

4    protected communication with my bishop.  That's

5    what I discussed with my counsel.

6         Q.    Okay.  And what is the basis for that

7    belief?

8         A.    Well, this is private communication

9    between a priest and his bishop.  I believe it

10   to be protected communication.

11              I don't think it should be discussed.

12   I don't know how it was produced.

13        Q.    I'll represent to you, Father, that

14   you and your counsel produced this letter to us

15   approximately four years ago.

16        A.    It may have been an error.

17        Q.    Okay.

18        A.    It was likely an error.

19        Q.    You believe that this is protected in

20   what way?

21        A.    Well, the same way that communication

22   between a priest and penitent is protected.

23              MR. JONES:  All right.  Mr. Brooks,

24   are you asserting that this is a privileged

25   communication?

                                                    30

```
 1              MR. BROOKS:  No.  But we're

 2     reserving all our rights.  Frankly, I'm not

 3     sure about whether or not it is privileged in

 4     the same way that a priest/penitent would.

 5              So I would suggest we go forward

 6     and reserve all our rights as we always do

 7     anyway.

 8              MR. JONES:  Understanding you're

 9     reserving your rights, I guess if we are making

10     a record, I would say that to the extent that

11     you are answering questions about the document,

12     those answers will stand on the record, and it

13     won't be that part of the record is privileged

14     later.

15              Your decision to answer about it

16     now will constitute, you know, your willingness

17     to answer on this topic.

18              MR. BROOKS:  And we can fight that

19     out later.

20              MR. JONES:  Okay.  Good.  All

21     right.

22     BY MR. JONES:

23        Q.   Father, why did you feel it necessary

24     or why did you include the sentence in your

25     letter that says, "Further, such a lay vocation
```

31

```
1     is hardly incongruent with the priesthood"?
2          A.    Well, my job is to explain,
3     elucidate, communicate with my bishop.
4     Everything I do is with his blessing.
5          Q.    Father, why did you include the
6     sentence, "Further, such a lay vocation is
7     hardly incongruent with the priesthood" in your
8     letter?
9          A.    To dispel any misconceptions which
10    may exist, I suppose.  It has been four years
11    now.  It has been a long time.
12         Q.    Yes.  All right.  So "dispel
13    misconceptions," is that what you said, sir?
14         A.    Sure.
15         Q.    Did you feel at the time that you
16    wrote this letter that there could, in fact, be
17    misconceptions about your lay vocation?
18         A.    I have always believed there was a
19    possibility for misunderstanding from the very
20    beginning.
21         Q.    Okay.  And did you believe that then
22    Bishop Ilia might harbor those misconceptions?
23         A.    No, not him.
24         Q.    So then why are you writing it to
25    him?
```

32

```
 1          A.    I suspected - I suspect now.  I'm
 2    partly speculating.  It has been four years -
 3    that at the time he was probably going to be
 4    receiving phone calls and e-mails from the
 5    Bloomberg article, which was designed to arouse
 6    public indignation and, as you know, was full
 7    of lies and slander, that that would be
 8    something that would blow back on him as my
 9    bishop.
10          Q.    I see.
11          A.    I suspect that is what I was
12    thinking.  And, in fact, I believe he mentioned
13    that he received a call from another clergyman
14    expressing concern.
15          Q.    Do you remember who --
16          A.    That seemed to be the point of the
17    article, anyways, wasn't it, destroy my
18    reputation publicly?
19          Q.    Did then Bishop Ilia tell you who the
20    other clergyman was that you just referenced?
21          A.    Yes.
22          Q.    And what was the name of that
23    clergyman?
24          A.    Father Alex Karloutsos.
25          Q.    Could you spell that last name, sir?
```

33

```
1            A.      K-A-R-L-O-U-T-S-O-S.

2            Q.      Is Father Karloutsos - did I

3       pronounce that right?

4            A.      Uh-huh.

5            Q.      Karloutsos part of the Albanian

6       Orthodox --

7            A.      Jurisdiction?

8            Q.      -- jurisdiction?

9            A.      No.

10           Q.      What jurisdiction is he part of?

11           A.      He is part of the Greek Orthodox

12      Archdiocese.

13           Q.      What did then Bishop Ilia tell you

14      about what Father Karloutsos said?

15           A.      I don't believe he told me anything

16      that Father Karloutsos said.  I think he just

17      said he received a call, and that it was

18      obvious what the reporters from Bloomberg were

19      trying to do.

20           Q.      All right.  Just a point of

21      clarification, Father.  It was - you said that

22      it was obvious what the reporters from

23      Bloomberg were trying to do.

24                   Is that something that Bishop Ilia

25      said was his opinion or Father Karloutsos'
```

                                                34

1    opinion?

2         A.    It was his opinion.  I believe he

3    said he received a call from Father Alex

4    Karloutsos.  He did not share with me the

5    contents of that call in my recollection.

6              This conversation took place in the

7    altar.  I believe it's also a thousand percent

8    privileged, but I'm answering it at the advice

9    of my counsel.

10        Q.    Okay.  On the third page of your

11   letter, about halfway you state, "There was

12   never an intention to create controversy, but

13   have come to understand that controversy is not

14   necessarily bad either."

15             What is the "controversy" that you

16   are referring to in that sentence?

17        A.    Well, clearly the Wall Street Journal

18   and Bloomberg have sought to create this

19   salacious story, again, designed to arouse

20   public indignation and create controversy.

21             Much like your press release,

22   actually, which was also filled with lies.  And

23   your complaint, which was filled with lies,

24   which you know was filled with lies.

25             It creates controversy.  When people

                                                    35

1    lie and are not honest, it creates controversy,

2    Marc.

3         Q.    Are you done, Father?

4         A.    I am.

5         Q.    The sentence ahead of that --

6         A.    I think it is important to document

7    that.

8         Q.    Well, Father --

9         A.    Don't you?

10        Q.    -- today we're trying to go question

11   and answer, and so I would appreciate it if you

12   confined your answers to the questions.

13             I understand that you have a lot you

14   would like to say.

15        A.    That was part of my answer.

16        Q.    And I would like you to take time to

17   consider what is answering my question and what

18   is just things that you would like to say.

19        A.    Well, that was part of my answer.

20        Q.    Now --

21        A.    I just want to say that was part of

22   my answer regarding controversy.  I'm doing as

23   good a job as I can to be thorough.

24             I think it is important to state all

25   of the aspects that I think are responsive to

                                                  36

 1     your question.

 2          Q.     We'll take it question at a time,

 3     Father.

 4                Next question.  You wrote, "The

 5     church in the west has a long history of

 6     persecuting clerics because their ideas were

 7     controversial at times, but much later proven

 8     correct and incorporated into the church's

 9     doctrine - God willing, the church of the east

10     will make the same error as it seeks to

11     interact with a western world."

12          A.     That should have said will seek -

13     will make - will seek not to make the same

14     error.

15          Q.     What is the error you are referring

16     to there?

17          A.     Let me read the paragraph.

18                This is referring to the western

19     church's interaction with the enlightenment

20     period beginning with Galileo.

21                Their resistance to science and the

22     incorporation of ancient Greek philosophy and

23     the reason into their faith that we see from

24     the time of Saint Thomas Aquinas forward.

25                I'm stating in this paragraph that I

                                                    37

```
 1    believe that the east - as it increasingly

 2    becomes westernized, the eastern churches will

 3    not make the same errors.

 4         Q.    And you reference persecuting clerics

 5    here.  I believe you talk about Galileo and

 6    others.

 7         A.    Sure.

 8         Q.    But it seems that you are expressing

 9    a concern or, I guess, expressing a hope with

10    your amendment to that sentence, expressing a

11    hope that the church of the east would not

12    engage in a persecution of clerics because

13    their ideas were controversial; is that

14    correct?

15         A.    Yes.

16         Q.    And you had a concern at the time

17    that you wrote this letter that it was possible

18    that you would be persecuted for your

19    controversial ideas?

20         A.    No.

21         Q.    So this paragraph doesn't refer to

22    you?

23         A.    I never felt that my bishop did not

24    understand me.

25         Q.    So what was the purpose of writing
```

38

1     this paragraph?

2          A.     To speak openly about the issues

3     facing the eastern churches as it emerges

4     increasingly in the western world, as it

5     interacts increasingly with its indigenous

6     presence in the west and English speaking

7     countries.

8               And that it would not make the same

9     mistakes that the Latin or Catholic Church

10    made.

11         Q.     Does this paragraph have anything to

12    do with your work - with your lay vocation?

13         A.     I think it gave - my lay vocation

14    gave me an opportunity to think about the

15    broader issues and to share with the bishop my

16    thinking on it as it affected the body of the

17    church.

18         Q.     Did you have a concern at the time

19    that you wrote this letter that some within

20    your church would be upset about your

21    activities in your lay vocation?

22         A.     No.  I only worry about what my

23    bishop thinks.  I answer to him, and he has

24    shown nothing but love and support.  I don't

25    answer to anybody else.

39

1              In fact, his words were immediately
2    paternal, loving, and supporting before I wrote
3    this e-mail.
4         Q.    Can you go to the paragraph prior,
5    Father, the one that starts with, "Let the work
6    speak for itself."  Do you see where I am?
7         A.    Uh-huh.
8         Q.    The second sentence says, "What
9    foolishness the chancellor's letter espouses,
10   to take away the image of a priest when it is
11   bringing the faithful into the church who
12   otherwise might not come."
13             Do you see that there, sir?
14        A.    Yes.
15        Q.    What is the chancellor's letter that
16   you are referring to there?
17        A.    I'm referring to the chancellor's
18   comments to the Wall Street Journal, a
19   metropolis I don't serve and don't belong to.
20        Q.    So you refer to the chancellor's
21   comments to the Wall Street Journal as a
22   letter?
23        A.    Well, that's the chancellor - this
24   probably refers to his comments to the Wall
25   Street Journal, the chancellor with the

                                                    40

```
1        Metropolis of Boston, not the Albanian Diocese.
2                   But it also refers to a letter sent
3        by the chancellor and the bishop, which they
4        should not have sent to me, since I'm not
5        assigned to their diocese and never have been.
6                   In fact, I declined.  They asked to
7        bring me into their diocese.  I declined.  That
8        was in writing.
9                   And after the Wall Street Journal
10       piece, I did receive a letter, actually, now
11       that I recall.
12       Q.   Okay.  What was the topic of the
13       letter?
14       A.    That it had created controversy.
15       That my interaction with the Wall Street
16       Journal had created controversy.
17       Q.   Okay.  And what was the purpose of
18       writing the letter that you - well, let me
19       rephrase that.
20                   How did you interpret the purpose of
21       writing the letter?
22       A.    I would only be speculating, but I
23       believe the Metropolitan of Boston and the
24       chancellor - and the chancellor had a long
25       history of showing contempt towards me prior to
```

41

```
1      these events.  It was a sort of
2      self-protection.
3             I don't think they understood my
4      work.  I think my work was profoundly and
5      deliberately twisted by Rob Copeland of the
6      Wall Street Journal.
7             And I think it left the Metropolitan
8      in Boston confused as to what I was really
9      engaged in.
10         Q.    Father, I believe your answer --
11         A.    But that's just speculation.
12         Q.    I believe your answer just referenced
13     self-protection.  Is that the term you used?
14         A.    I'm only speculating.
15         Q.    Okay.  What do you believe the
16     Metropolitan was protecting itself from?
17         A.    Bad publicity.  Rob Copeland's
18     article was clearly designed to create a bad
19     image.  He told me that was what he was doing
20     before he published it.
21         Q.    He told you that it was his goal to
22     create a bad image?
23             MR. BROOKS:  Object to the form.
24         A.    He told me if I didn't disclose
25     personal details of my investors, that he would
```

42

1   make sure he wrote an article that was

2   unbelievably negative.

3          That I would be shocked at the

4   comments if I didn't give him what he wanted.

5   Q.   And was part of that controversy that

6   there was a concern about - also related to the

7   Bloomberg article?

8   A.   No.  That had nothing to do with the

9   chancellor and the Metropolis of Boston by that

10  time.

11  Q.   So just about the Wall Street Journal

12  article?

13  A.   The Metropolis of Boston asked me to

14  serve their diocese.  I declined.  Then the

15  Wall Street Journal article came out.

16          It created - the Metropolitan sent me

17  a letter saying it was creating controversy.  I

18  must have been speaking to that when I wrote to

19  Bishop Ilia, my bishop.  And that's what I

20  recall.

21  Q.   Okay.  The chancellor's letter that

22  you are referring to here --

23  A.   Uh-huh.

24  Q.   -- I take it you said that they are -

25  you are not part of their diocese, correct?

                                             43

1        A.    They asked me to be, but I declined.

2        Q.    Right.  And so you do not have a

3    hierarchal relationship between that chancellor

4    and yourself?

5        A.    That's correct.  So in the Orthodox

6    Church, a priest has to have a letter of

7    assignment.

8             The Metropolitan would have had to

9    have asked for me to be released from Bishop

10   Ilia.

11            Actually, at that time I may have

12   still been assigned to the Metropolis of

13   Switzerland.

14            I declined at any rate.  The request

15   came through the Ecumenical Patriarchate saying

16   that Methodios wanted to have me serve parishes

17   in his diocese.  I declined.

18            And shortly thereafter, after the

19   Wall Street Journal article, I received this

20   letter.

21       Q.    What I'm trying to get at, Father, is

22   whether or not there is any protected privilege

23   between the chancellor that wrote this letter

24   and yourself?

25            Is there any, as you understand it?

44

```
 1      And I understand - I'm not asking for legal
 2      conclusion.  I'm asking whether there is a --
 3          A.    I don't know, but I --
 4              THE STENOGRAPHER:  Wait, let him
 5      finish.
 6   BY MR. JONES:
 7          Q.    Let me finish the question.
 8              Whether there is a priest related
 9      relationship - let me rephrase that.
10              There is a priest/penitent related
11      relationship between you and that chancellor?
12          A.    I don't know the answer.  I suspect
13      that it's all privileged communication.
14          Q.    Based on what?
15          A.    The fact that there is matters
16      involving communications between priests and
17      bishops, which I understand to be the same as
18      between priest and penitent.
19          Q.    Do you still have a copy of this
20      chancellor's letter, Father?
21          A.    I suspect I do.
22          Q.    I may have asked you this before, but
23      just in case, the name of the chancellor who
24      wrote you that later?
25          A.    Theodore Barbas.
```

45

1      Q.    Is that his priestly name or his lay
2    name?
3      A.    I don't know.
4      Q.    Okay.  And he is different from the
5    Metropolitan of Boston?
6      A.    That's correct.
7      Q.    And the name of the Metropolitan of
8    Boston is?
9      A.    Methodios.
10      Q.    Methodios, okay.  And Methodios is
11    the one that you say asked you to serve as part
12    of the Metropolitan of Boston?
13      A.    Yes, yes.  Barbas always asked me to
14    serve as well.  So the chancellor carries out
15    the operational duties of the bishop, the
16    metropolitan.
17            Both of them were asking me all the
18    time to serve in their parishes.  And, finally,
19    the Metropolitan asked me through the
20    Ecumenical Patriarchate if I would join his
21    diocese permanently and to serve his churches.
22      Q.    Is there a reason that you turned
23    down Methodios?
24      A.    I love Bishop Ilia.  He married me.
25    He is a wise man.  And I have no inclination to

46

```
 1      serve another diocese.
 2                     MR. JONES:  Mark this as the next
 3      one.
 4
 5                     (Exhibit 29, Letter dated
 6                     September 1, 2015, marked.)
 7
 8                     MR. JONES:  While you are at it,
 9      mark this as 30.
10
11                     (Exhibit 30, Letter dated May
12                     25, 2016, marked.)
13
14      BY MR. JONES:
15          Q.    Father, do you have Exhibits 29 and
16      30 in front of you?
17          A.    I do.
18          Q.    Do you recognize Exhibit 29 to be a
19      subpoena to you at Lemelson Capital Management
20      to produce documents related to an
21      investigation named in the Matter of Trading in
22      the Securities of Ligand Pharmaceuticals, Inc.?
23          A.    Yes.
24          Q.    And do you see that there is -
25      starting about three pages from the end - a
```

47

1     their capital.

2               And I think they recognized that,

3     even though you are making the completely

4     ludicrous claim that somehow I perpetrated a

5     fraud on them.  None of them believe that or

6     feel that way.

7               So that's why I contacted 200

8     brokers.  I think a lot of other people would

9     have given up, probably after 20.

10              MR. JONES:  Nonresponsive.  Move to

11    strike.

12              THE WITNESS:  I think it is

13    responsive.  I think it is very responsive.

14              MR. JONES:  We're concluded.

15              THE VIDEOGRAPHER:  This is the end

16    of tape No. 5.  This will conclude today's

17    session of the videotaped deposition of Father

18    Emmanuel.  Off the record at 5:42 p.m.

19

20              (Whereupon at 5:42 p.m. the

21               deposition was suspended.)

22

23

24

25

                                                  409

```
1              C E R T I F I C A T E

2       I, Gregory (Emmanuel) Lemelson, do hereby

3   declare under penalty of perjury that I have read

4   the foregoing transcript of my deposition; that I

5   have made such corrections as noted herein, in ink,

6   initialed by me, or attached hereto; that my

7   testimony as contained herein, as corrected, is true

8   and correct.

9       _____ I have made corrections to my deposition.

10      _____ I have NOT made any changes to my deposition.

11

12      EXECUTED this _____ day of _____, 2019, at

13  _____, _____.

14        (City)                    (State)

15

16                         _____

                           GREGORY (EMMANUEL) LEMELSON

17                         VOLUME 2

18

19

20

21

22

23

24

25

                                               410
```

```
                          ERRATA SHEET
   Deposition of: GREGORY (EMMANUEL) LEMELSON, VOL. 2
   Date taken: November 12, 2019
   Case: SEC vs. LEMELSON, et al.
   PAGE LINE
   ____  ____      CHANGE: _____
                   REASON: _____

   ____  ____      CHANGE: _____
                   REASON: _____
   ____  ____      CHANGE: _____
                   REASON: _____

   ____  ____      CHANGE: _____
                   REASON: _____
   ____  ____      CHANGE: _____
                   REASON: _____

   ____  ____      CHANGE: _____
                   REASON: _____
   ____  ____      CHANGE: _____
                   REASON: _____

   ____  ____      CHANGE: _____
                   REASON: _____
   ____  ____      CHANGE: _____
                   REASON: _____

   ____  ____      CHANGE: _____
                   REASON: _____
   ____  ____      CHANGE: _____
                   REASON: _____

   ____  ____      CHANGE: _____
                   REASON: _____
   ____  ____      CHANGE: _____
                   REASON: _____


   Signed  _____

   Dated   _____
```

411

<u>CERTIFICATE</u>

Commonwealth of Massachusetts
Suffolk, ss.

I, Shannon M. Crowley, Registered
Professional Reporter, and Notary Public in and
for the Commonwealth of Massachusetts, do hereby
certify:

That GREGORY (EMMANUEL) LEMELSON,
the witness whose deposition is hereinbefore set
forth, was duly sworn by me and that such
deposition is a true record of the testimony
given by the said witness.

IN WITNESS WHEREOF, I have hereunto
set my hand and notarial seal this 21st day of
November, 2019.

SHANNON M. CROWLEY
Notary Public

My commission expires
on March 2, 2023