Message

| | |
|---|---|
| **From:** | Foehr, Matt [MFoehr@ligand.com] |
| **Sent:** | 1/4/2013 10:15:37 AM |
| **To:** | Steven Pessagno [Steven.L.Pessagno@gsk.com] |
| **Subject:** | FW: Cantor/LGND: Lowering Promacta HCV Estimates; Downgrading to HOLD and $23 PT from $28 |
| **Attachments:** | ATT00001.dat; Cantor LGND.pdf |
| **Importance:** | High |

Greetings Steve – and Happy 2013. I hope you had a great holiday break. If possible, I wanted to try to touch base with you very briefly today (either by phone or e-mail, whatever is easiest for you) on a general question on reimbursement for Promacta in HCV. A financial analyst issued a report (attached) early this morning calling the reimbursement for Promacta "non-existent". To me, that seems a flawed view and almost impossible given the very sick small subset of HCV patients that it is indicated for in the US. Do you know who would be able to comment on reimbursement landscape or know a bit about that – I assume Steve Crane?

Thank you very much!

All the best,
Matt

Matt Foehr
Chief Operating Officer
Ligand Pharmaceuticals Inc.
11119 North Torrey Pines Road, Suite 200
La Jolla, CA 92037
O: 858.550.7555
M: 858.888.5805

[cid:732f6c6f676f732f63616e746f725f6c6f676f5f656d61696c2e6a7067@MIME-Lite-HTML-1.23]

Cantor Fitzgerald
Equity Research

January 4, 2013

Irina Rivkind
212-915-1237
irivkind@cantor.com<mailto:irivkind@cantor.com>


SPECIALTY PHARMACEUTICALS



Ligand Pharmaceuticals (LGND - HOLD - $23.00)



Lowering Promacta HCV Estimates; Downgrading to HOLD and $23 PT from $28

Adjusting Estimates, Lowering Price Target, Lowering Rating

· Feeling more bearish on Promacta HCV: After attending a Hepatitis C lecture and speaking with physicians at the New York Society for Gastrointestinal Endoscopy on December 19 we are lowering our estimates on Promacta in the Hepatitis C (HCV) indication from $337M to $67.5M in 2017. Our reasons are as follows: (1) Physician awareness of Promacta in HCV is minimal a month after its approval and reimbursement is believed to be non-existent; (2) doctors indicated that low platelet levels are not a key reason for keeping very sick HCV patients off interferon treatments; (3) presenters indicated that effective non-interferon treatments are expected to be introduced in the next 2-3 years (which does not allow time for significant Promacta ramp, in our view); and (4) weekly prescription trends are not showing any significant pick-up since approval. We realize it is still quite early in the HCV launch, but initial signals thus far are not encouraging, so we are moving to the sidelines and introducing a HOLD rating.

· Other rationale for the downgrade: Aside from Kyprolis news we see few near-term data catalysts that may propel the stock in 1H:13. While management has indicated that it will not pursue dilutive financing, we still worry that the company's $8M cash position may be insufficient to take it through 2013. We also await a generic filer announcement on Promacta that could overhang the stock.

· Where we are relative to guidance: In 2013 we model revenues of $41.8M and EPS of $0.36, which is in line with guidance of $41-44M and $0.35. In 2014 our estimates fall below guidance (we model revenues of $55M and adjusted EPS of $0.80, which is below management's estimate of >$60M and >$1.05). We believe that our lowered Promacta estimates and slightly higher expense assumptions account for the difference.

· What can make us change our view: We would get more bullish with stronger-than-expected Promacta sales, significant partner data readouts, and advancement of the company's internally developed programs. GSK is pursuing oncology indications for Promacta that are currently excluded from our estimates and any progress on that front would be a positive for the stock. Management can also pursue M&A to boost its top line. Though we believe that these events are likely to play out over the longer term, near term we think that the stock is fairly valued.

For the full pdf report, click here.<https://cantor2.bluematrix.com/sellside/EmailDocViewer?encrypt=1ec3f29c-a981-469c-b6d5-9aa7daa64248&mime=pdf&co=cantor2&id=mfoehr@ligand.com&source=mail>

Cantor Fitzgerald & Co. and its subsidiaries (collectively, "we" or "Cantor Fitzgerald") archive and review outgoing and incoming e-mail. It may be produced at the request of regulators or in connection with civil litigation. Cantor Fitzgerald accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited. This is neither an offer nor a solicitation of an offer to buy or sell securities. Opinions or estimates constitute our best judgment at this time and are subject to change without notice. Information upon which this material is based was obtained from sources believed to be reliable but has not been verified, and we provide no representation as to its accuracy. Cantor Fitzgerald and its respective directors, officers and employees may buy or sell securities mentioned as agent or principal. This information is for use by professional or institutional investors only. No investments or services mentioned or described are available to "retail clients" as defined by the rules of the U.K. Financial Services Authority or to anyone in Canada not a "Designated Institution."



Confidential                    Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.                    LGND_0000192



Company Update
January 4, 2013
SPECIALTY PHARMACEUTICALS

Equity Research

Irina Rivkind
212-915-1237
irivkind@cantor.com

## Ligand Pharmaceuticals (LGND-$20.42)

**Rating: HOLD**
**Target Price: $23.00**

### Lowering Promacta HCV Estimates; Downgrading to HOLD and $23 PT from $28

| REV   | 1Q    | 2Q      | 3Q      | 4Q    |
|-------|-------|---------|---------|-------|
| 2011A | 3.9A  | 7.5A    | 5.7A    | 12.9A |
| 2012E | 5.6A  | 5.7A    | 6.4A    | 13.0E |
| 2013E | —     | —       | —       | —     |
| **EPS**   | **1Q**    | **2Q**      | **3Q**      | **4Q**    |
| 2011A | 0.51A | (0.05)A | (0.19)A | 0.22A |
| 2012E | 0.06A | (0.13)A | (0.01)A | 0.18E |
| 2013E | —     | —       | —       | —     |

| FY   | 2011A | 2012E | 2013E |
|------|-------|-------|-------|
| REV  | 30.0A | 30.8E | 41.8E |
| *Prev* | — | — | *41.6E* |
| EPS  | 0.49A | 0.10E | 0.36E |
| *Prev* | — | — | *0.37E* |
| P/E  | 41.7x | — | 56.7x |

**Feeling more bearish on Promacta HCV:** After attending a Hepatitis C lecture and speaking with physicians at the New York Society for Gastrointestinal Endoscopy on December 19 we are lowering our estimates on Promacta in the Hepatitis C (HCV) indication from $337M to $67.5M in 2017. Our reasons are as follows: (1) Physician awareness of Promacta in HCV is minimal a month after its approval and reimbursement is believed to be non-existent; (2) doctors indicated that low platelet levels are not a key reason for keeping very sick HCV patients off interferon treatments; (3) presenters indicated that effective non-interferon treatments are expected to be introduced in the next 2-3 years (which does not allow time for significant Promacta ramp, in our view); and (4) weekly prescription trends are not showing any significant pick-up since approval. We realize it is still quite early in the HCV launch, but initial signals thus far are not encouraging, so we are moving to the sidelines and introducing a HOLD rating.

**Other rationale for the downgrade:** Aside from Kyprolis news we see few near-term data catalysts that may propel the stock in 1H:13. While management has indicated that it will not pursue dilutive financing, we still worry that the company's $8M cash position may be insufficient to take it through 2013. We also await a generic filer announcement on Promacta that could overhang the stock.

**Where we are relative to guidance:** In 2013 we model revenues of $41.8M and EPS of $0.36, which is in line with guidance of $41-44M and $0.35. In 2014 our estimates fall below guidance (we model revenues of $55M and adjusted EPS of $0.80, which is below management's estimate of >$60M and >$1.05). We believe that our lowered Promacta estimates and slightly higher expense assumptions account for the difference.

**What can make us change our view:** We would get more bullish with stronger-than-expected Promacta sales, significant partner data readouts, and advancement of the company's internally developed programs. GSK is pursuing oncology indications for Promacta that are currently excluded from our estimates and any progress on that front would be a positive for the stock. Management can also pursue M&A to boost its top line. Though we believe that these events are likely to play out over the longer term, near term we think that the stock is fairly valued.

**Current Statistics**

| Market Cap ($Mil)              | $407.7   | Float Shares (Mil): | 20.000 |
|--------------------------------|----------|---------------------|--------|
| Avg. Daily Trading Volume (3 mo.): | 136,040 | Dividend Yield:     | 0.00%  |
| Shares Out (Mil):              | 19.964   |                     |        |

The Disclosure Section may be found on pages 5 - 6.



January 4, 2013

**Valuation**

We rely on discounted cash flow analysis (DCF) applied to discounted cash flows from 2013-2020 to derive our $23 price target (down from $28 previously), which supports our downgrade to HOLD from BUY. We use a 13% weighted average cost of capital (WACC) to account for increased risk associated with the biotech pipeline and potential partnership terminations, and a 1% terminal growth rate. We are not thinking about takeout at this time, though it is conceivable that one of the company's CAPTISOL partners or a financial buyer may want to own Ligand to preserve royalty streams.

**Risks**

1. Generic overhang for Promacta is a risk, since we would expect a generic filer to emerge after the fourth year of New Chemical Entity market exclusivity **after November 20, 2012**. We expect GlaxoSmithKline to reach a settlement with the yet unnamed generic filer.
2. Lower-than-expected market penetration of key partnered royalty-generating assets. If our market penetration assumptions for Promacta and Kyprolis are overly generous, then the company may receive lower royalty streams. We believe that our estimates are already conservative.
3. Clinical and regulatory risk that leads to pipeline failures. In the past, Ligand partners have terminated multiple early-stage clinical programs that also truncated future revenue streams. We believe that this risk remains for the company's partnered assets but see it as less significant given the stable contribution from Promacta and pending revenue streams from CE-Melphalan.
4. CAPTISOL obsolescence could occur as companies develop new drug formulation technologies.
5. Management may acquire a technology that is not believed to be valuable by investors.

Confidential        Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.        LGND_0000194



January 4, 2013

**Exhibit 1: Ligand Income Statement (dollars in millions, except per share data)**

| | 2009 | 2010 | 2011 | 1Q:12A | 2Q:12A | 3Q:12A | 4Q:12E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | | | | |
| Royalties | 8.3 | 7.3 | 9.2 | 3.1 | 3.0 | 3.2 | 4.9 | 14.1 | 23.9 | 35.0 | 48.0 | 61.8 | 75.6 | 85.8 | 95.5 | 104.4 |
| Material Sales | - | - | 12.1 | 0.7 | 1.7 | 1.8 | 5.8 | 9.9 | 14.6 | 16.7 | 18.4 | 19.7 | 20.7 | 21.5 | 21.9 | 20.8 |
| Collaborative Revenues and Other | 30.6 | 16.3 | 8.7 | 1.9 | 1.1 | 1.3 | 2.4 | 6.7 | 3.4 | 3.0 | 2.9 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 |
| **Total Revenues** | 38.9 | 23.5 | 30.0 | 5.6 | 5.7 | 6.4 | 13.0 | 30.8 | 41.8 | 54.8 | 69.3 | 84.2 | 99.0 | 110.1 | 120.2 | 128.0 |
| COGS | - | - | 4.9 | 0.2 | 0.4 | 0.7 | 2.3 | 3.5 | 4.6 | 5.4 | 6.3 | 7.1 | 7.8 | 8.5 | 9.0 | 8.8 |
| **Gross Profit** | 38.9 | 23.5 | 25.1 | 5.5 | 5.3 | 5.7 | 10.7 | 27.2 | 37.2 | 49.3 | 63.0 | 77.1 | 91.2 | 101.5 | 111.2 | 119.2 |
| G&A | 15.2 | 12.8 | 15.0 | 3.5 | 3.9 | 4.4 | 4.3 | 16.1 | 16.6 | 17.6 | 18.6 | 19.7 | 20.7 | 21.9 | 23.2 | 24.2 |
| R&D | 39.9 | 22.1 | 10.3 | 2.8 | 2.9 | 2.6 | 2.6 | 10.9 | 11.7 | 13.0 | 13.9 | 14.6 | 15.3 | 16.0 | 16.8 | 17.3 |
| Other | (6.2) | 17.9 | 0.6 | (0.1) | 0.2 | (0.0) | - | 0.2 | - | - | - | - | - | - | - | - |
| **EBIT** | (10.0) | (29.3) | (0.7) | (0.8) | (1.7) | (1.3) | 3.8 | 0.0 | 8.9 | 18.7 | 30.6 | 42.9 | 55.2 | 63.7 | 71.2 | 77.7 |
| Other income (expense) | 0.1 | 13.9 | (2.9) | (0.0) | (2.3) | 1.3 | 0.2 | (0.8) | (0.8) | (0.9) | (1.0) | (1.1) | (1.2) | (1.4) | (1.5) | (1.6) |
| Pre-tax Income | (9.9) | (15.4) | (3.56) | (0.77) | (4.0) | (0.1) | 4.0 | (0.8) | 8.0 | 17.8 | 29.5 | 41.7 | 53.9 | 62.3 | 69.7 | 76.1 |
| Tax Rate | 3.9% | | 373.0% | 4.5% | -8.5% | N/A | 12.0% | 2.7% | 5.0% | -613.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% |
| Tax | 1.5 | (2.6) | (13.3) | (0.0) | 0.3 | (0.1) | 0.5 | 0.6 | 0.4 | (108.9) | 11.2 | 15.9 | 20.5 | 23.7 | 26.5 | 28.9 |
| Income (loss) from continuing operations | (8.3) | (12.8) | 9.7 | (0.7) | (4.3) | (0.2) | 3.5 | (1.7) | 7.6 | 126.6 | 18.3 | 25.9 | 33.4 | 38.6 | 43.2 | 47.2 |
| Discontinued operations | 6.4 | 2.4 | 0.0 | 1.9 | 1.8 | - | - | 3.7 | - | - | - | - | - | - | - | - |
| **Net income** | (1.9) | (10.4) | 9.7 | 1.1 | (2.5) | (0.2) | 3.5 | 1.9 | 7.6 | 126.6 | 18.3 | 25.9 | 33.4 | 38.6 | 43.2 | 47.2 |
| Income (loss) from continuing operations | ($0.44) | ($0.65) | $0.49 | ($0.04) | ($0.22) | ($0.01) | $0.18 | ($0.09) | $0.36 | $5.99 | $0.87 | $1.23 | $1.58 | $1.83 | $2.05 | $2.23 |
| Discontinued operations | $0.34 | $0.12 | $0.00 | $0.10 | $0.09 | $0.00 | $0.00 | $0.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Shares | 18.9 | 19.6 | 19.7 | 19.7 | 19.9 | 19.9 | 20.0 | 19.9 | 21.1 | 21.1 | 21.1 | 21.1 | 21.1 | 21.1 | 21.1 | 21.1 |
| **GAAP EPS** | ($0.10) | ($0.53) | $0.49 | $0.06 | ($0.13) | ($0.01) | $0.18 | $0.10 | $0.36 | $5.99 | $0.87 | $1.23 | $1.58 | $1.83 | $2.05 | $2.23 |
| Pre-tax Income | | | | | | | | | $17.8 | $29.5 | $41.7 | $53.9 | $62.3 | $69.7 | $76.1 | |
| Cash Tax Rate | | | | | | | | | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | |
| Cash Tax | | | | | | | | | 0.9 | 0.6 | 0.8 | 1.1 | 1.2 | 1.4 | 1.5 | |
| Adjusted Net Income | | | | | | | | | $16.9 | $28.9 | $40.9 | $52.9 | $61.1 | $68.3 | $74.6 | |
| **Adjusted EPS** | | | | | | | | | $0.80 | $1.37 | $1.94 | $2.50 | $2.89 | $3.23 | $3.53 | |
| Consensus Revenues | | | | | | | 13.0 | 30.6 | 43.2 | 59.2 | 84.4 | 118.8 | | | | |
| Consensus EPS | | | | | | | $0.22 | $0.09 | $0.37 | $3.37 | $1.39 | $1.99 | | | | |
| **Margin Analysis** | 2009 | 2010 | 2011 | 1Q:12A | 2Q:12A | 3Q:12A | 4Q:12E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
| Gross Margin | | | 55.1% | 76.8% | 73.9% | 62.4% | 60.0% | 68.3% | 68.2% | 75.1% | 77.4% | 80.0% | 81.4% | 81.8% | 81.7% | 82.2% |
| COGS | | | 44.9% | 23.2% | 26.1% | 37.6% | 40.0% | 31.7% | 31.8% | 24.9% | 22.6% | 20.0% | 18.6% | 18.2% | 18.3% | 17.8% |
| G&A | 39.1% | 54.5% | 49.9% | 62.2% | 68.6% | 68.7% | 33.0% | 58.1% | 43.9% | 32.2% | 26.8% | 23.4% | 20.9% | 19.9% | 19.3% | 18.9% |
| R&D | 102.4% | 93.8% | 34.3% | 50.0% | 49.6% | 41.5% | 20.0% | 40.3% | 31.3% | 23.8% | 20.0% | 17.3% | 15.5% | 14.5% | 14.0% | 13.5% |
| Operating Margin | -25.6% | -124.5% | -2.3% | -13.6% | -30.1% | -20.7% | 29.3% | -8.8% | 37.1% | 53.4% | 63.7% | 69.4% | 73.0% | 74.2% | 74.5% | 74.4% |
| Net Income Margin | -5.0% | -44.1% | 32.3% | 20.1% | -44.0% | -3.0% | 27.2% | 0.0% | 31.9% | 361.8% | 38.2% | 41.9% | 44.2% | 45.0% | 45.2% | 45.2% |
| **Growth (Y/Y)** | 2009 | 2010 | 2011 | 1Q:12A | 2Q:12A | 3Q:12A | 4Q:12E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
| Revenues | | -40% | 28% | 45% | -23% | 11% | 1% | 2% | 36% | 31% | 27% | 22% | 18% | 11% | 9% | 6% |
| COGS | | | | -70% | -73% | -3% | 12% | -29% | 34% | 17% | 17% | 12% | 11% | 9% | 5% | -2% |
| Gross Profit | | -40% | 7% | 63% | -9% | 13% | -1% | 8% | 37% | 33% | 28% | 22% | 18% | 11% | 10% | 7% |
| G&A | | -16% | 17% | 2% | 2% | 11% | 16% | 8% | 3% | 6% | 5% | 6% | 5% | 6% | 6% | 4% |
| R&D | | -45% | -53% | 42% | -12% | 7% | 0% | 6% | 7% | 11% | 6% | 5% | 5% | 4% | 5% | 3% |
| EBIT | | 194% | -98% | -48% | 114% | -59% | -21% | -101% | 165487% | 110% | 64% | 40% | 29% | 15% | 12% | 9% |
| Other income (expense) | | 14533% | -121% | 100% | -6208% | 362% | -159% | 72% | -5% | -10% | -10% | -10% | -10% | -10% | -10% | -10% |
| Pre-tax Income | | -56% | 77% | 78% | -416% | 99% | -11% | 78% | 1114% | -121% | 66% | 41% | 29% | 16% | 12% | 9% |
| Tax | | -270% | -407% | -100% | 140% | -745% | 218% | 105% | 38% | 27177% | -110% | 41% | 29% | 16% | 12% | 9% |
| Net income | | -432% | 194% | -89% | 177% | 95% | -19% | -80% | -292% | -1558% | -86% | 41% | 29% | 16% | 12% | 9% |
| GAAP EPS | | -412% | 193% | -89% | -174% | 95% | -20% | -80% | 271% | 1558% | -86% | 41% | 29% | 16% | 12% | 9% |
| Non-GAAP EPS | | | | | | | | | | 71% | 41% | 29% | 16% | 12% | 9% | |

*Source: Company reports, Cantor Fitzgerald estimates, and FactSet consensus*

3



January 4, 2013

Exhibit 2: Ligand Sales Estimates (dollars in millions)

| | 2009 | 2010 | 2011 | 1Q:12A | 2Q:12A | 3Q:12A | 4Q:12E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Royalties** | | | | | | | | | | | | | | | | |
| Promacta | | | | | | | | | | | | | | | | |
| **Total Promacta** | 12 | 40 | 98 | 39 | 43 | 47 | 55 | 184.0 | 277.3 | 347.3 | 405.6 | 440.9 | 466.1 | 473.2 | 475.7 | 478.4 |
| Growth | | 233% | 145% | 144% | 126% | 68% | 57% | 88% | 51% | 25% | 17% | 9% | 6% | 2% | 1% | 1% |
| <$100M Sales = 4.7% | | | | 4.7% | 4.7% | 4.7% | | 4.7% | | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% |
| Sales $100-200M = 6.6% | | | | | | | 6.6% | 6.6% | | 6.6% | 6.6% | 6.6% | 6.6% | 6.6% | 6.6% | 6.6% |
| Sales $200-400M = 7.5% | | | | | | | | | | 7.5% | 7.5% | 7.5% | 7.5% | 7.5% | 7.5% | 7.5% |
| >$400M Sales = 9.4% | | | | | | | | | | 9.4% | 9.4% | 9.4% | 9.4% | 9.4% | 9.4% | 9.4% |
| >$1,500M Sales = 9.3% | | | | | | | | | | | | | | | | |
| **Royalty to Ligand** | 0.6 | 1.9 | 4.6 | 1.6 | 1.8 | 2.0 | 3.4 | 8.9 | 16.6 | 22.3 | 26.8 | 30.1 | 32.5 | 33.2 | 33.4 | 33.7 |
| Growth | | 233% | 145% | 119% | 105% | 54% | 109% | 94% | 86% | 35% | 20% | 12% | 8% | 2% | 1% | 1% |
| Avinza (pain) | | | | | | | | | | | | | | | | |
| Reported Sales (1-Quarter delay)* | 120.2 | 101.5 | 86.1 | 19.0 | 18.9 | 17.7 | 18.1 | 73.6 | 60.4 | 48.3 | 37.7 | 28.6 | 21.5 | - | - | - |
| Growth | | -15.5% | -15.2% | -19.7% | -13.4% | -14.0% | -9.8% | -14.5% | -18.0% | -20.0% | -22.0% | -24.0% | -25.0% | -100% | -100% | -100% |
| <$200M Sales = 5.0% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 0% | 0% | 0% |
| **Royalty to Ligand** | 6.0 | 5.1 | 4.3 | 1.0 | 1.0 | 0.9 | 0.9 | 3.8 | 3.2 | 2.4 | 1.9 | 1.4 | 1.1 | - | - | - |
| Growth | | -16% | -15% | -15% | -13% | -8% | -12% | -12% | -15% | -25% | -22% | -24% | -25% | -100% | | |
| Nexterone (heart rhythm abnormalities) | | | | | | | | | | | | | | | | |
| Reported sales* | | | 0.8 | 0.9 | 1.3 | 1.9 | 2.0 | 6.1 | 15.2 | 22.1 | 26.7 | 30.2 | 32.6 | 34.3 | 35.0 | 35.6 |
| Growth | | | | | | | 1340% | 195% | 659% | 150.0% | 45.0% | 21.0% | 13.0% | 8.0% | 5.0% | 2.0% | 2.0% |
| Estimated royalty=4% | | | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| **Royalty to Ligand** | | | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.2 | 0.5 | 0.9 | 1.1 | 1.2 | 1.3 | 1.4 | 1.4 | 1.4 |
| Growth | | | | | | | 1340% | 3583% | 161% | 77% | 21% | 13% | 8% | 5% | 2% | 2% |
| Carfilzomib (multiple myeloma) | | | | | | | | | | | | | | | | |
| Onyx-reported Sales | | | | | | 18.6 | 25 | 43.6 | 196.2 | 412.0 | 721.0 | 1,009.4 | 1,312.3 | 1,561.6 | 1,749.0 | 1,854.0 |
| Growth | | | | | | | | | 350.0% | 110.0% | 75.0% | 40.0% | 30.0% | 19.0% | 12.0% | 6.0% |
| <$250M Sales = 1.5% | | | | | | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% |
| Sales $251-500M =2% | | | | | | | | | | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Sales $501-750M = 2.5% | | | | | | | | | | | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% |
| >$750M Sales = 3.0% | | | | | | | | | | | | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| **Royalty to Ligand** | | | | | | | 0.28 | 0.28 | 2.5 | 7.0 | 14.3 | 22.8 | 31.9 | 39.3 | 45.0 | 48.1 |
| Growth | | | | | | | | | | | 104% | 60% | 40% | 23% | 14% | 7% |
| **Other Royalty** | 1.8 | 0.3 | 0.3 | 0.4 | 0.2 | 0.2 | 0.2 | 0.9 | 1.1 | 1.4 | 2.0 | 3.1 | 4.6 | 6.9 | 10.3 | 15.5 |
| Growth | | -82% | -6% | 573% | -14% | 123% | -728% | 211% | 20% | 20% | 50% | 50% | 50% | 50% | 50% | 50% |
| CE-Melphalan (multiple myeloma) | | | | | | | | | | | | | | | | |
| Sales | | | | | | | | | | 5.0 | 9.5 | 15.7 | 21.3 | 25.2 | 27.2 | 28.5 |
| Growth | | | | | | | | | | | 90% | 65% | 36% | 18% | 8% | 5% |
| Ligand Estimated Royalty | | | | | | | | | | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| **Royalty to Ligand** | | | | | | | | | | 1.0 | 1.9 | 3.1 | 4.3 | 5.0 | 5.4 | 5.7 |
| Growth | | | | | | | | | | | | | | | | |
| **Total Royalties** | 8.3 | 7.3 | 9.2 | 3.1 | 3.0 | 3.2 | 4.9 | 14.1 | 23.9 | 35.0 | 48.0 | 61.8 | 75.6 | 85.8 | 95.5 | 104.4 |
| Growth | | -13% | 27% | 54% | 37% | 32% | 86% | 53% | 69% | 46% | 37% | 29% | 22% | 13% | 11% | 9% |
| **Material Sales** | | | 12.1 | 0.7 | 1.7 | 1.8 | 5.8 | 9.9 | 14.6 | 16.7 | 18.4 | 19.7 | 20.7 | 21.5 | 21.9 | 20.8 |
| Growth | | | | -35% | -44% | 8% | -11% | -18% | 47% | 15% | 10% | 7% | 5% | 4% | 2% | -5% |
| **Collaborative R&D and Other** | 30.6 | 16.3 | 8.7 | 1.9 | 1.1 | 1.3 | 2.4 | 6.7 | 3.4 | 3.0 | 2.9 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 |
| Growth | | -47% | -46% | 116% | -53% | -18% | -38% | -22% | -50% | -10% | -5% | -5% | 0% | 0% | 0% | 0% |
| **Total Revenues** | 38.9 | 23.5 | 30.0 | 5.6 | 5.7 | 6.4 | 13.0 | 30.8 | 41.8 | 54.8 | 69.3 | 84.2 | 99.0 | 110.1 | 120.2 | 128.0 |
| Growth | | -39.6% | 27.6% | 44.7% | -23.1% | 11.0% | 0.7% | 2.5% | 35.9% | 30.9% | 26.5% | 21.5% | 17.6% | 11.1% | 9.2% | 6.5% |

Source: Company reports and Cantor Fitzgerald estimates

Confidential                    Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.                    LGND_0000196

## Company Description

*Ligand has a unique business model focused on internal drug development and external collaborations with large partners in the pharmaceutical and biotech space. The company develops promising molecules and then out-licenses them in exchange for milestones and royalty fees. Ligand also supplies partners with CAPTISOL, a drug formulation technology that allows for drug solubility, stability, and tolerability. CAPTISOL serves as an important source of material sales and royalty revenues for the company. Key partnered assets include Promacta for thrombocytopenia and Kyprolis for multiple myeloma. Ligand is also working to commercialize or partner its own proprietary form of CAPTISOL-enabled Melphalan for use as a conditioning agent during stem cell transplant procedures.*

## Companies Mentioned:

GlaxoSmithKline plc (GSK - NYSE): NC
Ligand Pharmaceuticals (LGND - NASDAQ): HOLD

## Disclosures Appendix

### Analyst Certification

The analyst primarily responsible for this research report, and whose name appears on the front cover, certifies that: (i) all of the views expressed in this research report accurately reflects his or her personal views about any and all of the subject securities or issuers featured in this report; and (ii) no part of any of the research analyst's compensation was, is, or will be, directly or indirectly related to the specific recommendations or views expressed by the research analyst in this report.

### Legal Disclosures

Cantor Fitzgerald and/or its affiliates has received compensation for banking-related services from Ligand Pharmaceuticals within the last 12 months.

Investment banking (next 3 months): Cantor Fitzgerald and/or its affiliates, expect to receive, or intend to seek, compensation for investment banking services within the next three months from all of the companies referenced within this report.

Lead or Co-manager: Cantor Fitzgerald and/or its affiliates, has not acted as lead or co-manager in a public offering of equity and/or debt securities for Ligand Pharmaceuticals within the last 12 months

Cantor Fitzgerald and/or its affiliates is not a market maker in Ligand Pharmaceuticals.

### Cantor Fitzgerald's rating system

**BUY:** We have a positive outlook on the stock based on our expected 12 month return relative to its risk. The expected return is based on our view of the company and industry fundamentals, catalysts, and valuation. We recommend investors add to their position.
**HOLD:** We have a neutral outlook on the stock based on our expected 12 month return relative to its risk. The expected return is based on our view of the company and industry fundamentals, catalysts, and valuation.
**SELL:** We have a negative outlook on the stock based on our expected 12 month return relative to its risk. The expected return is based on our view of the company and industry fundamentals, catalysts, and valuation. We recommend investors reduce their position.
**NC:** Not Covered. Cantor Fitzgerald does not provide an investment opinion or does not provide research coverage on this stock.

Prior to September 12, 2006, Cantor Fitzgerald had the below ratings:
BUY - denotes stocks that we expect will provide a total return (price appreciation plus yield) of 15% or more over a 12-month period. a BUY rated stock is expected to outperform the total average return of analyst's industry coverage universe on a risk adjusted basis.
HOLD - denotes stocks that we suggest will provide a total return or total negative return of up to 15% over 12-month period. A HOLD rated stock is expected to perform in-line with the total average return of the analyst's industry coverage universe on a risk adjusted basis.
SELL - denotes stocks that we expect to provide a total negative return of more than 15% over a 12 month period. A SELL rated stock is expected to underperform the total average return of the analyst's industry coverage universe on a risk adjusted basis.
NC - Not Covered. Cantor Fitzgerald does not provide research coverage on this company.

### Other Disclosures

This report is for informational purposes only and is based on publicly available data believed to be reliable, but no representation is made that such data are accurate or complete. Opinions and projections contained herein reflect our opinion as of the date of this report and are subject to change. Pursuant to Cantor Fitzgerald's policy, the author of this report does not own shares in any company he/she covers.

Confidential          Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.          LGND_0000197



January 4, 2013

### Disclosures for UK investors

This material is approved for distribution in the United Kingdom by Cantor Fitzgerald Europe ("CFE"). CFE is authorised and regulated by the Financial Services Authority ("FSA"). While we believe this information and the materials upon which this information was based is accurate, except for any obligations under the rules of the FSA, we do not guarantee its accuracy. This material is only intended for use by eligible counterparties or professional clients who fall within articles 19 or 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2001 and not the general investing public. None of the investments or investment services mentioned or described herein are available to other persons in the U.K and in particular are not available to "retail clients" as defined by the rules of the FSA.

### Disclosure for Canadian Institutional Investors

This research report was prepared by analysts of Cantor Fitzgerald & Co. and not by Cantor Fitzgerald Canada Corporation. As a result, this report has not been prepared subject to Canadian Disclosure requirements. Cantor Fitzgerald Canada may distribute research reports prepared by its affiliates.

### Risks

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based on their specific investment objectives. Past performance should not be taken as an indication or guarantee of future performance. The price, value of and income from, any of the financial instruments featured in this report can rise as well as fall and be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's currency, a change in exchange rates may adversely affect the price or value of, or income derived from, the financial instrument, and such investors effectively assume currency risk. In addition, investors in securities such as ADRs, whose value is affected by the currency of the home market of the underlying security, effectively assume currency risk.



#### Distribution of Ratings/Investment Banking Services (IB) as of 01/04/13

Cantor

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | IB Serv./Past 12 Mos. Percent |
|---|---|---|---|---|
| BUY [B] | 83 | 52.87 | 15 | 18.07 |
| HOLD [H] | 63 | 40.13 | 3 | 4.76 |
| SELL [S] | 11 | 7.01 | 0 | 0.00 |

*Additional information available on request. Copyright (C) Cantor Fitzgerald 2012*

6

Confidential   Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.   LGND_0000198