α

# Ligand Pharma Is A Short

Jan. 30, 2018 2:39 PM ET21 comments | 1 like
by: Alan Biloski

## Summary

- LGND is not a diversified biopharma technology specialist, but a one product commodity middleman.

- A direct Captisol substitute is available from a fully integrated, high-quality supplier.

- Ligand does not have a Captisol manufacturing capability and is dependent upon a sole source of supply.

- Captisol customers use the product at their discretion and are free to terminate the relationship with Ligand.

Ligand Pharmaceuticals (NASDAQ:LGND) is a prime short candidate since the company claims to be proprietary biopharma development organization, but actually is one product, commodity chemical middleman. The company has aggressively hyped its R&D credentials, and during the November 14, 2017, Analyst Day, it highlighted four distinct technology platforms:

1. Captisol
2. OmniAb
3. OmniChicken
4. Selexis

However, when one looks at its "Portfolio Pyramid", 100% of the royalties from both the TOP THREE (Kyprolis, Promacta, and Evomela) and the BIG SIX (Baxdela, Sparsentan, Brexanolone, Lasofoxifene, Prexasertib, and BMS986231) are derived from Captisol. Moreover, even the base of the pyramid (generally early stage products distant from the market with a low expected probability of success) has fully 5 of 12 programs dependent upon Captisol.



Captisol is a single member of a family of cyclic oligosaccharides which have a basket shape with a lipophilic core and a hydrophilic outer surface. This amphiphilic structure allows it to solubilize hydrophobic drugs to increase their bioavailability. While there are approximately 10-12 issued patents on the underlying technology and the chemical and physical parameters of Captisol, there are numerous challenges to overturn them and there are many other suppliers of substitute cyclodextrins: Janssen (J&J), Wacker, Cyclolab, CTD, Tocris, Alibaba, etc. Although most of the alternate cyclodextrins have a slightly different molecular structure versus Captisol, the differences are irrelevant since the products work through physical attraction versus the more refined biological affinity.

Switching potential is high since customers use Captisol at will and are free to terminate at any time: "*We currently depend on our arrangements with our partners and licensees to sell products using our Captisol technology. These agreements generally provide that our partners may terminate the agreements at will. If our partners discontinue sales of products using Captisol, fail to obtain regulatory approval for products using Captisol, fail to satisfy their obligations under their agreements with us, or choose to utilize a generic form of Captisol should it become available, or if we are unable to establish new licensing and marketing relationships, our financial results and growth prospects would be materially affected.*" (Quarterly filing for 9/30/17, page 29).

Lastly, Ligand is merely a middleman and does not have an internal manufacturing capability; the Company's recent 10-Q highlights the vulnerability: "*We obtain Captisol from a sole source supplier, and if this supplier were to cease to be able, for any reason, to supply Captisol to us in the amounts we require, or decline to supply Captisol to us, we would be required to seek an alternative source, which could potentially take a considerable length of time and impact our revenue and customer relationships*" (Page 29, 9/30/17 quarterly filing)

By comparison, many of the cyclodextrin competitors are GMP approved to supply kilogram scale bulk material. The Hungarian Company, Cyclolab, is particularly noteworthy for several reasons: a lengthy, decade-long focus on cyclodextrins with an extensive array of patents and regulatory approvals - including a **direct Captisol equivalent** - and a GMP certified high volume bulk manufacturing capacity:








Note: **sulfobutyl-ether-beta-cyclodextrin = Captisol**

For Ligand, Cyclolab represents a very dangerous competitor since it operates from a low cost environment with a strategy to maximize the utilization of its fixed capacity. That business model represents a huge potential windfall for Ligand's current customer base:

equivalent product at guaranteed production scale but sold on the basis of a fine chemical ingredient with no milestones or royalties.



And, data from Cyclolab show that customers are widely adopting this low cost, high quality, guaranteed supplier:



Apparently, management is aware of this threat since there has been a longstanding imbalance of insider selling and the pace has accelerated over the past year:



*Nasdaq market site*

It certainly is reasonable for them to sell since the company is vastly overvalued as a commodity chemical supplier with extreme risk to virtually 100% of its revenue base. Despite that dismal picture, LGND has strongly outperformed the market for an extended period:



*Nasdaq market site*

As a result, the company now has a market capitalization of approximately $3.55 billion which appears considerably exaggerated given the modest and volatile income statement with a mere $128 million in LTM revenues (virtually all of which are derived from commodity Captisol).

### Revenue / EPS Summary *

| Fiscal Quarter | 2017 (Fiscal Year) | 2016 (Fiscal Year) | 2015 (Fiscal Year) |
|---|---|---|---|
| **March** | | | |
| Revenue | $29,267(t) | $29,648(t) | $14,602(t) |
| EPS | 0.22 (3/31/2017) | 0.3 (3/31/2016) | 0.04 (3/31/2015) |
| Dividends | N/A | N/A | N/A |
| **June** | | | |
| Revenue | $27,997(t) | $19,521(t) | $18,418(t) |
| EPS | 0.26 (6/30/2017) | -0.28 (6/30/2016) | 1.12 (6/30/2015) |
| Dividends | N/A | N/A | N/A |
| **September** | | | |
| Revenue | $33,374(t) | $21,618(t) | $17,702(t) |
| EPS | 0.36 (9/30/2017) | 0.05 (9/30/2016) | 9.42 (9/30/2015) |
| Dividends | N/A | N/A | N/A |
| **December (FYE)** | | | |
| Revenue | | $38,186(t) | $21,192(t) |
| EPS | | -0.15 (12/31/2016) | 0.25 (12/31/2015) |
| Dividends | | N/A | N/A |
| **Totals** | | | |
| Revenue | $90,638(t) | $108,973(t) | $71,914(t) |
| EPS | 0.84 | -0.08 | 10.83 |
| Dividends | N/A | N/A | N/A |

*Nasdaq market site*

Since the company's cash position is almost equal the convertible debt, the resulting EV/Revenue multiple = 27.7X. By comparison, a global, fully integrated biopharma manufacturer such as Lonza (OTCPK:LZAGY) trades at merely 6-7X revenues. Even if LGND declines to a multiple of 10X revenues, that implies a share price of ~$55-60. SELL SHORT

**Disclosure:** I am/we are short LGND.

I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it. I have no business relationship with any company whose stock is mentioned in this article.

👍 Like this article    1 Like

## Comments (21)

**Sunshineone**
Good Luck with that short. Nice try. Now the stock has had a recent stage 2 advance in price, but this is hands down the best value creation pharma company in the space.

Owners have not sold off any significant % of shares. Every executive de-risks as the price goes up. Couple insiders have de-risked judiciously and appropriately.

Future is very bright. Look at the stock history. Look at the licensing deals? Look at the research technology they have? Look at the equity they have in Viking?

Smart and we'll managed company

30 Jan 2018, 03:00 PM

**Sunshineone**
And a great acquisition target of big pharma

30 Jan 2018, 03:03 PM

**biotrekker**
Promacta is an oral drug and has absolutely nothing to do with Captisol. Neither do Sparsentan or Lasofoxifene (zero Captisol involved), so this person is enormously wrong right out of the gate. It would not take much research to figure this out. Take everything else this individual says with the appropriate block of salt. Cyclolab has been around for quite some time with little effect. Ligand has patents and produces high grade cyclodextrin to very specific tolerances. Every branded drug gets a patent challenge, eventually - it's SOP.

30 Jan 2018, 03:16 PM

> **FunkyCarnivore**
> Yes... Completely misses the drug discovery portion of their business
>
> 30 Jan 2018, 06:13 PM

**James Stark III**
This is the definition of a cash cow. At what price are you covering? $175? $200?

30 Jan 2018, 03:22 PM

**idahoradm**
I agree with the other comments. This stock is one I would buy on a pullback definitely not short. There was a forbes article a couple years ago describing how they're different than almost all other pharmaceutical companies. This is a long term hold company. It can't be compared to typical pharma companies.

30 Jan 2018, 04:28 PM

> **idahoradm**
> This is the Forbes article I was mentioning https://goo.gl/WXJFia
>
> 30 Jan 2018, 04:34 PM

**scorpion.north**
Very much agree. It's just too expensive for the likely long term cashflows. At $85 was fine, at $165, not so fine.

30 Jan 2018, 05:27 PM

**BiotechX**
I think what is important for the companies to work with Ligands Captisol is that this cyclodextrine deriavtives is FDA approved and it works. Even if the hungarian companies has their commercial partners it did not hurt the buisness of Ligand....I just say 165 partnered programs and the increasing challenge of more hydrophobic drug entering clinical development is getting bigger and bigger...Ligand has a solution, FDA approved that works and is protected.
Moreover, what about their antibody technology? By 2025 they expect to have > 40 clinical porgrams + 150 research candidates - is that not worth to mention?
I like pharmaceuticals companies that have platform technologies and earn money. I have seen already enough that run out of money with their 1-2 candidates and too often lousy management.

30 Jan 2018, 05:46 PM

> **scorpion.north**
> Or you can invest in the tools like Illumina, which is like way cheaper than Ligand on a cash-flow basis - and even that one is expensive.
>
> 30 Jan 2018, 05:50 PM

**Fudwrecker**

Ok where to start?

The author misunderstands Ligand portfolio which is divided between new chemical entities, Captisol programs and Omniab animal programs. The new chemical ones do not contain Captisol are very large potential and include Promacta which just had a record quarter of sales (255 million). This category includes the new diabetes drug that had a very successful Phase 2 as well as their programs licensed to Viking. It includes the Bace inhibitor drug being tested in phase three by Merck as well as Sparsentan, a program partnered with Retrophin about to enter Phase three trials. And many more.

The Omniab programs are a company within a company that is worth an article on SA by itself.

Regarding Captisol, it is not a commodity that is fungible and can be switched out of a commercial product or mid trial for a cheaper substitute. There is a large Drug Master File and extensive patent protection that gives assurance to partners using the product. That is why partners including the largest drug makers like Amgen and Novartis have recently partnered with Ligand to add new compounds to Captisol in recent months. I am sure they are aware of the alternatives the author has cited when they made the choice to partner with Ligand.

31 Jan 2018, 10:51 AM

**6000991**

Regarding your quotes from the risk factors section of the most recent 10-Q, this exact same language or substantially equivalent language appears in the 10-Q for 2016Q3, 2015Q3 and 2014Q3. I did not bother to check further back.

31 Jan 2018, 12:51 PM

**Sunshineone**

The reality is that this author Alan uses the Brock Capital platform to telegraph an inaccurate message to actually create downward manipulation. Morally, and ethically, Brock Capital should not except this. However, Alan is probably just the whipping boy to send the message via Brock Capital senior leadership. Follow the G. Soros money. Follow the postmodern Yale-Columbia ideology Alan springs from. There are no rules of right and wrong with this group, simply manipulation through false comments. Shame is a foreign concept to this ideology. RP

31 Jan 2018, 06:21 PM

**Alan Biloski, Contributor**

Author's reply »   LGND ~ $145 today (temporarily)

At least CEO got off a big block before the meltdown

Ligand Pharmaceuticals Inc. (NASDAQ:LGND) CEO John L. Higgins sold 28,099 shares of the business's stock in a transaction that occurred on Friday, January 19th. The stock was sold at an average price of $153.70, for a total value of $4,318,816.30

09 Feb 2018, 01:07 PM

   **Fudwrecker**

That's what you have to say? Why don't you address the comments pointing out that Promacta—by far the biggest revenue producer— has nothing to do with Captisol? Neither does the Viking portfolio, the diabetes drug or Merck's alzheimers drug in phase 3. All are potential blockbusters.

And you can not swap out Captisol in an approved drug for some cheaper alternative without a whole new set of trials. Do you at least get that?

09 Feb 2018, 03:17 PM

### FunkyCarnivore

Lol.. claiming victory when the entire market (especially bio) has melted down. That's kind of cheap, don't you think? When the company share price tanks due to its fundamentals, then maybe we will give your comment some value.

10 Feb 2018, 01:23 PM

### Sunshineone

Simply 2nd leg down of 5th leg up. Bought 20% more at the $158.50 mark. Halfway from 2nd leg start at $127 to 2nd leg top at $170. Third leg starts now. This Yale genius tries to look smart to his clients by pointing out the obvious patterns, and claiming has discerning wisdom. I'll stick with being a dumb country boy from GA. Accumulated LGND the past three years. Made a fortune with this team. And LGND's future looks so much brighter now than three years ago. Do your own DD.

09 Feb 2018, 05:03 PM

### scorpion.north

lgnd is not a short, it is a short-squared.

10 Feb 2018, 01:35 PM

### Sunshineone

Well...when Ligand Exec Matthew F. bought Viking Therapeutics in April '16 on the open market, I bought Viking Therapeutics at the same price. I figured his great leadership at LGND would translate to Viking...since he sits on the Board. So my 100,000 shares of Viking @ $1.25 is now 100,000 shares of Viking at $6.35. And I did not even go to Yale. Short all you want. I just measure my judgement based on the increase in my $$$ from LGND and VKTX. Even a country boy can see the truth.

10 Feb 2018, 02:13 PM

### scorpion.north

i don't play the lottery. I will admit someone does win these events from time to time.

10 Feb 2018, 02:36 PM

### UNCLEJUNIORSOPRANO

YOU WOULD HAVE BEEN RIGHT ON TARGET HAD YOU SAID THIS IN MARCH WHEN THE STOCK WENT FROM $185 TO ITS CURRENT $156.

02 May 2018, 06:16 PM