
Favus Institutional Research, LLC

Favus Institutional Research LLC
(917) 952-8158
Elliot@FavusLLC.com

**2Q18 Notes**                                                                                  **LGND: $226.74 (Mkt Cap $5B)**
**Ligand (LGND: SELL Recommendation)**                                        **August 7, 2018**

**Investment Thesis:** A recent sell-side note that encouraged investors to go "all in" on LGND prompted us to dust off our LGND model and review Promacta sales results. The combination of wildly-optimistic sell-side estimates and weak Promacta quarterly sales results (since 2Q12) form the basis of our SELL thesis; as the quarters roll on and Promacta sales growth fails to keep pace with sell-side models (no bump from the HCV label expansion), the LGND DCF valuation of royalties becomes more and more disconnected from the reality of the business, forcing model revisions in the coming quarters. Wildly optimistic Kyprolis sales are also baked into the consensus LGND model; we think it is quite difficult to predict which drugs will have meaningful frontline MM market share 5-10 years from now; the bending of the US/EU oncology cost curve and availability of generic Revlimid and Velcade make us skeptical of Kyprolis's consensus estimates. We see at least 50% downside in coming months on disappointing Promacta sales and concerning Kyprolis clinical trial data.

**What's New:** LGND reported 2Q18 earnings yesterday. Despite more than 100 "shots-on-goal" for many years, LGND reported that 2Q18 "royalties primarily consisted of royalties from Promacta, Kyprolis and EVOMELA," a very short list which is lopsided in terms of relative contributions, has not expanded much at all in recent years, and is going to get smaller soon, with Promacta IP expiry in 2023. Recall that most of LGND's 2Q18 royalties of $31M are from Promacta; given the 2023 cliff, LGND's $5B market cap is absurdly rich, in our view. Specifically, NVS reported 2Q18 Promacta sales of $292M, so at a 7.5% royalty rate, LGND would have received $22M from NVS in the quarter, or about 71% of LGND's total reported royalties in 2Q18. On the other hand, Amgen reported Kyprolis sales of $263M in 2Q18, so at a 1.5% royalty rate, LGND would have received just $4M from AMGN in 2Q18, or about 13% of LGND's total reported royalties in 2Q18.

Furthermore, near-term robust competition to Promacta from three new drugs will likely put downward pressure on Promacta, in our view. Two new Promacta competitors are in the same drug class (thrombopoietin-receptor agonists). Three drugs will likely challenge Promacta in 2018: RIGL's fostamatinib for ITP, DOVA's avatrombopag for the treatment of thrombocytopenia in patients with chronic liver disease, and Shionogi's lusutrombopag for treatment of thrombocytopenia in patients with chronic liver disease undergoing non-emergent invasive procedures. We expect the combined commercial impact of these three drugs to be felt by Promacta sales in 2H18, and therefore by LGND in the form of reduced royalties. For example, RIGL has said it plans to price fostamatinib substantially below Promacta. DOVA plans to submit a supplemental NDA application for avatrombopag in ITP, the same indication as Promacta. Years of stock price outperformance has likely made LGND shareholders overly confident for 2018, which, along with Promacta competition, is likely a recipe for disaster in 2H18. LGND management has shown a surprising lack of preparation of investors for the challenges that face Promacta during 2018. In recent comments to investors on this topic (on their earnings call and at a recent investor conference), LGND minimized the competition and denied that it will have a negative impact on Promacta sales.

The overly-promotional language of the CEO is notable: "A few comments about Promacta and Kyprolis, our leading financial assets, both drugs posted highly impressive Q2 results hitting all-time high revenues with big gains over the same quarter a year ago and also big gains just over the first quarter." Yes, both drugs are growing, so every quarter should be a new "all-time high." And in terms of 2Q being higher than 1Q, this makes sense because of the donut hole. In our view, the overly-promotional comments by the CEO are aimed at

1

uninformed investors, people who are unfamiliar with the drug sector, which explains why shareholders bid up LGND to trade 36x "adjusted" EPS even with the Promacta cliff.

Reviewing the LGND story is a fresh reminder of how stale the assets are, how narrow the royalty base is, how low-quality the royalty assets are (huge drop-off after Promacta), how their royalty pipeline is troubled, how management overstates their royalty assets (specifically and especially regarding SAGE), and how LGND management underplays Promacta competition. The other recent event is LGND's decision to take out massive debt ($650M) relative to their annual royalties ($100M). A long list of drug companies recently took on too much debt (TSRO, VRX, ENDP, etc.) and barely lived to tell about it.

**Herein are our notes:**

**1. Weak royalty assets; LGND's "Top 4 Leading commercial assets paying royalties" includes three dogs.** LGND publishes a "Portfolio Pyramid" to communicate current, near-term, and distant royalty revenues. At a recent investor conference, we were struck by how significant the drop-off in size and quality is of LGND's royalties after Promacta. Specifically, LGND includes Evomela and Baxdela in the "Top 4" even though each drug is worth a very small amount to LGND each year. And, Kyprolis sales were down sequentially 4Q17 to 1Q18, $227M to $222M. LGND's presentation is slick: when sales are up sequentially, then LGND management mentions sequential growth (Promacta), but when sequential growth is down, LGND management mentions annual growth (Kyprolis). Taken together, Kyprolis, Evomela and Baxdela are a combination of small, weak, and in some cases shrinking (Kyprolis), which should concern investors, since these are three of the four royalty-producing drugs that LGND highlights in their investor presentations. The real question is: doesn't a $5B company have anything better to share with investors besides Evomela, a $6M annual royalty to LGND?

**Over time, LGND has tinkered with the description of their Top 4 in their investor presentations:** LGND currently calls the Top 4, "Leading commercial assets paying royalties," in 2017 LGND described the "Top 3" as "Commercial assets paying significant royalties." In 2015, LGND called their "Top 2" "Major commercial assets." Recall that in 2015, investors anticipated that Kyprolis was going to be a much, much larger drug than it turned out to be; the reality was that the launch of daratumumab severely limited sales of Kyprolis in multiple myeloma.

**2. Pipeline problems: Looking at LGND's royalty pipeline over time prompts three serious concerns:**
**A. Movement in LGND's "Big Six" can be anti-climactic (Figure 1).** Most drugs that move into LGND's top ("royalty-producing assets") of the period generate di minimis amounts to LGND, as Evomela and Baxdela show (LGND does not break out these royalties). Evomela, Baxdela, and Brexanolone are examples of what is wrong at LGND: a highly promotional corporate presentation, short on detail:

**EVOMELA:** Specifically, when Evomela was still in development, LGND told investors that the drug addresses a $100M US market, but as the drug launched, peak sales forecasts dropped rapidly just a few quarters into the US launch and SPPI reported just $8M in Evomela sales in 1Q18. LGND receives a 20% flat royalty on all Evomela sales, meaning LGND is owed a $1.6M royalty for Evomela 1Q18 sales, or $6M annually. Regardless of how small this royalty is (LGND is a $4B company), LGND put Evomela in the "Top 4" of their royalty pyramid. This highlights the serious disconnect between the corporate presentation and what is material: most of the drugs mentioned in their corporate presentation are not material to a $4B company.

**BAXDELA:** It does not end there: LGND moved Baxdela into the "The Top 4" earlier this year when Melinta launch Baxdela in the US. However, LGND will receive a flat 2.5% royalty on all sales, or $2.5M per $100M in sales. Considering that Baxdela is an antibiotic in a very crowded antibiotic market, peak sales of $200M to

2

$300M might be too optimistic, or a LGND royalty of $5M to $7.5M annually. Again, a di minimus number relative to LGND's $4B market cap, and yet Baxdela is right there in LGND's "Top 4."

**BREXANOLONE:** Brexanolone is an IV drug that SAGE is going to bring to market as a 60-hour continuous infusion for post-partum depression, and SAGE is quickly developing SAGE-217, an oral version of brexanolone that most people agree will be preferable to the 60-hour infusion of IV brexanolone. **LGND will get zero royalty on SAGE-217.** At a recent investor conference, LGND wanted to talk a lot about brexanolone and not at all about SAGE-217.

**B. A long, long wait.** Drugs frequently sit on LGND's "Big 6" for a long time (Figure 1); LGND spends a long time lathering up investors on new drug royalties, only to have them turn into financial duds. Sparsentan has been on LGND's "Big 6" for six years, since 2013, even though LGND says its "Big 6" list is a list of the near-term drugs in development that could add to royalty revenue. Brexanolone has been on LGND's "Big 6" for five straight years, since 2014, even though LGND says its "Big 6" list is a list of the near-term drugs in development that could add to royalty revenue. Lasofoxifene has been on LGND's "Big 6" intermittently since 2013. Evomela was on LGND's "Big 6" for at least four years (2013-2016) and it turned into a $6M annual royalty. Since 2013, Evomela has been a large part of LGND's investor presentations, but sober investors should be asking if all that attention by LGND management was appropriate for a $6M annual royalty to a $5B company? MRK's BACE inhibitor, Verubecestat, was on LGND's "Big 6" for three years before it blew up.

**Figure 1: Movement in LGND's "Big Six" can be anti-climactic.** LGND says the list includes "leading pipeline assets" and in investor conferences they call this list a picture of near-term potential additions to their royalties, when in fact many drugs languish on the list for many years or blow up while on the list.

| LGND "Big 6" from 2013-Current | | | | | | |
|---|---|---|---|---|---|---|
| | Now | 2017 | 2016 | 2015 | 2014 | 2013 |
| 1 | Prexasertib | Prexasertib | Evomela | Evomela | Evomela | Evomela |
| 2 | Sparsentan | Sparsentan | Sparsentan | Sparsentan | Sparsentan | Sparsentan |
| 3 | Brexanolone | Brexanolone | Brexanolone | Brexanolone | Brexanolone | Noxafil |
| 4 | RVT-1502 | Baxdela | Baxdela | Baxdela | Baxdela | Baxdela |
| 5 | Lasofoxifene | Lasofoxifene | Verubecestat | Verubecestat | Verubecestat | Lasofoxifene |
| 6 | BMS986231 | BMS986231 | IRAK-4 | IRAK-4 | IRAK-4 | IV Cabamazepine |

Source: LGND and Favus Inst Research LLC.

**C. Comparing LGND's "Big Six" from 2013 and today (Figure 2), multiple problems emerge:**

a. Lasofoxifene appears on both lists, meaning LGND's "Big Six" isn't a snapshot of near-term new royalties.

b. Sparsentan appears on both lists, meaning LGND's "Big Six" isn't a snapshot of near-term new royalties.

c. Fully 33% (2/6) of the drugs on LGND's "Big Six" were on the list in 2013 and today, meaning a large minority of drugs on the list were not near-term new royalties to LGND. When you see this observation and understand that LGND says it has over 150 potential royalties in clinical development, it should make the average investor wonder why LGND's list of the next six royalties are so weak and why parts of the list are so slow to change.

3

d. Brexanolone is an IV drug that SAGE is planning to bring to market as a 60-hour continuous infusion for post-partum depression; SAGE is quickly developing SAGE-217, an oral version of brexanolone that will replace the 60-hour infusion of IV brexanolone. **LGND will get zero royalty on SAGE-217.** At the investor conference last week, LGND wanted to talk a lot about brexanolone and not at all about SAGE-217.

e. Noxafil was on the "Big 6" but did not make it onto the "Top 4."

**Figure 2: Comparing LGND's "Big Six," 2013 and today.**

| LGND "Big 6" 2013-Current | | |
|---|---|---|
| | **Now** | **2013** |
| 1 | Lasofoxifene | Lasofoxifene |
| 2 | Sparsentan | Sparsentan |
| 3 | Brexanolone | Noxafil |
| 4 | RVT-1502 | Baxdela |
| 5 | Prexasertib | Evomela |
| 6 | BMS986231 | IV Cabamazepine |

Source: LGND and Favus Institutional Research LLC.

4

**Figure 3: LGND's current portfolio of royalty assets and royalty pipeline.**



Source: LGND.

**Figure 4: LGND's portfolio of royalty assets and royalty pipeline in 2016.**



Source: LGND.

**Figure 5: LGND's royalty asset pipeline in 2013. LGND's understanding of the word "ripening" is different from most other people, in our view.**

# Ripening of the Late-stage Portfolio
## Strong partners - investing and creating forward momentum

| Partner | Asset | Therapy Area | Estimated Launch 2014 | Estimated Launch 2015 |
|---|---|---|---|---|
| Pfizer | Conjugated Estrogens/ Bazedoxifene | Women's Health | √ | |
| Merck | IV Posaconazole | Antifungal | √ | |
| Lundbeck | IV Carbamazepine | Neurology | √ | |
| Hospira | Undisclosed | Undisclosed | √ | |
| Spectrum | CE-Melphalan | Oncology | | √ |
| Rib-X | Delafloxacin-IV | Anti-infective | | √ |
| Retrophin | RE-021 | Renal, Orphan (FSGS) | | √ |

Source: LGND.

**Our View:** The attractiveness of LGND as a SELL idea is that the NPV of LGND's Promacta and Kyprolis royalties equal roughly $20/share, leaving $200/share of inexplicable value. Since LGND's financial performance is 70-90% Promacta royalties, and three main threats loom against it in 2018, we expect 2H18 to be challenging for LGND. LGND is one of the most egregiously overpriced stocks on our active recommendations list. We encourage investors to take a fresh look. LGND's marketing pitch of "160+ fully funded Shots-on-Goal" sounds big, but the vast majority of the programs have economic terms for LGND that are tiny in both absolute terms and relative to LGND's market cap. For example: Kyprolis $800M peak sales from 2018 to 2023, discounted at 15%, suggests just $5.55/share to LGND. ($1B in Kyprolis sales at a royalty rate of 1.5% equals just $15M to LGND, so it remains unclear why LGND calls Kyprolis a ">$70M in annual royalties" opportunity). Promacta is maybe another $10/share in NPV to LGND. Most investors are not paying attention to the Promacta IP, which ends soon. When you add in negative growth for Kyprolis, clinical trial risk, commercial competition, and reimbursement risk with the fact that most of LGND's royalty interests are too small to move the needle, the number of interesting "shots on goal" can be counted on one hand, and many of those have blown up (BACE, Evomela, and sparsentan). At $220/share and a $5B valuation, LGND management needs to stretch further and further to make LGND sound like a long idea, which we view as totally unconvincing.

**Upcoming Calendar of Events:**
Date:                    Event:

| | |
|---|---|
| 2018 | SAGE-217 clinical trial updates |
| 2018 | Updates on Promacta ANDA litigation |
| 2018 | Sales updates on RIGL and DOVA competitor products to Promacta |
| 2018 | Presentation/publication of avatrombopag Phase III trials in ITP and liver disease |
| 2018 | Disclosure of LGND board member conflict of interest in LGND/CorMatrix agreement |
| 20?? | Generic Revlimid in the US |

Source: MRK, LLY, BMY, ABBV, JNJ, GSK, AMGN, SNY, RIGL, Eisai, and FIR. All dates are estimates of Favus Institutional Research LLC.

Disclaimer, Disclosure, and Analyst Certification:
Favus Institutional Research LLC ("FIR") analysts and their immediate family members are prohibited from holding positions in individual stocks that are the focus of research services provided by FIR. Elliot Favus and his immediate family members do not hold long, short, or options positions in Ligand Pharmaceuticals (LGND). FIR provides investment research from Elliot Favus. None of the information provided in this report constitutes a recommendation by Elliot Favus or FIR that any particular security, portfolio of securities, transaction, or investment strategy is suitable for any specific person or institutional investor. You further understand that this report does not advise you personally concerning the nature, potential, value or suitability of any particular security, portfolio of securities, transaction, investment strategy or other matter. To the extent any of the information you receive in this report may be deemed to be investment advice, such information is impersonal and not tailored to the investment needs of any specific person.
Many of FIR's consultations do not take the form of printed or written materials (and include responding to client requests on particular matters when questions arise; FIR supports each client on an individual, as-needed basis). On occasion, FIR will provide deliverables or other research ("materials"), not including its reports, which were prepared by FIR in New York. These materials, if in written or electronic form, may not be reproduced, redistributed or copied in whole or in part for any purpose. Any featured company logos or other third party logos are service/trademarks of their respective owners. All other content is copyright of FIR.
The materials do not constitute an offer or solicitation to buy or sell any securities referred. The information provided, or on which FIR's advice is based, has been obtained from sources that FIR believes to be reliable and accurate. However, it has not been independently verified and no representation or warranty, express or implied, is made as to the accuracy or completeness of any information obtained from third parties. The information or opinions are provided as of the date indicated and are subject to change without notice. Investors should consider these materials as only a single factor in making any investment decisions. FIR does not accept any liability whatsoever for any loss howsoever arising, directly or indirectly, from any use of FIR research services. FIR is not a broker/dealer and FIR does not underwrite securities, manage assets, or perform investment banking activities.
Analyst Certification:
All of the recommendations and views about the securities and companies in these materials accurately reflect the personal views of Elliot Favus, the research analyst who prepared them. No part of this research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst.

Favus Institutional Research, LLC