



# Citron Publishes the Smoking Gun on Ligand Pharmaceuticals

## Price Target of $35



- Last week, Grant's Interest Rate Observer published a thoughtful piece of journalism that suggested a $20 price target on Ligand Pharmaceuticals.  For copyright purposes we cannot republish, but even Ligand management cannot question the credibility and neutrality of Grant's.

- The article came out as Citron has spent months working on Ligand to get a better understanding of their "shots on goal" business model to determine whether the company's pipeline is legitimate or nothing but a pipe dream.

- Citron will expose some of the dirtier secrets of Ligand and will explain why Ligand is a company designed for the "lazy investor" whose stock price has 80% downside from its current levels once people READ.



# Background

- Ligand began as a biopharmaceutical company that initially tried, but failed, to successfully develop its own drugs. After over a decade as a public company (and an SEC investigation, a delisting from Nasdaq, and several management changes), Ligand changed its strategy to one of acquiring candidate drugs/technologies and forming partnerships to develop them further.

- The value proposition for Ligand is that it is a "smarter" drug company – run by former investment bankers – that farms out the risk and costs of later stage drug development and R&D and commercialization to strategic partners with the expectation of receiving licensing fees when the drugs successfully reach the market.

- We have heard "The Better Mousetrap Pharma" before and you know how that ends.



While Ligand has managed to generate some consistent royalties, they are mainly generated from just four approved drugs with one accounting for over 75% of royalties though it will soon begin to lose patent exclusivity.

This chart from a recent Goldman Sachs research report shows the trajectory of their legacy business.



**Exhibit 5: We now forecast royalty income declining from 2023-2026E, before returning to overall growth driven by pipeline**



After modeling out Ligand's future cash flows and adjusting for NOLs and cash, Citron gets to a current valuation of the base business at $20 per share.

| VALUE BEFORE PIPELINE | LGND PER SH | DCF DISC RATE | EXISTING WEIGHT | DCF PEAK $ | DCF ROYALTY |
|---|---|---|---|---|---|
| PROMACTA | $25.05 | 6.0% | 62.4% | 1,500+ | 4.7 to 9.4% |
| KYRPOLIS | $6.10 | 6.0% | 15.2% | 1,600+ | 1.5% to 3.0% |
| EVOMELA | $0.54 | 6.0% | 1.3% | 20 | 20.00% |
| BAXDELA | $0.09 | 6.0% | 0.2% | 20 | 2.50% |
| TOP 4 | $31.78 | | | | |
| OTHER EXISTING | $0.24 | 6.0% | 0.6% | - | < 1.00% |
| MATERIAL SALES, NET OF COGS | $8.13 | 6.0% | 20.3% | - | - |
| TOTAL EXISTING VALUE BEFORE OPEX | $40.16 | 6.0% | 100.0% | - | - |
| LESS: OPEX, NET OF TAX | -$25.95 | 6.0% | - | - | - |
| TOTAL EXISTING VALUE | $14.21 | 6.0% | - | - | - |
| PLUS: NOL POST 2018 | $1.67 | 6.0% | - | - | - |
| PLUS: VKTX SHARES, NET OF CAP GAINS TAX | $1.89 | - | - | - | - |
| PLUS: NET CASH | $1.42 | - | - | - | - |
| VALUE BEFORE PIPELINE | $19.18 | | | | |

**So, if the Core Business is Worth $20?  Why Is the Stock Here??**



# The Myth of the Big 6

In every corporate presentation and sell side report, the company discusses the meat of their pipeline/future revenues as coming from "The Big 6". Instead of giving a proper attribution chart of their pipeline with real figures, the company relies on this misleading information.

"Big 6" has become a term that's easy for investors to digest, regardless of its validity.

Here is a slide from their recent corporate presentation at Stephens.

## The Big 6: Major Pipeline Assets
### Leading pipeline assets based on stage and/or potential value

| Partner | Program (Therapy Area) | Stage | Royalty Rate | Upcoming Events |
|---|---|---|---|---|
| SAGE THERAPEUTICS | Zulresso (Neurology) | NDA | 3.0% | December 19, 2018 PDUFA Date |
| Retrophin | Sparsentan (FSGS- Kidney Disease | Phase 3 | 9.0% | Phase 3 Interim Data |
| Sermonix Pharmaceuticals | Lasofoxifene (Oncology/Women's Health) | Phase 2/3 | 6.0-10.0% | Phase 2 Data |
| Bristol-Myers Squibb | BMS986231 (Cardiovascular Disease) | Phase 2/3 | 2.0-3.0% | Phase 2b Data |
| Lilly | Prexasertib (Oncology) | Phase 2 | 1.5-3.0% | Phase 2 Data in various advanced cancers |
| ROIVANT SCIENCES | RVT-1502 (Diabetes) | Phase 2 | Low double digit to mid teens % | Clinical Progression |

 RESEARCH

# Viking Therapeutics and Vernalis

As suggested by Grant's, and proven by Citron, the Big 6 is one big lie.  While the company likes to use Lilly and Bristol-Myers in their presentation, the reality is that over 60% of their "milestones" comes from Viking Therapeutics and Vernalis... and wait until you read about them.

**Citron Will Now Present The Truth that Ligand attempted to hide from investors.   On the next two pages are charts of attribution of dollars and percentages of Ligand's "Shots on Goal".**

**As you look at the charts notice these takeaways that Citron will detail below:**

1.   Viking Therapeutics alone is over 50% of Ligand's milestones or over $1.5 bil while it a $290 mil enterprise value company.

2.   Vernalis is a company that Ligand bought for $11 mil and Citron did the digging to expose their oversized contribution of "pipeline".

**Citron Publishes the Smoking Gun Charts.**

**When a company wants investors to buy a stock based on pipeline/milestones but refuses to ever disclose them on a percentage basis that is a warning that should come with skull and crossbones.  While Ligand was busy telling investors about the "Big 6", Citron went into every partnership and has backed out the truth that Ligand does not want you to see.  Neither Ligand nor any sell side research analyst has done this level of work on their questionable milestones.**



## COMPANY SUMMARY

| | DATE | DRUG (S) | 2017 AND BEYOND ANALYST DAY 28-Feb-2017 | 2018 AND BEYOND ANALYST DAY 14-Nov-2017 | CORPORATE PRESENTATION 12-Mar-2018 | HC WAINWRIGHT PRESENTATION 5-Sep-2018 | 3Q 2018 EARNINGS TRANSCRIPT 8-Nov-2018 |
|---|---|---|---|---|---|---|---|
| CHIVA | 6-Jan-2011 | MB07133/PRADEFOVIR | 100 | 100 | 100 | 100 | 100 |
| SAGE | 19-Oct-2011 | ZULRESSO | 17 | 17 | 17 | 17 | 17 |
| RETROPHIN | 21-Feb-2012 | SPARSENTAN | 75 | 75 | 75 | 75 | 75 |
| AZURE | 22-Jul-2013 | LASOFOXIFENE | 3 | 3 | 3 | 3 | 3 |
| CURx | 14-Aug-2013 | IV-TOPIRAMATE/IV LAMOTRIGINE | 21 | 21 | 21 | 21 | 21 |
| VIKING | 22-May-2014 | VARIOUS | 1,538 | 1,538 | 1,538 | 1,538 | 1,538 |
| SERMONIX | 3-Feb-2015 | LASOFOXIFENE | 45 | 45 | 45 | 45 | 45 |
| SEELOS | 22-Sep-2016 | VARIOUS | 144 | 144 | 144 | 144 | 144 |
| ROIVANT | 6-Mar-2018 | RVT-1502 | - | - | 528 | 528 | 528 |
| VERNALIS | 10-Oct-2018 | VARIOUS | - | - | - | - | 364 |
| PALVELLA | 17-Dec-2018 | PTX-022 | - | - | - | - | 8 |
| ALL OTHER | N/A | N/A | 58 | 58 | 30 | 30 | 158 |
| **MILESTONES** | | | **2,000** | **2,000** | **2,500** | **2,500** | **3,000** |

## % TOTAL

| | DATE | DRUG (S) | 2017 AND BEYOND ANALYST DAY 28-Feb-2017 | 2018 AND BEYOND ANALYST DAY 14-Nov-2017 | CORPORATE PRESENTATION 12-Mar-2018 | HC WAINWRIGHT PRESENTATION 5-Sep-2018 | 3Q 2018 EARNINGS TRANSCRIPT 8-Nov-2018 |
|---|---|---|---|---|---|---|---|
| CHIVA | 6-Jan-2011 | MB07133/PRADEFOVIR | 5% | 5% | 4% | 4% | 3% |
| SAGE | 19-Oct-2011 | ZULRESSO | 1% | 1% | 1% | 1% | 1% |
| RETROPHIN | 21-Feb-2012 | SPARSENTAN | 4% | 4% | 3% | 3% | 3% |
| AZURE | 22-Jul-2013 | LASOFOXIFENE | 0% | 0% | 0% | 0% | 0% |
| CURx | 14-Aug-2013 | IV-TOPIRAMATE/IV LAMOTRIGINE | 1% | 1% | 1% | 1% | 1% |
| VIKING | 22-May-2014 | VARIOUS | 77% | 77% | 62% | 62% | 51% |
| SERMONIX | 3-Feb-2015 | LASOFOXIFENE | 2% | 2% | 2% | 2% | 2% |
| SEELOS | 22-Sep-2016 | VARIOUS | 7% | 7% | 6% | 6% | 5% |
| ROIVANT | 6-Mar-2018 | RVT-1502 | - | - | 21% | 21% | 18% |
| VERNALIS | 10-Oct-2018 | VARIOUS | - | - | - | - | 12% |
| PALVELLA | 17-Dec-2018 | PTX-022 | - | - | - | - | 0% |
| ALL OTHER | N/A | N/A | 3% | 3% | 1% | 1% | 5% |
| **MILESTONES** | | | **100%** | **100%** | **100%** | **100%** | **100%** |



| # | PARTNER | DRUG/PROGRAM | POTENTIAL MILESTONES | % TOTAL | PHASE 3 / NDA | PHASE 2 | PHASE 1 | PRE-CLINICAL |
|---|---|---|---|---|---|---|---|---|
| 1 | ROIVANT | RVT-1502 | $528 | 17.6% | | X | | |
| 2 | VIKING | VK0612 | $390 | 13.0% | | X | | |
| 3 / 4 | VIKING | VK2809 / VK0214 | $375 | 12.5% | | X | | X |
| 5 | VIKING | DGAT-1 COMPOUND | $306 | 10.2% | | | | X |
| 6 | VIKING | VK5211 | $270 | 9.0% | | X | | |
| 7 | VERNALIS | CORVUS CPI-444 | $220 | 7.3% | | | X | |
| 8 | VIKING | EPOR COMPOUND | $194 | 6.5% | | | | X |
| 9 / 10 / 11 / 12 | SEELOS | VARIOUS | $144 | 4.8% | | X | | X |
| 13 | VERNALIS | REDOX V2006 | $100 | 3.3% | | | | X |
| 14 / 15 | CHIVA | MB07133 PRADEFOVIR | $100 | 3.3% | | | X | |
| 16 | RETROPHIN | SPARSENTAN | $75 | 2.5% | X | | | |
| 17 | AZURE/SERMONIX | LASOFOXIFENE | $48 | 1.6% | | | | X |
| 18 | VERNALIS | AUY922 | $38 | 1.3% | | HALTED | | |
| 19 / 20 | CURx | IV-TOPIRAMATE/IV LAMOTRIGINE | $21 | 0.7% | | | X | X |
| 21 | SAGE | ZULRESSO | $17 | 0.6% | X | | | |
| 22 | PALVELLA | PTX-022 | $8 | 0.3% | | X | | |
| 23 | VERNALIS | VERONA RPL 554 | $6 | 0.2% | | FAILED | | |
| 24 | VIKING | OTHER | $3 | 0.1% | | | | |
| **24** | **SUBTOTAL MILESTONES** | | **$2,842** | **94.7%** | | | | |
| **137** | **OTHER MILESTONES** | | **$158** | **5.3%** | | | | |
| **161** | **TOTAL** | | **$3,000** | **100%** | | | | |

| | PARTNER | | POTENTIAL MILESTONES | % TOTAL |
|---|---|---|---|---|
| | VIKING | | $1,535 | 51.2% |
| | ROIVANT | | $528 | 17.6% |
| | VERNALIS | | $364 | 12.1% |
| | **TOP 3 COUNTERPARTIES** | | **$2,427** | **80.9%** |
| | SEELOS | | $144 | 4.8% |
| | CHIVA | | $100 | 3.3% |
| | RETROPHIN | | $75 | 2.5% |
| | AZURE / SERMONIX | | $48 | 1.6% |
| | **TOP 7 COUNTERPARTIES** | | **$2,793** | **93.1%** |



| VIKING | $ MILESTONE | # INDICATIONS | TOTAL DEVELOPMENT + REGULATORY | PLUS SALES-BASED | TOTAL MILESTONES | ROYALTY LO | ROYALTY HI |
|---|---|---|---|---|---|---|---|
| VK5211 / SARM | 85 | 2 | 170 | 100 | 270 | UPPER SD | UPPER SD |
| VK2809 / VK0214 / TRß | 75 | 3 | 225 | 150 | 375 | LOW SD | MID SD |
| VK0612 / FBPASE COMPOUND | 60 | 4 | 240 | 150 | 390 | UPPER SD | UPPER SD |
| EPOR COMPOUND | 48 | 3 | 144 | 50 | 194 | MID SD | UPPER SD |
| DGAT-1 COMPOUND | 78 | 2 | 156 | 150 | 306 | LOW SD | MID SD |
| OTHER | 3 | 1 | 3 | 0 | 3 | NA | NA |
| TOTAL | - | - | 938 | 600 | 1,538 | NA | NA |

As further partial consideration for the grant of the rights and licenses to us by Ligand under the Master License Agreement, we have agreed to pay to Ligand certain one-time, non-refundable milestone payments in connection with Licensed Products containing **(1) VK5211 or any other SARM Compound, in an aggregate amount of up to $85.0 million per indication (for up to a total of two indications) upon the achievement of certain development and regulatory milestones and up to $100.0 million upon the achievement of certain sales milestones; (2) VK2809, VK0214 or any other TRß Compound, in an aggregate amount of up to $75.0 million per indication (for up to a total of three indications) upon the achievement of certain development and regulatory milestones and up to $150.0 million upon the achievement of certain sales milestones; (3) VK0612 or any other FBPase Compound, in an aggregate amount of up to $60.0 million per indication (for up to a total of four indications) upon the achievement of certain development and regulatory milestones and up to $150.0 million upon the achievement of certain sales milestones; (4) any EPOR Compound, in an aggregate amount of up to $48.0 million per indication (for up to a total of three indications) upon the achievement of certain development and regulatory milestones and up to $50.0 million upon the achievement of certain sales milestones; and (5) any DGAT-1 Compound, in an aggregate amount of up to $78.0 million per indication (for up to a total of two indications) upon the achievement of certain development and regulatory milestones and up to $150.0 million upon the achievement of certain sales milestones. Additionally, we will pay to Ligand a one-time, non-refundable milestone payment of $2.5 million upon the occurrence of the first commercial sale of VK0612 or any other FBPase Compound by one of our sublicensees.** We will also pay to Ligand royalties on aggregate annual worldwide net sales of Licensed Products by us, our affiliates and our sublicensees at tiered percentage rates in the following ranges based upon net sales: (a) upper single digit royalties upon sales of VK5211 or any other SARM Compound, (b) low-to-middle single digit royalties upon sales of VK2809, VK0214 or any other TRß Compound, (c) upper single digit royalties upon sales of VK0612 or any other FBPase Compound, (d) middle-to-upper single digit royalties upon sales of any EPOR Compound, and (e) low-to-middle single digit royalties upon sales of any DGAT-1 Compound; in each case subject to reduction in certain circumstances.

**Viking 2017 10-K Page 13 under "Agreements with Ligand"**



Viking, while left out of the Big 6, accounts for over $1.5 bil or over 50% of potential milestones, Citron will state the obvious why we believe Ligand is not being forthright with investors.

1.  If Ligand thought the Viking pipeline was even remotely realistic, they would not be buying back their own stock, rather they would buy Viking Stock or the whole company.

2.  Instead, Ligand has been selling Viking stock as recently as September 25, 2018.

3.  Viking insiders don't believe the "pipe dream" as they have been net sellers of their stock over the past year.

4.  There are enough smart investors on Wall St that if in fact any of these projections were even in the ballpark of reality, the share price of Viking would be 10x its current price.

Vernalis, while left out of the "Big 6", accounts for $364 mil or over 12% of potential milestones, despite the whole company being bought for $11 million.  Let's look closer.



In October of 2018, Ligand completed the acquisition of Vernalis and the deception started immediately with the headline "Ligand Makes Offer to Acquire Vernalis, a Leader in Structure – Based Drug Discovery."  A leader?

Citron didn't even know you could buy a drug company for $11 million.



**Here was the chart of Vernalis stock before the company got acquired – on its way to 0.**



The two primary drugs Ligand discussed for Vernalis were CPI-444 and RPL554 (shaded below).  RPL554 failed Phase 2 earlier this week.  https://investor.ligand.com/press-releases/detail/362/ligand-announces-the-close-of-its-acquisition-of-vernalis

With a primary Vernalis drug failing its trials and the acquisition price for the entire company being slightly more than a public shell, Citron has broken down the busted pipeline of the $11 mil Vernalis that is supposed to bring in $364 mil of "potential milestones".  Citron has done the digging and has discovered how Ligand is making these ludicrous claims about Vernalis.

| # | PARTNER | TICKER | MARKET CAP | DRUG / PROGRAM | DRUG NAME | CONSENSUS PEAK SALES | CONSENSUS EARLIEST LAUNCH | DISCLOSED POTENTIAL MILESTONES | DISCLOSED ROYALTY RATE % | PHASE 3 / NDA | PHASE 2 | PHASE 1 | PRE-CLINICAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TBD | N/A | N/A | V158866 | N/A | N/A | N/A | N/A | N/A | | FAILED | | |
| 2 | CORVUS | CRVS | 124 | CPI-444 | N/A | N/A | N/A | $220 | MSD - LDD | | | X | |
| 3 | REDOX | CELG | N/A | V2006 | VIPADENANT | N/A | N/A | $100 | N/A | | | | X |
| 4 | TBD | N/A | N/A | AUY922 | N/A | N/A | N/A | $38 | N/A | | HALTED | | |
| 5 | CTI BIOPHARMA | CTIC | 74 | CHR-2797 | TOSEDOSTAT | N/A | N/A | N/A | HSD | | X | | |
| 6 | SERVIER/NOVARTIS | N/A | N/A | BCL-2 | N/A | N/A | N/A | N/A | N/A | | | X | |
| 7 | SERVIER/NOVARTIS | N/A | N/A | MCL-1 | N/A | N/A | N/A | N/A | N/A | | | X | |
| 8 | TBD | N/A | N/A | V158411 | N/A | N/A | N/A | N/A | N/A | | | | X |
| 9 | VERONA | VRNA | 85 | RPL554 | N/A | N/A | N/A | $6 | LSD - MSD | | FAILED | | |
| | TOTAL IDENTIFIED | | | | | | | $364 | | | | | |

| # | DRUG | NOTES |
|---|---|---|
| 1 | V158866 | Failed Phase 2 trials on August 20, 2015 |
| 2 | CPI-444 | Signed February 2015. US Patent expires 2023; serious adverse events occurred in Phase I. Company will need capital to continue development; R&D for CPI-444 of $1.9M is down 53% YTD and was down 67% in 3Q18 |
| 3 | V2006 | Development began 2004; discontinued (with partner Biogen) July 18, 2010 based on a "review of findings in preclinical toxicology studies." Relicensed to RedoxTherapies Oct 9, 2014. Redox purchased by JUNO for $10M on July 14, 2016. CELG owns JUNO. |
| 4 | AUY922 | Development stopped by Novartis on December 19, 2014. Novartis out-licensed the drug in 2004. |
| 5 | TOSEDOSTAT | Signed October 2014; drug had been in development at Vernalis since 2003; US Patent expires 2018. R&D for Tosedostat of $105,000 YTD and $8,000 in 3Q18; in 2017 it was 0, $1.6M in 2016, $920,000 in 2015. A survival benefit has not been seen in trials. |
| | | - CTIC fired 50% of its workforce on 12.13.2018; no mention of future development for Tosedostat. |
| 6 | BCL-2 | Servier has had a partnership with Vernalis since 2007; extended 2 years on March 2017. No further updates on extending the partnership have been provided. |
| 7 | MCL-1 | Servier has had a partnership with Vernalis since 2007; extended 2 years on March 2017. No further updates on extending the partnership have been provided. |
| 8 | V158411 | Pre-clinical |
| 9 | RPL554 | Failed Phase 2 trials on January 14, 2019. Composition of Matter patents expire 2020. |



# Roivant

Citron has already knocked out over 60% of Ligand's Pipeline so now let's get to 80% using one of the names in the "Big 6":  Roivant.

Roivant, led by controversial pharmaceutical exec Vivek Ramaswamy, accounts for $528 mil or 18% of potential milestones for Ligand.  This is from the license of RVT-1502 into Metavant, one of the many "vant" companies under Roivant.

Vivek is known to throw out big numbers that excite investors without much substance.  This has nothing to do with AXON.  Just look at Metavant, the same "vant" that Ligand is depending on.

Metavant's pipeline consists of two programs.  One program, RVT-1502, licenses a drug from Ligand while the other is a partnership to develop the drug Imeglimin with Poxel.  http://metavant.com/our-pipeline/

Roivant agreed to pay Poxel up to $600 million in milestone payments in addition to a $35 million upfront payment and $15 million equity investment, more lucrative than the deal Roivant did with Ligand.
https://www.genengnews.com/news/roivant-to-codevelop-poxels-t2d-candidate-imeglimin-in-up-to-650m-partnership/

Yet, Poxel still only has an enterprise value of $41 million.  It seems that Poxel investors have look past the hype even though Poxel appears much further along in development than RVT-1502.  These drugs are for diabetes, which requires large expensive patient trials.  Poxel has a fully enrolled study in Japan with 1,100 people.  There are 4 FDA listed studies for RVT-1502 but there are only 264 enrolled patients across the 4 studies.



# Management Credibility

So, now that Citron has questioned over 80% of the "shots on goal", let's go to the credibility of management with their announced partners.

As highlighted by Grant's, the following questionable companies can be included in the remaining 20% of Ligand's pipeline.

Sermonix Pharmaceuticals – licensee of lasofoxifene, a well-traveled drug that Pfizer walked away from around the time the FDA warned that the drug put patients at higher risk for death.  The business address of Sermonix is a mail box in a UPS store in Columbus, Ohio.

Chiva Pharmaceuticals – Ligand partner that represents $100 million milestone payment that shares the same office address as a telemarketing firm which is a house in Los Altos Hills, CA whose drugs have regressed in the pipeline.

It should be noted that when Grant's asked Ligand about these partners no response was given.

Well, Citron is now ready to take this a few steps further as we know that a picture is worth a thousand words.

If Ligand had legitimate "shots on goal" then why would they pull stunts like this as recently as a month ago.


RESEARCH

# iMetabolic BioPharma

On November 21, 2018, Ligand announced a partnership with iMetabolic Biopharma.  In the press release, we are told that Ligand "received an up-front license payment and is eligible to receive a tiered royalty on future potential sales of up to 6%."

https://investor.ligand.com/press-releases/detail/366

iMetabolic Biopharma's address is listed as 2155 E. Conference Drive Suite 115, which is the same address as a Fertility Treatment Center.





To confirm our suspicions, we sent our team to the office address.

**We found no signs that the company exists. We asked the receptionist and she said she's never heard of iMetabolic BioPharma and that only Fertility Treatment Center occupies the office space.**







We then called the phone number attached to iMetabolic and found out that they are looking to complete their seed funding round of $1 million and they had $900K left.

**This is not an "early stage" company worthy of a press release… this is a science project.**



# Seelos Therapeutics

Here is another fun Milestone Company left out by Grant's.

In 2016, Ligand signed a partnership with Seelos Therapeutics which Ligand touts as representing possible future cash milestone payments of $145 million plus net sales royalties ranging from 4% to 10% for the various programs licensed.

https://www.businesswire.com/news/home/20160922005648/en/Ligand-Licenses-Programs-Seelos-Therapeutics

**YET**

If we look at a recent SEC filing that contains Seelos' financials for 2016, 2017 and the first 9 months of 2018, we see that Seelos has total assets of less than $525K and liabilities of over $4 million.

Seelos has spent a grand total of $847K in R&D over this period.  Of that amount, we believe that $650K were payments related to a relationship Seelos has with another drug company, Vyera Pharmaceuticals (the former Turing Pharmaceuticals).

https://www.sec.gov/Archives/edgar/data/1017491/000114036119000398/ex99_1.htm
https://www.sec.gov/Archives/edgar/data/1017491/000101749118000081/apris-4.htm



Seelos also lists an office address in NYC at the back of the S-4.  This same address is listed on the company's website.  However, we visited the address and were told that Seelos had not occupied the office space for more than a year while the 25th floor is only occupied by law firms.








Seelos Therapeutics, Inc.
c/o Montserrat Global Advisers, LP
535 Fifth Avenue, 25th Floor
New York, NY 10017
Attention: Raj Mehra
Email: raj.mehra@mgalp.com

**Does that sound like the sources of $150M+ in milestone payments and royalties?**

19



# Insider Selling

All the while as the company has announced these "Shots on Goal" management has been a consistent seller of the stock.





# What about Lilly and Bristol-Myers?

Despite being scattered over Ligand promotional investor material and considered a part of the "Big 6", those larger names only account for less than 7% of total milestone payments.  Even though the probability of Ligand receiving all of these milestones is slim – we will give it to them.

Though Sage Therapeutics announced positive phase III SAGE-217 data last week which could impair sales of Zulresso – we will still give Ligand the benefit of the doubt.

Lastly, though last week, Retrophin provided a corporate update that looks very bearish for Sparsentan as Retrophin even removed commentary on the slope of the study, we will still give Ligand partial credit for this "shot".

http://ir.retrophin.com/news-releases/news-release-details/retrophin-provides-corporate-update-and-2019-outlook

**With all the benefit of the doubt given to Ligand, Citron assigns a price target with shots on goal of $35.**

 RESEARCH

# Conclusion

As for shots on goals, Wayne Gretzky famously once said:

*"You miss 100% of the shots you do not take"*

Well The Great One also said:

*"It's easier to lose than to win"*

.........and nowhere is that more true than in drug development.

It is time for Ligand Management to disclose to Wall St the attribution of your pipeline/milestone payments from specific companies and increase your disclosures about the true viability of the pipeline.   Once investors see that they do not own a pharma ETF but rather a collections of  the lazy man's sub par assets, Citron expects Ligand stock to reflect its true value.



# Cautious Investing to All

These reports have been prepared by either Citron Research ("Citron Research") or Citron Capital, LLC ("Citron Capital"). Citron Research and Citron Capital are referred to collectively as "Citron" and each individually as a "Citron Entity." Each report specifies the publisher and owner of that report. All reports are for informational purposes only. Under no circumstances should any of these reports or any information herein be construed as investment advice, or as an offer to sell or the solicitation of an offer to buy any securities or other financial instruments.

Citron Research produces research reports on publicly traded securities, and Citron Capital is an exempt reporting adviser filed with the California Department of Business Oversight. The reports are the property of the applicable Citron Entity that published that report. The opinions, information and reports set forth herein are solely attributable to the applicable Citron Entity and are not attributable to any Citron Related Person (defined below) (other than the Citron Entity that published the report).

By downloading, accessing, or viewing any research report, you agree to the following Terms of Use. You agree that use of the research presented in any report is at your own risk. You (or any person you are acting as agent for) agree to hold harmless Citron Research, Citron Capital and each of their affiliates and related parties, including, but not limited to any principals, officers, directors, employees, members, clients, investors, consultants and agents (collectively, the "Citron Related Persons") for any direct or indirect losses (including trading losses) attributable to any information in a research report. You further agree to do your own research and due diligence before making any investment decision with respect to securities of the issuers covered herein (each, a "Covered Issuer") or any other financial instruments that reference the Covered Issuer or any securities issued by the Covered Issuer. You represent that you have sufficient investment sophistication to critically assess the information, analysis and opinion presented in any Citron report. You further agree that you will not communicate the contents of reports and other materials made available by Citron to any other person unless that person has agreed to be bound by these Terms of Use. If you access, download or receive the contents of Citron reports or other materials on your own behalf, you agree to and shall be bound by these Terms of Use. If you access, download or receive the contents of Citron reports or other materials as an agent for any other person, you are binding your principal to these same Terms of Use.

You should assume that, as of the publication date of a Citron report, Citron Related Persons (possibly along with or through its members, partners, affiliates, employees, and/or consultants), Citron Related Persons clients and/or investors and/or their clients and/or investors have a position (long or short) in one or more of the securities of a Covered Issuer (and/or options, swaps, and other derivatives related to one or more of these securities), and therefore may realize significant gains in the event that the prices of a Covered Issuer's securities decline or appreciate. Citron Research, Citron Capital and/or the Citron Related Persons may continue to transact in Covered Issuers' securities for an indefinite period after an initial report on a Covered Issuer, and such position(s) may be long, short, or neutral at any time hereafter regardless of their initial position(s) and views as stated in the Citron research. Neither Citron Research nor Citron Capital will update any report or information to reflect changes in positions that may be held by a Citron Related Person.

This is not an offer to sell or a solicitation of an offer to buy any security. Neither Citron Research nor any Citron Related Person (including Citron Capital) are offering, selling or buying any security to or from any person through any Citron research reports. Citron Research is affiliated with Citron Capital. Citron Capital is an exempt reporting adviser filed with the California Department of Business Oversight and is not registered as investment adviser in any other jurisdiction. Citron Capital does not render investment advice to anyone unless it has an investment adviser-client relationship with that person evidenced in writing. You understand and agree that Citron Capital does not have any investment advisory relationship with you or does not owe fiduciary duties to you. Giving investment advice requires knowledge of your financial situation, investment objectives, and risk tolerance, and Citron Capital has no such knowledge about you.

The research and reports made available by Citron reflect express the opinion of the applicable Citron Entity as of the time of the report only. Reports are based on generally available information, field research, inferences and deductions through the applicable Citron Entity's due diligence and analytical process. To the best of the applicable Citron Entity's ability and belief, all information contained herein is accurate and reliable, is not material non-public information, and has been obtained from public sources that the applicable Citron Entity believe to be accurate and reliable, and who are not insiders or connected persons of the Covered Issuers or who may otherwise owe a fiduciary duty, duty of confidentiality or any other duty to the Covered Issuer (directly or indirectly). However, such information is presented "as is," without warranty of any kind, whether express or implied. With respect to their respective research reports, Citron Research and Citron Capital makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. Further, any research report contains a very large measure of analysis and opinion. All expressions of opinion are subject to change without notice, and Citron does not undertake to update or supplement any reports or any of the information, analysis and opinion contained in them.

In no event shall Citron Research, Citron Capital or any Citron Related Persons be liable for any claims, losses, costs or damages of any kind, including direct, indirect, punitive, exemplary, incidental, special or, consequential damages, arising out of or in any way connected with any information presented in any Citron report. This limitation of liability applies regardless of any negligence or gross negligence of Citron Research, Citron Capital or any Citron Related Persons. You accept all risks in relying on the information presented in any report.

You agree that the information in any Citron research report is copyrighted, and you therefore agree not to distribute this information in any manner without the express prior written consent of the applicable Citron Entity. If you have obtained Citron research reports in any manner other than as provided by Citron, you may not read such research without agreeing to these Terms of Use. You further agree that any dispute between you and Citron and their affiliates arising from or related to this report or viewing the material presented herein is governed by the laws of the State of California, without regard to any conflict of law provisions. The failure of Citron Research or Citron Capital to exercise or enforce any right or provision of these Terms of Use shall not constitute a waiver of this right or provision. You agree that each Citron Related Person is a third-party beneficiary to these Terms of Use. If any provision of these Terms of Use is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of these Terms of Use remain in full force and effect, in particular as to this governing law and jurisdiction provision. You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to Citron report or related material must be filed within one (1) year after the occurrence of the alleged harm that gave rise to such claim or cause of action, or such claim or cause of action be forever barred.