# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GREGORY LEMELSON and LEMELSON CAPITAL | ) |
| MANAGEMENT, LLC | )  Civil Action No. 1:18-cv-11926-PBS |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| THE AMVONA FUND, LP, | ) |
| | ) |
| Relief Defendant | ) |
| | ) |

## AFFIDAVIT OF FATHER EMMANUEL LEMELSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Father Emmanuel Lemelson, hereby swear and declare as follows:

1.      I am a canonically ordained priest in the Greek Orthodox Church and have been identified in the Complaint to this action as Gregory Lemelson.  I also serve as the Chief Investment Officer of Lemelson Capital Management, LLC.  I am an activist investor.  Lemelson Capital Management, LLC is the general partner to the Amvona Fund, LP, a pooled investment vehicle.

2.      None of the investors in the Amvona Fund are or ever have been one of my parishioners.

3.       Full annual reports from 2012-2016,  including audited financial statements (all containing unqualified opinions) for the Amvona Fund, as well as returns verified by three

independent parties, are publicly available on the website for Lemelson Capital Management,

available at *https://lemelsoncapital.com/reports*.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: <u>October 30, 2020</u>

*Rev. Fr. Emmanuel Lemelson*

Father Emmanuel Lemelson

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 30, 2020.

<u>*/s/ Douglas S. Brooks*</u>
Douglas S. Brooks