UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

**DECLARATION OF ALFRED A. DAY IN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Alfred A. Day, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am counsel of record for the United States Securities and Exchange Commission (the "Commission") in this matter. I make this declaration based upon my personal knowledge and in support of the Commission's motion partial summary judgment.

2. I have served as trial counsel for the Commission since July 2012, and previously worked as a civil litigator in private practice from approximately October 2003 until I joined the Commission. In the course of my litigation practice, I have participated in scores of depositions, witness interviews, investigative testimonies, and examinations of witnesses at trial. In all of these contexts, it is common practice to ask witnesses questions about their personal history, including work and vocational background.

3.  In Paragraphs 7, 10, 14, 20, and 21 of their Statement of Additional Material Facts (ECF No. 135) filed in opposition to the Commission's motion for partial summary judgment, Defendants cite certain emails produced by Ligand Pharmaceuticals, Inc. ("Ligand") in discovery in this matter. The referenced emails were not produced by Ligand or otherwise provided to the Commission until discovery in this litigation; Commission staff were therefore unaware of their substance or existence prior to this case being commenced in September 2018.

4.  A true and correct copy of an excerpt from the "Management" page of the Lemelson Capital Management website is attached as Exhibit A.

5.  A true and correct copy of a Favus Institutional Research press release from the BusinessWire website is attached as Exhibit B.

6.  A true and correct copy of excerpts from the deposition of John Higgins is attached as Exhibit C.

7.  A true and correct copy of excerpts from the deposition of Bruce Voss is attached as Exhibit D.

8.  A true and correct copy of excerpts from the deposition of Matthew Foehr is attached as Exhibit E.

9.  A true and correct copy of excerpts from the deposition of Todd Pettingill is attached as Exhibit F.

10. A true and correct copy of excerpts from the deposition of the Rule 30(b)(6) deposition of the Commission is attached as Exhibit G.

11. A true and correct copy of excerpts from the investigative testimony of Defendant Lemelson is attached as Exhibit H.

12. A true and correct copy of Exhibit 57 to the investigative testimony of Defendant Lemelson is attached as Exhibit I.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2020, in Weston, Massachusetts.

                                            */s/ Alfred A. Day*
                                            Alfred A. Day