Home / Management

# Management

## Investment Philosophy

Lemelson Capital Management has advocated a Christian Philosophy of investment based on a belief that investments selected on strict value criteria mitigate risk and often lead to better than average returns, a cornerstone of good stewardship.

Although every situation and investment decision is unique, the pillars of wise investment policy (autonomous thought, discipline, knowledge, patience, focus, hard work, etc.) do not change with time. Nonetheless, successful execution is an art. Staying within a circle of competence with a focus on proficiency in select sectors is a hallmark. Operational experience and acumen are critical to competent capital allocation and successful fund management.

Management seeks to protect principal by ensuring a substantial "margin of safety" exists in every commitment while consistently producing better than average results in order to leverage the power of compounding over time.

To learn more visit the About Us page on Amvona.

## Cheif Investment Officer

**Fr. Emmanuel Lemelson, CIO**

Rev. Fr. Emmanuel Lemelson is a Greek Orthodox priest, activist and investment manager known for advocating a philosophy of investment based on Christian ethics.

He is the chief investment officer of Lemelson Capital Management, LLC the sole sponsor and general partner of The Amvona Fund, LP which several times has been

named the world's top-performing hedge fund according to financial media outlets *The Wall Street Journal* and *Barron's*.

His investment research and analysis has been cited in *The Wall Street Journal*, Bloomberg, CNBC, *USA Today*, *New York Post*, Fox Business Network, *Fortune, Forbes*, *Barron's*, Business Insider, International Business Times, Reuters, MarketWatch and TheStreet.com and credited with influencing share prices in publicly traded companies, while his ongoing battle with U.S. regulators over Ligand Pharmaceuticals (NASDAQ: LGND) continues to make headlines.

His position on ecumenism and the role of the Orthodox Church have been cited in The Washington Post, CBS News, Fox News, The National Interest, The Boston Globe and The Boston Herald among others.

Prior to his ordination in 2011, Fr. Emmanuel had 17 years of experience as a successful entrepreneur, including authoring multiple patents in design, business process, and software architecture. As a graduate student, he founded, amongst other businesses, the internet site Amvona which achieved ~120% CAGR between 1999 and 2006. In 2005 Amvona ranked among the ten most-visited photography-related internet sites.

He is the founder and president of The Lantern Foundation, a 501 (c)3 private foundation that provides financial support to Christian organizations as well as the founder of the Stowe conference for charity.

Fr. Emmanuel graduated from Seattle University with a B.A. in Theology and Religious Studies and Holy Cross Greek Orthodox School of Theology with an M.Div, and has served parishes in New England and Switzerland.

**Watch:** Fr. Emmanuel on Fox Business News Varney & Co. here

**Watch:** Fr. Emmanuel on Fox News a Spirited Debate here