



# Favus Institutional Research Expands Healthcare Equity Research Team

Dr. Leland Gershell Extends Firm's Established Franchise

April 01, 2010 07:00 AM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Favus Institutional Research LLC today announced that Leland Gershell, M.D., Ph.D. has joined the firm as a senior equity analyst. Leland will focus on companies in the therapeutics and medical device sectors and will be based in the firm's New York office.

"Leland is a trusted member of the healthcare equity research analyst community and has distinguished himself by consistently producing accurate, detail-oriented, money-making research," said Dr. Elliot Favus, CEO of Favus Institutional Research. "Leland's analytical skills will expand our research capabilities, and I look forward to the contribution he will make to the high-value product that we deliver to our clients."

Leland has five years of experience covering healthcare stocks, having held equity analyst positions at Apothecary Capital and Cowen and Company. He received an M.D. and Ph.D. in Chemistry from Columbia University.

Also today, the firm announced that Brian Kennedy has left the firm.

About Favus Institutional Research:

Founded in 2009, Favus Institutional Research is an independent healthcare equity research firm for institutional investors. We provide institutional investors with money-making healthcare research and divergent information. We help clients get an edge on healthcare stocks by finding pieces of information that are not widely disseminated on Wall Street. Our research process uses sources who do not routinely speak with Wall Street analysts. We use fundamental analysis to evaluate the healthcare sector, with a focus on commercial, clinical data, legal, reimbursement, and regulatory catalysts. The firm is run by Elliot Favus, M.D., who has equity research and institutional investment management experience at Lazard Capital Markets and Och-Ziff Capital Management Group.

## Contacts

Favus Institutional Research LLC

Elliot Favus, M.D., 917-952-8158

Elliot@FavusLLC.com

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Cookie Policy (https://services.businesswire.com/cookie-policy)

Cookies Settings

Accept All Cookies

or

Leland Gershell, M.D. Ph.D., 347-920-6411

Leland@FavusLLC.com

Cookies Settings

Accept All Cookies

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Cookie Policy (https://services.businesswire.com/cookie-policy)

/