

EXHIBIT C

United States District Court

District of Massachusetts

Securities and Exchange         )
Commission,                     )
            Plaintiff,          )  1:18-cv-11926-PBS
    v.                          )
Gregory Lemelson and Lemelson   )
Capital Management, LLC,        )
            Defendants,         )
    and                         )
The Amvona Fund, LP,            )
            Relief Defendant.   )
_____

Highly Confidential

30(b)(6) Video Deposition of LIGAND PHARMACEUTICALS

JOHN HIGGINS

San Diego, California

December 11, 2019

Reported by:

Veronica S. Thompson

CSR 6056, RPR, CRR, CCRR

KEY Discovery Job 371

```
                                                          Page 174
 1      A.    I see Irina.
 2      Q.    If you go down to the --
 3      A.    I missed Favus.
 4      Q.    -- one, two, three, four -- sixth paragraph.
 5      A.    Yes.
 6      Q.    All right.  And is that Irina Rivkind and
 7   Elliott Favus who we talked about earlier?
 8      A.    Correct.
 9      Q.    Who is Gene Mack?
10      A.    Another sell-side analyst who covered Ligand
11   for a while.  I don't believe he was in coverage at the
12   time but is another analyst -- sell-side analyst.
13      Q.    And if you look at the bottom of the first
14   page, Mr. Foehr puts in quotes about Gene Mack's
15   statements:  "So and so have already looked at all of
16   your royalties, and they do not think they are
17   valuable."  Is that a fair paraphrase of something that
18   Mr. Mack said?
19      A.    So I -- Matt said that.  I don't recall that
20   quote.
21      Q.    Okay.
22      A.    I don't recall him saying that to me, so I --
23   I'm not sure of the context.
24      Q.    All right.  Did -- did Ligand ever conduct
```

```
 1    stock surveillance?
 2         A.    In terms of what or --
 3         Q.    Well, has Ligand ever, during your tenure as
 4    CEO, conducted any kind of stock surveillance?
 5         A.    Analyzing who's buying or selling the stock
 6    or -- I -- we look at fund flows, you know, change in
 7    investors quarter to quarter.  So, yeah, we evaluate
 8    partly to know who we're talking to and -- so, yeah, if
 9    that's surveillance, we certainly have done that.
10         Q.    Do you pay for that service?
11         A.    No.
12         Q.    There's a reference here about potentially
13    looking into Fr. Lemelson's personal background.  Did
14    Ligand ever do that?
15         A.    No.
16         Q.    Did Ligand ever hire a private investigator?
17         A.    No.
18         Q.    Why not?
19         A.    We were still trying to learn -- it's fairly
20    early, and we had limited information.  Bruce -- but for
21    Bruce, no interaction with this person.  And we were
22    surprised because, as broad as our net is with our board
23    and investors and sales, very few people knew about this
24    person.  And so just to try to understand what's the
```

1    background.  So we -- we evaluated that but realized,

2    you know, it's not worth it.  It's not worth the money.

3    Again, we just -- again, focus on running the business.

4         Q.   Do you recall a few minutes ago when we were

5    talking about -- I had asked whether it would be in the

6    best interests of the common shareholders for the price

7    to be as low as possible during a corporate buyback of

8    its share?

9         A.   Yeah.

10        Q.   And you said no.  And I believe you referred

11   to the fair value of the stock.  Is that right?

12        A.   Yeah.  As opposed to, like, a artificially

13   depressed value, so yeah.

14        Q.   Who determines what the fair value of a stock

15   is?

16             MR. BONDI:  Object to the form.

17             THE WITNESS:  I mean, the market -- if the

18   market is responding to information about the business

19   and the markets are liquid, buyers and sellers -- over

20   time, there's going to be, you know, a sense of what the

21   fair -- it's our job to create the value and then to

22   meet our public reporting obligations, to meet with

23   investors to help people understand the value.

24             The people may disagree on, "Well, what's the

```
 1    BY MR. BROOKS:
 2        Q.   Mr. Higgins, I'm going to show you what's been
 3    previously marked as Exhibit 100 and ask you to take a
 4    look and let me know if you recognize this email.
 5        A.   Yes.
 6        Q.   Do you recognize this email chain?
 7        A.   Yes.
 8        Q.   The top is an email from you on July 9, 2014?
 9        A.   Yes.
10        Q.   All right.  And you are responding to an email
11    about Fr. Lemelson and Lemelson Capital Management's
12    Wikipedia pages?
13        A.   Yes.
14        Q.   And it says, "Should we try to edit this or
15    otherwise try to get Wikipedia to delete it?"  Did you
16    take any steps to edit or delete Fr. Lemelson or
17    Lemelson Capital Management's Wikipedia pages?
18        A.   No.
19        Q.   Did you look into doing so?
20        A.   No.
21        Q.   Why not?
22        A.   Well, I asked these questions.  It's evident I
23    was unfamiliar how Wikipedia works.  I knew it was a
24    community, you know, everybody can add their own
```

1   content, but with the understanding that these are
2   false, blatant lies, what's appropriate to go in and --
3   and make a response or clean it up or talk to Wikipedia
4   and say, "These are irresponsible postings."  So asking
5   the questions.  And basically through -- through the
6   questions learned that, no, we shouldn't do it.  It's
7   not worth our time to do it, and we shouldn't pursue
8   other people to do it.  So basically asked the questions
9   and -- and did not pursue it.
10       Q.   What was false at that time on Fr. Lemelson's
11  Wikipedia page?
12       A.   I -- I would have to look at the whole page.
13  I -- I can't comment off of what I'm looking at here.
14  If it referenced the reports as a click or something,
15  that would be an example of some of that.
16       Q.   Later on you said, "Should we have investors
17  edit the page?"  Did you ever have investors edit either
18  Fr. Lemelson's Wikipedia page or Lemelson Capital
19  Management's Wikipedia page?
20       A.   No.
21       Q.   Do you know anybody who's ever edited
22  Fr. Lemelson's Wikipedia page?
23       A.   No, I'm not aware of anybody.
24       Q.   Are you aware of anybody that you know of ever

```
 1              I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby certify:
 3              That the foregoing proceedings were taken
 4    before me at the time and place herein set forth; that
 5    any witnesses in the foregoing proceedings, prior to
 6    testifying, were duly sworn; that a record of the
 7    proceedings was made by me using machine shorthand,
 8    which was thereafter transcribed by me; that the
 9    foregoing is a true record of the testimony given.
10              Further, that if the foregoing pertains to the
11    original transcript of a deposition in a federal case,
12    before completion of the proceedings, review of the
13    transcript [x] was [ ] was not requested.
14              I further certify I am neither financially
15    interested in the action nor a relative or employee of
16    any attorney or party to this action.
17              In witness whereof, I have this date
18    subscribed my name.
19
20    Dated:  December 27, 2019
21
22
23    _____
24         Veronica S. Thompson
             CSR 6056, RPR, CRR, CCRR
```