**EXHIBIT E**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:18-CU-11926-PBS |
| vs. | ) ) | |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| THE AMVONA FUND, LP, | ) ) | |
| Relief Defendant. | ) | |

Deposition of MATTHEW FOEHR
San Diego, California
December 5, 2019

Reported by:
Sheri L. Somers
CSR No. 9734
Job No. 10062971

Page 137

```
 1         THE WITNESS:  I don't know.
 2   BY MR. BROOKS:
 3        Q.   With respect to Father Lemelson's Wikipedia
 4   page that we were talking about, did you ever edit
 5   that?
 6        A.   No.
 7        Q.   Did you ever cause anyone else to edit it?
 8        A.   No.
 9        Q.   Do you know whether anyone at Ligand ever
10   edited it?
11        A.   I don't believe so.
12        Q.   Do you recall discussions with Ligand
13   personnel about potentially editing Father Lemelson's
14   or Lemelson Capital Management's Wikipedia page?
15        A.   I don't know.
16        Q.   If you could turn to slide 28, you'll see
17   that there's a number of quotes there from Lemelson
18   Capital Management's press release.  Do you see that?
19        A.   I see that.
20        Q.   And those quotes are about the -- strike
21   that.
22             Those claims, Ligand refers to them as
23   out-performance claims.  Do you see that?
24        A.   I see the title of the slide says, "Lemelson:
```

1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby certify:
3        That the foregoing proceedings were taken
4   before me at the time and place herein set forth; that
5   any witnesses in the foregoing proceedings, prior to
6   testifying, were duly sworn; that a record of the
7   proceedings was made by me using machine shorthand,
8   which was thereafter transcribed under my direction;
9   that the foregoing transcript is a true record of the
10  testimony given.
11       Further, that if the foregoing pertains to the
12  original transcript of a deposition in a federal case,
13  before completion of the proceedings, review of the
14  transcript [ X ] was [ ] was not requested.
15
16       I further certify I am neither financially
17  interested in the action nor a relative or employee of
18  any attorney or party to this action.
19       IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21  Dated: December 19, 2019
22
23  _____
    Sheri L. Somers
24  CLR, CSR No. 9734