EXHIBIT G

# In the Matter of:

*Securities and Exchange Commission vs*

*Gregory Lemelson, et al*

*David Becker*

*August 06, 2020*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



```
 1                 UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF MASSACHUSETTS
 3               CIVIL ACTION NO. 1:18-CV-11926-PBS
 4
 5   _____
 6   SECURITIES AND EXCHANGE COMMISSION,
 7            PLAINTIFF,
 8   V.
 9   GREGORY LEMELSON AND LEMELSON CAPITAL
10   MANAGEMENT, LLC,
11            DEFENDANTS,
12        AND
13   THE AMVONA FUND, LP,
14            RELIEF DEFENDANT.
15   _____
16
17
18                  30(b)(6) DEPOSITION OF:
19            DAVID BECKER ON BEHALF OF THE SEC
20                    CONDUCTED REMOTELY
21                    BETHESDA, MARYLAND
22         THURSDAY, AUGUST 6TH, 2020 AT 9:43 A.M.
23
24
```

                                                                                    45

1  reviewed to prepare for today's deposition?
2      A.   Give me a moment to flip through it.
3           Yes, it is.
4      Q.   Okay.  And do you see this article, which is now
5  Exhibit 171, was dated March 18th, 2016?
6      A.   Yes.
7      Q.   Do you know if Father Emmanuel Lemelson was personally
8  named in the SEC's order of investigation as of March 18th,
9  2016?
10     A.   Personally named in the -- you're asking about the
11 formal order of investigation?
12     Q.   Yes.
13     A.   I don't actually know the answer to that, no.
14     Q.   Did anyone at the SEC discuss with anyone at Bloomberg
15 the existence of the investigation involving Father Emmanuel
16 Lemelson prior to this article coming out?
17     A.   I don't believe so, no.  There may have been a "no
18 comment" in response to -- I mean I think this article itself
19 has an SEC person saying "no comment," so I mean in that sense,
20 yes; but beyond that, I don't believe so, no.
21     Q.   Okay.  Has anyone from the SEC discussed with anyone
22 at Bloomberg the existence of the investigation involving Father
23 Emmanuel Lemelson after this article came out?
24     A.   Again, there may have been "no comments" but beyond

1  that, no.

2      Q.   Has anyone at the SEC --

3           MR. JONES:  Doug, can I interrupt you for one minute?

4  That last question, the topic is limited to pre-litigation

5  communications, was your question limited to that as well?

6           MR. BROOKS:  Sure.

7           MR. JONES:  Okay, just to clarify.  And, David, was

8  your answer accurate as to that limitation?

9           THE WITNESS:  Yes.

10          MR. JONES:  Okay, thank you.

11 BY MR. BROOKS:

12     Q.   Mr. Becker, has anyone at the SEC discussed with

13 anyone at any media source, other than Bloomberg, the existence

14 of the investigation involving Father Emmanuel Lemelson at any

15 time prior to the litigation being filed in this matter?

16     A.   Other than declining comment, no.

17     Q.   As part of your preparation for today's deposition,

18 what, if anything, did you do to determine whether any SEC staff

19 had communicated with the media about an ongoing investigation

20 involving Father Emmanuel Lemelson?

21          MR. JONES:  And, Doug, by "you," you mean the SEC

22 there, not just Mr. Becker personally?

23          MR. BROOKS:  Yeah, the SEC.

24          MR. JONES:  Okay.

1    A.   I see it.
2    Q.   Do you see a highlighted paragraph there?
3    A.   I do.
4    Q.   And that paragraph isn't usually highlighted in the
5    published form of this document, correct?
6    A.   That's correct.
7    Q.   That highlighting has been put there by me and Al,
8    right?
9    A.   Yes.
10   Q.   Yes.  So paragraph 12, I'm going to read it and you
11   just tell me if I read it right, but then I'm going to ask you
12   what the plain meaning of this paragraph is.  All right, does
13   paragraph H state:  "To any persons during the course of any
14   inquiry, examination, or investigation conducted by the SEC's
15   staff, or in connection with civil litigation, if the staff has
16   reason to believe that the person to whom the record is
17   disclosed may have further information about the matters related
18   therein, and those matters appear to be relevant at the time to
19   the subject matter of the inquiry."
20        Did I read that right?
21   A.   You did.
22   Q.   And from your approximately ten years at the SEC, do
23   you know what that paragraph means?
24        MR. BROOKS:  Objection to the form.

135

1    Q.    Okay.  How about:  Mr. Becker, to the best of your
2    ability, can you explain what that paragraph means?
3          MR. BROOKS:  Objection.
4    Q.    Please go ahead.
5    A.    Sure.  It means that if the staff in an investigation
6    believes that someone from whom we are requesting information
7    has information that we believe is relevant to the investigation
8    and it would be helpful, we can share with them information from
9    our files.
10   Q.    Okay.  And those files being the files of the
11   investigation?
12   A.    Correct.
13   Q.    Okay.  To your knowledge, was that or a substantially
14   identical policy in place in the time period of the onset of
15   this investigation to the filing of the complaint?
16   A.    Yes.
17   Q.    Okay.
18         MR. JONES:  Mr. Sullivan, would you please mark the
19   other document?  Thank you, I appreciate it.
20         (EXHIBIT 182 MARKED FOR IDENTIFICATION)
21         MR. SULLIVAN:  I've marked and distributed Exhibit 182
22   that you sent me via e-mail.
23         MR. JONES:  I have it.  I appreciate it, Brian, thank
24   you.

| Securities and Exchange Commission vs | 30(b)(6) | David Becker |
|---|---|---|
| Gregory Lemelson, et al | | August 06, 2020 |

```
                                                                         144
 1  hereinbefore named, identification as prescribed by Executive
    Order 455 (03-13) issued by the Governor of the Commonwealth of
 2  Massachusetts, was by me duly sworn to testify to the truth and
    nothing but the truth of his knowledge concerning the matters in
 3  controversy in this cause; that he was thereupon examined upon
    his oath, and his examination reduced to typewriting under my
 4  direction; and that this is a true record of the testimony given
    by the witness to the best of my ability.
 5            I further certify that I am neither attorney or
    counsel for, nor related to or employed by, any of the parties
 6  to the action in which this deposition is taken, and further,
    that I am not a relative or employee of any attorney or counsel
 7  employed by the parties hereto or financially interested in the
    action.
 8

 9

10            My Commission Expires:  December 25, 2026

11

12

13

14                        [signature: Kelley K. Bohan]

15            _____

16                        Kelley K. Bohan
                          Court Reporter/Notary Public
17

18

19

20

21

22

23

24
```