Page 1

1  SECURITIES AND EXCHANGE COMMISSION
2
3
4
5  - - - - - - - - - - - - - - - )
6  In the Matter of:            ) Matter No. HO-12718
7  Trading in the Securities of )
8  Ligand Pharmaceuticals, Inc. )
9  - - - - - - - - - - - - - - - )
10
11
12            V O L U M E   I
13
14      TESTIMONY OF GREGORY M. LEMELSON
15            WASHINGTON, D.C.
16          WEDNESDAY, JULY 20, 2016
17                9:25 A.M.
18
19
20
21
22
23  Job No. 65155
24  Pages 1 - 359
25  Reported by:  Leslie Anne Todd

Page 2

1      Deposition of GREGORY M. LEMELSON was held at:
2
3      Securities and Exchange Commission
4      100 F Street Northeast
5      Washington, D.C. 20549
6
7      Pursuant to agreement, before Leslie Anne Todd,
8  Notary Public of the District of Columbia.

Page 3

1              A P P E A R A N C E S
2
3  For the Securities and Exchange Commission:
4      VIRGINIA M. ROSADO DESILETS, ESQUIRE
5      JEFFREY FINNELL, ESQUIRE
6      SONIA TORRICO, ESQUIRE
7      Securities and Exchange Commission
8      100 F Street Northeast
9      Washington, D.C. 20549
10     (202) 5510-4955
11
12 For the Witness:
13     DOUGLAS F. MacLEAN, ESQUIRE
14     Armor Compliance
15     22 Batterymarch Street
16     Boston, Massachusetts 02109
17     (617) 501-2055
18
19 ALSO PRESENT:
20     LUCY GAUTHIER (Intern)

Page 4

1              C O N T E N T S
2
3                -------
4
5              E X H I B I T S
6            (Retained by SEC)
7
8   NUMBER   PAGE      NUMBER    PAGE
9     1       7         13       206
10    2       8         14       245
11    3      15         15       261
12    4      15         16       262
13    5      24         17       270
14    6     110         18       271
15    7     119         19       272
16    8     161         20       273
17    9     198         21       275
18   10     202         22       287
19   11     203         23       289
20   12     204         24       349

Page 273

1  I've just handed you Exhibit 19. This is a
2  document with page numbers SEC-Lemelson-E-0210707
3  through 714. And the title is "Update: Lemelson
4  Capital further increases short stake in Ligand
5  Pharmaceuticals, NASDAQ LGND, as LGND EPS plunges
6  76 percent in Q2, 2014."
7       Do you recognize this document?
8  A  Yes.
9  Q  This is the third report that you wrote on
10 Ligand Pharmaceuticals?
11 A  I believe it is.
12 Q  You authored this yourself?
13 A  Yes.
14 Q  Did you send it to your investors?
15 A  I don't recall.
16 Q  Did you publish it on the Amvona website?
17 A  I'm sure I did. I'm pretty sure.
18 Q  Did you publish it more broadly to Seeking
19 Alpha or other outlets?
20 A  I think I did.
21 Q  Do you know the date of this report?
22 A  I'm not sure. But it does reference the
23 second report as being July 3rd, to substantiate the
24 earlier question.
25 Q  Do you know whether this report was

Page 274

1  published on August 4, 2014?
2  A  I don't know. It could be.
3     (Exhibit No. 20 was marked for
4     identification.)
5  BY MS. DESILETS:
6  Q  She's handed you what's been marked
7  Exhibit 20. It's a document with pages numbers
8  SEC-Lemelson-E-0499672 through 676. The title is
9  "Lemelson Capital Says Ligand Pharmaceuticals, NASDAQ
10 LGND, 225M Debt Issuance Solidifies Company's
11 Insolvency, Substantially Raises Specter of
12 Bankruptcy."
13    Do you recognize this document?
14 A  Yes.
15 Q  Did you author it?
16 A  Yes.
17 Q  Is this your fifth report?
18 A  I think this is the fourth one you've handed
19 me.
20 Q  Sorry.
21    Is this your fourth report on Ligand
22 Pharmaceuticals?
23 A  I think so.
24 Q  Do you know the date that this was --
25 sorry -- was this distributed to your investors?

Page 275

1  A  I don't recall.
2  Q  Was it published on the Amvona website?
3  A  Probably.
4  Q  Was it sent to Seeking Alpha or other
5  publications?
6  A  Probably.
7  Q  Do you know the date that it was published?
8  A  I don't recall.
9  Q  Was it August 14, 2014?
10 A  It could be.
11    (Exhibit No. 21 was marked for
12    identification.)
13 BY MS. DESILETS:
14 Q  I'm handing you what has been marked as
15 Exhibit 21. This is a document with page numbers
16 SEC-Lemelson-E-1160509 through 1160513. The title is
17 "Ligand Pharmaceuticals, NASDAQ LGND, Institutional
18 Holders Waste No Time Dumping Stock in Response to
19 Insolvency and Bankruptcy Risk."
20    Do you recognize this document?
21 A  Yes.
22 Q  Did you draft it?
23 A  Not all of it I don't think.
24 Q  Who else helped you draft this?
25 A  I think Michael Johns worked on this one.

Page 276

1  In fact, he may have also helped on the previous one
2  as well.
3  Q  Did you review the final drafts before they
4  were published?
5  A  Yes.
6  Q  Was this document in Exhibit 21 sent to the
7  Amvona investors?
8  A  I don't recall.
9  Q  Was it published on the Amvona Fund website?
10 A  Probably.
11 Q  Was it also published in Seeking Alpha or
12 other publications?
13 A  Yes. Probably.
14 Q  Do you know the date of this report?
15 A  No.
16 Q  Do you know whether it's August 22, 2014?
17 A  I don't know.
18 Q  Is this the fifth report that you published
19 on -- regarding Ligand?
20 A  I think so.
21 Q  Is this all of the research reports that you
22 published relating to Ligand, setting aside interviews
23 you may have conducted?
24 A  I think so. Well, actually, I did publish
25 commentary on Ligand in the annual reports, as well,

Page 708

1 THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3 In the Matter of:            )
4                              ) File No. HO-12718-A
5 TRADING IN THE SECURITIES OF )
6 LIGAND PHARMACEUTICALS, INC. )
7
8 WITNESS:  Gregory Lemelson
9 PAGES:    708 through 1009
10 PLACE:   Securities and Exchange Commission
11          100 F Street, NE
12          Washington, D.C.
13 DATE:    Friday, July 22, 2016
14
15   The above-entitled matter came on for hearing,
16 pursuant to notice, at 9:15 a.m.
17
18
19
20
21
22
23
24     Diversified Reporting Services, Inc.
25        (202) 467-9200

Page 709

1 APPEARANCES:
2
3 On behalf of the Securities and Exchange Commission:
4    VIRGINIA M. ROSADO DESILETS, ESQ.
5    JEFFREY FINNELL, ESQ.
6    SONIA TORRICO, ESQ.
7    Securities and Exchange Commission
8    Division of Enforcement
9    100 F Street Northeast
10   Washington, D.C. 20549
11   (202) 5510-4955
12
13 On behalf of the Witness:
14   DOUGLAS F. MacLEAN, ESQ.
15   Armor Compliance
16   22 Batterymarch Street
17   Boston, Massachusetts 02109
18   (617) 501-2055
19
20 ALSO PRESENT:
21   LUCY GAUTHIER, Intern
22
23
24
25

Page 710

1              C O N T E N T S
2
3 WITNESS                            EXAMINATION
4 Gregory Lemelson                       712
5
6 EXHIBITS    DESCRIPTION             IDENTIFIED
7    50    Agreement                     721
8    51    Form S-1                      722
9    52    Excel Document                794
10   53    Form 8-K                      826
11   55    E-mail                        851
12   56    Spreadsheet                   854
13   57    E-mail                        903
14   58    E-mail                        913
15   59    E-mail                        915
16   61    E-mail                        931
17   62    Correspondence                937
18   63    E-mail                        958
19   64    Article                       968
20   65    Response                      969
21   66    Response                      970
22   67    Article                       974
23
24
25

Page 711

1           C O N T E N T S (CONT.)
2
3 EXHIBITS    DESCRIPTION             IDENTIFIED
4    68    Article                       975
5    69    Press Release                 989
6    70    E-mail                       1001

Page 900

1  understandably hesitant to use Kyprolis."
2       What's your source for that statement?
3    A   I don't recall.
4    Q   Did you ever speak with oncologists?
5    A   I probably did research, online studies and
6  so forth.  I'm guessing that's where I got the
7  information.
8    Q   If you found support for this online, would
9  you have saved it locally to your computer?
10   A   I don't know.
11   Q   So you don't know whether it would be
12 included in the research files you provided to us?
13   A   Ideally, but I don't know for sure.
14       I try to save everything, but sometimes I
15 forget, if there's a lot of material.  You know, I try
16 to be as organized as I can.  Sometimes I remember
17 things later that I forget to save or they get put in
18 another file.
19       This may have come from material online
20 that reviewed the studies, and part of it may have
21 been a deduction from what I was understanding the
22 studies to mean.  You know, it doesn't necessarily
23 mean that oncologists would gamble with the
24 possibility of drug-induced death.  I probably located
25 those results somewhere online.

Page 901

1    Q   But you don't know sitting here today where
2  you got that from?
3    A   I don't recall.
4    Q   I'm sorry, I have a note here and I'm
5  looking for it in the document, so bear with me for
6  one second.
7    A   No problem.
8    Q   I must have written the wrong page number.
9        Your August 4th report, Exhibit 19, page 4
10 of that report --
11   A   Yes.
12   Q   -- under the category "Press Release Versus
13 SEC Filings," the second paragraph of that section,
14 there's a reference to mark-to-mark adjustments --
15 sorry -- mark-to-market adjustments.
16   A   Yes.
17   Q   Can you tell me what is the basis for this
18 statement that mark-to-market adjustments for
19 investments would have taken another 797,000 off the
20 income statements?
21   A   Probably their filings -- their public
22 filings.
23   Q   What investments are you marking to market
24 here?
25   A   I'm not sure, but I'm quite -- I feel quite

Page 902

1  confident this must have come out of the public
2  filing.  The math must have been available there
3  somewhere to come to this conclusion.
4    Q   Without knowing what investments
5  specifically you were dealing with, how would you have
6  done a mark-to-market adjustment?
7    A   They probably did it, because I'm referring
8  to their use of non-GAAP measures here again.  So the
9  GAAP measures are probably somewhere in the public
10 filings, so I'm just giving a commentary again on the
11 delta between GAAP and non-GAAP measures.
12   Q   So you think that $797,000 figure is not one
13 that you calculated but one that appears in the public
14 filings?
15   A   Let me read this again.
16   Q   Sure.  Take your time.
17   A   (Peruses document.)  I believe so.  I don't
18 recall exactly.  I have very little recollection of
19 this paragraph at all, only that I do recall something
20 about contingent liabilities increasing, and there was
21 probably a disclosure somewhere in the public filings
22 about the GAAP figures which again is part of the
23 overall thesis of these reports that non-GAAP measures
24 are being emphasized way too much in their
25 presentation of the numbers.

Page 903

1        (Exhibit No. 57 was marked for
2        identification.)
3        BY MS. DESILETS:
4    Q   I'm showing you what has been marked as
5  Exhibit 57.
6    A   Yes.
7    Q   This is a document that has page numbers
8  SEC-Lemelson-E-1164795 through 1164797.  Take a minute
9  to review this.
10   A   (Peruses document.)  Okay, I read it.
11   Q   You are comparing yourself here to Bill
12 Ackman and Michael Burry?
13   A   No.  I'm saying that activist investors,
14 such as Bill Ackman and Michael Burry, always face
15 some negative feedback for their activities.
16   Q   Are you saying that because you feel that
17 you have been experiencing negative feedback because
18 you're an activist?
19   A   No.  What the e-mail says is:  "It doesn't
20 matter if it ruffles feathers, the reports were true
21 and accurate.  At any time you speak the truth, it
22 ruffles feather."
23   Q   What reports were true and accurate?  Are
24 you referring to your Ligand reports?
25   A   Presumably, in here -- presumably, it

Page 904

1  appears to be.
2   Q   Do you consider yourself an activist short
3  seller like Bill Ackman or Michael Burry?
4   A   Not necessarily, but maybe I am.
5   Q   You also mentioned Harry Markopolos.
6   A   Yes.
7   Q   Have you ever feared for your safety because
8  of your reports?
9   A   I've worried about safety from time to time
10 for myself and my family.
11  Q   Has anyone threatened you or your family as
12 a result of these reports?
13  A   For other reports I wrote on mortgage
14 securitization fraud, there were some threats online.
15  Q   Which reports were those?
16  A   The reports I wrote on the Massachusetts SJC
17 cases.
18  Q   You also mention here Socrates.  Is MLK
19 Martin Luther King?
20  A   Yes.
21  Q   Gandhi and the son of God.  Are you
22 comparing yourself to them?
23  A   No.  I'm saying that they were people who
24 spoke the truth.  There were -- some of them, I
25 suppose, were activists.

Page 905

1   Q   You say, "Activists who speak the truth are
2  always at great risk."  Do you consider yourself an
3  activist who speaks the truth and is at great risk?
4   A   Maybe I am an activist, but I don't know if
5  I'm at great risk.
6   Q   Do you speak the truth?
7   A   I try to.
8   Q   Did Socrates, Martin Luther King, Gandhi or
9  the son of God have a financial incentive to cause
10 investors to sell stock in a particular company to
11 bring the price down?
12  A   Not that I'm aware of.
13      MS. DESILETS:  Why don't we take a break and
14 go off the record.  It's 2:20 p.m.  We'll take five
15 minutes.
16      (Recess.)
17      MS. DESILETS:  Back on the record at
18 2:32 p.m.
19      BY MS. DESILETS:
20  Q   Welcome back, Father Emmanuel.
21  A   Thank you.
22  Q   While we were off the record, did you have
23 any substantive communications with the staff of SEC?
24  A   No.
25      I did want to just add a few more comments

Page 906

1  on the last question if that is okay.
2   Q   Sure.
3   A   So it was the e-mail dated April 14th
4  between myself and Thomas Mason, I think you asked me
5  if I saw myself as an activist, and I repeated my
6  previous responses that maybe some people would call
7  me that.  I don't know if I am that or not.  And then
8  I think you asked me if I saw myself as being like
9  Socrates or Martin Luther King or Gandhi or Jesus
10 Christ.  And I would say that some of these people in
11 this e-mail I admire for various and sundry reasons.
12 I don't think I am in any way like Bill Ackman,
13 personality wise or otherwise, but I do think he's a
14 capable and intelligent investment manager.  I think I
15 have some things in common with Michael Burry because
16 I think he's an independent thinker and he doesn't
17 typically worry about what other people think or do,
18 and he thinks big.  But other than that, I doubt I
19 have much in common with him.
20      I admire Harry Markopolos because of his
21 courage and discipline, and he is Greek and I'm Greek,
22 and he lives in Massachusetts, and we have some things
23 in common.  He's a forensic accountant; I'm not.
24 Other than that, I don't know what we may or may not
25 have in common.

Page 907

1      Socrates, I admire him because he is the
2  greatest of all philosophers, but I'm not like him.
3  As far as I know, from what I know, he was a
4  pedophile, for example.  Martin Luther King and Gandhi
5  struggled to stay -- to have fidelity within their
6  marriages.  I don't struggle with that, but I admire
7  those men.  I admire Martin Luther King for his
8  courage and his leadership.  I admire Gandhi for his
9  -- what eventually became his life monastic discipline
10 and his attempts as peaceful reconciliation against
11 feuding people.  But all of these people, except for
12 Jesus Christ, in my view of the world and according to
13 my faith, had faults.  They were human, they were
14 limited, they did a lot of things right, and that is
15 probably what's worth focusing on, and they did some
16 things wrong.  And that is true of all human beings,
17 myself included.  As an orthodox Christian, we aspire
18 to be like Jesus Christ.  We aspire for what we say in
19 Greek is henotees, which is unity with God.  And I
20 don't find my lay vocation in finance to be inherently
21 in contradiction with that pursuit of holiness.  We
22 can never be like Jesus, because in our faith, in the
23 traditional Christian faith, there is only one man who
24 lived and is without sin, and that is Jesus Christ.
25 And that is, I think, a great wisdom of Christianity.