

**EXHIBIT**
**I**

**To:**       'Thomas Mason'[thomasmasonlaw@gmail.com]
**From:**    + Emmanuel Lemelson
**Sent:**    Thur 4/14/2016 9:21:06 AM
**Importance:**        Normal
**Subject:**   RE:
LGND notes 04-03-2016.pdf
Two Key Points on LGND.PDF

Hi Tom,

That info. is from Wikipedia which is based on reports in the media… and interviews…
(this info. does not appear on the amvona blog).

WSJ and Bloomberg did not "run with" the info. because they never published anything
like that… the Wikipedia info. is highly accurate and based on neutral 3rd party
sources… and speaks to the accuracy and importance of the research reports published
– WSJ painted a picture of a corrupt priest, praying on the simple faithful (while living a
double life) - Bloomberg painted a picture of a criminal…

Doesn't matter if it ruffled feathers – the reports were true and accurate… any time you
speak the truth it ruffles feathers…

Look at the work and films done on activist short sellers Bill Ackman (new release
tribeca film festival) or Michael Burry (the big short)

Or study Harry Markopolos' story – he feared for his safety and that of his family for 8
years for exposing Madoff…

Activists who speak the truth are always at great risk… see also Socrates, MLK, Gahndi
– and none other than the son of God IX etc. etc…

LGND is a massive fraud that is going to collapse one day – the fraud is getting worse –
they are pyramiding shell companies… (see attached) – someone at LGND likely put
the Bloomberg reporter up to the story – and he was able to piggy-back off what he



Δ π EXHIBIT 57
Deponent Lemelson
Date 3/22/16 Rptr. LT
WWW.DEPOBOOK.COM

SEC-Lemelson-E-1164795

WSJ did (which in itself was likely defamatory)

Let's discuss by phone...

Warm Regards,

+ Rev. Fr. Emmanuel

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Thomas Mason [mailto:thomasmasonlaw@gmail.com]
**Sent:** Thursday, April 14, 2016 8:35 AM
**To:** + Emmanuel Lemelson <elemelson@outlook.com>
**Subject:**

Good Morning Fr. Emmanuel:

In going through the documents you sent me,  I ran across this:

SEC-Lemelson-E-1164796

**On June 16, 2014, the Plaintiff released a 25-page research report on Ligand Pharmaceuticals.**

---

**The report concluded that severe competitive threats to Ligand's key royalty programs, going concern risks and other challenges were so significant that the stock had no intrinsic value.**

**Over the ensuing six trading days, the stock dropped 16 percent.**

**Three weeks later, on July 3, 2014, Management announced that it had further increased his short position in Ligand and released an appended 12-page research report questioning the commercial viability of Ligand's products and reaffirming his position that downside risk for Ligand "at 100 percent." 54 55 On August 7, 2014, the financial media outlet Benzinga reported, "Shares have sold off more than 25 percent since Lemelson Capital published its bearish thesis on the stock in mid-June."  On November 18, 2014, Yahoo Finance reported that Lemelson had covered his short position at an approximately 40 percent return.**

Is this information from your blog? What did you put out publicly about this? Do you think the WSJ and Bloomberg took this info and ran with it? Maybe it ruffled a few feathers?

Thanks

Tom

SEC-Lemelson-E-1164797