# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | ) ) | Civil Action No. 1:18-cv-11926-PBS |
| Defendants, | ) ) | |
| and | ) ) | |
| THE AMVONA FUND, LP, | ) ) | |
| Relief Defendant | ) ) | |

## AFFIDAVIT OF DOUGLAS S. BROOKS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS AND RESPONSE TO PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS

I, Douglas S. Brooks, hereby swear and declare as follows:

1.      I am a member in good standing of the Bar of the Commonwealth of Massachusetts and am counsel to Defendants Rev. Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson") and Lemelson Capital Management, LLC, and Relief Defendant The Amvona Fund, LP.

2.      Attached hereto as Exhibit 87[1] is a true and correct copy of selected excerpts from the November 12, 2016 Deposition Transcript of Fr. Emmanuel Lemelson.

---

[1] To remain consistent with the numbering of exhibits, the additional exhibits attached to this Affidavit will begin with Exhibit 87 to follow Exhibit 86 submitted by the Commission in its Opposition to Defendants' Motion for Summary Judgment.

3.      Attached hereto as Exhibit 88 is a true and correct copy of selected excerpts from the December 3, 2019 Deposition Transcript of Bruce Voss.

4.      Attached hereto as Exhibit 89 is a true and correct copy of selected excerpts from the December 6, 2018 Transcript of Motion to Dismiss Hearing in the above-captioned matter.

5.      Attached hereto as Exhibit 90 is a true and correct copy of selected excerpts from the July 21, 2016 Deposition Transcript of Fr. Emmanuel Lemelson.

6.      Attached hereto as Exhibit 91 is a true and correct copy of selected excerpts from the July 22, 2016 Deposition Transcript of Fr. Emmanuel Lemelson.

7.      Attached hereto as Exhibit 92 is a true and correct copy of selected excerpts from a PowerPoint presentation titled, "Ligand Board of Directors Meeting," dated September 18, 2013 and produced in this litigation at Bates-page number beginning LGND_0078931.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.


Executed:  November 13, 2020            */s/ Douglas S. Brooks*
                                                            Douglas S. Brooks


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on November 13, 2020.

*/s/ Douglas S. Brooks*
Douglas S. Brooks