```
 1                 UNITED STATES DISTRICT COURT
 2                   DISTRICT OF MASSACHUSETTS
 3   _____
                                      )
 4   SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
 5                                    )
                    Plaintiff,        )
 6                                    ) Civil Action No.
              v.                      ) 1:18-cv-11926-PBS
 7                                    )
     GREGORY LEMELSON and LEMELSON    )
 8   CAPITAL MANAGEMENT, LLC,         )
                                      )
 9                  Defendants,       )
                                      )
10             and                    )
                                      )
11   THE AMVONA FUND, LP,             )
                                      )
12                  Relief Defendant. )
     _____)
13
14
15                       VOLUME 2
16
                  VIDEOTAPED DEPOSITION OF GREGORY
17   (EMMANUEL) LEMELSON, taken on behalf of the
     plaintiff, at the U.S. Securities and Exchange
18   Commission, 33 Arch Street, Boston,
     Massachusetts, beginning at 9:19 a.m. and
19   ending at 5:42 p.m., on Tuesday,
     November 12, 2019, before Shannon M. Crowley,
20   Registered Professional Reporter and Notary
     Public in and for the Commonwealth of
21   Massachusetts.
22
23
24
25   JOB NO. 191112BLC
```

                                                                1

```
 1    APPEARANCES:
 2            For the Plaintiff:
 3            U.S. Securities and Exchange Commission
              BY: Marc Jones, Esq.
 4                Alfred A. Day, Esq.
              Boston Regional Office
 5            Division of Enforcement
              33 Arch Street, Suite 2400
 6            Boston, Massachusetts 02110
              Jonesmarc@sec.gov/617.573.8947
 7            Daya@sec.gov/617.573.4537
 8
              U.S. Securities and Exchange Commission
 9            BY: Sonia G. Torrico, Esq.
              100 F Street, N.E.
10            Washington, DC 20549
              Torricos@sec.gov
11            202.551.3515
12
              For the Defendant and Relief Defendant:
13
              Libby Hoopes
14            BY: Douglas S. Brooks, Esq.
              399 Boylston Street
15            Boston, Massachusetts 02116
              Dbrooks@libbyhoopes.com
16            617.338.9300
17
18    ALSO PRESENT:
19             David Woodford, legal video
               specialist
20
21
22
23
24
25
                                                          2
```

```
 1                      I N D E X

 2

 3   DEPOSITION OF:                                      PAGE

 4   GREGORY (EMMANUEL) LEMELSON

 5        EXAMINATION BY MR. JONES                          5

 6

 7                    E X H I B I T S

 8              (Exhibits Bound Separately)

 9   NO.           DESCRIPTION                           PAGE

10   Exhibit 28    Letter dated Sunday, March 27, 2016    20

11   Exhibit 29    Letter dated September 1, 2015         47

12   Exhibit 30    Letter dated May 25, 2016              47

13   Exhibit 31    Appellant's brief                      60

14   Exhibit 32    Amended complaint and jury demand      62

15   Exhibit 33    Plaintiffs' response in opposition to  79

16                 Defendants' motion to dismiss

17   Exhibit 34    Wells notice                           92

18   Exhibit 35    Notes of phone call with Bruce Voss   133

19                 dated June 18, 2014

20   Exhibit 36    Form 10-K/A Amendment No. 2           223

21   Exhibit 37    Form 10-Q                             255

22   Exhibit 38    Form 10-K                             320

23

24
```

3

```
 1                THE VIDEOGRAPHER:  This is the
 2      start of tape labeled No. 1 to the videotaped
 3      deposition of Father Emmanuel in the matter of
 4      Securities and Exchange Commission versus
 5      Gregory Lemelson and Lemelson Capital
 6      Management, LLC, and The Amvona Fund.
 7                This deposition is being heard
 8      before the United States District Court in the
 9      District of Massachusetts.  The Civil Action
10      number is 1:18-cv-11926-PBS.
11                This deposition is taking place at
12      the office of the Securities and Exchange
13      Commission at 33 Arch Street, Boston,
14      Massachusetts, on November 12th, 2019,
15      beginning at 9:20 a.m.
16                My name is David Woodford, legal
17      video specialist from OTS Video.  The court
18      reporter is Shannon Crowley from Gradillas
19      Reporting.
20                Would counsel present please
21      introduce yourselves and your affiliations, and
22      the witness will be sworn.
23                MR. JONES:  Good morning.  I am
24      Marc Jones for the Securities and Exchange
25      Commission, plaintiff in this action.
```

4

```
 1                MR. DAY:  Al Day for the SEC.
 2                MS. TORRICO:  Sonia Torrico for the
 3     SEC.
 4                MR. BROOKS:  Doug Brooks, Libby
 5     Hoopes for the defendants.
 6
 7
 8
 9                GREGORY (EMMANUEL) LEMELSON,
10     Deponent, having first been satisfactorily
11     identified and duly sworn by the Notary Public,
12     deposes and states as follows:
13
14
15
16
17     EXAMINATION BY MR. JONES:
18          Q.   Good morning.
19          A.   Good morning.
20          Q.   Father, this is going to be the
21     resumption of testimony that we took a few
22     weeks back.  You recall being here?
23          A.   I do.
24          Q.   Actually in the same room.  The same
25     ground rules will apply.  I don't know if you
```

5

```
 1        A.   They were.  As this report was being
 2   written, the company was preparing to release
 3   its next quarterly report, which would show
 4   that Promacta sales did, in fact, decline.
 5        Q.   Did you know at the time when you
 6   wrote this on June 18th, 2014, that the
 7   Promacta sales were going to decline?
 8        A.   It must have been based on their
 9   public commentary.
10        Q.   So you did know?
11        A.   I cite it in my reports.
12        Q.   Its decline in sales?
13        A.   Yes.
14        Q.   And is it cited in your reports prior
15   to June 18th or only after June 18th?
16        A.   I believe it was cited in my first
17   report, which was in early June.
18        Q.   And the basis for saying that
19   Promacta sales were declining was what?
20        A.   I believe it was the company's public
21   commentary.
22        Q.   Okay.  And did you believe, based on
23   the decline in sales, that the drug was going
24   away in entirely?
25        A.   I believed, as I outlined in my
```

194

```
 1    reports, that the company had described
 2    Promacta primarily as a Hepatitis C indication.
 3    When Hepatitis C had been cured, that was a
 4    logical and reasonable inference.
 5         Q.   And to what extent did --
 6         A.   The company had no control over
 7    Promacta.  GSK controlled it.
 8         Q.   Okay.  To what extent did Promacta's
 9    indication for ITP figure into your thesis that
10    the drug was going away?
11         A.   Well, I mentioned ITP in my reports.
12    I don't believe the FDA had approved it yet -
13    just yet for ITP in my recollection.
14              But, as I stated in the report, there
15    was no indication that there was a commercially
16    viable market for ITP yet.  Like all of
17    Ligand's drugs, they are orphan drugs.
18         Q.   At the time that you wrote your
19    reports in June, July, August of 2014, was it
20    your belief that Promacta had not yet been
21    approved for use for ITP patients?
22         A.   I don't recall.  It was either ITP or
23    aplastic anemia.  One of the two was at an
24    imminent approval, which I believe I cited in
25    the report.
```

195

```
 1                   C E R T I F I C A T E
 2        I, Gregory (Emmanuel) Lemelson, do hereby
 3   declare under penalty of perjury that I have read
 4   the foregoing transcript of my deposition; that I
 5   have made such corrections as noted herein, in ink,
 6   initialed by me, or attached hereto; that my
 7   testimony as contained herein, as corrected, is true
 8   and correct.
 9        _____ I have made corrections to my deposition.
10        _____ I have NOT made any changes to my deposition.
11
12        EXECUTED this _____ day of _____, 2019, at
13   _____,  _____.
14           (City)                     (State)
15
16                              _____
                                GREGORY (EMMANUEL) LEMELSON
17                              VOLUME 2
18
19
20
21
22
23
24
25
                                                         410
```

```
 1                        ERRATA SHEET
 2      Deposition of: GREGORY (EMMANUEL) LEMELSON, VOL. 2
        Date taken: November 12, 2019
 3      Case: SEC vs. LEMELSON, et al.
        PAGE LINE
 4      ____ ____      CHANGE: _____
                       REASON: _____
 5
                       CHANGE: _____
 6      ____ ____      REASON: _____
 7      ____ ____      CHANGE: _____
                       REASON: _____
 8
                       CHANGE: _____
 9      ____ ____      REASON: _____
10      ____ ____      CHANGE: _____
                       REASON: _____
11
                       CHANGE: _____
12      ____ ____      REASON: _____
13      ____ ____      CHANGE: _____
                       REASON: _____
14
                       CHANGE: _____
15      ____ ____      REASON: _____
16      ____ ____      CHANGE: _____
                       REASON: _____
17
                       CHANGE: _____
18      ____ ____      REASON: _____
19      ____ ____      CHANGE: _____
                       REASON: _____
20
                       CHANGE: _____
21      ____ ____      REASON: _____
22      ____ ____      CHANGE: _____
                       REASON: _____
23
24      Signed  _____
25      Dated   _____

                                                          411
```

CERTIFICATE

Commonwealth of Massachusetts
Suffolk, ss.

I, Shannon M. Crowley, Registered Professional Reporter, and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify:

That GREGORY (EMMANUEL) LEMELSON, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the said witness.

IN WITNESS WHEREOF, I have hereunto set my hand and notarial seal this 21st day of November, 2019.

SHANNON M. CROWLEY
Notary Public

My commission expires on March 2, 2023