BRUCE VOSS                ORIGINAL                December 3, 2019

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE       )
COMMISSION,                   )
                              )
              Plaintiff,      )   Case No.
                              )   1:18-CU-11926-PBS
vs.                           )
                              )
GREGORY LEMELSON and          )
LEMELSON CAPITAL              )
MANAGEMENT, LLC,              )
                              )
                              )
              Defendants,     )
                              )
and                           )
                              )
THE AMVONA FUND, LP,          )
                              )
              Relief Defendant. )
                              )


Deposition of BRUCE VOSS

San Diego, California

December 3, 2019


Reported by:
Sheri L. Somers
CSR No. 9734
Job No. 10062968

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE          )
COMMISSION,                      )
                                 )
            Plaintiff,           )  Case No.
                                 )  1:18-CU-11926-PBS
vs.                              )
                                 )
GREGORY LEMELSON and             )
LEMELSON CAPITAL                 )
MANAGEMENT, LLC,                 )
                                 )
            Defendants,          )
                                 )
and                              )
                                 )
THE AMVONA FUND, LP,             )
                                 )
            Relief Defendant.    )
                                 )

        Deposition of BRUCE VOSS, taken on behalf of
defendant, at 600 West Broadway, Suite 300, San Diego,
California, beginning at 8:57 a.m., and ending at
5:52 p.m., on Tuesday, December 3, 2019, before
Sheri L. Somers, CSR No. 9734.

BRUCE VOSS                                    December 3, 2019

APPEARANCES:

For Plaintiff:
        U.S. SECURITIES AND EXCHANGE COMMISSION
        BOSTON REGIONAL OFFICE
        33 Arch Street, 24th Floor
        Boston, Massachusetts 02110
        617.573.8947
        617.573.4590 fax
                By:  Marc Jones, Esq.
                     Jonesmarc@sec.gov
                     Alfred A. Day, Esq.
                     Daya@sec.gov


For Defendants GREGORY LEMELSON and LEMELSON CAPITAL
MANAGEMENT, LLC:

        LIBBY HOOPES
        399 Boylston Street
        Boston, Massachusetts 02116
        617.338.9300
        617.338.9911 fax
                By:  Douglas S. Brooks, Esq.
                     Dbrooks@libbyhoopes.com


For LIGAND PHARMACEUTICALS and BRUCE VOSS:
        CAHILL GORDON & REINDEL LLP
        1900 K Street, Suite 950
        Washington, D.C., 20006
        202.862.8900
        202.862.8958 fax
                By:  Sean P. Tonolli, Esq.
                     Stonolli@cahill.com
                     Bradley J. Bondi, Esq.
                     Bbondi@cahill.com
                     William C. McCaughey, Esq.
                     Wmccaughey@cahill.com

Page 4

APPEARANCES (Continued):


The Videographer:

        Ryan Asanas

        Key Discovery


Also present:

        Gregory Lemelson

BRUCE VOSS                                           December 3, 2019

                                                              Page 5

                              INDEX
WITNESS:  BRUCE VOSS

                                                          PAGE
EXAMINATION BY MR. BROOKS                                   12


                            EXHIBITS

DEFENDANT'S                                               PAGE
Exhibit 75      E-mail string, top e-mail to               39
                various recipients from Bruce
                Voss dated 6/16/2014, Bates Nos.
                LCM_SEC0000220 to '221
Exhibit 76      E-mail to Bruce Voss from John             52
                Higgins dated 6/17/2014, Bates
                Nos. LCM_SEC0000826
Exhibit 77      E-mail string, top e-mail to               59
                John Higgins from Bruce Voss
                dated 6/17/2014, Bates Nos.
                LCM_SEC0000259 to '261

Exhibit 78      E-mail string, top e-mail to               79
                John Higgins from Bruce Voss
                dated 6/17/2014, Bates Nos.
                LCM_SEC0000276 to '279
Exhibit 79      E-mail string, top e-mail to               85
                Keith Lippert from Bruce Voss
                dated 6/17/2014, Bates Nos.
                LCM_SEC0000289 to '292
Exhibit 80      E-mail string, top e-mail to               91
                Matt Foehr from Bruce Voss dated
                6/17/2014, Bates Nos.
                LCM_SEC0000295 to '296
Exhibit 81      E-mail string, top e-mail to               95
                John Higgins and Matt Foehr from
                Bruce Voss dated 6/17/2014,
                Bates Nos. LCM_SEC0000303 to
                '306

BRUCE VOSS                                    December 3, 2019

Page 6

                          EXHIBITS
     DEFENDANT'S                                        PAGE
     Exhibit 82    Top page says, "This document        103
                   was produced natively, and
                   attached notes of Bruce Voss,
                   Bates Nos. LCM_SEC0000001 to
                   '002

     Exhibit 83    E-mail string, top e-mail to         132
                   John Higgins and Matt Foehr from
                   Bruce Voss dated 6/18/2014,
                   Bates Nos. LCM_SEC0000316 to
                   '318

     Exhibit 84    E-mail to Bruce Voss from John        139
                   Higgins dated 6/20/2014, Bates
                   Nos. LCM_SEC0000883

     Exhibit 85    E-mail string, top e-mail to         144
                   John Higgins from Bruce Voss
                   dated 6/20/2014, Bates Nos.
                   LCM_SEC0000324 to '325

     Exhibit 86    E-mail to Matt Foehr from Bruce      159
                   Voss dated 6/20/2014, Bates Nos.
                   LCM_SEC0000323

     Exhibit 87    E-mail string, top e-mail to         164
                   John Higgins from Bruce Voss
                   dated 6/20/2014, Bates Nos.
                   LCM_SEC0000327 to '328

     Exhibit 88    Draft #1, June 20, 2014, Ligand      164
                   Pharmaceuticals Response to the
                   Lemelson Capital Management
                   Report, Bates Nos.
                   LCM_SEC0000332 to '333

     Exhibit 89    E-mail string, top e-mail to         172
                   Matt Foehr and John Higgins from
                   Bruce Voss dated 6/20/2014,
                   Bates Nos. LCM_SEC0000329 to
                   '330

BRUCE VOSS                                        December 3, 2019

```
                                                      Page 7

                           EXHIBITS
         DEFENDANT'S                                    PAGE
         Exhibit 90    E-mail to John Higgins and Matt    173
                       Foehr from Bruce Voss dated
                       6/20/2014, Bates Nos.
                       LCM_SEC0000331

         Exhibit 91    E-mail string, top e-mail to       179
                       Matt Foehr and John Higgins from
                       Bruce Voss dated 6/20/2014,
                       Bates Nos. LCM_SEC0000334 to
                       '337

         Exhibit 92    E-mail string, top e-mail to       188
                       Bruce Voss from John Higgins
                       dated 6/20/2014, Bates Nos.
                       LCM_SEC0000902 to '907

         Exhibit 93    E-mail string, top e-mail to       189
                       John Higgins from Bruce Voss
                       dated 6/23/2014, Bates Nos.
                       LCM_SEC0000346 to '350

         Exhibit 94    E-mail string, top e-mail to Fr.   191
                       Lemelson from Bruce Voss dated
                       6/23/2014, Bates Nos.
                       LCM_SEC0000351 to '352

         Exhibit 95    E-mail string, top e-mail to       195
                       Erika Luib from Bruce Voss dated
                       6/23/2014, Bates Nos.
                       LCM_SEC0000354 to '359

         Exhibit 96    E-mail string, top e-mail to       200
                       Bruce Voss from John Higgins
                       dated 6/24/2014, Bates Nos.
                       LCM_SEC0000923 to '924

         Exhibit 97    E-mail string, top e-mail to       204
                       Bruce Voss from John Higgins
                       dated 6/24/2014, Bates Nos.
                       LCM_SEC0000928 to '930

         Exhibit 98    E-mail string, top e-mail to       207
                       Bruce Voss from Matt Foehr dated
                       6/25/2014, Bates Nos.
                       LCM_SEC0000936 to '937
```

BRUCE VOSS                                    December 3, 2019

Page 8

EXHIBITS

DEFENDANT'S                                          PAGE
Exhibit 99      E-mail string, top e-mail to          217
                John Higgins from Matt Foehr
                dated 7/7/2014, Bates Nos.
                LCM_SEC0000991 to '1005

Exhibit 100     E-mail string, top e-mail to          221
                various recipients from John
                Higgins dated 7/9/2014, Bates
                Nos. LCM_SEC0001027

Exhibit 101     E-mail string, top e-mail to          225
                Bruce Voss from Erika Luib dated
                7/14/2014, Bates Nos.
                LCM_SEC0001036 to '037

Exhibit 102     E-mail string, top e-mail to          229
                Bruce Voss from Erika Luib dated
                6/12/2014, Bates Nos.
                LCM_SEC0000806 to '808

Exhibit 103     E-mail string, top e-mail to          230
                Bruce Voss from Vincent dated
                7/14/2014, Bates Nos.
                LCM_SEC0001038 to '039

Exhibit 104     E-mail string, top e-mail to          230
                John Higgins from Bruce Voss
                dated 7/22/2014, Bates Nos.
                LCM_SEC0000431 to '433

Exhibit 105     E-mail string, top e-mail to          242
                Bruce Voss from Erika Luib dated
                8/14/2014, Bates Nos.
                LCM_SEC0001084 to '085

Exhibit 106     E-mail string, top e-mail to          247
                John Higgins and Charles Berkman
                from Bruce Voss dated 8/18/2014,
                Bates Nos. LCM_SEC0000491 to
                '495

Exhibit 107     E-mail string, top e-mail to          252
                Bruce Voss from John Higgins
                dated 8/19/2014, Bates Nos.
                LCM_SEC0001133 to '138

KEY Discovery                         617-348-9360
Deposition Services            WWW.KEY-DISCOVERY.COM

BRUCE VOSS                                    December 3, 2019

EXHIBITS

| DEFENDANT'S | | PAGE |
|---|---|---|
| Exhibit 108 | E-mail to Randy Osborne from Bruce Voss dated 9/5/2014, Bates Nos. LCM_SEC0000524 | 261 |
| Exhibit 109 | E-mail string, top e-mail to John Higgins, Matt Foehr and Charles Berkman from Bruce Voss dated 9/23/2014, Bates Nos. LCM_SEC0000528 to '535 | 263 |
| Exhibit 110 | E-mail string, top e-mail to Matt Foehr from Bruce Voss dated 9/23/2014, Bates Nos. LCM_SEC0000543 to '544 | 267 |
| Exhibit 111 | E-mail string, top e-mail to Jody Burfening from Bruce Voss dated 11/17/2014, Bates Nos. LCM_SEC0000578 to '579 | 270 |
| Exhibit 112 | E-mail string, top e-mail to Bruce Voss from John Higgins dated 10/27/2015, Bates Nos. LCM_SEC0000676 to '682 | 289 |
| Exhibit 113 | E-mail string, top e-mail to Bruce Voss from Todd Pettingill dated 5/14/2015, Bates Nos. LCM_SEC0001268 to '270 | 299 |
| Exhibit 114 | E-mail string, top e-mail to John Higgins from Bruce Voss dated 10/27/2015, Bates Nos. LCM_SEC0000102 to '108 | 302 |
| Exhibit 115 | E-mail string, top e-mail to Bruce Voss from Matt Foehr dated 3/18/2016, Bates Nos. LCM_SEC0000755 to '757 | 303 |

BRUCE VOSS                                    December 3, 2019

Page 10

PREVIOUSLY MARKED EXHIBITS

EXHIBIT NO.                    PAGE

4                         33

BRUCE VOSS                                        December 3, 2019

                                                          Page 11

 1          SAN DIEGO, CALIFORNIA; TUESDAY, DECEMBER 3, 2019

 2                      8:57 A.M. - 5:52 P.M.

 3

 4          THE VIDEOGRAPHER:  We are now on the record.

 5     Today's date is December 3rd, 2019, and the time is

 6     8:57 a.m.  This begins the video-recorded deposition of

 7     Bruce Voss being taken in the matter of SEC versus

 8     Lemelson Capital Management, LLC, on behalf of the

 9     defendants, pending in the United States District

10     Court, District of Massachusetts, Case

11     No. 1:18-CU-11926-PBS.

12              This deposition is taking place at Aptus

13     Court Reporting located at 600 West Broadway,

14     Suite 300, San Diego, California 92101.  My name is

15     Ryan Asanas, the videographer, of Key Discovery.

16              Will all counsel please identify yourselves

17     and state whom you represent starting with the taking

18     attorney.

19          MR. BROOKS:  Good morning.  Doug Brooks, law firm

20     of Libby Hoopes, and I represent the defendants in this

21     matter.

22          MR. JONES:  Good morning.  Marc Jones for the

23     plaintiff, Securities and Exchange Commission.

24          MR. DAY:  Al Day for the Securities and Exchange

Page 12

1    Commission.

2         MR. BONDI:  Brad Bondi of Cahill Gordon & Reindel

3    for the witness, Bruce Voss.

4         MR. McCAUGHEY:  William McCaughey of Cahill Gordon

5    for Bruce Voss.

6         MR. TONOLLI:  Sean Tonolli of Cahill Gordon on

7    behalf of Mr. Voss.

8         THE VIDEOGRAPHER:  Thank you.  The court reporter

9    today is Sheri Somers also with Key Discovery, and she

10   may now swear in or affirm the deponent.

11

12                       BRUCE VOSS,

13   having been administered an oath, was examined and

14   testified as follows:

15

16                       EXAMINATION

17   BY MR. BROOKS:

18       **Q.**   Good morning, Mr. Voss.  We met briefly off

19   the record.  My name is Doug Brooks and I represent the

20   defendants in this matter.

21            Can you please state and spell your last name

22   for the record.

23       **A.**   Last name is Voss, V -- like "Victor" --

24   o-s-s -- like "Sam."

BRUCE VOSS                                    December 3, 2019

Page 168

1      **Q.**   What about that -- what about the way I asked

2   that is not -- is making you have trouble answering it?

3      **A.**   I think you're comparing apples and oranges.

4   You're talking, on the one hand, about my observation

5   of Father Lemelson and what I've termed the verbal tick

6   and trying to understand why someone would lie, what

7   kind of raw material did they have from which they

8   generated their lie.  That's one topic.

9          The other topic is what I said to Father

10   Lemelson about Promacta and Promacta and Hep C.  Then I

11   guess the third topic here is how much of that was

12   conveyed to Mr. Higgins and when.

13      **Q.**   So let me ask you this then:  If you go to

14   Exhibit 85, and you'll see most of the way -- towards

15   the bottom in your e-mail you wrote, "As I wrote last

16   night, he made clear that statement with a rhetorical,

17   'Don't you agree,' and I moved on to the next subject

18   as we had more to cover and his statement was

19   ridiculous."

20          Do you stand by that, sitting here today?  Is

21   that what happened?

22      MR. JONES:  Objection.

23      MR. TONOLLI:  Objection.

24      THE WITNESS:  That is what I wrote on June 20.

BRUCE VOSS                                    December 3, 2019

                                                    Page 169

1    BY MR. BROOKS:

2        Q.    And sitting here today, you don't think that

3    was a mistake, do you?

4        A.    I wrote it at a time when all this was

5    extremely fresh in my mind and now it's been more than

6    five years.

7        Q.    Okay.

8        A.    I might add just while we're referring back

9    to Exhibit 85, the part of the e-mail chain that you

10   referred that I talked about, "John, you'll have to

11   take me at my word," and the like, if you look at that

12   e-mail, that e-mail was sent from my iPhone, and I

13   don't know about you, but it's hard to do really long

14   e-mails on a phone.  So there surely is more to say,

15   but not on a phone.

16       Q.    But you'd agree with me that Mr. Higgins had

17   instructed you to be in rebuttal mode, as he put it, on

18   that call, correct?

19       A.    I don't agree with that.

20       Q.    You don't agree that Mr. Higgins told you to

21   be in rebuttal mode?

22       A.    I agree that Mr. Higgins at one point had

23   written that, but a lot of things were written about

24   how to handle that call and how to handle the

KEY Discovery                              617-348-9360
Deposition Services                        WWW.KEY-DISCOVERY.COM

BRUCE VOSS                                    December 3, 2019

Page 311

1            DECLARATION UNDER PENALTY OF PERJURY

2

3      I, BRUCE VOSS, hereby certify under penalty of

4   perjury under the laws of the State of California that

5   the foregoing is true and correct.

6

7      Executed this _____ day of _____, 2019

8   at _____, California.

9

10

11

12                          _____

13                                   BRUCE VOSS

14

15

16

17

18

19

20

21

22

23

24

BRUCE VOSS                                    December 3, 2019

Page 312

```
 1                    DEPOSITION ERRATA SHEET
 2
      CASE NAME: SEC v. LEMELSON
 3    DEPOSITION DATE: December 3, 2019
      WITNESS NAME: BRUCE VOSS
 4
 5    Reason Codes:  1. To clarify the record.
                     2. To conform to the facts.
 6                   3. To correct transcription errors.
 7
      Page _____ Line _____ Reason Code _____
 8    From _____ to _____
 9    Page _____ Line _____ Reason Code _____
      From _____ to _____
10
      Page _____ Line _____ Reason Code _____
11    From _____ to _____
12    Page _____ Line _____ Reason Code _____
      From _____ to _____
13
      Page _____ Line _____ Reason Code _____
14    From _____ to _____
15    Page _____ Line _____ Reason Code _____
      From _____ to _____
16
      Page _____ Line _____ Reason Code _____
17    From _____ to _____
18    Page _____ Line _____ Reason Code _____
      From _____ to _____
19
      Page _____ Line _____ Reason Code _____
20    From _____ to _____
21    Page _____ Line _____ Reason Code _____
      From _____ to _____
22
      Page _____ Line _____ Reason Code _____
23    From _____ to _____
24
```

BRUCE VOSS                                    December 3, 2019

Page 313

1    Page _____ Line _____ Reason Code _____

     From _____ to _____

2

     Page _____ Line _____ Reason Code _____

3    From _____ to _____

4    Page _____ Line _____ Reason Code _____

     From _____ to _____

5

6

     _____ Subject to the above changes, I certify that

7            the transcript is true and correct

8    _____ No changes have been made. I certify that the

            transcript is true and correct.

9

10

11            _____

              BRUCE VOSS

12

13

14

15

16

17

18

19

20

21

22

23

24

# ERRATA SHEET

Case: *Securities and Exchange Commission v. Lemelson*, No. 1:18-cv-11926-PBS (D. Mass)

Date of Deposition: December 3, 2019

Deponent: Bruce Voss

| Page | Line(s) | Change | Change To | Reason |
|------|---------|--------|-----------|--------|
| 1 | N/A | 1:18-CU-11926-PBS | 1:18-CV-11926-PBS | Clarification |
| 2 | N/A | 1:18-CU-11926-PBS | 1:18-CV-11926-PBS | Clarification |
| 11 | 11 | 1:18-CU-11926-PBS | 1:18-CV-11926-PBS | Clarification |
| 14 | 10 | No. | Yes, in local court in San Francisco about a neighbor my landlord was trying to evict. | Clarification. |
| 15 | 16 | strike preserved | strike are preserved | Transcription Error |
| 16 | 18 | firms' limited partnership | firm's limited partnerships | Transcription Error |
| 16 | 24 | NW Ayer | N.W. Ayer | Transcription Error |
| 17 | 3 | NW Ayer | N.W. Ayer | Transcription Error |
| 17 | 2 | York. | York. Correction, I worked at N.W. Ayer before Southmark. | Clarification |
| 18 | 4 | three times. | three years. | Transcription Error |
| 26 | 14 | that roughly Promacta | that, roughly, Promacta | Clarification |
| 27 | 9 | importance to of | importance of | Transcription Error |
| 34 | 23 | right? | right. | Transcription Error |
| 37 | 23 | or Q&A | or a Q&A | Transcription Error |
| 38 | 6 | and Q&A | and a Q&A | Transcription Error |
| 43 | 2 | get any public | get in a public | Clarification from exhibit |
| 50 | 3 | get benefit | get a benefit | Transcription Error |
| 55 | 3 | Today, | Today. | Clarification from exhibit |
| 55 | 3-4 | undress | UNDRESS | Clarification from exhibit |
| 56 | 5, 11 | you | YOU | Clarification from exhibit |
| 56 | 7 | was, | was | Clarification from exhibit |
| 57 | 10 | call Gary | Gary call | Transcription Error |
| 64 | 8 | and then | then | Clarification from exhibit |

| Page | Line(s) | Change | Change To | Reason |
|---|---|---|---|---|
| 70 | 2 | today, | today | Clarification from exhibit |
| 72 | 17 | belief | brief | Transcription Error |
| 74 | 3-4 | "Promacta, along with Kyprolis, is early in its lifecycle" | Promacta, along with Kyprolis, "are early in their . . . lifecycles" | Clarification from exhibit |
| 77 | 11 | 2.2 | $2.2 | Clarification from exhibit |
| 77 | 17 | 10 | $10 | Clarification from exhibit |
| 78 | 19 | 10 | $10 | Clarification |
| 80 | 14 | this. | this? | Clarification from exhibit |
| 80 | 14 | Bruce, | Bruce - | Clarification from exhibit |
| 82 | 1 | call. | call, | Clarification from exhibit |
| 83 | 11 | forceful and | forceful. and | Clarification from exhibit |
| 86 | 19 | new | new, | Clarification from exhibit |
| 88 | 12 | 4 | $4 | Clarification from exhibit |
| 89 | 7 | new | new, | Clarification from exhibit |
| 92 | 17 | Both, | Both: | Clarification from exhibit |
| 95 | 21 | "You have three choices" | "We have three choices" | Clarification from exhibit |
| 99 | 10 | call. | call? | Transcription Error |
| 100 | 23-24 | it seems | seems | Clarification from exhibit |
| 101 | 8 | to or | to, to | Transcription Error |
| 103 | 10 | meeting call | meeting/call | Clarification from exhibit |
| 103 | 10-11 | when dates | when/dates | Clarification from exhibit |
| 103 | 13 | coming out." | coming." | Clarification from exhibit |
| 106 | 15 | I all | all I | Transcription Error |
| 111 | 11 | side | size | Transcription Error |
| 113 | 12 | "LVN" | "LVM" | Transcription Error |
| 114 | 1 | I myself | myself | Transcription Error |
| 120 | 7 | "research," rsch, | research, "rsch," | Transcription Error |

| Page | Line(s) | Change | Change To | Reason |
|------|---------|--------|-----------|--------|
| 120 | 8 | Silvadi | "Solvadi" | Clarification from exhibit |
| 122 | 4 | technology in biotechnology | biotechnology | Clarification |
| 125 | 8 | "none-GAAP," | "non-GAAP," | Clarification from exhibit |
| 142 | 14 | were | was | Transcription Error |
| 142 | 16 | Ligand mentioned | Ligand was mentioned | Transcription Error |
| 143 | 8 | often | often than | Clarification |
| 151 | 18 | there were more things to cover or | 'there were more things to cover.' Or | Clarification from exhibit |
| 156 | 18 | guy's | guys | Clarification from exhibit |
| 157 | 19 | to phrase | the phrase | Transcription Error |
| 160 | 22 | 'kook' | kook, | Clarification from exhibit |
| 161 | 17 | folly | personal | Clarification |
| 169 | 17 | to be | to not be | Clarification |
| 169 | 20-21 | to be | to not be | Clarification |
| 170 | 10 | about being | about not being | Clarification |
| 173 | 13 | write | wrote | Transcription Error |
| 174 | 4 | that basically | that you basically | Transcription Error |
| 174 | 13-15 | Benzinga," paren, "a self-described financial media outlet for traders at Benzinga.com," close paren, "during which | Benzinga," paren, "(a self-described financial media outlet for traders at benzinga.com)," close paren, "during which | Clarification from exhibit |
| 190 | 10, 13 | "Bruce, no, it looks good." | Bruce – note looks good." | Clarification from exhibit |
| 190 | 15-16 | underline," quote, "only one," in the para about Promacta, "not sure | underline", quote, "'only one' in the first para about Promacta. Not sure | Clarification from exhibit |
| 193 | 3 | is KOL's | his KOL's | Transcription Error |
| 196 | 15 | 84 | $84,000 | Clarification |
| 200 | 6 | have didn't | didn't | Transcription Error |
| 201 | 4 | on | of | Transcription Error |
| 201 | 9 | news. | news? | Clarification from exhibit |
| 203 | 6 | UPS | UBS | Transcription Error |
| 204 | 19 | hold | old | Transcription Error |
| 205 | 1 | any | my | Transcription Error |
| 206 | 18 | polling | pulling | Transcription Error |
| 207 | 15 | person different | different person | Transcription Error |
| 211 | 19 | to men | for men | Transcription Error |

| Page | Line(s) | Change | Change To | Reason |
|---|---|---|---|---|
| 212 | 2-3 | this his | his | Transcription Error |
| 214 | 22 | flash | in | Transcription Error |
| 214 | 24 | then | than | Transcription Error |
| 215 | 2 | they very | they are very | Transcription Error |
| 229 | 16 | there | they | Transcription Error |
| 234 | 10 | understand | under | Transcription Error |
| 237 | 15 | Mr. Higgins | Mr. Higgins' | Transcription Error |
| 240 | 8 | Leff | Left | Transcription Error |
| 240 | 16 | trade | tread | Transcription Error |
| 254 | 11-12 | to," quote, "not comment," closed quote, "should | to quote "not comment," closed quote, "should | Clarification from exhibit |
| 255 | 10-11 | out," open paren, "the opinions of others," closed paren, "and | out," open paren, "(the opinions of others)," close paren, "and | Clarification from exhibit |
| 256 | 17-19 | Lemelson," open paren, "the person, the report, the fund, the model, the assumptions, WWF, et cetera, he says | Lemelson", open paren, "(the person, the report, the fund, the model, the assumptions, WWF, etc.), he says | Clarification from exhibit |
| 256 | 22-23 | future," open paren, quote, "I won't give him any more space," closed quote, closed paren. | future," open paren, quote "('I won't give him anymore space')," closed quote, closed paren. | Clarification from exhibit |
| 259 | 23 | et cetera | etc. | Clarification from exhibit |
| 262 | 5 | 38 percent | 38% | Clarification from exhibit |
| 264 | 14 | 4,000,000 | $400 million | Clarification |
| 266 | 4 | 400 | $400 | Clarification |
| 266 | 24 | share | shares | Transcription Error |
| 271 | 14 | worth zero, not 1.1 billion, | worth $0, not $1.1 billion, | Clarification from exhibit |
| 273 | 14-15 | SEC," open paren, "Lemelson is based in Mass," closed paren, "and | SEC," open paren, "(Lemelson is based in Mass.)," closed paren, "and | Clarification from exhibit |
| 274 | 4 | took | hook | Clarification from exhibit |
| 276 | 12 | trades of | trading in | Clarification |
| 290 | 8 | sometime | some time | Transcription Error |
| 293 | 5-6 | He's been coaching to go witness all day. | He's been coaching the witness all day. | Transcription Error |
| 304 | 10 | closed | close | Transcription Error |

| Page | Line(s) | Change | Change To | Reason |
|------|---------|--------|-----------|--------|
| 305 | 18 | that | there | Transcription Error |
| 305 | 21 | has | have | Transcription Error |
| 308 | 15 | trailing | trading | Transcription Error |

## **CERTIFICATE OF DEPONENT**

I have read the foregoing transcript of my deposition and except for any corrections or changes noted on the errata sheet, I hereby subscribe to the transcript as an accurate record of the statements made by me.

Bruce Voss