Page 708

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:           )
                            )  File No. HO-12718-A
TRADING IN THE SECURITIES OF )
LIGAND PHARMACEUTICALS, INC. )

WITNESS:  Gregory Lemelson
PAGES:    708 through 1009
PLACE:    Securities and Exchange Commission
          100 F Street, NE
          Washington, D.C.
DATE:     Friday, July 22, 2016

   The above-entitled matter came on for hearing, pursuant to notice, at 9:15 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

```
                                                          Page 709
 1   APPEARANCES:
 2
 3   On behalf of the Securities and Exchange Commission:
 4       VIRGINIA M. ROSADO DESILETS, ESQ.
 5       JEFFREY FINNELL, ESQ.
 6       SONIA TORRICO, ESQ.
 7       Securities and Exchange Commission
 8       Division of Enforcement
 9       100 F Street Northeast
10       Washington, D.C. 20549
11       (202) 5510-4955
12
13   On behalf of the Witness:
14       DOUGLAS F. MacLEAN, ESQ.
15       Armor Compliance
16       22 Batterymarch Street
17       Boston, Massachusetts 02109
18       (617) 501-2055
19
20   ALSO PRESENT:
21       LUCY GAUTHIER, Intern
22
23
24
25
```

```
                                                         Page 710
 1                        C O N T E N T S
 2
 3   WITNESS                                          EXAMINATION
 4   Gregory Lemelson                                         712
 5
 6   EXHIBITS        DESCRIPTION                       IDENTIFIED
 7         50        Agreement                                721
 8         51        Form S-1                                 722
 9         52        Excel Document                           794
10         53        Form 8-K                                 826
11         55        E-mail                                   851
12         56        Spreadsheet                              854
13         57        E-mail                                   903
14         58        E-mail                                   913
15         59        E-mail                                   915
16         61        E-mail                                   931
17         62        Correspondence                           937
18         63        E-mail                                   958
19         64        Article                                  968
20         65        Response                                 969
21         66        Response                                 970
22         67        Article                                  974
23
24
25
```

```
                                                         Page 711
 1                    C O N T E N T S (CONT.)
 2
 3    EXHIBITS        DESCRIPTION                        IDENTIFIED
 4         68         Article                                975
 5         69         Press Release                           989
 6         70         E-mail                                 1001
```

```
                                                          Page 712
 1                    P R O C E E D I N G S
 2            MS. DESILETS:  Going back on the record at
 3    9:15 a.m.
 4    Whereupon,
 5                       GREGORY LEMELSON
 6    was recalled as a witness and, having been
 7    previously duly sworn, was examined and testified
 8    further as follows:
 9                         EXAMINATION
10            BY MS. DESILETS:
11       Q    Welcome back, Father Emmanuel.
12       A    Thank you.
13       Q    While we were off the record, did you have
14    any substantive communications with the staff of the
15    SEC?
16       A    No.  But I did want to say that yesterday
17    off the record, I did have a -- I don't think it's
18    substantive at all, but I did just discuss with our
19    transcriptionist, you know, her work and transcribing
20    and so forth, where she used to work, that kind of
21    thing.  I don't think it's substantive, but just in
22    the interest of having full disclosure.
23       Q    Sure.  Sure.  That's not what we would
24    typically consider substantive.  I think you're right
25    about that, but it's fine to summarize just so that
```

```
                                                        Page 808
 1    that.
 2         Q    Your opinion that Ligand is a pyramid scheme
 3    is not a fact; is that right?
 4         A    That's my appraisal, my opinion.  It's the
 5    result of my research.
 6         Q    When you say Ligand is a pyramid scheme --
 7         A    Of shell companies.
 8         Q    -- do you ever tell your investors, My
 9    opinion is that I think Ligand operates as a pyramid
10    scheme of shell companies?
11         A    It's in the disclosures that opinions are
12    expressed.
13         Q    Do your disclosures say, Everything I say
14    and hear is just an opinion, there's no facts included
15    in my report?
16         A    I don't think I've ever seen a disclosure
17    like that.  I don't think mine says that either.
18         Q    Do you clarify in your report which
19    statements in your report are facts and which are
20    opinions?
21         A    This disclosure says:  "All content in this
22    report represents the opinions of Lemelson Capital."
23         Q    Is that true?
24         A    Maybe, maybe not.
25         Q    Is that true?  You wrote these reports.  Is
```

Page 809

1  everything including -- included in these reports your
2  opinion?
3      A    I don't think so necessarily.  When I report
4  numbers, for example, that are like share counts, that
5  should just be facts right off the filing.
6      Q    So these reports contain a mix of your
7  opinions and of facts.
8      A    Well, let me finish reading it.
9      Q    No, I'm sorry.  That's a question.
10           Do these reports that you wrote contain a
11 mix of facts and your opinion?
12     A    It's likely.  Yes.
13     Q    Yes, they do, right?
14     A    It's likely.  It's likely, I said.  I
15 haven't reread all the reports and assessed every
16 line, but it's likely.
17     Q    We looked at many parts of these reports
18 over the last three days.  Have you seen both facts
19 and opinions in the parts that we've looked at?
20     A    Each question you're asking me is a unique
21 question.  I have to focus on it and give the best
22 answer I can give you.  So --
23     Q    You looked at a chart today of the number of
24 shares issued.
25     A    Yes.

```
                                                         Page 812
 1    fact or opinion?
 2         Q    My question is, if you can't tell me today
 3    whether that statement is fact or opinion, how would
 4    your readers, your investors and the investing public
 5    know whether you're stating a fact or opinion?
 6         A    The way I would describe it, and I hope this
 7    is adequate, in my words, is that my conclusions,
 8    perhaps we could say my opinions, concluded that as a
 9    matter of fact this is a pyramid scheme.
10              Now, I suppose because of the disclosures I
11    made in there that says this report contains opinions,
12    it's okay to identify that as an opinion.  But given
13    sufficient time, opinions may become facts.  I mean I
14    don't see a hard and fast distinction between them is
15    what I'm trying to say.
16         Q    Between opinion and fact?
17         A    Not necessarily.  I mean an opinion may
18    express something which is a matter of fact.  Because
19    what we're all seeking, I suppose, as human beings is
20    the highest fundamental truth.  I mean we're all after
21    that.  And what we define as facts, sometimes facts
22    can be wrong, sometimes they can be proven to be
23    inaccurate in the share count.
24              For example, what if they miscalculated
25    them?  We believe it's a fact.  Ligand's had 11
```

Page 813

1   amendments.  They may come out tomorrow and say, We
2   have 23 million shares.  So, you know, I don't see it
3   as fast and hard divisions.  I don't see them as
4   mutually exclusive.  I guess there's a Latin term,
5   tertium quid, where it's neither A or B; it could be
6   C.  So there's things like time which reveal things.
7       Q   **If Ligand is wrong about a fact, does it**
8   **turn that fact into an opinion?**
9       A   Well, perhaps they expressed the best of
10  their opinion of what they thought was the accurate
11  share count at that time, and maybe, you know, we
12  can't say it was a falsehood if it was done honestly.
13  So in their opinion that represented a share count at
14  that time.
15      Q   **So if Ligand made its best efforts to**
16  **present an accurate fact such as the number of shares**
17  **outstanding, but made an error, and that number of**
18  **shares outstanding that it provided was inaccurate,**
19  **does that turn that statement into an opinion?**
20      A   Perhaps at the root of this is the -- you
21  know, there is some etymology.  I mean -- and I don't
22  think -- this is not designed to be frustrating to
23  you, so please don't take it that way.  But I think
24  when we talk about facts, we're talking about almost a
25  scientific expression of certainty, but we know -- I

```
                                                           Page 815
 1    "fact" itself is indicative of a larger belief system
 2    that things are certain.
 3         Q    How would it have been proven not to be a
 4    fact?  Because it was inaccurate?
 5         A    It could be a mistake, it could be error, it
 6    could be --
 7         Q    And then it would not be factual.
 8         A    Well, it would be proven to be false.  A
 9    fact can be proven to be false.
10         Q    Yes.  But when a fact is proven to be false,
11    does that make the statement of that inaccurate fact a
12    statement of opinion?
13         A    It could be.  I mean I think that was
14    like -- to use an example again, very often people
15    take things as a matter of fact and later on they're
16    proven not to be.  You know, Galileo thought that the
17    earth wasn't the center of the solar system, and
18    people took that as a matter of fact, and later on it
19    was proven to be incorrect.
20         Q    So was that his opinion in that time?
21         A    Well, you know, his opinion turned out to be
22    correct, so now it's a fact that the sun is the center
23    of our solar system.
24         Q    Was it in your view not important for your
25    readers to be able to discern which of your statements
```

Page 816

1  **in these reports were fact and which were opinion?**
2       A    I think they need to -- my hope in writing
3  is that people take the whole report.  Like I made
4  some very astute statements today from the beginning
5  of the testimony that -- it's a very astute statement
6  that Ligand would collapse its stock price, and that
7  if Valeant could collapse, this one could collapse as
8  much, maybe more, and in my estimation is a good
9  candidate for bankruptcy.
10           I'm either going to be wrong or right about
11 that at some point, and I will either look, you know,
12 dumb or misguided, or I will look like maybe I was
13 ahead of my time, God willing.  We'll see.  Only time
14 will reveal.
15           I mean if 10 years from now or 20 years from
16 now Ligand is a great company and it's really healthy
17 and it's paying a dividend and they have huge retained
18 earnings, this transcript is available maybe to
19 everybody to say Father Emmanuel was dead wrong.
20           The point is when you are doing this
21 research, we're trying to figure out what the truth is
22 and where this is going, and for me as an investment
23 manager, I'm trying to protect people.  I'm trying to
24 protect my shareholders.  I'm also trying to protect
25 anyone that's interested in listening into looking

Page 817

1   more critically at these things.
2           I just this morning listened to one
3   interview I gave to Benzinga because I hadn't heard
4   them in years.  It was a short interview.  It was
5   about Ligand, and almost all my comments were like
6   just ask critical questions, look at these things.  I
7   mean that's the purpose of these reports, to get
8   people to look at them to understand the real risk.
9   Not the hopes and the aspirations and the speculations
10  about what might happen.  I think I even wrote that.
11  But to look at what you actually have today.  I mean
12  you are paying a price and what are you getting, and
13  that's what I'm trying to convey in these reports.
14          And, you know, Virginia, it's probably an
15  amalgamation of facts and some opinion, but I don't
16  want to speak too certainly because I want to make
17  sure I give you the most truthful and accurate answer
18  I can under circumstances I find a bit difficult.  Not
19  because of you, but I just find the circumstances
20  difficult to speak clearly.
21      Q   **So my question, though, is, in your opinion,**
22  **in your view, was it not important for readers of this**
23  **report to be able to discern which statements were**
24  **facts and which were your opinions?  Was that**
25  **something you didn't think they needed to know?**

```
                                                      Page 845
 1        A    Well, the reports do come to conclusions
 2   obviously.
 3        Q    Was that the intent, to share with the
 4   investing public and your investors and readers your
 5   opinions and conclusions about Ligand?
 6        A    It was also to get investors to ask critical
 7   questions and to think for themselves, as I stated
 8   before and as I quoted for various parts of the
 9   documents, as I just casually open them up, that
10   there's many purposes here.  It's to reach a
11   conclusion, my conclusion, but also to get the
12   investors to think for themselves and to ask critical
13   questions.
14        Q    You testified on Monday that you were using
15   these reports to try to educate the public.
16        A    Yes.  I mean teaching is something that I
17   like to do.
18        Q    Looking at the first page of Exhibit 20,
19   there is a paragraph numbered 2 -- I'm sorry.  No, the
20   second paragraph of the first page which references
21   this announcement.  Under that sentence you say that:
22   "This announcement, this deal being announced deepens
23   the already significant concerns about Ligand's
24   imminent insolvency and the company's substantial risk
25   of bankruptcy."
```

```
                                                         Page 1008
 1                  PROOFREADER'S CERTIFICATE
 2
 3   In the Matter of:     TRADING IN THE SECURITIES OF
 4                         LIGAND PHARMACEUTICALS, INC.
 5   Witness:              Gregory Lemelson
 6   File Number:          HO-12718-A
 7   Date:                 July 22, 2016
 8   Location:             Washington, D.C.
 9
10
11        This is to certify that I, Nicholas Wagner,
12   (the undersigned), do hereby swear and affirm
13   that the attached proceedings before the U.S.
14   Securities and Exchange Commission were held
15   according to the record and that this is the
16   original, complete, true and accurate transcript
17   that has been compared to the reporting or recording
18   accomplished at the hearing.
19
20
21
22   _____      _____
23   (Proofreader's Name)            (Date)
24
25
```