

# Board of Directors Meeting

Wednesday, September 18, 2013

Confidential                    Confidential Treatment Requested by                    LGND_0078931
Ligand Pharmaceuticals, Inc.

## Promacta Context

- Single-largest component of value in all 3 cases, contributing roughly one-third to one-half of overall value
- Indications beyond ITP critical for continued Promacta growth
  - ITP estimated to be at about 66% of peak penetration
  - HCV needs to be a big market for Promacta to keep driving Ligand's growth
  - Oncology related label expansion is 3 years away
- GSK committed to Hematology/Oncology Related Thrombocytopenia ("HORT") indications and several Phase 2 trials ongoing
- Generated separate analysis for key Promacta indications:
  - ITP: 34-49% of total Promacta value in base and upside cases, 66% in down case
  - Hepatitis C: 30-33% of total Promacta value in all cases
  - Placeholder for Hematology/oncology related thrombocytopenia 20-34% of total Promacta value in base and upside cases, 5% in down case
- Pricing of $20k/patient with annual inflation price growth, ROW similar size to U.S.

30   *Confidential*

**Ligand**