# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GREGORY LEMELSON and LEMELSON CAPITAL ) | |
| MANAGEMENT, LLC, ) | Civil Action No. 1:18-cv-11926-PBS |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| THE AMVONA FUND, LP, ) | |
| ) | |
| Relief Defendant ) | |
| ) | |

## UNOPPOSED MOTION TO CONTINUE

1. Undersigned counsel for the defendant seeks a brief continuance of the trial of this matter from October 12, 2021, to no earlier than October 25, 2021.

AS REASONS, the undersigned states:

Lead Counsel

2. Lead counsel for the defendant, Douglas S. Brooks, Esq., together with Brian J. Sullivan, Esq., will be engaged in a two-week arbitration from Monday, September 27, 2021, until Friday, October 8, 2021 – 9:00 a.m. to 5:00 p.m.

3. The arbitration involves 13 parties, 20 witnesses, and over 1000 proposed exhibits.

4. Neither Mr. Brooks nor Mr. Sullivan will be able to attend the presently scheduled Final Pretrial Conference for this matter on October 6, 2021.

1

5. Although Mr. Brooks alerted the Court to this potential conflict at the Pre-Trial Conference on April 14, 2021, counsel believed it best to again raise the conflicting arbitration with the Court only after that matter was certain of going forward – which it is.

6. On September 10, 2021, parties involved in the arbitration engaged in a full-day mediation, which was unsuccessful.

7. The Arbitration Panel has stated that it will not move the hearing dates because it considers itself bound by those dates.

8. Mr. Brooks and Mr. Sullivan have represented the defendants before the litigation began and throughout its progress and have been solely responsible for all aspects of the case's preparation.

Additional Counsel

9. Undersigned counsel began to review the matter recently when it appeared that the conflicting arbitration would not settle.

10. The litigation includes 1.5 million documents of discovery, multiple, reasonably complex pleadings, numerous exhibits and witnesses – deposed and not deposed.

11. The undersigned is also counsel to several defense witnesses in the presently on-going "Varsity Blues" trial (United States v. Colburn, et al, case no. 1:19-cr-10080).  These witnesses are currently expected to testify approximately the same week that the above-captioned matter is scheduled for jury selection.

Request

12. For lead counsel to have a reasonable time after the arbitration is complete to prepare for trial (and new counsel to become reasonably immersed in the case), undersigned counsel

requests a continuance of a minimum of approximately two weeks, that is, from October 12 to no earlier than October 25.

13. On information and belief, the Court has a criminal matter scheduled for trial on or about October 25 or 26, 2021.  The parties would seek to either begin trial on that date in place of the criminal matter or to immediately follow.  The parties' schedules (particularly SEC counsel) become more difficult after November 2021.

<u>The Commission's Position</u>

14. The Commission has authorized undersigned counsel to state: "The Commission does not oppose the Defendants' motion.  While the Commission is prepared to try the case beginning October 12, Commission counsel understand the difficult situation occasioned by defense counsels' scheduling conflicts.  Additionally, the Commission has concerns about fitting the case into the nine days available to the Court before the Court's next scheduled (criminal) trial. The Commission is available to try the case later in October or in November as suggested by counsel for the Defendants."

Respectfully Submitted,

REV. FR. EMMANUEL LEMELSON, LEMELSON CAPITAL MANAGEMENT, LLC, and THE AMVONA FUND, LP

By: */s/ Thomas M. Hoopes*
Thomas M. Hoopes (BBO No. 239340)
Douglas S. Brooks (BBO No. 636697)
Brian J. Sullivan (BBO No. 676186)
LIBBY HOOPES BROOKS, P.C.
399 Boylston Street
Boston, MA 02116
Tel.: (617)-338-9300
thoopes@lhblaw.com
dbrooks@lhblaw.com
bsullivan@lhblaw.com

Dated:  September 15, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on September 15, 2021

*/s/ Thomas M. Hoopes*
Thomas M. Hoopes