UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>GREGORY LEMELSON and LEMELSON<br>CAPITAL MANAGEMENT, LLC,<br><br>        Defendants,<br><br>    and<br><br>THE AMVONA FUND, LP,<br><br>        Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

## JOINT INTERIM PRETRIAL STATUS REPORT

On **September 15, 2021**, the Defendants filed an unobjected-to Motion to Continue the trial of the above-captioned matter then scheduled for October 12, 2021. (ECF No. 156).  The Court granted the motion with a caveat that the trial might commence as early as **October 26, 2021** – 14 days later. (ECF No. 157).  As a consequence, the parties agreed to extend the pretrial order dates by only the same 14 days.

**Filing Dates**

Therefore, on **October 6, 2021**, the joint pretrial memorandum, the joint list of exhibits to be introduced without objection, the joint list of exhibits to be offered at trial to which the opposing party has reserved the right to object, the joint list of witnesses expected to testify with an estimate of time, the joint list of deposition testimony to be used at trial by each party (with objections), as well as the parties' respective trial briefs, motions *in limine*, proposed jury

instructions, proposed voir dire questions, and proposed verdict forms will all be filed – that is all materials previously due on September 22, 2021.

On **October 13, 2021**, any oppositions to the parties' respective trial briefs, motions *in limine*, proposed jury instructions, proposed voir dire questions, and proposed verdict forms shall be filed – that is, all materials previously due on September 29, 2021.

Again, these dates are spaced in precisely the same timing alignment between due dates and the trial date as utilized by the Court for the prior trial date. (ECF No. 147).

## Final Pretrial Conference

As noted in the Motion to Continue, and flagged in April 2021, the Defendants' lead counsel, Douglas S. Brooks, Esq., and counsel Brian J. Sullivan, Esq., both previously Defendants' sole attorneys until the date of the Motion to Continue, are presently engaged in a complex arbitration from at least 9 a.m. – 5 p.m. each court/business day until October 8, 2021 and cannot attend on the previously scheduled October 6 final pretrial conference – although Atty. Hoopes will appear.  Given the new dates for filings and the unavailability of lead and longstanding defense counsel, the parties respectfully suggest that the October 6 be an oral, preliminary, status report date and a final Pretrial Conference be scheduled for October 15 to address all pending matters before trial.[1]

---

[1] If October 15 is not possible for the Court, the parties propose October 14th as an alternative.  Both of Plaintiff's counsel will be in California on Oct. 18th through 21st for witness preparation, and would not be able to attend an in-person Final Pre-Trial Conference during that time.

Dated: October 1, 2021

Respectfully submitted,

**REV. FR. EMMANUEL LEMELSON,
LEMELSON CAPITAL MANAGEMENT,
LLC, and THE AMVONA FUND, LP**

By their Attorneys,

*/s/ Thomas M. Hoopes*
Thomas M. Hoopes (BBO No. 239340)
Douglas S. Brooks (BBO No. 63697)
Brian J. Sullivan (BBO No. 676186)
LIBBY HOOPES BROOKS, P.C.
399 Boylston Street
Boston, MA 02116
(617) 338-9300
thoopes@lhblaw.com
dbrooks@lhblaw.com
bsullivan@lhblaw.com

**SECURITIES AND EXCHANGE
COMMISSION**

By its Attorneys,

*/s/ Marc Jones*
Marc J. Jones (Mass. Bar #645910)
Alfred A. Day (Mass. Bar #654436)
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-4537 (Jones direct)
jonesmarc@sec.gov
daya@sec.gov

## CERTIFICATE OF SERVICE

I certify that on October 1, 2021, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

*/s/ Marc Jones*