UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

**JOINT LIST OF WITNESSES EXPECTED TO TESTIFY**

Pursuant to the Court's April 14, 2021 Order for Pretrial Conference (ECF No. 147), the parties submit the following joint list of witnesses expected to testify at trial, with estimates of the amount of time needed for the direct and cross examination of each witness:

**I.   Witnesses to Be Offered by the Plaintiff**

| NAME | DIRECT EXAM DURATION | CROSS EXAM DURATION | TOTAL TIME ESTIMATED |
|---|---|---|---|
| SEC Summary Witness - Erin Smith | 2 | .5 | 2.5 |
| Gregory (Fr. Emmanuel) Lemelson | 5 | 5 | 10 |
| Catherine Hyodo* | .75 | .75 | 1.5 |
| Sougata Banerjee* | .75 | .75 | 1.5 |
| Michael Johns* | .75 | .5 | 1.25 |
| Bruce Voss | 1.5 | 4 | 5.5 |
| Keith Marschke | 1.5 | 1 | 2.5 |
| Brian Lian | 1.5 | 1 | 2.5 |
| Nicholas Jabbour | .75 | .75 | 1.5 |
| Robert Fields | .75 | .5 | 1.25 |
| John Higgins | 1 | 2 | 3 |

| | | | |
|---|---|---|---|
| Joseph Frohna* | .75 | .5 | 1.25 |
| Matthew Foehr | 2 | 2 | 4 |
| **TOTALS** | **19.00** | **18.75** | **37.75** |

\* indicates Commission will request to have witness testify remotely

## II.   Witnesses to Be Offered by the Defendants

| NAME | DIRECT EXAM DURATION | CROSS EXAM DURATION | TOTAL TIME ESTIMATED |
|---|---|---|---|
| David Becker | .75 | .75 | 1.5 |
| Todd Pettingill | 2 | 1 | 3 |
| **TOTALS** | **2.75 hours** | **1.75 hours** | **4.5** |

Dated: October 5, 2021          Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its Attorneys,

/s/ Marc Jones
Marc J. Jones (Mass. Bar #645910)
Alfred A. Day (Mass. Bar #654436)
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-4537 (Jones direct)
jonesmarc@sec.gov
daya@sec.gov

**REV. FR. EMMANUEL LEMELSON, LEMELSON CAPITAL MANAGEMENT, LLC, and THE AMVONA FUND, LP**

By their Attorneys,

 /s/ Brian J. Sullivan
Douglas S. Brooks (BBO No. 63697)
Brian J. Sullivan (BBO No. 676186)
Thomas M. Hoopes (BBO No. 239340)
LIBBY HOOPES BROOKS, P.C.

>399 Boylston Street
>Boston, MA 02116
>(617) 338-9300
>dbrooks@lhblaw.com
>bsullivan@lhblaw.com
>thoopes@lhblaw.com

**CERTIFICATE OF SERVICE**

    I certify that on October 5, 2021, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

                                                          */s/ Marc Jones*