UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

## UNOPPOSED MOTION TO PERMIT WITNESSES TO APPEAR VIRTUALLY

Plaintiff, the United States Securities and Exchange Commission (the "Commission") moves for the Court to grant permission for certain trial witnesses to testify remotely via videoconferencing technology. Defendants do not oppose the Commission's request. As grounds for this Motion, the Commission states as follows:

1. In light of the ongoing pandemic, some of the witnesses that the Commission intends to call to testify at trial have requested the ability to testify remotely rather than traveling across the country to testify in person or may otherwise be unavailable. Specifically, at this time, the Commission requests the following witnesses receive this accommodation:

   a. Catherine Hyodo

   b. Sougata Banerjee

   c. Michael Johns

        d.   Joseph Frohna

2.     The Commission expects the direct examination of each of these witnesses to take approximately 45 minutes.  With cross examination, none of these witnesses would take more than 1.5 hours.

3.     None of these witnesses are located in the Commonwealth of Massachusetts, and all would be required to travel several hours by commercial flights or trains and to seek lodging in hotels in the Boston area.

4.     During this pandemic, people have had to make choices daily regarding their own tolerance for risk to their health and safety, taking into account their individual situations.  Here, while several witnesses have expressed a willingness to travel to participate in this trial in-person, three of these witnesses have informed the Commission that they are reluctant to do so.  The Commission prefers to defer to their individual risk assessments and to respect their wishes if possible.

5.     This court and all counsel here have gained experience with videoconference technology over the course of the pandemic.  The Commission does not believe the use of such technology will impede the trial proceedings.

6.     In the interest of the health, safety, and well-being of these witnesses, the Commission requests that the Court accommodate the reasonable request of the witnesses to permit them to use available videoconferencing technology to testify remotely.

WHEREFORE, the Commission respectfully requests that the Court Allow this Motion.

Dated: October 5, 2021

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

*/s/ Marc J. Jones*
Marc J. Jones (BBO #645910)
Alfred A. Day (BBO #654436)
Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02110
617-573-8947 (Jones)
617-573-4537 (Day)
JonesMarc@sec.gov
DayA@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 5, 2021.

*/s/ Marc J. Jones*