UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br> v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

## <u>VERDICT FORM</u>

For each question, please place a check mark beside the appropriate response.

We, the jury, unanimously respond to the following questions:

**FIRST CLAIM:**     **<u>Fraud in the Purchase or Sale of Securities</u>**
               (Section 10(b) of the Securities Exchange Act and Rule 10b-5 thereunder)

1. Did Defendant Lemelson violate Section 10(b) of the Securities Exchange Act and Rule 10b-5?

    _____ YES            _____ NO

2. Did Defendant Lemelson Capital Management, LLC violate Section 10(b) of the Securities Exchange Act and Rule 10b-5?

    _____ YES            _____ NO

**SECOND CLAIM:** **Fraudulent, Deceptive, or Manipulative Act or Practice**
                       <u>**to Investors or Potential Investors in a Pooled Investment Vehicle**</u>
                       (Section 206(4) of the Investment Advisers Act and Rule 206(4)-8)

3.  Did Defendant Lemelson violate Section 206(4) of the Investment Advisers Act and Rule 206(4)-8?

_____ YES                           _____ NO

4.  Did Defendant Lemelson Capital Management, LLC violate Section 206(4) of the Investment Advisers Act and Rule 206(4)-8?

_____ YES                           _____ NO

_____                              _____
Date                                                          Foreperson

2