UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

**JOINT LIST OF DEPOSITION TESTIMONY TO BE USED AT TRIAL**

Pursuant to the Court's April 14, 2021 Order for Pretrial Conference, the parties submit the following joint list of deposition testimony to be used at trial, with any objections to the use of each excerpt:

**I.      Deposition Testimony to Be Offered by the Plaintiff**

*Please note that the Commission's designations do not include portions of depositions or investigative testimony that may be used for impeachment.*

| WITNESS NAME | DEPOSITION DATE | PAGE:LINES | OBJECTIONS |
|---|---|---|---|
| Johns, Michael | 11/20/19 | 9:5-8 | None, if unavailable |
| | | 9:18-24 | None, if unavailable |
| | | 10:1-3 | None, if unavailable |
| | | 11:2-7 | None, if unavailable |
| | | 11:12 - 13:9 | None, if unavailable |
| | | 20:2 - 21:6 | None, if unavailable |
| | | 21:14 - 22:6 | None, if unavailable |
| | | 22:10 - 24:5 | None, if unavailable |
| | | 28:14-29:10 | None, if unavailable |

| | | | |
|---|---|---|---|
| Johns, Michael | 11/20/19 | 31:15 - 32:13 | None, if unavailable |
| | | 34:20 - 35:1 | None, if unavailable |
| | | 36:4 - 37:6 | None, if unavailable |
| | | 49:5 - 50:14 | None, if unavailable |
| | | 51:10-17 | None, if unavailable |
| | | 52:1 - 55:11 | 401, 403 |
| | | 56:5-11 | None, if unavailable |
| | | 57:1 - 58:6 | None, if unavailable |
| | | 60:22 - 61:1 | None, if unavailable |
| | | 61:3-13 | None, if unavailable |
| | | 61:15 - 62:24 | None, if unavailable |
| | | 63:13 - 64:7 | None, if unavailable |
| | | 64:11-15 | None, if unavailable |
| | | 65:9 - 66:1 | None, if unavailable |
| | | 66:7-16 | None, if unavailable |
| | | 69:4-19 | None, if unavailable |
| | | 72:17 - 74:8 | None, if unavailable |
| | | 74:10-12 | None, if unavailable |
| | | 74:14 - 75:16 | None, if unavailable |
| | | 79:9 - 81:22 | 401, 403, Hearsay |
| | | 82:18-24 | Irrelevant, Unfairly prejudicial, Hearsay |
| | | 85:9 - 86:9 | 401, 403, Hearsay |
| | | 86:18 - 87:1 | 401, 403, Hearsay |
| | | 110:9-11 | None, if unavailable |
| | | 110:13-22 | None, if unavailable |
| | | 111:12-13 | 401, 403, Hearsay |
| | | 111:15 - 112:1 | 401, 403, Hearsay |
| | | 115:5-13 | None, if unavailable |
| | | 117:16 - 118:11 | 401, 403, Hearsay, Mischaracterizes facts |
| Lemelson, Gregory | 10/16/19 | 35:25-37:8 | None |
| | | 94:22-25 | 401, 403 |
| | | 187:15-188:17 | 401, 403 |
| Lemelson, Gregory | 11/12/19 | 64:24-65:11 | 401, 403, Hearsay, Attorney-client privileged |
| | | 92:3-13 | None |
| | | 157:9-158:7 | None |
| | | 168:6-18 | None |
| | | 183:12-188:3 | None |
| | | 197:18-22 | None |
| | | 345:4-346:22 | 401, 403 |
| Lemelson, Gregory | 7/20-22/16 | 172:18-23 | 401, 403 |
| | | 282:2-15 | None |
| | | 306:2-8 | 401, 403 |

| Lemelson, Gregory | 7/20-22/16 | 315:5-9 | Object as incomplete designation of response |
| --- | --- | --- | --- |
| | | 329:6-12 | 401, 403 |
| | | 462:8-19 | None |
| | | 728:20-729:16 | None |
| | | 977:19-25 | 401, 403, Hearsay |

## II.     Deposition Testimony to Be Offered by the Defendants

| WITNESS NAME | DEPOSITION DATE | PAGE:LINES | OBJECTIONS |
| --- | --- | --- | --- |
| David Becker | 8/6/2020 | 7:20-8:12 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 17:14-18:13 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 19:12-13 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 19:17-19 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 20:6-8 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 31:6-11 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 32:3-8 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 33:19-34:7 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 38:1-8 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 38:18-39:2 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 52:8-56:12 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 56:21-57:2 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 57:11-13 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 57:17-22 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 58:11-17 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 59:3-60:1 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 60:8-11 | Irrelevant – 30(b)(6) witness re: selective enforcement |

| David Becker | 8/6/2020 | 60:14-61:6 | Irrelevant – 30(b)(6) witness re: selective enforcement |
|---|---|---|---|
| | | 61:11-14 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 62:15-20 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 63:4-13 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 64:3-6 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 64:9-16 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 64:21-65:3 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 65:10-16 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 65:21-66:3 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 66:13-67:1 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 67:10-24 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 68:14-18 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 69:23-71:13 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 71:19-73:8 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 75:6-14 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 75:20-24 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 77:13-78:3 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 79:10-23 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 80:4-6 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 85:5-8 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 86:2-19 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 87:10-14 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 88:6-23 | Irrelevant – 30(b)(6) witness re: selective enforcement |

| David Becker | 8/6/2020 | 90:12-19 | Irrelevant – 30(b)(6) witness re: selective enforcement |
|---|---|---|---|
| | | 91:4-17 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 91:21-92:2 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 92:11-93:7 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 95:6-9 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 95:15-17 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 96:3-4 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 96:9-19 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 98:1-14 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 98:20-99:7 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 99:12-18 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 100:20-101:11 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 102:11-16 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 102:20-103:16 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 104:23-105:10 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 107:17-108:16 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 108:22-109:10 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 109:17-111:13 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 111:19-112:20 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 113:2-114:1 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 115:14-117:24 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 118:11-17 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 119:5-9 | Irrelevant – 30(b)(6) witness re: selective enforcement |

| David Becker | 8/6/2020 | 119:23-120:11 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| | | 121:7-11 | Irrelevant – 30(b)(6) witness re: selective enforcement |
| Michael Johns | 11/20/2019 | 9:18-10:16 | None, if unavailable |
| Michael Johns | 11/20/2019 | 11:2-13:9 | None, if unavailable |
| Michael Johns | 11/20/2019 | 20:2-21:6 | None, if unavailable |
| Michael Johns | 11/20/2019 | 21:14-27:17 | None, if unavailable |
| Michael Johns | 11/20/2019 | 29:11-30:24 | None, if unavailable |
| Michael Johns | 11/20/2019 | 32:5-13 | None, if unavailable |
| Michael Johns | 11/20/2019 | 33:2-16 | None, if unavailable |
| Michael Johns | 11/20/2019 | 34:20-35:14 | None, if unavailable |
| Michael Johns | 11/20/2019 | 37:14-40:16 | Relevance/Foundation |
| Michael Johns | 11/20/2019 | 49:5-50:7 | None, if unavailable |
| Michael Johns | 11/20/2019 | 55:22-56:11 | None, if unavailable |
| Michael Johns | 11/20/2019 | 59:24-60:18 | Hearsay/foundation/speculation |
| Michael Johns | 11/20/2019 | 65:9-69:3 | 65:9-66:1; 66:7-16 – no objection <br><br> Remainder: Hearsay/foundation/ speculation |
| Michael Johns | 11/20/2019 | 102:4-105:7 | Foundation/speculation |
| Michael Johns | 11/20/2019 | 105:17-108:12 | Foundation |
| Michael Johns | 11/20/2019 | 110:24-111:11 | None, if unavailable |
| Michael Johns | 11/20/2019 | 115:5-116:10 | 115:5-13 – None, if unavailable <br><br> Remainder –Relevance/ Foundation |
| Michael Johns | 11/20/2019 | 116:18-117:15 | Relevance/foundation/speculation |

Dated: October 6, 2021

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its Attorneys,

*/s/ Marc Jones*
Marc J. Jones (Mass. Bar #645910)
Alfred A. Day (Mass. Bar #654436)
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-4537 (Jones direct)
jonesmarc@sec.gov
daya@sec.gov

6

**REV. FR. EMMANUEL LEMELSON,
LEMELSON CAPITAL MANAGEMENT,
LLC, and THE AMVONA FUND, LP**

By their Attorneys,

*/s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 63697)
Brian J. Sullivan (BBO No. 676186)
Thomas M. Hoopes (BBO No. 239340)
LIBBY HOOPES BROOKS, P.C.
399 Boylston Street
Boston, MA 02116
(617) 338-9300
dbrooks@lhblaw.com
bsullivan@lhblaw.com
thoopes@lhblaw.com

## CERTIFICATE OF SERVICE

I certify that on October 6, 2021, a copy of the foregoing was electronically filed - the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

*/s/ Marc Jones*