UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

**DEFENDANTS' TRIAL BRIEF**

Pursuant to Local Rule 16.5, Defendants Father Emmanuel Lemelson (f/k/a Gregory Lemelson), Lemelson Capital Management, LLC, and the Amvona Fund, LP submit this trial brief.

The Commission filed its original complaint on September 12, 2018. ECF No. 1. The complaint asserted claims for violations of Rule 10b-5, Section 206(4) of the Investment Advisers Act, and unjust enrichment. Fr. Lemelson filed a motion to dismiss the original complaint on October 25, 2018. ECF Nos. 10-12. In its opposition to the motion to dismiss, the Commission clarified that it was challenging four statements from Fr. Lemelson's publications and interviews discussing his analysis of Ligand Pharmaceuticals. ECF No. 16. The motion to dismiss was denied, except with regard to one of the statements concerning a debt-to-tangible equity ratio, regarding which the Court granted leave to amend. ECF No. 29.

The Commission subsequently filed its Amended Complaint on March 21, 2019.  ECF No. 33.  Fr. Lemelson denied any liability for the allegations in the complaint.  ECF No. 34.

The parties engaged in discovery, after which, Fr. Lemelson filed for summary judgment. ECF Nos. 124-128, 140-142.  Fr. Lemelson argued that the undisputed evidence demonstrated the four alleged statements were demonstrably and objectively true.  Further, the statements were not material because, *inter alia*, they did not affect the market price for Ligand's stock, two of the four statements were not even about Ligand, and Ligand itself did not mention certain of the statements in its meetings with the Commission.  Fr. Lemelson likewise argued that the Commission has failed to present adequate evidence that he acted with the requisite scienter as his actions are completely inconsistent with a "short-and-distort" scheme, including that Fr. Lemelson published his statements in his own name, made disclosures about his short position in Ligand and that he was only expressing opinions, cited the bases for his statements, and held on to the majority of the short position for an extended period of time instead of almost immediately covering the short position after publishing the alleged false statements.

Similarly, Fr. Lemelson argued that to the extent there was a genuine dispute as to the truthfulness of his statements, the Commission lacked evidence that Fr. Lemelson did not, in good faith, believe them.  Accordingly, this action is barred by the First Amendment.

Fr. Lemelson also argued the Commission's purported scheme liability theory was legally insufficient as it did not allege any illegal conduct other than the four alleged misstatements. Finally, as the Commission's novel Investment Adviser Act claims are premised on the alleged Rule 10b-5 claim, Fr. Lemelson argued that summary judgment was appropriate as to those claims as well.

The Court ruled that there were factual disputes as to Fr. Lemelson's summary judgment arguments and, thus, denied the motion for summary judgment. ECF No. 146. The facts in dispute have been identified in detail in the summary judgment filings.

With regard to anticipated evidentiary issues at trial, Fr. Lemelson has submitted motions *in limine* in compliance with the Court's scheduling order (ECF No. 147) to address those issues. Similarly, with regard to issues on the law controlling the trial, Fr. Lemelson has submitted proposed jury instructions.

          Respectfully Submitted,

          REV. FR. EMMANUEL LEMELSON,
          LEMELSON CAPITAL MANAGEMENT,
          LLC, and THE AMVONA FUND, LP

          By: */s/ Douglas S. Brooks*
          Douglas S. Brooks (BBO No. 636697)
          Brian J. Sullivan (BBO No. 676186)
          Thomas M. Hoopes (BBO No. 239340)
          LIBBY HOOPES BROOKS, P.C.
          399 Boylston Street
          Boston, MA 02116
          Tel.: (617)-338-9300
          dbrooks@lhblaw.com
          bsullivan@lhblaw.com
          thoopes@lhblaw.com

Dated: October 6, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 6, 2021.

          */s/ Douglas S. Brooks*
          Douglas S. Brooks