UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

**DEFENDANTS' PROPOSED VERDICT FORM**

Defendants Father Emmanuel Lemelson (f/k/a Gregory Lemelson) and Lemelson Capital Management, LLC respectfully submit this proposed verdict form. Defendants reserve the right to modify or supplement this proposed verdict form as necessary.

## **CLAIM ONE**

**Fraud in Connection with Purchase or Sale of Securities in Violation of
15 U.S.C. § 77q(a) and 17 C.F.R. § 240.10b-5**

**Defendant Fr. Emmanuel Lemelson**

Do you, the jury, find unanimously that the SEC has proven by a preponderance of the evidence that that Fr. Emmanuel Lemelson (1) made a false statement; (2) that statement was material; (3) that statement was in connection with the purchase or sale of securities; (4) that statement was made through the means or instruments of transportation or communication in interstate commerce or the mails; and (5) that statement was made with the intent to defraud or reckless disregard for the truth?

Claim One: _____ Not Liable         _____ Liable

**IF YOU FIND FR. EMMANUEL LEMELSON NOT LIABLE FOR CLAIM ONE, THEN YOU MUST ALSO FIND FR. EMMANUEL LEMELSON NOT LIABLE FOR CLAIM TWO.**

## CLAIM ONE

**Fraud in Connection with Purchase or Sale of Securities in Violation of 15 U.S.C. § 77q(a) and 17 C.F.R. § 240.10b-5**

**Defendant Lemelson Capital Management LLC**

Do you, the jury, find unanimously that the SEC has proven by a preponderance of the evidence that that Lemelson Capital Management LLC (1) made a false statement; (2) that statement was material; (3) that statement was in connection with the purchase or sale of securities; (4) that statement was made through the means or instruments of transportation or communication in interstate commerce or the mails; and (5) that statement was made with the intent to defraud or reckless disregard for the truth?

Claim One: _____ Not Liable        _____ Liable

**IF YOU FIND LEMELSON CAPITAL MANAGLEMENT LLC NOT LIABLE FOR CLAIM ONE, THEN YOU MUST ALSO FIND LEMELSON CAPITAL MANAGEMENT LLC NOT LIABLE FOR CLAIM TWO.**

## CLAIM TWO

### Defendant Fr. Emmanuel Lemelson

Do you, the jury, find unanimously that the SEC has proven by a preponderance of the evidence that that Fr. Emmanuel Lemelson (1) was an investment adviser; (2) made an untrue statement of material fact or omitting to state a material fact necessary to make the statements made, in the light of the circumstances under which they were made, not misleading; (3) to an investor or prospective investor?

Claim Two:  _____ Not Liable         _____ Liable

## CLAIM TWO

### Violation of Investment Advisers Act
### 15 U.S.C. § 80b-6(4) and 17 C.F.R. § 275.206(4)-8

### Defendant Lemelson Capital Management LLC

Do you, the jury, find unanimously that the SEC has proven by a preponderance of the evidence that that Lemelson Capital Management LLC (1) was an investment adviser; (2) made an untrue statement of material fact or omitting to state a material fact necessary to make the statements made, in the light of the circumstances under which they were made, not misleading; (3) to an investor or prospective investor?

Claim Two: _____ Not Liable        _____ Liable

**These are the unanimous findings of the jury.**

_____
Signature of Foreperson


_____
Date

Respectfully Submitted,

REV. FR. EMMANUEL LEMELSON, LEMELSON CAPITAL MANAGEMENT, LLC, and THE AMVONA FUND, LP

By: */s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
Brian J. Sullivan (BBO No. 676186)
Thomas M. Hoopes (BBO No. 239340)
LIBBY HOOPES BROOKS, P.C.
399 Boylston Street
Boston, MA 02116
Tel.: (617)-338-9300
dbrooks@lhblaw.com
bsullivan@lhblaw.com
thoopes@lhblaw.com

Dated:  October 6, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 6, 2021.

*/s/ Douglas S. Brooks*
Douglas S. Brooks