UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

**AFFIDAVIT OF BRIAN J. SULLIVAN IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE TO PRECLUDE THE COMMISSION'S ATTEMPT TO USE A "SUMMARY WITNESS" FOR IMPROPER PURPOSES**

I, Brian J. Sullivan, hereby swear and declare as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and am counsel to Defendants Rev. Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson") ("Fr. Emmanuel") and Lemelson Capital Management, LLC, and Relief Defendant The Amvona Fund, LP.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email chain from March 9, 2020 through March 12, 2020 between myself and Marc Jones of the Securities and Exchange Commission, copying Douglas Brooks and Alfred Day.

3. Attached hereto as Exhibit 2 is a true and correct copy of selected excerpts from the December 6, 2018 Transcript of the Motion to Dismiss Hearing in the above-captioned matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed:  October 6, 2021                                              */s/ Brian J. Sullivan*
                                                                                        Brian J. Sullivan

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 6, 2021.

                                                                                        */s/ Brian J. Sullivan*
                                                                                        Brian J. Sullivan