# Exhibit 1

| | |
|---|---|
| **From:** | Jones, Marc |
| **To:** | Brian Sullivan; Day, Alfred |
| **Cc:** | Douglas Brooks |
| **Subject:** | RE: SEC v. Lemelson, et al., Civil Action No. 1:18-cv-11926-PBS |
| **Date:** | Thursday, March 12, 2020 9:38:08 AM |

Hi Brian,

Thanks for your response. As I wrote in my original response, we don't believe your expert produced any analogous material (his spreadsheets, code, data inputs, etc). Will you be producing those? And if that information is actually required, as you suggest below, why wasn't it produced by your expert in time for our expert to analyze it in our rebuttal report?

Also, my understanding is that all of the data used in the reports is available publicly from WRDS or Bloomberg. Is there a reason we need to produce it, when your expert already has access to it?

Finally, I am told that producing a full set of millisecond data to you could be a very very big file (current estimate 40GB). Is that necessary when your expert likely already has access to this data?

Thanks in advance,
Marc

**Marc J. Jones**
Senior Trial Counsel
U.S. Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor, Boston, MA 02110
tel: (617) 573-8947 | email: mailto:jonesmarc@sec.gov

---

**From:** Brian Sullivan <BSullivan@libbyhoopes.com>
**Sent:** Monday, March 09, 2020 5:25 PM
**To:** Jones, Marc <JonesMarc@SEC.gov>; Day, Alfred <DayA@SEC.GOV>
**Cc:** Douglas Brooks <dbrooks@libbyhoopes.com>
**Subject:** RE: SEC v. Lemelson, et al., Civil Action No. 1:18-cv-11926-PBS

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Fed. R. Civ. P. 26(a)(2)(B)(i) and (ii) requires an expert report to contain the basis for the expert's opinion and the facts or data considered by the witness in forming their opinions. Dr. Erin Smith's report and exhibits do not contain any specific formulas or calculations that form the basis of her opinions. For example, Dr. Smith states her general method for calculating abnormal returns in "%" and "$" terms and her use of Mr. Dolgoff's model for calculating predicted returns; however, our expert, Aaron Dolgoff, needs the code or spreadsheets used by Dr. Erin Smith to evaluate whether her calculations reliably apply Mr. Dolgoff's model. Also, our expert is unable to test the reliability of Dr. Erin Smith's analysis without access to the TAQ intraday data, and any other data she uses aside

from that already considered by Mr. Dolgoff.  We are requesting these data be produced.  *See JJI Int'l Inc. v. Bazar Group, Inc.*, 2013 WL 3071299, at *1 (D.R.I. Apr. 8, 2013) ("Defendant is right that raw survey data should be included as part of the expert disclosure of an opinion based on survey results because they are 'facts or data considered by' the expert who designed the survey, even if the specific data were not relied on in forming the opinion") (citing Fed. R. Civ. P. 26(a)(2)(B)(ii)); *Biestek v. Berryhill*, 139 S. Ct. 1148, 1154 (2019) (noting in federal court "an expert witness must produce all data she has considered in reaching her conclusions") ((citing Fed. R. Civ. P. 26(a)(2)(B)).

Brian J. Sullivan
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
Tel: (617) 338-9300 x 310
Fax: (617) 338-9911
bsullivan@libbyhoopes.com
www.libbyhoopes.com

---

**From:** Jones, Marc <JonesMarc@SEC.gov>
**Sent:** Monday, March 9, 2020 12:40 PM
**To:** Brian Sullivan <BSullivan@libbyhoopes.com>; Day, Alfred <DayA@SEC.GOV>
**Cc:** Douglas Brooks <dbrooks@libbyhoopes.com>
**Subject:** RE: SEC v. Lemelson, et al., Civil Action No. 1:18-cv-11926-PBS

Brian,

We are considering your request.  Is there some rule that requires us to produce the items you are requesting? I am not sure I am seeing that in Rule 26, and I don't believe that your expert produced any analogous material.

Thanks,
Marc


**Marc J. Jones**
Senior Trial Counsel
U.S. Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor, Boston, MA 02110
tel: (617) 573-8947 | email: mailto:jonesmarc@sec.gov

---

**From:** Brian Sullivan <BSullivan@libbyhoopes.com>

**Sent:** Monday, March 09, 2020 12:15 PM
**To:** Jones, Marc <JonesMarc@SEC.gov>; Day, Alfred <DayA@SEC.GOV>
**Cc:** Douglas Brooks <dbrooks@libbyhoopes.com>
**Subject:** SEC v. Lemelson, et al., Civil Action No. 1:18-cv-11926-PBS

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel:

Could you please provide us with the following data from Erin Smith's expert rebuttal report:

> All program code and spreadsheets in native format containing the calculations used to create all report Exhibits and Appendices 3A-3C, as well as any necessary data inputs used by such programs and spreadsheets, including, but not limited to, TAQ Consolidated Trades, Milliseconds data for LGND, SPY, and IBB.

If you need any clarification about what we are seeking, please do not hesitate to contact us.  Thank you.

Brian J. Sullivan
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
Tel: (617) 338-9300 x 310
Fax: (617) 338-9911
bsullivan@libbyhoopes.com
www.libbyhoopes.com