UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S TRIAL BRIEF (ECF No. 166)**

Defendants Father Emmanuel Lemelson (f/k/a Gregory Lemelson), Lemelson Capital Management LLC, and the Amvona Fund LP submit these objections to Plaintiff, Securities and Exchange Commission's (the "Commission") trial brief (ECF No. 166).

The Commission's trial brief outlines the evidentiary issues raised in the motions *in limine*, and Defendants refer to their oppositions to those motions accordingly.

However, Defendants file this specific objection to the Commission's trial brief based on the Commission's patently false statement in that brief that "it didn't" make any mistakes in its original Complaint. That statement is objectively untrue.

For example, in its Complaint and subsequent Amended Complaint, the Commission (i) erroneously quoted *private, unpublished draft* versions of Defendants' reports that were never disseminated and thus could not serve as the basis for the Commission's claims; (ii) alleged that

Defendant's mathematical calculation of Ligand's debt-to-tangible equity ratio was incorrect, an allegation that the Commission's 30(b)(6) witness makes clear was factually wrong; and (iii) falsely stated that prior to Defendants' first report on Ligand, the company had purchased nearly half of Viking (when in fact Ligand had not purchased any portion of Viking at that time).

      Defendants have explained in their motion *in limine* why they believe the Commission's false statements set forth in its Complaint and Amended Complaint are relevant. The Commission, of course, is free to voice its disagreement as to relevance. The Commission should not be free, however, to represent to the Court that the Complaint and Amended Complaint do not contain objectively erroneous allegations, when it knows such a representation is false.

Respectfully Submitted,

REV. FR. EMMANUEL LEMELSON,
LEMELSON CAPITAL MANAGEMENT,
LLC, and THE AMVONA FUND, LP

By: */s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
Brian J. Sullivan (BBO No. 676186)
Thomas M. Hoopes (BBO No. 239340)
LIBBY HOOPES BROOKS, P.C.
399 Boylston Street
Boston, MA 02116
Tel.: (617)-338-9300
dbrooks@lhblaw.com
bsullivan@lhblaw.com
thoopes@lhblaw.com

Dated: October 13, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 13, 2021.

                                            */s/ Douglas S. Brooks*
                                            Douglas S. Brooks