UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff <br><br> v. <br><br> GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, <br><br> Defendants, <br><br> and <br><br> THE AMVONA FUND, LP, <br><br> Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

**DEFENDANTS' OBJECTIONS TO**
**PLAINTIFF'S PROPOSED VERDICT FORM (ECF No. 169)**

Defendants Father Emmanuel Lemelson (f/k/a Gregory Lemelson), Lemelson Capital Management LLC, and the Amvona Fund LP submit these objections to Plaintiff, Securities and Exchange Commission's (the "Commission") proposed verdict form (ECF No. 169).

The Commission's proposed verdict form omits the burden of proof required by the Commission. Additionally, the form does not include language that the jury's verdict must be unanimous. Defendants believe this language is proper to include on the form and have added proposed language in the attached redlined version of Plaintiff's proposed verdict form.

In addition, Defendants maintain that the jury would benefit from listing the required elements of the underlying claims in the verdict form and reference the Court to Defendants' proposed verdict form (ECF No. 177).

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court use Defendants' proposed verdict form (ECF No. 177) or, in the alternative, implement the redlined changes in the Exhibit attached hereto.

Respectfully Submitted,

REV. FR. EMMANUEL LEMELSON,
LEMELSON CAPITAL MANAGEMENT,
LLC, and THE AMVONA FUND, LP

By: */s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
Brian J. Sullivan (BBO No. 676186)
Thomas M. Hoopes (BBO No. 239340)
LIBBY HOOPES BROOKS, P.C.
399 Boylston Street
Boston, MA 02116
Tel.: (617)-338-9300
dbrooks@lhblaw.com
bsullivan@lhblaw.com
thoopes@lhblaw.com

Dated:  October 13, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 13, 2021.

*/s/ Douglas S. Brooks*
Douglas S. Brooks
