UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

**DEFENDANTS' PROPOSED REDLINED EDITS TO PLAINTIFF'S VERDICT FORM**

For each question, please place a check mark beside the appropriate response.

We, the jury, unanimously respond to the following questions:

**FIRST CLAIM:** **Fraud in the Purchase or Sale of Securities**
(Section 10(b) of the Securities Exchange Act and Rule 10b-5 thereunder)

1. Did the Commission prove by a preponderance of the evidence that Defendant Lemelson violated Section 10(b) of the Securities Exchange Act and Rule 10b-5?

   _____ YES          _____ NO

2. Did the Commission prove by a preponderance of the evidence that Defendant Lemelson Capital Management, LLC violated Section 10(b) of the Securities Exchange Act and Rule 10b-5?

   _____ YES          _____ NO

**SECOND CLAIM: Fraudulent, Deceptive, or Manipulative Act or Practice
to Investors or Potential Investors in a Pooled Investment Vehicle**
(Section 206(4) of the Investment Advisers Act and Rule 206(4)-8)

3. Did the Commission prove by a preponderance of the evidence that Defendant Lemelson violated Section 206(4) of the Investment Advisers Act and Rule 206(4)-8?

    _____ YES              _____ NO

4. Did the Commission prove by a preponderance of the evidence that Defendant Lemelson Capital Management, LLC violated Section 206(4) of the Investment Advisers Act and Rule 206(4)-8?

    _____ YES              _____ NO

**These are the unanimous findings of the jury.**

_____              _____
Date                                                                Foreperson