UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION
OBJECTIONS TO DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

The Securities and Exchange Commission makes these objections to the Defendants' Proposed Voir Dire questions [ECF No. 175].

**Proposed Introduction:** On the proposed initial words to the jury venire, the Court should not discuss the Commission's complaint. Complaints are not evidence and are not given to the jury, unlike in some criminal cases when the jury receives the indictment.

**Question 28:** The Commission objects to Question 28, which asks, "Do you believe that [Defendants] must have done something wrong simply if the SEC decided to bring a claim against them?" This question is cumulative and unnecessary. Questions 18 and 19 adequately cover the topic in Question 28.

**Question 36:** The Commission objects to Question 36, which asks, "Are you, any member of your family, or any of your close friends familiar with the tenets of the Eastern

Orthodox religion?"  This question is cumulative and unnecessary.  Question 37 adequately protects against potential religious bias.  And it is unclear what action is intended in response to a "yes" answer to Question 36.  The question could make the venire process look biased, either toward or away from those who believe in the tenets of the Eastern Orthodox religion.

**Question 40:**  The Commission objects to Question 40, which reads, "Does anyone have any positive or negative opinions about priests who are also engaged in finance with the aim or making money a profit [sic] both personally and on behalf of investors?"  Question 39 adequately screens the jury venire for any potential bias against priests with lay vocations.  There is no need for another screening question about Father Lemelson's particular situation.

Dated: October 13, 2021

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its Attorneys,

*/s/ Marc Jones*
Marc J. Jones (Mass. Bar #645910)
Alfred A. Day (Mass. Bar #654436)
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-4537 (Jones direct)
jonesmarc@sec.gov
daya@sec.gov

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2021, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

*/s/ Marc Jones*