```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
_____
                                    )
SECURITIES AND EXCHANGE COMMISSION  )
                                    )
                Plaintiff,          )
                                    )    Civil Action
v.                                  )    No. 18-11926-PBS
                                    )
GREGORY LEMELSON and LEMELSON       )
CAPITAL MANAGEMENT, LLC,            )
                                    )
                Defendants,         )
                                    )
     and                            )
                                    )
THE AMVONA FUND, LP,                )
                                    )
                Relief Defendant.   )
_____)
```

**ORDER**

October 18, 2021

Saris, D.J.

The SEC has filed a motion in limine to exclude evidence or argument that the statements challenged in the complaint were opinions (Docket 161). This motion is **DENIED**.

A defendant may still be liable under the securities laws for misleading opinions, but "liability lies only to the extent that the statement was both objectively false and disbelieved by the defendant at the time it was expressed." Fait v. Regions Fin. Corp., 655 F.3d 105, 110 (2d Cir. 2011) (citing Virginia Bankshares v. Sandberg, 501 U.S. 1083, 1095-96 (1991)).

The line between fact and opinion can be ambiguous. Hi-Tech Pharm., Inc. v. Cohen, 277 F. Supp. 3d 236, 244–45 (D. Mass. 2016). "The critical question is whether the challenged statement 'reasonably would be understood to declare or imply provable assertions of fact.'" McKee v. Cosby, 874 F.3d 54, 60-61 (1st Cir. 2017) (quoting Phantom Touring, Inc. v. Affiliated Publ'ns, 953 F.2d 724, 727 (1st Cir. 1992)). Resolving that question "requires an examination of the totality of the circumstances in which the specific challenged statements were made." Piccone v. Bartels, 785 F.3d 766, 772 (1st Cir. 2015). The issue of whether any of the statements could be understood as nonactionable opinions is best resolved on a full trial record. The motion in limine to exclude is therefore **DENIED**.

SO ORDERED.

/s/ PATTI B. SARIS
Hon. Patti B. Saris
United States District Judge