# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,

    Defendants,

and

THE AMVONA FUND, LP,

    Relief Defendant.

Civil Action No. 1:18-cv-11926-PBS

## **VERDICT FORM**

For each question, please place a check mark beside the appropriate response.

We, the jury, unanimously respond to the following questions:

**FIRST CLAIM:**  **Fraud in the Purchase or Sale of Securities**
(Section 10(b) of the Securities Exchange Act and Rule 10b-5 thereunder)

1. Did Defendant Lemelson violate Section 10(b) of the Securities Exchange Act and Rule 10b-5?

   _____ YES            _____ NO

2. Did Defendant Lemelson Capital Management, LLC violate Section 10(b) of the Securities Exchange Act and Rule 10b-5?

   _____ YES            _____ NO

**SECOND CLAIM:** **Fraudulent, Deceptive, or Manipulative Act or Practice**
<u>**to Investors or Potential Investors in a Pooled Investment Vehicle**</u>
(Section 206(4) of the Investment Advisers Act and Rule 206(4)-8)

3. Did Defendant Lemelson violate Section 206(4) of the Investment Advisers Act and Rule 206(4)-8?

   _____ YES                           _____ NO

4. Did Defendant Lemelson Capital Management, LLC violate Section 206(4) of the Investment Advisers Act and Rule 206(4)-8?

   _____ YES                           _____ NO


_____                                   _____
Date                                                                                  Foreperson