UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> GREGORY LEMELSON and LEMELSON CAPITAL ) <br> MANAGEMENT, LLC, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> THE AMVONA FUND, LP, ) <br> ) <br> Relief Defendant ) <br> ) | Civil Action No. 1:18-cv-11926-PBS |

### DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to Fed. R. Civ. P. 50, Defendants Father Emmanuel Lemelson and Lemelson Capital Management respectfully submit this Motion for Judgment as a Matter of Law on all claims asserted by Plaintiff Securities and Exchange Commission's (the "Commission").

In addition to the reasons stated below, Defendants also expressly incorporate herein as support for this motion the grounds stated in prior memoranda, motions to dismiss, motions for summary judgment, motions *in limine*, and arguments made at hearing and during trial.

### LEGAL STANDARD

A motion under Rule 50(a) must be granted if there is no "legally sufficient evidentiary basis to find for the [non-moving party]." Rule 50(a) provides, in relevant part:

> (1) If a party has been fully heard on an issue during a jury trial and the court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that issue, the court may:
>
> (a) resolve the issue against the party; and

1