UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) GREGORY LEMELSON ) ) Defendant, ) ) | Civil Action No. 18-11926-PBS |

**VERDICT FORM**

Saris, D.J.

1.  Did the Securities and Exchange Commission prove that Father Gregory Lemelson violated Rule 10b-5 (a) and (c) by intentionally or recklessly engaging in a scheme to defraud, or any act, practice, or course of business which operates or would operate as a fraud or deceit?

    Yes _____          No __X__

2.  Did the Securities and Exchange Commission prove that defendant intentionally or recklessly made untrue statements of a material fact or omitted to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading with respect to the following statements:

    (a) The Benzinga Interview (Exhibit 3, page 16)

    Yes __X__          No _____

    (b) The Viking audit statement (Exhibit 4, page 10)

    Yes __X__          No _____

        (c) The Viking preclinical trial statement (Exhibit 4, page 7).

        Yes __X__         No _____

        (d) The insolvency statements (Exhibit 6, pages 1-2; Exhibit 7, pages 3-6).

        Yes _____         No __X__

3. Did the Securities and Exchange Commission prove that defendant intentionally or recklessly violated the Advisors Act?

        Yes _____         No __X__

4. Did the Securities and Exchange Commission prove that defendant negligently violated the Advisors Act?

        Yes _____         No __X__

I certify that the answers to each of the questions is unanimous.

Dated: 11/5/2021          _____Christoph Michelangelo_____
                                          Foreperson