UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>   v.<br><br>GREGORY LEMELSON and LEMELSON<br>CAPITAL MANAGEMENT, LLC,<br><br>            Defendants,<br><br>   and<br><br>THE AMVONA FUND, LP,<br><br>            Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

**PROPOSED REMEDIES BRIEFING SCHEDULE**

The parties jointly propose the following schedule and page limits for briefing the Commission's motion for remedies:

- Plaintiff's opening brief – December 22, 2021 (20 pages)

- Defendants' opposition brief – January 20, 2022 (20 Pages)

- Plaintiff's reply brief – January 27, 2022 (7 pages)

The approximately 30-day period for Defendants' opposition is the result of the upcoming holidays and personal conflicts of Defendants' counsel.

WHEREFORE, the parties respectfully request that the Court adopt the proposed briefing schedule and page limits set forth above.

Dated: November 29, 2021

Respectfully submitted,

**SECURITIES AND EXCHANGE
COMMISSION**

By its Attorneys,

*/s/ Alfred A. Day*
Marc J. Jones (Mass. Bar #645910)
Alfred A. Day (Mass. Bar #654436)
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-4537 (Jones direct)
jonesmarc@sec.gov
daya@sec.gov

**REV. FR. EMMANUEL LEMELSON,
LEMELSON CAPITAL MANAGEMENT,
LLC, AND THE AMVONA FUND, LP**

By their Attorneys,

*/s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
Brian J. Sullivan (BBO No. 676186)
Thomas M. Hoopes (BBO No. 239340)
LIBBY HOOPES BROOKS, P.C.
399 Boylston Street
Boston, MA 02116
(617) 338-9300
dbrooks@lhblaw.com
bsullivan@lhblaw.com
thoopes@lhblaw.com

## CERTIFICATE OF SERVICE

I certify that on November 29, 2021, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

*/s/ Alfred A. Day*