UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,

Defendants,

and

THE AMVONA FUND, LP,

Relief Defendant.

Civil Action No. 1:18-cv-11926-PBS

## PROPOSED REMEDIES BRIEFING SCHEDULE

The parties jointly propose the following schedule and page limits for briefing the Commission's motion for remedies:

- Plaintiff's opening brief – December 22, 2021 (20 pages)

- Defendants' opposition brief – January 20, 2022 (20 Pages)

- Plaintiff's reply brief – January 27, 2022 (7 pages)

The approximately 30-day period for Defendants' opposition is the result of the upcoming holidays and personal conflicts of Defendants' counsel.

WHEREFORE, the parties respectfully request that the Court adopt the proposed briefing schedule and page limits set forth above.

11/30/21
Allowed.

*/s/ Patti B Saris*