November 26, 2021

Randy E. Hardin
205 Palo Blanco Creek Ln
Georgetown, TX 76543

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Dear Judge Saris:

I first reached out to Fr. Emmanuel by email after reading about his presentation at the annual meeting of Berkshire Hathaway in 2017. As an Orthodox Christian, I wanted to know more about him and his unusual twin occupations of priest and investment advisor. I was surprised when he responded right away and asked for my telephone number. He called and we enjoyed a personal conversation that I did not expect.

Over the subsequent years, we have stayed in contact and developed a valued friendship. Although we come from different cultural, educational, and professional backgrounds, he has always treated me with respect and I have learned to trust and respect him. Both in our personal conversations and our periodic virtual meetings with other investors, he has been forthright and honest about the SEC case. I have also followed the case through online news sources.

During our conversations, I shared that I retired from the U. S. Navy in 2004 and have been self-employed in my own businesses most of the time since then. I asked about investing in his fund but expressed my concern that I could not meet the published minimum investment requirement. He accepted a lower amount from me with the hope that I would add more as I am able to do so. I have continued to invest and will add more in the future.

I have deep respect of our laws and system of justice; however, I've also seen cases where clear mistakes have been made. I pray that God will bless you with wisdom and discernment and you will recognize Fr Emmanuel as the man of high integrity that I know.

Sincerely,

Randy E. Hardin
Command Master Chief
U. S. Navy (Retired)

Randy E. Hardin
205 Palo Blanco Creek Ln
Georgetown, TX 76543

AUSTIN TX 786
RIO GRANDE DISTRICT
26 NOV 2021 PM 2 L



The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

02210-300475

