United States District Court
District of Massachusetts
Exhibits Log: 18cv11926-PBS SEC v. Gregory Lemelson

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Court-001 | Report 1 Press Release re Lemelson short position in Ligand Pharmaceuticals Jun 16 2014 | No |
| Court-002 | Jun 19 2014 Recording of Father Emmanuel's June 19, 2014 pre-market interview with Benzinga | No |
| Court-003 | Jun 19 2014 Transcript of Father Emmanuel's June 19, 2014 pre-market interview with Benzinga | No |
| Court-004 | Report 2 Appendix; Lemelson increases short position in Ligand Jul 3 2014 | No |
| Court-005 | Report 3 Update Lemelson Capital Further Increases Short Stake Aug 4 2014 | No |
| Court-006 | Report 4 Lemelson Capital Says Ligand Pharmaceuticals' $225M Debt I Aug 14 2014 | No |
| Court-007 | Report 5 Ligand Pharmaceuticals Institutional holders wasting no time dumping stock Aug 22 2014 | No |
| Court-008 | Summary Chart | No |
| Court-011 | Aug 20 2012 Private Placement Memorandum | No |
| Court-012 | Aug 19 2013 Barron's Ranking | No |
| Court-013 | Dec 31 2013 Form 10-KA, Amendment No. 2, Ligand Pharmaceuticals Incorporated | No |
| Court-014 | Dec 31 2013 Form 10-K, Ligand Pharmaceuticals Incorporated | No |
| Court-015 | Mar 17 2014 The Short Case for World Wrestling Entertainment | No |
| Court-016 | Apr 1 2014 Oral, Liver-targeting Nucleoside Polymerase Inhibitors for the Treatment of Hepatitis C; Non-Confidential Summary | No |
| Court-017 | Apr 1 2014 Amvona Fund, LP Private Placement Memorandum | No |
| Court-018 | Apr 8 2014 The Case for Shorting World Wrestling Entertainment | No |
| Court-019 | May 7 2014 Ligand 2014 Q1 10-Q | No |
| Court-020 | May 17 2014 Article re LCM stake in WWE | No |
| Court-021 | May 26 2014 Barron's Ranking | No |
| Court-022 | May 28 2014 Email re Barron's - Lemelson Capital Management Again Ranks Among World's Top Performng Hedge Funds | No |
| Court-023 | Jun 1 2014 June 2014 Call Notification Emails to Lemelson | No |
| Court-024 | Jun 9 2014 Forbes Article "Why Merck Just Spent $4 Billion on New Drugs for Hepatitis C" | No |
| Court-025 | Jun 10 2014 Michael Johns PayPal Invoice to Emmanuel Lemelson | No |
| Court-026 | Jun 10 2014 Forbes Article "Why the Hepatitis Cost Cutters May Have Already Lost" | No |
| Court-027 | Jun 10 2014 Form ADV | No |
| Court-028 | Jun 11 2014 PayPal Confirmation - Payment from Lemelson to Johns | No |
| Court-029 | Jun 11 2014 Email to Bloomberg touting TAF's Q2 Performance | No |
| Court-030 | Jun 12 2014 Emails between Erika Luib and Bruce Voss | No |
| Court-031 | Jun 12 2014 Email from Nicolas Jabbour to Emmanuel Lemelson | No |
| Court-032 | Jun 12 2014 Email from Nicolas Jabbour to Emmanuel Lemelson | No |
| Court-033 | Jun 12 2014 Email from Jabbour with Expert Opinion re Sovaldi | No |
| Court-034 | Jun 13 2014 Emails with Erika Luib re Investor Reports | No |
| Court-035 | Jun 16 2014 Email from Emmanuel Lemelson attaching Ligand short position announcement | No |
| Court-036 | Jun 16 2014 Email from Emmanuel Lemelson re short position in Ligand | No |
| Court-037 | Jun 16 2014 Globe Newswire email | No |
| Court-038 | Jun 16 2014 Lemelson Report on Nasdaq | No |
| Court-039 | Jun 17 2014 Email from John Higgins to Bruce Voss | No |
| Court-040 | Jun 17 2014 Emails between Matt Foehr and Bruce Voss | No |
| Court-041 | Jun 17 2014 Emails between Matt Foehr, Bruce Voss and John Higgins | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Court-042 | Jun 17 2014 Email thread re LGND Lemelson | No |
| Court-043 | Jun 17 2014 BTIG Daily Report | No |
| Court-044 | Jun 18 2014 Emails between Bruce Voss, John Higgins, and Matt Foehr | No |
| Court-045 | Jun 18 2014 Email to Emmanuel Lemelson re Cancelling today's call with Ligand | No |
| Court-046 | Jun 18 2014 Email thread re VM from Institutional Investor Magazine | No |
| Court-047 | Jun 18 2014 BTIG Daily Report | No |
| Court-048 | Jun 18 2014 Notes - phone conversation with Bruce Voss | No |
| Court-049 | Jun 19 2014 BTIG Daily Report | No |
| Court-050 | Jun 19 2014 Email from Lemelson to Investors | No |
| Court-051 | Jun 19 2014 The Amvona Fund, LP Investor Presentation | No |
| Court-052 | Jun 20 2014 BTIG Daily Report | No |
| Court-053 | Jun 23 2014 Bruce Voss email responding to Jun 19 2014 Benzinga Interview | No |
| Court-054 | Jun 23 2014 Emails between Bruce Voss and John Higgins | No |
| Court-055 | Jun 25 2014 Emails between Matt Foehr, Bruce Voss and John Higgins | No |
| Court-056 | Jun 30 2014 The Amvona Fund, LP - BTIG Account Statement | No |
| Court-057 | Jun 30 2014 Form 10-Q, Ligand Pharmaceuticals Incorporated | No |
| Court-058 | Jul 1 2014 Viking Therapeutics, Inc. Form S-1 Registration | No |
| Court-059 | Jul 2 2014 Email from Emmanuel Lemelson to Howard Coop and Jennifer Bloom | No |
| Court-060 | Jul 3 2014 Email "Re Article Status Notification from Seeking Alpha Editors (3038485)" | No |
| Court-061 | Jul 17 2014 LCM Press Release "LCM Announces TTM and Q2 2014 Performance Results for The Amvona Fund" | No |
| Court-062 | Jul 17 2014 Email from Michael Johns to Emmanuel Lemelson | No |
| Court-063 | Jul 17 2014 TAF Q2 Partnership Letter | No |
| Court-064 | Jul 20 2014 Emails between John Higgins and Matt Dormer | No |
| Court-065 | Jul 21 2014 Email from Emmanuel Lemelson requesting subscription documents for Rod Bennet | No |
| Court-066 | Jul 26 2014 Email to Jon Haley re thank you for the inquiry on the LCM site | No |
| Court-067 | Jul 27 2014 Email to Jon Haley re Thank You | No |
| Court-068 | Aug 4 2014 Email from Michael Johns to Emmanuel Lemelson | No |
| Court-069 | Aug 4 2014 Email re LGND Aug 4 Report | No |
| Court-070 | Aug 5 2014 Emails with Luke Jacobi answering questions for Benzinga re LCM's position in Ligand | No |
| Court-071 | Aug 4 2014 - Aug 5 2014 Email re Lemelson Capital Management Short Position in Ligand | No |
| Court-072 | Aug 4 2014 - Aug 7 2014 Email thread re Lemelson Capital Increases Short Position and Benzinga Article | No |
| Court-073 | Aug 13 2014 Emails with Brianna Valleskey re 81314 Benzinga Interview | No |
| Court-074 | Aug 14 2014 Email between Emmanuel Lemelson and Lori Schumacher attaching David Griesemer Subscription Signature Page | No |
| Court-075 | Aug 14 2014 Email re LGND Aug 14 Report | No |
| Court-076 | Aug 18 2014 Emails between Bruce Voss and John Higgins | No |
| Court-077 | Aug 18 2014 Ligand 8-K | No |
| Court-078 | Aug 19 2014 Emails between John Higgins and Bruce Voss | No |
| Court-079 | Aug 27 2014 Email to Michael Johns re Lemelson Capital Press Release | No |
| Court-080 | Aug 29 2014 Email to Donna re nice meeting you today, here is the info you requested | No |
| Court-081 | Aug 2014 BarclayHedge Ranking | No |
| Court-082 | Sept 4 2014 The Amvona Fund, LP, Investor Presentation | No |
| Court-083 | Sept 4 2014 Email from Emmanuel Lemelson to Michael Johns | No |
| Court-084 | Sept 6 2014 Email from Lemelson to Jesse Perkins attaching Amvona Fund Anunual Reports, Partnership Letters, Investor Presentation, etc | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Court-085 | Sept 7 2014 Email from Lemelson to Allan Rudolf attaching Amvona Fund Anunnal Reports, Partnership Letters, Investor Presentation, etc | No |
| Court-086 | Sept 7 2014 Email from Lemelson to johnx99y@yahoo.com attaching Amvona Fund Anunnal Reports, Partnership Letters, Investor Presentation | No |
| Court-087 | Sept 17 2014 Email from Lemelson to Dimitrios Karakoutas attaching Amvona Fund Anunnal Reports, Partnership Letters, Investor Presentat | No |
| Court-088 | Jun 8 - Sept 4, 2014 Call Notification Emails to Lemelson | No |
| Court-089 | Oct 3 2014 Email from Lemelson to William Ware attaching Amvona Fund Anunnal Reports, Partnership Letters, Investor Presentation, etc | No |
| Court-090 | Oct 9 2014 Email from Emmanuel Lemelson to Edward Gu | No |
| Court-091 | Nov 10 2014 Email from Lemelson to Ruven T attaching Amvona Fund Anunnal Reports, Partnership Letters, Investor Presentation, etc | No |
| Court-092 | Nov 17 2014 Emails between Bruce Voss and Jody Burfening | No |
| Court-093 | Sept-Nov 2014 Emails and other communications to prospective investors and investors | No |
| Court-094 | 2014 Preqin Ranking | No |
| Court-095 | Lemelson document re Ligand's 2012-14 Balance Sheets from Bam SEC | No |
| Court-096 | Jan 29 2015 Stock Price Data | No |
| Court-097 | Feb 9 2015 Ligand Reports Fourth Quarter and Full Year 2014 Financial Results | No |
| Court-098 | Feb 25 2015 Email with Brianna Valleskey re 32415 Benzinga Interview | No |
| Court-099 | Apr 22 2015 TAF 2014 Annual Report | No |
| Court-100 | Apr 29 2015 Emails with Brianna Valleskey re 6515 Benzinga Interview | No |
| Court-101 | May 5 2015 Press Release, Ligand Partner Viking Therapeutics Announces Closing of Initial Public Offering | No |
| Court-103 | Jun 18 2015 Email from Emmanuel Lemelson to Douglas MacLean | No |
| Court-104 | Sept 2 2015 Presentation, Project Goldmine | No |
| Court-106 | Mar 18 2016 Email from Lemelson to Nicolas Jabbour attaching Answers to Important Investor Concerns about Ligand Pharmaceuticals | No |
| Court-107 | Notes re Call with LCM | No |
| Court-108 | Fund Info The Amvona Fund | No |
| Court-109 | Lemelson Capital Management - History | No |
| Court-110 | Lemelson Capital Management Website - Management Page | No |
| Court-111 | Wikipedia User contributions | No |
| Court-112 | July 10 2013 Summary Description of the Risk Factors Risks Related to us and Our Business | No |
| Court-113 | 2013 Ligand Pharmaceuticals Form 10K | No |
| Court-114 | Mar 17 2014 Article titled "The Short Case for World Wrestling Entertainment" published in Finding Alpha | No |
| Court-115 | Mar 17 2014 Lemelson Capital Management Announces Stake in WWE | No |
| Court-116 | Apr 8 2014 Article titled "Update The Short Case for World Wrestling Entertainment," | No |
| Court-117 | May 2014 BTIG Statement showing Ligand Short Position | No |
| Court-118 | Jun 9 2014 Article Titled Why Merck just Spent $4 Billion on New Drugs for Hepatitis C | No |
| Court-119 | Jun 10 2014 Article titled Why the Hepatitis C Cost Cutters May Have Already lost by Matthew Harper in Forbes | No |
| Court-120 | Jun 12 2014 Email Luib to Voss re Investor Info Request | No |
| Court-121 | Jun 12 2014 Email Jabbour to Lemelson | No |
| Court-122 | Jun 12 2014 Email Jabbour to Lemelson | No |
| Court-123 | Jun 12 2014 Email Jabbour to Lemelson | No |
| Court-124 | Jun 13 2014 Email from Lemeslon to Luib re investor info. request | No |
| Court-125 | Jun 16 2014 Email from Voss to Berkman, Higgins, Foehr et al re LGND Ligand Pharmaceuticals - Severe Competitive Threat | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Court-126 | Article Ligand Pharmaceuticals – Severe competitive threat to key royalty program and 'going concern' risk drive 100 percent downside" | No |
| Court-127 | Jun 17 2014 Email Voss to Higgins et al re LGND-Lemelson | No |
| Court-128 | June 18 2014 Email Voss to Higgins et al re VM from Institutional Investor Mag | No |
| Court-129 | Jun 18 2014 Fr. Emmanuel's notes of his conversation with Ligand's IR firm representative, Bruce Voss | No |
| Court-130 | Jun 18 2014 Handwritten Notes from Bruce Voss re call with Lemelson | No |
| Court-130-A | Voss Demonstrative re Handwritten Notes | No |
| Court-131 | Jun 19 2014 Father Emmanuel's pre-market interview with Benzinga | No |
| Court-132 | Jun 20 2014 Email Voss to Foehr et al re Watch Jun 19 Rev. Emmanuel Lemelson | No |
| Court-133 | Jun 23 2014 Email Voss to Higgins et al re Lemelson email | No |
| Court-134 | Jun 25 2014 Email Foehr to Voss et al re Dr. I | No |
| Court-136 | Jul 3 2014 Article - Lemelson Capital Further Increases Short Stake in Ligand | No |
| Court-137 | Jul 17 2014 Email Johns to Lemelson re Ligand Release | No |
| Court-138 | Jul 20 2014 Email Higgins to Foehr et al re Coverage | No |
| Court-139 | Aug 4 2014 Article - Update Lemelson Capital Further Increases Short Stake in Ligand | No |
| Court-140 | Aug 4 2014 Ligand Press Release Ligand Reports Second Quarter 2014 Financial Results | No |
| Court-143 | Father Emmanuel's August 13, 2014 pre-market interview with Benzinga | No |
| Court-144 | Aug 14 2014 Article - Lemelson Capital Says Ligand Pharmaceuticals' $225M Debt | No |
| Court-145 | Aug 22 2014 Article - Institutional Holders Wasting No Time Dumping Stock | No |
| Court-146 | Sept 16 2014 Father Emmanuel's September 16, 2014 pre-market interview with Benzinga | No |
| Court-147 | Sept 19 2014 Email Pettingil to de Silva re Slides | No |
| Court-148 | Sept 21 2014 Email Pettingil to Foehr re analysts | No |
| Court-149 | Oct 16 2014 Father Emmanuel's October 16, 2014 pre-market interview with Benzinga | No |
| Court-150 | Jun 2014 through Oct 2014 BTIG Stmts that include information on Lemelson's short transactions regarding Ligand | No |
| Court-151 | 2014 Ligand Pharmaceuticals Historical Stock Prices | No |
| Court-152 | The Amvona Fund ALPS Financial Statements | No |
| Court-153 | Lemelson Capital Management History Website Page | No |
| Court-154 | Jan 16 2014 John Higgins (Form 4) | No |
| Court-155 | Feb 12 2014 John Higgins (Form 4) | No |
| Court-156 | Feb 14 2014 Matthew Foehr (Form 4) | No |
| Court-157 | 2014 Ligand Pharmaceuticals Proxy Statement | No |
| Court-158 | Jun 30 2014 Matthew Foehr (Form 4) | No |
| Court-159 | Jul 15 2014 Monetary Policy Report | No |
| Court-160 | Jul 22 2014 Article - If Something Cannot Go on Forever | No |
| Court-161 | Aug 5 2014 Article titled "Ligand Pharmaceuticals Incorporated (LGND) 2Q2014 Results Maintain our $16.00 Price Target" | No |
| Court-162 | Aug 15 2014 John Higgins (Form 4) | No |
| Court-163 | Sept 25 2014 Ligand PowerPoint Presentation to the SEC | No |
| Court-164 | Oct 10 2014 Matthew Foehr (Form 4) | No |
| Court-165 | Dec 31 2014 Matthew Foehr (Form 4) | No |
| Court-166 | Jun 8 2015 Ligand Presentation to SEC | No |
| Court-167 | Feb 6 2013 Press Release, GSK, Fourth Quarter 2012 | No |
| Court-168 | GSK Q1 2013 results announcement | No |
| Court-169 | GSK Q2 2013 results announcement | No |

| EXHIBIT | DESCRIPTION | RLS |
| --- | --- | --- |
| Court-170 | Aug 26 2013 Ligand Investor Presentation | No |
| Court-171 | GSK Q3 2013 results announcement | No |
| Court-172 | GSK Q4 2013 results announcement | No |
| Court-173 | 2013 Q4 Earnings Conference Call Feb 11 2014 | No |
| Court-174 | Feb 2 2014 Brian Lian Email re Viking Slide | No |
| Court-175 | Aug 2013 - Mar 2014 Email thread re SA contributor ranks on Barrons List Amvona article Idea for Market Currents | No |
| Court-176 | Apr 22 2014 Emails between Lemelson & Gary Strauss | No |
| Court-177 | Apr 22 2014 LCM announces stake in Kulicke and Soffa Industries | No |
| Court-178 | Apr 22 2014 Kulicke and Soffa Undisputed Leader in Cash Cow niche has ~80% upside | No |
| Court-179 | Apr 22 2014 GSK Announces 3-Part Transaction Press Release | No |
| Court-180 | GSK Q1 2014 results announcement | No |
| Court-181 | Mar - Apr 2014 Email thread re SA contributor ranks on Barrons List Amvona article Idea for Market Currents | No |
| Court-182 | May 7 2014 Ligand's Q1 Earnings Call Transcript | No |
| Court-183 | Viking and Ligand Master License Agreement May 21 2014 | No |
| Court-184 | June 2014 Emails concerning asset manager introductions | No |
| Court-185 | Jun 9 2014 Seeking Alpha Ligand Article | No |
| Court-186 | Jun 16 2014 Email thread re LGND Bearish outlook for Ligand from Lemelson Capital | No |
| Court-187 | Jun 17 2014 USA Today email | No |
| Court-188 | Jun 17 2014 Bruce Voss Email Re LGND Lemelson w Lemelson messages attachment | No |
| Court-189 | Jun 17 2014 Email thread re LGND Lemelson | No |
| Court-190 | Jun 17 2014 Email thread re Short Report | No |
| Court-191 | Jun 16 2014 Email thread re Ligand Article | No |
| Court-192 | Jun 17 2014 Matt Foehr Email re Record | No |
| Court-194 | Jun 17 2014 Email from Lemelson expecting assets under management increase | No |
| Court-195 | Jun 19 2014 Ligand BOD Meeting Slide Deck | No |
| Court-196 | Jun 19 2014 Email from Jacobi to Lemelson re Fed Call | No |
| Court-197 | Jun 23 2014 Email from Bruce Voss to Emmanuel Lemelson | No |
| Court-198 | Jun 23 2014 Email from Michael Johns to Emmanuel Lemelson | No |
| Court-199 | Jun 3-26 2014 Emails about house call fed call | No |
| Court-200 | Jul 23 2014 Press Release, GSK, Second quarter 2014 | No |
| Court-201 | GSK Q2-2014 results announcement | No |
| Court-202 | Q2 2014 Ligand Pharmaceuticals Earnings Call Aug 4 2014 | No |
| Court-203 | Sept 3 2014 Emails between Michael Johns and Emmanuel Lemelson | No |
| Court-204 | Sept 4 2014 Amvona Fund, LP Second Anniversary Letter | No |
| Court-205 | Sept 17 2014 Ligand BOD Meeting Slide Deck | No |
| Court-206 | GSK Q3 2014 results announcement | No |
| Court-207 | GSK Q4 2014 results announcement | No |
| Court-208 | Sept 2 2015 Blown-up version of BTIG Transaction Summary for TAF | No |
| Court-209 | Sept 2 2015 BTIG Transaction Summary for TAF | No |
| Court-210 | Apr 14 2017 Lemelson YouTube Video Clip 1 - Amvona News Channel - Fr. Emmanuel Lemelson speaks about a Christian Philosophy of Investment | No |
| Court-211 | Apr 14 2017 Lemelson YouTube Video Clip 2 - Amvona News Channel - Fr. Emmanuel Lemelson speaks about a Christian Philosophy of Investment | No |
| Court-212 | Ligand Pharmaceuticals Incorporated Going Concern Analysis | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Court-213 | Lemelson on Viability of ITP and Promacta "2 Points About Ligand" | No |
| Court-214 | Jun 20 2014 Email from Voss to Higgins cc Foehr re Lemelson interview | No |
| Court-215 | Jun 20 2014 Email from Voss to Foehr and Higgins re Lemelson email - draft | No |
| Court-218 | Jul 23 2014 Article Ligand Partner GSK Announces Record Quarterly PromactaRevolade Revenue of $92 Million | No |
| Court-219 | May 7 2014 Ligand Reports First Quarter 2014 Financial Results | No |
| Court-220 | Sept 30 2014 Q3 Ligand Form 10-Q | No |
| Court-221 | Oct 27 2014 Ligand Reports Third Quarter 2014 Financial Results | No |
| Court-222 | Sept 18 2013 Ligand Pharmaceuticals BOD Meeting PowerPoint | No |
| Court-223 | Feb 1 2014 Email Foehr to Higgins re GILD | No |
| Court-224 | Feb 3 2014 Email Foehr to Higgins re Call with Dr. Afdhal | No |
| Court-225 | Jun 17 2014 Email Voss to Higgins re Short Report | No |
| Court-226 | Jun 17 2014 Email Foehr to Voss re LGND-Lemelson | No |
| Court-229 | Jun 20 2014 Email Higgins to Voss et al re Lemelson email-draft | No |
| Court-232 | 2015 Ligand Pharmaceuticals Proxy Statement | No |
| Court-233 | Aug 22 2014 Email Pettingil to Dourado et al re Article Ligand Pharmaceuticals | No |
| Court-234 | Aug 2 2013 Cantor Fitzgerald Equity Research Report | No |
| Court-235 | Jun 17 2014 Email Foehr to Higgins et al re LGND-Lemelson | No |
| Court-236 | Jun 18 2014 Email Higgins to Voss et al re Follow Up | No |
| Court-237 | Jun 20 2014 Email Higgins to Perry et al re Filings | No |
| Court-238 | Jul 7 2014 Email Foehr to Higgins re Quick update | No |
| Court-239 | Jul 9 2014 Email Higgins to Foehr et al re Wiki Pages - Lemelson Capital Management | No |
| Court-240 | Aug 22 2014 Email Pettingil to Vajda re Article Ligand Pharmaceuticals | No |
| Court-241 | Oct 7 2014 Email Higgins to Aryeh et al re Updates | No |
| Court-242 | Jul 7 2014 Brian Lian Email re Ligand Story | No |
| Court-243 | Jun 19 2014 Email re Lemelson Capital | No |
| Court-244 | Jul 14 2014 Vincent Email re Remarks | No |
| Court-245 | Sept 23 2014 Email from Morgan Stanley representative to Ligand Investors mailbox | No |
| Court-246 | Jun 20 2014 Email exchange between Matthew Foehr, John Higgins, and Bruce Voss (H)_Redacted | No |
| Court-247 | Aug 29 2014 Email from Matt Foehr to John Higgins (Q)_Redacted | No |
| Court-248 | Oct 6 2014 Email from Matt Foehr to John Higgins (S)_Redacted | No |
| Court-249 | Jul 8 2014 Email Exchange between Lemelson and Seeking Alpha (K)_Redacted | No |
| Court-250 | Aug 7 2014 Emails with Seeking Alpha to remove comments (O)_Redacted | No |
| Court-251 | Aug 7 2014 Email Exchange between Lemelson and Seeking Alpha (P)_Redacted | No |