UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:18-cv-11926-PBS |

**PRELIMINARY OPPOSITION TO RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION TO RESET DEADLINE FOR <u>FULL OPPOSITION IF IT IS DESIRED BY THE COURT</u>**

Plaintiff, the Securities and Exchange Commission, opposes Defendants' Renewed Motion for Judgment as a Matter of Law (ECF No. 239-40). That Renewed Motion matches their original Motion for Judgment as a Matter of Law (ECF No. 229), omitting those parts not applicable because of the jury's verdict. The Commission opposes for the reasons stated in the Commission's Opposition to Defendants' Motion to Dismiss (ECF No. 16),[1] the Commission's Motion for Summary Judgment (ECF Nos. 122-23, 139), the Commission's Opposition to Defendants' Motion for Summary Judgment (ECF Nos. 131-33)[2], and various pretrial motions (*e.g.*, ECF Nos. 161 (motion in limine on opinion), 162 (motion in limine on investor reliance)).

---

[1] And the Court's Order denying the Motion to Dismiss (ECF No. 29).
[2] And the Court's Order granting partial summary judgment to the Commission and denying summary judgment to the Defendants (ECF No. 146).

At the close of evidence, the Court denied the Defendants' motion for directed verdict (ECF No. 229) and stated:

> THE COURT:   Oh, there is one thing.   I deny the motion for a directed verdict.   It's an excellent closing statement on obviously if you lose any part of it, there will be a motion at the close of all the evidence, it will be effectively maybe the same thing, but it's basically what I've -- other than the investor Advisers Act which I keep repeating I haven't really focused on before, the other issues I've teased out both in the motion to dismiss and the motion for summary judgment.
>
> So, for the record, that's denied.   I read it, I don't want argument on it.

Given that similarity and the Court's instructions instruction at the time, the Commission has not yet filed an opposition brief to the Renewed Motion (ECF No. 240).  In the quote above, the Court suggested that the matters in the Motion for Judgment as a Matter of Law had been adequately briefed in the motion to dismiss and the motion for summary judgment.  The Commission agrees that the issues raised in Defendants' renewed motion have been extensively briefed and decided against Defendants.  The Commission respectfully suggests that further briefing is unnecessary and not helpful to the Court, and seeks the Court's guidance on whether the Court would like a full opposition brief on the merits to Defendants' Renewed Motion.

If the Court wants an opposition brief filed, the Commission asks that brief be due to the Court on January 7, 2022.  Defendants have assented to that date.

## CONCLUSION

The Commission respectfully asks the Court to tell the parties if the Court desires further briefing in opposition to the Defendants' Renewed Motion for Judgment as a Matter of Law (ECF No. 239-40).  If the Court wishes to receive a full opposition brief, the Commission asks the Court to set January 7, 2022 as the deadline for that brief.

Dated: December 17, 2021

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

*/s/ Marc J. Jones*
Marc J. Jones (BBO #645910)
Alfred A. Day (BBO #654436)
Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02110
617-573-8947 (Jones)
617-573-4537 (Day)
JonesMarc@sec.gov
DayA@sec.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on December 17, 2021.

*/s/ Marc J. Jones*