```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                                    )
SECURITIES AND EXCHANGE COMMISSION, )
                                    )
               Plaintiff,           )
                                    )   Civil Action
v.                                  )   No. 18-11926-PBS
                                    )
GREGORY LEMELSON and LEMELSON       )
CAPITAL MANAGEMENT, LLC,            )
                                    )
               Defendants,          )
                                    )
     and                            )
                                    )
THE AMVONA FUND, LP,                )
                                    )
               Relief Defendant.    )
_____)
```

**ORDER**

December 21, 2021

Saris, D.J.

Defendants Father Emmanuel Lemelson ("Gregory Lemelson") and Lemelson Capital Management, LLC filed a renewed motion for judgment as a matter of law (Dkt. 239). This motion is **DENIED** for the reasons stated in the Court's ruling on the motion to dismiss (Dkt. 29), motion for summary judgment (Dkt. 146), and as stated in open court on the motion for directed verdict.

SO ORDERED.

                              /s/ PATTI B. SARIS
                              Hon. Patti B. Saris
                              United States District Judge