UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Securities and Exchange Commission hereby moves for entry of final Judgment in the attached form against Defendants Gregory Lemelson ("Lemelson") and Lemelson Capital Management, LP ("LCM"). For the reasons set forth in the accompanying memorandum, the Commission respectfully requests this Court enter the attached proposed final judgment ordering:

a) An injunction permanently restraining and enjoining Defendants from violating Section 10(b) of the Securities Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 [17 C.F.R. § 240.10b-5];

b) a $656,500 civil penalty against Lemelson;

c) a $775,000 civil penalty against LCM;

d) $656,500 in joint and several disgorgement against Lemelson and LCM; and

e) Prejudgment interest of $208,624.

DATED:  December 22, 2022

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

*/s/ Alfred A. Day*
Alfred A. Day (BBO #654436)
Marc J. Jones (BBO #645910)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02110
617-573-4537 (Day)
617-573-8947 (Jones)
JonesMarc@sec.gov
DayA@sec.gov

**CERTIFICATE OF SERVICE**

I certify that on December 22, 2021, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

*/s/ Alfred A. Day*