UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,

    Defendants,

and

THE AMVONA FUND, LP,

    Relief Defendant.

Civil Action No. 1:18-cv-11926-PBS

---

**PLAINTIFF'S APPENDIX OF EXHIBITS
IN SUPPORT OF MOTION FOR FINAL JUDGMENT**

A.    Trial Exhibit 50, June 19, 2014 Email from Lemelson to Investors

B.    Trial Exhibit 82, September 4, 2014 The Amvona Fund, LP, Investor Presentation

C.    Trial Exhibit 70, August 5, 2014 Emails with Luke Jacobi answering questions for Benzinga re: LCM's position in Ligand

D.    Trial Exhibit 99, April 22, 2015 The Amvona Fund 2014 Annual Report

E.    ECF No. 163-1, Parties Agreed-To Facts

F.    Trial Transcript (Rough), November 3, 2021, pp. 105-06

G.    Trial Transcript (Rough), November 1, 2021, pp. 19-21

H.    ECF No. 232, Jury Verdict Form, November 5, 2021

I.    Trial Exhibit 3, June 19, 2014 Transcript of Lemelson's June 19, 2014 pre-market interview with Benzinga

J.    Trial Exhibit 1, June 16, 2014 Report 1: Press Release re Lemelson short position in Ligand Pharmaceuticals

K. Trial Exhibit 4, July 3, 2014 Report 2: Appendix; Lemelson increases short position in Ligand

L. Trial Exhibit 197, June 23, 2014 Email from Bruce Voss to Emmanuel Lemelson

M. SEC Form D for Spruce Peak LP

N. October 27, 2015 Wall Street Journal Article, "Hedge Fund Priest: Thou Shalt Make Money"

O. June 7, 2015 Retweet of Benzinga by Lemelson Capital Management

P. March 13 & 21, 2017 Tweets by Lemelson Capital Management

Q. March 5, 2019 Tweet by Lemelson Capital Management

R. March 6, 2019 Amvona Article, published in Seeking Alpha

S. ECF No. 88, Affidavit of Fr. Emmanuel Lemelson

T. ECF No. 102, Order on Sanctions

U. ECF No. 97, Letter from SEC to Hon. Judge Saris concerning potential misconduct

V. March 18, 2020 Transcript of Motion Hearing, pp. 27-28

W. Trial Exhibit 211, April 14, 2017, Lemelson YouTube Video Clip - Amvona News Channel - "Fr. Emmanuel Lemelson speaks about a Christian Philosophy of Investment - Stowe Conference" - 49:18-49:30 [available on JERS, or emailable to the Court on request]

X. Trial Exhibit 90, October 9, 2014 Email from Emmanuel Lemelson to Edward Gu

Y. Trial Exhibit 143, Lemelson's August 13, 2014 Pre-Market Prep Interview with Benzinga [available on JERS, or emailable to the Court on request]

Z. October 16, 2019 Deposition of Gregory Lemelson, pp. 146-47

AA. November 5, 2021 Tweet from Fr. Emmanuel Lemelson

BB. November 5, 2021 Tweet from Lemelson Capital Management

CC. November 5, 2021 Tweet from Amvona

DD. November 5, 2021 Amvona Blog, "Fr. Emmanuel Lemelson Comments on Jury Verdict"

EE. Calculation of Prejudgment Interest

DATED:  December 22, 2022                    Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

/s/ Alfred A. Day
Alfred A. Day (BBO #654436)
Marc J. Jones (BBO #645910)
Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02110
617-573-4537 (Day)
617-573-8947 (Jones)
JonesMarc@sec.gov
DayA@sec.gov
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on December 22, 2021, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

/s/ Alfred A. Day
Alfred A. Day