EXHIBIT B
18-cv-11926-PBS

# The Amvona Fund, LP

Long-biased US equity fund

Investor Presentation

Lemelson Capital Management
THE AMVONA FUND, LP
*FEATURED AS A*
TOP PERFORMING EVENT DRIVEN FUND 2013
2014 Preqin Global Hedge Fund Report
preqin

EXHIBIT 82
18-cv-11926-PBS

# Disclosure

This is not an offering or the solicitation of an offer to purchase an interest in The Amvona Fund, L.P. (the "Fund"). Any such offer or solicitation will only be made to qualified investors by means of a confidential private placement memorandum and only in those jurisdictions where permitted by law.

An investment in the Fund is speculative and involves a high degree of risk. Opportunities for withdrawal, redemption and transferability of interests are restricted, so investors may not have access to capital when it is needed. There is no secondary market for the interests and none is expected to develop.

The fees and expenses charged in connection with this investment may be higher than the fees and expenses of other investment alternatives and may offset profits. No assurance can be given that the investment objective will be achieved or that an investor will receive a return of all or part of his or her investment. Investment results may vary substantially over any given time period. All investments involve the risk of loss, including the loss of principal.

No information contained herein either in whole or in part may be reproduced or redistributed without the express written consent of The Amvona Fund, L.P. Any statements of opinion constitute only current opinions of The Amvona Fund, L.P. which are subject to change and which The Amvona Fund, L.P. may not undertake to update.

Returns are estimates only. These estimates have not been independently verified and are subject to change. Past performance is not indicative of future returns.

# Table of Contents

- Disclosure — 2
- Table of Contents — 3
- Performance vs. the S & P 500 — 4-5
- Executive Summary — 6
- Investment Philosophy — 7
- Timeline — 8-11
- Manager Bio. — 12
- Research and Strategy — 13
- Portfolio Management — 14
- Risk Management — 15
- Key Terms — 16
- Service Providers — 17
- Contact Information — 18
- Appendix — 19

9/4/2014

# Performance vs. the S & P 500

| Period | Fund Gross Return (1) | Fund Net Return (2) | S & P 500* (3) | Relative Results (1) – (3) | Relative Results (2) – (3) |
|---|---|---|---|---|---|
| **2012** (Sept - Dec)……………… | 26.91% | 19.30% | 2.20% | 24.72% | 17.10% |
| **2013**……………………………… | 89.25% | 61.39% | 32.39% | 56.86% | 29.00% |
| **2014** (Jan - Aug)………………. | 48.95% | 35.15% | 9.89% | 39.06% | 25.26% |
| Compounded Annual Gain… | **89.21%** | **61.32%** | **21.94%** | **67.27%** | **39.38%** |
| Overall Gain………………………. | **257.74%** | **160.21%** | **48.67%** | **209.07%** | **111.54%** |

9/4/2014

**Notes:**   *Figure (B) represents the S & P 500 Total Returns Index which includes dividends.

The performance data represents the performance of The Amvona Fund LP (the "Fund"). The net return results reflect the deduction of: (i) a quarterly asset management fee of 0.25%, payable in advance; (ii) a quarterly performance allocation of 25%, subject to a high-water mark and a 6% annualized hurdle rate; and (ii) all other transaction fees and expenses incurred by investors in the Fund. During the time period shown, the Fund used only those investment strategies disclosed in the Fund's Private Placement Memorandum, and there were no material market or economic conditions that affected the results portrayed.  Results are compared to the S&P 500 for informational purposes only. The Fund's investment program does not mirror the S&P 500 and the volatility of the Fund's investment program may be materially different from the volatility of the S&P 500. The performance figures include the reinvestment of  any dividends and other earnings, as appropriate. Past performance is not necessarily indicative of future results. All investments involve risk, including the  potential loss of principal.

# Performance vs. the S & P 500 – Cont.



*TAF, L.P. figures are net of all fees and expenses. Benchmark is the S & P 500 Total Returns Index, which include dividends

# Executive Summary

- Objective:
    - Protect principle
    - Return "better than average" results

- Differentiating Factors:
    - Extensive business operating experience
    - Exceptional Analysis and Execution
    - Superior Discernment

- Strategy and Insight:
    - Long biased positions primarily in US equities across all sectors and market capitalizations
    - Disciplined free cash flow value orientation - Concentration in high conviction ideas
    - Emphasis on "Special Situation" and "Misunderstood" Companies

- Experience:
    - 20 years of successful business operating experience
    - Track record of delivering high CAGR

- Targets:
    - Produce consistent results - Compound capital
    - Outperform benchmark index

- Interests Aligned:
    - Founder to maintain significant investment in fund (Lemelson family either directly or Indirectly accounted for ~39% of the fund at August 31, 2014)
    - Focus on transparency and partnership with investors

9/4/2014

6

# Investment Philosophy

- Value Investing mitigates risk and supports "better than average" returns

- Consistency is critical to compounding results

- Every situation and investment decision is unique. Wise investment policy is a science, successful execution is an art

- Stay in circle of competence. Focus on proficiency in select sectors

- Leverage Patience, Discipline, Hard Work and Focus

- Operational experience and acumen is critical to competent capital allocation and successful fund management.

9/4/2014

7

# Timeline

- **1999 (Aug)**  Lemelson, a full-time undergraduate student establishes Amvona.com (an internet retailer) - virtually no capital
  Sales are 29k in FY 1999

- **1999-2002**  Full-time graduate student
  Sales reach 678k in FY 2002

- **2003 (May)**  Graduates with Masters degree
  Sales reach 1.6 M in FY 2003

- **2003-2006**  Full-time work
  Sales reach 7.5 M in FY 2006 - Gross Margins are >50% - there are no outside investors

- **2005 (May)**  Makarios Holdings, LLC is established
  Firm makes investment on a "value basis" at height of commercial RE market

- **2009 (Aug)**  Makarios Holdings, LLC divests
  Investment sold at lowest point in commercial RE market returns ~49.8% (~10.5% CAGR)

9/4/2014

8

# Timeline (Cont.)

- **2010 (Sept)**   First equity investment idea is published
  - 38.3% return (~140% annualized)

- **2011 (Feb)**   The article "*How We lost Investors money on Cisco*" is published*
  - ~28k page views on SeekingAlpha* makes it one of the most read articles on the site

- **2012 (Sept)**   The Amvona Fund, L.P. Launches - AUM is 2.75 M

- **2013 (April)**   34th article on Security Analysis and Investing published.
  - All produce a positive returns, all but one beat the S &P 500 by a wide margin w/in 12 months.

- **2013 (May)**   Morningstar Ranks the Amvona Fund, LP in top 1% of peer group

- **2013 (July)**   The Amvona Fund, LP tops Barron's list of Best Performing Hedge Funds

*According to the company, the article ranked in the top 99.9961% out of 67,978 articles published that year.

9/4/2014

9

# Timeline (Cont.)

- **2013 (Oct)**   TTM net returns are 119.6% - tops Barron's list of Best Performing Hedge Funds for a second time.

- **2013 (Nov)**   TTM net returns are 138.51%

- **2014 (Feb)**   The Amvona Fund, LP ranks #3 in the 2014 Preqin Global Hedge Fund Report  Event Driven League Table.**

- **2014 (Mar)**   On Mar 17th Amvona publishes The Short Case for WWE

- **2014 (Apr)**   WWE shares drop ~35% within 19 trading days – Lemelson Capital is credited with the ~800 M loss in market cap by USAToday, The Street, ValueWalk, Benzinga, SNL Kagan , SeekingAlpha and others

- **2014 (Apr)**   LCM announces stake in KLIC, delivers letter urging repurchase  - shares surge 10% or 100 M within minutes of announcement.  Lemelson Capital is featured in national media for second time in two weeks.

*** The funds which appear in the league table are ranked in the top of their fields when looking at the performance statistics of over 4000 funds that reported full net returns in 2013*

9/4/2014

10

# Timeline (Cont.)

- **2014 (May)** Shares of WWE plunge 44% on May 16th, 2014 (63% since Mar. 17th) - LCM calls for changes in executive management team or sale of company – LCM is widely cited in the national and international press.

- **2014 (May)** The Amvona Fund ranks amongst the top funds in the world again in April according to Barron's list of Best Performing hedge Funds marking the third time at the top of the list in just 8 months.

- **2014 (June)** One June 16th Amvona publishes 25 p research report on LGND concluding shares are not worth more than $0 per share. The report is appended on July 3rd with an additional 12 pages of research.

- **2014 (June)** LGND shares drop ~16% within 6 trading days – Lemelson Capital is credited with the drop in market cap by USAToday, ValueWalk, Benzinga, SeekingAlpha and others.

- **2014 (Aug 1)** LGND shares drop ~35%, six weeks after publication of the original short thesis.

- **2014 (Aug 27)** KLIC heads LCM call for buyback, authorizes 100 M repurchase

9/4/2014

11

# Manager Bio.
## + Emmanuel Lemelson

- The Investment Manager of The Amvona Fund, LP., also founder and president of the Lantern Foundation

- As a graduate student founded the internet site Amvona which achieved ~120% Compound Annual Growth Rate from its inception in 1999 until 2006. In 2005 Alexa ranked Amvona amongst the 10 ten most visited photography related sites.

- Author of five patents including design, business process and software architecture.

- Writes extensively on the psychology of investment policy as well as on the ethics of contemporary legal and economic issues and has been regularly quoted in USA Today, The Street, Benzinga, SNL Kagan, ValueWalk, SeekingAlpha and countless other places.

- Analysis of the securitization of residential mortgage backed securities, and in particular the Massachusetts Supreme Judicial Courts' ruling on the landmark Bevilacqua and Ibanez cases, received extensive acclaim from both the legal and financial communities, and have been widely cited and republished.

- In May of 2013 Morningstar Ranked the Amvona Fund in the top 1% of its peer-group and in both July and October of the same year the fund topped Barron's list of best performing Hedge Funds. In February 2014 the fund was featured a Top Performing Event Driven Fund in the 2014 Preqin Global Hedge Fund Report. In April of 2014 the fund was ranked by Barron's again as one of the top performing hedge funds in the world.

- Since inception in September 2012 Assets Under Management have risen almost seven fold, while generating >257% gross returns through the end of August 2014 and beating the benchmark S & P 500 total returns index by more than 209%.

- Holds a Bachelor of Arts in Theology and Religious Studies from Seattle University and Masters of Divinity from Holy Cross Greek Orthodox School of Theology and is currently working on publishing his first book entitled *Indigenous Orthodoxy: a canonical perspective on the apostolic mission of the church*.

9/4/2014
12

# Research & Strategy

- Distinctive and extensive bottom-up research

- Preference for easy to understand, stable businesses with healthy operating margins

- Execute swiftly on arbitrage opportunities

- Act confidently where substantial price-value disparities exist

- Emphasis on "Special Situations" and "Misunderstood" Companies

- Exploit market sociology

- Concentration in high conviction ideas

*see offering memorandum for further details.

# Portfolio Management

- Long biased positions primarily in US equities

- Anticipate ~25-35 long positions (generally concentration in 4-6 key positions)

- Investments across multiple sectors, industries, geographies and market caps is expected

*see offering memorandum for further details.

9/4/2014

14

# Risk Management
## Principles of sound investment policy

- Preservation of Principle is Fundamental to long term growth

- A substantial "Margin of Safety" is the key to every investment

- Investments purchased on a true value basis are intrinsically risk adverse

- "Staying Power" is key

- Discipline, Patience, Knowledge and Focus are required for systematic success

9/4/2014

15

# Key Terms

- Management Fee:            1%

- Performance Fee:           25%

- High-Water Mark:           Yes

- Soft Hurdle:               6%

- Lock-Up:                   1 year

- Withdrawal Notice:         45 Days

- Early Withdrawal Penalty:  No

- Individual Minimum:        $250,000 USD

- Institutional Minimum:     $1,000,000 USD

9/4/2014

16

# Service Providers

- Legal Counsel:     Armor Compliance

- Custodian:         J.P. Morgan (via BTIG)

- Administrator:     Michael J. Liccar & Co.

- Auditor:           Michael Coglianese CPA, P.C.

9/4/2014

17

# Contact Information



General Partner

www.lemelsoncapital.com

c/o Michael J. Liccar & Co.

Fund Administrator

Attn: Maureen Murphy

231 South LaSalle Street, Suite 650

Chicago, Illinois 60604

9/4/2014

18

# Appendix

- The Amvona Fund, LP, established in August of 2012 is a fund of the sponsor Lemelson Capital Management, LLC based in Marlborough, MA.

- Between May of 2010 and August of 2012 Amvona functioned as an "incubator" for investment ideas.

- During the "incubator" period ideas produced consistently high returns – virtually all outperformed the S & P 500

- Fundamental security analysis, autonomous investment thought, and the ability to act with confidence are hallmarks

9/4/2014

19