**EXHIBIT**

**C**

18-cv-11926-PBS

**EXHIBIT**

**70**

18-cv-11926-PBS

To:        'Luke Jacobi'[luke@benzingapro.com]
From:    + Emmanuel Lemelson
Sent:    Tue 8/5/2014 3:19:57 PM
Importance:        **Normal**
Subject:   RE: Lemelson Capital Management Further Increases Short Position in Ligand
Pharmaceuticals (NASDAQ: LGND), Updates LGND Research Report with New Material Information

Dear Luke,

Per your request, below are the answers... will call shortly...

What do you think investors are not realizing?

Investors appear to be realizing the problems at Ligand. Shares fell roughly 35 percent
between the publication of the original June 16th LCM research report and close of
market on August 1st – a period of around just six weeks. Shares fell as much as five
percent yesterday when the LCM update was released, and the shares continue to fall
presently.

The Federal Reserve System's Board of Governors recent comments, released on July
15th in their *Monetary Policy Report*, very much echoes the concerns raised in the
original June 16th LCM report on Ligand. That is to say, it's a (margin) debt-fueled party
in equities right now, particularly in highly speculative sectors such as small biotech, and
nobody wants to leave. However, everything that has a beginning also has an end.
Many may not realize it yet, but the party in small biotech has already ended, and only a
minority has headed for the door. But eventually the majority will as well.

Did you add to your positions because the earnings miss confirmed your expectations?

Any company whose EPS is down 76 percent year-over-year while its stock awards are
up 100 percent and has just $21,000 in tangible equity to buttress a $1.1 billion market
cap., with hyper-concentration on both the supply and revenue side, along with severe

SEC-Lemelson-E-0042413

competitive threats from much larger concerns, seems like an exceptional short candidate, especially within the context of a very richly priced market that has risen consistently for more than five years.

What is the strongest aspect of your thesis?

Have read copious amounts of annual and interim reports with large tracks of data committed to memory.  Among all of them, Ligand stands out.

One only needs to read the financial statements, and see the extraordinary cumulative losses that have accumulated over the last 27 years at the direct expense of investors.

Also, their repeated reporting of non-GAAP measures in press releases by management is inappropriate in this case – the use of which some might argue serve almost exclusively to cloak the skyrocketing stock awards to management in the face of plummeting earnings.

That having been said, Ligand senior leadership deserves much credit for being clever promoters of their own stock, which has culminated in a lucrative trade in liquidating stock awards at extraordinary profits to themselves.  Now if only that constituted good corporate governance, (ethics aside), there would be no problems here.

However, once management and a small cadre of investors become conditioned to positive "news flow" (to use Ligand management's term) to preserve income, newer and more creative definitions must be found all the time to keep the stock buoyant.  It's almost like a pyramid scheme of words.  Management seems to have become more concerned with convincing people of the value of their reasoning, which is highly biased towards driving their share price higher, than expressing the unbiased facts.  Yet, they present their data as if it were neutral and broadly-accepted, and the investor is expected, and often has, accepted their definitions without question because there has been a monetary reward for compliance.

SEC-Lemelson-E-0042414

Definitions for why a company with immaterial earnings should trade at such a dear multiple must eventually run out, and the stock price will plummet just as their earnings have, back to earth, where the unbiased financial statements have been available all along.

Do you have any uncertainties that may work against you?

There are always uncertainties. However, if investment decisions are predicated on sound investment policy, a rational assessment of a company's financial showings, and a clear assessment of management quality, uncertainties can be greatly mitigated.

Ultimately neither fear nor greed can be part of a decision to commit capital. Yet, these emotions, often galvanized by confirmation bias, are the drivers of many capital allocation decisions and their related miscalculations. That has been the case with Ligand, which is why it stands out among the vast majority as having no intrinsic value and parenthetically,100 percent downside risk.

Warm Regards,

+ Emmanuel Lemelson

Chief Investment Officer

SEC-Lemelson-E-0042415

 Lemelson-Capital-Management__Logo - resized
to 220 px

www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752


Tel. 508-630-2281


CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.


**From:** Luke Jacobi [mailto:luke@benzingapro.com]
**Sent:** Tuesday, August 5, 2014 12:15 PM
**To:** + Emmanuel Lemelson
**Subject:** Re: Lemelson Capital Management Further Increases Short Position in Ligand Pharmaceuticals (NASDAQ: LGND), Updates LGND Research Report with New Material Information


Thanks for the message! Note the questions below.

SEC-Lemelson-E-0042416

What do you think investors are not realizing?

Did you add to your positions because the earnings miss confirmed your expectations?

What is the strongest aspect of your thesis?

Do you have any uncertainties that may work against you?

On Tue, Aug 5, 2014 at 11:37 AM, + Emmanuel Lemelson <elemelson@outlook.com> wrote:

Dear Luke,

…hopefully you are well… perhaps it would be easiest if you can forward some of the proposed questions in advance of our phone conference this afternoon…

Warm Regards,

+ Rev. Fr. Emmanuel

SEC-Lemelson-E-0042417

CONFIDENTIALITY

The information contained in this electronic message is intended for the
exclusive use of the addressee(s), and may contain confidential or legally
privileged information. If you are not the intended recipient, you have
received this message in error and any use, dissemination, forwarding,
printing or copying is strictly prohibited. If you have received this
communication in error, please notify the sender and purge this message
immediately without making any copy.


**From:** Luke Jacobi [mailto:luke@benzingapro.com]
**Sent:** Monday, August 4, 2014 8:47 PM


**To:** + Emmanuel Lemelson
**Subject:** Re: Lemelson Capital Management Further Increases Short
Position in Ligand Pharmaceuticals (NASDAQ: LGND), Updates LGND
Research Report with New Material Information


248 636 1322

Thanks!


On Mon, Aug 4, 2014 at 6:15 PM, + Emmanuel Lemelson
<el@lemelsoncapital.com> wrote:

Great... what is the best number to reach you at?  Will call after 2 p.m.
EST...

SEC-Lemelson-E-0042418

Warm Regards,

+ Rev. Fr. Emmanuel Lemelson

Chief Investment Officer

 Lemelson-Capital-Management__Logo - resized to 220 px

www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the
exclusive use of the addressee(s), and may contain confidential or legally
privileged information. If you are not the intended recipient, you have
received this message in error and any use, dissemination, forwarding,
printing or copying is strictly prohibited. If you have received this
communication in error, please notify the sender and purge this message
immediately without making any copy.

SEC-Lemelson-E-0042419

**From:** Luke Jacobi [mailto:luke@benzingapro.com]
**Sent:** Monday, August 4, 2014 6:10 PM

**To:** + Emmanuel Lemelson
**Subject:** Re: Lemelson Capital Management Further Increases Short
Position in Ligand Pharmaceuticals (NASDAQ: LGND), Updates LGND
Research Report with New Material Information

I am available tomorrow after 2pm EDT and all day Wednesday.

On Mon, Aug 4, 2014 at 5:58 PM, + Emmanuel Lemelson
<el@lemelsoncapital.com> wrote:

Dear Luke,

Thank You for the email. When would you like to discuss?

Warm Regards,

+ Rev. Fr. Emmanuel Lemelson

Chief Investment Officer

SEC-Lemelson-E-0042420

 Lemelson-Capital-Management__Logo -
resized to 220 px

www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for
the exclusive use of the addressee(s), and may contain confidential or
legally privileged information. If you are not the intended recipient, you
have received this message in error and any use, dissemination,
forwarding, printing or copying is strictly prohibited. If you have
received this communication in error, please notify the sender and
purge this message immediately without making any copy.

**From:** Luke Jacobi [mailto:luke@benzingapro.com]
**Sent:** Monday, August 4, 2014 5:57 PM
**To:** + Emmanuel Lemelson
**Subject:** Re: Lemelson Capital Management Further Increases Short
Position in Ligand Pharmaceuticals (NASDAQ: LGND), Updates LGND
Research Report with New Material Information

SEC-Lemelson-E-0042421

Hi Emmanuel

Lets schedule a call so I can write about the short position for Benzinga.

On Mon, Aug 4, 2014 at 2:53 PM, + Emmanuel Lemelson <el@lemelsoncapital.com> wrote:

Lemelson Capital Management Further Increases Short Position in Ligand Pharmaceuticals (NASDAQ: LGND), Updates LGND Research Report with New Material Information

Updated Research repot attached.  PDF version can be found online here

Warm Regards,

+ Emmanuel Lemelson

Chief Investment Officer

 Lemelson-Capital-Management__Logo - resized to 220 px

SEC-Lemelson-E-0042422

www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for
the exclusive use of the addressee(s), and may contain confidential
or legally privileged information. If you are not the intended
recipient, you have received this message in error and any use,
dissemination, forwarding, printing or copying is strictly prohibited. If
you have received this communication in error, please notify the
sender and purge this message immediately without making any
copy.

This email is free from viruses and malware because avast! Antivirus protection
is active.

SEC-Lemelson-E-0042423

--

Luke Jacobi, Financial Journalist at Benzinga

O: (248) 636 1322

C: (248) 207 0141

This email is free from viruses and malware because avast! Antivirus protection
is active.

--

Luke Jacobi, Financial Journalist at Benzinga

O: (248) 636 1322

C: (248) 207 0141

This email is free from viruses and malware because avast! Antivirus protection
is active.

SEC-Lemelson-E-0042424

--

Luke Jacobi, Financial Journalist at Benzinga

O: (248) 636 1322

C: (248) 207 0141

--

Luke Jacobi, Financial Journalist at Benzinga

O: (248) 636 1322

C: (248) 207 0141

SEC-Lemelson-E-0042425