EXHIBIT
E
18-cv-11926-PBS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

## PARTIES' AGREED-TO FACTS

1. Lemelson and Lemelson Capital Management are both investment advisers, subject to the provisions of the Investment Advisers Act of 1940.

2. In 2014, Lemelson managed Lemelson Capital Management. Lemelson served as Chief Investment Officer of Lemelson Capital Management.

3. Lemelson formed a hedge fund, the Amvona Fund LP, in 2012.

4. Lemelson Capital Management is the general partner of the Amvona Fund.

5. Through Lemelson Capital Management, Lemelson managed The Amvona Fund, and made all investment decisions for that fund.

6. The Amvona Fund is a pooled investment vehicle under Rule 206(4)-8, promulgated under the Advisers Act [17 C.F.R. § 275.206(4)-8] and Sections 3(a) and 3(c)(1) of the Investment Company Act of 1940 [15 U.S.C. § 80-3(a) and (c)(1).

7. Starting in May 2014, the Amvona Fund took a short position in shares of Ligand Pharmaceuticals, Inc.

8. Lemelson and Lemelson Capital Management "sold short" shares of Ligand (took a short position) on behalf of the Amvona Fund on the following dates:

| DATE | # of SHARES SOLD SHORT (SHORT POSITION INCREASES) | BASE PRICE | TOTAL (INCL. FEES) |
|---|---|---|---|
| 5/22/2014 | 769 | $ 64.7161 | $ 49,740.58 |
| 5/23/2014 | 3,800 | $ 66.1223 | $ 251,230.68 |
| 5/27/2014 | 9,459 | $ 66.6822 | $ 630,622.05 |
| 5/29/2014 | 4,500 | $ 67.2661 | $ 302,657.01 |
| 5/30/2014 | 5,000 | $ 67.6000 | $ 337,955.03 |
| 6/2/2014 | 5,000 | $ 68.2100 | $ 341,004.96 |
| 6/4/2014 | 5,000 | $ 67.5002 | $ 337,456.04 |
| 6/5/2014 | 10,000 | $ 68.4292 | $ 684,201.87 |
| 6/13/2014 | 5,000 | $ 66.7088 | $ 333,499.12 |
| 6/16/2014 | 20,000 | $ 68.7162 | $ 1,374,143.62 |
| 7/3/2014 | 1,078 | $ 64.9597 | $ 70,000.01 |
| 8/4/2014 | 180 | $ 55.0928 | $ 9,891.48 |
| 10/13/2014 | 8,167 | $ 44.0800 | $ 359,932.15 |

9.     Lemelson, acting for and on behalf of Lemelson Capital Management, published five written reports concerning Ligand between June 16 and August 22, 2014.  Each of the reports were authored by Lemelson and he was solely responsible for the content of each report.  The report dates and titles are:

| DATE | TITLE | EXHIBIT NUMBER |
|---|---|---|
| **June 16, 2014 (Monday)** | "Ligand Pharmaceuticals (NASDAQ: LGND) Severe competitive threat to key royalty program and 'going concern' risk drive 100 percent downside" | 1 |
| **July 3, 2014 (Thursday)** | "Ligand Pharmaceuticals (NASDAQ: LGND): Appendix Lemelson Capital further increases short stake and reaffirms 100% downside risk in Ligand Pharmaceuticals (NASDAQ:LGND), ancillary applications for Promacta and Kyprolis not commercially viable, Duavee sales remain immaterial" | 2 |
| **August 4, 2014 (Monday)** | "Update: Lemelson Capital Further Increases Short Stake in Ligand Pharmaceuticals (NASDAQ: LGND) as LGND EPS Plunges 76 percent in Q2 2014" | 3 |

| | | |
|---|---|---|
| **August 14, 2014 (Thursday)** | "Lemelson Capital Says Ligand Pharmaceuticals' (NASDAQ: LGND) $225M Debt Issuance Solidifies Company's Insolvency, Substantially Raises Specter of Bankruptcy" | 4 |
| **August 22, 2014 (Friday)** | "Ligand Pharmaceuticals (NASDAQ: LGND): Institutional holders wasting no time dumping stock in response to mounting insolvency and bankruptcy risks" | 5 |

10. Lemelson was interviewed on four "Benzinga PreMarket Prep Shows" between June and October 2014: June 19, 2014; August 13, 2014; September 16, 2014; and October 16, 2014.

11. Lemelson and Lemelson Capital Management covered the short position (shares of Ligand (reduced the number ) on behalf of the Amvona Fund on the following dates:

| DATE | # of SHARES COVERED (SHORT POSITION DECREASES) | BASE PRICE | TOTAL (INCL. FEES) |
|---|---|---|---|
| 6/19/2014 | 4,050 | $ 65.6873 | $ 266,063.95 |
| 8/22/2014 | 30,729 | $ 51.2027 | $ 1,573,638.24 |
| 8/26/2014 | 3,500 | $ 51.8700 | $ 181,571.25 |
| 10/10/2014 | 14,673 | $ 44.3958 | $ 651,529.62 |
| 10/13/2014 | 24,844 | $ 44.7155 | $ 1,112,887.13 |

12. On Wednesday, June 18, 2014, Bruce Voss (Ligand's investor relations firm representative) and Lemelson spoke by phone on June 18, 2014. The call lasted from approximately 12:56 p.m. ET until 1:16 p.m. ET.

13. On Thursday, June 19, 2014, Lemelson was interviewed by an internet radio program called Benzinga PreMarket Prep. This interview lasted approximately 21 minutes, 41 seconds.

14. At approximately the 16-minute mark of this interview, Lemelson said:

> "It's literally going to go away, I mean, I had discussions with [Ligand] management just yesterday – excuse me, their [Ligand's] IR [investor relations] firm. And they basically agreed. They said, 'Look, we understand Promacta's going away.'"