**EXHIBIT G**
18-cv-11926-PBS

SEC v. Lemelson

THIS IS A ROUGH DRAFT TRANSCRIPT.

THIS UNCERTIFIED ROUGH DRAFT TRANSCRIPT HAS NOT BEEN PROOFREAD OR CORRECTED. EDITING WILL BE COMPLETED IN THE PREPARATION OF THE CERTIFIED TRANSCRIPT, RESULTING IN DIFFERENCES IN PAGE AND LINE NUMBERS, PUNCTUATION, FORMATTING, SPELLINGS AND CHANGES OR CORRECTIONS, IF NECESSARY.

THIS UNCERTIFIED ROUGH DRAFT TRANSCRIPT OR ANY EXCERPTS THEREOF CANNOT BE QUOTED IN ANY PLEADING OR FOR ANY OTHER PURPOSE AND MAY NOT BE FILED WITH ANY COURT OR OTHER TRIBUNAL.

THIS DRAFT TRANSCRIPT IS SUPPLIED TO YOU ON THE CONDITION THAT THE PARTY'S EXPERTS, CO-COUNSEL, AND STAFF MAY HAVE LIMITED INTERNAL USE THEREOF AND, UPON RECEIPT OF THE FINAL EDITED, CERTIFIED TRANSCRIPT, THIS DRAFT AND ANY COPIES THEREOF SHALL BE DESTROYED.

*******************.

1   see.  Just test one, anything.  Father is that good enough?
2           THE WITNESS:  I think so.
3           THE COURT:
4           THE CLERK:  They can highlight it if they have to.
5
6   Q.  Hopefully at least we're temporarily resolved.  Let's get
7   started.  Thanks everybody.
8           Father is Ligand pharmaceuticals in the
9   pharmaceutical business?
10  A.  Yes.
11  Q.  I asked you about that in your deposition and you said
12  something else, didn't you?
13  A.  I may have, yes.
14  Q.  Can we play a clip, GL 01.  This is deposition day one,
15  page 146 line 9 to 148 line 3.
16          (Video played)?
17          MR. JONES:
18  Q.  Father you saw that clip, yes?
19  A.  Yes.
20  Q.  That was the answer that you gave during a deposition,
21  correct?
22  A.  Yes.
23  Q.  And during that deposition you gave the same oath to tell
24  the truth that you gave here, didn't you?
25  A.  Yes.

**UNEDITED DRAFT TRANSCRIPT**

1  Q.   And yet you gave a different answer here this morning,
2  didn't you?
3  A.   The question was --
4  Q.   Yes or no, Father, did you give a different answer this
5  morning?
6  A.   I don't think I did.
7  Q.   No.  Is Ligand pharmaceuticals in the pharmaceuticals
8  business?
9  A.   That I understand to be a different question than what
10 Ligand is.
11      THE COURT:  Sir, could you please bring in that Mike
12 owe we can all hear you.
13      THE WITNESS:  Sure.
14 Q.   Back in 2014 you were convinced that Ligand was a fraud,
15 weren't you, sir?
16 A.   Yes.
17 Q.   When you came in for testimony with SEC staff you were
18 convinced that Ligand was a fraud, weren't you?
19 A.   Yes.
20 Q.   When you later had your deposition in this case after the
21 lawsuit was filed you why convinced that Ligand was knowing but
22 a fraud, correct?
23 A.   Yes.
24 Q.   And you still to, yes?
25 A.   Yes.

**UNEDITED DRAFT TRANSCRIPT**

1  Q.  In fact you're certain of it, aren't you?
2  A.  Yes.
3  Q.  And there's nothing that's going to change your mind?
4  A.  No.  I believe they committed fraud.
5  Q.  And in your mind Ligand must be stopped, right?
6  A.  I'm sorry.  Though must be what?
7  Q.  Must be stopped.
8  A.  Fraud should be exposed.
9  Q.  In your mind does Ligand need to be stopped?
10 A.  Yes.
11 Q.  And that's the context in which you wrote your reports,
12 correct?
13 A.  No.  It's not.
14 Q.  It's not the context you wrote your reports.  When did you
15 decide Ligand was a fraud?
16 A.  I increasingly reached that conclusion over time.
17 Q.  As you wrote your reports you became convinced?
18 A.  Yes.
19 Q.  And that's the mindset that you have today, correct, that
20 is Ligand is a fraud and it must be stopped?
21 A.  I believe Ligand is a fraud.
22 Q.  And that's the context in which you're answering questions
23 for us this morning, correct?
24 A.  Yes.
25 Q.  In 2014 you ran a hedge fund called The Amvona Fund,