EXHIBIT
H
18-cv-11926-PBS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
SECURITIES AND EXCHANGE       )
COMMISSION,                   )
                              )
                 Plaintiff,   )    Civil Action
v.                            )    No. 18-11926-PBS
                              )
GREGORY LEMELSON              )
                              )
                 Defendant,   )
                              )
_____)

### VERDICT FORM

Saris, D.J.

1. Did the Securities and Exchange Commission prove that Father Gregory Lemelson violated Rule 10b-5 (a) and (c) by intentionally or recklessly engaging in a scheme to defraud, or any act, practice, or course of business which operates or would operate as a fraud or deceit?

    Yes _____           No __X__

2. Did the Securities and Exchange Commission prove that defendant intentionally or recklessly made untrue statements of a material fact or omitted to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading with respect to the following statements:

    (a) The Benzinga Interview (Exhibit 3, page 16)

    Yes __X__           No _____

    (b) The Viking audit statement (Exhibit 4, page 10)

    Yes __X__           No _____

      (c) The Viking preclinical trial statement (Exhibit 4, page 7).

      Yes __X__        No _____

      (d) The insolvency statements (Exhibit 6, pages 1-2; Exhibit 7, pages 3-6).

      Yes _____        No __X__

3. Did the Securities and Exchange Commission prove that defendant intentionally or recklessly violated the Advisors Act?

      Yes _____        No __X__

4. Did the Securities and Exchange Commission prove that defendant negligently violated the Advisors Act?

      Yes _____        No __X__

I certify that the answers to each of the questions is unanimous.

Dated: 11/5/2021          _____
                                       Foreperson