EXHIBIT
I
18-cv-11926-PBS

# HO-12718

# *Benzinga Interview_20140619_Amended*

*8/2/2021*

**Condensed Transcript**

**Prepared by:**

Shanice Fortes
HO-12718

Wednesday, August 4, 2021

EXHIBIT
3
18-cv-11926-PBS

## Page 1

```
 1  THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3  In the Matter of:       )
 4                          ) File No. HO-12718-A
 5  GREGORY LEMELSON        ) AMENDED 8-2-2021
 6
 7  SUBJECT: Rev. Emmanuel Lemelson of Lemelson Capital
 8  Management - #PreMarket Prep for June 19, 2014
 9  PAGES:   1 through 22
10
11
12
13
14
15
16            VIDEO TRANSCRIPTION
17
18
19
20
21
22
23
24       Diversified Reporting Services, Inc.
25              (202) 467-9200
```

## Page 2

 1           P R O C E E D I N G S
 2  Rev. Emmanuel Lemelson of Lemelson Capital Management -
 3  #PreMarket Prep for June 19, 2014
 4       (Music playing)
 5       MALE SPEAKER: Welcome back traders and
 6  investors. We have a very special guest on this
 7  morning. We have the Reverend Emmanuel Lemelson and he
 8  is founder and president of Lantern Foundation and chief
 9  investment officer of Lemelson Capital Management. And
10  you're quite a ways from us, aren't you?
11       MR. LEMELSON: I'm sorry. Quite a ways you
12  said?
13       MALE SPEAKER: Well, yeah. Are you -- are you
14  in Massachusetts are you -- I know I also see you work
15  overseas?
16       MR. LEMELSON: Yes. At the moment, just
17  outside of Boston.
18       MALE SPEAKER: Oh, okay. Not that -- not that
19  --
20       MR. LEMELSON: Yeah. We're located -- we have
21  an office in Marlborough, Massachusetts.
22       MALE SPEAKER: Okay. So just -- you've got
23  quite the diverse background. Could you just give us a
24  little bit of your education and then your background in
25  the markets?

## Page 3

 1       MR. LEMELSON: Absolutely. First of all,
 2  thank you for the invitation on the show. I'm happy to
 3  be with you this morning. In terms of my education, I
 4  studied for four years at Seattle University in Seattle,
 5  Washington, where I received a bachelor's in theology
 6  and religious studies. Which was really a pivotal time
 7  in my life because I had an opportunity to meet an
 8  absolutely tremendous visionary, a religious and
 9  business leader, Robert Spitzer, Father Robert Spitzer,
10  who later became the president of Gonzaga University.
11       After that time, I had an opportunity to study
12  for about four years at Holy Cross Greek Orthodox School of
13  Theology in Brookline, Massachusetts, which was also
14  just an incredibly positive experience. And in terms of
15  experience with the markets, I was always interest in
16  the markets, from a very young age but can't say that I
17  had a very clear framework until eventually around 2009.
18  I picked up a copy of Ben Graham's The Intelligent
19  Investor.
20       And that was sort of like being struck by
21  lightning. I mean it really brought a -- an entire
22  lifetime of interest in the marketplace into extreme
23  focus. And from that time on, what became sort of just
24  maybe an average or a slightly above average results
25  with investments and public equities became something

## Page 4

 1  better than average.
 2       MALE SPEAKER: Okay. So you're also a
 3  clergyman. And, you know, let's talk a little bit about
 4  the pros and cons of being clergy along with being
 5  active in the financial markets.
 6       MR. LEMELSON: Sure. Absolutely. Well, I'm
 7  not sure there's a con. But if there was one, if forced
 8  to think of one, it might be that there's always the
 9  likelihood for misunderstanding. I think generally,
10  people look at public marketplaces and they say well,
11  this is a place where a lot of things that happen may be
12  something less than honest. But that doesn't have to be
13  the case and I don't think it is.
14       In terms of how clergy work traditionally, in
15  the history of the church, most clergymen maintained lay
16  professions. So the idea that the clergyman is
17  necessarily dependent on the community financially is
18  something of a later innovation. So in Eastern
19  Christendom, it's still common that many clergymen
20  maintain, with the blessing of the bishop, what's called
21  a lay vocation.
22       In the Western church, the Latin or Catholic
23  church, it still is carried on a little bit more formal
24  environment. Some examples of that would be the
25  Jesuits, for example, many of whom have very advanced

Page 5

1 lay professions in addition to their -- their clergy
2 identity.  So that -- that would probably be one of the
3 cons.  I think the pros is that we -- you have an
4 opportunity to understand your work or your avocation
5 and a -- and a greater sense of your role as -- as
6 someone dedicated and really married to the church.
7       And that can be incredibly important when it
8 comes to being detached from things.  And I think in the
9 bigger picture, what really is the meaning of this work.
10  And I hope that answers the question.
11       MALE SPEAKER:  It sure does.  So, you know,
12 what -- what markets do -- do you follow?  Do you follow
13 the commodities and futures stocks?  Where -- where --
14 where is your focus?
15       MR. LEMELSON:  Well, without question, the
16 focus within the last four or five years on common
17 stocks and US markets.  And the reason for that is that
18 from time-to-time, there's been really some
19 extraordinary bargains available if you're willing to do
20 the work.  And very often, you can make a common stock
21 act like a bond, if it's purchased right.  And looking
22 at other markets, there may be great opportunities in
23 other markets.  There's no question.  But there's been
24 so much opportunity in the US, I'm not sure why there is
25 a need to go very far outside of the US, at least in the

Page 6

1 last four or five years.  And but I think it -- it's
2 almost a timeless notion that people have that somehow
3 if they go to a foreign or a distant land, they're going
4 to find greater riches.
5       And having traveled a great deal in the last
6 four or five years, I can tell you America is really a
7 great country.  And the mentality that is bred into our
8 business leadership is just unparalleled and really is a
9 very high trust society.  Occasionally, from time-to-
10 time, there is fraud, of course, that's human nature.
11 But I think you're much safer investing in US companies.
12  And the prospect for the US just look incredible
13 because I can tell you it just doesn't exist in other
14 countries.
15       And particularly in Asian markets, these are
16 not really mature capitalist systems.  And it's probably
17 an inordinate risk, you know, involved in investing in these
18 countries that you're not going to have access to the
19 kind of information you're going to have in the US, so
20 if we -- every investment should really be looked at
21 with respect to protection of principle and if -- if
22 it's really the margin of safety (inaudible) you're
23 going to want to know as much as you can about a
24 security before you allocate any capital, especially for
25 the US right here at home.

Page 7

1       MALE SPEAKER:  You made an interesting comment
2 there.  You said, you know, kind of, you know, a common
3 stock you could almost treat it as a bond.  Can you
4 elaborate on that?
5       MR. LEMELSON:  Sure.  Absolutely.  So if
6 you're -- if you're looking for a sort of margin of
7 safety that value investors would typically look for,
8 and value investors, of course, people throw that term
9 around loosely, but there are a number of the population
10 that's really predisposed or hardwired, if you will,
11 towards looking for the proverbially dollar bill for 50
12 or 60 cents, they're really a statistical minority.
13       If you're buying common equity and you're
14 buying it for less than tangible assets, for example,
15 somebody's paying a dividend.  You know, you're not only
16 getting these payments, like a bond, but you have an
17 opportunity to participate in the growth of the company,
18 essentially.  And that's really important if you believe
19 that inflation is going to be a reality in the future.
20 And it will be.  I mean any government that maintains a
21 deficit or borrows money, they're going to very
22 interested in inflation and eventually devaluing their
23 own monetary units.
24       So, you know, being on the equity side,
25 if bonds rise it's almost like an equity bond.  But that

Page 8

1 does require a lot of patience and a lot of discipline
2 and a lot of focus.
3       MALE SPEAKER:  Okay, so --
4       MR. LEMELSON:  They're not -- you can't find
5 many great ones.
6       MALE SPEAKER:  (Laughter)  So would you say
7 that you take, you know, more of a fundamental approach
8 to -- you know, to the markets or to the issues that you
9 trade?
10       MR. LEMELSON:  Absolutely, sure.  I think
11 that, you know, I'm not sure how one can competently
12 allocate capital consistently over any length of time,
13 any appreciable length of time.  Anybody can be
14 successful in the short run.  I mean you could walk into
15 a casino and you could play black jack and win on your
16 first hand.  But if you were going to compound capital
17 in an appreciable length of time, you need to learn how
18 to read financial statements, right?  And you need to be
19 able to really try to protect principle by buying, you
20 know, productive assets for less than their intrinsic value.
21       If you can do that consistently, your capital
22 is going to compound and you're going to do
23 extraordinarily well.  There's no question in my mind.
24       MALE SPEAKER:  What about technical analysis?
25 Do you ever look at the charts?

Page 9

1  MR. LEMELSON: I -- I don't believe there's
2  any value there. I really don't.
3  MALE SPEAKER: No value at all.
4  MR. LEMELSON: I think -- when you're -- when
5  you're doing something like that, I think you're trying
6  to look at a historical behavior of a -- a large group
7  of people. And I'm not convinced that groups of people
8  behave rationally most of the time, so --
9  MALE SPEAKER: So how do you pick your, your
10 targets and your entry points?
11 MR. LEMELSON: Well, studying stocks is
12 something that, you know, takes time. You've got to
13 really get really get into the annual reports and the
14 internal (inaudible). I'm trying to understand what the
15 management team is saying. You want to look at at least ten
16 years of financials and try to figure out if the company
17 has been consistently profitable. Usually, you're going
18 to be able to buy something for less than it's worth if
19 there's a misunderstanding in the market or an
20 overreaction.
21     So if there's some negative news, then a stock
22 might sell off tremendously because of it. And you have
23 to get in there and figure out is this an overreaction
24 and -- or is this something real. And usually, if you're
25 willing to wait and you know what you're doing,

Page 10

1  particularly in particular sectors or particular
2  equities, you'll -- sooner or later, you'll be able to
3  buy something that has a pretty good value and you'll do
4  well. Especially if you can find companies that have
5  long operating histories, you know, histories of
6  consistencies of their earnings and free cashflow.
7  There's a lot of safety in that.
8  MALE SPEAKER: Do you -- do you use options at
9  all in your trading?
10 MR. LEMELSON: Rarely. I think there's a
11 place for options, but rarely.
12 MALE SPEAKER: Okay.
13 MR. LEMELSON: There shouldn't be too much of
14 a need, yeah.
15 MALE SPEAKER: Okay. And, you know, you were,
16 I believe, the top hedge fund manager rated by Barron's
17 in 2013 and, you know, a good year in the markets, what
18 -- what do you think has been the key to your success?
19 MR. LEMELSON: Well, glory be to God, first of
20 all that that occurred. I didn't realize that would
21 happen. And, you know, I -- I would say that the key to
22 the success is really, you know, prayer, actually. If -
23 - if you're so predisposed to faith, few things can be
24 more efficacious than prayer. I think it really focuses
25 the mind. And it creates a sort of prerequisite

Page 11

1  detachment that allows us to think about our work in a
2  greater sense of what we're meant to be doing and,
3  frankly, the good that we can do with our work.
4  MALE SPEAKER: Okay.
5  MR. LEMELSON: You know that's from a
6  Christian perspective at least.
7  MALE SPEAKER: Okay. You wanted to discuss
8  capital allocation as stewardship. Do you want to
9  elaborate on that?
10 MR. LEMELSON: Absolutely. So from a
11 Christian perspective at least, it's very clear that we
12 learn from Scripture, namely Matthew 25 14-20, that
13 we're really called to be good stewards. And what that
14 means, essentially, is that we look at what we have as
15 something which has been given to us. And it's been
16 given to us to glorify God. If we see things that way,
17 we see our role in the universe as somewhat finite. And
18 it's that opportunity for humility that, you know, sort
19 of allows our mind to blossom and to open up.
20     And -- and we can do really amazing things.
21 If we see what we have and what we've been given purely
22 as our own, given to us by ourselves, it's a very narrow
23 view of the world and prone to mistake and error. But
24 this idea that, you know, literally, I mean you can just
25 read sort of the Gospel and you can see there, really in

Page 12

1  Matthew, for example 25:16, if you look at the original
2  Greek, there's this term (inaudible) which means that
3  the good steward was sort of given his talents. And he
4  -- he literally has not even just worked with them but
5  even traded with and talent is, you know, was a monetary
6  unit, traded with them.
7      I think it's hard sometimes for people to say
8  well, and what role would a clergyman play or would we have
9  as Christians in financial markets? But I would say how
10 could we not have a role? It's incredibly important. A
11 little bit earlier in the same Gospel of Matthew, we
12 learned about sort of this idea of being wise as
13 serpents and innocent as doves. Those things are not
14 incompatible. Maybe in the world often enough, we're
15 about as wise as doves and innocent as serpents, but
16 that's not the way it should be.
17     There's nothing wrong, I think, with taking
18 what we've been given, understanding that it's not ours,
19 growing it and using it to glorify God. That's an
20 extraordinarily freeing thought if you're inclined to
21 faith.
22 MALE SPEAKER: Okay. You made a great call on
23 the World -- World Wrestling Entertainment, going back
24 when the stock was trading near its highs. And that's
25 kind of how we -- how we kind of -- our paths crossed.

Page 13

1 What did you see in the company? And are you still
2 holding onto your short position?
3     MR. LEMELSON: Well, yes, glory be to God,
4 again. No, that short position was covered in that
5 (inaudible) short thesis, which was published on March
6 17th. The thesis basically said that that stock could
7 not continue to rise for more than four days. And on
8 the fourth day, indeed, it started to decline. The
9 thesis also said that shares were probably fairly priced
10 between $8.25 and $11.88 a share. And on the 59th day,
11 they wound up exactly in that range. I believe it was
12 May 16th, they went as low as $10.50 a share.
13     So they lost about 63 percent in that time. So the
14 -- the thesis, glory be to God - wound up being prescient.
15 We covered that position and then we took an equity stake in
16 the company. That -- that's a business that has -- it
17 really has -- it's an extraordinary business. There's
18 certainly value there. The McMahon family deserves a
19 lot of credit, actually, for having the vision. They
20 have a variable monopoly. I wish some of the content,
21 they would tone it down a little bit.
22     MALE SPEAKER: (Laughter) Yeah.
23     MR. LEMELSON: Maybe be a little more child
24 friendly. But, you know, I think the future for that
25 company really lies, maybe, in the McMahon family

Page 14

1 understanding they -- they will probably always have a
2 role there in the creative side, but it would be a
3 natural progression for any company to think about
4 different and professional management. That would be
5 germane to any company at a certain phase in its life.
6 And I think WWE is at that point.
7     And I think what happened with management
8 really bolstering the stock price in terms of their --
9 their conviction on their OTT network, there was almost
10 a sort of innocence and a bravado there, if there is
11 such a thing. I don't think they understood fully that
12 you have to draw a line between promoting an event and
13 promoting your own stock. I think that line is blurred
14 in their mind. And now the market has sort of come --
15 come around to seeing that as well. Probably fairly
16 priced now until there's some change or maybe a sale of
17 the company.
18     MALE SPEAKER: So did you say you -- you
19 flipped into a long in it? I thought --
20     MR. LEMELSON: Yeah --
21     MALE SPEAKER: -- you said you took an -- so
22 you are -- so you're playing both sides of it. You're
23 on the selloff and then now -- and now you are -- you're
24 taking a -- you're taking a long position?
25     MR. LEMELSON: Well, when the stock reached

Page 15

1 between $10 and $11 a share, it was fairly valued at
2 that point.
3     MALE SPEAKER: Okay, okay. Based on --
4     MR. LEMELSON: (Inaudible)
5     MALE SPEAKER: -- based on your analysis.
6 Well, you made another big call this week and it made
7 quite a big splash. We've got to talk about it here.
8 Ligand Pharmaceuticals, I mean you just rocked this
9 stock here. And it's starting to come back a little
10 bit. Talk about, you know, your thesis on this on and I
11 mean do you expect that kind of reaction in the stock
12 when you come out with that kind of news? I mean that -
13 - that -- that -- I mean you're, like, up there with,
14 like, Muddy Waters and Citron and what not moving the
15 stock like that.
16     MR. LEMELSON: Well, you know, I -- I have no
17 idea if these things are going to happen or not. But
18 the thing with the Ligand short is that
19 -- and -- and it did, it lost about 11 percent in -- in
20 just a matter of hours. From peak to trough, it was
21 around $69 and went as low as $62 by the open of trading
22 the following day. You know, the thing with Ligand is
23 that Ligand is symptomatic of a market, which is really
24 -- has a short memory. And when markets expand year
25 after year, we're on five years now with a bull market,

Page 16

1 you get to a point where you can sell just about
2 anything.
3     And for them, the Ligand management team are, the
4 way they're representing really the company's profits, it's hard to
5 call them genuine. I mean this is a company with a loss
6 of $669 million over a 27-year operating history. Their
7 key royalty generating program Promacta accounted for 72
8 percent of their royalty revenues as soon as Q4 of 2013
9 is literally going to go away.
10     I mean I had discussions with management just
11 yesterday -- excuse me, their IR firm, and they
12 basically agreed. And they said, look, we understand
13 Promacta is going away. GSK sold that to Novartis.
14 Novartis has given no indication whatsoever if they plan
15 to continue to invest in that -- that -- that drug. And
16 even if they did, Hepatitis C is essentially cured with
17 what Gilead's new drug is doing. This means they're
18 coming in with an extraordinary concentration and only
19 very minimal product lines, which are single-source.
20     In the best case scenario, by the end of 2015,
21 this company might do $18 million, and that is highly
22 questionable. Their net profit is going to be about $18
23 million. The majority of that is going to be eaten up
24 with stock options. They've diluted their shareholders
25 72 percent over the last ten years. Nine of the last

Page 17

1  ten years, they've lost money.
2          And that's indefensible.  I mean this isn't
3  stewardship -- if you every study stewardship
4  of capital, I mean management teams certainly have
5  stewardship over investors' capital.  And they -- the
6  point is not just to get return on capital, but first
7  and foremost, to return capital.  Ligand has never done
8  that.  And if you read the analyst reports out there, I
9  mean these are investment banks who are doing a lot of
10 business selling this stock publicly.  As the stock has
11 risen, they've sold more and more shares.  And that
12 includes management and insiders.
13         You can't place a value on a stock that
14 doesn't make money, that's just an acquired liability.
15 You can place a value of zero on that, on any day of
16 the week.  If you were a gambler, it might have some
17 entertainment value.  But that's all that Ligand has
18 right now.  And I think that it -- it may not be the --
19 the best thing to come out and criticize openly a
20 company or it's management, but there is also a line
21 between protecting investors and speaking the truth.
22         And watching this thing just get carried away
23 in a market that is really full of euphoria, it's very,
24 very risky, you know, awfully risky, so --
25         MALE SPEAKER:  What's your target -- what's

Page 18

1  your target for it?
2          MR. LEMELSON:  Well, any serious investor
3  couldn't place a value over zero on it.  The company is
4  clearly going to lose money in the second quarter.  And
5  they'll talk about non-GAAP earnings constantly.  But
6  when you look at what they're backing out of their
7  statement of operations, it's indefensible.  Those
8  things belong in the statement of operations.  GAAP
9  exists for a reason.  This company is going to lose
10 money in Q2 and they're going to further erode their
11 balance sheet.  And that's really important.
12         And even if they were to -- you know, let's
13 say a 22 percent net margin, which is what they've
14 operated on in their most recent year, which by the way,
15 was their first profitable year in nine years, you know,
16 they'd make about $18 million in 2015, if -- if
17 everything goes well and they don't lose Promacta
18 business, which I don't see how that's going to happen.
19         You know, you're talking about a company with
20 a market cap of $1.4 billion, so you're talking about
21 net earnings representing six-tenths of one percent of
22 the market cap.  That's extraordinary.  If they maintain
23 that level of profitability, it would take over 84 years
24 in free cashflow to cut their market cap.
25         Let me give you another example, between Q1

Page 19

1  2013 and Q1 of 2014, the company's increase in net cash
2  was only $500,000.  And in that time, their market
3  capitalization increased $840 million.  If you just
4  wrap your mind around that for a second, I mean it's
5  really hard to call that anything other than speculative
6  fervor.  And I think for the serious analysts who read
7  that report, it's really replete with information
8  from the company and -- and the FDA and so forth.  It's
9  really hard to understand how buying shares in Ligand is
10 anything other than, you know, going to Las Vegas.
11         And I mean if you go to Las Vegas, you're
12 probably going to have a good time at least.  I think if
13 you buy Ligand shares, it's not going to be that much
14 fun in the future, losing your money.
15         MALE SPEAKER:  Okay.  All right.  Definitely a
16 detailed outlook on that issue.  So just to wrap thing
17 sup here, just, you know, your long and short term
18 outlooks for the US markets and any final advice for
19 investors?
20         MR. LEMELSON:  Well, markets are probably a
21 little bit more than fairly priced right now.  They're -
22 - they're a bit expensive.  There's an awful lot of
23 margin debt out there.  There's no way of knowing when
24 the markets may turn down again or if or when.  You
25 know, trying to forecast that is probably not a very

Page 20

1  good use of time.  A better use of time is really just
2  to the study of individual securities, I think, and try
3  to make a few wise capital allocation decisions that
4  will allow that capital to grow.  I think the US offers
5  tremendous promise.  There will be some cycles.
6  There'll be some downturns.  But -- I mean, for example,
7  with the Lantern Foundation, you know, the Lantern
8  Foundation has really invested its assets aggressively
9  in US equities.  So I'm just convinced that (inaudible),
10 you know, which, of course, its work is involved in
11 supporting the growth of churches and so forth and
12 (inaudible).  That's the best place we could possibly
13 ever have capital allocated.
14         I wouldn't get too involved in any sort lies
15 about, again the sort of lies that circulated
16 about marketplaces and, in fact, they're -- they're not
17 really a huge bargain, but from time-to-time, if you're
18 serious and you're predisposed to discipline and
19 patience, you're going to find some deals.  You know,
20 specialty retail, for example, right now is a sector
21 that's pretty beat up.  They have some pretty
22 interesting special situations there to be looked at.
23 Stay away from, you know, the gold rushes, the biotech
24 and pharmaceutical type of speculative issues.
25         MALE SPEAKER:  Okay.

Page 21

1   MR. LEMELSON: There's no question there's
2 great risk there, so --
3   MALE SPEAKER: Okay. All right. We've had --
4   MR. LEMELSON: -- if that answers the
5 question.
6   MALE SPEAKER: -- Reverend Emmanuel Lemelson
7 on. He's founder and president of Lantern Foundation
8 and chief investment officer of Lemelson Capital
9 Management. He's made some great calls here in the
10 past. We hope that that continues for you. Thanks for
11 coming on. And we'd certainly like to have you on
12 again.
13   MR. LEMELSON: Thanks so much, Joel. We really
14 enjoy your website and your content and all of your
15 shows.
16   MALE SPEAKER: Okay.
17   MR. LEMELSON: Have a great day.
18   MALE SPEAKER: All right. Thank you very
19 much.
20   MR. LEMELSON: All right.
21   (End of recording)
22         * * * * *
23
24
25

Page 22

1         TRANSCRIBER'S CERTIFICATE
2
3 I, Wendy Smith, hereby certify that the foregoing
4 transcript consisting of 21 pages is a complete, true
5 and accurate transcription of all matters contained on
6 the recorded proceedings indicated,
7
8 GREGORY LEMELSON
9
10 File: Rev. Emmanuel Lemelson of Lemelson Capital
11 Management - #PreMarket Prep for June 19, 2014
12
13
14
15
16
17            7-8-21
18
19
20
21
22
23
24
25