Case 1:18-cv-11926-PBS  Document [...] 2/21  Page 1 of 2

EXHIBIT
L
18-cv-11926-PBS

EXHIBIT
197
18-cv-11926-PBS

From: Bruce Voss
To: el@lemelsoncapital.com
Sent: 6/23/2014 12:29:26 PM
Subject: Benzinga 6/19 interview
Attachments: image001.jpg

Fr. Lemelson,

I listened to your June 19 interview on Benzinga including the false comment that during our phone call last week I "basically agreed" that Promacta sales are going to go away. To refresh your memory, you made that comment to me followed by a rhetorical "don't you agree?" I never made that statement, never agreed with that statement and never would because it's not true. To the contrary, when we discussed Promacta for use in patients with hepatitis C, I specifically pointed out that HCV is only one of several indications for this drug, and that even within HCV there exists a market for Promacta independent of Sovaldi, noting pricing considerations and the potential for continued use of interferon in certain OUS markets.

In the interview you went on to say that Ligand has never returned capital to shareholders. That is also a false statement. After John Higgins took over as CEO in 2007 and worked with Ligand's new Board of Directors to restructure the company, Ligand returned nearly $300 million in capital to shareholders. Specifically, Ligand paid $253 million to shareholders as a tax-free return of capital in April 2007, and from 2007 to 2011 the company repurchased 1.1 million shares (~5% of outstanding) for a total of $41.4 million.

And it's worth addressing another misrepresentation in your interview. You state the company has an accumulated deficit over the past 27 years of $669 million, which you cite as evidence of its poor record. As a matter of fact, the first 20 years of that accumulated deficit were under a different business model (hence the restructuring noted above), and much of the recent accumulated losses came via strategic acquisitions Ligand closed in the last few years. And now that Ligand is profitable and cash-flow positive it is able to apply those losses against profits such that Ligand's effective tax rate for the next several years is projected to be less than 5%, versus standard tax rates of 35% or more.

Since you (incorrectly) referenced our conversation in your interview, I feel compelled to send you this note. To be clear, Ligand and I find most of what you wrote in your short report upon which the interview is based to be misrepresented, out-of-date, factually incorrect and even reckless. I am happy to speak with you by phone on the points in this email, but given the liberties you take in your communications I want to ensure my message to you is clear and not subject to further misrepresentation.

As a final note, I'd like to add that I have known and worked with both the CEO and the COO of Ligand for 15 years while they served at two client companies. Both John and Matt Foehr are among the most competent, hard-working and honest executives I know, and both have earned the respect of major, reputable investors throughout the U.S. and Europe through their results and transparency. In fact, at the end of 2013 John was nominated for "Biotech CEO of the Year" by a prominent and highly referenced industry columnist. John placed second in voting, behind the CEO of Celgene, a high-profile company with a $65 billion market cap. This was an impressive showing indeed as neither John nor others at Ligand did anything to solicit or promote his nomination. Here's language from the nomination.

*John Higgins, Ligand Pharma*

*I didn't have a category for Higgins, but maybe it should be "shareholders best friend" because there are few executives in healthcare today who are better stewards of other people's money than the CEO of Ligand.*

*Under Higgins' watch, Ligand has turned sustainably profitable because of smart deal-making, a growing portfolio of royalty-generating products and a bean counter's obsession with frugal spending.*

*There's nothing sexy about the way Ligand operates under Higgins' leadership but that's the entire point. Keeping risk and costs low while generating better-than-average returns from a fractional ownership of a diverse product portfolio has been a remarkably effective strategy for Ligand in 2013 and sets up the company well for the future.*

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000351
EPROD-SEC-LIT-E-000000434

Here's the link. http://www.thestreet.com/story/12135606/2/best-biotech-ceo-of-2013-your-vote-counts.html

Kind regards.

Bruce Voss, Managing Director, Principal
LHA ›› Investor Relations: Results that Matter

T: 310.691.7100  C: 646.249.7453  F: 310.691.7150  E: BVoss@lhai.com
2121 Avenue of the Stars, Suite 2970 | Los Angeles, CA 90067
www.lhai.com | Facebook | LinkedIn | Twitter | YouTube

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Please consider the environment before printing this email.

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000352
EPROD-SEC-LIT-E-000000435