EXHIBIT
O
18-cv-11926-PBS

