EXHIBIT
Q
18-cv-11926-PBS

