Case 1:18-cv-11926-PBS   Document 246-18   Filed 12/22/21   Page 1 of 8





EXHIBIT

R

18-cv-11926-PBS

Home  /  Home  /  Finding Alpha  /

Ligand Pharmaceuticals (NASDAQ: LGND) Disposes of Promacta, Stock Plunges

# Ligand Pharmaceuticals (NASDAQ: LGND) Disposes of Promacta, Stock Plunges

6 March, 2019    Published in *Finding Alpha*    Read 3784 times

Tweet    SHARE

> ***...the company faces it biggest existential threat in what is likely to be a momentous impairment of its largest royalty generating asset, Promacta,"***
>
> Fr. Emmanuel Lemelson, June 16, 2014   *Research Report*

> ***Now on the left side of this chart, with Promacta...  the inevitable patent termination, product comes off patent sales decline and they will go to zero"***
>
> John Higgins, Ligand Pharma CEO,   *March 5, 2019 Conference Call*

Shares of Ligand Pharmaceuticals (NASDAQ: LGND) continued its downward spiral, plunging almost 13 percent in early trading today, March 6, 2019, falling as much as 63 percent since September 30, 2018 and hitting a 2-year low.  Yesterday after market close the company reported it was disposing of its single-largest asset, the 25-year-old Promacta, stating in part:

> ***We do not control the IP and some of the initial patents come off as early as 2021,"*** *(referring to the event as a 'patent cliff').*




> When it [Promacta] does royalties are expected to quickly diminish significantly... when off patent, the following year the company estimated it could lose over $125 million of revenue,"

In June 2014, Lemelson Capital Management issued its first report pointing out competitive threats to Promacta, its limited future potential as well as the risks associated with Ligand's revenue streams. Since that time, Fr. Emmanuel has publish 4 additional research reports, issued 16 articles/press releases, posted 66 tweets, given 11 interviews, and written two letters to Congress, making nearly 1,000 distinct allegations, including accounting and securities fraud perpetrated by Ligand.

In January 2019 multiple law firms announced investigations into Ligand for possible violations of federal securities laws.



On July 17, 2018, Fr. Emmanuel released a letter he provided members of The U.S. House Committee on Oversight and Government Reform, The U.S. Senate Special Committee on Aging and the SEC Office of the Inspector General, further outlining extensive alleged abuses of accounting, pharmaceutical reimbursement and classification guidelines and regulations by Ligand Pharmaceuticals. In the letter, Lemelson urged the Committees in both the House and the Senate to commence an investigation into these alleged abuses, as well as the Securities and Exchange Commission's (SEC) failure to stop them.




   According to the complaint, Ligand unfairly modified the agreement and never filed the required amendment with the U.S. Securities and Exchange Commission (SEC) to deny investors more than $3.8 billion in payouts. If the investors prevail the company could be forced into bankruptcy.

On August 14, 2014, Lemelson Capital Management, LLC published a report outlining the risk of the bond offering, questioned the representations made by the company, and pointing out that the offering may eventually lead to solvency risks.

- Lemelson's full July 13, 2018 letter to Congress is available online here
- His December 2016 letter to the U.S. Senate Special Committee on Aging, regarding the company, is available online here

[1] Read more online here

[2] The lawsuits made substantially the same claims as The Lemelson Capital Management, LLC 2014 reports.

**Letters to Congress Regarding Ligand:**

- December 19, 2016 - Lantern Foundation Founder Urges Senate Committee to Commence Investigation into Ligand Pharmaceuticals
- July 13, 2018 - Rev. Fr. Emmanuel Lemelson Calls on Congress, Office of Inspector General to Investigate SEC Failures

**The Ligand Research Reports:**

- June 14, 2014 - Ligand Pharmaceuticals - Severe competitive threat to key royalty program and "going concern" risk drive 100 percent downside
- July 3, 2014 - Ligand Pharmaceuticals (NASDAQ: LGND): Appendix
- August 4, 2014 - Update: Lemelson Capital Further Increases Short Stake in Ligand Pharmaceuticals (NASDAQ: LGND) as LGND EPS Plunges 76 percent in Q2 2014

 

- August 22, 2014 - Ligand Pharmaceuticals (NASDAQ: LGND): Institutional holders wasting no time dumping stock in response to mounting insolvency and bankruptcy risks

**The Ligand Interviews:**

- Rev. Emmanuel Lemelson of Lemelson Capital Management - #PreMarket Prep for June 19, 2014
- Rev. Emmanuel Lemelson, CIO of Lemelson Capital Management - #PreMarket Prep for August 13, 2014
- Rev Emmanuel Lemelson, CIO of Lemelson Capital Management - #PreMarket Prep for September 16, 2014
- Rev. Emmanuel Lemelson, CIO of Lemelson Capital Management - #PreMarket Prep for October 16, 2014
- Rev. Emmanuel Lemelson, Lemelson Capital Management - #PreMarket Prep for November 18, 2014
- Rev. Emmanuel Lemelson, CIO of Lemelson Capital Management - #PreMarket Prep for February 20, 2015
- Rev. Emmanuel Lemelson, Lemelson Capital Management CIO - #PreMarket Prep for March 24, 2015
- Rev. Emmanuel Lemelson, CIO of Lemelson Capital Management - #PreMarket Prep for April 27, 2015
- Rev. Emmanuel Lemelson, CIO of Lemelson Capital Management - #PreMarket Prep for June 5, 2015
- Rev. Emmanuel Lemelson, CIO of Lemelson Capital Management - #PreMarket Prep for August 12, 2015
- Listen to Fr. Emmanuel live discussing The Amvona Fund, LP and his recent letter to the US Senate

**NOTICE AND DISCLAIMER:**

This information presented expresses the views of the General Partner as of the date indicated and such views are subject to change without notice. The General Partner has no duty or obligation to update the information contained herein. Certain information contained herein concerning economic trends and performance is based on or derived from information provided by independent third-party sources. The General Partner believes that the sources from which such information has been obtained are reliable; however, it cannot guarantee the accuracy of such information and has not independently verified the accuracy or completeness of such information or the assumptions on which such information is based.

Case 1:18-cv-11926-PBS    Document 246-18    Filed 12/22/21    Page 5 of 8




represents the net performance of The Amvona Fund, LP, a Delaware limited partnership (the "Fund"), and reflects the deduction of all Fund level expenses, including without limitation brokerage and other transaction costs, as well as legal, audit, administration and other expenses. The performance presented does not represent the return of any individual investor. An individual's net return may differ significantly from the net performance as stated herein due to differences in fee arrangements, and timing of investment. In fact, net returns shown herein may be significantly higher than an investor's actual return. Performance includes the reinvestment of all dividends, interest, and other income. Performance presented from January 2015 to the present represents a hypothetical investor in the Fund whose capital account has been charged (i) a quarterly asset management fee of 0.25%, payable in advance; (ii) a quarterly performance allocation of 25%, subject to a high-water mark and a 6% annualized hurdle rate. Net performance from the Fund's inception to December 2014 is calculated using the average management fee and average performance allocation calculated among the capital accounts of all Fund investors except for Lemelson Capital Management, LLC, a Massachusetts limited liability company (the "General Partner"), and its affiliates. Results compared to the S&P 500 Total Return Index (the "Index") are for informational purposes only. The Fund's investment program does not mirror the Index and the volatility of the Fund's investment program may be materially different from the volatility of the Index. In addition, the Fund invests in a different mix of securities and sectors than the Index, which may cause the difference in performance between the Fund and the Index. You cannot invest directly in an index. **Past performance is not necessarily indicative of future results.** All investments involve risk, including the potential loss of principal.

The performance results of Fund should not be considered a substitute of, or indicative of the past or future performance of the Fund. 2016 Returns are estimated and unaudited, and actual returns may vary from the performance information presented above. Estimated returns should not be construed as providing any assurance or guarantee as to actual returns. Actual performance figures are only computed and audited yearly. Past performance is not indicative of future results, which may vary. The value of investments and the income derived from investments can go down as well as up. Future returns are not guaranteed, and a loss of principal may occur. An investment in the Fund is subject to a variety of risks (which are described in the Fund's Confidential Offering Memorandum), and there can be no assurance that the Fund's investment objective will be met or that the Fund will not incur losses. This information does not constitute an offer to sell or the solicitation of an offer to purchase any interest in the Fund or other investment product. Any such offer or solicitation may only be made by means of delivery of the Fund's approved Confidential Offering Memorandum.

Any specific securities identified and described in this material do not represent all of the securities purchased, sold, or recommended for the Fund. The audience should not assume that investments in these securities identified and discussed will continue to be profitable. The Fund currently owns numerous other securities in various other industries and sectors unrelated to these securities. The purchase of

Case 1:18-cv-11926-PBS   Document 246-18   Filed 12/22/21   Page 6 of 8

 

Tagged under                                                                                  Rate this item

Activism  The SEC  Fraud  Securities Fraud  SEC  lgnd                                         (4 votes)



**AMVONA NEWS**

Amvona publishes critical articles and interviews at the intersection of Faith, Finance and Economics.

**RELATED ITEMS**

Fr Emmanuel Lemelson Comments on Jury Verdict
Fr. Emmanuel, The SEC And A Court-Ordered Affidavit of Religious Affiliation
Fr. Emmanuel Files Opposition in SEC Fight over Ligand Pharmaceuticals (NASDAQ: LGND)

**LATEST FROM AMVONA NEWS**

Fr Emmanuel Lemelson Comments on Jury Verdict
Lemelson Capital Management To Host Q3 2021 Investor Call On October 11
Lemelson Capital Management To Host August 2021 Investor Call On September 17

More in this category: « Ligand Pharmaceuticals (NASDAQ: LGND) Stock Crashes Lemelson Capital Increases Short Position in Ligand Pharmaceuticals (NASDAQ: LGND), Calls on US Attorney to Investigate »

      

**ABOUT AMVONA**

Amvona publishes critical articles and interviews at the intersection of Faith, Finance and Economics.




Fri Nov 05 23:11:15 +0000 2021

Hedge Fund Priest Beats SEC Short-And-Distort Claims A Boston federal jury on Friday absolved a Greek Orthodox pri… https://t.co/D52VENaj3U

Fri Apr 02 20:45:17 +0000 2021

Progress on the Icon of The #Theotokos + #EverVirginMary w/ #Christ for The Templo of the Chapel of #StKatherine. T… https://t.co/9SYCmEN6aW

Tue Mar 02 13:10:13 +0000 2021

RT @OrthodoxStowe: Progress on the Icon of The #Theotokos + #EverVirginMary w/ #Christ for The Templo of the Chapel of #StKatherine. Thro…

Tue Mar 02 13:10:09 +0000 2021

RT @OrthodoxStowe: Progress on the Icon of #Christ for The Templo of the Chapel of #StKatherine. Through the incredibly talented hand of…

Sun Feb 21 00:41:43 +0000 2021

RT @OrthodoxStowe: Progress on the Icon of The #Theotokos + #EverVirginMary w/ #Christ for The Templo of the Chapel of #StKatherine. Thro…

Follow amvona on Twitter

## AMVONA TAG CLOUD

AAPL   Activism   AEO   Amvona   Analysts   BABA   BBBY   Benzinga   Christian Philosophy of Investment   Corporate Governance   CSCO   DPZ   Emmanuel Lemelson   Ethics   EXPR   Faith   FB   Foreclosure   Fraud   Fr Emmanuel Lemelson   FRPT   GEOS   Geospace Technologies   GLW   HIBB   IBM   Investor Conference Call   KLIC   LCM   Lemelson Capital   Lemelson Capital Management   lgnd   Matthew   NFLX   Orthodoxy   SEC   Securities Fraud   Short   SKX   St Katherine   stx   The Amvona Fund   The Matrix   The SEC   The Stock Market   update   VKTX   wdc   WSJ   WWE







About Us    Notes    Updates

Copyright © 2021 Amvona