EXHIBIT
V
18-cv-11926-PBS

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


SECURITIES AND EXCHANGE COMMISSION,    )
                  Plaintiff,           )
                                       )
vs.                                    )
                                       )
GREGORY LEMELSON and LEMELSON          )   NO. 18CV11926-PBS
CAPITAL MANAGEMENT, LLC,               )
                  Defendants,          )
and                                    )
                                       )
THE AMVONA FUND, L.P.,                 )
                  Relief Defendant.    )
```

```
          BEFORE THE HONORABLE PATTI B. SARIS
           UNITED STATES DISTRICT COURT JUDGE
                TELEPHONIC MOTION HEARING




       John Joseph Moakley United States Courthouse
                   Courtroom No. 19
                   One Courthouse Way
                Boston, Massachusetts 02210


                    March 18, 2020
                      9:15 a.m.




           Kathleen Mullen Silva, RPR, CRR
                 Official Court Reporter
       John Joseph Moakley United States Courthouse
            One Courthouse Way, Room 7209
               Boston, Massachusetts 02210
              E-mail: kathysilva@verizon.net

       Mechanical Steno - Computer-Aided Transcript
```

1   better than me.
2           THE COURT:  Yes.  Because it matters to me in terms of
3   the letter that you sent to that Greek Orthodox priest
4   threatening him with a lawsuit unless he answered ten things
5   correctly.  I found that extremely troubling.  There may be
6   nuances here that none of us understand, but it was a pretty
7   hardball tactic.
8           MR. BROOKS:  So Your Honor -- this is Doug Brooks.
9   What is your question for --
10          THE COURT:  I understand, Mr. Brooks, that you sent a
11  letter to the church -- I can't remember the name of it.  I may
12  have this wrong, but the reverend -- I'm sorry if I'm not
13  getting this correctly -- the reverend of the Greek Orthodox
14  Metropolis Church saying that unless he agreed to certain
15  things, you would sue him for $10,000.  And I think the issue
16  really is regardless of whether that falls in violation of some
17  criminal statute or not, that's a pretty hard-edged tactic, and
18  I want to understand what is the basis for your belief that he
19  is a member of the Greek Orthodox Church as opposed to the
20  Albanian Church, which I believe Mr. Lemelson says he was
21  ordained in?
22          MR. BROOKS:  So, Your Honor, this is Doug Brooks.  All
23  of those statements in that letter were correct, and I will --
24  now I'd like to turn it over to my client, so I don't misspeak,
25  because, as you said, there might be some nuances.  He can

```
 1   explain why those were correct.
 2            THE COURT:  Excuse me, Mr. Brooks, you signed that
 3   letter, right?
 4            MR. BROOKS:  No, I did, Your Honor, and it was after
 5   consultation.  And everything in there, every one of those nine
 6   points is true.
 7            THE COURT:  Can I say --
 8            MR. BROOKS:  Right now I --
 9            THE COURT:  -- that was pretty hardball against a
10   priest.
11            MR. BROOKS:  Well, Your Honor, I understand that, but
12   I am representing a priest who Father -- who the other priest
13   has been out there defaming.
14            THE COURT:  I was deeply, deeply troubled by that
15   letter.  And I just want to understand what could have prompted
16   someone from such a fine firm to have sent that letter.  So I
17   want --
18            MR. BROOKS:  Your Honor --
19            THE COURT:  Maybe I'll ask Mr. Lemelson.
20            MR. BROOKS:  Okay.
21            THE COURT:  Mr. Lemelson, do you have any documents in
22   your possession that you are an ordained priest in the Greek
23   Orthodox Church?
24            DEFENDANT LEMELSON:  Yes, Your Honor.  This is Father
25   Emmanuel Lemelson.  I'm a canonically ordained Greek Orthodox
```