

To: 'Edward Gu'[egu@kerrisdalecap.com]
From: + Emmanuel Lemelson
Sent: Thur 10/9/2014 1:15:51 PM
Importance: Normal
Subject: RE: congrats on GSAT!

…well it paid off… also loved the video… ;o)

Our multi-month battle with LGND has also been paying off - shares are now down ~40% since LCM published its first (of six) report(s)

Warm Regards,

+ Emmanuel Lemelson

Chief Investment Officer



www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200



SEC-Lemelson-E-0366451