```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3   _____
                                     )
 4   SECURITIES AND EXCHANGE         )
     COMMISSION,                     )
 5                                   )
               Plaintiff,            )
 6                                   ) Civil Action No.
            v.                       ) 1:18-cv-11926-PBS
 7                                   )
     GREGORY LEMELSON and LEMELSON   )
 8   CAPITAL MANAGEMENT, LLC,        )
                                     )
 9             Defendants,           )
                                     )
10          and                      )
                                     )
11   THE AMVONA FUND, LP,            )
                                     )
12             Relief Defendant.     )
     _____)
13

14                      VOLUME 1

15      VIDEOTAPED DEPOSITION OF GREGORY (EMMANUEL)

16   LEMELSON, taken on behalf of the Plaintiff at the

17   U.S. Securities and Exchange Commission, 33 Arch

18   Street, Boston, Massachusetts, beginning at 9:35

19   a.m. and ending at 4:55 p.m., on Wednesday,

20   October 16, 2019, before Carol H. Kusinitz,

21   Registered Professional Reporter and Notary Public

22   in and for the Commonwealth of Massachusetts.

23


24


25   JOB No. 191016DWA
```

1

|  |  |  |
|---|---|---|
| 1 | A. | I'd have to see the financial reports to |
| 2 | comment on it. | |
| 3 | | THE STENOGRAPHER:  I'm sorry? |
| 4 | A. | It's been five years.  I'd have to see the |
| 12:07:59  5 | financial reports to comment on it. | |
| 6 | Q. | You don't know what the assets were at that |
| 7 | time? | |
| 8 | A. | It's been five years. |
| 9 | Q. | What kind of company is Ligand? |
| 12:08:05 10 | A. | Fraud. |
| 11 | Q. | What does Ligand do for business? |
| 12 | A. | Commit fraud. |
| 13 | Q. | Anything else? |
| 14 | A. | Defraud their shareholders, make money for |
| 12:08:14 15 | investment banks, enrich their executives. | |
| 16 | Q. | Are you done? |
| 17 | A. | I could probably think of more. |
| 18 | Q. | Go ahead. |
| 19 | A. | Let's see.  Well, I'll leave it at that for |
| 12:08:22 20 | now. | |
| 21 | Q. | Okay.  Does Ligand work in the |
| 22 | pharmaceutical industry? | |
| 23 | A. | No. |
| 24 | Q. | They do nothing in the pharmaceutical |
| 12:08:28 25 | industry? | |

146

```
            1      A.   Their business model is incoherent.  In
            2  fact, in 2014, I believe their About Us page was
            3  blank entirely.
            4      Q.   And what's your basis for saying that?
12:08:37    5      A.   Their website.
            6      Q.   It was blank?
            7      A.   Well, I included screen shots in the
            8  report.
            9      Q.   So in your --
12:08:46   10      A.   They don't characterize themselves as a
           11  pharmaceutical company.
           12      Q.   They don't?
           13      A.   Not to the best of my knowledge.
           14      Q.   To the best of your knowledge, how do they
12:08:53   15  characterize themselves?
           16      A.   I have to see how they characterized
           17  themselves in 2014 on their website.  I have to see
           18  those documents again.
           19      Q.   You just said they don't characterize
12:08:59   20  themselves as a pharmaceutical company.
           21      A.   I don't recall them doing that.  I don't
           22  recall them saying Ligand Pharmaceuticals is a
           23  pharmaceutical company. I don't remember them saying
           24  that.
12:09:04   25      Q.   It's not inherent in the name?
```

147