EXHIBIT
AA
18-cv-11926-PBS

Home
Explore
16 Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Tweet

**Rev. Fr. Emmanuel Lemelson**
@Lemelson

Hedge Fund Priest Beats SEC Short-And-Distort Claims

A Boston federal jury on Friday absolved a Greek Orthodox priest of fraud claims in a U.S. SEC suit alleging he launched a short-and-distort scheme through his hedge fund...

LAW360
law360.com
Hedge Fund Priest Beats SEC Short-And-Distort Claims - La...
A Boston federal jury on Friday absolved a Greek Orthodox priest of some fraud claims in a U.S. Securities and Exchange...

7:53 PM · Nov 5, 2021 · Hootsuite Inc.

**1** Retweet **1** Quote Tweet **5** Likes

Tweet your reply
Reply

**guimebarde avec zemmour** 🇫🇷🇺🇸🎄 @noblehighwayman · Nov 13
Replying to @Lemelson
@eulareader
1

Search Twitter

## Relevant people

**Rev. Fr. Emmanuel Le...** Follow
@Lemelson
Official Twitter account of Fr. Emmanuel Lemelson.
@lemelsoncapital,@amvona
facebook.com/lemelson
instagram.com/lemelson/

## What's happening

COVID-19 · 1 hour ago
**President Joe Biden announced new federal measures to combat the Omicron variant surge**

**#AmericanUnderdog**
The incredible true story of Kurt Warner. In theaters Christmas Day.
Promoted by American Underdog

Trending in United States
**Xanax**
4,265 Tweets

Politics · Trending
**Jim Bob**
2,831 Tweets

Premier League · LIVE
**Arsenal FC take on Sunderland AFC**
Trending with #ARSSUN, Sunderland

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2021 Twitter, Inc.



