EXHIBIT
CC
18-cv-11926-PBS

Home
Explore
16 Notifications
Messages

## Tweet

**amvona**
@amvona

Hedge Fund Priest Beats SEC Short-And-Distort Claims

A Boston federal jury on Friday absolved a Greek Orthodox priest of fraud claims in a U.S. SEC suit alleging he launched a short-and-distort scheme through his hedge fund...

LAW360

law360.com
Hedge Fund Priest Beats SEC Short-And-Distort Claims - La...
A Boston federal jury on Friday absolved a Greek Orthodox priest of some fraud claims in a U.S. Securities and Exchange...

7:11 PM · Nov 5, 2021 · Hootsuite Inc.

**1** Like

Tweet your reply

Reply

Search Twitter

## Relevant people

**amvona**
@amvona
Follow
Amvona publishes critical articles on Faith, Investing, Economics and Technology. Founded by @lemelson

## What's happening

COVID-19 · Yesterday
**Omicron is now most common coronavirus variant in the US, accounting for nearly three-quarters of COVID-19 cases, CDC says**
Trending with #OmicronVariant

**#AmericanUnderdog**
The incredible true story of Kurt Warner. In theaters Christmas Day.
Promoted by American Underdog

Trending in United States
**Jim Bob**
2,847 Tweets

Entertainment · Trending
**Ayesha**
8,474 Tweets

**SFGATE** · Last night
**A Disneyland passholder is suing for 'deceptive' practices in a $5 million lawsuit**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2021 Twitter, Inc.



