



Home  /  Home  /  Finding Alpha  /  Fr Emmanuel Lemelson Comments on Jury Verdict

# Fr Emmanuel Lemelson Comments on Jury Verdict

4 November, 2021     Published in **Finding Alpha**     Read 371 times

Tweet   **in SHARE**

## Fr. Emmanuel Lemelson Comments on Jury Verdict

Jury Verdict Finds Fr. Emmanuel "Not Liable" For Key Allegations

**Shelburne, Vermont, November 5, 2021** —The Rev. Emmanuel Lemelson, CIO of Lemelson Capital Management, commented on the jury verdict which found the firm and its CIO "Not Liable" for The Securities and Exchange Commissions (SEC) allegations of a scheme to defraud, violations of the Investment Advisors Act of 1940 or commentary regarding Ligand Pharmaceuticals (NASDAQ: LGND) insolvency.  However, the jury did find Fr. Lemelson liable for some of the remaining challenged statements, including two comments made about a different company, Viking Therapeutics (NASDAQ: VKTX), which Lemelson did not trade in.

Addressing the ruling, Lemelson commented;

> "We would like to thank the jury for their service, and verdict of "Not Liable" for the key allegations contained in the complaint.  After seven years, we chose to go to trial on these unprecedented charges," Lemelson said. "We intend to appeal the remaining adverse parts of the verdict," Lemelson added



**Law360**
@Law360

A Boston federal jury on Friday absolved a Greek




and-distort scheme through his hedge fund.

> **Hedge Fund Priest Beats SEC Short-And-Distort Claims - Law360**
> A Boston federal jury on Friday absolved a Greek Ortho…
> 🔗 law360.com

2:30 PM · Nov 5, 2021                                                ⓘ

♡ 1      💬 Reply      ↥ Share this Tweet

**Explore what's happening on Twitter**

_____

**The case is: SEC v. Lemelson et. al.**  [docket number 1:18-cv-11926]

**About Lemelson Capital Management**

Lemelson Capital Management, LLC is a private investment management firm focused on deep value and special situation investments.  For more information, visit: https://www.lemelsoncapital.com or follow on Twitter @LemelsonCapital

**About Rev. Fr. Emmanuel Lemelson**

Rev. Fr. Emmanuel Lemelson is the Chief Investment Officer of Lemelson Capital Management, LLC, follow his work at www.amvona.com or on Twitter @Lemelson

**For further information, please contact:**

Lemelson Capital Management, LLC
Investor and Media Relations
Telephone: 1-802-332-3833

 For more background see:

 

- Opposition to The Securities and Exchange Commission's motion for protective order here  (January 7, 2020)

- Affidavit of Religious Affiliation here (March 30, 2020)

- Motion for Summary Judgement here (September 30, 2020)

On July 17, 2018, Fr. Emmanuel released a letter he provided members of The U.S. House Committee on Oversight and Government Reform, The U.S. Senate Special Committee on Aging and the SEC Office of the Inspector General, further outlining extensive alleged abuses of accounting, pharmaceutical reimbursement and classification guidelines and regulations by Ligand Pharmaceuticals. In the letter, Lemelson urged the Committees in both the House and the Senate to commence an investigation into these alleged abuses, as well as the Securities and Exchange Commission's (SEC) failure to stop them.

> Lemelson's full July 13, 2018 letter to Congress is available online here

> His December 2016 letter to the U.S. Senate Special Committee on Aging, regarding the company, is available online here

---

**NOTICE AND DISCLAIMER:**

This information presented expresses the views of Lemelson Capital Management, LLC (the "Advisor") as of the date indicated and such views are subject to change without notice. The Advisor has no duty or obligation to update the information contained herein. This report contains views and opinions which, by their very nature, are subject to uncertainty and involve inherent risks. Predictions or forecasts, described or implied, may prove to be wrong and are subject to change without notice. Any information on specific investments or opportunities is provided merely to illustrate the research process that may be utilized by the Advisor and should not be relied upon in making an investment decision with respect to the investments covered by the report. Investment processes are subject to change without notice. Certain information contained herein concerning economic trends and performance is based on or derived from information provided by independent third-party sources. The Advisor believes that the sources from which such information has been obtained are reliable; however, it cannot guarantee the accuracy of such third party information and has not independently verified the accuracy or completeness of such information or the assumptions on which such information is based.

 

matters. Any performance data included with respect to any client account of the Advisor represents the net performance of and reflects the deduction of all account or vehicle level expenses, including without limitation brokerage and other transaction costs, as well as legal, audit, administration, and other expenses. Any performance presented would not represent the return of any individual investor. An individual investor's net return in any collective investment vehicle may differ significantly from any net performance as stated herein due to differences in fee arrangements and timing of investment. In fact, any net returns of a vehicle shown herein may be significantly higher than an investor's actual return. Any performance information includes the reinvestment of all dividends, interest, and other income. Past performance is not necessarily indicative of future results. All investments involve risk, including the potential loss of principal.

Any performance results should not be considered a substitute of, or indicative of the past or future performance. Returns are estimated and unaudited, and actual returns may vary from the performance information presented above. Estimated returns should not be construed as providing any assurance or guarantee as to actual returns. Actual performance figures are only computed and audited yearly. Past performance is not indicative of future results, which may vary. The value of investments and the income derived from investments can go down as well as up. Future returns are not guaranteed, and a loss of principal may occur. An investment in any fund is subject to a variety of risks (which are described in the Fund's Confidential Offering Memorandum), and there can be no assurance that an account's investment objective will be met or that it will not incur losses. This information does not constitute an offer to sell or the solicitation of an offer to purchase any interest in any fund or other investment product. Any such offer or solicitation may only be made by means of delivery of the fund's offering documents.

Any portfolio risk management processes discussed herein are an effort to monitor and manage risk, but should not be interpreted as and do not imply low risk or the ability to control risk. Risk policies and limits imposed by the Advisor are subject to change without notice and may be exceeded from time to time due to, among other things, market fluctuations.

Any specific securities identified and described in this material do not represent all of the securities purchased, sold, or recommended for any account. The audience should not assume that investments in these securities identified and discussed have been or will continue to be profitable. Investment examples are included merely to illustrate the investment process and strategies that may be utilized. Client accounts currently own numerous other securities in various other industries and sectors unrelated to these securities. The purchase of these securities only will not create a diversified portfolio. In addition, such securities are subject to losses as an investor may lose money investing in such securities.



☰

Rate this item

★ ★ ★ ★ ★  (3 votes)



**AMVONA NEWS**

Amvona publishes critical articles and interviews at the intersection of Faith, Finance and Economics.

**RELATED ITEMS**

Lemelson Capital Management To Host Q3 2021 Investor Call On October 11
Lemelson Capital Management To Host August 2021 Investor Call On September 17
Lemelson Capital Management To Host July 2021 Investor Call On August 20

**LATEST FROM AMVONA NEWS**

Lemelson Capital Management To Host Q3 2021 Investor Call On October 11
Lemelson Capital Management To Host August 2021 Investor Call On September 17
Lemelson Capital Management To Host July 2021 Investor Call On August 20

More in this category: « Lemelson Capital Management To Host Q3 2021 Investor Call On October 11 Lemelson Capital Management To Host Investor Conference Call On January 15, 2021 »

      

**ABOUT AMVONA**

Amvona publishes critical articles and interviews at the intersection of Faith, Finance and Economics.

 

Fri Nov 05 23:11:15 +0000 2021

Hedge Fund Priest Beats SEC Short-And-Distort Claims A Boston federal jury on Friday absolved a Greek Orthodox pri… https://t.co/D52VENaj3U

Fri Apr 02 20:45:17 +0000 2021

Progress on the Icon of The #Theotokos + #EverVirginMary w/ #Christ for The Templo of the Chapel of #StKatherine. T… https://t.co/9SYCmEN6aW

Tue Mar 02 13:10:13 +0000 2021

RT @OrthodoxStowe: Progress on the Icon of The #Theotokos + #EverVirginMary w/ #Christ for The Templo of the Chapel of #StKatherine. Thro…

Tue Mar 02 13:10:09 +0000 2021

RT @OrthodoxStowe: Progress on the Icon of #Christ for The Templo of the Chapel of #StKatherine. Through the incredibly talented hand of…

Sun Feb 21 00:41:43 +0000 2021

RT @OrthodoxStowe: Progress on the Icon of The #Theotokos + #EverVirginMary w/ #Christ for The Templo of the Chapel of #StKatherine. Thro…

Follow amvona on Twitter

### AMVONA TAG CLOUD

AAPL · Activism · AEO · Amvona · Analysts · BABA · BBBY · Benzinga · Christian Philosophy of Investment · Corporate Governance · CSCO · DPZ · Emmanuel Lemelson · Ethics · EXPR · Faith · FB · Foreclosure · Fraud · Fr Emmanuel Lemelson · FRPT · GEOS · Geospace Technologies · GLW · HIBB · IBM · Investor Conference Call · KLIC · LCM · Lemelson Capital · Lemelson Capital Management · lgnd · Matthew · NFLX · Orthodoxy · SEC · Securities Fraud · Short · SKX · St Katherine · stx · The Amvona Fund · The Matrix · The SEC · The Stock Market · update · VKTX · wdc · WSJ · WWE









About Us • Notes • Updates

Copyright © 2021 Amvona