

**EXHIBIT EE**
18-cv-11926-PBS



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$656,500.00** |
| 02/01/2015-03/31/2015 | 3.00% | 0.48% | $3,183.58 | $659,683.58 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $4,934.07 | $664,617.65 |
| 07/01/2015-09/30/2015 | 3.00% | 0.76% | $5,025.60 | $669,643.25 |
| 10/01/2015-12/31/2015 | 3.00% | 0.76% | $5,063.60 | $674,706.85 |
| 01/01/2016-03/31/2016 | 3.00% | 0.75% | $5,032.65 | $679,739.50 |
| 04/01/2016-06/30/2016 | 4.00% | 0.99% | $6,760.25 | $686,499.75 |
| 07/01/2016-09/30/2016 | 4.00% | 1.01% | $6,902.51 | $693,402.26 |
| 10/01/2016-12/31/2016 | 4.00% | 1.01% | $6,971.91 | $700,374.17 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $6,907.80 | $707,281.97 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $7,053.44 | $714,335.41 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $7,202.07 | $721,537.48 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $7,274.68 | $728,812.16 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $7,188.28 | $736,000.44 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $9,174.80 | $745,175.24 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $9,391.25 | $754,566.49 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $9,509.61 | $764,076.10 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $11,304.14 | $775,380.24 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $11,598.84 | $786,979.08 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $9,918.09 | $796,897.17 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $10,043.09 | $806,940.26 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $10,031.63 | $816,971.89 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $10,156.34 | $827,128.23 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $6,237.36 | $833,365.59 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $6,284.40 | $839,649.99 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $6,211.11 | $845,861.10 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $6,326.58 | $852,187.68 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $6,443.94 | $858,631.62 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $6,492.67 | $865,124.29 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **02/01/2015-12/31/2021** | | | **$208,624.29** | **$865,124.29** |