## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br><br>Plaintiff, )<br><br>v. )<br><br>GREGORY LEMELSON and LEMELSON CAPITAL )<br>MANAGEMENT, LLC, )<br><br>Defendants, )<br><br>and )<br><br>THE AMVONA FUND, LP, )<br><br>Relief Defendant )<br>) | Civil Action No. 1:18-cv-11926-PBS |

## DEFENDANTS' APPENDIX OF EXHIBITS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

A.    Letters in Support of Father Emmanuel Lemelson

B.    Trial Exhibit 3, 6/19/2014 Transcript of Father Emmanuel's June 19, 2014 pre-market interview with Benzinga

C.    Trial Exhibit 4, Report 2: Appendix; Lemelson increases short position in Ligand 7/3/2014

D.    Trial Exhibit 96, 1/29/2015 Stock Price Data

E.    Trial Exhibit 199, June 3-26, 2014 Emails to and from Lemelson about House Calls/Federal Call on The Amvona Fund account

F.    Trial Exhibit 58, 7/1/2014 Viking Therapeutics, Inc. Form S-1 Registration

G.    Trial Transcript Excerpt (Rough), October, 27, 2021, pp 201-203

H.    Trial Exhibit 1, Report 1: Press Release re Lemelson short position in Ligand Pharmaceuticals 6/16/2014

I.      Trial Exhibit 2, 6/19/2014 Recording of Father Emmanuel's June 19, 2014 pre-market interview with Benzinga

J.      Trial Exhibit 5, Report 3: Update: Lemelson Capital Further Increases Short Stake 8/4/2014

K.      Trial Exhibit 6, Report 4: "Lemelson Capital Says Ligand Pharmaceuticals' $225M Debt Issuance Solidifies Company's Insolvency, Substantially Raises Specter of Bankruptcy" 8/14/2014

L.      Trial Exhibit 7, Report 5: "Ligand Pharmaceuticals: Institutional holders wasting no time dumping stock in response to mounting insolvency and bankruptcy risks" 8/22/2014

M.      Trial Exhibit 143, Father Emmanuel's August 13, 2014 pre-market interview with Benzinga

N.      Trial Exhibit 146, 9/16/2014 Father Emmanuel's September 16, 2014 pre-market interview with Benzinga

O.      Trial Exhibit 149, 10/16/2014 Father Emmanuel's October 16, 2014 pre-market interview with Benzinga, Available at https://www.youtube.com/watch?v=n2RheT5zJ4I&t=45s

P.      Trial Exhibit 48, 6/18/2014 Notes - phone conversation with Bruce Voss

Q.      Trial Exhibit 196, 6/19/2014 Email from Jacobi to Lemelson re Fed Call

R.      SEC Initial Disclosure dated December 21, 2018

S.      SEC Initial Disclosure dated July, 24 2019

T.      SEC Initial Disclosure dated October 8, 2019

U.      Hearing Transcript, December 17, 2020 Summary Judgment, pp 55

V.      Trial Exhibit 13, 12/31/2013 Form 10-K/A, Amendment No. 2, Ligand Pharmaceuticals Incorporated

W.      Ligand Stock Prices from 1/20/2012 – 1/19/2022

X.      Trial Exhibit 159, 7/15/2014 "Monetary Policy Report" published by the Board of Governors of the Federal Reserve System

Y.      Trial Exhibit 160, 7/22/2014 Article titled "Ligand Pharmaceuticals Incorporated (LGND) 'If something cannot go on forever, it will stop.'  Initiating Coverage with a Sell, $16.00 Price Target" published by Empire Asset Management Company

Z.      Trial Exhibit 161, 8/5/2014 Article titled "Ligand Pharmaceuticals Incorporated (LGND) 2Q2014 Results: Maintain our $16.00 Price Target" published by Empire Asset Management Company

AA.     Trial Exhibit 163, 9/25/2014 PowerPoint presentation  titled "Ligand Presentation to the SEC, September 25, 2014"

BB.     Trial Exhibit 166, 6/8/2015 PowerPoint presentation titled "Ligand Presentation to the SEC, June 8, 2015"

CC.     Trial Exhibit 64, 7/20/2014 Emails between John Higgins and Matt Dormer

DD.     Trial Exhibit 233, 8/22/2014 Email from Todd Pettingil to Glenn Dourado and Eric Vajda; Re: LGND: Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock in Response to Mounting Insolvency And Bankruptcy Risks Watch 6/19 Rev. Emmanuel Lemelson on Capital Allocation as Stewardship, Show 9:20am ET

EE.     Trial Exhibit 133, Email from Bruce Voss to Matt Foehr and John Higgins

FF.     Ligand Percentage of Short Float June – October 2014

GG.     List of Most Shorted Stocks

HH.     SEC Press Release from November 5, 2021

II.     SEC Litigation Bulletin emailed on November 5, 2021

JJ.     Barron's Article "The SEC Wins Mixed Verdict Against a Short Seller Who Wouldn't Settle from November 10, 2021

KK.     Law360 Article "Hedge Fund Priest Beats SEC Short-And-Distort Claims from November 5, 2021

LL.     Compliance Watch Article from November 19, 2021 "SEC Wins HF adviser securities fraud trial"

MM.     Financial Analyst Article from November 5, 2021 "SEC Wins Jury Trial Against Hedge Fund Adviser who Ran Manipulative Short Scheme"

NN.     Mondovisione Article from November 5, 2021 "SEC Wins Jury Trial Against Hedge Fund Adviser who Ran Manipulative Short Scheme"

OO.     SEC Amended Press Release

PP.     Transcript of November 20, 2019 Deposition of Michael Johns at 115:5-13

QQ.     Think Advisor's 8 Worst Bogus Advisors in America

RR.    LGND vs BTK September 12, 2018 – January 20, 2022

SS.    LGND vs S&P 500 September 12, 2018 – January 2022

TT.    VKTX vs BTK, September 12, 2018 – January 2022

UU.    VKTX vs SP 500, September 12, 2022 – January 2022

VV.    Viking Historical Stock Data from 4/29/2015 –1/19/2022

Respectfully Submitted,

REV. FR. EMMANUEL LEMELSON,
LEMELSON CAPITAL MANAGEMENT,
LLC, and THE AMVONA FUND, LP

By: */s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
Brian J. Sullivan (BBO No. 676186)
Thomas M. Hoopes (BBO No. 239340)
LIBBY HOOPES BROOKS, P.C.
399 Boylston Street
Boston, MA 02116
Tel.: (617)-338-9300
dbrooks@lhblaw.com
bsullivan@lhblaw.com
thoopes@lhblaw.com

Dated:  January 20, 2022

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on January 20, 2022.

*/s/ Douglas S. Brooks*
Douglas S. Brooks