FROM THE DESK OF
FR. JOHN A. PECK

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210


Monday January 10, 2022

I'm writing this letter in support of Fr. Emmanuel Lemelson.

I've known Fr. Emmanuel in his capacity as a priest for about 7 years. During this time I have come to know him as one of the most honest, humble, and courageously forthright clergymen I've ever known. He is exceptionally clear in his communications, and particularly with regard to investments (I only recently took advantage of Fr. Emmanuel's financial expertise).

He is professional, and completely transparent, and has always taken the time to explain difficult (for me) concepts and ideas with regard to investing, and I have been aware of his suit in court, and I am aware of the SEC case and verdict.

I hope and pray that the court will permit Fr. Emmanuel to serve as my financial investment advisor. Again, I wish to continue to invest with Fr. Emmanuel's investment funds under his guidance and leadership.


In Christ,

Fr. John A. Peck
Rector, All Saints of North America Orthodox Church
Dean, GreatMartyr Euphemia Orthodox Theological Academy

**One Horizon Foundation**

*a world that works for everyone*

Lennox Paton Corporate
Services, Ltd.
P.O. Box N-4875
Fort Nassau Centre
Marlborough Street
Nassau, The Bahamas

January 3, 2021

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Regarding: SEC v. Lemelson

Dear Judge Saris:

I am the investment manager of a charitable endowment fund, the One Horizon Foundation, that seeks to invest a portion of its capital with Father Lemelson. I have known Father Lemelson since 2016, having closely followed his investments and found him to be an outstanding and trustworthy advisor, in every way an excellent steward of his clients' funds.

Having closely followed SEC v. Lemelson, I was satisfied to see that the jury found he did not engage in a scheme to defraud. Frankly speaking, the findings of misleading statements are not of any concern to me, as all the challenged statements were immaterial to any investment in Ligand. To put it simply, there were a dozen valid and serious red flags raised by Father Lemelson surrounding Ligand, and the SEC was only able to take issue with very minor points. The jury realized this and settled the matter when they cleared Lemelson of the alleged "scheme to defraud," or any violations of the Advisors Act. It is tragic that the SEC ignored the verdict and nonetheless issued a false press release in which they claimed the jury had found Lemelson engaged in a scheme to defraud.

Therefore, I humbly ask you to impose no penalties against Father Lemelson, who has already been plagued by years of abusive prosecution by the SEC who seem to care more about defending Ligand than protecting the public interest. In contrast to the dereliction by the SEC, Father Lemelson's voice and leadership in the market over many years have helped countless investors steer clear of bad companies like Ligand. He needs to be allowed to continue his public effort and remain as a licensed investment advisor serving as a trusted steward of his clients' funds and livelihoods.

Sincerely,

Jon Carnes
Investment Manager

November 27, 2021

Re: Father Emmanuel Lemelson

To Whom It May Concern:

We have known Father Lemelson since he arrived in Keene after being appointed by the Archdiocese of Boston as our priest at St. George Greek Orthodox Church in Keene, NH.  He has since become not only our spiritual leader but a wonderful friend and our financial advisor. Father has come to our house with his son and our doors are always open to him.  We have complete trust and confidence in him as a family man, religious leader and Chief Investment Officer of Lemelson Capital Management.

We have investments in the Axia and Spruce Peak Funds and are familiar with the ongoing trials by the SEC and their findings so far. Emmanuel has always been transparent about this case and with all his financial investments. He has always advised us to do our own research and background checks into any investments so we are completely informed and able to make educated investments. He has provided us with information whenever we need clarification concerning our investments and with the methodology of his investment strategies. It is refreshing to know that he actually delves deeper into the workings of a company before he invests than any other financial advisors we have dealt with and are familiar with. It is our fervent hope that Emmanuel Lemelson's case with the SEC is totally resolved in a fully positive manner and that he is allowed to continue being a financial advisor extraordinaire. We have complete faith and confidence in him and his ability to provide the best financial advice available. We fully intend to keep investing our hard earned money with him and his firm.

We are both fully retired after spending a lifetime in financial planning, the securities business and education. Louis has been a financial planner with the John Hancock company and Senior Manager for Boston Consulting Group. Sue-Ellan has spent over 30 years in public education.

Sincerely,


Louis N. Kolivas                              Sue-Ellan Kolivas

BERNARD PETER ROBICHAU | 801 EAST NORTH STREET | GREENVILLE, SC 29601

1 December 2021

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Your Honor,

I am writing in regard to Rev. Fr. Emmanuel Lemelson, whom I have known for two years. During this time, we have shared meals together and spoken about business, faith and family, and we maintain this friendship to this day through telephone calls, text messages and emails on holidays/special occasions. I consider him a friend and someone that I would seek out for trusted advice (both personal and financial). He has managed a portion of my investment funds for over a year now, and I believe that he has always been transparent with me about the risks and rewards associated with his investment practices (which I believe are based on value as opposed to speculation).

I have been working in the field of risk management as an executive consultant for over a decade now, and Fr. Emmanuel embodies what a CIO at a hedge fund should be, where risks and rewards are truly "hedged" in order to afford participants in the fund a balanced and sound opportunity for investment that is not driven by speculation or unreasonable risk. Steady growth, and to moon shot speculation, is what I have invested in with Fr. Emmanuel.

As our professional and personal networks overlap, I was aware of the SEC case brought against Fr. Emmanuel before I met him personally, and any questions that might have existed in my mind (based on hear-say and media reports) were put to rest as our relationship progressed. I don't agree with him in every matter, but I trust him and believe that he operates from a place of integrity and sincerity. I have followed the SEC case as it progressed, and I was disappointed to see that some of the lesser charges were not vacated along with the primary charges (where he was found not liable).

It is my hope that Fr. Emmanuel will continue to act as my investment advisor for many years to come. I have, in fact, provided Fr. Emmanuel's cell number to my wife, and asked her to contact Fr. Emmanuel personally for advice on the handling of life insurance funds if I should die before she does. I know that he will not only offer sage financial advice but will also act in a caring and compassionate manner as she is faced with complex and difficult decisions.

Sincerely,

B. Peter Robichau
Principal, Category 3 Partners, LLC

November 26, 2021

Randy E. Hardin
205 Palo Blanco Creek Ln
Georgetown, TX 76543

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Dear Judge Saris:

I first reached out to Fr. Emmanuel by email after reading about his presentation at the annual meeting of Berkshire Hathaway in 2017. As an Orthodox Christian, I wanted to know more about him and his unusual twin occupations of priest and investment advisor. I was surprised when he responded right away and asked for my telephone number. He called and we enjoyed a personal conversation that I did not expect.

Over the subsequent years, we have stayed in contact and developed a valued friendship. Although we come from different cultural, educational, and professional backgrounds, he has always treated me with respect and I have learned to trust and respect him. Both in our personal conversations and our periodic virtual meetings with other investors, he has been forthright and honest about the SEC case. I have also followed the case through online news sources.

During our conversations, I shared that I retired from the U. S. Navy in 2004 and have been self-employed in my own businesses most of the time since then. I asked about investing in his fund but expressed my concern that I could not meet the published minimum investment requirement. He accepted a lower amount from me with the hope that I would add more as I am able to do so. I have continued to invest and will add more in the future.

I have deep respect of our laws and system of justice; however, I've also seen cases where clear mistakes have been made. I pray that God will bless you with wisdom and discernment and you will recognize Fr Emmanuel as the man of high integrity that I know.

Sincerely,

Randy E. Hardin
Command Master Chief
U. S. Navy (Retired)

THOMAS R. MASON
LAW OFFICE OF THOMAS MASON
1500 District Ave.
Burlington, MA 01803
Phone: 781-238-0260
thomasmasonlaw@gmail.com
attytmason@gmail.com

January 18, 2021

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: CA. No. 18-11926, SEC v. Lemelson

Dear Judge Saris:

I am writing to you regarding the disposition regarding the outcome of the above-referenced case. To introduce myself, I have been a practicing attorney in good standing with the Massachusetts Bar since 1989. I have also been a member of this district's bar as well as the First Circuit Court of Appeals. Throughout the years, I have made many appearances in federal and state courts. I graduated from the University of Pennsylvania's Wharton School with a B.S. in Economics in 1984 and Boston University Law School in 1987. Throughout the years, I have practiced in many different courts. I have appeared in federal as well as state courts and am still actively practicing law without ever being disciplined. My main law office has been located in Burlington, Massachusetts since 2008.

I have known Fr. Emmanuel Lemelson for approximately the last seven years. I first became acquainted with him as a friend, then as a client, and finally as a priest and spiritual advisor to me. I also know Fr. Emmanuel as a husband and a parent. Getting to interact with Fr. Emmanuel has been a great experience for me. Since I first met Fr. Emmanuel, I have been in the position to learn about many details about his life, his philosophy, and his vocations. But I think the thing which I appreciate best is that he is a fine husband, father, and friend. I have found Fr. Emmanuel to be a person who tries to help others be their best. He is somebody who has courage to take a stand and be outspoken about his beliefs, even if its not fashionable and popular. I think sometimes he is a harder judge on himself than others. When I have had health difficulties and personal loss, I have found Fr. Emmanuel to be a kind and compassionate friend.

-2-

I know Fr. Emmanuel well and I have always found him to be honest and trustworthy. In fact, recently I decided to invest with Fr. Emmanuel, and I hope he will continue to be an investment advisor to me and my family for many years to come.

In reviewing the case, I can see no evidence that anyone was ever misled by Fr. Emmanuel. I see no evidence that anyone was ever harmed by Fr. Emmanuel's giving honest opinions about publicly traded securities. As a citizen, I am concerned about the involvement of private companies in this case. I have a concern that the remedies sought by the Securities and Exchange Commission could be affected by Fr. Emmanuel's strongly held opinions and beliefs. Before making a decision about remedies and penalties, I hope you keep in mind my comments as a citizen. If you have any further questions, please do not hesitate to contact me.

Thank you for your consideration,

Thomas R. Mason, Esq

Honorable Judge Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210


Dear Judge Saris,


My name is Daniel David, and I am writing to you today on behalf of Father Emmanuel Lemelson. Over the past four years Father Emmanuel has become a positive, influential voice in my life. My first interaction with Father Emmanuel was in 2018 at a stressful, chaotic, and confusing time for me. I was taking daily abuse running for Congress, dissolving a 12-year business partnership, and garnering bizarre added attention from my role as a lead protagonist in what became a popular documentary movie.

Father Emmanuel saw the documentary, and he reached out to me to offer his unsolicited congratulations. During this call Father Emmanuel and I discovered we had much in common as activist investors, and with me having been raised Orthodox Catholic, and Father Emmanuel a Greek Orthodox Priest. Our conversations related to investing came easy, and I was astonished at Father Emmanuel's breadth of knowledge in finance. Talking to extremely intelligent financial professionals is not unusual for me. Speaking with a Priest who is fluent, educated, and passionate about finance is highly usual for anyone.

During this conversation, our common religion came up. I found myself in familiar uncomfortable territory. I would have to tell Father Emmanuel that I am not a true believer. My lack of faith has been a great source of frustration, and at times embarrassment, for me especially with my own family, many of whom including my wife are deeply devout. My frustration has always been that I truly want to believe, but when I say I do believe, I feel that I am lying. Asking God for help has always felt wrong, too, since God must know my doubts. And so, I have just not yet been able to get myself to the point of absolute belief.

Over the course of my life, I have asked for help from several Priests and even a Bishop in my own Church. I have also approached other devout practitioners hoping to get help, guidance, and most of all understanding. What I have gotten in return, for my honest admission of troubled or uncertain faith, has been anything but understanding. Their help and guidance revolved around directing me to read the Bible or other books, and to pray. This has not worked for me and has only driven me deeper into my self-exile from religion.

When I explained my lack of faith to Father Emmanuel, he told me something shocking, something that that I had never heard before. He told me that it was OK to have doubts, and that we all do, and that anyone who says they haven't had doubts is lying to themself. He told me that faith is a gift that one can only give to themself, and that not he, nor anyone else, could or should try to make me believe. But, he added, if I truly was searching, he would be happy to guide me, without judgment, and to the best of his abilities.

Father Emmanuel has stayed in touch with me, and we have become what I consider good friends. Of course, with a true friendship our talks are not just about finance or religion. We also speak freely of

our common interests, hobbies, and life goals, and of the joys and concerns of our families, especially during these uneasy times. Father Emmanuel called unsolicited to offer prayers when my father was sick with Covid, again when my stepmother was infirmed, and then, when she recently passed away.

Judgment is a hallmark of and necessity in the professional world in which I live. Because of this, it is nice to have someone in that life with me who is not quick to judge. It is the more remarkable in him, because I have witnessed firsthand the kind of adverse judgment and religious bigotry to which Father Emmanuel can be subject in that world. A couple of years ago I invited Father Emmanuel to an out of town, across the country for him, event that was an exclusive invite-only affair for the top activist investors in the world. By this time, I knew Father Emmanuel's financial acumen was on par with or even beyond that of many who were attending. I thought his inclusion would be positive for all who attended, showing the intellectual diversity of our unique profession.

To my surprise, at the event I heard many disturbing comments from attendees. Most of these did not know that I had invited Father Emmanuel. These attendees made openly bigoted comments about the way he dressed and his collar, one person asking, "Does he have to wear that thing?" I interrupted and explained that yes, growing up and to this day, Priests in my church do wear the "collar". The most shocking comment was "Who is that Priest with that young boy?" That young boy was Father Emmanuel's son. It turns out that most people are not aware that Priests in the Eastern Orthodox faith can marry. I was furious at the insults and let the people who made these comments know as much. My anger was palpable and obvious. Father Emmanuel unfortunately also became aware of some of the comments made. His reaction, however, was cheerful and understanding. He said that the Church has made some grievous mistakes, and that all he can do is offer his hand to these critics in friendship, hoping for the best.

Throughout our entire relationship, Father Emmanuel has never asked me for anything tangible, only for my friendship and from time to time for advice. It is so refreshing to encounter a Priest who does not pretend to have all the answers, and who seeks advice from his friends. I still struggle with my faith in God, and even so, I have asked Him for help from time to time. As uncomfortable as this felt to me, I think it helped me to ask. I appreciate Father Emmanuel advising me to allow myself that small thing, to allow myself to ask.

My struggles with questions of religious faith notwithstanding, I do not struggle at all with my faith in Father Emmanuel. I know our friendship with continue to grow. I plan on becoming an investor with Father Emmanuel's fund. I have my own hedge fund as well, so I am well acquainted with this type of investment. While Father Emmanuel did not invite me to be a part of his fund, never mentioned the possibility, I recently asked him if I could be. I soon will be. The sentimental human faith that I put in Father Emmanuel through my friendship will be matched by the professional trust of my tangible investment with him. I can think of no greater testament to my belief in him as a good businessman, and a good man.

Regards,

Daniel David

2

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

January 3rd, 2022

Dear Judge Saris,

I am writing with respect to the recent decision regarding the SEC vs. Father Emmanuel Lemelson. I have known Father Emmanuel since 2015 both as a fund administration client of my firm, and as a trusted friend. During that time, I have come to known him both professionally and personally as I have also served as his firm's outsourced CFO. I know him to be a devoted family man as I have met his wife and children on more than one occasion through the years.

I was amazed at Father Emmanuel's effort to build a Greek Orthodox Chapel in the backwoods of Vermont. He financed the project totally from his own pocket as he believed the area's faith community was vastly under-served. While this was totally a labor of love for him, you can imagine the stress of seeing this project through while at the same time, battling the SEC in an effort to clear his name from these charges.

Regarding our professional relationship, I can say without any doubt, that Father Emmanuel has treated his investors (I am also an investor in his Amvona Fund) and his service providers with utmost transparency and honesty. I have been in the hedge fund business since 1980 and the first thing I said to Father when I saw one of his letters to his investors was that I had never seen a hedge fund manager who provided his investors with more information regarding the fund and their investment than he did. I think the reason for this lies in his desire to teach his investors how to analyze companies balance sheets and most importantly, how to make informed investment decisions, whether they invest in his hedge fund or not. I truly believe Father Emmanuel derives far more pleasure from educating his investors than he does from earning any financial reward for himself.

I am aware of the verdict in the case brought by the SEC and I certainly would like to continue to work with Father Emmanuel for many years and I hope that the court will allow that to be the case.

John Zoraian

15 November 2021

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: Father Emmanuel Lemelson

Dear Judge Saris:

My name is Lester Firstenberger. I am an attorney licensed and in good standing in New
Hampshire, Ohio and West Virginia, with my New Hampshire license active.  I live in Philadelphia
and am currently the President and CEO of AiCurio Technology Solutions, Inc., an artificial
intelligence company that performs loan level analytics for the US residential mortgage loan
market.

I have known Father Emmanuel ("Emmanuel") for approximately four (4) years and have been an
investor in the Amvona Fund ('Fund") for approximately three (3) years. I have served as a formal
advisor to the Fund but would most accurately describe my relationship to Emmanuel as a friend
and informal advisor to Emmanuel personally.

As an investor to the Fund, I am fully aware of the SEC litigation and the various findings of the jury
to date. In connection with any future decisions that you may make, I wanted to convey my
individual opinions and beliefs regarding Emmanuel and his administration of the Fund, conduct as
a person, and ask you to consider the following:

It is my opinion and belief that:

1.  Emmanuel is a genuinely kind, compassionate, empathetic, open and honest individual.

2.  He is truthful and without guile and would not knowingly make a statement he does not believe
    to be true; nor would he in context knowingly omit to make a statement when such omission
    would leave a listener or reader with an inaccurate understanding of his belief or intention.

3.  He has been forthright, open and honest with the Investors of the Fund about all investment
    activities and his investment thesis and opinions of value in his various investment positions.

4.  I trust Emmanuel to continue to manage funds I have invested and want him to continue in that
    capacity.

In closing I ask that you consider the foregoing and allow Emmanuel to continue to help investors that
chose to invest with him and Funds he manages.

Very truly yours,

Lester Firstenberger
617.910.7858
1319 E. Moyamensing Avenue
Philadelphia, PA 19147

The Honorable Patti B. Saris                                      January 11, 2022
United States District Court, Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

Dear Judge Saris:

I am writing you today in defense of Father Emmanuel Lemelson.

I am an investor in the Amvona Fund, having known Father Emmanuel for over two years.  I am a professional in the investments industry as a registered investment advisor for over 18 years, having served in various capacities including wealth planning, compliance, sales and operations management.   I currently serve in a leadership role with Fidelity Investments.

I was surprised and disappointed to see the original complaint filed by the SEC. I have always known Father Emmanuel to courageously articulate the truth in his many reports over the years.

I know Father Emmanuel to not only possess a fine investment acumen, but also conduct himself with complete honesty and candor.  He exemplifies the highest integrity of anyone I have met in the investment industry.

I kindly urge you to strongly consider allowing Father Emmanuel continue to do the good work that he has done, helping individuals with investment needs.  Certainly, I would welcome the opportunity to invest with him if he could continue to work in our industry.

Please feel free to contact me at metin.kurkcu@gmail.com or 614.496.2288 if you have any questions or wish to discuss this matter.


Sincerely,

Metin B. Kurkcu

November 14, 2021


The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Your Honor:

I am writing as a character witness for Father Emmanuel Lemelson.  I've known him for over three years and he has been a spiritual advisor and friend for that entire time.  I am the CEO and Founder of a social impact company entitled, HealRWorld.

I invited him to speak at a major event for me in Germany in support of the Sustainable Development Goals of the United Nations and interfaith dialogue which is how we met.  He was very transparent in the meetings and extremely professional.  So much so, that after the meetings my husband and I both decided to invest with Father Lemelson.

I am fully aware of the SEC Case and the verdict…and fully support Father in appealing the adverse parts verdict.

We certainly hope that the courts will allow him to continue to serve as our investment advisor.

Sincerely,

*Michele A. Bongiovanni*

Michele A. Bongiovanni
Founder & CEO
HealRWorld LLC
78 N. Bridge Street
Somerville, NJ  08876

## *Robert K. Bongiovanni, CPA*

78 North Bridge Street  Somerville, NJ 08876   Ph:908-450-7313   Fx:908-450-7316

November 15, 2021

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Your Honor:

I am writing in regard to Father Emmanuel Lemelson. I have known him for over three years. We met in Germany where he spoke in support of the sustainable goals developed by the United Nations. Over the years he has become a good friend.

I am fully aware of the SEC case and the verdict…and fully support Father Lemelson in appealing the adverse parts verdict.

I find him to be transparent and trustworthy and he has kept me fully aware of the SEC case and the verdict.  Hoping the courts resolve this matter allowing him to continue to be an investment advisor.

Sincerely,

Robert K. Bongiovanni, CPA

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Dear Your Honor:                                                    January 4, 2022

I am writing on behalf of Father Emmanuel Lemelson, whom I have known since 2015. I met him when he came to serve as priest at the parish I attended, Saint George Greek Orthodox Church in Keene, New Hampshire. As someone who served in the altar and led the congregational singing, I worked closely with him. I am grateful for this experience, because we became friends and I benefitted from his guidance. At that time, I was considering applying to seminary. But, being a recent convert to the faith and not looking like the typical seminary student, I was unsure. Fr. Emmanuel, however, encouraged me to apply. After I was accepted, my final obstacle was to obtain a letter of recommendation from a bishop. Fr. Emmanuel introduced me to his bishop, who went on to support me. I can honestly say that I do not think I would have gone to seminary without Fr. Emmanuel.

Sometimes I also wonder if I would have finished seminary without him. He continued to encourage me and believed in me at times when I didn't believe in myself. I graduated two years ago and am on track for ordained ministry. As I prepare, I always look to Fr. Emmanuel's example of parish ministry as a model to follow. He demonstrated kindness, wisdom, humor, and patience. His sermons inspired us to lead better lives. At the conclusion of the church service, Fr. Emmanuel was under no obligation to stay, but he went to coffee hour, moving from table to table and speaking with each parishioner. He had a positive impact on many lives and the interactions seemed to bring him joy as well. Our community also noted his honesty and generosity. On the final Sunday that he served us, he donated all of his wages back to the parish.

While our paths have taken us to different places, Fr. Emmanuel and I have remained in contact. I greatly value our relationship. He is open with me and is someone that I can be honest with. I was upset to hear about his case with the SEC. The accusations against him do not reflect the person that I know. While he has been partially vindicated by the jury finding him not liable for some of the allegations, I would like to see him cleared of all of the allegations and the restoration of his name as an honorable and upright man.

I would be happy to answer any additional questions concerning Father Emmanuel Lemelson. Thank you.

Sincerely,

David Cornelius Schuster, MDiv
27 Main Street
Swanzey, NH 03446
(603)313-8760
Romancenturion401@gmail.com

 January 6, 2022

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Your Honor,

I have known Fr. Lemelson for 28 years (1994 through 2022) as a professor of philosophy at Seattle University, and later as a fellow priest with an interest in business ethics. I was a professor of philosophy/ethics at Georgetown University and Seattle University (where I taught business ethics and held the Frank Shrontz Chair of Professional Ethics). I then assumed the presidency of Gonzaga University in Spokane, Washington for eleven years (1998-2009), during which time I held the John Aram Chair of Business Ethics.

Fr. Lemelson was a philosophy student of mine for two years at Seattle University. He always had a keen interest in the big questions from metaphysics to philosophy of science to ethics. His outstanding performance came not only from his intelligence, but his enthusiasm to pursue the truth and do the right thing – a character attribute that remains to this day. Fr. Emmanuel and I remained in contact after he graduated from Seattle University, particularly when he indicated that he was interested in pursuing a religious vocation in the Orthodox Catholic Church. I was not surprised at his religious commitment, because it was consistent with his character and desire to make a positive difference in the world and for the kingdom of God.

Though some may think it is a strange combination to be interested in religion, ethics, and business investment, I did not think this was unusual because I shared in those same interests myself. There is a good deal of overlap of these areas, particularly in the area of investment ethics and transparency. Fr. Emmanuel knows this area and has written about it, and I am confident that he would never knowingly violate a trust, perpetrate a fraud, hide information significant to investors, or ignore his responsibilities as a fiduciary. I believe I am a good judge of his character because I have not only discussed these matters with him but seen how he carries out his professional tasks with utmost responsibility and compliance with the law.

I have always found Fr. Lemelson to be transparent, accurate, and honest both as a student of mine, a business professional, and a priest. Throughout the last 28 years, I can attest that I have *never* witnessed him doing something dishonest, deceitful, or destructive to anyone in any situation. To my knowledge, he has kept his business interests and professional writing on the same level of integrity as his religious practice before God.

I have read many of Fr. Lemelson's company assessments over the years because I have a particular interest in business ethics. I have found his analyses to be very perceptive and honest, revealing ethical challenges not only in particular companies, but also in the way that Wall Street carries out its affairs and supposed transparency. I find it utterly incomprehensible and beyond credibility that he would have done anything to deliberately deceive investors or harm a company for his personal benefit. It is completely outside of his character, religious commitments, ethical commitments, and his life mission to bring greater transparency and honesty in reporting to marketplaces suffering from these challenges.

If you have any questions regarding this character reference, I would be happy to respond to them. Contact me at spitzer@magiscenter.com or 949-271-2727 ext 1. Thank you for your attention to this matter.

Sincerely,

Fr. Robert J. Spitzer, S.J., Ph.D.
President



The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

January 3, 2022

Dear Honorable Patti B. Saris,

My name is Ashley Haseotes, I am the President and Founder of One Mission, a pediatric cancer charity based in Massachusetts, established in 2010. Please accept this letter as my personal character assessment of my friend, Rev. Fr. Emmanuel Lemelson. Fr. Emmanuel and I have known one another since 2011. We first meet as our children attended school together.  It was not just his white collar that allowed me to instantly trust and admire Fr., it was his demeanor; he was and continues to still be a kind, thoughtful, and caring man. He cares about his friends and will often put his own needs and schedule aside to help those in need. He did this for me in 2019 when I became terribly ill. Fr. drove eight hours to come and see me with an hour's notice for a thirty-minute blessing that I asked him to perform. He did not hesitate to come to my aid.

When our children were young, I allowed mine to play with his children, as I have always trusted Fr. implicitly. Once he and his family moved from Massachusetts, our contact became less, as school parties and pick up run ins stopped. However, we kept in contact via phone and text. He has become a trusted friend and mentor to me and my family.

Fr. Emmanuel is special to me in many ways. I am married to a Greek man, and because I was baptized Catholic, I did not need to convert to Greek Orthodox to be married in the Greek church. Later in my life it became important to me to become baptized. Fr. Emmanuel was the first person I called; he was the only priest whom I wanted to share this special moment with. This sacrament is one that was not required of me, rather I chose it, making me able to pick any priest and I chose my trusted friend.

I am aware of the SEC case and verdict, and I believe that Fr. Emmanuel's intentions have always been to speak the truth. I have been watching him put aside his own safety, and emotional needs as he fights for justice in this case as well. Fr. is willing to take the risk in speaking the truth in an effort to protect others from harm.

Thank you for your time.

With Respect,
Ashley Haseotes
ashley@onemission.org



FundsLawyer PLLC
3471 Main Highway,
Suite 1135
Miami, FL 33133
www.fundslawyer.com
786-733-8637

**Joshua M. Stone, Esq.**
Principal, Managing
Member
Mobile: 917.597.9806
js@fundslawyer.com

Licensed: FL, NY, NJ

January 11, 2022

**VIA E-MAIL**
<u>**PERSONAL AND CONFIDENTIAL**</u>
The Honorable Patti B. Saris
United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   <u>Fr. Emmanuel Lemelson</u>

Dear Judge Saris:

I am an attorney licensed in the States of Florida, New York and New Jersey. I have worked as an attorney since 2000, at law firms in New York and Florida and for several year as an in-house general counsel to an investment advisory firm unrelated to Fr. Emmanuel Lemelson ("Fr. Lemelson") or the current case in your court. I am currently a solo practitioner in private practice, focusing on investment advisory clients. I have served as counsel to Fr. Lemelson's affiliate and have known Fr. Lemelson since 2020. In this capacity, I work frequently with Fr. Lemelson, and felt compelled to write to you in his support in connection with the ongoing litigation involving the Securities and Exchange Commission ("SEC"). I am a corporate and compliance attorney, not a litigator, but due to the power of Zoom technology I was able to view large portions of the SEC trial, including the reading of the jury verdict, online.

I find Fr. Lemelson to be an extraordinary and unique individual. It is apparent to me, through my understanding of his actions and his interactions with me over the course of our relationship, that he habitually places others and their wellbeing ahead of his own. During the trial, you heard evidence of this from his friend and neighbor, who testified that Fr. Lemelson did not charge a fee for his advisory work, notwithstanding the substantial profits that he made for the friend and neighbor. I also understand that Fr. Lemelson submitted no less than five whistleblower notices to U.S. regulators concerning what he believed to be wrongdoing on the part of Ligand Pharmaceuticals. This would seem to evidence his willingness to put substantial effort into what he believed to be the right thing and not to shy away from putting his name on any allegations that he raised. I also understand from his testimony that he does not accept compensation for his second occupation as a priest.

As an attorney in private practice, I am called upon to advise other investment advisory clients in connection with their ongoing activities. In the age of social media and constant news feeds (including cable news, radio, podcasts, YouTube, WhatsApp groups, chat boards, etc.) investment advisers and their personnel are engaging in a much wider variety of communications, including by commenting on markets and companies, than was the case earlier in my career. This puts a great deal of "buy side" information into the marketplace, which is of substantial value to investors. I'm sure that some put themselves out there for publicity or marketing purposes, while others just like to contribute to the overall discussion of timely issues in their industry, just like professionals in other fields like law or medicine. The value of "buy side" information is evidenced by the requirement that large institutional investment managers must file periodic public reports with the SEC disclosing certain U.S. securities holdings on Form 13F.  The SEC proposed reducing these reporting obligations in the Summer of 2020 and there was widespread objection to the proposal, many highlighting the value that smaller investors place upon knowing the investment holdings of larger institutional investors. I believe that imposing significant remedies upon Fr. Lemelson may discourage institutional investors who become aware of the facts and context of this case from disclosing their investment research, especially where the research is critical of a powerful and politically connected public company.

Please don't hesitate to contact me if I can be of assistance.

Very truly yours,

Joshua M. Stone

**Dr. Nikolas K. Gvosdev**
**1751 Ministerial Road**
**South Kingstown, RI 02879**
**nearoma@hotmail.com**

November 16, 2021

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Dear Judge Saris:

I am writing on behalf of the Rev. Emmanuel Lemelson. I have been following the SEC case against him and received the news of the verdict delivered by the jury, particularly that he was found "not liable" for the most critical allegations made against him. I am aware that he is appealing the adverse portions of the verdict, but that, while that process is underway, he may still be subject to the imposition of penalties. I would appreciate the opportunity to share with you my knowledge and opinion of Father Emmanuel as you consider that question.

I have known him for a decade, and was introduced to him through my father, the late V. Rev. Kirrill V. Gvosdev (also a priest in the Orthodox Church). Our association has both been personal (in terms of our families and children spending time together) but also professional and intellectual, in that I have benefited from his vast experience in matters concerning finance and investment while I have been able to share, from my background, developments in both domestic and international politics and to discuss with him trends in both geopolitics and geo-economics that might have an impact on markets, especially in terms of commodities. (I hold teaching appointments at the U.S. Naval War College and the Harvard Extension school, and senior fellowships at the Carnegie Council for Ethics and International Affairs, and the Foreign Policy Research Institute. Let me note here I am writing solely in a personal capacity.) While I have not been blessed with a large net worth of my own, I have always benefited from the advice and perspective Father Emmanuel shares about investing, how to value companies and how to move beyond the public relations statements to assess the true or accurate value of a firm's stock. I trust his counsel and judgement and believe that he should be able to continue as an investment advisor to serve those who have entrusted him with their funds and resources.

I have always found his presentations and statements to be based on facts and on his assessments. He always explains his investment philosophy and metrics; he offers detailed commentary with substantial sourcing to explain the sources of his information and the basis for his conclusions. He maintains a high degree of transparency which is the basis for the trust that I and others have in his judgments and conclusions. This is because he calls the situation as he sees it, without fear or favoritism.

Beyond his investment advice, he is also a proponent of good stewardship and the importance of using one's blessings for the good of others and the advancement of the community. I have been blessed to

watch, over the years, the construction of St. Katherine's chapel in Stowe, VT, an endeavor solely financed and supported by Father Emmanuel, which is gifting to the larger community not only a beautiful building whose art and architecture enhances the surrounding community, but as a place for spiritual refuge and counsel.

Should you require further information, I am at your disposal.

With kind regards,

Nikolas K. Gvosdev

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Your Honor,

My name is Thierry Maison and I meet Gregory Lemelson in 2007 Circa3, LLC / Epiphany Labs
when I started to work for him as a Chief Technical Officer.  As an employee of Epiphany Labs,
I could observe Gregory as a fair CEO and Owner of the company, respectful to his employees.
Giving them attention to their issues, open to their suggestions, and initiatives. It was a very
pleasant working environment.

Mutual respect opened the door to friendship.  We separated our business relationship as the
company was closed, but the friendship endures.

The friendship grew to include meeting his family, participating in personal events like his
ordainment into the Orthodox priesthood, traveling together to meet the Orthodox Patriarch, and
many more events.

I guess that his business acuity and analytical skills let him to become an investment advisor, and
I become fascinated to see a person able to separate religion and money.  Probably because a
personal goal of him becoming an investment professional was to help people, rather than
selecting an enrichment path at the depend on others.

There are two kinds of people on this earth, Takers and Givers.  Gregory (now Emmanuel as his
priest-given name) is a Giver and always free to help, I honor that.

Today, many conversations, phone calls, let me understand his philosophy in providing advice to
his clients and I wish he continues to give such wonderful advice.

Help is something Emmanuel is always ready to give, and I always feel no restrictions in
providing the same in my field to technical knowledge on my side.

I am trusting Emmanuel entirely in his actions, knowledge, and advice, and I feel that the court
gives him the opportunity of trusting him the same way.


Respectfully and sincerely,


Thierry Maison

*Joan Marie Jacoby*
3548 E. Westridge Drive
Orange, CA 92867
jjacoby@magiscenter.com
714-287-7959

January 13, 2022

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Your Honor,

It has been an honor and privilege to know Fr. Emmanuel Lemelson since 2009, and I am humbled to be given the opportunity to attest to his exemplary character. I was introduced to Fr. Lemelson by a Jesuit priest, Fr. Robert Spitzer, Ph.D., with whom I have worked closely for thirteen years. Fr. Spitzer was Fr. Lemelson's professor at Seattle University in 1994 and has remained a close friend and mentor to Fr. Lemelson. I, too, have become an associate and close friend of Fr. Lemelson's. He has counseled me in financial matters, his professional specialty, and spiritual matters as a priest.

Fr. Lemelson is a brilliant hedge fund manager who performs a valuable service with his talent as an excellent financial strategist. He taught me about stewardship of money and the responsibility we have managing our assets for not only ourselves but our families and communities. One specific example is very telling of his integrity and strategic ability. A few years ago, I wanted to get into his capital fund group; however, I did not meet the group's financial requirements. He could not make an exception for me because he has a responsibility and fiduciary duty to his investors. He advised me on which stocks to buy, and I did very well. When on one occasion, I did not follow his advice and purchased Aurora Cannabis following a neighbor's tip, Fr. Lemelson cautioned me to get out of it immediately. I suffered a loss however managed to sell it before the stock declined by 80%. I have learned more from him about managing assets than earning an MBA from Pepperdine University. He has also counseled me and taught me the value of praying for our enemies, whether perceived or real. He has demonstrated in his own life the importance of committing ourselves to God and trusting God throughout tribulations. His counsel to me on specific financial and moral matters has been invaluable.

In the course of many conversations over the years with Fr. Lemelson and a few visits, I got to know his magnificent family. His wife Anja and their four children are the epitome of what a family looks like that is in awe of God and considers God first in all decisions. His children are joyful, disciplined, bright, educated, and beautiful. They have already demonstrated their understanding of contributing to society as a greater source of happiness than just living to enjoy life on a comparative level or even just to satisfy appetites. His wife and children are outstandingly

good-looking, but their inner beauty is the true illustration of their values and lifestyle. His relationship with his wife, whom I perceive as loving each other only under God, is admirable. Besides her beauty and devotion to her husband, their four children are their fruit – it is, again as I perceive, a true manifestation of reaping what you sow.

Fr. Lemelson is a brilliant hedge fund manager. He could not turn a blind eye to fraud, deceit, and corruption in public markets, which ultimately led to him becoming an activist.  Fr. Lemelson has exposed improprieties at multiple publicly traded companies during his career– often to his detriment, including death threats and other threats to his livelihood *and even his family*. His work in uncovering accounting and securities fraud is usually classic David versus Goliath since he is willing to take on much bigger entities than himself.

The Fr. Lemelson I know is honest to a fault. What would an Orthodox priest gain by manufacturing any lie or exaggerating any truth? What could he possibly gain? Conversely, he has everything to lose, but being the man he is, he does not back down when he feels there is wrongdoing. His courage to pursue truth and expose wrongdoing has been a part of his life, seemingly since the beginning. He does this because he knows the truth will do immense good for all of us! We often turn a blind eye to corruption and greed and deceit because we don't have the intelligence, courage, or tenacity to do otherwise. Fr. Lemelson has picked up his slingshot and fired at Goliath more than once in his life. He is not one to "do nothing!" As Edmund Burke and/or John Stuart Mill said, "The only thing necessary for the triumph of evil is for a few good men to do nothing."

Fr. Lemelson, in my estimation, is a genius on many levels. Still, more remarkable than his marvelous intellect is his courage – which can only be attributed to his unflagging faith in God. Fr. Lemelson has risen to the challenge and well understands the Lucan quote (Lk. 12:48) "To whom much is given, much will be required." It is my belief that God chose Fr. Lemelson because he is a braver, stronger, more brilliant, faith-filled man than most and is equipped with the armor of God to pursue truth, goodness, and fairness against all odds.

It is an honor to submit this testament to the character of Fr. Emmanuel Lemelson. I am happy to provide any further information.

Sincerely,

*Joan Marie Jacoby*

Joan Marie Jacoby
Executive Assistant to the President
Robert, J. Spitzer, S.J., Magis Center

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Dear Judge Saris,

My name is Savvas T Stefanides. I have been in the practice of law for over 25 years.  I am the panel Chairman of the State Bar of Texas Grievance Committee. My law practice focuses on immigration law. I am familiar with the case against Fr. Emmanuel and the verdict.  I am compelled as an officer of the court to provide firsthand knowledge of Fr. Emmanuel Lemelson.

I have known Father Lemelson for almost a decade. We are both personal friends, and he is my spiritual guide.  Father is a genuine person that will give his honest and unbiased feeling and opinion.  He focuses on the positive and provides guidance on neutralizing the negative. He cares about the well-being of others and is protective of the weak.  I have personally experienced his generosity, unfiltered love, and caring for the weak and unfortunate. Those in need benefit from his success and talent.  He is a real-life servant for the benefit of the minority in our society.

Father Emmanuel has never refused a request to help an immigrant family or individual in need.  He is available to counsel or provides any way he can without question.

Father Lemelson provides religious and spiritual guidance to those who might feel unworthy or outsiders in society.  He always sees with love and not selfishness or biased. He sees people as individuals that matter and are important to society.

Fr. Emmanuel is transparent and honest. I personally trust him and have never seen or known him to be misleading or deceptive. His focus is family, helping his fellow man, and faith.  Father Lemelson has been a guiding light and a beacon of hope and positive energy in my life directly.  In my personal time of need, he has made himself available with a pure and open heart without judgment.

I have known Father Lemelson guide the young who feel lost and confused to know that they are loved and not judged.  He has reinforced their importance to society and the planet.

I respectfully pray the court does not impose a harsh penalty and allow him to continue doing good to society and the planet.

Sincerely

*Savvas Stefanidis*
Savvas Stefanides

S T Stefanides
P.O. Box 27701-520
Houston, Texas USA 77027
Tel 713-961-1000

To

The Honorable Patti B. Saris

United States District Court for the District of Massachusetts

1 Courthouse Way

Boston, MA 02210

Your Honour,

I am writing in accordance with Fr Emmanuel Lemelson's SEC case and the allegations of the adverse parts of lack of fidelity and reliability.

My name is Anargyros Skaliotis and I am a professional iconographer. I have owned and run a Byzantine art studio in Athens, Greece since 1996. I have created many icons for churches,private collections in Greece and abroad, and also worked church decorations with murals and restoration.

I first met Fr Emmanuel Lemelson in 2018 in Athens for professional reasons as he was interested in having some Byzantine icons and murals painted for Saint Catherine's Greek Orthodox chapel in Vermont.

I visited him in Vermont about 2 years ago where I had the chance to meet his whole family and see in person how much he loves and adores his wife and his 4 adorable children whom he raises according to

the Greek Orthodox faith and devotion. I have also attended two AMVONA FUND meetings/conferences,one in Athens and one in Vermont, where I discussed with his friends and business partners, all of whom honour and trust him as I do.

I am grateful that in my whole life, God has protected me and kept me away from evil people and my path has only been crossed with people of good soul.

One of these people is Fr Emmanuel Lemelson.

At first, it sounded a bit weird and unorthodox to me for an Orthodox priest to be involved in financial funds but the magnificent is the fact that despite this, his soul and personality have remained pure and unspoiled.

I trust Fr Emmanuel Lemelson one hundred precent even with my life.

He is a person of great integrity who stands up to injustice and deceit of any kind and extent.

He would treat in the same way and attitude a little child who stole some candy and a powerful multinational corporation that could crush him to the ground.

His reaction would be the same: DON'T STEAL, it's a sin against God and people. I wish I had the courage to do such a thing.

Between us there has always been mutual trust and respect and I know that he has been fully honest to me. Both our professional and financial transactions can be marked as totally transparent.

I clearly remember the day he described to me the unfortunate ending of his cooperation with the Greek representative of his fund in Greece.

When I asked him the reason, he answered,-"He lied to us, twice".

From his reaction I could easily come to the conclusion that all he asks for, from the people he works with, is to be as honest and reliable as he is because truth always comes first.. That's it!

He could have settled with the SEC but that would mean betraying his principles and accepting the unfairness he is trying to extinguish.

He belongs to that rare category of human beings that you cannot believe really exists because he is the one who will bravely raise his voice against injustice when all the others will remain cowardly silent, he is the one who will lead the way for the others to follow. A true hero. A David of our days against an incredibly powerful Goliath.

I strongly believe that if all people were as intolerant to injustice as Fr. Lemelson is, our world would be much better.

I am aware of the SEC case as well as the mixed jury  verdict  and I hope and wish that justice will ultimately fully prevail because he is like St.John the Baptist, a crying voice in the desert, a ray of light in the thick evil darkness we live in.

 I trust that you will treat him as a man who is standing his ground, fighting for a better world for all of us.

Yours faithfully,

Anargyros Skaliotis

*ANARGYROS SKALIOTIS*

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Dear Judge Saris,

I write this letter on behalf of Fr. Emmanuel Lemelson, after learning of his recent trial and verdict.

During that time that I got to know him, I was a parishioner and the Chanter at the Greek Orthodox Church in Keene, New Hampshire.

I now live in Connecticut, and I haven't seen him for a while, though we keep contacting at least twice a year by phone

In Keene, the church where I met him serves around 60 families that live around that area.

The attendance of the church is small, and it couldn't afford a permanent priest. We belong to the Greek Orthodox Metropolis of Boston who is responsible to assign a priest to serve our community every weekend. We were assigned to be served by priest who were available to come to Keene which is about 2hr far away from Boston.

In May 2015, Fr Lemelson was assigned to serve in our church. He impressed us with his character and enthusiasm, so we asked the Metropolis if we can have him every Sunday to do the service.

It was an honor to serve under him. He chants really good, and he taught me a lot about chanting, the needs of the church and how to have a better outlook of the future.

I grow up in Greece and we had a lot of common things to talk about since he had lived in Greece for a few years.

His sermons were great. We all enjoyed listening to him because his sermons had a more realistic view of Christianity towards faith, believe, the institution of Church and society.

We all enjoyed talking to him that we were keeping him much longer after the coffee hr. so we can talk to him.

We were also impressed that his whole family with their newborn baby was coming from Boston to attend the liturgy.

He is well travelled, and he has been exposed to people from other cultures. Living in Keene, NH is not so great, kind small city mentality and having to talk to such full of energy family was an inspiration to many other people into our community.

Knowing his background and his other occupations, you may easily misjudge him, however, if you really get to know him, you will realize that he is very kind, honest, personable, and very humble person.

I believe, in August 2015, a reporter from Wall Street Journal was writing an article about the Orthodox Church.

I believe he visit us twice and he spoke to all of us. We showed him how generous Greek people can be and we showed him the Sacraments Father was performing during a service. We were genially nice to him.

We were also very excited that a reporter from such a prestigious newspaper will write about our Orthodox Church.

The Orthodox church tries not to proselytize people. We want humble people who believe in Christ come to our church.

In October 28, 2015, (it happens to be the day that the Greek people opposed to Italy and Germany to allow Axis forces enter the Greek territory during the 2nd WW) we read a horrifying story about our principles and Fr Lemelson. The article had distorted everything we had said to the reporter. He published parts of our statements in such a way to make our church and Father look bad.

We could not believe it. Indeed, one of the saddest moments weekends of our lives.

The following Sunday, our bishop, Metropolitan Methodios sent a different priest.

We tried to reach out to the Metropolitan to ask his Eminence that we wanted Father Lemelson back, but he refused to talk to us.

We send a letter to the Metropolitan, but he never acknowledged us.

We all called Fr. Lemelson quite a few times and we asked him what he would have liked us to do, but he always spoke to us in a humble way that, "the truth will shine".

We saw him again on the baptism of his daughter Isadora which was at the Chapel of the Holy Cross in Brookline MA.

I kept our friendship because I value him as a person.

Please do not hesitate to contact me if needed or to testify.

Sincerely,

*Peter Andonellis*

Peter Andonellis
Plant Manager

Culture Fresh Foods, Inc.
162 Spring Street
Naugatuck, CT 06770
Cell: (603) 903 4177

The honorable Patti B. Saris
United States District Court
For the District of Massachusetts
1 Courthouse Way
Boston, MA 02210


When I first met Rev. Father Emmanuel Lemelson, I learned that, in addition to his
mother being from the Greek island of Crete where my father was born, he shared
my father's first name. These coincidences helped establish a bond of friendship
and respect that has strengthened over the last several years that I have known him.

On an impromptu visit with two friends, to the unfinished chapel that he was
building, Father Emannuel cheerfully invited us inside and enthusiastically
described the background and construction of this building that he was so proud of.

When the chapel was completed, my 17-year-old granddaughter, Olivia, and
sometimes my daughter would join me in attending Sunday Liturgy. Having never
experienced Greek Orthodox services, Olivia embraced this new discovery, largely
due to Father Emmanuel's influence. She loves attending services and even joins in
singing the Greek hymns. Father encouraged her participation and even invited her
to present a reading one Sunday.

If we miss a Sunday, Father often texts to check on us. More than once he has asked
if I needed a ride, if I was not up to driving the 15-minute trip. Father said he always
looked forward to seeing my face in the congregation.

One week he asked me to make the sacramental bread which is offered to each
person at the end of the liturgy. He always wraps a few pieces for me to take to my
daughter and her husband.

I am also impressed by Father Emmanuel's thoughtful consideration for the
limitations of my age -- 87 years old. He often signals to me to sit during the
services so that I do not get too tired.

These are just a few of the countless examples of his kindness and genuine concern
for our well-being. Father Emmanuel's thoughtfulness and graciousness is with us
always.

Sincerely,

*Renee Lampros Brown*

Renee Lampros Brown
rlbdesigner@hotmail.com
802-498-4196

Charles Davis
20 Apple Blossom Ln.
Corrales, NM 87048
505-480-1524
Charliejdavis18@gmail.com

1/18/2022

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: Fr. Emmanuel Lemelson

Dear Judge Saris,

The purpose of this letter is to explain the outstanding positive character of Fr. Emmanuel Lemelson. My name is Charles Davis, I am a self-employed small business owner in New Mexico. I know Fr. Emmanuel in the capacity of being an investor in his actively managed fund. I have been an investor with Fr. Emmanuel since April 2021. Although I don't have extensive time knowing Fr. Emmanuel I have spent a large amount of time over the last 9 months getting to know him personally and professionally. Speaking strictly as an investor, it takes a large amount of trust to invest hard earned money with a fund manager. Not only do you have to trust their ability to make prudent financial decisions but also trust their character and integrity to do well by their investors. Fr. Emmanuel is like no other fiduciary that I have ever met. He is extremely transparent and makes it a point to temper expectations rather than promise specific returns. Rather than try to hide the SEC allegations and case he has openly spoken about the case and made investors aware of the ongoing trial. Most fund managers trying to recruit investors would try to hide this case or at least not call any attention to it, where-as Fr. Emmanuel has gone out of his way to inform me of the allegations.

Fr. Emmanuel takes his warm experience as a Greek Orthodox Priest and applies it to his relationships and his investing strategy. He genuinely cares about his investors as though they are part of his congregation, as if he is a Shepherd caring for his flock. As an example, Fr. Emmanuel regularly checks in on my family and sends kind messages on holidays to send his regards. Our conversations are not the general "small talk" type as he remembers specifics about my life and family. I imagine that I am one of his smaller investors, monetarily speaking, however he makes me feel like I am his only investor. I cannot think of one other fund manager that takes personal time on Christmas to reach out and send regards. It is my hope that this letter of character reference is used to show that Fr. Emmanuel is a good man of strong character and integrity. I firmly support and stand by him and will continue to rely on Fr. Emmanuel as my investment advisor.

Respectfully,

Charles J Davis

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Judge Saris,

I would like to take just a moment of your time to pen this letter of endorsement for Father Emmanuel Lemelson. I have known Fr Lemelson for a short five months and have been an investor for the last three. I was introduced to Fr Lemelson by a mutual colleague with whom I work and trust.

The first conversation I had with Fr Lemelson we spoke for more than an hour and before we finished our first conversation the lawsuit with the SEC was brought to my attention.

Not only did Fr Lemelson tell me the specifics of the case; He insisted that I do my own research regarding the case with the SEC to make sure I was comfortable with all that had transpired. I then, independent of the Fr Lemelson's team, read and followed the case before I became an investor.

Please know that Fr Lemelson has been more than transparent regarding the facts and outcomes of the case and I have informed Fr Lemelson that I would like him to continue as my investment advisor.

I have found Fr Lemelson to be a honest, sincere and capable man with whom I am proud to be associated with. I do not know any investment advisor that will spend the time that he does with his investors trying to make sure we are all well-educated and informed. He went as far as sending me a reading list of books to make sure I am growing as an investor under his tutelage.

I hope that this letter will display the admiration and respect I have for Fr Lemelson.

Sincerely,

Graves Erskine



# CHURCH of the LIFE-GIVING FOUNTAIN
## "ZOODOCHOS PEGHE"
### GREEK ORTHODOX ARCHIODIOCESE OF AMERICA
### ΙΕΡΑ ΑΡΧΙΕΠΙΣΚΟΠΗ ΑΜΕΡΙΚΗΣ
**314 North Fifth Street       Martins Ferry, OH 43935**
**Telephone: (740) 633-3707**

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

January 18, 2022

I am writing with regard to Fr. Emmanuel Lemelson.

I have known Fr. Lemelson for twenty years, since we were both students at Holy Cross School of Theology in Boston. I am aware of the SEC case involving him and Ligand Pharmaceuticals and the verdict in that case.

As long as I have known Fr. Lemelson he has been a bit of an entrepreneur. While other students worked odd jobs, he ran his own business. I observed something of his business dealings even while we were students. He seemed at that time to be a man of integrity, dealing professionally, competently and ethically both with his suppliers and employees. I was particularly impressed that he seemed to take care that his suppliers treated their own workers with integrity. This went beyond mere good business practice. I have always found him to be truthful and honest to the best of his knowledge of any situation. I observed that he was charitable with his earnings. Also that he was loyal and careful in caring for his family. It is not unusual for Greek Orthodox clergy in this country to have had previous careers. Nor in the broader case of Orthodox clergy in this country is it particularly unusual for clergy to have a second employment aside from priestly service. I know clergy who are teachers, laboratory supervisors, software programmers and EPA inspectors.

Respectfully,

Fr. Michael Ziebarth
Pastor of Life-Giving Fountain Greek Orthodox Church
Martins Ferry, Ohio 43935

Rev. Father Nicholas M. Kastanas
11 Frank Street

North Chelmsford, MA 01863


January 19, 2022


The Honorable Patti B. Saris
United States District Court for
the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: Letter of support on behalf of the Rev. Father Emmanuel
Lemelson

It is my distinct pleasure to offer a note of support on behalf of Rev.
Father Emmanuel Lemelson whom I have known since 1999.

Father Emmanuel was my student between the Fall 1999 and the
Spring of 2003 at our Holy Cross Greek Orthodox Theological
School of Graduate Studies at 50 Goddard Avenue, Brookline, MA,
where I have served as Professor for 39 years.

I found Fr. Emmanuel to be studious, reverent, respectful, and of
high moral character. He was very dedicated to his mission of being
faithful and preparing to serve the Greek Orthodox Church of
America as a Greek Orthodox Priest.

Case specifically, he was always honest, transparent, and diligent in
every interaction with me in and out of the classroom setting. I
clearly remember how impressed I was by his words and actions
being in sync. There was nothing deceptive or fraudulent about him.

-2-

Furthermore, I am fully aware of the SEC case and the verdict. I am convinced that Fr. Emmanuel has always exercised the highest standard of ethical integrity. It is visible in his verbal dealings with me which confirm that he speaks and acts with sincerity, decency, and kindness.

In conclusion, it my rich blessing to offer this character letter in unconditional support of Father Emmanuel Lemelson and his superior character. He is a fine, upstanding Priest whom I know to be trustworthy in every way, shape, and form.

Rev. Father Nicholas M. Kastanas
Greek Orthodox Priest of 37 years
Of the Greek Orthodox Archdiocese of America
Professor of Byzantine Hymnology
Holy Cross Greek Orthodox Graduate School of
Theology, Brookline, MA (39 years)
Parish Priest of The St. Athanasius Greek
Orthodox Parish for 28 years (retired)
Frnmk@aol.com
Mobile 978 799-8237
 978 758 5411

January 18, 2022

Rolando & Irene Silva
6340 Riviera Dr.
Coral Gables, Fl. 33146

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, Ma 02210

Honorable Patti B. Saris:

My wife Irene and I both met Fr. Lemelson at the Trapp Family Lodge in Stowe, Vermont on July 30th, 2018, where we own a vacation Home. We typically spend one week in the summer and another at New Years' time with our entire family.  We have owned property at the Trapp's for over 30 years. We live in Miami Florida and we welcome the change of scenery.  We were attending the Kids' Adventure Games, a race in which 6 of our 8 grandchildren were participating that summer.  Fr. Lemelson's daughter was also participating. We were both casually waiting under a tree enjoying the shade and cool mountain breezes when we casually struck a conversation about the day's events. We were both waiting for the Award ceremonies to begin.  Four of our grandchildren ended up receiving award medals that afternoon and so did Fr. Lemelson's daughter.  As in all things of God, we connected immediately, and we began to talk.  It turned out that we had a great deal in common and many mutual interests: Faith, Religion, love of the mountains, outdoor activities, and family values to name but a few.

Irene and I are actively involved in our parish at St. Hugh Catholic Church in Miami where we live. Irene and I have been married for 47 years and we are blessed with and very close to our family. We volunteer in our church, we lead a Marriage Ministry, belong to the Parish Council, Financial Council, etc. etc.

We left Stowe after our vacation was completed, not knowing at the time that we had gained a new friend. We have continued our long-distance communication over the years. When we returned to Stowe the following winter, we visited St. Katherine Orthodox Chapel. I, being an Architect, and Irene, an Engineer, were truly impressed at the effort, attention to details and the love that Fr. Lemelson had devoted to building this beautiful gem of a chapel in the middle of the Vermont woods in Stowe.

Gradually, we also became interested in some financial aspects, when Fr. Lemelson introduced us to the Spruce Peak Fund, a Fund that he runs and of which he is the Chief Investment Officer. We were impressed with the financial achievement of this fund and trusting him implicitly after learning about this Fund, we decided to give it a try and invest $300,000.00 in this fund.

We have no qualms or doubts as to whether to continue investing with Fr. Emmanuel and as a matter of fact, we are even considering increasing our financial exposure and would like him to continue as our financial advisor. We feel extremely comfortable with Fr. Lemelson being at the helm of this fund. We have always found him to be a person of character, trustworthy, truthful, and transparent in all of our exchanges. We also find him to be extremely knowledgeable in matters of Religion and in financial matters as well as a very intelligent person.

I became fully aware of the case against him and have read most of the information regarding the case against him. We were proud and elated to find out he had prevailed on key allegations in the case brought by the SEC.  It is my understanding, however, that the jury did find him liable for other statements, in which a fine or penalties could still be assessed. To the extent that we can influence the Court, we offer our wholehearted and enthusiastic support to Fr. Lemelson. We recommend if it is possible to have these possible penalties waived in their entirety if the court pleases and ultimately judge in his favor so that he can finally clear his good name and restore his good standing, an end befitting of Fr. Lemelson's good character.

Please feel free to contact me and /or Irene at 305-519-3019 rsilva@silvaarc.com  & ifraga@fragaeng.com  if we can be of any further assistance or need further clarifications.


Sincerely yours,

*Rolando & Irene Silva*

Rolando & Irene Silva.
**Rolando Silva, AIA**
SILVA ARCHITECTS
135 San Lorenzo Avenue
Suite 880
Coral Gables, FL 33146

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: Father Emmanuel Lemelson

Dear Judge Saris,

I am writing to you about Father Lemelson and my experiences with him as an investment advisor. I've known Father Lemelson for approximately 6 years. I read about Father Lemelson and his hedge fund in one of the investment newsletters I subscribe to. I reached him to find out more about his fund and investment philosophy. Father Lemelson was gracious enough to return my call. We spent about 30 minutes on the phone discussing value investing and analysis. I was not in a position to invest with his fund at that time, but he shared his funds quarterly reports and securities analysis.

About 18 months ago I had an opportunity to invest in a new fund with Father Lemelson. He did make me aware of his SEC case. I did my due diligence on the case and still felt comfortable investing in his fund. The case to me was an example of a large corporation leveraging the SEC to silence a critic. It would be a shame if Father Lemelson were restricted from continuing his responsibilities as the fund manager and investment advisor. In my opinion, Father Lemelson cares about all of his clients, large and small, and has their best interest at heart. We would do well to have more fund managers like Father Lemelson in the industry.

Thank you for your time and consideration your Honor.


Respectfully,

*Rodney Bennett*

Rodney J Bennett
President
Commercial Capital, Inc.