```
 1  SEC v. Lemelson - Trial Day 2
 2  Kathy Silva, court reporter kathysilva@verizon.net
 3
 4          THIS IS A ROUGH DRAFT TRANSCRIPT.
 5
 6          THIS UNCERTIFIED ROUGH DRAFT TRANSCRIPT HAS NOT BEEN
 7  PROOFREAD OR CORRECTED. EDITING WILL BE COMPLETED IN THE
 8  PREPARATION OF THE CERTIFIED TRANSCRIPT, RESULTING IN
 9  DIFFERENCES IN PAGE AND LINE NUMBERS, PUNCTUATION,
10  FORMATTING, SPELLINGS AND CHANGES OR CORRECTIONS, IF
11  NECESSARY.
12
13          THIS UNCERTIFIED ROUGH DRAFT TRANSCRIPT OR ANY
14  EXCERPTS THEREOF CANNOT BE QUOTED IN ANY PLEADING OR FOR ANY
15  OTHER PURPOSE AND MAY NOT BE FILED WITH ANY COURT OR OTHER
16  TRIBUNAL.
17
18          THIS DRAFT TRANSCRIPT IS SUPPLIED TO YOU ON THE
19  CONDITION THAT THE PARTY'S EXPERTS, CO-COUNSEL, AND STAFF MAY
20  HAVE LIMITED INTERNAL USE THEREOF AND, UPON RECEIPT OF THE
21  FINAL EDITED, CERTIFIED TRANSCRIPT, THIS DRAFT AND ANY COPIES
22  THEREOF SHALL BE DESTROYED.
23
24
25
```

```
 1   clinical trials done on the drugs?  Nobody expressed that
 2   concern to you, did they?
 3   A.   The way that that report was ever -- whenever it was
 4   brought up, it was brought up I saw this report on Seeking
 5   Alpha published.  It talked about licensor Viking being a fraud
 6   or stuff like that, it just came up in that context.  It wasn't
 7   anybody talking about specifics in the report.
 8   Q.   Right.  So nobody as far as you knew misunderstood and
 9   said oh, my God these drugs are going to go to market and no
10   one's going to have done any trials on them.  Right?
11   A.   No one would ever think that.  They could never get to
12   market.
13   Q.   It would be impossible.  It would be physically
14   impossible.  That could never happen?
15   A.   I think it's legally impossible.
16   Q.   Maybe a better term.  It would never happen it has never
17   happened you're in this industry you've never heard of every of
18   such a thing, correct?
19   A.   Not recently, no.
20   Q.   And nobody ever came up to you and said whoa, why are your
21   financial statements in the S-1 unaudited how could you do such
22   a thing nobody ever expressed such a concern to you did they?
23   A.   Well, the quarters in that document are unaudited because
24   they don't audit the quarters.  They audit the years.  So.
25   Q.   We're on the same page.  My question is simply nobody ever
```

1   came up to you and expressed exacerbation like how could you
2   file an S-1 with unaudited -- with unaudited financials?
3   Nobody ever expressed that concern to you?
4   A.   No.  Everybody understand an S-1 has audited financials.
5   Q.   So as far as you know, nobody cared about the two
6   statements that the SEC is challenging in Father Lemelson's
7   July 3, 2014 report about Viking, correct?
8   A.   I don't know, as I sit here --
9   Q.   I'm asking as far as you know?
10  A.   I don't know what drove investor decisions, if it was
11  something in the report.
12          THE COURT:  Listen to his question did any investor
13  call you up or call anyone in the company and say I'm worried
14  about these two statements?
15          THE WITNESS:  No.
16  Q.   Okay.  When you became aware of Father Lemelson's report
17  in July of 2014 we saw you forwarded it to the people up worked
18  with at Viking, right?
19  A.   That's right.
20  Q.   And none of the people you worked with at Viking ever
21  expressed any concern about that report?
22  A.   Well, because I told them don't worry about it basically.
23  I did that to head off any potential concerns because some of
24  these people hadn't worked in the equities industry ora startup
25  or anything like that.  So wanted to head off --

**UNEDITED DRAFT TRANSCRIPT**

1  Q.   My question is simply after you forwarded them the report
2  nobody you worked with ever expressed any concern to you about
3  it, correct?
4  A.   After I reported the report, they did not.
5  Q.   Right.  And that was the first time they saw the report,
6  right, as far as you know?
7  A.   As far as I know, yeah.
8  Q.   Right.  And you personally weren't concerned about Father
9  Lemelson's report that mentioned Viking, right?
10 A.   Well, I knew the facts.  So I wasn't concerned.
11 Q.   And Viking never issued any kind of public statement that
12 Father Lemelson's statements in this report were false, did it?
13 A.   As a private company, you typically wouldn't issue a
14 rebuttal.
15 Q.   So is that a no?
16 A.   We did not issue any statement about it.
17 Q.   Now, Ligand -- Ligand issued a lot of press releases in
18 2014, right?  You were following Ligand?
19 A.   Not really closely, no, I was not.
20 Q.   Do you know whether Ligand issued any press releases?
21 A.   I'm sure they issued press releases I'm not on there
22 subscription list.
23 Q.   They issued more than 40 press releases in 2014?
24 A.   I don't know.
25 Q.   Spigot out almost one a week in 2014, right?

**UNEDITED DRAFT TRANSCRIPT**