# Exhibit I

Placeholder for Native MP4 file: Trial Exhibit 2, Recording of Father Emmanuel's June 19, 2014 pre-market interview with Benzinga