# Exhibit M

Placeholder for Native MP4 file: Trial Exhibit 143, Father Emmanuel's August 13, 2014 pre-market interview with Benzinga