# Exhibit N

Placeholder for Native MP4 file: Trial Exhibit 146, 9/16/2014 Father Emmanuel's September 16, 2014 pre-market interview with Benzinga