# Exhibit O

Placeholder for Native MP4 file:Trial Exhibit 149, 10/16/2014 Father Emmanuel's October 16, 2014 pre-market interview with Benzinga