Notes – June 18th, 2014

Received two calls from Bruce Voss at – PR firm for LGND. Called Bruce back at approx... 1 p.m. on Tuesday June 18th, 2014.

He introduced himself as the company's PR firm for the last seven years and said John Higgins brought him over from the last firm that was sold.

He asked me if I was a priest and said he had done some background checks on me... and that it was the first time he had spoken with a priest on wall street.

Explained to him that there is a balance between not wanting to say something negative about a company, protecting shareholders.

He asked about the WWE short, and what our intentions were with LGND, and if we had published or given the report to anyone else other than SeekingAlpha. Responded simply that the anyone would hope there investment reports were read, and that that is why it was published on SeekingAlpha. In hindsight he seemed very concerned about the parallel to WWE.

He asked if we had spoken to anyone who worked in countries where the new Hep C medications perhaps would not be used (perhaps b/c of the expense).

I pointed out that much of the response to the report appeared to be directed by the company, but he said the company has not made a response and has no control of what others write. I pointed out the updated Roth capital report, and he said something about that being "Joseph", but I told him that was not the name of the analysts at Roth.

Got the feeling immediately that he was not only fishing for information, but also trying to figure out if they could get me to change my position.

Also felt he was quite disingenuous, and trying to get me to believe there was material, non-public information that would prove I was wrong.

He had a list of questions he wanted to ask on the phone, realized through the conversation he was taking notes of the answers.

He asked about AUM, long vs. short in the fund, etc. etc. – told him none of that info. was available.

He kept trying to press what we were going to do with the information that might come out of the CC.

I asked him if the sole purpose of his call was simply vet if the 4 p.m. call made sense... he said that was the purpose of the call, but was continually surprised that he was taking notes.

He seemed to want to continue to extrapolate information out...

He said that the only way a company could be worth zero if there was fraud or not pipeline, I pointed out that the outstanding risks were greater than any possible measurable benefit.

EXHIBIT
48
18-cv-11926-PBS

SEC-Lemelson-E-0586677

He made many mistakes on the phone, like asking why we would disagree with GSK analysts, and I pointed out that there was no evidence Novartis would continue to invest in Promacta. He said the company agreed that Gilead's drug would eliminate the need for Promacta and understood that.

He said the company did not agree with the position…. I pointed out repeatedly that nobody had refuted any of the evidence presented in the report.

He kept asking what I would do with the information if we had the call, and I pointed out that we would be happy to learn where we were wrong in the report, and that if the company really felt good about their future prospects why would they not take the call to refute the report?

He was silenced my most of the responses.

He continually asked what our intentions where, and wanted to know if we would write something else to change our opinion – I pointed out that if there was a material change in the evidence that was presented, we would take it into consideration.

He wanted to press the idea of how we could disagree with so many analysts, and I simply pointed out that for a speculator no price is too high, but the company ought to be more prudent in how it relays information to investors, because there is no certainty in the pipeline. .

Overall was left with the impression that this call indicated their fear of the report and its potential consequences – and that they were a bit in crisis mode.

SEC-Lemelson-E-0586678