**To:** Emmanuel Lemelson - Lemelson Capital Management, LLC (el@lemelsoncapital.com)[el@lemelsoncapital.com]
**Cc:** Trani, Peter[ptrani@btig.com]
**From:** Jacobi, Dennis
**Sent:** Thur 6/19/2014 4:07:26 PM
**Importance:** Normal
**Subject:** Fed Call
image001.gif

**Unapprove**

AE

Dest

Portfolio

Action

Quantity

Security

Type

Avg Px

Broker

Comm

OtherFees

Net Amount

T Date

Curr

**Details**

Details


Dennis

TSMR



SEC-Lemelson-E-0820652

lml10366

Cover

4,050.00

LGND

csus

65.6873

BTIG

30.3800

0

-266,063.9450

06/19/2014

USD

OK


Dear Emmanuel


Per my calculations, the above trade should cover your current Fed Call.


Also, per your instructions, the closing methodology for the above trade will be LIFO.


Dennis


Dennis Jacobi | Senior Vice President | Prime Brokerage | 825 Third Avenue,

6th Floor New York, NY 10022 | (212) 527-3519 |Fax: 212-593-4488 |AOL IM: djacobi@btig.com |EMail: djacobi@btig.com

Disclaimer: https://btig.com/disclaimer.php   --

SEC-Lemelson-E-0820654