## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

GREGORY LEMELSON and LEMELSON CAPITAL       Civil Action No. 1:18-cv-11926-PBS
MANAGEMENT, LLC,

Defendants,

and

THE AMVONA FUND, LP,

Relief Defendant.

### PLAINTIFF'S SECOND AMENDED INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, plaintiff, the United

States Securities and Exchange Commission (the "Commission"), hereby amends and updates its

initial disclosures as follows:

### I.      Individuals Likely to Have Discoverable Information

The following individuals and entities currently known to the Commission who are likely

to have discoverable information that the Commission may use to support its claims.  While the

Commission may not rely on all of the listed persons, it discloses these persons to defendants as

persons who may have discoverable information.  The Commission reserves the right to

supplement and/or amend this list as discovery progresses.

1.      Gregory Lemelson
        c/o Douglas S. Brooks
        LibbyHoopes, P.C.
        399 Boylston Street
        Boston, MA 02116

2.      Lemelson Capital Management, LLC, including Lester Firstenberger, John Zoraian,
        and Brett Logan
        c/o Douglas S. Brooks
        LibbyHoopes, P.C.
        399 Boylston Street
        Boston, MA 02116

3.      The Amvona Fund, LP
        c/o Douglas S. Brooks
        LibbyHoopes, P.C.
        399 Boylston Street
        Boston, MA 02116

4.      Michael Johns
        4341 Knollwood Drive
        Emmaus, PA  18049

        Communications with Defendant Lemelson, information concerning Defendants'
        false and misleading statements, and services provided to Defendants.

5.      Bruce Voss
        c/o Bradley J. Bondi, Esq.
        Cahill Gordon & Reindell LLP
        1990 K Street NW, Suite 950
        Washington, DC  20006

        Communications with Defendant Lemelson concerning Ligand.

6.      Lippert/Heilshorn & Associates
        c/o Bradley J. Bondi, Esq.
        Cahill Gordon & Reindell LLP
        1990 K Street NW, Suite 950
        Washington, DC  20006

        Communications with Defendant Lemelson concerning Ligand.

7.     Dr. Nicolas Jabbour
       139 Rugby Road
       Longmeadow, MA  01106

       Communications with Defendant Lemelson concerning The Amvona Fund and
       Promacta.

8.     Viking Therapeutics, Inc.

       c/o Bradley J. Bondi, Esq.
       Cahill Gordon & Reindell LLP
       1990 K Street NW, Suite 950
       Washington, DC  20006

       Viking's business and relationship with Ligand, and related SEC filings.

9.     Brian Lian, PhD, CEO, Viking Therapeutics, Inc.
       c/o Bradley J. Bondi, Esq.
       Cahill Gordon & Reindell LLP
       1990 K Street NW, Suite 950
       Washington, DC  20006

       Viking's business and relationship with Ligand, Viking's intent in 2014 to conduct
       preclinical studies and clinical trial with respect to the five drug programs it licensed
       from Ligand, actual preclinical studies and clinical trials performed by Viking from
       2014 to present, and Viking's SEC filings.

10.    Ligand Pharmaceuticals Inc.
       c/o Bradley J. Bondi, Esq.
       Cahill Gordon & Reindell LLP
       1990 K Street NW, Suite 950
       Washington, DC  20006

       Ligand's business and relationship with Viking, its 2014 financial condition and debt
       financing transaction, the impact of Defendants' scheme on Ligand's business,
       shareholders, and share price.

11.    John Higgins, CEO, Ligand Pharmaceuticals Inc.
       c/o Bradley J. Bondi, Esq.
       Cahill Gordon & Reindell LLP
       1990 K Street NW, Suite 950
       Washington, DC  20006

       Ligand's business and relationship with Viking, its 2014 financial condition and debt
       financing transaction, Ligand's revenue from Promacta from 2013 through 2019, the
       impact of Defendants' scheme on Ligand's business, shareholders, and share price.

12.     Matthew Foehr, COO, Ligand Pharmaceuticals Inc.
        c/o Bradley J. Bondi, Esq.
        Cahill Gordon & Reindell LLP
        1990 K Street NW, Suite 950
        Washington, DC  20006

        Ligand's business and relationship with Viking, its 2014 financial condition and debt
        financing transaction, Ligand's revenue from Promacta from 2013 through 2019, the
        impact of Defendants' scheme on Ligand's business, shareholders, and share price.

13.     Keith Marschke, PhD, SVP, Biology and Scientific Affairs,
         Ligand Pharmaceuticals Inc.
        c/o Bradley J. Bondi, Esq.
        Cahill Gordon & Reindell LLP
        1990 K Street NW, Suite 950
        Washington, DC  20006

        The discovery, development, and licensing of Promacta; Ligand's partnerships with
        GlaxoSmithKline and Novartis regarding Promacta; Promacta's FDA-approved
        indications; Promacta's FDA-approved indication as a secondary therapy for certain
        Hepatitis C patients; Solvadi; and Ligand's revenue derived from Promacta.

14.     Matthew Korenberg, CFO, Ligand Pharmaceuticals Inc.
        c/o Bradley J. Bondi, Esq.
        Cahill Gordon & Reindell LLP
        1990 K Street NW, Suite 950
        Washington, DC  20006

        Mr. Korenberg's knowledge of Ligand's operations and finances since joining the
        company in August 2015, including Ligand's business relationship with Viking,
        Ligand's 2014 debt financing transaction, and Ligand's sale of its rights in Promacta
        in 2019.

15.     Goldman Sachs & Co.
        c/o Ms. Joanne Cook, Vice President
        200 West Street
        15th Floor – Legal Department
        New York, NY  10282-2198

        Defendants' 2014 trading activities.

16.     JP Morgan Chase & Co.
        c/o Mr. Brent T. Starks, VP Assistant General Counsel
        4 New York Plaza, 19th Floor
        New York, NY  10004

        Defendants' 2014 trading activities.

17.     BTIG, LLC
        c/o Mr. Austin Hamilton, Chief Compliance Officer
        600 Montgomery Street, 6th Floor
        San Francisco, CA  94111

        Defendants' 2014 trading activities.

18.     Benzinga.com/Joel Elconin
        One Campus Martius
        Suite 200
        Detroit, MI 48226

        Lemelson's 2013-15 interviews; statements made by Lemelson.

19.     Marcum LLP
        750 3rd Avenue
        11th Floor
        New York, NY 10017

        Audits of Viking Therapeutics.

20.     Grant Thornton LLP
        171 N. Clark Street, Suite 200
        Chicago, IL 60601

        Ligand Pharmaceuticals audit work.

21.     GlaxoSmithKline plc ("GSK")
        Stephen Pessagno, Alliance Director, GSK
        5 Crescent Drive
        Philadelphia, PA 19112

        Promacta-related information, the relationship between Ligand and GSK, agreements
        with Ligand Pharmaceuticals, and Promacta sales.

22.    Novartis AG
       Lichtstrasse 35
       4056 Basel
       Switzerland

       Promacta-related information, including agreements with Ligand Pharmaceuticals,
       and Promacta sales.

23.    Stephen Sabba, MD
       Director and Chair of Audit Committee
       Ligand Pharmaceuticals Inc.
       c/o Bradley J. Bondi, Esq.
       Cahill Gordon & Reindell LLP
       1990 K Street NW, Suite 950
       Washington, DC  20006

       Dr. Sabba's knowledge of Ligand's operations, audits, and finances.

24.    Matthew Singleton
       Director and Chair of Audit Committee
       Viking Therapeutics, Inc.
       c/o Bradley J. Bondi, Esq.
       Cahill Gordon & Reindell LLP
       1990 K Street NW, Suite 950
       Washington, DC  20006

       Mr. Singleton's knowledge of Ligand's operations, audits, and finances.

25.    David John Kuter, MD, Dphil
       Director, Center for Hematology
       Massachusetts General Hospital
       55 Fruit Street
       Boston, MA 02114

       Dr. Kuter's participation in clinical trials of Promacta and knowledge of Promacta's
       indications.

II.    **Documents That May Be Used to Support the Commission's Claims**

       Pursuant to Rule 26(a)(1)(A)(ii), the Commission is producing documents marked with

Bates numbers EPROD-SEC-LIT-E-000000001 through EPROD-SEC-LIT-E-001191869.  The

Commission may also rely on certain publicly-available documents, such as Ligand's and

Viking's public SEC filings, GSK's public filings, Novartis's public filings, records of historical stock price, and other materials produced in the course of discovery in this matter.

## III.   **Computation of Damages**

Through the conduct alleged in the Complaint, Defendants committed fraud in connection with the purchase and sale of securities, and, while acting as investment advisers to a pooled investment vehicle, have engaged in fraudulent, deceptive, or manipulative acts or practices which operated as a fraud on the investors in the Amvona Fund, the pooled investment vehicle advised by the Defendants.  By doing so, Defendants have violated Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5], and Sections 206(4) of the Investment Advisers Act of 1940 [15 U.S.C. § 80b-6(4)] and Rule 206(4)-8 thereunder [17 C.F.R. § 275.206(4)-8].  As alleged in the Complaint, Defendants profited by approximately $1.3 million from their fraudulent scheme and should disgorge that money, along with any additional fees received from investors and other compensation flowing from their unlawful conduct in an amount to be determined through discovery.

The Commission does not seek "damages" in this case, as damages are not an element of the Commission's claims.  The Commission instead seeks the following remedies, each of which is committed to the Court's discretion upon a finding of liability:

a.  entry of appropriate permanent injunctions, including an injunction prohibiting Defendants from further violations of the relevant provisions of the federal securities laws;

b.  disgorgement of Defendants' ill-gotten gains, plus pre-judgment interest;

c.  imposition of civil penalties in an amount to be determined by the Court due to the egregious nature of Defendants' violations; and

d.  such other relief as the Court deems just and equitable.

Dated:  October 8, 2019                              Respectfully submitted,

                                                     /s/ Alfred A. Day
                                                     Alfred A. Day (BBO #654436)
                                                     Marc J. Jones (BBO #645910)
                                                     Securities and Exchange Commission
                                                     Boston Regional Office
                                                     33 Arch Street, 24th Floor
                                                     Boston, MA  02110
                                                     617-573-4537 (Day)
                                                     617-573-8947 (Jones)
                                                     DayA@sec.gov
                                                     JonesMarc@sec.gov
                                                     Attorneys for Plaintiff

                                                     Virginia M. Rosado Desilets
                                                     Sonia G. Torrico
                                                     Securities and Exchange Commission
                                                     100 F Street, N.E.
                                                     Washington, DC 20549


## CERTIFICATE OF SERVICE

I hereby certify that the forgoing document was served on the following counsel of record via electronic mail on October 8, 2019:

                    Douglas S. Brooks
                    LibbyHoopes, P.C.
                    399 Boylston Street
                    Boston, MA 02116
                    Counsel for Defendants



                                                     /s/ Alfred A. Day