```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MASSACHUSETTS


     SECURITIES AND EXCHANGE              )
     COMMISSION,                          )
                                          )
              Plaintiff                   )
                                          )   CA No. 18-11926-PBS
         -VS-                             )   Pages 1 - 67
                                          )
     GREGORY LEMELSON, et al,             )
                                          )
              Defendants                  )
```

**MOTION HEARING BY VIDEO**

```
              BEFORE THE HONORABLE PATTI B. SARIS
                  UNITED STATES DISTRICT JUDGE




                                 United States District Court
                                 1 Courthouse Way, Courtroom 19
                                 Boston, Massachusetts  02210
                                 December 17, 2020, 9:35 a.m.






                       LEE A. MARZILLI
                    OFFICIAL COURT REPORTER
                  United States District Court
                 1 Courthouse Way, Room 7200
                       Boston, MA  02210
                       leemarz@aol.com
```

```
 1   A P P E A R A N C E S:

 2         ALFRED A. DAY, ESQ. and MARC J. JONES, ESQ.,
     United States Securities and Exchange Commission,
 3   33 Arch Street, 23rd Floor, Boston, Massachusetts, 02110-1424,
     for the Plaintiff.
 4
           DOUGLAS S. BROOKS, ESQ. and BRIAN SULLIVAN, ESQ.,
 5   Libby Hoopes Brooks, P.C., 399 Boylston Street Suite 200,
     Boston, Massachusetts, 02116, for the Defendants.
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    offensive and seems like they're focused on his religion, which
2    should be totally irrelevant.  None of the fund's clients are,
3    were, or ever have been parishioners of his.  So it would be a
4    different story if there were allegations of affinity fraud,
5    et cetera, but I think that's the beginning of the SEC
6    injecting his religion into it.
7            You know, again, with malice, we've said that during
8    the pendency of what was supposed to be a confidential
9    investigation, someone leaked the existence of it to Bloomberg,
10   which ran a hit piece on Father Emmanuel.  Now, I get it, the
11   SEC says they didn't, but they must have leaked it to somebody
12   who then leaked it to Bloomberg.  I think that's another
13   fact --
14           THE COURT:  I can imagine that might be, can't you?
15           MR. BROOKS:  I'm sorry, what's that, your Honor?  I
16   missed that.
17           THE COURT:  Given the acrimony between Ligand and
18   Father Emmanuel, I don't know why you'd want me to draw the
19   inference it was the SEC who leaked it.
20           MR. BROOKS:  The SEC shouldn't have been telling
21   Ligand what was going on in the investigation.  We've alleged
22   that --
23           THE COURT:  Is that the "under investigation, it's
24   still under investigation" quote?
25           MR. BROOKS:  This is while it was still under

1 C E R T I F I C A T E

2

3

4 UNITED STATES DISTRICT COURT )
DISTRICT OF MASSACHUSETTS    ) ss.
CITY OF BOSTON               )

5

6

7      I, Lee A. Marzilli, Official Federal Court Reporter,

8 do hereby certify that the foregoing transcript, Pages 1

9 through 67 inclusive, was recorded by me stenographically at

10 the time and place aforesaid in Civil Action No. 18-11926-PBS,

11 Securities and Exchange Commission v. Gregory Lemelson, et al,

12 and thereafter by me reduced to typewriting and is a true and

13 accurate record of the proceedings.

14      Dated this 8th day of June, 2021.

15

16

17

18

19      /s/ Lee A. Marzilli
     _____
20      LEE A. MARZILLI, CRR
     OFFICIAL COURT REPORTER
21

22

23

24

25