e at 10:00 a.m., EDT
July 15, 2014

# MONETARY POLICY REPORT

July 15, 2014



**Board of Governors of the Federal Reserve System**

EXHIBIT
159
18-cv-11926-PBS

On July 30, 2014, the data in figure 17 were corrected to extend through 2014:Q1, as originally noted.

# LETTER OF TRANSMITTAL



BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM

Washington, D.C., July 15, 2014

THE PRESIDENT OF THE SENATE
THE SPEAKER OF THE HOUSE OF REPRESENTATIVES

The Board of Governors is pleased to submit its *Monetary Policy Report* pursuant to section 2B of the Federal Reserve Act.

Sincerely,

*Janet L. Yellen*

Janet L. Yellen, Chair

### Productivity growth has been modest

In general, gains in labor productivity have been modest in recent years. Output per hour in the nonfarm business sector has risen at an annual rate of less than 1½ percent since 2007, well below the pace of gains observed over the late 1990s and early 2000s (figure 28). The relatively slow pace of productivity growth likely reflects, in part, the sustained weakness in capital investment over the recession and recovery period, and productivity gains may be better supported in the future as outlays for productivity-enhancing capital equipment strengthen.

## Financial Developments

### The expected path for the federal funds rate edged down

Market-based measures of the expected path of the federal funds rate through late 2017 edged down, on balance, over the first half of the year. After accounting for transitory factors such as weather, market participants appeared to judge the incoming economic data as somewhat better than they had expected but as still continuing to point to subdued inflationary pressures and an accommodative policy stance by the FOMC. The relatively small movements of the market-based measures are consistent with the results of the most recent Survey of Primary Dealers and the pilot survey of market participants, each conducted just prior to the June FOMC meeting by the Open Market Desk at the Federal Reserve Bank of New York. Those surveys suggest that dealers and buy-side respondents both anticipate that the initial increase in the target federal funds rate from its current range will occur in the third quarter of 2015, slightly earlier than dealers had anticipated at the beginning of this year and about the same as what buy-side respondents had anticipated.[7]



28. Change in output per hour

NOTE: The data are for the nonfarm business sector. Changes for the first four periods are measured from Q4 of the year immediately preceding the period through Q4 of the final year of the period. The final period is measured from 2007:Q4 through 2014:Q1.
SOURCE: Department of Labor, Bureau of Labor Statistics.

---

7. The results of the Survey of Primary Dealers and of the pilot survey of market participants are available on the Federal Reserve Bank of New York's website at www.newyorkfed.org/markets/primarydealer_survey_questions.html and www.newyorkfed.org/markets/pilot_survey_market_participants.html, respectively.

## The Slow Recovery of Housing Activity

Partly because of its sensitivity to interest rates, investment in residential structures has often played an important role in jump-starting economic recoveries, even though it has constituted less than 5 percent of gross domestic product (GDP), on average, since World War II. For example, in 1983, coming out of a severe double-dip recession, residential investment rose 50 percent and contributed 1.7 percentage points to GDP growth. But the recent recovery period has been quite different from previous episodes, even with interest rates at historically low levels. In 2010 and 2011, the first two years of the recovery, residential investment contributed essentially nothing, on average, to the growth of real GDP. Even after rising noticeably in 2012 and the first half of 2013, real residential investment remains 45 percent below its pre-recession peak. The lack of a rapid housing recovery has also affected the labor market: Employment in the construction sector is still more than 1.6 million lower than the average level in 2006.

The failure of residential construction to significantly boost the current recovery likely reflects a number of headwinds. First, a much tighter supply of mortgage credit in the aftermath of the housing bubble, particularly for prospective borrowers with low credit scores, has crimped demand for owner-occupied housing. Second, the slow recovery of the labor market has significantly reduced the pace of new household formation, as young adults in particular have become more likely to live with their parents or other relatives. Third, the relatively rapid recovery of house prices, even as construction remains far below trend, suggests that constraints on new housing supply also have played a role. These constraints may include shortages of skilled labor and buildable lots, implying that some time may be required to shift resources back into the sector.

Despite these headwinds, housing activity began to recover in late 2011, supported by declining unemployment, record-low longer-term interest rates, and improving confidence in the economic recovery. Single-family housing starts and sales of existing homes both trended up in 2012 and continued to do so through mid-2013 (figures A and B). During this period, multifamily construction recovered to its average pace in the 1990s and early 2000s, supported by a shift in the composition of demand toward rental units driven by many of the same factors that have constrained the single-family, owner-occupied sector. All told, from the fourth quarter of 2011 through the second quarter of 2013, residential investment (as measured in the national income and product accounts) grew at an average annual rate of nearly 15 percent. All of the major components of residential investment—including construction of new single-family and multifamily homes, improvements to existing structures, and brokers' commissions and fees—made sizable positive contributions to investment growth over the period (figure C).

In spite of this positive momentum, the recovery stalled in mid-2013 in the wake of a spike in mortgage interest rates that sharply reduced housing affordability (figure D). Permits for single-family construction—the best gauge of underlying activity in the sector—have been roughly flat over the past year. Meanwhile, existing home sales have fallen almost 10 percent from their recent highs. Residential investment turned sharply negative for two successive quarters around the turn of the year. Measures of builder, real estate agent, and homebuyer sentiment have also deteriorated. Arguably, the only bright spot of late has been the data on multifamily starts and permits, which are noisy but appear to have continued to trend higher on net.

A. Private housing starts and permits



NOTE: The data extend through May 2014.
SOURCE: Department of Commerce, Bureau of the Census.

B. Pending home sales index and existing home sales



NOTE: The data are monthly and extend through May 2014. Total existing home sales includes single-family and condo and co-op sales.
SOURCE: National Association of Realtors.

C. Contribution to growth in total residential investment



SOURCE: Department of Commerce, Bureau of Economic Analysis.

While the most obvious explanation for the weakness in the housing market over the past year is the run-up in mortgage rates during the spring and summer of 2013, it seems unlikely that interest rates are the whole story. Historical correlations between mortgage rates and residential investment suggest that the effects of last year's run-up should have begun to fade by now, but housing activity has yet to pick up. Moreover, since last summer, mortgage rates have retraced a portion of their earlier increases without any noticeable improvement in activity.

Even so, it is possible that the interest rate spike may have had a larger and longer-lasting effect than would be suggested by historical experience, especially because an interest rate rise of that magnitude, with rates so low and housing activity so depressed, is unprecedented. Alternatively, ongoing increases in house prices may indicate that constraints on the supply of new housing are binding more significantly than seemed to be the case in 2012, when residential investment rose fairly rapidly. Finally, the downturn in existing home sales, which has had a particularly pronounced effect on total residential investment via brokers' commissions, may reflect factors specific to the resale market; in particular, short sales and sales of foreclosed properties have declined markedly over the past couple of years.

Regardless of what explains the recent weakness, the level of new home construction likely remains much too low to be sustainable. Prior to the housing boom and bust, an average of roughly 1¾ million housing units were started per year.[1] In comparison, only about 1 million units were started in 2013, despite the recovery of multifamily starts to pre-recession levels. It is difficult to judge when construction will resume its upward trend or, given all of the changes in the housing market in recent years, at what level it will stabilize. That said, the Census Bureau projects that the adult population will continue to grow by roughly 2 million per year over the next two decades; with that rate of population growth, the pace of construction seems likely to rise from current levels.

D. Mortgage rates and housing affordability



NOTE: The housing affordability index data are monthly through April 2014 and the mortgage rate data are weekly through July 9, 2014. At an index value of 100, a median-income family has exactly enough income to qualify for a median-priced home mortgage. Housing affordability is seasonally adjusted by Board staff.
SOURCE: For housing affordability index, National Association of Realtors; for mortgage rate, Freddie Mac Primary Mortgage Market Survey and Loansifter.

 1. This figure is calculated using data from 1960 to 2000 and includes single-family and multifamily construction as well as shipments of new mobile homes.

29. Yields on nominal Treasury securities



NOTE: The Treasury ceased publication of the 30-year constant maturity series on February 18, 2002, and resumed that series on February 9, 2006.
SOURCE: Department of the Treasury.

30. Yield and spread on agency mortgage backed securities



NOTE: The data are daily. Yield shown is for the Fannie Mae 30-year current coupon, the coupon rate at which new mortgage-backed securities would be priced at par, or face, value. Spread shown is to the average of the 5- and 10-year nominal Treasury yields.
SOURCE: Department of the Treasury; Barclays Live.

Finally, while some forward measures of policy rate uncertainty have risen, overall policy rate uncertainty has generally remained relatively low.

**However, Treasury yields declined significantly, especially at longer maturities, as have sovereign bond yields in other advanced economies**

After rising notably over the spring and summer months of 2013, yields on longer-term Treasury securities drifted down over the first half of 2014 and now stand at fairly low levels by historical standards (figure 29). In particular, while the yield on 5-year nominal Treasury securities edged down only about 5 basis points from its level at the end of December 2013, the yields on the 10- and 30-year securities decreased about 50 basis points and 60 basis points, respectively. The decline in longer-term yields reflects a notable reduction in longer-horizon forward rates, with the 5-year-forward rate 5 years ahead dropping about 105 basis points since year-end. Five-year-forward inflation compensation over this period declined 20 basis points, implying that much of this reduction in nominal forward rates was concentrated in forward real rates. Yields on 30-year agency mortgage-backed securities (MBS) decreased about 35 basis points, on balance, over the same period (figure 30).

Long-term benchmark sovereign yields in advanced foreign economies (AFEs) have also moved down since late last year, with particularly marked reductions in the euro area (figure 31). Market participants have pointed to several potential explanations for the declines in U.S. and foreign yields. One possible explanation is that market participants have lowered their expectations for future short-term interest rates around the globe. This downward adjustment in expectations may be due to a combination of a lower assessment of the global economy's long-run potential growth rate and a decrease in long-run inflation expectations. Indeed, the lower yields in the euro area are consistent

with indications of declining inflation and weak growth in the euro area in recent months, bolstering expectations that the European Central Bank (ECB) would loosen its monetary policy, as it eventually did at its meeting in early June.

In addition, term premiums—the extra return investors expect to obtain from holding longer-term securities as opposed to holding and rolling over a sequence of short-term securities for the same period—may have come down, reflecting several potential factors. One potential factor is a reduction in the amount of compensation for interest rate risk that investors require to hold fixed-income securities, likely due in part to perceptions that uncertainty about the outlook for monetary policy and economic growth has decreased; indeed, swaption-implied volatility on longer-term rates has fallen noticeably since the beginning of the year. Another potential factor is increased demand for Treasury securities from price-insensitive investors, such as pension funds and commercial banks. Lastly, in light of the notable co-movements between forward interest rates at longer horizons in the United States and other advanced economies, it appears likely that there is a global component of term premiums that is affected not only by U.S. developments, but also by foreign developments, such as investors becoming increasingly confident that policy rates at the major foreign central banks will remain low for an extended period.

### Broad equity price indexes increased further, and risk spreads on corporate debt declined

Although equity investors appeared to pull back from the market for a time early in the year in reaction to concerns about the strength of some EMEs and the possible implications for global growth, broad measures of U.S. equity prices have posted solid gains of 6 percent since the beginning of 2014, on balance, after having risen 30 percent in 2013 (figure 32). Overall, equity investors appeared



31. 10 year nominal benchmark yields in advanced foreign economies

SOURCE: Bloomberg.



32. Equity prices

SOURCE: Dow Jones bank index; Standard & Poor's 500 index via Bloomberg.

to become more confident in the near-term economic outlook amid somewhat better-than-expected economic data releases, declining longer-term interest rates, and upward revisions to expected year-ahead earnings per share for firms in the S&P 500 index.

Some broad equity price indexes have increased to all-time highs in nominal terms since the end of 2013. However, valuation measures for the overall market in early July were generally at levels not far above their historical averages, suggesting that, in aggregate, investors are not excessively optimistic regarding equities. Nevertheless, valuation metrics in some sectors do appear substantially stretched—particularly those for smaller firms in the social media and biotechnology industries, despite a notable downturn in equity prices for such firms early in the year. Moreover, implied volatility for the overall S&P 500 index, as calculated from option prices, has declined in recent months to low levels last recorded in the mid-1990s and mid-2000s, reflecting improved market sentiment and, perhaps, the influence of "reach for yield" behavior by some investors.

Credit spreads in the corporate sector have also declined, on balance, in recent months. After having temporarily increased early in the year, the spreads of yields on corporate bonds to yields on Treasury securities of comparable maturities ended the first half of the year about unchanged or a bit narrower. Credit spreads on high-yield corporate bonds are near the bottom of their range over the past decade. While spreads on syndicated loans have changed little this year, they are also relatively low. For further discussion of asset prices and other financial stability issues, see the box "Developments Related to Financial Stability."

### Treasury market functioning and liquidity conditions in the MBS market were generally stable . . .

Indicators of Treasury market functioning remained stable amid ongoing reductions in the pace of the Federal Reserve's asset

purchases over the first half of 2014. In particular, liquidity conditions in Treasury markets remained stable, with bid–asked spreads in the Treasury market staying in line with recent averages. In addition, the Treasury's first-ever auction of a Floating Rate Note in January was well received, as were subsequent auctions of those notes.

Liquidity conditions in the MBS markets were also generally stable, though there have been some signs of scarcity of certain securities, as evidenced by somewhat low levels of implied financing rates in the production-coupon "dollar roll" markets during the first half of this year. However, the implied financing rates rose in recent days, suggesting easing of settlement pressures in these markets of late (figure 33).[8] Gross issuance of these securities remained somewhat lower than in the past two years, reflecting relatively low mortgage originations.

### . . . and short-term funding markets also continued to function well

Conditions in short-term dollar funding markets also remained stable during the first half of 2014. Early in the year, yields on Treasury bills maturing between late February and mid-March of 2014—those that could have been affected by delayed payments if a debt ceiling agreement had not been reached—were elevated for a time, but those yields declined in mid-February in response to news of pending legislation to suspend the debt ceiling until March 2015. The federal funds rate remained at very low levels, and broader measures of unsecured dollar bank funding costs, such as the LIBOR, or London



33. Dollar roll implied financing rates (front month), Fannie Mae 30 year

NOTE: The 4.0 percent coupon data series begins on June 1, 2012.
SOURCE: J.P. Morgan.

---

8. Dollar roll transactions consist of a purchase or sale of agency MBS with the simultaneous agreement to sell or purchase substantially similar securities on a specified future date. The Federal Reserve engages in these transactions as necessary to facilitate settlement of its agency MBS purchases.
   During April and May, the Open Market Desk transitioned purchases of agency MBS to FedTrade, the Desk's proprietary trading system that uses multiple-price competitive auctions.

## Developments Related to Financial Stability

Pressures within the U.S. financial system that could leave it vulnerable to adverse events do not appear to have increased appreciably this year. In the current economic environment, the Committee views low interest rates as necessary to support progress toward price stability and maximum sustainable employment. Policymakers have noted the possibility that a prolonged period of low interest rates may provide incentives for some investors to "reach for yield," and those actions could increase vulnerabilities in the financial system. Asset prices for real estate, equities, and corporate bonds have risen and valuation measures have increased, but valuations have remained generally in line with historical norms. Moreover, despite brisk borrowing by the business sector, aggregate private nonfinancial debt has increased at only a moderate pace, and the financial strength of the banking sector has continued to improve. Substantial progress has been made to reduce structural vulnerabilities in the financial system, although this work is ongoing.

With regard to asset valuations, house prices have continued to increase, but, for the most part, these increases have left aggregate price-to-rent ratios within historical norms. Moreover, growth in residential mortgage debt has remained anemic, suggesting that the recent increases are not fueled by excessively aggressive lending conditions. More broadly, aggregate measures of the household debt burden appear reasonable despite recent rapid growth in auto lending and student loans, which has strained some borrowers, particularly those in the lower half of the income distribution.

However, signs of risk-taking have increased in some asset classes. Equity valuations of smaller firms as well as social media and biotechnology firms appear to be stretched, with ratios of prices to forward earnings remaining high relative to historical norms. Beyond equities, risk spreads for corporate bonds have narrowed and yields have reached all-time lows. Issuance of speculative-grade corporate bonds and leveraged loans has been very robust, and underwriting standards have loosened. For example, average debt-to-earnings multiples have risen, and the share rated B or below has moved up further for leveraged loans. The Federal Reserve continues to closely monitor developments in the leveraged lending market and, in conjunction with other federal agencies, is working to enhance compliance with previous guidance on issuance, pricing, and underwriting standards.[1]

The financial strength of the banking sector has continued to improve. Bank holding companies (BHCs) have pushed up their regulatory capital ratios, continuing a trend seen since the first set of government stress tests in 2009. The sector's aggregate Tier 1 common equity ratio, which compares high-quality capital to risk-weighted assets for all BHCs, has more than doubled, from 5.5 percent in the fourth quarter of 2008 to 11.7 percent in the first quarter of 2014. In addition, all of the domestic systemically important banking organizations met their minimum Tier 1 common equity ratios, including the capital surcharge, required under Basel III rules. Moreover, BHCs have continued to strengthen their liquidity positions in recent quarters and have become less reliant on wholesale short-term funding.

Strong capital and liquidity positions help ensure that banking organizations have the ability to lend to households and businesses and to continue to meet their financial obligations, even in times of economic difficulty. Results of the most recent set of stress tests were released in March 2014. Thirty BHCs participated in the stress tests. These institutions have a combined $13.5 trillion in assets, or approximately 80 percent of all U.S. BHC assets. The Dodd-Frank Act stress test (DFAST), mandated by the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010, and the Comprehensive Capital Analysis and Review (CCAR) continue to enhance supervisors' understanding of the underlying processes used by each BHC to assess the adequacy of the size and composition

---

1. In March 2013, the Federal Deposit Insurance Corporation, the Federal Reserve, and the Office of the Comptroller of the Currency issued joint supervisory guidance on leveraged lending practices, which became effective in May 2013. Since that time, there has been strong supervisory follow-up to ensure compliance, in the form of supervisory reviews throughout 2014 and the issuance of supervisory letters, including specific Matters Requiring Attention. See Board of Governors of the Federal Reserve System, Division of Banking Supervision and Regulation (2013), "Interagency Guidance on Leveraged Lending," Supervision and Regulation Letter SR 13-3 (March 21), www.federalreserve.gov/bankinforeg/srletters/sr1303.htm.

of its capital relative to the risks it faces. Under the "severely adverse" DFAST scenario, all but one of the participating BHCs exceeded minimum capital requirements. Furthermore, under CCAR, the Federal Reserve Board granted nonobjections to the capital plans of 24 BHCs.[2]

Recent results from the Senior Credit Officer Opinion Survey on Dealer Financing Terms indicate that the use of financial leverage by respondents' counterparties to purchase securities has not changed notably in recent quarters, although demand for financing commercial mortgage-backed securities and collateralized loan obligations (CLOs) has been rising recently. However, aggregate measures of the use of short-term wholesale funding to finance assets remained roughly unchanged over the past couple of years. Similarly, securitization, which continues to be an important means of financing, has been modest, though issuance of CLOs has increased.

Moving beyond recent developments, important structural vulnerabilities remain that could leave the U.S. financial system exposed to adverse events. Despite the increase in resilience within the banking sector highlighted by the stress tests, the broader financial system remains highly interconnected. While stronger capital and liquidity positions in the banking sector should help reduce the consequences of this structural vulnerability, the Federal Reserve nevertheless continues to encourage firms to better manage their exposures to large counterparties and to improve their recovery and resolution plans. The Federal Reserve is also working to strengthen the infrastructure of derivatives markets—for instance, by working with other agencies on rules to establish initial and variation margin requirements for over-the-counter derivatives transactions. The potential for runs on money market mutual funds in the event of a severe liquidity or credit shock remains significant, and this risk will continue to pose a threat to financial stability until further structural reforms are adopted, as recommended by the Financial Stability Oversight Council.

The Federal Reserve has taken a number of steps to continue improving the resiliency of the financial system. Some regulatory reforms taken since the previous *Monetary Policy Report* are highlighted here. Pursuant to section 165 of the Dodd-Frank Act, the Federal Reserve Board approved a final rule strengthening the supervision and regulation of large U.S. BHCs and foreign banking organizations. The rule establishes enhanced prudential standards with respect to capital, liquidity, and risk management. It also requires foreign banking organizations with a significant U.S. presence to establish an intermediate holding company over their U.S. subsidiaries, which will facilitate consistent supervision and regulation of the U.S. operations of these foreign banks.

Furthermore, together with other federal agencies, the Federal Reserve Board adopted a final rule to strengthen the leverage ratio standards for the largest, most interconnected U.S. banking organizations. The final rule applies to top-tier U.S. BHCs with more than $700 billion in consolidated total assets or more than $10 trillion in assets under custody and to their insured depository institution subsidiaries. These BHCs must maintain a leverage buffer greater than 2 percentage points above the minimum supplementary leverage ratio requirement of 3 percent, for a total of more than 5 percent, to avoid restrictions on capital distributions and discretionary employee bonus payments. Insured depository institution subsidiaries of these BHCs must maintain at least a 6 percent supplementary leverage ratio to be considered "well capitalized" under the agencies' prompt corrective action framework. The final rule has an effective date of January 1, 2018. The Federal Reserve Board is also working on proposals for additional risk-based capital surcharges and long-term debt requirements for global, systemically important banking organizations based in the United States.

The Federal Reserve Board also issued a notice of proposed rulemaking to implement section 622 of the Dodd-Frank Act. Section 622 establishes a financial-sector concentration limit that prohibits a financial company from merging with, acquiring, or consolidating with another company if the ratio of the resulting financial company's liabilities to the aggregate consolidated liabilities of all financial companies exceeds 10 percent. The proposed rule spells out the details involved in calculating the limit.

---

2. Initially, the Federal Reserve Board granted nonobjections to the capital plans of 25 firms, but the nonobjection granted to the 25th firm was withdrawn after that firm restated its capital position.

interbank offered rate, remain at very low levels, reflecting the absence of major funding pressures.

Money market participants continued to focus on the Federal Reserve's testing of its monetary policy tools. Daily awards at the overnight reverse repurchase agreement (ON RRP) exercise have ranged between about $50 billion and about $340 billion since early 2014. The number of counterparties participating and the dollar volume of take-up have been sensitive to the spread between market rates for repurchase agreements and the fixed ON RRP rate offered in the exercise.[9] Indeed, take-up has been large at quarter-ends, when balance sheet adjustments by financial institutions tend to limit other investment options. Experience to date suggests that ON RRP operations have helped establish a floor on money market interest rates. Testing of the Term Deposit Facility, as well as take-up of and participation in its test offerings, has expanded during the first half of 2014. (For further discussion of the testing of monetary policy tools, see the box "Planning for Monetary Policy Implementation during Normalization" in Part 2.)

### The condition of financial institutions improved further, although profitability remained below its historical average

Regulatory capital ratios at bank holding companies (BHCs) increased further during the first half of 2014, and measures of bank liquidity remained robust. In addition, credit quality at BHCs continued to improve across major loan categories, and the ratios of loss reserves to delinquencies and to charge-offs each edged up. At the same time, standard

---

9. Fixed-rate ON RRP operations were first authorized by the FOMC at the September 2013 meeting, and were reauthorized in January 2014, for the purpose of assessing operational readiness. The Committee authorized the Open Market Desk to conduct such operations involving U.S. government securities and securities that are direct obligations of, or fully guaranteed as to principal and interest by, any agency of the United States.

measures of the profitability of BHCs have been little changed for the past six months (figure 34). Profitability of these companies remained below its historical average, in part because of subdued income from mortgage and trading businesses and compressed net interest margins at large banks. A few large banks have also incurred sizable costs from legal settlements associated with the origination of mortgages prior to the recent financial crisis. Aggregate credit provided by commercial banks grew at a solid pace in the first half of 2014 (figure 35). The increase was driven by a pickup in loan growth and a rise in holdings of U.S. Treasury securities that was reportedly influenced by banks' efforts to meet new liquidity regulations. Equity prices of large domestic banks increased a bit from the beginning of the year, on net, but underperformed the overall market, as shown in figure 32. Credit default swap (CDS) spreads for large BHCs remain low.

Among nonbank financial institutions, equity prices of insurance companies have also increased slightly, on net, since the beginning of the year. Nonbank financial institutions continued to grow at a very strong pace, as assets under management at hedge funds and private equity groups each reached record highs, reflecting modest increases in asset values as well as net inflows. Nevertheless, in response to the Federal Reserve Board's Senior Credit Officer Opinion Survey on Dealer Financing Terms for March and June, most dealers indicated that hedge funds had not changed their use of leverage since the beginning of the year (figure 36).[10] In the same survey, some dealers noted that the use of financial leverage by trading REITs, or real estate investment trusts, had decreased, continuing a trend that began in the summer of 2013. Assets under management at bond mutual funds also reached a record high.

---

10. The Senior Credit Officer Opinion Survey on Dealer Financing Terms is available on the Board's website at www.federalreserve.gov/econresdata/releases/scoos.htm.

34. Profitability of bank holding companies



NOTE: The data, which are seasonally adjusted, are quarterly.
SOURCE: Federal Reserve Board, Reporting Form FR Y-9C, Consolidated Financial Statements for Bank Holding Companies.

35. Change in total bank credit



NOTE: The data are seasonally adjusted and extend through 2014:Q2.
SOURCE: Federal Reserve Board, Statistical Release H.8, "Assets and Liabilities of Commercial Banks in the United States."

36. Change in use of financial leverage by hedge funds



NOTE: The data begin in 2011:Q3 and extend through 2014:Q2. Net percent equals the percent of dealers that reported an increase in the use of leverage (chose the response "increased considerably" or "increased somewhat") minus the percent of dealers that reported a decrease in the use of leverage (chose the response "decreased considerably" or "decreased somewhat").
SOURCE: Federal Reserve Board, Senior Credit Officer Opinion Survey on Dealer Financing Terms.

### Municipal bond markets functioned smoothly, but some issuers remained strained

Credit conditions in municipal bond markets generally appeared to remain stable over the first half of the year. Yields on 20-year general obligation municipal bonds have declined slightly since the beginning of the year, and the MCDX, an index of CDS for a broad portfolio of municipal bonds, has also moved down. However, the ratio of an index of municipal bond yields to Treasury yields has increased a bit.

Nevertheless, significant financial strains have been evident for some issuers. Standard & Poor's, Moody's Investors Service, and Fitch Ratings downgraded Puerto Rico's general obligation bonds from investment grade to speculative grade in February. In addition, the City of Detroit continues to negotiate the terms of its bankruptcy plan.

### Liquid deposits in the banking sector continued to advance briskly, boosting M2

M2 has increased at an annual rate of about 7 percent since December, about the same pace registered in the second half of 2013 and somewhat faster than the pace of nominal GDP. The growth in M2 has been driven by an increase in liquid deposits as well as an uptick in demand for currency.

## International Developments

### As in the United States, foreign bond yields declined and asset prices increased, on net . . .

As noted earlier, foreign long-term benchmark sovereign yields have moved significantly lower since the beginning of the year. Factors contributing to the decline include expectations for lower policy interest rates, a decline in the required compensation for risk, and increased demand by price-insensitive investors for these assets. Similarly, foreign corporate and sovereign yield spreads have also declined since the start of the year. In particular, peripheral euro-area sovereign yield