Message

**From:** Pettingill, Todd [TPettingill@ligand.com]
**Sent:** 8/22/2014 4:28:38 PM
**To:** Dourado, Glenn S. [GDourado@ligand.com]; Vajda, Eric [EVajda@ligand.com]
**Subject:** RE: LGND: Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock In Response To Mounting Insolvency And Bankruptcy Risks

Hahaha!!! What would happen if they had a baby?!?!?!

Regards,

Todd Pettingill, CFA CPA
Ligand Pharmaceuticals, Inc.
11119 North Torrey Pines Road Suite 200
La Jolla, CA 92037
Office: (858) 550-7763
Cell: (801) 360-3997
Fax: (858) 550-5639


From: Dourado, Glenn S.
Sent: Friday, August 22, 2014 1:26 PM
To: Pettingill, Todd; Vajda, Eric
Subject: RE: LGND: Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock In Response To Mounting Insolvency And Bankruptcy Risks

I definitely agree…it's just easier to fixate on an individual rather than market dynamics.
He's like the anti-Jake Schiable! Jake took credit whenever the stock went up and he takes credit whenever it goes down!

From: Pettingill, Todd
Sent: Friday, August 22, 2014 1:22 PM
To: Dourado, Glenn S.; Vajda, Eric
Subject: RE: LGND: Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock In Response To Mounting Insolvency And Bankruptcy Risks

I dunno, correlation doesn't always equal causality. I think he's behind on everything and just trying to make it look like he's moving the stock. Sure it moves a little when he puts out these garbage reports, but for the most part (with the exception of his first one), some moron's listen and sell, but everyone else just ignores him. The stock went up after he issued his last two.

There's something else going one that he's trying to take credit for.

Regards,

Todd Pettingill, CFA CPA
Ligand Pharmaceuticals, Inc.
11119 North Torrey Pines Road Suite 200
La Jolla, CA 92037
Office: (858) 550-7763
Cell: (801) 360-3997



EXHIBIT
233
18-cv-11926-PBS

Fax: (858) 550-5639


From: Dourado, Glenn S.
Sent: Friday, August 22, 2014 1:19 PM
To: Pettingill, Todd; Vajda, Eric
Subject: RE: LGND: Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock In Response To Mounting Insolvency And Bankruptcy Risks

Unfortunately, he's winning because the stock keeps going down. He needs to be silenced for good. I'm not saying anything specific (for fear it could be misconstrued) but this is a total farce.

From: Pettingill, Todd
Sent: Friday, August 22, 2014 1:17 PM
To: Vajda, Eric
Cc: Dourado, Glenn S.
Subject: RE: LGND: Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock In Response To Mounting Insolvency And Bankruptcy Risks

Yeah, I saw that. What a DB. He's a Monday morning quarterback, jumping in after things have already happened, and using the facts to tell a completely different story. He should work for Fox news...

Regards,

Todd Pettingill, CFA CPA
Ligand Pharmaceuticals, Inc.
11119 North Torrey Pines Road Suite 200
La Jolla, CA 92037
Office: (858) 550-7763
Cell: (801) 360-3997
Fax: (858) 550-5639



From: Vajda, Eric
Sent: Friday, August 22, 2014 1:16 PM
To: Marschke, Keith; Zhi, Lin; Pettingill, Todd; Dourado, Glenn S.
Subject: FW: LGND: Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock In Response To Mounting Insolvency And Bankruptcy Risks

FYI - Lemelson is still after Ligand.

From: dyn__2800@seekingalpha.com<mailto:dyn__2800@seekingalpha.com>
[mailto:dyn__2800@seekingalpha.com] On Behalf Of Seeking Alpha
Sent: Friday, August 22, 2014 12:15 PM
To: Vajda, Eric
Subject: LGND: Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock In Response To Mounting Insolvency And Bankruptcy Risks


Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock In Response To Mounting

Insolvency And Bankruptcy Risks by Amvona
This article was published on Fri, Aug. 22, 3:15 PM ET

Read the full article now
»<http://email.seekingalpha.com:80/track?type=click&mailingid=2445395&messageid=2800&databaseid=&serial=2800O2445395O1408734911.fc8d00ed5ecacc32e631c1077b9e7793&emailid=evajda%40ligand.com&userid=15608342&extra=&&&3000&&&http://seekingalpha.com/article/2445395-ligand-pharmaceuticals-institutional-holders-wasting-no-time-dumping-stock-in-response-to-mounting-insolvency-and-bankruptcy-risks?source=email_rt_article_readmore&uprof=45>

---

Why are you receiving this? You subscribed to real-time article alerts at Seeking Alpha.
If this email was forwarded to you and you wish to receive this email directly, click here<http://email.seekingalpha.com:80/track?type=click&mailingid=2445395&messageid=2800&databaseid=&serial=2800O2445395O1408734911.fc8d00ed5ecacc32e631c1077b9e7793&emailid=evajda%40ligand.com&userid=15608342&extra=&&&3000&&&http://seekingalpha.com/real-time-alerts?source=email_rt_article_sub_legal>.

Manage your emails:
Get alerts on additional tickers and manage all your email alert choices here<http://email.seekingalpha.com:80/track?type=click&mailingid=2445395&messageid=2800&databaseid=&serial=2800O2445395O1408734911.fc8d00ed5ecacc32e631c1077b9e7793&emailid=evajda%40ligand.com&userid=15608342&extra=&&&3000&&&http://seekingalpha.com/email_preferences?reason_id=32&source=email_rt_article_manage_legal>
I'm getting too many emails: manage your email alert choices<http://email.seekingalpha.com:80/track?type=click&mailingid=2445395&messageid=2800&databaseid=&serial=2800O2445395O1408734911.fc8d00ed5ecacc32e631c1077b9e7793&emailid=evajda%40ligand.com&userid=15608342&extra=&&&3000&&&http://seekingalpha.com/email_preferences?reason_id=12&source=email_rt_article_reduce_legal>
I'm no longer following LGND: unsubscribe<http://email.seekingalpha.com:80/track?type=click&mailingid=2445395&messageid=2800&databaseid=&serial=2800O2445395O1408734911.fc8d00ed5ecacc32e631c1077b9e7793&emailid=evajda%40ligand.com&userid=15608342&extra=&&&3000&&&http://seekingalpha.com/email_preferences?unrta=ar,mc&symbol=lgnd&reason_id=22&user_email=evajda%40ligand.com&go=638d5c6bf40d7bf8a7dd849287071012d35116&source=email_rt_article_unsub_legal> from all LGND email alerts
This type of alert isn't helpful to me: unsubscribe<http://email.seekingalpha.com:80/track?type=click&mailingid=2445395&messageid=2800&databaseid=&serial=2800O2445395O1408734911.fc8d00ed5ecacc32e631c1077b9e7793&emailid=evajda%40ligand.com&userid=15608342&extra=&&&3000&&&http://seekingalpha.com/email_preferences?unrta=ar&symbol=lgnd&reason_id=2&user_email=evajda%40ligand.com&go=638d5c6bf40d7bf8a7dd849287071012d35116&source=email_rt_article_unsub_article_legal> from article alerts on LGND

To ensure you receive these emails in the future, please add account@seekingalpha.com<mailto:account@seekingalpha.com> to your address book, contacts or list of safe senders.

Sent by Seeking Alpha, 52 Vanderbilt Avenue, 13th floor, New York, NY 10017

Confidential          Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.          LGND_0041213