| | | |
|---|---|---|
| **From:** | Bruce Voss | |
| **To:** | Higgins, John L. | |
| **CC:** | Foehr, Matt | |
| **Sent:** | 6/23/2014 9:51:45 AM | |
| **Subject:** | Re: Lemelson email - draft | |



**EXHIBIT**

**133**

18-cv-11926-PBS

Ok. I'll review this once more and then send it later today.

Sent from my iPhone

On Jun 23, 2014, at 5:27 AM, "Higgins, John L." <JHiggins@ligand.com> wrote:

> Bruce - note looks good. If you still plan to send this, One potential suggestion would
be that you underline "only one" in the first para about Promacta. Not sure how your
conversation went, but that is the main point we would counter with lemelson as to why
Promacta is not going away.
>
> Thanks
>
>
>
> On Jun 20, 2014, at 10:51 PM, "Bruce Voss" <BVoss@lhai.com<mailto:BVoss@lhai.com>> wrote:
>
> Below and attached is my revision to John's draft. In terms of timing, he's in
Massachusetts so I'm not sure 6 p.m. on a summer Friday makes sense. I can send it Monday
morning and we'll see how/if he responds.
>
>
>
>
> Fr. Lemelson,
>
>
>
> I listened to your interview on Benzinga including the patently false comment that during
our phone call last week I "basically agreed" that Promacta sales are going to go away. To
refresh your memory, you made that comment to me followed by a rhetorical "don't you
agree?" I never made that statement, never agreed with that statement and never would
because it's not true. To the contrary, when we discussed Promacta for use in patients with
hepatitis C, I specifically pointed out that HCV is only one of several indications for
this drug, and that even within HCV there exists a market for Promacta independent of
Sovaldi, noting pricing factors and the potential continued use of interferon in certain
OUS markets.
>
>
>
> You went on to say that Ligand has never returned capital to shareholders. That is also a
false statement. After John took over as CEO in 2007 and worked with Ligand's new Board of
Directors to restructure the company, Ligand returned nearly $300 million in capital to
shareholders. Specifically, Ligand paid $253 million to shareholders as a tax-free return
of capital in April 2007, and from 2007 to 2011 the company repurchased 1.1 million shares
(~5% of outstanding) for a total of $41.4 million.
>
>
>
> And it's worth addressing another misrepresentation in your interview. You state the
company has an accumulated deficit over the past 27 years of $669 million, which you cite
as evidence of its poor record. As a matter of fact, the first 20 years of that accumulated
deficit were under a different business model (hence the restructuring noted above), and
much of the recent accumulated losses came via strategic acquisitions Ligand closed in the

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000346
EPROD-SEC-LIT-E-000000429

last few years. And now that Ligand is profitable and cash-flow positive it has the significant financial benefit of applying those losses against its profits such that Ligand's effective tax rate for the next several years is projected to be less than 5%, versus standard tax rates of 35% or more.
>
>
>
> Since you (incorrectly) referenced our conversation directly in your interview, I felt compelled to send you this note. To be clear, we find most of what you wrote in your short report to be misrepresented, out-of-date, factually incorrect and even reckless. I am happy to speak with you by phone on the points in this email, but given the liberties you take in your communications I want to ensure my message to you is clear and not subject to further misrepresentation.
>
>
>
> As a final note, I'd like to add that I have known and worked with both the CEO and the COO of Ligand for 15 years while they served at two client companies. Both John and Matt are among the most competent, hard-working and honest executives I know, and both have earned the respect of major, reputable investors throughout the U.S. and Europe. In fact, at the end of 2013 John was nominated for "Biotech CEO of the Year" by a prominent and highly referenced industry columnist. John placed second in voting, behind the CEO of Celgene, a high-profile company with a $65 billion market cap. This was an impressive showing indeed as neither John nor others at Ligand did anything to solicit or promote his nomination. Here's language from the nomination.
>
>
>
> John Higgins, Ligand Pharma
>
>
>
> I didn't have a category for Higgins, but maybe it should be "shareholders best friend" because there are few executives in healthcare today who are better stewards of other people's money than the CEO of Ligand.
>
>
>
> Under Higgins' watch, Ligand has turned sustainably profitable because of smart deal-making, a growing portfolio<http://www.thestreet.com/story/12135606/2/best-biotech-ceo-of-2013-your-vote-counts.html> of royalty-generating products and a bean counter's obsession with frugal spending.
>
>
>
> There's nothing sexy about the way Ligand operates under Higgins' leadership but that's the entire point. Keeping risk and costs low while generating better-than-average returns from a fractional ownership of a diverse product portfolio has been a remarkably effective strategy for Ligand in 2013 and sets up the company well for the future.
>
>
>
> Kind regards.
>
>
>
>
> Bruce Voss, Managing Director, Principal
> <image001.jpg> Investor Relations: Results that Matter
>
> T: 310.691.7100 C: 646.249.7453 F: 310.691.7150 E: BVoss@lhai.com<mailto:BVoss@lhai.com>
> 2121 Avenue of the Stars, Suite 2970 | Los Angeles, CA 90067
> www.lhai.com<http://www.lhai.com/> | Facebook<http://www.facebook.com/pages/LHA-Lippert-

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

Heilshorn/281806488523656?sk=app_330253286992099> | LinkedIn<http://www.linkedin.com
/company/lha-lippert-heilshorn> | Twitter<http://twitter.com/#!/LHA_IR_PR> |
YouTube<http://www.youtube.com/user/LippertHeilshorn?feature=mhee>
>
>
> This email and attachments, if any, may contain confidential and/or privileged
information. If you are not the intended recipient, please notify the sender immediately.
Any unauthorized copying, disclosure or distribution of the material in this email is
strictly forbidden.
>
> Please consider the environment before printing this email.
>
>
>
>
> From: Foehr, Matt [mailto:MFoehr@ligand.com]
> Sent: Friday, June 20, 2014 2:38 PM
> To: Higgins, John L.; Bruce Voss
> Subject: RE: Lemelson email - draft
>
> I really like it. The numbers are correct.
>
> I would tweak the reference to Feuerstein at the end from "blogger" to "columnist"
(that's his title actually).
>
> I like it.
>
> I think we should wait until the market opens on Monday before it's sent so as to not
give him more to play with earlier (although I think there's little to twist here).
>
> --Matt
>
> From: Higgins, John L.
> Sent: Friday, June 20, 2014 2:22 PM
> To: Bruce Voss; Foehr, Matt
> Subject: RE: Lemelson email - draft
>
> Bruce and Matt,
>
> I retooled the email and filled in the blanks.
>
> My thinking is Bruce be forceful and provide more reubuttal to the interview narrative,
but NOT demand he correct the things. We'll see where this goes. The list of items to
correct may grow and we can decide then how to deal with it. But, this approach should put
him on notice he is unequivally wrong and that we are watching.
>
> Also, I added some narrative at the bottom. Softer messages, but I thought it might give
some context to lemelson that maybe he is barking up the wrong tree.
>
> Overall, i see this as a dialogue between Bruce and Lemelson, because lemelson dragged
bruce into it. For now, I think Ligand should stay out of the fray.
>
> These are only suggestions. tell me what you think on the approach? And bruce, its your
email so please make sure you are comfortable with all the messages. I was just trying to
flesh out concepts..
>
> If we proceed, please spell check (mine is not working for some reason) and Matt please
double check my numbers from what Todd sent. AND, Bruce double check the narrative to his
interview. I wrote the capital loss para off top of mind, not sure if those are the exact
words or numbers he used in the interview.
>
> Also do we send today or wait until monday to think about it more, and let the markets
open again?

**Confidential Treatment Requested by Bruce Voss**
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000348
EPROD-SEC-LIT-E-000000431

```
>
> thanks
>
> john
>
>
>
> _____
> From: Bruce Voss [BVoss@lhai.com<mailto:BVoss@lhai.com>]
> Sent: Friday, June 20, 2014 9:20 AM
> To: Higgins, John L.; Foehr, Matt
> Subject: Lemelson email - draft
>
> Here's a draft of an email to send to Lemelson later today. I've added more detail as I
give further thought to the conversation I had with him. Let me know your thoughts on
sending this, as well as the content. There are errors in his written report as well, so
let's discuss if we want to get into correcting those too (noting some are rather
technical, i.e., balance sheet comments) or stick to the audio interview.
>
>
>
>
>
> Emmanuel,
>
>
>
> I listened to your interview on Benzinga including the blatently false comment that
during our phone call earlier this week I "basically agreed" that Promacta sales are going
to go away. I never made that statement, and never would because it's not true. To the
contrary, when we discussed Promacta for use in patients with hepatitis C, I specifically
pointed out that HCV is only one of several indications for the drug, and that even within
HCV there exists a market for Promacta independent of Sovaldi, noting pricing factors and
the potential continued use of Interferon in certain markets outside of the US.
>
>
>
> In the interview, you went on to said that Ligand has never returned capital to
shareholders. That is also blatently false. After Mr. Higgins took over as CEO in 2007 and
worked with Ligand's new Board of Directors to successfully restructure the company, Ligand
returned nearly $300 million in capital to shareholders. Specifically, Ligand paid $253
million to shareholders as a tax-free return of capital in 2007. And from 2007 to 2011, the
company repurchased 1.1 million shares (~5% of outstanding) for $41.4 million.
>
>
>
> And it is worth addressing another misrepresentation in your interview. You state the
company has accumulated a capital loss of $669 million which is evidence of its poor
record. As a matter of fact, much of the accumulated losses came via successful acquistions
Ligand closed in the last few years. And, now that Ligand is profitable and cash-flow
positive it has the significant financial benefit of applying the losses against its
profits such that Ligand's expected tax rate for the next several years is projected to be
less than 5% on pre-tax profits versus standard tax rates which could exceed 35%.
>
>
>
> In your interview since you referenced our conversation directly, I felt compelled to
send you this note. To be clear, we find most of what you wrote in your short report to
also be misrepresented, out-of-date or factually incorrect. I am happy to speak with you by
phone on the points in this email, but given the liberties you take in your communications
I wanted to make sure my message to you was crystal clear and not subject to further
misrepresentation.
>
```

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000349
EPROD-SEC-LIT-E-000000432

>
> As a final note, I want to add I have known and worked with the CEO and COO of Ligand for
15 years while they served various companies. They are very competent, hard-working and
honest executives who have earned the respect of major reputable investors throughout the
US and Europe. This is a small anecdote, but at the end of 2013 Mr. Higgins was nominated
for Biotech CEO of the Year by a prominent and highly referenced industry blogger. Ligand's
CEO finished second in voting to the CEO of Celgene, a high-profile company with a $65
billion market cap. Impressive, especially since neither Mr. Higgins nor others at Ligand
did anything to promote or induce the nomination. Here is the excerpt from the nomination.
>
>
>
> John Higgins, Ligand Pharma
>
> I didn't have a category for Higgins, but maybe it should be "shareholders best friend"
because there are few executives in healthcare today who are better stewards of other
people's money than the CEO of Ligand.
>
> Under Higgins' watch, Ligand has turned sustainably profitable because of smart
deal-making, a growing portfolio<http://www.thestreet.com/story/12135606/2/best-biotech-
ceo-of-2013-your-vote-counts.html> of royalty-generating products and a bean counter's
obsession with frugal spending.
>
> There's nothing sexy about the way Ligand operates under Higgins' leadership but that's
the entire point. Keeping risk and costs low while generating better-than-average returns
from a fractional ownership of a diverse product portfolio has been a remarkably effective
strategy for Ligand in 2013 and sets up the company well for the future.
>
>
>
>
>
>
>
>
>
>
>
>
> Bruce Voss, Managing Director, Principal
> [http://www.lhai.com/Logo/LHAlogoFINAL_LHAonly-RGB.jpg]Investor Relations: Results that
Matter
>
> T: 310.691.7100 C: 646.249.7453 F: 310.691.7150 E: BVoss@lhai.com<mailto:BVoss@lhai.com>
> 2121 Avenue of the Stars, Suite 2970 | Los Angeles, CA 90067
> www.lhai.com<http://lhai.com/> | Facebook<http://www.facebook.com/pages/LHA-Lippert-
Heilshorn/281806488523656?sk=app_330253286992099> | LinkedIn<http://www.linkedin.com
/company/lha-lippert-heilshorn> | Twitter<http://twitter.com/#!/LHA_IR_PR> |
YouTube<http://www.youtube.com/user/LippertHeilshorn?feature=mhee>
>
>
> This email and attachments, if any, may contain confidential and/or privileged
information. If you are not the intended recipient, please notify the sender immediately.
Any unauthorized copying, disclosure or distribution of the material in this email is
strictly forbidden.
>
> Please consider the environment before printing this email.
> <Email content - draft 2.docx>

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS