| Period | Ligand Pharmaceuticals Inc Percent of Float Short |
|---|---|
| 10/31/2014 0:00 | 25.1101 |
| 10/15/2014 0:00 | 26.4698 |
| 9/30/2014 0:00 | 24.2945 |
| 9/15/2014 0:00 | 23.1356 |
| 8/29/2014 0:00 | 21.1578 |
| 8/15/2014 0:00 | 18.8471 |
| 7/31/2014 0:00 | 18.5446 |
| 7/15/2014 0:00 | 19.9741 |
| 6/30/2014 0:00 | 21.2641 |
| 6/13/2014 0:00 | 20.2173 |
| 5/30/2014 0:00 | 20.1138 |