# Financhill

HOW IT WORKS   SIGN IN   > SIGN UP   PRICING

**7 DAY TRIAL**
ALL ACCESS PASS   $7
GET STARTED

## MOST SHORTED STOCKS

*Last Updated: October 26, 2020

| STOCK | COMPANY | LAST PRICE | SHORT INTEREST | % FLOAT | DAYS TO COVER | % SHARES SHORT | |
|---|---|---|---|---|---|---|---|
| GME | GameStop Corp | $15.00 | 66.41M | 292.53% | 7.25 | 101.92% | CHART |
| LGND | Ligand Pharmaceuticals Inc | $85.02 | 9.28M | 82.73% | 41.31 | 57.69% | CHART |
| BBBY | Bed Bath & Beyond Inc | $25.36 | 67.77M | 70.84% | 8.21 | 53.78% | CHART |
| MAC | Macerich Co | $7.49 | 77.45M | 84.65% | 16.74 | 51.82% | CHART |
| SKT | Tanger Factory Outlet Centers Inc | $6.87 | 48.11M | 76.61% | 19.18 | 51.47% | CHART |
| MNK | Mallinckrodt PLC | $0.25 | 42.95M | 51.54% | 11.56 | 50.77% | CHART |
| MNKKQ | Mallinckrodt PLC | $0.14 | 41.72M | 50.08% | 10.58 | 49.33% | CHART |
| BGGSQ | Briggs & Stratton Corp | $0.15 | 19.45M | 76.87% | 4.94 | 45.81% | CHART |
| BGG | Briggs & Stratton Corp | $0.78 | 19.45M | 76.87% | 4.94 | 45.81% | CHART |
| PLCE | Children's Place Inc | $28.22 | 6.52M | 81.67% | 3.13 | 44.68% | CHART |
| | Clovis Oncology | | | | | | |