From: Securities and Exchange Commission <sec@service.govdelivery.com>
Sent: Friday, November 5, 2021 11:09 PM
To:
Subject: Securities and Exchange Commission Daily Digest Bulletin



## Securities and Exchange Commission - Notice of Effectiveness from the Division of Corporation Finance Update

11/05/2021

You are subscribed to receive information about Notice of Effectiveness from the Division of Corporation Finance of the Securities and Exchange Commission.

This information has recently been updated and is now available.

https://www.sec.gov/cgi-bin/browse-edgar?action=geteffect

## Securities and Exchange Commission Upcoming Events Update

11/05/2021

You are subscribed to receive updates on upcoming events for the Securities and Exchange Commission.

This information has recently been updated and is now available.

https://www.sec.gov/about/upcoming-events.htm

## SEC Wins Jury Trial Against Hedge Fund Adviser Who Ran Manipulative Short Scheme

11/05/2021

You are subscribed to Press Releases from the Securities and Exchange Commission. A new press release is now available.

> **SEC Wins Jury Trial Against Hedge Fund Adviser Who Ran Manipulative Short Scheme**
> 11/05/2021 12:55 PM EDT
>
> Jurors in Boston federal court today returned a verdict in the Securities Exchange Commission's favor against a hedge fund adviser and his investment advisory firm. Gregory Lemelson and Massachusetts-based Lemelson Capital Management LLC were…



Chair Gary Gensler tackles timely topics and speaks directly to everyday investors on subjects that matter to them in his video series, Office Hours with Gary Gensler.

## Securities and Exchange Commission - Commission Opinions and Adjudicatory Orders Update
11/05/2021

You are subscribed to receive information about Commission Opinions and Adjudicatory Orders from the Securities Exchange Commission.

This information has recently been updated and is now available.

https://www.sec.gov/litigation/opinions.shtml

## Nicole Creola Kelly Named Chief of SEC Whistleblower Office
11/05/2021

You are subscribed to Press Releases from the Securities and Exchange Commission. A new press release is now available.

### Nicole Creola Kelly Named Chief of SEC Whistleblower Office
*11/05/2021 02:00 PM EDT*

The Securities and Exchange Commission today announced the appointment of Nicole Creola Kelly as Chief of the SEC's Office of the Whistleblower. Ms. Kelly, who goes by Cree, is currently Senior Special Counsel in the Office of the General Counsel and…



Chair Gary Gensler tackles timely topics and speaks directly to everyday investors on subjects that matter to them in his video series, Office Hours with Gary Gensler.

## Statement on PCAOB Rule 6100 to Fulfill Obligations under the HFCAA
11/05/2021

You are subscribed to receive Speeches and Statements from the Securities and Exchange Commission.

This information has recently been updated, and is now available.

### [Statement on PCAOB Rule 6100 to Fulfill Obligations under the HFCAA](#)

*11/05/2021 02:40 PM EDT*

Statement by Gary Gensler
Chair of the Securities and Exchange Commission
PCAOB Rule 6100 to Fulfill Obligations under the HFCAA
November 3, 2021

## Steven F. Muntin

11/05/2021

### [Steven F. Muntin](#)

SEC Charges Michigan Investment Adviser with Fraud

## SEC Approves PCAOB Rule to Establish A Framework for Determinations Under the Holding Foreign Comp

11/05/2021

You are subscribed to Press Releases from the Securities and Exchange Commission. A new press release is [now available](#).

### [SEC Approves PCAOB Rule to Establish A Framework for Determinations Under the Holding Foreign Companies Accountable Act](#)

*11/05/2021 02:50 PM EDT*

The Securities and Exchange Commission today announced that it has approved the Public Company Accounting Oversight Board's (PCAOB) Rule 6100, Board Determinations Under the Holding Foreign Companies Accountable Act. Rule 6100 will establish a framework…

---



Chair Gary Gensler tackles timely topics and speaks directly to everyday investors on subjects that matter to them in his video series, [Office Hours with Gary Gensler](#).

## Statement on PCAOB Rule 6100 to Fulfill Obligations under the HFCAA

11/05/2021

You are subscribed to receive Public Statements from the Securities and Exchange Commission.

This information has recently been updated, and is now available.

### [Statement on PCAOB Rule 6100 to Fulfill Obligations under the HFCAA](#)

*11/05/2021 02:40 PM EDT*

Statement by Gary Gensler
Chair of the Securities and Exchange Commission
PCAOB Rule 6100 to Fulfill Obligations under the HFCAA
November 3, 2021

## Securities and Exchange Commission - Commission Opinions and Adjudicatory Orders Update

11/05/2021

You are subscribed to receive information about Commission Opinions and Adjudicatory Orders from the Securities Exchange Commission.

This information has recently been updated and is now available.

https://www.sec.gov/litigation/opinions.shtml

# Ryan Maasen

11/05/2021

You are subscribed to receive updates about Administrative Proceedings from the Securities and Exchange Commission.

You are subscribed to Administrative Proceedings for Securities and Exchange Commission. This information has recently been updated, and is now available.

### Ryan Maasen

11/05/2021 04:06 PM EDT

Order Instituting Administrative Proceedings Pursuant to Section 15(b) of the Securities Exchange Act of 1934, Making Findings, and Imposing Remedial Sanction

# Joseph A. Cammarata, et al.

11/05/2021

### Joseph A. Cammarata, et al.

SEC Obtains Emergency Relief in Case Charging Claims Aggregator and Principals with Multi-Million Dollar Fraud

# Securities and Exchange Commission Upcoming Events Update

11/05/2021

You are subscribed to receive updates on upcoming events for the Securities and Exchange Commission.

This information has recently been updated and is now available.

https://www.sec.gov/about/upcoming-events.htm



You can update your subscriptions, modify your password or e-mail address, or stop subscriptions at any time on your Subscriber Preferences Page. For more information on collecting personally identifiable information, please read the SEC's privacy policy.

Manage Preferences | Help

This email was sent to js@fundslawyer.com using GovDelivery Communications Cloud on behalf of: Securities and Exchange Commission · 100 F Street, NE · Washington, DC 20549 · 202-551-4120