

REGULATION | BARRON'S TAKE

# The SEC Wins Mixed Verdict Against a Short Seller Who Wouldn't Settle

Bill Alpert
Nov. 10, 2021 5:47 pm ET



Last week, a federal jury awarded the SEC a partial victory in one of the rare civil fraud cases it's brought against an outspoken short.
**CHIP SOMODEVILLA/GETTY IMAGES**

The U.S. Securities and Exchange Commission brings too few enforcement cases against loudmouthed short sellers, according to the thinking of some stockholders and public companies. Last week, a federal jury awarded the SEC a partial victory in one of the rare civil fraud cases it's brought against an outspoken short.

On Nov. 5, the jury in Boston's federal district court found that hedge-fund manager Gregory Lemelson had made three false statements in his public criticism of the drug company Ligand Pharmaceuticals (ticker: LGND) and a related company Viking Therapeutics (VKTX) in 2014, when his fund was short Ligand stock. Lemelson's tiny fund made $1.3 million when Ligand shares declined. The Boston jury found the SEC had not proven four other charges against Lemelson, including a claim that he'd operated a manipulative scheme.

Sometime in the coming months, federal judge Patti Saris will decide on any remedies. *Barron's* [wrote last year about Ligand's campaign to get SEC charges against Lemelson](#), who is a Greek Orthodox priest as well as a money manager.

Lemelson's attorney Douglas Brooks, of Boston's Libby Hoopes Brooks, says his client will appeal the verdict. "We are grateful that the jury found Father Lemelson not liable for the most serious charges brought by the SEC," Brooks told *Barron's*. "[H]e didn't engage in a scheme to defraud either Ligand's investors or his own fund investors. It's disappointing the jury found Father Lemelson liable for making a few statements about two pharma companies, and we intend to appeal that portion of the jury's verdict."

The SEC's comments on the verdict might confuse the historical record. Its press release headline reads: "SEC Wins Jury Trial Against Hedge Fund Adviser Who Ran Manipulative Short Scheme." But the jury's very first vote was a finding that the agency didn't prove its allegations of a "scheme."

ADVERTISEMENT - SCROLL TO CONTINUE

The vast majority of civil enforcement cases brought by the SEC are settled by the defendants—often before the action is even announced. Insisting on his innocence, and free speech rights as an investor, Lemelson refused agency settlement offers. That led to the jury trial.

In his trial testimony, Lemelson continued to criticize Ligand and Viking. Two of Lemelson's 2014 statements that jurors found false were actually statements about Viking—the Ligand spinoff whose shares weren't yet trading in 2014. A short sale of Viking would have proven the better long-term bet. Since June 2014, when Lemelson first irked Ligand with his criticism, Ligand shares are up 147% to a recent $164, and have slightly outperformed the S&P 500 index over that time. Since Viking's 2015 initial offering, its stock is down 20%, to $6.22.