

Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Hedge Fund Priest Beats SEC Short-And-Distort Claims

By **Brian Dowling**

Law360 (November 5, 2021, 12:23 PM EDT) -- A Boston federal jury on Friday absolved a Greek Orthodox priest of some fraud claims in a U.S. Securities and Exchange Commission suit alleging he launched a short-and-distort scheme through his hedge fund aimed at tanking a biotech company's stock price.

The mixed verdict also rejected the SEC's claims that Rev. Emmanuel Lemelson violated the Investment Advisers Act by forwarding his critical reports about Ligand Pharmaceuticals Inc. to investors in the hedge fund. At the same time, the jury found Lemelson liable for fraud when he made untrue, material statements in three of the four examples put forward by the SEC.

After dismissing the jury, U.S. District Judge Patti B. Saris said the ramifications of the mixed verdict weren't immediately clear and that she would hear arguments from the parties. An SEC attorney told the court the agency may seek disgorgement or an injunction against Lemelson on the false-statements claims.

Lemelson's attorney, Douglas S. Brooks of Libby Hoopes Brooks PC, told Law360 after the verdict that his client intends to appeal the jury's finding on the alleged misstatements, which involved claims about Ligand and a partner company.

"We are grateful that the jury found Father Lemelson not liable for the most serious charges brought by the SEC — he did not engage in a scheme to defraud either Ligand's investors or his own fund investors," Brooks said. "It's disappointing the jury found Father Lemelson was reckless in making a few statements about two pharma companies, and we intend to appeal that portion of the jury's verdict."

The SEC said in a press release Friday that it won the trial, without mentioning the claims the jury rejected.

"Investment professionals play a crucial role in our markets and when they break the law they undermine investors' trust," Gurbir S. Grewal of the SEC's enforcement division said in a statement. "We'll continue to use all of the tools in our toolkit to hold wrongdoers accountable, including litigating whenever necessary. This verdict underscores that commitment as well as our staff's ability, tenacity, and experience to win those trials."

The SEC alleged that Lemelson published five reports about Ligand and gave multiple media interviews in mid-to-late 2014 criticizing the California drug company as a fraud with critical insolvency risks, all while making a $4.6 million bet that the stock would plummet. The bet paid off for Lemelson, whose Amvona Fund made $1.3 million when it covered the short position in October 2014, the SEC said. By then, Ligand had lost $500 million of its market cap.

During the trial, Ligand CEO John Higgins testified that Lemelson was "**a bully**" who engineered the drop in the company's stock price by issuing his "relentless" reports.

The SEC told the jury in closing arguments that Lemelson was out to "rock the stock" by scaring off "**Bambi**" investors, profiting handsomely off his short bet, and showing off his ability to crash a stock in order to attract more investors in his hedge fund.

But Lemelson's defense team **argued** that the four statements challenged by the SEC were made in good faith, backed up by his research, and protected by the First Amendment.

The litigation, which kicked off in 2018, has been contentious throughout. Lemelson has called the suit unprecedented and said the SEC acted in bad faith, going after him only because of extensive lobbying by Ligand attorneys and even making his religion part of the investigation.

The SEC and Ligand accused Lemelson before trial of trying to "poison the well" with selective leaks of confidential documents to a financial reporter and attempting to influence the testimony of a potential witness — another priest — by threatening to sue him unless he recanted earlier statements to the agency and paid $10,000.

A spokeswoman for the SEC declined to comment when reached after the verdict Friday.

The SEC is represented in-house by Alfred A. Day and Marc J. Jones.

Lemelson and his company, Lemelson Capital Management LLC, are represented by Thomas M. Hoopes, Douglas S. Brooks and Brian J. Sullivan of Libby Hoopes Brooks PC.

The case is SEC v. Lemelson et al., case number 1:18-cv-11926, in the U.S. District Court for the District of Massachusetts.

--Additional reporting by Chris Villani. Editing by Alyssa Miller.

*Update: This article has been updated to include comments from the SEC. It has been updated to clarity the counts Lemelson faced at trial.*

---

All Content © 2003-2022, Portfolio Media, Inc.