PF Latest News

# SEC wins HF adviser securities fraud trial

The Commission persuaded a jury that a HF adviser and its principal engaged in a "short-and-distort" scheme

By **Hugh Kennedy** - 23 hours ago

The **SEC** has persuaded a jury that a hedge fund adviser and its principal engaged in a "short-and-distort" scheme. The verdict, returned in a Boston federal court, went against **Gregory Lemelson** and his investment advisory firm **Lemelson Capital Management**. The charges date to September 2018 when Lemelson and his firm were found to have reaped more than $1.3 million in illegal profits from a manipulative short scheme involving **Ligand Pharmaceuticals**.

The Commission originally charged that Lemelson and Lemelson Capital took a short position in Ligand in May 2014 for The Amvona Fund, a hedge fund advised and partly owned by Lemelson. A barrage of written reports, interviews and social media were then employed by Lemelson to spread false claims about the San Diego-based pharmaceuticals company.

## Stock plummeted under scheme

The SEC's complaint claimed Lemelson went so far as to state that Ligand was "teetering on the brink of bankruptcy" and that its flagship hepatitis drug was going to become obsolete. The scheme worked. Ligand's stock lost more than one-third of its value during the course of Lemelson's damaging activities.

The jury ultimately determined that Lemelson and Lemelson Capital violated the anti-fraud provisions of Exchange Act rule 10b-5. At a later date, the Boston court will determine remedies.

Copyright PEI Media  
Not for publication, email or dissemination