1/19/22, 4:38 PM SEC Wins Jury Trial Against Hedge Fund Adviser Who Ran Manipulative Short Scheme - The Financial Analyst

Case 1:18-cv-11926-PBS Document 261-39 Filed 01/20/22 Page 1 of 1

# SEC Wins Jury Trial Against Hedge Fund Adviser Who Ran Manipulative Short Scheme

By **Securities and Exchange Commission** - November 5, 2021

Jurors in Boston federal court today returned a verdict in the Securities Exchange Commission's favor against a hedge fund adviser and his investment advisory firm. Gregory Lemelson and Massachusetts-based Lemelson Capital Management LLC were…

Subscribe to The Financial Analyst to get original opinion and all the latest news on trending financial topics and breaking stories related to analysis and global markets. If you have a tip or a financial opinion to share get in touch to submit your story.



**Marketing Campaign: Financial Conferences**
£3,500.00
Add to basket



**Marketing Campaign: FinTech Products & Services**
£3,500.00
Add to basket

**Marketing Campaign: Initial Coin Offering**
£3,500.00
Add to basket

This post was originally published by the Board of Governors of the Federal Reserve System