```
 1              IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF MASSACHUSETTS
 3
 4   SECURITIES AND EXCHANGE     ) Civil Action No.
     COMMISSION,                 ) 1:18-cv-11926-PBS
 5                               )
            Plaintiff,           )
 6                               )
        vs.                      )
 7                               )
     GREGORY LEMELSON and LEMELSON)
 8   CAPITAL MANAGEMENT, LLC,    )
                                 )
 9          Defendants,          )
                                 )
10      and                      )
                                 )
11   THE AMVONA FUND, LP,        )
                                 )
12          Relief Defendant.    )
     _____)
13
14
15
16
17        Oral deposition of MICHAEL JOHNS, taken at
18   THE SECURITIES AND EXCHANGE COMMISSION, 1617 J.F.K.
19   Blvd., Suite 520, Philadelphia, Pennsylvania, 19103,
20   beginning at 1:00 p.m., on Wednesday, November 20,
21   2019, before Karen A. Stevens, Court Reporter and
22   Notary Public, there being present:
23
24   JOB No. 191120ZRV
```

1

```
 1     A P P E A R A N C E S :
 2
           MARC JONES, ESQUIRE
 3         ALFRED A. DAY, ESQUIRE
           U.S. SECURITIES AND EXCHANGE COMMISSION
 4         BOSTON REGIONAL OFFICE
           Division of Enforcement
 5         33 Arch Street
           Boston, Massachusetts  02110
 6         jonesm@sec.gov
           daya@sec.gov
 7         -- Representing the Plaintiff
 8
 9
10         DOUGLAS S. BROOKS, ESQUIRE
           LIBBY HOOPES
11         399 Boylston Street
           Boston, Massachusetts  02116
12         dbrooks@libbyhoopes.com
           -- Representing the Defendant
13
14
15         ALSO PRESENT: Father Lemelson
16
17
18
19
20
21
22
23
24
                                                       2
```

```
 1  questions, Mr. Johns.  Thank you for your patience.
 2  And before I turn it over to Doug, thank you for
 3  your efforts in being here today.
 4       A    Happy to do it.
 5       Q    First question is, do you have a sense in
 6  terms of a total number of dollars what you got paid
 7  for work for Father Lemelson?
 8       A    I anticipated you asking that and I
 9  haven't done an actual accounting of it.  I'm going
10  to guess that over roughly three years of working
11  with him it did not exceed $20,000.
12       Q    $20,000 total or per year?
13       A    Total, over the three-year period.
14       Q    Got it.  Lastly, sir, earlier you said in
15  talking with Father Lemelson about the SEC
16  investigation you didn't believe that there was
17  cause to investigate him.  What was your basis for
18  saying that?
19       A    Based on what I knew at that time, meaning
20  as I interacted with him I sensed someone who was
21  admittedly new to financial analysis, who admittedly
22  sometimes in my view probably over-spoke of his
23  capabilities in the field, but who wasn't, at least
24  as far as I could tell in working with him on these
```

115