

THINKADVISOR (/)
(https://store.law.com/Registration/Newsletters.aspx?promoCode=TA&intcmp=source_website_medium_header_campaign_redesignedtanewsletterspage_content_navlink_term_ta)
(https://store.law.com/Registration/Login.aspx?promoCode=TA:LIMITED&refDomain=store.thinkadvisor.com&source=https%3A%2F%2Fwww.thinkadvisor.com%2F2021%2F12%2F13%2F8-worst-bogus-advisors-in-america-2021%2F)

1/11

## 8. Gregory Lemelson

A Boston jury recently found (https://www.thinkadvisor.com/2021/11/11/jury-finds-priest-serving-as-hedge-fund-advisor-made-false-statements/) that Greek Orthodox priest Gregory Lemelson (also known as Father Emmanuel Lemelson) intentionally or recklessly made untrue statements of a material fact or omitted to state a material fact to his clients while serving as an unregistered advisor. But the jury found that he did not intentionally or recklessly engage in a scheme to defraud clients.

The Securities and Exchange Commission had alleged (https://www.thinkadvisor.com/2018/09/13/priest-bore-false-witness-to-reap-profits-in-his-hedge-fund-sec-says/) in a complaint (https://www.sec.gov/litigation/complaints/2018/comp24267.pdf) filed Sept. 12, 2018, in U.S. District Court for the District of Massachusetts that Lemelson and Massachusetts-based Lemelson Capital Management LLC (https://www.lemelsoncapital.com/management) illegally profited from a

News    December 13, 2021 at 02:21 PM    Share & Print

---

T his past year offered such an extensive list of registered advisors and brokers who qualified for the dubious distinction of being among the worst financial advisors of the year that ThinkAdvisor didn't even bother to include bogus brokers and advisors in the recent 10 Worst Financial Advisors in America (https://www.thinkadvisor.com/2021/12/03/10-worst-financial-advisors-in-america-2021/).

Instead, ThinkAdvisor decided to devote this separate report to those accused of leading investors astray who lacked the proper credentials to give advice.



At Vanguard, your clients are more than just investors, they're owners. So together, we can build a future they'll love.

Learn more

+ Important information

clients and creating elaborate investment scams in 2021.

One fraudster on this list even threatened to murder a client. (It should be noted that not all of these bogus brokers and artificial advisors have been convicted of crimes.)

THINKADVISOR (/)

(https://store.law.com/Registration/Newsletters.aspx?promoCode=TA&intcmp=source_website_medium_header_campaign_redesignedtanewsletterspage_content_navlink_term_ta)

ThinkAdvisor searched enforcement actions from the Securities and Exchange Commission, Financial Industry Regulatory Authority and others, as well as local news outlets, to find some of the worst advisors of the year. Check them out in the gallery above.
(https://store.law.com/Registration/Login.aspx?promoCode=TA:LIMITED&refDomain=store.thinkadvisor.com&source=https%3A%2F%2Fwww.thinkadvisor.com%2F2021%2F12%2F13%2F8-worst-bogus-advisors-in-america-2021%2F)



Jeff Berman (/author/profile/jeff-berman/)







At Vanguard, your clients are more than just investors, they're owners. So together, we can build a future they'll love.

Learn more

+ Important information

ThinkAdvisor (/)

Newsletters (https://store.law.com/Registration/Newsletters.aspx?promoCode=TA&intcmp=source_website_medium_header_campaign_redesignedtanewsletterspage_content_navlink_term_ta)
(https://store.law.com/Registration/Login.aspx?promoCode=TA:LIMITED&refDomain=store.thinkadvisor.com&source=https%3A%2F%2Fwww.thinkadvisor.com%2F2021%2F12%2F13%2F8-worst-bogus-advisors-in-america-2021%2F)

(/2021/12/10/ex-lpl-rep-sentenced-to-2½-years-in-prison-for-stealing-from-retired-client/)

(/2021/12/10/ex-lpl-rep-sentenced-to-2½-years-in-prison-for-stealing-from-retired-client/)

More on this topic





Spending Plan Includes $1.5T in Tax Hikes (/2021/12/13/latest-senate-spending-plan-includes-1-5t-in-tax-hikes/)

(https://www.thinkadvisor.com/native?mvi=3326b201f6344328a5a6b2b053e206c1)

Websites Drive Advisors' Decision to Invest: J.D. Power (/2021/12/10/asset-manager-websites-drive-advisors-decision-to-invest-j-d-power/)

Crypto Adviso (https mvi=f

ThinkAdvisor (https://store.law.com/Registration/Newsletters.aspx?promoCode=TA&intcmp=source_website_medium_header_campaign_redesignedtanewsletterspage_content_navlink_term_ta)
(https://store.law.com/Registration/Login.aspx?promoCode=TA-LIMITED&refDomain=store.thinkadvisor.com&source=https%3A%2F%2Fwww.thinkadvisor.com%2F2021%2F12%2F13%2F8-worst-bogus-advisors-in-america-2021%2F)

## Connect with ThinkAdvisor

About ThinkAdvisor (/static/about-us/)    Contact Us (/static/contact-us/)    Advertise With Us (/static/advertise-with-us/)

(https://feeds.feedblitz.com/ThinkAdvisor/)  (http://www.twitter.com/ThinkAdvisor)  (https://www.facebook.com/ThinkAdvisor)
(https://www.linkedin.com/company/25027484/)

Sitemap (/sitemap/)    Terms of Service (https://www.alm.com/terms-of-use-summit/)    Privacy Policy (https://www.alm.com/privacy-summit/)

ALM (https://store.law.com/Registration/Newsletters.aspx?promoCode=TA&intcmp=source_website_medium_header_campaign_redesignedtanewsletterspage_content_navlink_term_ta) Copyright © 2021 ALM Media Properties, LLC. All Rights Reserved. (https://store.law.com/Registration/Login.aspx?promoCode=TA:LIMITED&refDomain=store.thinkadvisor.com&source=https%3A%2F%2Fwww.thinkadvisor.com%2F2021%2F12%2F13%2F8-worst-bogus-advisors-in-america-2021%2F)

