

● NYSE Arca Biotechnology Index Level % Change
● Ligand Pharmaceuticals Inc Price % Change

-2.87%
-55.54%

0.00%
-40.00%
-80.00%
-120.0%

Jan '19   Jul '19   Jan '20   Jul '20   Jan '21   Jul '21   Jan '22

Jan 20 2022, 4:04PM EST. Powered by YCHARTS