UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREGORY LEMELSON and LEMELSON CAPITAL ) <br> MANAGEMENT, LLC, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> THE AMVONA FUND, LP, ) <br> ) <br> Relief Defendant ) <br> ) | Civil Action No. 1:18-cv-11926-PBS |

**AFFIDAVIT OF FATHER EMMANUEL LEMELSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT**

I, Father Emmanuel Lemelson, hereby swear and declare as follows:

1. I am a canonically ordained Greek Orthodox priest and have been identified in the Complaint to this action as Gregory Lemelson. I also serve as the Chief Investment Officer of Lemelson Capital Management, LLC. I am an activist investor. Lemelson Capital Management, LLC is the general partner to the Amvona Fund, LP, a pooled investment vehicle.

2. Prior to forming the Amvona Fund in 2012, I founded and managed a number of companies including:

   a. Progressive Imaging (1993-1998) – a photo studio that catered to high school dances and senior portraits.

   b. Amvona.com (1998-2010) – a hybrid e-commerce and social networking platform that sold photo accessories designed and developed by the company;

1

      c.   Emmanuel Holdings, LLC (2005-2009) – a commercial real estate company;

      d.   Epiphany Labs, LLC (2006-2010) – a company that developed software and technology for both a social network and social shopping platform; and

      e.   The Lemelson Group (2020 – present) – a property management company.

3.    In 2021, I launched The Spruce Peak Fund, LP.

4.    All the investors in The Spruce Peak Fund, LP, who were able to, have submitted letters in support for me in this matter.

5.    In addition to the investors that have submitted letters herewith, one of my investors is the Honorable Paul A. Magnuson, a presiding federal judge in the District of Minnesota.  Judge Magnuson told me that he cannot submit a letter due to judicial ethical rules, but that he wants to continue investing with me.  In fact, Judge Magnuson previously indicated that he was inclined to increase his investment.

6.    There are only two other investors in The Spruce Peak Fund, LP that have not submitted letters in support.  One of those individuals expressed to me that he cannot submit a letter due to his employer's guidelines, which is also within the securities industry, but that he otherwise happily would have.  This investor, like others, has expressed an interest in increasing his investment.  The last investor has been unreachable lately because of personal issues.

7.    All of the investors in both The Spruce Peak Fund, LP and the Amvona Fund, LP are sophisticated investors and include investment managers, a retired financial planner, an executive consultant in risk management, activist investors, an individual who runs his own hedge fund, an attorney and CEO, a managing director of national accounts for an asset management firm, a certified public accountant, and a CEO of a social impact company.

8.       I have never been ecclesiastically disciplined, I remain in good standing in the Greek Orthodox Church, where I still actively serve as a priest.

9.       I have served the Greek Orthodox Church in various capacities my entire adult life; first as a layman, and later a clergyman. I have not accepted any salary or other financial benefits (apart from small honorariums which did not even cover my travel costs, and which I typically donated) for providing any of these services.

10.      I have software that tracks the visitors to my websites Amvona.com and Lemelsoncapital.com. Since the original complaint was filed in this action on September 12, 2018, these sites have been visited by an IP address associated with the Securities and Exchange Commission hundreds of times.

11.      The Wall Street Journal article, titled "Hedge-Fund Priest: Thou Shalt Make Money" contains a number of misrepresentations, which I addressed in two public rebuttals posted through public press releases and also on the Amvona website in November 2015 (before this litigation was ever filed and before I was aware that I would eventually become the target of the investigation in this case). Also, as a result of my clear public rebuttals, and pointing out the demonstrably false nature of the WSJ piece, news sites, such as Christian Today, retracted their coverage of the story. Those rebuttals are available, among other places, at [Amvona - Lemelson Capital Management Releases Response to Wall Street Journal Profile](#) and [Amvona - Lemelson Capital Management Releases Second of Two Critical Responses of Wall Street Journal Profile](#) With regard to the present matter, and as clearly stated in my public releases, I deny ever making the statement that I could "crash stocks," and pointed this fact out to the SEC as early as 2015.

12.      While my wife, Anjeza, is listed as the owner of Lemelson Capital Management, she plays no active role in the management of the investments or operations.

13. I have used a significant portion of the money earned from my work over my professional career, including with the Amvona Fund for various charitable purposes including but not limited to the following:

    a. $15,000 donation to an orphanage in Uganda;

    b. $10,000 donation to the Taxiarche Greek Orthodox Church;

    c. A $15,000 donation to the St. Nektarios Greek Orthodox Church

    d. $15,000 donation to the Magis Center;

    e. $50,000 donation to Ecumenical Patriarchate to fund a foundation that they asked me to establish (which I did); and

    f. $100,000 in expenses to re-establish the Greek Orthodox Church of the Epiphany in Lugano, Switzerland; and

    g. $15,000 donation to the Greek Orthodox Metropolis of Bursa, for the restoration of ancient churches.

    h. $700,000 to date to construct St. Katherine Church for a community that would otherwise not be able to afford a place to worship (based on current estimates, I plan to spend a total of over $1,000,000 to complete construction of this church). I currently fund approximately $10,000 per year in operating costs for the church which does not collect any stewardship fees from the faithful.

14. Float is an industry term meaning the total number of shares that are available for public investors to buy and sell.  The short percentage of float is the percentage of a company's stock that has been borrowed from the float and sold short by investors, compared to the number of shares of a company's stock that are available to the public.  A short percentage of float above 20% is considered very high.  *See*

https://www.investopedia.com/ask/answers/05/shortexceed50.asp#:~:text=The%20short%20percentage%20of%20float,are%20available%20to%20the%20public.

15. From June to October 2014, the short percentage of float for Ligand was between 18%-25%. Subsequently, Ligand's short percentage of float continued to grow, peaking at over 87% in 2020. This data is reflected in Exhibits FF, RR-SS to the Opposition to the Plaintiff's Motion for Entry of Judgment. The data comes from YCharts, which is a software company for which I have paid to access financial data to assist with investment research.

16. The S&P 500 index is the most popular measure to assess the stock market's performance. It measures the value of stocks of the 500 largest corporations by market capitalization listed on the New York Stock Exchange or NASDAQ composite. The S&P 500 is calculated by taking the sum of the adjusted market capitalization of all S&P 500 stocks and then dividing it with an index divisor, which is a proprietary figure developed by Standard & Poor's. https://www.investopedia.com/ask/answers/040215/what-does-sp-500-index-measure-and-how-it-calculated.asp#:~:text=The%20S%26P%20500%20measures%20the,Stock%20Exchange%20or%20Nasdaq%20Composite.

17. The NYSE Arca Biotechnology Index is an index designed to measure the performance of a cross section of small, mid and large capitalization companies in the biotechnology industry that are primarily involved in the use of biological processes to develop products or provide services. https://www.marketwatch.com/investing/index/btk. *See also,* https://www.nyse.com/publicdocs/nyse/indices/BTK_Index_Methodology_Version_2.pdf

18. Since the Commission filed the Complaint in this matter, Ligand has underperformed the S&P 500 index by 111.3% and underperformed the NYSE Arca

Biotechnology Index by 52.67%. This data is reflected in Exhibits RR, SS to the Opposition to the Plaintiff's Motion for Entry of Judgment. The data comes from YCharts, as described above.

19. Since the Commission filed the Complaint in this matter, Viking Therapeutics has underperformed the S&P 500 index by 119.44% and underperformed the NYSE Arca Biotechnology Index by 60.85%. This data is reflected in Exhibits TT, UU to the Opposition to the Plaintiff's Motion for Entry of Judgment. The data comes from YCharts, as described above.

20. As of close of market on January 20, 2022, Ligand's stock price was 113.68 per share and Viking's stock price $3.95 per share.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.


Executed: January 20, 2022

*Rev. Fr. Emmanuel Lemelson*
Father Emmanuel Lemelson

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on January 20, 2022.

                                                       */s/ Douglas S. Brooks*
                                                       Douglas S. Brooks