**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GREGORY LEMELSON and LEMELSON CAPITAL | ) |
| MANAGEMENT, LLC, | )   Civil Action No. 1:18-cv-11926-PBS |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| THE AMVONA FUND, LP, | ) |
| | ) |
| Relief Defendant | ) |
_____ )

**AFFIDAVIT OF DOUGLAS S. BROOKS IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT**

I, Douglas S. Brooks, hereby swear and declare as follows:

1.       I am a member in good standing of the Bar of the Commonwealth of

Massachusetts and am counsel to Defendants Rev. Fr. Emmanuel Lemelson (identified in the

Complaint as "Gregory Lemelson"), Lemelson Capital Management, LLC, and Relief Defendant

The Amvona Fund, LP.

2.       Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final

Judgment as Exhibit A are true and correct copies of letters in support of Fr. Lemelson.

3.       Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final

Judgment as Exhibit B is a true and correct copy of Trial Exhibit 3, the transcript of Fr.

Lemelson's June 19, 2014 pre-market interview with Benzinga.

4. Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit C is a true and correct copy of Trial Exhibit 4, Fr. Lemelson's July 3, 2014 report regarding Ligand.

5. Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit D is a true and correct copy of Trial Exhibit 96, Ligand's Historical Stock Price Data.

6. Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit E is a true and correct copy of Trial Exhibit 199, Emails to and from Fr. Lemelson regarding house calls and federal call on the Amvona Fund account.

7. Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit F is a true and correct copy of Trial Exhibit 58, Viking Therapeutics, Inc. form S-1 Registration.

8. Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit G is a true and correct copy of excerpts of the transcript from trial proceedings on October 27, 2021.

9. Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit H is a true and correct copy of Trial Exhibit 4, Fr. Lemelson's June 16, 2014 report regarding Ligand.

10. Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit I is a true and correct copy of Trial Exhibit 2, the recording of Fr. Lemelson's June 19, 2014 pre-market interview with Benzinga.

11.    Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit J is a true and correct copy of Trial Exhibit 5, Fr. Lemelson's August 4, 2014 report regarding Ligand.

12.    Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit K is a true and correct copy of Trial Exhibit 6, Fr. Lemelson's August 14, 2014 report regarding Ligand.

13.    Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit L is a true and correct copy of Trial Exhibit 7, Fr. Lemelson's August 22, 2014 report regarding Ligand.

14.    Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit M is a true and correct copy of Trial Exhibit 143, the recording of Fr. Lemelson's August 13, 2014 pre-market interview with Benzinga.

15.    Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit N is a true and correct copy of Trial Exhibit 146, the recording of Fr. Lemelson's September 16, 2014 pre-market interview with Benzinga.

16.    Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit O is a true and correct copy of Trial Exhibit 149, the recording of Fr. Lemelson's October 16, 2014 pre-market interview with Benzinga.

17.    Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit P is a true and correct copy of Trial Exhibit 48, Fr. Lemelson's notes from his June 18, 2014 phone call with Bruce Voss.

18.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit Q is a true and correct copy of Trial Exhibit 196, a June 19, 2014 email from Mr. Jacobi to Fr. Lemelson.

19.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit R is a true and correct copy of the Commission's Initial Disclosures dated December 21, 2018.

20.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit S is a true and correct copy of the Commission's Amended Initial Disclosures dated July 24, 2019.

21.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit T is a true and correct copy of the Commission's Initial Disclosures dated October 8, 2019.

22.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit U is a true and correct copy of excerpts of the transcript from the Summary Judgment Haring on December 17, 2020.

23.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit V is a true and correct copy of Trial Exhibit 13, Ligand's 10-K filing dated December 31, 2013.

24.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit W is a true and correct copy of Ligand's historical stock prices from January 20, 2012 to January 19, 2022.  This data was taken from the NASDAQ historical data available at https://www.nasdaq.com/market-activity/stocks/lgnd/historical.

25.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit X is a true and correct copy of Trial Exhibit 159, the July 15, 2014 Monetary Policy Report published by the Board of Governors of the Federal Reserve System.

26.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit Y is a true and correct copy of Trial Exhibit 160, the July 22, 2014 report published by Empire Asset Management Company regarding Ligand.

27.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit Z is a true and correct copy of Trial Exhibit 161, the August 5, 2014 report published by Empire Asset Management Company regarding Ligand.

28.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit AA is a true and correct copy of Trial Exhibit 163, Ligand's September 25, 2014 PowerPoint presentation to the Commission.

29.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit BB is a true and correct copy of Trial Exhibit 166, Ligand's June 8, 2015 PowerPoint presentation to the Commission.

30.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit CC is a true and correct copy of Trial Exhibit 64, the July 20, 2014 email chain between John Higgins and Matt Dormer.

31.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit DD is a true and correct copy of Trial Exhibit 233, the August 22, 2014 email chain between Todd Pettingill, Glenn Dourado, and Eric Vajda.

32.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit EE is a true and correct copy of Trial Exhibit 133, the June 23, 2014 email chain between Bruce Voss, Matt Foehr, and John Higgins.

33.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit FF is a true and correct copy, a chart of Ligand's percentage of short float from June to October 2014.

34.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit GG is a true and correct copy of Financhill's list of most shorted stocks.

35.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit HH is a true and correct copy of the Commission's November 5, 2021 press release.

36.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit II is a true and correct copy of the Commission's November 5, 2021 litigation bulletin.

37.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit JJ is a true and correct copy of a November 10, 2021 article published by Barron's titled, "The SEC Wins Mixed Verdict Against a Short Seller Who Wouldn't Settle."

38.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit KK is a true and correct copy of a November 5, 2021 article published by Law360 titled, "Hedge Fund Priest Beats SEC Short-And-Distort Claims."

39.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit LL is a true and correct copy of a November 19, 2021 article published by Compliance Watch titled, "SEC Wins HF Adviser Securities Fraud Trial."

40.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit MM is a true and correct copy of a November 5, 2021 article published by Financial Analyst titled, "SEC Wins Jury Trial Against Hedge Fund Adviser who Ran Manipulative Short Scheme."

41.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit NN is a true and correct copy of a November 5, 2021 article published by Mondovisione titled, "SEC Wins Jury Trial Against Hedge Fund Adviser who Ran Manipulative Short Scheme."

42.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit OO is a true and correct copy of the Commission's amended press release.

43.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit PP is a true and correct copy of excerpts of the deposition of Michael Johns.

44.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit QQ is a true and correct copy of an article published by Think Advisor titles "Think Advisor's 8 Worst Bogus Advisors in America."

45.     Attached to Defendants' Opposition to Plaintiff's Motion for Entry of Final Judgment as Exhibit VV is a true and correct copy of Viking's Historical Stock Data from April 29, 2015 to January 19, 2022.  This data was taken from the NASDAQ historical data available at https://www.nasdaq.com/market-activity/stocks/vktx.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United State of America that the foregoing is true and correct.


Executed:  January 20, 2022                          */s/ Douglas S. Brooks*
                                                     Douglas S. Brooks

### **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non-participants on January 20, 2022.

                                                     */s/ Douglas S. Brooks*
                                                     Douglas S. Brooks