

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-11926-pbs |
| ) | |
| GREGORY LEMELSON AND LEMELSON ) | |
| CAPITAL MANAGEMENT, LLC, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| THE AMVONA FUND, LP, ) | |
| ) | |
| Relief Defendant. ) | |

Expert Report of Erin Smith, Ph.D.

February 28, 2020

1

**Table of Contents**

I.   Qualifications ................................................................................................................. 3

II.  Assignment and Summary of Opinions ......................................................................... 4

III. Background ..................................................................................................................... 5

IV.  Mr. Dolgoff considered a subset of Lemelson's statements, ignoring the overall impact of
     Lemelson's campaign. ................................................................................................... 6

     A.  Lemelson's campaign included statements and solicited follow-on coverage on at least 13
         days during the relevant period, most of which Mr. Dolgoff did not consider. ..................... 6

     B.  Lemelson's campaign events are associated with negative stock returns that are jointly
         statistically significant, suggesting the campaign had a negative impact on Ligand's stock
         price. ....................................................................................................................... 8

V.   Mr. Dolgoff considered full-day returns rather than using intraday returns. Intraday analysis
     would have minimized the impact of random noise and confounding events. ............................ 10

     A.  I found that two of the four campaign events that Mr. Dolgoff considered are associated with
         statistically significant intraday declines in Ligand's stock price. ....................................... 12

     B.  Using intraday event study methodology, I found four additional campaign events that are
         associated with statistically significant stock price declines. ............................................. 16

VI.  At times, Mr. Dolgoff's characterizations of statistically insignificant results are incorrect and, as
     a result, misleading. ....................................................................................................... 21

## I.    Qualifications

1.      I am a Financial Economist with the Office of Litigation Economics in the Division of Economic and Risk Analysis of the U.S. Securities and Exchange Commission ("SEC" or "Commission").  In this role, I assist the Commission in its enforcement investigations and actions through economic and quantitative analysis and research.[1]

2.      I hold a Ph.D. in Finance from New York University, Stern School of Business.  I also hold a B.A. in Economics and Engineering (double major) from Dartmouth College.

3.      Prior to joining the SEC in my current position, I was an Assistant Professor of Finance at the University of Rochester, Simon School of Business where I taught courses on financial economics at the undergraduate, masters, and doctoral level.  I also have served as a Financial Economist in the Office of Corporate Finance at the SEC.  Prior to obtaining my Ph.D., I worked in BlackRock's Portfolio Analytics Group.

4.      My academic research is focused on corporate governance, the impact of financial regulation on stock prices and corporate investment and financing decisions.  My research is published in the *Quarterly Journal of Finance*.  I have presented my research at major academic conferences and university seminar series.  I referee manuscripts for top finance journals including the *Journal of Financial Economics*, the *Review of Financial Studies*, and *Management Science*.  I have served as an advisor and committee member to doctoral students who have accepted faculty positions at major business schools around the world.  I have served as an economic and summary expert on behalf of the SEC and the Department of Justice in the past two years.  My curriculum vitae is attached as Appendix 1.

5.      I have been assisted by SEC economists in the preparation of this report.  I receive a salary for the performance of my duties at the SEC and my compensation depends neither on my participation as an expert in this matter, nor on the outcome of the matter.

---

[1] As an employee of the SEC's Division of Economic and Risk Analysis, I am not an employee of the SEC's Division of Enforcement and I do not report to anyone in the Division of Enforcement.

## II.    Assignment and Summary of Opinions

6.    I have been asked to review and comment on the report submitted in this matter on January 17, 2020, by Mr. Aaron Dolgoff (the "Dolgoff report").  Specifically, I was asked whether the Dolgoff report reliably assesses the impact of the alleged "short-and-distort campaign" (hereafter, "Lemelson's campaign" or the "campaign") by Gregory Lemelson ("Lemelson") on Ligand's stock price.  I have reached the following conclusions:

- The Dolgoff report analyzes just four event dates, ignoring the overall impact of Lemelson's campaign to decrease Ligand's stock price.
  - Lemelson's campaign included statements and follow-on coverage on at least thirteen dates between June 16, 2014, and October 13, 2014 (the "relevant period").[2]
  - I found that declines in Ligand's stock price on the wider set of the campaign dates are jointly statistically significant, suggesting the campaign had a negative impact on Ligand's stock price.

- Although most of the campaign events took place during trading hours, Mr. Dolgoff did not examine intraday stock prices to disentangle the impact of the events from the impact of other news and trading noise.
  - Intraday analysis reveals that two of the four events considered in the Dolgoff report – Lemelson's radio interview on June 19, 2014, and his second report on July 3, 2014 – are associated with statistically significant declines in Ligand's stock price.
  - At least four additional campaign events are associated with statistically significant intraday stock price declines: Lemelson's June 16, 2014 report; his August 4, 2014 report; and the next-day follow-on coverage that Lemelson solicited following his June 16, 2014 and July 3, 2014 reports.

- At times, Mr. Dolgoff's characterizations of statistically insignificant results are incorrect and, as a result, misleading.

---

[2] I was asked to consider October 13, 2014 as the end date for Lemelson's campaign because Lemelson covered over 99% of his short position in Ligand's stock by the end of October 13, 2014. According to Mr. Dolgoff's Exhibit 6.A, as of October 14, 2014, Lemelson's remaining short position in Ligand was 117 shares, valued at $5,362.

7.      A list of the materials that I considered in forming my opinions is attached as Appendix 2.  Prior to December 20, 2019, I had no involvement in this case.  My access to the case files has been limited to materials I was provided and materials I collected from public sources and databases.  The opinions presented in this report are based on the information available to me as of the report date, and I reserve the right to supplement the opinions and analyses described in this report based on any materials I may be provided later.

## III.   Background[3]

8.      Between May 2014 and October 2014, Lemelson, also known as Rev. Father Emmanuel Lemelson, devised and carried out a campaign in which his Amvona Fund built a "short position" in Ligand's stock and then he made a series of negative public statements about the company intended to drive its stock price down.[4]

9.      The campaign stood to benefit Lemelson because his fund's short position would gain value from a decline in Ligand's stock price.  Lemelson started building up his short position in Ligand's stock on May 22, 2014, by shorting 769 shares for the total value of $50,054.[5]  By June 16, 2014, Lemelson's short position was 68,528 shares, with a total value of $4,446,782.[6]  As of June 16, 2014, a $1 (1.5%) decline in Ligand's stock price would have increased Lemelson's profits by $68,528 (gross of fees and transactions costs).

10.     On June 16, 2014, Lemelson began making public statements about Ligand through a series of posts on Amvona's website and in interviews in which he claimed that the company was facing a "severe competitive threat" and that the fair value of Ligand's stock was "roughly $0 per share."[7]  Lemelson also solicited follow-on coverage of his statements in outlets such as Seeking Alpha, Benzinga, USA Today and ValueWalk.  Exhibit 1 summarizes the reports, interviews, and solicited follow-on coverage events of the campaign during the relevant period.

---

[3] I was instructed to accept as true the factual allegations of the Amended Complaint for my analysis. This section is provided for background only.

[4] Amended Complaint, par.1.

[5] Dolgoff Report, Exhibit 6.A.

[6] Dolgoff Report, Exhibit 6.A.

[7] Amended Complaint, par. 24.

IV.   **Mr. Dolgoff considered a subset of Lemelson's statements, ignoring the overall impact of Lemelson's campaign.**

A.   **Lemelson's campaign included statements and solicited follow-on coverage on at least 13 days during the relevant period, most of which Mr. Dolgoff did not consider.**

11.    Mr. Dolgoff considered price movements on just four days of Lemelson's campaign: three reports on June 19, 2014, August 14, 2014, and August 22, 2014, and a July 3, 2014 radio interview.[8]  Table 1 shows that Lemelson's campaign included at least thirteen events between June 16, 2014, and October 13, 2014, including two additional reports, two additional radio interviews, and two instances in which Lemelson reaffirmed his views on Ligand.[9]  Mr. Dolgoff also omitted three days on which Lemelson successfully obtained follow-on coverage of his statements.

**Table 1.**
**Lemelson Statements about Ligand and Solicited Follow-on Coverage**
June 16, 2014 - October 13, 2014

| Date | Description | Dolgoff Report |
|------|-------------|----------------|
| Jun 16, 2014 (Mon) | Report #1 and follow-on coverage | |
| Jun 17, 2014 (Tue) | *Follow-on coverage:* Report #1 | |
| Jun 19, 2014 (Thu) | Radio interview #1 and follow-on coverage | x |
| Jun 24, 2014 (Tue) | Re-affirms Report #1 and "$0 price target" | |
| Jul 03, 2014 (Thu) | Report #2 and follow-on coverage | x |
| Jul 07, 2014 (Mon) | *Follow-on coverage:* Report #2 | |
| Aug 04, 2014 (Mon) | Report #3 and follow-on coverage | |
| Aug 07, 2014 (Thu) | Exclusive interview to Benzinga (article) | |
| Aug 13, 2014 (Wed) | Radio interview #2 | |
| Aug 14, 2014 (Thu) | Report #4 and follow-on coverage | x |
| Aug 22, 2014 (Fri) | Report #5 and follow-on coverage | x |
| Aug 25, 2014 (Mon) | *Follow-on coverage:* Report #5 | |
| Sep 16, 2014 (Tue) | Radio interview #3 | |

Note: See Exhibit 1 for more details. Events considered in the Dolgoff report are highlighted.

12.    Lemelson's campaign started with the June 16, 2014 report that claimed that Promacta, the drug that accounted for most of Ligand's royalty revenue, would soon be rendered

---

[8] Dolgoff Report, par. 1.

[9] Amended Complaint, par. 3.

obsolete.[10]  All of Lemelson's subsequent campaign events referenced and supplemented this report.[11]  In a footnote, the Dolgoff report states that Ligand's stock price declined by 5.4% following the release of Lemelson's first report and that analysts attributed the decline to Lemelson's report.[12]  It appears that Mr. Dolgoff does not consider the market reaction to the June 16 report to be relevant to his opinions.  I disagree.  The stock price reaction to this first report is relevant as it suggests the market viewed the subject matter in the report to be relevant to the value of the Ligand's stock.

13.     Mr. Dolgoff did consider the market reaction to Lemelson's second, fourth and fifth reports, posted on July 3, 2014, August 14, 2014, and August 22, 2014, respectively. However, he omitted the third report on August 4, 2014.[13]  He also omitted follow-on press coverage of all of Lemelson's reports by Benzinga, PR Newswire, Seeking Alpha, and other outlets.  Likewise, Mr. Dolgoff considered Lemelson's first radio interview on June 19, 2014, but omitted all subsequent interviews on August 7, 2014,[14] August 13, 2014,[15] and September 16, 2014.[16]

14.     This follow-on coverage was an important part of Lemelson's campaign.  Records show that many of these follow-on events were solicited by Lemelson, suggesting he found it important for other outlets to reprint his opinions.[17]  Such follow-on coverage could have contributed to the perceived credibility of Lemelson's statements.[18]  There is also evidence that

---

[10] Lemelson's 6/16/14 report; Amended Complaint, par 26.

[11] For example, the first event Mr. Dolgoff considered is Lemelson's radio interview at Benzinga on June 19, 2014. In that interview, Lemelson spoke about his first report and underscored the report's conclusions by claiming that someone at Ligand's Investor Relations office agreed with his statements. (Amvona's website, 6/20/14; Amended Complaint, p. 37.)

[12] Dolgoff Report, par. 39, FN 39.

[13] PR Newswire, 8/4/14.

[14] Benzinga, 8/7/14.

[15] YouTube: "Rev Emmanuel Lemelson, CIO of Lemelson Capital management - #PreMarket Prep for August 13, 2014."

[16] YouTube: "Rev Emmanuel Lemelson, CIO of Lemelson Capital management - #PreMarket Prep for September 16, 2014."

[17] For example, in an effort to get coverage from USA Today, Lemelson writes in reference to the June 16, 2014 report, "it is getting broad coverage now in many sources, so price likely to keep falling…" (SEC-Lemelson-E-0041451).

[18] For example, some may have viewed the reprints of Lemelson's statements in news outlets as the outlet's agreement with or endorsement of the statements.  Indeed, when introducing Lemelson as a special guest on the PreMarket radio show, Benzinga specifically noted that Lemelson "has been quoted in USA Today, The Street,

this additional coverage helped to disseminate Lemelson's statements and impact Ligand's stock price.  For example, as shown in Exhibit 2, on June 16, 2014, there was little if any reaction when Lemelson posted his first report on the Amvona website at 2:22pm[19] or to the subsequent coverage by Benzinga at 2:38pm.  It was not until Seeking Alpha posted the report at 2:49pm that Ligand's stock price reacted, falling by approximately 5%.[20]

15.     Mr. Dolgoff stated that he ignored these types of events because "prices would not be expected to react to information that is not new or surprising."[21]  It is not appropriate for Mr. Dolgoff to exclude relevant events from the analysis based on his claim that prices "would not be expected to react" to the events.  Notably, in his prior publications, Mr. Dolgoff acknowledged the potential for follow-on coverage to affect stock prices.[22]

**B.  Lemelson's campaign events are associated with negative stock returns that are jointly statistically significant, suggesting the campaign had a negative impact on Ligand's stock price.**

16.     Mr. Dolgoff's opinion that "it is not possible to attribute negative stock price impact to the challenged statements" is based on a select subset of Lemelson's statements and therefore fails to consider the overall impact of Lemelson's campaign.[23]  If these events did not impact Ligand's stock price, it would be equally likely to observe positive and negative returns following each of the events.  Abnormal returns across all events would be jointly insignificant. To test this hypothesis, I used Ligand's daily abnormal return estimates reported in Mr. Dolgoff's Backup Exhibit 1 to perform a joint test of statistical significance.[24]

---

ValueWalk, SeekingAlpha and countless other places."
(https://www.youtube.com/watch?v=V8UX2X24R1s&feature=youtu.be)

[19] This time and all others are reported in Eastern Standard Time.

[20] Dolgoff Report, FN 39. See also, Appendix 3C which reports the stock price reaction in the five minutes that follow all June 16, 2014 circulations of Lemelson's report.

[21] Dolgoff Report, par 26.

[22] See discussion of "dissemination delays" in Dolgoff, Aaron and Tiago Duarte-Silva, "Price impact of disclosures before, during, or after a trading day: Implications for event studies." *CRA Insights: Financial Markets* (2014).

[23] Dolgoff Report, par 6.

[24] Mr. Dolgoff's event study presented in the Backup Exhibit 1 ends on August 29, 2014.  I followed his methodology to estimate the abnormal return on the last Lemelson's event day on September 16, 2014, which was negative 1.69%.

17.     Joint test for statistical significance across multiple events are standard and frequently used in academic research.[25]  Joint tests are more "powerful"[26] relative to testing the significance of each event individually.[27]  For example, when a single event coincides with a small stock price reaction, it is difficult to tell if the reaction is due to the event or to trading noise.[28]  When similar events consistently prompt small stock price reactions, one can be more certain that the reactions are due to the events rather than to random price fluctuations, since it is unlikely that random fluctuations would always be, for example, negative.  Therefore, by testing the stock price reaction across all days jointly, it is possible to detect average price effects that would be too small to be detected from events considered individually.

18.     Exhibit 3 summarizes the results of my analysis.  I first considered the four event dates the Dolgoff report considers.  Mr. Dolgoff found that three out of the four dates had negative abnormal returns, each of which was individually, not statistically significant.  I tested the four Dolgoff report dates jointly and found an average abnormal return of -0.87%, which is not statistically significant.

19.     But when I considered the entire set of thirteen campaign event dates, the average effect is -1.21% and is jointly statistically significant at the 90% level (see Exhibit 3).  Excluding August 4, 2014, the day Ligand reported positive earnings news for the second quarter of 2014, I found the average effect over Lemelson's campaign event dates is -2.05%, which is statistically

---

[25] I used the test statistic proposed by Patell (1976) for joint tests of significance of abnormal returns, which is a standard approach to joint testing in accounting and finance academic research. (Patell, James M. "Corporate forecasts of earnings per share and stock price behavior: Empirical test." *Journal of Accounting Research* (1976): 246-276. Also see .*e.g.,* Corrado, Charles J. "Event studies: A methodology review." *Accounting & Finance* 51.1 (2011): 207-234)

[26] Statistical "power" is a desirable feature of a statistical test.  Power is the probability of finding statistically significant results if there is a true effect.  Tests that are prone to erroneously finding insignificant results are known as being "low-powered." (Campbell, J. Y., Lo, Andrew W., and MacKinlay, A. Craig (1997). *The Econometrics of Financial Markets*. Princeton University press. Chapter 4.)

[27] For example, if you would like to know whether a coin is equally likely to flip heads versus tails, you would need to flip the coin more than one time.  In fact, you would need to flip it several times – the more certain you want to be, the more flips you would need.

[28] For example, in the case of Ligand's stock, Mr. Dolgoff estimated that the company's abnormal returns had historical standard deviation of approximately 2.5%.  (Dolgoff Report, Backup Exhibit 1.)  This means that we would only expect a price reaction to an event to be statistically significant if the event impacts Ligand's market capitalization by at least 5.0% (or about $60 million).  And, even then, the reaction would only be statistically significant about half of the time, depending on whether the other random fluctuations in Ligand's stock price pushed the stock in the same direction.  Testing each event individually will generally yield insignificant (inconclusive) results for events with smaller value implications.

significant at the 99% level.[29]  This result remains qualitatively unchanged when I exclude days with follow-on press coverage only (average effect is -2.20%), exclude all days with confounding events (average effect is -2.02%), and exclude August 4, 2014, August 13, 2014 and August 22, 2014, the latter two being announcements[30] Lemelson characterized as bad news for Ligand's valuation (average effect is -1.87%).

20.     Overall, I found that the average abnormal return on all of the Lemelson campaign event dates and various subsets of those dates, is negative and statistically significant, suggesting that Lemelson's campaign had a negative impact on Ligand's stock price.


## V.     Mr. Dolgoff considered full-day returns rather than using intraday returns. Intraday analysis would have minimized the impact of random noise and confounding events.

21.     As stated in the Dolgoff report, "The event study methodology requires that there be no other information about the company that prevents drawing conclusions about the specific information being analyzed ('confounding information').  When confounding information is disclosed concurrent to the measured excess return time window, event study results only provide evidence of the association between changes in securities prices and the combined information from all of the information disclosed during the return interval.  Disentangling the effects of confounding information may require methods outside the event study approach itself."[31]

---

[29] I excluded August 4, 2014 because Ligand announced quarterly earnings before the market opened morning of August 4, 2014.  According to analyst reports, Ligand's earnings were higher than expected. (Form 8-K filed 8/4/2014. See also, *e.g.,* Roth Capital and Craig-Hallum 8/4/2014 reports).  Based on the results of my intraday event study, the announcement was associated with an abnormal stock price increase of 6.9%.  Email evidence indicates that Lemelson viewed it as important to get his third report out the same day since "earnings [had] been badly misrepresented…"  (SEC-E-Lemelson-0184997).

[30] It appears that these two confounding announcements -- filings on August 13, 2014 and after-hours on August 21, 2014 -- were the impetus for Lemelson's last two reports, titled, "Ligand pharmaceuticals' $225M debt issuance solidifies company's insolvency, substantially raises specter of bankruptcy" and "Institutional holders wasting no time dumping stock in response to mounting insolvency and bankruptcy risks" (see Exhibit 1).

[31] Dolgoff Report, par 25.

22.     Intraday event studies are a standard method used in academic research and accepted in U.S. courts to disentangle the impact of confounding information.[32]  The method is based on the finding that stocks react to news very quickly, typically within five to fifteen minutes of the announcement.[33]  Thus, the impact of an event on the stock price can be measured by the change in the stock price immediately surrounding the announcement.  This approach allows for more precise estimates as it excludes the impact of other confounding news and trading noise irrelevant to the event.[34]  Accordingly, intraday event studies can detect smaller price effects than daily event studies.[35]  Notably, in his prior work, Mr. Dolgoff advocated for using intraday event studies for measuring stock price reactions to news.[36]  The Dolgoff report, however, does not contain intraday event study analyses.

23.     I followed the intraday event study methodology used in academic research.  I measured the event return from 15 minutes prior to the event, excluding pre-market trading and the opening price, to 15 minutes following the event.[37]  For over-night events, I used the return from the previous close of trading to 15 minutes after the opening of trading on the following day.[38]  I calculated expected returns using Mr. Dolgoff's model estimates for the year ended May 31, 2014.[39]  I used returns of the most liquid ETFs that track Mr. Dolgoff's market and industry indices: SPDR S&P 500 ETF (SPY) and iShares NASDAQ Biotechnology Index ETF (IBB),

---

[32] See, for example, *Bricklayers and Trowel Trades Int'l Pension Fund v. Credit Suisse First Boston*, 853 F. Supp. 2d 181, 190-91 (D. Mass. 2012).

[33] Patell, James M., and Mark A. Wolfson. "The intraday speed of adjustment of stock prices to earnings and dividend announcements." *Journal of Financial Economics* 13.2 (1984): 223-252.

[34] *See* Laura Starks, "Discussion of 'Market Microstructure: An Examination of the Effects on Intraday Event Studies.'" *Contemporary Accounting Research* 10.2 (1994): 383-386.

[35] Mucklow, Belinda, "Market Microstructure: An Examination of the Effects on Intraday Event Studies," *Contemporary Accounting Research* 10.2 (1994): 355-382.

[36] "Although it is typical to evaluate stock price reactions between two days' prices at close of trading, prices can adjust faster than over the course of a trading day. Moreover, the release of multiple pieces of information during a day may confound the analysis of a particular disclosure's price impact. In these circumstances, it may be useful to analyze price reactions throughout the trading day." (Dolgoff, Aaron and Tiago Duarte-Silva, "Price impact of disclosures before, during, or after a trading day: Implications for event studies." *CRA Insights: Financial Markets* (2014))

[37] Bradley, Daniel, Jonathan Clarke, Suzanne Lee, and Chayawat Ornthanalai, "Are analysts' recommendations informative? Intraday evidence on the impact of time stamp delays." *Journal of Finance* 69.2 (2014): 645-673.

[38] Kim, Sok Tae, Ji-Chai Lin, and Myron B. Slovin, "Market structure, informed trading, and analysts' recommendations." *Journal of Financial and Quantitative Analysis* 32.4 (1997): 507-524.

[39] Dolgoff Report, Backup Exhibit 1.

respectively.  The abnormal return is the difference between the actual and expected return measured over the event time interval.  I then calculated a t-statistic, which is the ratio of the event abnormal return to the standard deviation of abnormal returns measured over the same time interval for all trading days for the year ended May 31, 2014.  A t-statistic with an absolute value greater than 1.645, 1.96, and 2.58 means the abnormal return is statistically significant at the 90%, 95%, and 99% confidence level, respectively.  I summarized results of my intraday event studies for each of the events that Mr. Dolgoff considered in his report and other events of the campaign in Exhibit 4.

24.     I performed a number of robustness checks to ensure my results were not sensitive to the choice of the event time interval,[40] measurement of abnormal returns,[41] or distributional assumptions.[42] (see Appendix 3)

### A.  I found that two of the four campaign events that Mr. Dolgoff considered are associated with statistically significant intraday declines in Ligand's stock price.

_Lemelson's Radio Interview on June 19, 2014 (Dolgoff Event #1)_

25.     Lemelson's interview on June 19, 2014 was the first of Mr. Dolgoff's four event dates.[43]  By considering Ligand's full day return, which includes the impact of other confounding

---

[40] I considered alternative time intervals for measuring event returns such as: (i) measuring from 1 minute prior to the event, as opposed to 15 minutes prior to the event (similar to Adams, Greg, Grant McQueen, and Robert Wood, "The effects of inflation news on high frequency stock returns."  _Journal of Business_ 77.3 (2004): 547-574); and (ii) Measuring up to 5 minutes after the event, as opposed to 15 minutes after, based on the finding that, for NYSE stocks, most price reactions occur within five minutes.  (Kim, Sok Tae, Ji-Chai Lin, and Myron B. Slovin, "Market structure, informed trading, and analysts' recommendations." _Journal of Financial and Quantitative Analysis_ 32.4 (1997): 507-524)

[41] I used alternative measures of abnormal returns: (i) mean-adjusted (Mucklow, Belinda, "Market Microstructure: An Examination of the Effects on Intraday Event Studies," _Contemporary Accounting Research_ 10.2 (1994): 355-382); and (ii) based on the high correlation between Ligand's stock and the industry index, I also provided intraday results using Ligand's excess return relative to the industry index.

[42] I also performed a non-parametric test for statistical significance as suggested in Campbell, Lo and MacKinley (1997).  (Campbell, J., Andrew Lo, and Craig MacKinlay, (1997). _The Econometrics of Financial Markets_. Princeton University press, pp. 173).  I used a non-parametric "SQ test" based on the portion of days in the control period with more extreme returns than the event date.  According to the test, the result is statistically significant at the 95% confidence level if that portion is less than 5% of the control period observations.  (Gelbach, Jonah, Eric Helland, and Jonathan Klick.  "Valid inference in single-firm, single-event studies." _American Law and Economics Review_ 15.2 (2013): 495-541)

[43] Dolgoff Report, par.30.

news and trading noise irrelevant to the campaign, Mr. Dolgoff erroneously arrived at the conclusion that it was not possible to attribute a stock price decline to Lemelson's June 19, 2014 statements.

26.     At 9:20am[44] on June 19, 2014, Lemelson gave an interview on Benzinga's PreMarket Prep talk show.  Lemelson began discussing Ligand approximately 16 minutes into the interview and, at 9:36am, he stated that Ligand's investor relations office confirmed that Promacta was "going away,"[45] which was one of the reasons for Lemelson's $0 price target for Ligand.  The statement was notable as, after Lemelson's first report, there is evidence that investors may have been expecting a response from Ligand[46] and that they focused specifically on this excerpt from Lemelson's interview.[47]

27.     Exhibit 5 shows Ligand's stock price changes on June 19, 2014.  On the Amvona website, Lemelson commented that "shares of LGND dropped as much as 2% during the interview."[48]  Based on the results of my event study, I found that the interview is associated with a -2.44% abnormal decline in Ligand's stock price, which is statistically significant at the 90% confidence level (See Exhibit 4).[49]  Seven minutes before market close (at 3:53pm), Seeking Alpha published a link to Lemelson's interview.[50]  The abnormal return surrounding the time of Seeking Alpha's distribution was -0.67%, which is not statistically significant.  That is, because random fluctuations in Ligand's stock price are of a similar magnitude to this return,

---

[44] Amvona's Website, 6/20/14.

[45] Amended Complaint, par 24; YouTube: "Rev Emmanuel Lemelson of Lemelson Capital Management - #PreMarket Prep for June 19, 2014."

[46] See, for example, a comment posted on Seeking Alpha after Lemelson's first report was published on June 16, 2014: "I am very much looking forward to management's response to the questions raised in this report." (LGND_0041958).

[47] See, for example, one comment posted on Seeking Alpha after Lemelson's interview: "The part that you could not hear well ('2-3 words opaque') was 'IR'.  I had to listen several times before I understood that part.  So Lemelson said he talked to Ligand investor relations and they told him Promacta sales were 'going away.'  Last night I sent an e-mail with a link to the video to Ligand investor relations and asked them to confirm or deny what they had told Lemelson.  If what he says is true, this was non-public information they were providing him.  I doubt it's true, but I have not received any response."  (Comments to Seeking Alpha, 6/19/14 accessed February 2020)

[48] Amvona's Website, 6/20/14.

[49] This result is robust to using alternative models for measuring expected returns and non-parametric hypothesis tests.  The result is, however, sensitive to the choice of the event window.  While the price reaction measured from the close on the previous day to 15 minutes after the statement is statistically significant at the 90% level, it is not statistically significant when I use alternative estimation windows (1 minute before to 15 minutes after and 1 minute before to 5 minutes after).  Accordingly, this result should be considered as weak evidence of an effect.

[50] SEC-Lemelson-E-0827633.

there is no statistical way to determine whether Seeking Alpha's distribution of Lemelson's interview impacted Ligand's stock price.

### *Lemelson's Second Report on July 3, 2014 (Dolgoff Event #2) and Follow-on Coverage*

28.     Lemelson's second report on July 3, 2014, was the second event considered in the Dolgoff report.  Mr. Dolgoff erroneously arrived at the conclusion that there was not a statistically significant stock price reaction to the report because he considered Ligand's full day return.  As shown in Exhibit 6, Ligand's stock price increased early in the day on July 3, 2014, before Lemelson's second report, and it declined after Seeking Alpha distributed the report.

29.     On July 3, 2014, along with announcing an increase in his short position in Ligand, Lemelson posted a second report that included an appendix with additional information reaffirming his earlier statements on Ligand's $0 price target and 100% downside risk.  In his email to George Moriarty from Seeking Alpha, Lemelson described the report as being "full of important, material information on LGND."[51]  The report also claimed that Viking Therapeutics, a company partially owned by Ligand, was a shell company and that Viking's July 1, 2014 S-1 filing was unaudited.[52]  This second report was circulated by Seeking Alpha (at 12:04pm),[53] and ValueWalk (at 1:01pm)[54] and was followed by a decline in Ligand's stock price (see Exhibit 6).  Based on my intraday event study, I estimated that Ligand's stock price declined by -1.95%, which is statistically significant at the 99% confidence level (see Exhibit 4).[55]

30.     July 3, 2014, was a short trading day ahead of the July 4th holiday weekend. The market closed at 1:00pm.[56]  On the next trading day, July 7, 2014, before market open, PR Newswire distributed Lemelson's second report.[57]  Based on my intraday event study, I estimated that, from the close of trading on July 3, 2014 through 9:45am on July 7, 2014,

---

[51] SEC-Lemelson-E-0117990.

[52] Amended Complaint, par 46.

[53] SEC-Lemelson-E-0599308.

[54] ValueWalk, 7/3/14.

[55] Lemelson pushed for the July 3, 2014 publication before market's closed early for the holiday (SEC-Lemelson-E-0117990).  Lemelson also pushed for after-hours distribution from Guru Focus (SEC-Lemelson-E-0184266).  I was unable to confirm whether Guru Focus provided the requested follow-on coverage.

[56] TAQ Data; https://www.tradinghours.com/exchanges/nasdaq/market-holidays/2014.

[57] PR Newswire, 7/7/2014.

Ligand's stock price declined by -3.97%, which is statistically significant at the 99% confidence level (see Exhibit 4).[58]

### *Lemelson's Fourth Report on August 14, 2014 (Dolgoff Event #3).*

31.     Lemelson's fourth report on August 14, 2014, is the third event considered in the Dolgoff report.  Based on the observed statistically insignificant abnormal return for that day and the fact that there was confounding news, Mr. Dolgoff concluded that "it is not possible to attribute a negative price reaction" to the report.[59]

32.     On August 14, 2014, before the market opened, Lemelson distributed his fourth report on Ligand claiming that Ligand's recent plan to issue $225 million of convertible notes "further deepens the already significant concerns about Ligand's imminent insolvency and the company's substantial risk of bankruptcy."[60]  He also sought distribution of this report from Seeking Alpha and other outlets.[61]  PR Newswire and Dow Jones Institutional News published Lemelson's post at 9:15am and Seeking Alpha distributed his post at 10:00am.[62]  (Although Seeking Alpha experienced some issues that may have caused a distribution delay.)[63]

33.     As shown in Exhibit 4, the abnormal return associated with the fourth report is not statistically significant.  However, this insignificant result could be due to confounding news on that day: before the market opened, Ligand announced signing a multi-program Captisol(R) license agreement with Avion Pharmaceuticals.[64]  Exhibit 7 shows Ligand's stock price change throughout the day.  Due to the concurrent confounding disclosure it is not possible to estimate the impact of the campaign event on Ligand's stock price.

34.     One day before posting his fourth report, Lemelson again appeared on Benzinga's PreMarket Prep radio show to discuss Ligand.  On the show, he made similar claims to those that would appear in his August 14, 2014 report.  Lemelson's radio discussion of Ligand began

---

[58] At 12:02pm on July 7, 2014, Seeking Alpha posted a critical response to Lemelson's prior reports.  (Seeking Alpha, 7/7/14)

[59] Dolgoff Report, par 44.

[60] Amvona Website, 8/14/14.

[61] SEC-Lemelson-E-0209327, SEC-Lemelson-E-0042956.

[62] SEC-Lemelson-E-0066738.

[63] SEC-Lemelson-E-0042956.

[64] PR Newswire, 8/14/14.

before the market opened on August 13, 2014, and lasted for about seven minutes.[65] The abnormal return associated with this interview is not statistically significant (see Exhibit 4). As with the inconclusive result on August 14, 2014, this result could be due to confounding news since Ligand's $225 million bond offering was also announced before the market opened on August 13, 2014.[66]

*Lemelson's Fifth Report on August 22, 2014 (Dolgoff Event #4) and Follow-on Coverage*

35.     Lemelson's fifth report on August 22, 2014, is the last event discussed in the Dolgoff report. On August 22, 2014, Lemelson posted another report on Ligand titled, "Institutional holders wasting no time dumping [Ligand's] stock in response to mounting insolvency and bankruptcy risks." The basis for this claim appears to be a filing of Form SC 13G/A by Biotechnology Value Fund LP (BVF) after-hours on August 21, 2014. The filing reported a change in BVF's ownership of Ligand's stock.[67] Lemelson's post was distributed by Seeking Alpha at 3:15pm.[68] I found that the return associated with Seeking Alpha's circulation is not statistically significant (see Exhibit 4).

36.     Lemelson solicited additional follow-on coverage of his August 22, 2014 report from PR Newswire and Dow Jones Institutional News, both of which redistributed his post before the market opened on August 25, 2014.[69] Similar to Seeking Alpha's distribution of the fifth report, I found that the return associated with this follow-on coverage is not statistically significant (see Exhibit 4). Exhibit 8 shows Ligand's stock price changes throughout August 22, 2014 and August 25, 2014.

**B. Using intraday event study methodology, I found four additional campaign events that are associated with statistically significant stock price declines.**

---

[65] Benzinga, 6/13/14. YouTube: "Rev. Emmanuel Lemelson, CIO of Lemelson Capital Management - #PreMarket Prep for August 13, 2014." (Lemelson discusses Ligand at approximately 6:50 – 13:56)

[66] Ligand's Form 8-K, 8/13/14.

[67] Ligand's Form SC 13G, 8/21/14.

[68] SEC-Lemelson-E-0002841.

[69] PR Newswire, 8/25/14.

*Lemelson's first report on June 16, 2014 and follow-on coverage on June 16-17, 2014*

37.     Lemelson's first negative report on Ligand was posted on June 16, 2014.[70] Lemelson first posted his report on the Amvona website at approximately 2:22pm.[71]   A few minutes later, the report was reposted on Benzinga (2:38pm)[72] and Seeking Alpha (2:49pm).[73] Within the next hour, the report was also picked up by StreetInsider,[74] Bloomberg,[75] and ValueWalk.[76]   At 3:41pm, Lemelson wrote an email to Gary Strauss at USA Today stating that Ligand's stock price declined 9.4% after the publication of his report and it is "likely to keep falling."[77]   Exhibit 2 shows that, indeed, Ligand's stock price experienced a steep decline following the publication of Lemelson's first report.   Ligand's stock price declined by 6.0% from 15 minutes prior to the 2:22pm initial post to 15 minutes after the last follow-on coverage during trading hours at 3:29pm.[78]   This 6.0% decline is statistically significant at the 99% confidence level (See Exhibit 4).[79]

38.     Lemelson's first report received additional follow-on coverage by Seeking Alpha[80] and PR Newswire[81] after market closed on June 16, 2014 (I was not able to confirm the

---

[70] On the same day, before the market opened, Ligand announced successful first-in-human trial results for Glucagon program.  (Ligand's Press Release, 6/16/14)  Ligand's full-day abnormal stock price decline of 3.34%, as estimated by Mr. Dolgoff (Dolgoff Report, Backup Exhibit 1), represents the net impact of all news on that day and, therefore, is not informative of the impact of Lemelson's report.

[71] Amvona Website, 6/16/14 (retrieved from web.archive.org on 2/28/20).

[72] Benzinga, 6/16/14.

[73] Seeking Alpha, 6/16/14.

[74] StreetInsider, 6/16/14.

[75] Bloomberg, 6/16/14.

[76] ValueWalk 6/16/14.

[77] SEC-Lemelson-E-0041451

[78] For all intraday event study results, I collapse events that occur within 30 minutes of each other so that results report non-overlapping abnormal returns.  For example, Lemelson's initial post at 2:22pm preceded Benzinga's 2:38pm follow-on coverage by 16 minutes.  So, rather than reporting one result measured from 2:07pm to 2:37pm and another measured from 2:23pm to 2:53pm, I would report one result, measured from 2:07pm to 2:53pm (ignoring subsequent follow-on coverage).  These two events are reported separately in Appendix 3C, where I measure returns from 1 minute prior to the event to 5 minutes after the event.

[79] Before Lemelson posted his first report on June 16, 2014, Ligand's stock price was higher than the previous day close price following the news of successful first-in-human trial results for glucagon program, which Ligand announced at 8:00am on that day.  (Ligand Press Release, 6/16/14)  As noted in the Roth Capital analyst report, Ligand's stock price declined after Lemelson's report: "A web-based platform for investing articles published a strongly bearish article on LGND on Monday afternoon.  LGND's stock subsequently lost most of the gain it had experienced earlier in the day following positive Phase I glucagon receptor antagonist data."  (Roth Capital Partners, 6/17/14)

exact time of USA Today's follow-on coverage,[82] which may have also been after-hours on June 16, 2014). I found that this additional coverage was not associated with a statistically significant return (See Exhibit 4 and Exhibit 9). Some of this insignificance could be due to the Roth Capital report published on June 17, 2014 before the market opened, which stated that Lemelson's report is "foolish" and reiterated the buy rating and price target of $98/share for Ligand.[83] Another follow-on article by Benzinga posted at 12:26pm on June 17, 2014[84] was associated with a decline of -1.55%, which is statistically significant at the 95% confidence level (See Exhibit 4).

*Lemelson Reaffirms "$0 price target" for Ligand on June 24, 2014*

39.     On June 24, 2014 at 1:30pm, PR Newswire published news that "Lemelson Reaffirms Research Report and $0 Price Target" for Ligand.[85] The news included a quote from Lemelson that "despite nearly 16% correction in LGND shares since the report was published six trading days ago" he continues "to affirm that the intrinsic value of its shares is immaterial."[86] This statement was later reprinted by ValueWalk (at 3:37pm). On the same day, before market open, Ligand announced a license agreement with TG Therapeutics and Roth Capital reiterated their 'Buy' recommendation.[87]

40.     Exhibit 10 shows Ligand's stock price changes during the day. I found a positive and statistically significant abnormal return of 1.29% associated with the PR Newswire article (at the 95% confidence level). I found that the return surrounding the ValueWalk follow-on coverage is not statistically significant (See Exhibit 4).[88]

---

[80] Seeking Alpha, 6/16/14.

[81] PR Newswire, 6/16/14.

[82] SEC-Lemelson-E-0210013

[83] Roth Capital, 6/17/14.

[84] Benzinga, 6/17/14.

[85] PR Newswire, 6/24/14.

[86] *Id.*

[87] Ligand's Form 8-K, 6/24/14.

[88] Lemelson's re-affirmation followed Ligand's June 24, 2014 8-K filing at 6:04am, which announced Ligand's entry into an agreement with TG Therapeutics.

*Lemelson's Third Report on August 4, 2014 and Follow-on Coverage*

41.     On August 4, 2014, Lemelson posted his third report on Ligand and announced that he had further increased his short stake in Ligand.[89]  Lemelson's post appeared to be in response to Ligand's second-quarter financial results,[90] also announced before the market opened on August 4, 2014.[91]  The same intraday event study methodology described above suggests that the stock price reaction to Ligand's earnings announcement was +6.9%, which is statistically significant at the 99% confidence level.  In his report, Lemelson claimed that Ligand's financial results were "deceptively optimistic" and provided Lemelson's own interpretation of the financials.[92]

42.     The report was first distributed by PR Newswire at 2:46pm.[93]  At 2:53pm, Lemelson sent an email with the updated "research report with new material information" to a number of news outlets that distributed the report within the hour, including Bloomberg,[94] Seeking Alpha,[95] and Benzinga.[96]  Based on my intraday event study, I found that Lemelson's third report and its follow-on coverage are associated with an abnormal decline in Ligand's stock price of -3.68%, which is statistically significant at the 99% confidence level (See Exhibit 4). Exhibit 11 shows Ligand's stock price changes on August 4, 2014.  Benzinga's follow-on coverage at 3:45pm was not associated with a statistically significant return.

---

[89] Amvona Website, 8/4/14.

[90] Ligand's Form 8-K, 8/4/14.

[91] According to analyst reports, the earnings were higher than expected. (Form 8-K filed 8/4/2014. See also, *e.g.,* Roth Capital, 8/14/14 and Craig-Hallum 8/4/2014 reports) Based on the results of my intraday event study, the announcement was associated with an abnormal stock price increase of 6.9%.  Email evidence indicates that Lemelson viewed it as important to get his third report out the same day since "earnings [had] been badly misrepresented…" (SEC-E-Lemelson-0184997)

[92] Amvona Website, 8/4/14.

[93] PR Newswire, 8/4/14.

[94] Bloomberg, 8/4/14.

[95] SEC-E-Lemelson-0066725

[96] Benzinga, 8/4/14.

*Other Lemelson's interviews on August 7, 2014 and September 16, 2014*

43.     On August 7, 2014, Benzinga published an exclusive interview with Lemelson, in which he repeated many of his prior statements about Ligand.  The interview was published on Benzinga's website at 1:57pm.  At 3:16pm, Lemelson sent an email to Seeking Alpha seeking follow-on coverage of his interview, noting that Ligand's stock price was down almost 6% that day.[97]  Exhibit 12 shows Ligand's stock price change throughout the day.  The abnormal returns associated with the interview article is not statistically significant (see Exhibit 4).

44.     On September 16, 2014, Lemelson appeared for a third time on Benzinga's PreMarket Prep show.  His discussion of Ligand began around 9:30am and lasted approximately 2 minutes, during which he referred to the company as "nothing but fraud" and a "wealth transfer mechanism."[98]  The stock price change from the close on September 15, 2014, to 15 minutes into trading on September 16, 2014, is not statistically significant.  Exhibit 13 shows Ligand's stock price changes throughout the day.

45.     Overall, based on intraday event study analyses, I found that six of the events in the first half of Lemelson's campaign (before and including August 4, 2014) are associated with statistically significant declines in Ligand's stock price.  Events towards the end of the campaign (after August 4, 2014) are associated with negative but statistically insignificant stock returns, some of which were impacted by confounding news.  Notably, fourteen out of the eighteen non-overlapping statements or follow-on coverage events are associated with negative abnormal returns (see Exhibit 4).  The likelihood of four or fewer events out of eighteen being negative or positive due to random chance is less than 5%.[99]

---

[97] SEC-Lemelson-E-0002818

[98] Benzinga, 9/15/14; YouTube: "Rev Emmanuel Lemelson of Lemelson Capital Management - #PreMarket Prep for September 16, 2014."  (Discussion of Ligand: at approximately 10:18 – 12:06).

[99] The intraday results measured from 1 minute prior to five minutes after are even more striking, with 21 out of 23 non-overlapping events associated with negative returns (See Appendix 3C).

**VI.     At times, Mr. Dolgoff's characterizations of statistically insignificant results are incorrect and, as a result, misleading.**

46.     Mr. Dolgoff occasionally conflates lack of statistical significance with evidence that news did not have an impact on the stock price.  For example, he states, "If an information event occurs on a day that does not have a statistically significant stock price movement, the conclusion is that the information did not have an effect on stock price."[100]  This statement (and others)[101] is incorrect and, as a result, misleading.  A stock price reaction that is not statistically significant means the reaction cannot be distinguished from trading noise.  That is, the reaction *could* be caused by noise.  It could also be caused by the concurrent news or events.

47.     The statistics book cited in the Dolgoff report explains that such mischaracterizations "confuse the probability of the kind of outcome observed . . . with the probability that chance is the explanation for the outcome—the 'transposition fallacy.'"[102]  That is, the Dolgoff report erroneously suggests that insignificant event study results are evidence that Lemelson's statements did not impact Ligand's stock price. In fact, insignificant results are inconclusive about the impact of Lemelson's statements on Ligand's stock price.

_____

Erin E. Smith

---

[100] Dolgoff Report, par 24.

[101] For example, the Dolgoff report defines a p-value as "the likelihood that the observed price change is caused by something other than normal random effects." (Dolgoff Report, par 24.) This definition is inconsistent with the one provided in the statistical book cited in the Dolgoff report. It defines p-values as follows: "*p* is the probability of extreme data given the null hypothesis. *p* is not the probability of the null hypothesis given extreme data." (Kaye, David H. and David A. Freedman, "Reference Guide on Statistics," *Reference Manual on Scientific Evidence*, Third Edition, Federal Judicial Center (2011). p 41.)

[102] Id. FN 98 pp 41.

**List of Exhibits**

1. Timeline of Lemelson's Short Campaign
2. Stock Price Chart for the 1st Lemelson's Report Posted on June 16, 2014
3. Joint Tests of Statistical Significance Results
4. Intraday Event Study Results
5. Stock Price Chart: June 19, 2014
6. Stock Price Chart: July 3 – 7, 2014
7. Stock Price Chart: August 13 – 14, 2014
8. Stock Price Chart: August 22 – 25, 2014
9. Stock Price Chart: June 16 – 17, 2014
10. Stock Price Chart:  June 24, 2014
11. Stock Price Chart: August 4, 2014
12. Stock Price Chart: August 7, 2014
13. Stock Price Chart: September 16, 2014

**List of Appendices**

1. Curriculum Vita
2. Materials Considered
3. Intraday Event Study Robustness Checks
   A. 15 minutes prior to 15 minutes after
   B. 1 minute prior to 15 minutes after
   C. 1 minute prior to 5 minutes after

**Exhibit 1**

Lemelson's Campaign Events

| Date | Events |
|---|---|
| 6/16/14 | **10:57am** - Lemelson sends email to Seeking Alpha seeking to post summary of his forthcoming first report on Ligand. |
| | **1:59pm** - Lemelson sends email to USA Today seeking to publish story on his forthcoming first report on Ligand. |
| | **2:22pm** - Lemelson posts first report on Ligand on Amvona's website "Ligand Pharmaceuticals - Severe competitive threat to key royalty program and 'going concern' risk drive 100 percent downside." The report claims that the fair value of Ligand's stock is "roughly $0 per share." The central argument of the first report was that Promacta, the drug that accounted for most of Ligand's royalty revenue, would soon be rendered obsolete. |
| | **2:38pm** - Benzinga posts headline-only-article "Shares of Ligand Pharma Tick Lower Following Word from Lemelson Capital Fund Has Initiated Short Position in Stock." |
| | **2:49pm** - Seeking Alpha posts "Severe Competitive Threat To Key Royalty Program And 'Going Concern' Risk Drive 100 Percent Downside" and includes link to Lemelson's first report. |
| | **2:59pm** - StreetInsider posts "Lemelson Capital Makes Short Case Against Ligand Pharma (LGND)." |
| | **3:02pm** - Bloomberg posts "Ligand Pharma Drops to Lows After Negative Seeking Alpha Mention." |
| | **3:29pm** - ValueWalk posts "Lemelson: Ligand Pharmaceuticals (LGND) – 'No Intrinsic Value.'" |
| | **4:44pm** - Seeking Alpha posts "Bearish outlook for Ligand from Lemelson Capital." |
| | **5:00pm** - PR Newswire posts "Lemelson Capital Releases Investment Report On Ligand Pharmaceuticals (NASDAQ: LGND)." |
| 6/17/14 | **12:26pm** - Benzinga posts article "Shares Of Ligand Follow Parabolic Curve Amid Responses Surrounding Promacta's Phase III Trial." |
| 6/19/14 | Lemelson gives first audio interview on Benzinga's PreMarket Prep talk show. |
| | **9:36am** - Lemelson underscores claims of the first report by stating that he talked to Ligand's investor relations office and they confirmed that Promacta was "going away." |
| | **1:43pm** - Lemelson sends email to Seeking Alpha seeking to post link to his radio interview. |
| | **3:53pm** - Seeking Alpha publishes article with link to the interview "LGND: Capital Allocation as Stewardship (Video)." |
| | The next day, Lemelson posts link to his interview on Amvona's website, in which he states that "Shares of LGND dropped as much as 2% during the interview." |
| 6/24/14 | **1:30pm** - PR Newswire publishes article "Lemelson Capital Reaffirms Research Report and Price Target for Ligand" quoting Lemelson "Despite nearly 16% correction in LGND shares since the report was published six trading days ago, we continue to affirm that the intrinsic value of its shares is immaterial." |
| | **3:37pm** - ValueWalk posts "Ligand Pharmaceuticals (LGND): Lemelson Reaffirms 0 PT." |

**Exhibit 1**

Lemelson's Campaign Events

| Date | Events |
| --- | --- |
| 7/3/14 | Lemelson posts  second report on Amvona's website "Ligand Pharmaceuticals (NASDAQ: LGND): Appendix"; also announcing increased short position in Ligand.  The report claims that "ancillary applications for Promacta and Kyprolis not commercially viable, Duavee sales remain immaterial" and one of Ligand's partners Viking (which is also partially owned by Ligand) is a shell company. |
| | **8:49am**  -  Lemelson sends email to Seeking Alpha giving heads up that he plans to publish "an important follow up on LGND thesis" at 10am. |
| | **9:52am**  -  Lemelson submits article with second report to Seeking Alpha, saying that it's "full of important, material information on LGND." |
| | **12:04pm**  -  Seeking Alpha publishes second report in article "LGND: Ligand Pharmaceutical Appendix by Amvona." |
| | **1:01pm** - Value Walk publishes "Lemelson Ups Ligand Pharmaceuticals Inc. (LGND) Short" |
| | **1:34pm** - Lemelson sends email to Guru Focus requesting they publish the report. |
| 7/7/14 | **9:00am**  -  PR Newswire publishes second report in article "Lemelson Capital Management Further Increases Short Position in Ligand Pharmaceuticals (NASDAQ: LGND), Appends its LGND Research Report," quoting Lemelson "The ancillary applications for Ligand's Promacta(R) and Kyprolis(R) have no commercial viability, and the company's Duavee(R) sales remain immaterial ... There is no circumstance where speculation has a legitimate value greater than zero." |
| 8/4/14 | Lemelson posts third report on Amvona's website "Update: Lemelson Capital Further Increases Short Stake in Ligand Pharmaceuticals (NASDAQ: LGND) as LGND EPS Plunges 76 percent in Q2 2014."; also stating that Ligand's "revenue and earnings down across the board, while liabilities and dilution continue to rise dramatically." |
| | **1:35pm**  -  Lemelson sends email to Seeking Alpha seeking to publish article on his third report. |
| | **2:15pm**  -  Lemelson submits article with third report to Seeking Alpha, pushing to fast-track its notification because "it's an important day for LGND investors… and news on the reported earnings have been badly misrepresented…". |
| | **2:46pm**  -  PR Newswire posts "Lemelson Capital Management Further Increases Short Position in Ligand Pharmaceuticals (NASDAQ: LGND), Updates LGND Research Report with New Material Information" quoting Lemelson "Ligand's 76 percent plunge in EPS, reported in the company's Q2 earnings release this morning, is alarming, while the negative impact of new oral regimens on interferon use and, parenthetically, Promacta sales have not yet hit the P&L of Ligand or its partner Amgen." |
| | **2:53pm**  -  Lemelson sends email with his third report to other news outlets. |
| | **3:01pm**  -  Bloomberg posts "Lemelson Capital Increases Short Position in Ligand Pharma." |
| | **3:10pm**  -  Seeking Alpha posts "Update: Lemelson Capital Further Increases Short Stake in Ligand Pharmaceuticals as EPS Plunges 76% in Q2 2014." |
| | **3:45pm**  -  Benzinga posts "Ligand Pharmaceuticals Reports Earnings; Lemelson Capital Adds To Short Position." |
| | **8:51pm**  -  Lemelson sends email to Guru Focus requesting they publish the report. |

**Exhibit 1**

Lemelson's Campaign Events

| Date | Events |
|---|---|
| 8/7/14 | **1:57pm** - Benzinga posts article with exclusive interview with Lemelson "Exclusive: Emmanuel Lemelson Talks Ligand Pharmaceuticals."  Lemelson expresses skepticism about reliability of non-GAAP measures and asserts that company disclosures are misleading, stating "Management seems to have become more concerned with convincing people of the value of their reasoning, which is highly biased toward driving their share price higher than expressing the unbiased facts. Yet, they present their data as if it were neutral and broadly-accepted." |
| 8/13/14 | Lemelson gives second audio interview on Benzinga's PreMarket Prep talk show<br>**9:26am** - Lemelson begins discussing Ligand, claiming that Ligand is "technically insolvent."<br>**9:45am** - Lemelson sends email to Seeking Alpha seeking to post link to his second radio interview. |
| 8/14/14 | Lemelson posts fourth report on Amvona's website "Lemelson Capital Says Ligand Pharmaceuticals' (NASDAQ: LGND) $225M Debt Issuance Solidifies Company's Insolvency, Substantially Raises Specter of Bankruptcy."<br>**9:15am** - PR Newswire posts "Lemelson Capital Says Ligand Pharmaceuticals' $225M Debt Issuance Solidifies Company's Insolvency, Substantially Raises Specter of Bankruptcy." The article says that "Lemelson Capital amended previous research reports on Ligand with even deeper concerns about the company's projected forward revenues based on yesterday's announcement by Amgen (NASDAQ: AMGN) that the Phase 3 clinical trial for Kyprolis(R) has failed to demonstrate improved overall survival in use with relapsed multiple mylenoma patients. The failure of Kyprolis(R) in this clinical trial will almost certainly severely impair Ligand's already declining revenues."<br>**10:00am** - Seeking Alpha posts "Lemelson Capital Says Ligand Pharmaceuticals' Debt Issuance Solidifies Company's Insolvency, Substantially Raises Specter of Bankruptcy." |
| 8/22/14 | Lemelson posts fifth report on Amvona's website "Ligand Pharmaceuticals (NASDAQ: LGND): Institutional holders wasting no time dumping stock in response to mounting insolvency and bankruptcy risks," stating that "Ligand's largest Shareholder BVF, Inc. sells 484,524 shares."<br>**3:15pm** - Seeking Alpha posts "Ligand Pharmaceuticals: Institutional holders wasting no time dumping stock in response to mounting insolvency and bankruptcy risks." |
| 8/25/14 | **11:43am** - PR Newswire posts "Lemelson Capital Comments on Large Institutional Selling in Shares of Ligand Pharmaceuticals Amidst Company's Insolvency and Mounting Going Concern Risk." |
| 9/16/14 | Lemelson gives third audio interview on Benzinga's PreMarket Prep talk show.<br>**9:30am** - Lemelson begins discussing Ligand, claiming the company is "nothing but fraud" and a "wealth transfer mechanism." |

Sources: Factiva, Seeking Alpha, Benzinga, ValueWalk, Amvona's website, Bloomberg, YouTube, Amdended Complaint,
June 16: SEC-Lemelson-E-0183961-7, 0209984-90, 0827620-2; June 19: SEC-Lemelson-E0184138-42, 0066699;
July 3: SEC-Lemelson-E-0117990-4, 0599308, 0184266-7; August 4: SEC-Lemelson-E-0184997-5000, 0185002-3, 0118643-4

**Exhibit 2**

Ligand Stock Price and Trading Volume: June 16, 2014



Notes:    Industry index is iShares NASDAQ Biotechnology Index ETF (IBB) and is pegged to Ligand's 9:30am price on 6/16/2014.
Sources:  NYSE Consolidated Trade and Quote (TAQ) data, Edgar, Factiva, Seeking Alpha, Benzinga, Amvona Website, Value Walk, Street Insider, Bloomberg, Lemelson emails.

**Exhibit 3**
Ligand's Stock Price Changes and News on the Days of Lemelson's Campaign Events

| Event Date | Lemelson Statements | Follow-On Coverage of Lemelson Statements | Confounding Event | Abnormal Returns[1] | | | |
|---|---|---|---|---|---|---|---|
| | | | | Percent | Dollar | T-Statistic | Significance[2] |
| 6/16/2014 | 14:22 | 14:38, 14:49, 14:59, 15:02, 15:29 | Before Open | -3.34% | ($2.23) | -1.29 | |
| 6/17/2014 | | After Close 6/16/14, 12:26 | | -1.38% | ($0.90) | -0.53 | |
| 6/19/2014 | 9:36 | 15:53 | | -0.42% | ($0.28) | -0.16 | |
| 6/24/2014 | 13:30 | 15:37 | Before Open | -4.25% | ($2.65) | -1.70 | * |
| 7/3/2014 | 12:04 | 13:01 (After Close) | | 0.59% | $0.38 | 0.24 | |
| 7/7/2014 | | Before Open | 12:02 | 2.48% | $1.60 | 1.00 | |
| 8/4/2014 | 14:46 | 15:01, 15:10, 15:45 | Before Open | 8.91% | $4.37 | 3.61 | *** |
| 8/7/2014 | 13:57 | | | -3.32% | ($1.76) | -1.32 | |
| 8/13/2014 | Before Open | | Before Open | -4.01% | ($2.23) | -1.59 | |
| 8/14/2014 | Before Open | 10:00 | Before Open | -1.79% | ($0.98) | -0.71 | |
| 8/22/2014 | 15:15 | | After Close 8/21/14 | -1.86% | ($0.96) | -0.73 | |
| 8/25/2014 | | 11:43 | | -5.91% | ($3.03) | -2.31 | ** |
| 9/16/2014 | Before Open | | | -1.69% | ($0.85) | -0.63 | |

| *Joint Test for Statistical Significance*[3] | Average Abnormal Return | | | |
|---|---|---|---|---|
| | Percent | Dollar | T-Statistic | Significance[2] |
| Dolgoff dates (N=4) | -0.87% | ($0.46) | -0.68 | - |
| All dates (N = 13) | -1.23% | ($0.73) | -1.70 | * |
| All dates excluding August 4, 2014 with positive earnings announcement (N = 12) | -2.07% | ($1.16) | -2.81 | *** |
| All dates excluding August 4, 2014 and dates with follow-on coverage only (N=9) | -2.23% | ($1.29) | -2.63 | *** |
| All non-confounded dates (N = 6) | -2.02% | ($1.07) | -1.93 | * |
| All dates excluding August 4, 2014 and dates with confounding events that Lemelson characterized as negative for the stock: August 13, 2014 and August 22, 2014 (N=10) | -1.90% | ($1.07) | -2.35 | ** |

[1] Daily Abnormal Returns, T-statistics, and Significance are from Backup Exhibit 1 in the Dolgoff Report. For 9/16/14, I calculated the abnormal return following the event study methodology described in the Dolgoff Report. Abnormal Dollar returns are equal to the abnormal percent return times the Price from the previous date (also as reported in Backup Exhibit 1 of the Dolgoff Report). Event dates considered in the Dolgoff Report are highlighted in blue.

[2] ***, **, and * indicates statistical significance at the 99%, 95%, and 90% significance level, respectively.

[3] I used the joint test for statistical significance proposed in Patell, James M. "Corporate forecasts of earnings per share and stock price behavior: Empirical test." *Journal of Accounting Research* (1976): 246-276. This is a standard approach to joint testing in accounting and finance academic research.

**Exhibit 4**
Intraday Event Study for the Lemelson Campaign Events

| Events [1] | Date | Time | Price -15 mins | Price +15 mins | Abnormal Return [2] | T-Statistic [3] |
|---|---|---|---|---|---|---|
| *June 16 - 17: (Exhibit 9)* | | | | | | |
| Report #1 and Follow-On Coverage | 6/16/14 | 14:22 - 15:29 | $68.77 | $64.88 | -6.00% | (6.16) *** |
| Additional Follow-On Coverage | 6/17/14 | Before Open | $64.89 | $64.00 | -1.08% | (0.70) |
| Benzinga Follow-On Coverage | 6/17/14 | 12:26 | $64.42 | $63.70 | -1.55% | (2.38) ** |
| *June 19: (Exhibit 5)* | | | | | | |
| Radio Interview #1 (Claims Ligand IR agrees) | 6/19/14 | 9:36 | $66.59 | $64.47 | -2.44% | (1.80) * |
| Seeking Alpha posts Interview | 6/19/14 | 15:53 | $65.78 | $65.71 | -0.67% | (1.24) |
| *June 24: (Exhibit 10)* | | | | | | |
| Re-affirms Report #1 and $0 Price Target | 6/24/14 | 13:30 | $58.38 | $59.32 | 1.29% | 2.32 ** |
| ValueWalk Follow-On Coverage | 6/24/14 | 15:37 | $60.24 | $60.78 | 0.65% | 1.31 |
| *July 3 - 7: (Exhibit 6)* | | | | | | |
| Report #2 posted by Seeking Alpha | 7/3/14 | 12:04 | $65.44 | $64.52 | -1.95% | (2.88) *** |
| PR Newswire Follow-On Coverage | 7/7/14 | Before Open | $64.52 | $61.88 | -3.97% | (2.58) *** |
| *August 4: (Exhibit 11)* | | | | | | |
| Report #3 and Follow-On Coverage | 8/4/14 | 14:46 - 15:10 | $55.69 | $54.00 | -3.68% | (5.23) *** |
| Benzinga Follow-On Coverage | 8/4/14 | 15:45 | $53.95 | $54.05 | 0.08% | 0.14 |
| *August 7: (Exhibit 12)* | | | | | | |
| Benzinga Exclusive Interview Article | 8/7/14 | 13:57 | $50.89 | $50.72 | -0.21% | (0.37) |
| *August 13 - 14: (Exhibit 7)* | | | | | | |
| Radio Interview #2 / Other Ligand News | 8/13/14 | Before Open | $55.59 | $55.96 | -0.50% | (0.33) |
| PR Newswire posts Report #4 / Other Ligand News | 8/14/14 | Before Open | $54.89 | $54.68 | -1.10% | (0.72) |
| Seeking Alpha Follow-On Coverage | 8/14/14 | 10:00 | $54.68 | $55.75 | 1.42% | 1.30 |
| *August 22 - 25: (Exhibit 8)* | | | | | | |
| Report #5 posted by Seeking Alpha | 8/22/14 | 15:15 | $51.21 | $51.20 | -0.10% | (0.21) |
| PR Newswire Follow-On Coverage | 8/25/14 | 11:43 | $51.35 | $51.17 | -0.51% | (0.70) |
| *September 16: (Exhibit 13)* | | | | | | |
| Radio Interview #3 | 9/16/14 | Before Open | $50.43 | $49.86 | -1.41% | (0.92) |

[1] Confounded statements are highlighted in blue.
[2] Abnormal returns are calculated as the difference between the actual return and expected return. Expected returns are calculated using Mr. Dolgoff's model estimates for the year ended May 31, 2014 reported in the Dolgoff Report's Backup Exhibit 1. I used returns of the most liquid ETFs that track Mr. Dolgoff's market and industry indices: SPDR S&P 500 ETF (SPY) and iShares NASDAQ Biotechnology Index ETF (IBB), respectively. Returns are measured from 15 minutes before the event time to the last trade of the 15 minutes following the event time. After-hours returns are measured from the close on the previous trading day to the last trading price of the 15th minute of the trading day following the after-hours event.
[3] T-statistic is the ratio of the event abnormal return to the standard deviation of abnormal returns measured over the same time interval for all trading days for the year ended May 31, 2014. A t-statistic with an absolute value greater than 1.645, 1.96, and 2.58 means the abnormal return is statistically significant at the 90%, 95%, and 99% confidence level and is indicated with *, **, and ***, respectively.

**Exhibit 5**

Ligand Stock Price and Trading Volume: June 19, 2014



Notes:     Industry index is iShares NASDAQ Biotechnology Index ETF (IBB) and is pegged to Ligand's 9:30am price on 6/19/2014.
Sources:  NYSE Consolidated Trade and Quote (TAQ) data, Edgar, Factiva, Seeking Alpha, Benzinga, Amvona Website, Value Walk, Street Insider, Bloomberg, Lemelson emails.

**Exhibit 6**

Ligand Stock Price and Trading Volume: July 3 - 7, 2014



July 3, 2014

July 7, 2014

12:04pm: Seeking Alpha posts Report #2

1:01pm: ValueWalk posts Report #2 (after-hours)

9:00am: PR Newswire posts Report #2

12:02pm: Seeking Alpha posts article critical of Lemelson Reports

Ligand

Industry Index

Trading Volume

Thursday, July 3, 2014

Monday, July 7, 2014

Notes:    Industry index is iShares NASDAQ Biotechnology Index ETF (IBB) and is pegged to Ligand's 9:30am price on 7/3/2014.
Sources:  NYSE Consolidated Trade and Quote (TAQ) data, Edgar, Factiva, Seeking Alpha, Benzinga, Amvona Website, Value Walk, Street Insider, Bloomberg, Lemelson emails.

**Exhibit 7**

Ligand Stock Price and Trading Volume: August 13 - 14, 2014



Notes:     Industry index is iShares NASDAQ Biotechnology Index ETF (IBB) and is pegged to Ligand's 9:30am price on 8/13/2014.
Sources:   NYSE Consolidated Trade and Quote (TAQ) data, Edgar, Factiva, Seeking Alpha, Benzinga, Amvona Website, Value Walk, Street Insider, Bloomberg, Lemelson emails.

**Exhibit 8**

Ligand Stock Price and Trading Volume: August 22 - 25, 2014



Notes:    Industry index is iShares NASDAQ Biotechnology Index ETF (IBB) and is pegged to Ligand's 9:30am price on 8/22/2014.
Sources:  NYSE Consolidated Trade and Quote (TAQ) data, Edgar, Factiva, Seeking Alpha, Benzinga, Amvona Website, Value Walk, Street Insider, Bloomberg, Lemelson emails.

**Exhibit 9**

Ligand Stock Price and Trading Volume: June 16 - 17, 2014



Notes:    Industry index is iShares NASDAQ Biotechnology Index ETF (IBB) and is pegged to Ligand's 9:30am price on 6/16/2014.
Sources:  NYSE Consolidated Trade and Quote (TAQ) data, Edgar, Factiva, Seeking Alpha, Benzinga, Amvona Website, Value Walk, Street Insider, Bloomberg, Lemelson emails.

**Exhibit 10**

Ligand Stock Price and Trading Volume: June 24, 2014



Notes:    Industry index is iShares NASDAQ Biotechnology Index ETF (IBB) and is pegged to Ligand's 9:30am price on 6/24/2014.
Sources:  NYSE Consolidated Trade and Quote (TAQ) data, Edgar, Factiva, Seeking Alpha, Benzinga, Amvona Website, Value Walk, Street Insider, Bloomberg, Lemelson emails.

**Exhibit 11**

Ligand Stock Price and Trading Volume: August 4, 2014



Notes:    Industry index is iShares NASDAQ Biotechnology Index ETF (IBB) and is pegged to Ligand's 9:30am price on 8/4/2014.
Sources:  NYSE Consolidated Trade and Quote (TAQ) data, Edgar, Factiva, Seeking Alpha, Benzinga, Amvona Website, Value Walk, Street Insider, Bloomberg, Lemelson emails.

**Exhibit 12**

Ligand Stock Price and Trading Volume: August 7, 2014



Notes:    Industry index is iShares NASDAQ Biotechnology Index ETF (IBB) and is pegged to Ligand's 9:30am price on 8/7/2014.
Sources:  NYSE Consolidated Trade and Quote (TAQ) data, Edgar, Factiva, Seeking Alpha, Benzinga, Amvona Website, Value Walk, Street Insider, Bloomberg, Lemelson emails.

**Exhibit 13**

Ligand Stock Price and Trading Volume: September 16, 2014



Notes:    Industry index is iShares NASDAQ Biotechnology Index ETF (IBB) and is pegged to Ligand's 9:30am price on 9/16/2014.
Sources:  NYSE Consolidated Trade and Quote (TAQ) data, Edgar, Factiva, Seeking Alpha, Benzinga, Amvona Website, Value Walk, Street Insider, Bloomberg, Lemelson emails.

**Appendix 1:** Curriculum Vita

# Erin E. Smith, Ph.D.

Financial Economist                                    *Last Updated: Feb 2020*

U.S. Securities and Exchange Commission                    Phone: 801.524.4111
Division of Economics and Risk Analysis                       smithe@sec.gov

---

EDUCATION | **New York University Stern School of Business** New York, NY USA
Ph.D., Finance, 2014

**Dartmouth College**, Hanover, NH USA
B.A., Engineering, Economics, 2007

RESEARCH INTERESTS | Corporate Finance, Financial Regulation, Entrepreneurial Finance

PROFESSIONAL EXPERIENCE | **U.S. Securities and Exchange Commission**, Washington, DC USA
Financial Economist, Office of Litigation Economics, 2017 - Present

**University of Rochester, Simon School of Business**, Rochester, NY USA
Assistant Professor of Finance, 2014-2017

**U.S. Securities and Exchange Commission**, Washington, DC USA
Financial Economist, Office of Corporate Finance, 2013-2014

**BlackRock**, New York, NY USA
Risk analyst, Portfolio Analytics Group, 2007-2008

AWARDS | Best Paper in FinTech - Northern Finance Association Meetings, 2017
Jules I. Bogen Doctoral Fellowship, NYU Stern School of Business, 2012 - 2013
Edwin Elton Prizes for Best Job-Market Paper, 2012
Stuart I. Greenbaum Best Finance Ph.D. Dissertation, 2012

RESEARCH | **The Value of Antitakeover Provisions: Evidence from the Post-SOX Era**, *Quarterly Journal of Finance* (lead article), 2019

**The Trade-Off between Deal Access and Conflicts of Interest: Evidence from Syndicated Equity Crowdfunding** *with Olga Itenberg*, Simon Business School Working Paper No. FR 17-06

**Over-Voting**, Simon Business School Working Paper No. FR 15-08

**Appendix 1:** Curriculum Vita

| | |
|---|---|
| OTHER EXPERIENCE | **Expert and Summary Witness Experience** |

**Expert and Summary Witness Experience**
*USA v. Kelter*, M.D. of TN, 3:17-cr-208.
*SEC v. Lek Securities Corp*, S.D. of NY, 17-cv-1789.
*USA v. Mitchell J. Stein*, S.D. of FL, 9:11-cr-80205.

**Ad Hoc Consulting**
Tarifica, Cedar Knolls, NJ 2017 - Estimated cell phone model-specific demand elasticities to service provider plan pricing options.

TEACHING

**University of Rochester, Simon School of Business**

Corporate Finance (M.S. and M.B.A.), Fall 2014 - 2017
Empirical Methods in Corporate Finance (Doctoral), Fall 2016
Corporate Finance (Undergraduate), Fall 2017

**NYU Stern School of Business**

Foundations of Financial Markets, Fall 2011
Corporate Finance (Teaching Assistant), Fall 2010 - 2011
Entrepreneurial Finance (Teaching Assistant) Fall 2010

PRESENTATIONS

Financial Management Association, Annual Meeting 2019
United States Attorneys Offie for the Division of Utah, 2019
Securities and Exchange Commission, 2019
Brigham Young University, 2018
Securities and Exchange Commission, 2017
New York University, WAP Finance Conference, 2017
University of Miami, Showcasing Women in Finance, 2017
Northern Finance Association Meetings, 2017
Financial Management Association Annual Meetings, 2017
University of Rochester, 2016
Financial Management Association Annual Meetings, 2016
Financial Management Association Annual Meetings, 2015
University of California Riverside, 2014
Review of Financial Studies Cavalcade Meeting, 2014
Yale University, 2013
University of Rochester, 2013
Vanderbilt University, 2013
University of Washington, 2013
University of Oregon, 2013
Arizona State University, 2013
Washington University in St. Louis, 2013
Dartmouth College, 2013
Securities and Exchange Commission, 2013
University of Michigan, 2013

**Appendix 1:** Curriculum Vita

Corporate Finance Conference at Wash U. in St. Louis, 2012
New York University, 2012
New York University, 2011

PROFESSIONAL
ACTIVITIES

**Referee Experience**
Review of Financial Studies
Journal of Financial Economics
Management Science
Journal of Corporate Finance
Review of Corporate Finance Studies
Journal of Applied Finance

**Academic Advising**
Anisha Nyatee (2018, Nazarath College)
Robert Parham (2017, University of Virginia)
Ruoyan Huang (2016, University of Hong Kong)

**Research Workshops**
Law Institute for Economics Professors, Henry G. Manne Program in Law
& Economics, George Mason School of Law, 2012

NBER Entrepreneurship Research Bootcamp, Kauffman Foundation, Cambridge, MA USA 2010

Summer Institute in Behavioral Economics, Russell Sage Foundation, Trento, Italy 2010

OTHER
PUBLICATIONS

**Paleocene primates from the Goler Formation of the Mojave Desert in California**, with Donald Lofgren et. al., *Geology and Vertebrate Paleontology of Western and Southern North America*, 2008

**Do Fans Matter? The Effect of Attendance on the Outcomes of Major League Baseball Games**, with Jon Groetzinger, *Journal of Quantitative Analysis in Sports*, 2010
WSJ Coverage: Fewer Empty Seats May Mean More Runs, The Wall Street
Journal 2010

## Appendix 2
## Documents Considered

**Case Documents**

Amended Complaint, Securities and Exchange Commission v. Gregory Lemelson, Lemelson Capital Management, LLC, and The Amvona Fund, LP, Civ. No. 1:18-cv-11926-PBS, (D. Mass.), March 21, 2019.

Export Report of Aaron Dolgoff, Securities and Exchange Commission v. Gregory Lemelson, Lemelson Capital Management, LLC, and The Amvona Fund, LP, Civ. No. 1:18-cv-11926-PBS, (D. Mass.), January 17, 2020.

**Publicly available documents**

- Ligand SEC filings (available on EDGAR): All filings and insider transaction filings dated June 1, 2014 – October 31, 2014.

- Ligand website: All Press Releases; June 1, 2014 – October 31, 2014.

- News articles

  - Factiva: Ligand Pharmaceuticals; June 1, 2014 – October 31, 2014.

  - Benzinga articles (last accessed February 26, 2020)

    - "#PreMarket Prep Guest List For The Week of June 16, 2014."June 13, 2014, 4:34pm https://www.benzinga.com/news/14/06/4632612/premarket-prep-guest-list-for-the-week-of-june-16-2014

    - "Shares of Ligand Pharma Tick Lower Following Word from Lemelson Capital Fund Has Initiated Short Position in Stock" June 16, 2014, 2:38pm https://www.benzinga.com/news/14/06/4636461/shares-of-ligand-pharma-tick-lower-following-word-from-lemelson-capital-fund-has-

    - "Shares Of Ligand Follow Parabolic Curve Amid Responses Surrounding Promacta's Phase III Trial." June 17, 2014, 12:26pm https://www.benzinga.com/analyst-ratings/analyst-color/14/06/4639641/shares-of-ligand-follow-parabolic-curve-amid-responses-s

    - "Ligand Pharmaceuticals Reports Earnings; Lemelson Capital Adds To Short Position." August 4, 2014, 3:45pm https://www.benzinga.com/news/14/08/4754089/ligand-pharmaceuticals-reports-earnings-lemelson-capital-adds-to-short-position

    - "Exclusive: Emmanuel Lemelson Talks Ligand Pharmaceuticals." August 7, 2014, 1:57pm https://www.benzinga.com/general/hedge-funds/14/08/4765212/exclusive-emmanuel-lemelson-talks-ligand-pharmaceuticals

**Appendix 2:** Materials Considered

- ▪ "#PreMarket Prep Guest List For The Week of August 11, 2014."  August 8, 2014, 3:26pm
  https://www.benzinga.com/general/education/14/08/4768356/premarket-prep-guest-list-for-the-week-of-august-11-2014

- ▪ "#PreMarket Prep Guest List for the Week of September 15, 2014."
  September 15, 2014, 8:17am.
  https://www.benzinga.com/general/education/14/09/4847745/premarket-prep-guest-list-for-the-week-of-september-15-2014

- • Bloomberg (accessed February 5, 2020)

  - ▪ "Ligand Pharma Drops to Lows After Negative Seeking Alpha Mention."
    June 16, 2014, 3:02pm.

  - ▪ "Seeking Alpha Article on Ligand 'Foolish': Roth Capital."  June 17, 2014,
    9:06am.

  - ▪ "Lemelson Capital Increases Short Position on Ligand Pharma."  August 4,
    2014, 15:01pm.

- • Seeking Alpha articles and notifications  (last accessed 2/26/2020)

  - ▪ "Ligand Pharmaceuticals - Severe Competitive Threat To Key Royalty
    Program And 'Going Concern' Risk Drive 100 Percent Downside."  June 16,
    2014, 2:49pm  https://seekingalpha.com/article/2270903-ligand-pharmaceuticals-severe-competitive-threat-to-key-royalty-program-and-going-concern-risk-drive-100-percent-downside

  - ▪ "Bearish outlook for Ligand from Lemelson Capital."  June 16, 2014, 4:44pm
    https://seekingalpha.com/news/1802913-bearish-outlook-for-ligand-from-lemelson-capital

  - ▪ "Capital Allocation as Stewardship (Video)."  June 19, 2014, 3:53pm
    https://seekingalpha.com/article/2277743-capital-allocation-as-stewardship-video

  - ▪ "Ligand Pharmaceuticals - The Bull Case."  July 7, 2014, 12:02pm
    https://seekingalpha.com/article/2302145-ligand-pharmaceuticals-the-bull-case

  - ▪ "Update: Ligand Earnings - Strong Q2-Growth Beats Expectations."  August
    4, 2014, 1:45pm  https://seekingalpha.com/article/2377815-update-ligand-earnings-strong-q2-growth-beats-expectations

  - ▪ "Update: Lemelson Capital Further Increases Short Stake in Ligand
    Pharmaceuticals as EPS Plunges 76% in Q2 2014."  August 4, 2014 3:10pm
    https://seekingalpha.com/article/2378245-update-lemelson-capital-further-increases-short-stake-in-ligand-pharmaceuticals-as-eps-plunges-76-percent-in-q2-2014

  - ▪ "Lemelson Capital Says Ligand Pharmaceuticals' Debt Issuance Solidifies
    Company's Insolvency, Substantially Raises Specter Of Bankruptcy."  August
    14, 2014 10:00am  https://seekingalpha.com/article/2422525-lemelson-capital-

**Appendix 2:** Materials Considered

      says-ligand-pharmaceuticals-debt-issuance-solidifies-companys-insolvency-substantially-raises-specter-of-bankruptcy

- ▪ "Update: Ligand's New License Agreement Strengthens Portfolio." August 14, 2014, 12:58pm  https://seekingalpha.com/article/2423235-update-ligands-new-license-agreement-strengthens-portfolio

- ▪ "Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock in Response To Mounting Insolvency and Bankruptcy Risks." August 22, 2014, 3:15pm  https://seekingalpha.com/article/2445395-ligand-pharmaceuticals-institutional-holders-wasting-no-time-dumping-stock-in-response-to-mounting-insolvency-and-bankruptcy-risks?source=feed_author_amvona

- Street Insider (last accessed 2/26/2020)

  - ▪ "Lemelson Capital Makes Short Case Against Ligand Pharma (LGND)." June 16, 2014, 2:59PM  https://www.streetinsider.com/Analyst+Comments/Lemelson+Capital+Makes+Short+Case+Against+Ligand+Pharma+(LGND)/9586040.html

- Value Walk (last accessed 2/26/2020)

  - ▪ "Lemelson: Ligand Pharmaceuticals (LGND) – 'No Intrinsic Value'." June 16, 2014, 3:29pm  https://www.valuewalk.com/2014/06/lemelson-ligand-pharmaceuticals-lgnd-no-intrinsic-value/

  - ▪ "Ligand Pharmaceuticals (LGND): Lemelson Reaffirms 0 P." June 24, 2014, 3:37pm  https://www.valuewalk.com/2014/06/ligand-pharmaceuticals-lgnd-lemelson-reaffirms-0-pt/

  - ▪ "Lemelson Ups Ligand Pharmaceuticals Inc. (LGND) Short." July 3, 2014, 1:01pm  https://www.valuewalk.com/2014/07/lemeson-ups-ligand-pharmaceuticals-inc-lgnd-short/

  - ▪ "Lemelson Increases Ligand Pharmaceuticals Inc." August 4, 2014, 6:48pm  https://www.valuewalk.com/2014/08/lemelson-increases-ligand-pharmaceuticals-inc-lgnd-short/

  - ▪ "Ligand Pharmaceuticals Inc. (LGND) Largest Owner Sells Shares." August 22, 2014, 3:44PM  https://www.valuewalk.com/2014/08/ligand-pharmaceuticals-inc-lgnd-largest-owner-sells-shares/

- Other

  - Amvona Website (last accessed 2/26/2020)

    - ▪ "Ligand Pharmaceuticals - Severe competitive threat to key royalty program and "going concern" risk drive 100 percent downside." June 16, 2014  https://amvona.com/featured/finding-alpha/item/36339-ligand-pharmaceuticals-severe-competitive-threat-to-key-royalty-program-and-going-concern-risk-drive-100-percent-downside

**Appendix 2:** Materials Considered

- ▪ "Watch 6/19 Rev. Emmanuel Lemelson on Capital Allocation as Stewardship, Show 9:20am." June 20, 2014 https://www.amvona.com/featured/finding-alpha/item/36417-watch-6-19-rev-emmanuel-lemelson-on-capital-allocation-as-stewardship-show-9-20am-et

- ▪ "Lemelson Capital further increases short stake and reaffirms 100% downside risk in Ligand Pharmaceuticals (NASDAQ: LGND)." July 3, 2014 https://www.amvona.com/featured/finding-alpha/item/36651-ligand-pharmaceuticals-nasdaq-lgnd-appendix

- ▪ "Lemelson Capital Management Announces TTM and Q2 2014 Performance Results for The Amvona Fund." July 13, 2014 https://www.amvona.com/featured/finding-alpha/item/36847-lemelson-capital-management-announces-ttm-and-q2-2014-performance-results-for-the-amvona-fund

- ▪ "Lemelson Capital Further Increases Short Stake in Ligand Pharmaceuticals (NASDAQ: LGND) as LGND EPS Plunges 76 percent in Q2 2014." August 4, 2014 https://www.amvona.com/featured/finding-alpha/item/37193-update-lemelson-capital-further-increases-short-stake-in-ligand-pharmaceuticals-nasdaq-lgnd-as-lgnd-eps-plunges-76-percent-in-q2-2014

- ▪ "Lemelson Capital Says Ligand Pharmaceuticals' (NASDAQ: LGND) $225M Debt Issuance Solidifies Company's Insolvency, Substantially Raises Specter of Bankruptcy." August 14, 2014 https://www.amvona.com/featured/finding-alpha/item/37365-lemelson-capital-says-ligand-pharmaceuticals-nasdaq-lgnd-225m-debt-issuance-solidifies-company-s-insolvency-substantially-raises-specter-of-bankruptcy

- ▪ "Ligand Pharmaceuticals (NASDAQ: LGND): Institutional holders wasting no time dumping stock in response to mounting insolvency and bankruptcy risks." August 22, 2014 https://www.amvona.com/featured/finding-alpha/item/37555-ligand-pharmaceuticals-nasdaq-lgnd-institutional-holders-wasting-no-time-dumping-stock-in-response-to-mounting-insolvency-and-bankruptcy-risks

- ▪ "Fr. Emmanuel Lemelson on Apple and The Positive and Negative Aspects of Capital Formation in Public Market." September 18, 2014 https://www.amvona.com/featured/finding-alpha/item/38182-fr-emmanuel-lemelson-on-apple-and-the-positive-and-negative-aspects-of-capital-formation-in-public-market

- • Internet Archive (last accessed 2/28/2020)
  - ▪ 6/19/2014 capture of Amvona Website (https://amvona.com/). http://web.archive.org/web/20140619173822/http://amvona.com/featured/finding-alpha/item/36339-ligand-pharmaceuticals-severe-competitive-threat-to-key-royalty-program-and-%E2%80%9Cgoing-concern%E2%80%9D-risk-drive-100-percent-downside

**Appendix 2:** Materials Considered

- YouTube
    - "Emmanuel Lemelsonof Lemelson Capital Management -#PreMarket Prep for June 19, 2014." https://www.youtube.com/watch?v=P6ucSfDnO24
    - "Rev. Emmanuel Lemelson, CIO of Lemelson Capital Management -#PreMarket Prep for August 13, 2014." https://www.youtube.com/watch?v=V8UX2X24R1s
    - "Rev. Emmanuel Lemelson, CIO of Lemelson Capital Management -#PreMarket Prep for September 16, 2014." https://www.youtube.com/watch?v=vjboFjurskk
- All "tweets" from Lemelson's Twitter accounts from June 1, 2014 – October 31, 2014.
- Dolgoff, Aaron and Tiago Duarte-Silva, "Price impact of disclosures before, during, or after a trading day: Implications for event studies*." CRA Insights: Financial Markets* (2014). Available at http://www.crai.com/sites/default/files/publications/FM-Insights-Intraday-Trading-August-2014.pdf.

**Analyst reports:**
- Capital IQ: Ligand Pharmaceuticals; June 1, 2014 – October 31, 2014.
- Thompson One: Ligand Pharmaceuticals; June 1, 2014 – October 31, 2014.

**Court Opinions**
- Bricklayers & Trowel Trades Intern v. CSFB, 853 F. Supp 2d 181 (D. Mass., 2012).
- In Re Novatel Wireless Securities Litigation, 910 F. Supp 2d 1209 (S.D. Cal., 2012).

**Books:**
- Campbell, J. Y., Lo, Andrew W., & MacKinlay, A. Craig (1997). *The Econometrics of Financial Markets*. Princeton University press.
- Kaye, David H. and David A. Freedman, "Reference Guide on Statistics," *Reference Manual on Scientific Evidence*, Third Edition, Federal Judicial Center (2011).

**Academic articles:**
- Adams, Greg, Grant McQueen and Robert Wood. "The effects of inflation news on high frequency stock returns." *Journal of Business* 77.3 (2004), 547-574.
- Asquith, Paul, Michael B. Mikhail, and Andrea S. Au. "Information content of equity analyst reports." *Journal of Financial Economics* 75.2 (2005), 245-282

**Appendix 2:** Materials Considered

- Barclay Michael J. and Terrence Hendershott. "A comparison of trading and non-trading mechanisms for price discovery." *Journal of Empirical Finance* 15 (2008), 839-849.

- Brickley, James A., Jeffrey L. Coles, and Rory L. Terry. "Outside directors and the adoption of poison pills." *Journal of financial Economics* 35.3 (1994), 371-390.

- Bradley, Daniel, Jonathan Clarke, Suzanne Lee, and Chayawat Ornthanalai "Are analysts' recommendations informative? Intraday evidence on the impact of time stamp delays." *Journal of Finance* 69.2 (2014), 645-673.

- Brown, Stephen J. and Jerold B. Warner, "Using daily stock returns, the case of event studies." *Journal of Financial Economics*, 14 (1985), 3-31.

- Busse, Jeffrey A. and T. Clifton Green, "Market efficiency in real time." *Journal of Financial Economics,* 65 (2002), 415-437.

- Chambers, Anne E. and Stephen H. Penman "Timeliness of Reporting and the Stock Price Reaction to Earnings Announcements." *Journal of Accounting Research* 22.1 (1984), 21 – 47.

- Corrado, Charles J. "A nonparametric test for abnormal security-price performance in event studies." *Journal of Financial Economics* 23.2 (1989), 385-395.

- Corrado, Charles J. "Event studies: A methodology review." *Accounting & Finance* 51.1 (2011), 207-234.

- Da, Zhi, Umit G. Gurun, and Mitch Warachka. "Frog in the pan: Continuous information and momentum." *Review of Financial Studies* 27.7 (2014), 2171-2218.

- Fama, Eugene F., Lawrence Fisher, Michael C. Jensen and Richard Roll, "The adjustment of stock prices to new information." *International Economic Review*, 10 (1969), 1-21.

- Giglio, Stefano, and Kelly Shue. "No news is news: do markets underreact to nothing?." *Review of Financial Studies* 27.12 (2014), 3389-3440.

- Huang, Allen H., Amy Y. Zang, and Rong Zheng. "Evidence on the information content of text in analyst reports." *Accounting Review* 89.6 (2014), 2151-2180.

- Imhoff, Eugene A., and Gerald J. Lobo. "Information content of analysts' composite forecast revisions." *Journal of Accounting Research* (1984): 541-554.

- Jennings Robert and Laura Starks. "Information Content and the Speed of Stock Price Adjustment." *Journal of Accounting Research* 23.1 (1985), 336-350.

- Jiang, Christine X., Tanakorn Likitapiwat, and Thomas H. McInish. "Information content of earnings announcements: Evidence from after-hours trading." *Journal of Financial and Quantitative Analysis* 47.6 (2012), 1303-1330.

- Kim, Sok Tae, Ji-Chai Lin, and Myron B. Slovin. "Market structure, informed trading, and analysts' recommendations." *Journal of Financial and Quantitative Analysis* 32.4 (1997): 507-524.

**Appendix 2:** Materials Considered

- Mark L. Mitchell and Jeffrry M. Netter, "The role of financial economics in securities fraud cases: Applications at the Securities and Exchange Commission." *Business Lawyer*, 49:2 (February 1994), 545-590.

- Mucklow, Belinda, "Market microstructure: An examination of the effects on intraday event studies," *Contemporary Accounting Research*, Vol. 10, No. 2, 1994, pp. 355-382.

- Patell, James M. "Corporate forecasts of earnings per share and stock price behavior: Empirical test." *Journal of Accounting Research* (1976): 246-276.

- Patell, James M., and Mark A. Wolfson. "The intraday speed of adjustment of stock prices to earnings and dividend announcements." *Journal of Financial Economics* 13.2 (1984): 223-252.

- Starks, Laura, "Discussion of market microstructure: An examination of the effects on intraday event studies," *Contemporary Accounting Research,* 10.2 (1994), 383-386.


**Databases:**

- NYSE Trade and Quote (TAQ) data – Consolidated Trades, Milliseconds. LGND, SPY, IBB. January 1, 2013 – December 31, 2014.
  - https://www.nyse.com/publicdocs/nyse/data/Daily_TAQ_Client_Spec_v3.0.pdf
- Center for Research in Securities Prices (CRSP)
- Bloomberg


**Case Materials:**

- User comments to Seeking Alpha articles

    LGND_0041804-12
    LGND_0041813-4
    LGND_0041815-20
    LGND_0041821-2
    LGND_0041801-3
    LGND_0041956-64


- Emails

    SEC-Lemelson-E-0002293
    SEC-Lemelson-E-0002818-20
    SEC-Lemelson-E-1162938-9
    SEC-Lemelson-E-0002304
    SEC-Lemelson-E-0002841
    SEC-Lemelson-E-0041451-7

**Appendix 2:** Materials Considered

SEC-Lemelson-E-0041511-4
SEC-Lemelson-E-0042939-44
SEC-Lemelson-E-0042956-60
SEC-Lemelson-E-0065974
SEC-Lemelson-E-0066699
SEC-Lemelson-E-0066717-9
SEC-Lemelson-E-0066725
SEC-Lemelson-E-0066738
SEC-Lemelson-E-0117468-74
SEC-Lemelson-E-0117742-6
SEC-Lemelson-E-0117777-88
SEC-Lemelson-E-0117990-4
SEC-Lemelson-E-0118643-4
SEC-Lemelson-E-0183961-7
SEC-Lemelson-E-0184013-7
SEC-Lemelson-E-0184138-42
SEC-Lemelson-E-0184266-7
SEC-Lemelson-E-0184997-5000
SEC-Lemelson-E-0185002-3
SEC-Lemelson-E-0209251
SEC-Lemelson-E-0209327
SEC-Lemelson-E-0209337
SEC-Lemelson-E-0209819-21
SEC-Lemelson-E-0209984-90
SEC-Lemelson-E-0210013-7
SEC-Lemelson-E-0247534-6
SEC-Lemelson-E-0247966-71
SEC-Lemelson-E-0366451
SEC-Lemelson-E-0384665-6
SEC-Lemelson-E-0599308
SEC-Lemelson-E-0827620-2
SEC-Lemelson-E-0827633
SEC-Lemelson-E-1052780-2
SEC-Lemelson-E-1161355-70

Appendix 3A

Intraday Event Study Robustness Checks Using Alternative Return Measures and Non-Parametric Hypothesis Testing: 15 Minutes Before to 15 Minutes After

| Events [4] | Date | Time | Price -15 mins | Price +15 mins | Dolgoff Model [1] | | | Industry-Adjusted [2] | | | Mean-Adjusted [3] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Abnormal Return | T-Statistic [5] | Non-Parametric P-Value [6] | Abnormal Return | T-Statistic [5] | Non-Parametric P-Value [6] | Abnormal Return | T-Statistic [5] | Non-Parametric P-Value [6] |
| *June 16 - 17: (Exhibit 9)* | | | | | | | | | | | | | |
| Report #1 and Follow-On Coverage | 6/16/14 | 14:22 - 15:29 | $68.77 | $64.88 | -6.00% | (6.16) *** | 0.4% *** | -5.8% | (5.83) *** | 0.4% *** | -5.97% | (5.02) *** | 0.4% *** |
| Additional Follow-On Coverage | 6/17/14 | Before Open | $64.88 | $64.00 | -1.08% | (0.70) | 23.8% | -1.0% | (0.63) | 19.0% | -1.51% | (0.79) | 15.5% |
| Benzinga Follow-On Coverage | 6/17/14 | 12:26 | $64.42 | $63.70 | -1.55% | (2.38) ** | 1.6% ** | -1.3% | (2.01) ** | 1.6% ** | -1.17% | (1.62) | 4.4% * |
| *June 19: (Exhibit 5)* | | | | | | | | | | | | | |
| Radio Interview #1 (Claims Ligand IR agrees) | 6/19/14 | 9:36 | $66.59 | $64.47 | -2.44% | (1.80) * | 4.0% ** | -2.5% | (1.83) * | 2.4% ** | -3.21% | (1.97) ** | 2.8% ** |
| Seeking Alpha posts Interview | 6/19/14 | 15:53 | $65.78 | $65.71 | -0.67% | (1.24) | 14.5% | -0.4% | (0.69) | 16.5% | -0.15% | (0.24) | 39.1% |
| *June 24: (Exhibit 10)* | | | | | | | | | | | | | |
| Re-affirms Report #1 and $0 Price Target | 6/24/14 | 13:30 | $58.38 | $59.32 | 1.29% | 2.32 ** | 1.2% ** | 1.5% | 2.74 *** | 1.2% ** | 1.69% | 2.68 *** | 1.6% ** |
| ValueWalk Follow-On Coverage | 6/24/14 | 15:37 | $60.24 | $60.78 | 0.65% | 1.31 | 4.0% * | 0.9% | 1.75 * | 4.8% * | 0.78% | 1.33 | 6.0% |
| *July 3 - 7: (Exhibit 6)* | | | | | | | | | | | | | |
| Report #2 posted by Seeking Alpha | 7/3/14 | 12:04 | $65.44 | $64.52 | -1.95% | (2.88) *** | 0.8% ** | -1.7% | (2.46) ** | 1.2% ** | -1.43% | (1.84) * | 4.4% * |
| PR Newswire Follow-On Coverage | 7/7/14 | Before Open | $64.52 | $61.88 | -3.97% | (2.58) *** | 1.6% ** | -3.8% | (2.45) ** | 1.6% ** | -4.31% | (2.26) ** | 2.4% ** |
| *August 4: (Exhibit 11)* | | | | | | | | | | | | | |
| Report #3 and Follow-On Coverage | 8/4/14 | 14:46 - 15:10 | $55.69 | $54.00 | -3.68% | (5.23) *** | 0.4% *** | -3.5% | (4.89) *** | 0.4% *** | -3.12% | (3.70) *** | 0.4% *** |
| Benzinga Follow-On Coverage | 8/4/14 | 15:45 | $53.95 | $54.05 | 0.08% | 0.14 | 29.8% | 0.3% | 0.50 | 29.8% | 0.09% | 0.14 | 43.5% |
| *August 7: (Exhibit 12)* | | | | | | | | | | | | | |
| Benzinga Exclusive Interview Article | 8/7/14 | 13:57 | $50.89 | $50.72 | -0.21% | (0.37) | 44.8% | -0.1% | (0.10) | 48.8% | -0.30% | (0.45) | 25.8% |
| *August 13 - 14: (Exhibit 7)* | | | | | | | | | | | | | |
| Radio Interview #2 / Other Ligand News | 8/13/14 | Before Open | $55.59 | $55.96 | -0.50% | (0.33) | 42.9% | -0.2% | (0.10) | 46.8% | 0.53% | 0.28 | 32.9% |
| PR Newswire posts Report #4 / Other Ligand News | 8/14/14 | Before Open | $54.89 | $54.68 | -1.10% | (0.72) | 23.8% | -0.8% | (0.52) | 22.2% | -0.52% | (0.27) | 32.5% |
| Seeking Alpha Follow-On Coverage | 8/14/14 | 10:00 | $54.68 | $55.75 | 1.42% | 1.30 | 7.9% | 1.7% | 1.50 | 8.3% | 1.93% | 1.30 | 7.9% |
| *August 22 - 25: (Exhibit 8)* | | | | | | | | | | | | | |
| Report #5 posted by Seeking Alpha | 8/22/14 | 15:15 | $51.21 | $51.20 | -0.10% | (0.21) | 32.7% | 0.1% | 0.15 | 37.1% | -0.03% | (0.04) | 49.2% |
| PR Newswire Follow-On Coverage | 8/25/14 | 11:43 | $51.35 | $51.17 | -0.51% | (0.70) | 31.3% | -0.3% | (0.41) | 29.4% | -0.37% | (0.41) | 30.2% |
| *September 16: (Exhibit 13)* | | | | | | | | | | | | | |
| Radio Interview #3 | 9/16/14 | Before Open | $50.43 | $49.86 | -1.41% | (0.92) | 15.9% | -1.2% | (0.75) | 13.9% | -1.27% | (0.67) | 18.7% |

[1] Abnormal returns are calculated as the difference between the actual return and expected return. Expected returns are calculated using Mr. Dolgoff's model estimates for the year ended May 31, 2014 (Dolgoff Report's Backup Exhibit 1). I used returns of the most liquid ETFs that track Mr. Dolgoff's market and industry indices: SPDR S&P 500 ETF (SPY) and iShares NASDAQ Biotechnology Index ETF (IBB), respectively.

[2] Abnormal returns are estimated as the actual return minus the return on the industry index over the same time interval. I used iShares NASDAQ Biotechnology Index ETF (IBB) as an industry index.

[3] Abnormal returns are estimated as the actual return minus the average actual return over the same time interval for all trading days for the year ended May 31, 2014.

[4] Confounded events are highlighted in blue.

[5] The T-statistic is the ratio of the event abnormal return to the standard deviation of abnormal returns measured over the same time interval for all trading days for the year ended May 31, 2014. (*,**, *** indicate statistical significance at the 0.1, .05, and .01 levels, respectively).

[6] Non-parametric p-values are the portion of days in the control period plus the event date that have an abnormal return that exceeds the abnormal return on the event date. Significance stars for non-parametric p-values are adjusted to reflect conventional two-sided thresholds (*,**, *** indicate non-parametric p-values of less than .05, .025, and .005, respectively).

**Appendix 3B**

Intraday Event Study Robustness Checks Using Alternative Return Measures and Non-Parametric Hypothesis Testing: 1 Minute Before to 15 Minutes After

| Events [4] | Date | Time | Price -1 mins | Price +15 mins | Dolgoff Model [1] Abnormal Return | T-Statistic [5] | Non-Parametric P-Value [6] | Industry-Adjusted [2] Abnormal Return | T-Statistic [5] | Non-Parametric P-Value [6] | Mean-Adjusted [3] Abnormal Return | T-Statistic [5] | Non-Parametric P-Value [6] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *June 16 - 17: (Exhibit 9)* | | | | | | | | | | | | | |
| Report #1 and Follow-On Coverage | 6/16/14 | 14:22 - 15:02 | $68.58 | $63.79 | -7.22% | (9.06) *** | 0.4% *** | -7.0% | (8.79) *** | 0.4% *** | -7.31% | (7.79) *** | 0.4% *** |
| ValueWalk Follow-On Coverage | 6/16/14 | 15:29 | $64.82 | $64.88 | -0.16% | (0.38) | 49.6% | 0.0% | 0.11 | 48.4% | 0.00% | (0.01) | 49.2% |
| Additional Follow-On Coverage | 6/17/14 | Before Open | $64.89 | $64.00 | -1.08% | (0.70) | 23.8% | -1.0% | (0.63) | 19.0% | -1.51% | (0.79) | 15.5% |
| Benzinga Follow-On Coverage | 6/17/14 | 12:26 | $63.62 | $63.70 | -0.29% | (0.65) | 44.2% | 0.0% | (0.09) | 46.2% | 0.10% | 0.19 | 37.1% |
| *June 19: (Exhibit 5)* | | | | | | | | | | *** | | | |
| Radio Interview #1 (Claims Ligand IR agrees) | 6/19/14 | 9:36 | $66.12 | $64.47 | -1.69% | (1.58) | 7.5% | -1.8% | (1.61) | 6.0% | -2.38% | (1.74) * | 4.8% * |
| Seeking Alpha posts Interview | 6/19/14 | 15:53 | $65.73 | $65.71 | -0.44% | (1.48) | 19.0% | -0.2% | (0.60) | 22.6% | -0.05% | (0.16) | 39.9% |
| *June 24: (Exhibit 10)* | | | | | | | | | | | | | |
| Re-affirms Report #1 and $0 Price Target | 6/24/14 | 13:30 | $58.59 | $59.32 | 1.01% | 2.44 ** | 1.6% ** | 1.2% | 2.98 *** | 1.6% ** | 1.28% | 2.86 *** | 2.0% ** |
| ValueWalk Follow-On Coverage | 6/24/14 | 15:37 | $60.62 | $60.78 | -0.11% | (0.24) | 36.7% | 0.1% | 0.26 | 35.9% | 0.23% | 0.49 | 26.2% |
| *July 3 - 7: (Exhibit 6)* | | | | | | | | | | | | | |
| Report #2 posted by Seeking Alpha | 7/3/14 | 12:04 | $65.15 | $64.52 | -1.39% | (2.64) *** | 1.6% ** | -1.1% | (2.15) ** | 1.6% ** | -0.97% | (1.71) * | 4.4% * |
| PR Newswire Follow-On Coverage | 7/7/14 | Before Open | $64.52 | $61.88 | -3.97% | (2.58) *** | 1.6% ** | -3.8% | (2.45) ** | 1.6% ** | -4.31% | (2.26) ** | 2.4% ** |
| *August 4: (Exhibit 11)* | | | | | | | | | | | | | |
| Report #3 posted by Seeking Alpha | 8/4/14 | 14:46 | $55.33 | $54.14 | -2.49% | (5.63) *** | 0.4% *** | -2.3% | (5.21) *** | 0.4% *** | -2.23% | (4.70) *** | 0.4% *** |
| PR Newswire Follow-On Coverage | 8/4/14 | 15:10 | $54.84 | $54.00 | -1.82% | (4.66) *** | 0.4% *** | -1.6% | (4.10) *** | 0.4% *** | -1.54% | (3.26) *** | 1.2% ** |
| Benzinga Follow-On Coverage | 8/4/14 | 15:45 | $53.85 | $54.05 | 0.48% | 1.02 | 5.2% | 0.7% | 1.41 | 6.5% | 0.36% | 0.70 | 19.8% |
| *August 7: (Exhibit 12)* | | | | | | | | | | | | | |
| Benzinga Exclusive Interview Article | 8/7/14 | 13:57 | $50.89 | $50.72 | -0.26% | (0.63) | 47.2% | -0.1% | (0.25) | 42.3% | -0.32% | (0.67) | 20.2% |
| *August 13 - 14: (Exhibit 7)* | | | | | | | | | | | | | |
| Radio Interview #2 / Other Ligand News | 8/13/14 | Before Open | $55.59 | $55.96 | -0.50% | (0.33) | 42.9% | -0.2% | (0.10) | 46.8% | 0.53% | 0.28 | 32.9% |
| PR Newswire posts Report #4 / Other Ligand News | 8/14/14 | Before Open | $54.89 | $54.68 | -1.10% | (0.72) | 23.8% | -0.8% | (0.52) | 22.2% | -0.52% | (0.27) | 32.5% |
| Seeking Alpha Follow-On Coverage | 8/14/14 | 10:00 | $54.96 | $55.75 | 1.39% | 1.90 * | 2.4% ** | 1.6% | 2.11 ** | 2.8% * | 1.46% | 1.58 | 5.6% |
| *August 22 - 25: (Exhibit 8)* | | | | | | | | | | | | | |
| Report #5 posted by Seeking Alpha | 8/22/14 | 15:15 | $51.23 | $51.20 | -0.18% | (0.47) | 43.1% | 0.0% | 0.10 | 44.0% | -0.10% | (0.24) | 38.7% |
| PR Newswire Follow-On Coverage | 8/25/14 | 11:43 | $51.44 | $51.17 | -0.94% | (1.68) * | 8.7% | -0.7% | (1.17) | 11.9% | -0.49% | (0.75) | 19.8% |
| *September 16: (Exhibit 13)* | | | | | | | | | | | | | |
| Radio Interview #3 | 9/16/14 | Before Open | $50.43 | $49.86 | -1.41% | (0.92) | 15.9% | -1.2% | (0.75) | 13.9% | -1.27% | (0.67) | 18.7% |

[1] Abnormal returns are calculated as the difference between the actual return and expected return.  Expected returns are calculated using  Mr. Dolgoff's model estimates for the year ended May 31, 2014 (Dolgoff Report's Backup Exhibit 1).  I used returns of the most liquid ETFs that track Mr. Dolgoff's market and industry indices: SPDR S&P 500 ETF (SPY) and iShares NASDAQ Biotechnology Index ETF (IBB), respectively.

[2] Abnormal returns are estimated as the actual return minus the return on the industry index over the same time interval. I used iShares NASDAQ Biotechnology Index ETF (IBB) as an industry index.

[3] Abnormal returns are estimated as the actual return minus the average actual return over the same time interval for all trading days for the year ended May 31, 2014.

[4] Confounded events are highlighted in blue.

[5] The T-statistic is the ratio of the event abnormal return to the standard deviation of abnormal returns measured over the same time interval for all trading days for the year ended May 31, 2014.  (*,**, *** indicate statistical significance at the 0.1, .05, and .01 levels, respectively).

[6] Non-parametric p-values are the portion of days in the control period plus the event date that have an abnormal return that exceeds the abnormal return on the event date.  Significance stars for non-parametric p-values are adjusted to reflect conventional two-sided thresholds (*,**, *** indicate non-parametric p-values of less than .05, .025, and .005, respectively).

**Appendix 3C**

Intraday Event Study Robustness Checks Using Alternative Return Measures and Non-Parametric Hypothesis Testing: 1 Minute Before to 5 Minutes After

| Events [4] | Date | Time | Price -1 mins | Price +5 mins | Dolgoff Model [1] Abnormal Return | T-Statistic [5] | Non-Parametric P-Value [6] | Industry-Adjusted [2] Abnormal Return | T-Statistic [5] | Non-Parametric P-Value [6] | Mean-Adjusted [3] Abnormal Return | T-Statistic [5] | Non-Parametric P-Value [6] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *June 16 - 17: (Exhibit 9)* | | | | | | | | | | | | | |
| Report #1 posted on Amvona Blog | 6/16/14 | 14:22 | $68.58 | $68.52 | -0.25% | (0.69) | 41.5% | 0.0% | (0.10) | 41.1% | -0.09% | (0.27) | 36.3% |
| Benzinga posts headline | 6/16/14 | 14:38 | $68.58 | $68.48 | 0.00% | (0.01) | 21.0% | 0.2% | 0.90 | 19.4% | 0.18% | 0.67 | 21.8% |
| Report #1 posted by Seeking Alpha | 6/16/14 | 14:49 | $68.57 | $65.47 | -4.99% | (16.62) *** | 0.4% *** | -4.7% | (15.84) *** | 0.4% *** | -4.63% | (14.37) *** | 0.4% *** |
| StreetInsider / Bloomberg Follow-On Coverage | 6/16/14 | 14:59 - 15:02 | $65.67 | $64.67 | -1.64% | (4.87) *** | 0.8% ** | -1.5% | (4.32) *** | 0.4% *** | -1.51% | (3.86) *** | 0.8% ** |
| ValueWalk Follow-On Coverage | 6/16/14 | 15:29 | $64.82 | $64.61 | -0.50% | (1.79) * | 11.7% | -0.3% | (1.07) | 10.1% | -0.36% | (1.24) | 8.9% |
| Additional Follow-On Coverage | 6/17/14 | Before Open | $64.89 | $63.26 | -1.94% | (1.39) | 4.8% * | -1.9% | (1.37) | 3.6% * | -2.85% | (1.81) * | 1.6% ** |
| Benzinga Follow-On Coverage | 6/17/14 | 12:26 | $63.62 | $63.66 | -0.14% | (0.37) | 40.2% | 0.1% | 0.20 | 37.5% | 0.04% | 0.10 | 37.1% |
| *June 19: (Exhibit 5)* | | | | | | | | | | | | | |
| Radio Interview #1 (Claims Ligand IR agrees) | 6/19/14 | 9:36 | $66.12 | $65.98 | 0.07% | 0.08 | 28.6% | 0.1% | 0.14 | 36.9% | -0.06% | (0.06) | 44.8% |
| Seeking Alpha posts Interview | 6/19/14 | 15:53 | $65.73 | $65.64 | -0.48% | (1.72) * | 14.1% | -0.2% | (0.82) | 16.5% | -0.14% | (0.47) | 27.4% |
| *June 24: (Exhibit 10)* | | | | | | | | | | | | | |
| Re-affirms Report #1 and $0 Price Target | 6/24/14 | 13:30 | $58.59 | $58.54 | -0.35% | (1.33) | 23.0% | -0.1% | (0.48) | 25.0% | -0.11% | (0.40) | 33.1% |
| ValueWalk Follow-On Coverage | 6/24/14 | 15:37 | $60.62 | $60.55 | -0.32% | (1.14) | 30.6% | -0.1% | (0.44) | 26.2% | -0.14% | (0.46) | 25.0% |
| *July 3 - 7: (Exhibit 6)* | | | | | | | | | | | | | |
| Report #2 posted by Seeking Alpha | 7/3/14 | 12:04 | $65.15 | $64.95 | -0.63% | (1.84) * | 6.7% | -0.4% | (1.14) | 7.1% | -0.32% | (0.86) | 14.3% |
| PR Newswire Follow-On Coverage | 7/7/14 | Before Open | $64.52 | $61.85 | -3.88% | (2.79) *** | 0.8% ** | -3.7% | (2.73) *** | 0.8% ** | -4.54% | (2.87) *** | 0.8% ** |
| *August 4: (Exhibit 11)* | | | | | | | | | | | | | |
| Report #3 posted by Seeking Alpha | 8/4/14 | 14:46 | $55.33 | $53.80 | -3.05% | (12.24) *** | 0.4% *** | -2.9% | (11.77) *** | 0.4% *** | -2.83% | (10.67) *** | 0.4% *** |
| PR Newswire Follow-On Coverage | 8/4/14 | 15:10 | $54.84 | $53.85 | -2.17% | (7.37) *** | 0.4% *** | -1.9% | (6.50) *** | 0.4% *** | -1.82% | (5.24) *** | 0.4% *** |
| Benzinga Follow-On Coverage | 8/4/14 | 15:45 | $53.85 | $53.75 | -0.22% | (0.68) | 48.8% | 0.0% | (0.11) | 41.9% | -0.18% | (0.52) | 25.0% |
| *August 7: (Exhibit 12)* | | | | | | | | | | | | | |
| Benzinga Exclusive Interview Article | 8/7/14 | 13:57 | $50.89 | $50.99 | 0.04% | 0.14 | 14.9% | 0.3% | 1.01 | 14.1% | 0.18% | 0.64 | 23.0% |
| *August 13 - 14: (Exhibit 7)* | | | | | | | | | | | | | |
| Radio Interview #2 / Other Ligand News | 8/13/14 | Before Open | $55.59 | $55.60 | -0.85% | (0.61) | 25.8% | -0.6% | (0.43) | 23.4% | -0.29% | (0.18) | 45.6% |
| PR Newswire posts Report #4 / Other Ligand News | 8/14/14 | Before Open | $54.89 | $54.04 | -2.29% | (1.65) * | 3.6% * | -2.0% | (1.47) | 3.2% * | -1.87% | (1.18) | 6.7% |
| Seeking Alpha Follow-On Coverage | 8/14/14 | 10:00 | $54.96 | $54.90 | -0.07% | (0.14) | 39.3% | 0.1% | 0.15 | 42.5% | -0.08% | (0.12) | 42.9% |
| *August 22 - 25: (Exhibit 8)* | | | | | | | | | | | | | |
| Report #5 posted by Seeking Alpha | 8/22/14 | 15:15 | $51.23 | $51.09 | -0.64% | (2.34) ** | 7.3% | -0.4% | (1.37) | 8.9% | -0.26% | (0.88) | 15.3% |
| PR Newswire Follow-On Coverage | 8/25/14 | 11:43 | $51.44 | $51.59 | -0.11% | (0.29) | 31.3% | 0.2% | 0.46 | 25.8% | 0.31% | 0.79 | 18.3% |
| *September 16: (Exhibit 13)* | | | | | | | | | | | | | |
| Radio Interview #3 | 9/16/14 | Before Open | $50.43 | $49.95 | -0.79% | (0.57) | 27.0% | -0.6% | (0.47) | 21.4% | -1.27% | (0.80) | 13.9% |

[1] Abnormal returns are calculated as the difference between the actual return and expected return. Expected returns are calculated using Mr. Dolgoff's model estimates for the year ended May 31, 2014 (Dolgoff Report's Backup Exhibit 1). I used returns of the most liquid ETFs that track Mr. Dolgoff's market and industry indices: SPDR S&P 500 ETF (SPY) and iShares NASDAQ Biotechnology Index ETF (IBB), respectively.

[2] Abnormal returns are estimated as the actual return minus the return on the industry index over the same time interval. I used iShares NASDAQ Biotechnology Index ETF (IBB) as an industry index.

[3] Abnormal returns are estimated as the actual return minus the average actual return over the same time interval for all trading days for the year ended May 31, 2014.

[4] Confounded events are highlighted in blue.

[5] The T-statistic is the ratio of the event abnormal return to the standard deviation of abnormal returns measured over the same time interval for all trading days for the year ended May 31, 2014. (*,**, *** indicate statistical significance at the 0.1, .05, and .01 levels, respectively).

[6] Non-parametric p-values are the portion of days in the control period plus the event date that have an abnormal return that exceeds the abnormal return on the event date. Significance stars for non-parametric p-values are adjusted to reflect conventional two-sided thresholds (*,**, *** indicate non-parametric p-values of less than .05, .025, and .005, respectively).