UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

**SECOND AFFIDAVIT OF DOUGLAS S. BROOKS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT**

I, Douglas S. Brooks, hereby swear and declare as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Metropolitan Ilia Katre Massachusetts and am counsel to Defendants Rev. Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson"), Lemelson Capital Management, LLC, and Relief Defendant The Amvona Fund, LP.

2. Attached please find a true and correct copy of a letter from Metropolitan Ilia Katre in support of Fr. Lemelson.

3. This letter was received after Defendants' filed their opposition, but we respectfully request that this Court accept and consider this letter in its decision on the pending Motion for Entry of Final Judgment.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed:  January 28, 2022            */s/ Douglas S. Brooks*
                                        Douglas S. Brooks

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on January 28, 2022.

                                        */s/ Douglas S. Brooks*
                                        Douglas S. Brooks