

ECUMENICAL PATRIARCHATE

# Albanian Orthodox Diocese of America

RT. REV. BISHOP MARK (1919 - 1982)

The Most Rev. ILIA
Metropolitan of Philomelion

January 26, 2022

The Honorable Pattie B. Saris
United States District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Your Honor:

I am pleased to offer this statement on behalf of the Reverend Father Emmanuel Lemelson, Chief Investment Officer of Lemelson Capital Management, Shelburne, VT.

During his studies at Holy Cross School of Theology, I had the opportunity to meet the then seminarian, Gregory Lemelson. He distinguished himself as a sensitive, intelligent, and promising candidate for the Holy Priesthood. As a priest and later a bishop in the Boston area, I visited the Seminary campus often because I was the Dean of Student Affairs from 1983 to 1988 and remained in contact with the administration, faculty, and students, always seeking worthy prospects for the priesthood.

I was privileged to officiate at his marriage ceremony and subsequently to concelebrate at his Ordination to the Diaconate and Priesthood in 2011. Consequently, he was received as a priest of my Diocese and remains as an affiliated priest at Holy Trinity Albanian Orthodox Church in South Boston, MA. On many occasions I have been a guest in his home and shared fellowship with his family.

In preparation for his ordination and acceptance into the Diocese, Fr. Emmanuel and I had extensive discussions on personal, spiritual and ecclesial discipline. My insights into his personality are confirmed by his thoughtful behavior, actions and demeanor. As a clergyman, financial advisor and family

man, his decisions are measured and grounded in a high level of moral values and integrity.

Fr. Lemelson has undertaken the construction of St. Katherine's Chapel. He has consulted with me on all matters in its building and kept me informed on every development. I am impressed by his attention to details, his insistence on best quality, his expenditure of time and resources to offer this chapel as a unique expression of his faith and that of his family.

The character of Fr. Emmanuel has been formed by his response to the call of God to become a priest. His deep-rooted sensitivities to practice and to live by the ethics of noble virtues and a fear of God are the hallmarks of his pastoral and theological ministry.

Furthermore, he has been influenced by his religious beliefs in the pursuit of his career in financial advisement. This has resulted in a sense of strict honesty, absolute transparency, genuine sincerity and unabashed regard for the interests of his clients. I have concluded this assessment of his character based on long, detailed and perceptive conversations I have had with him on subjects related to his professional endeavors.

Fr. Emmanuel has informed me, with specifics, about the SEC case and the results. He has shared with me court documents and media reports. He has opted for a resolution of the case that will reveal truth and serve justice rather than for a settlement of convenience and accommodation. In other words, he chose willfully to champion the right instead of expediency. He has my admiration for the courage of his convictions and his confidence in the system of justice.

Sincerely,

*Metropolitan Ilia Katre*

+Metropolitan Ilia Katre