# Cardinal Capital
MANAGEMENT, L.L.C.

February 8, 2022

Hon. Patti B. Saris
United State District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Ste. 2300
Boston, MA 02210

Re: *SEC v. Lemelson*, et al, 1:18-cv-11926 (PBS)

Dear Judge Saris:

    I am a partner and portfolio manager at Cardinal Capital Management, LLC ("Cardinal"). Cardinal seeks to generate above-average risk-adjusted returns for our clients by investing in sustainable, high returning businesses at a discount and by valuing those companies to target an attractive absolute rate of return. In 2014, at the time of the events to which I testified at trial in this matter, I was a senior analyst for Cardinal. My role was to research and follow investments held in products managed by Cardinal. At the time, one of those investments was a position in the common stock of Ligand Pharmaceuticals, Inc. ("Ligand"). Ultimately, Ligand has been a profitable investment for Cardinal.

    I first became aware of Father Lemelson in June 2014. The false and misleading statements he made about Ligand that I was asked about at trial, including statements he made about Promacta, Viking Therapeutics, and the company's solvency, were very concerning to me as an analyst for Cardinal. Our firm has a fiduciary duty to act in the best interest of our clients, which includes researching any negative news or allegations concerning a company in which our products are invested. Father Lemelson's statements concerned important aspects of Ligand's business. As such, they probably affected investors' views as to the value of, and their trading decisions with respect to, Ligand's publicly traded stock.

    Based on my experience, I am confident the false and misleading statements Father Lemelson made likely artificially depressed the price of Ligand's stock, thereby harming investors. Respectfully, I believe the Court should impose sanctions in this case sufficient to deter similar conduct in others, to protect investors, and to safeguard the integrity of our capital markets.

Very truly yours,

*[signature]*

Robert H. Fields

Four Greenwich Office Park | Greenwich, CT 06831 | www.cardcap.com | Tel (203) 863-8990 | Fax (203) 861-4112