UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant. | Civil Action No. 1:18-cv-11926-PBS |

**SECOND AFFIDAVIT IN FURTHER SUPPORT OF
PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT**

I, Alfred A. Day, declare as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and serve as trial counsel for Plaintiff, the United States Securities and Exchange Commission (the "Commission"), in this matter.

2. The Commission received the attached letter from John W. Kozarich, PhD, Chair of the Board of Ligand Pharmaceuticals Incorporated in support of the Commission's Motion for Entry of Final Judgment (ECF No. 244).

4. The attached letter was received on February 15, 2022, after the Commission's Motion for Entry of Final Judgment was fully briefed.

5. The Commission respectfully requests that the Court consider Dr. Kozarich's letter in connection with the Commission's motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 15, 2022             */s/ Alfred A. Day*
                                      Alfred A. Day

## **CERTIFICATE OF SERVICE**

I certify that on February 15, 2022, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

*/s/ Alfred A. Day*