**LIGAND PHARMACEUTICALS INCORPORATED**
3911 Sorrento Valley Boulevard, Suite 110
San Diego, CA 92121

February 15, 2022

**VIA ECF**
The Honorable Patti B. Saris
Judge, United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re:   *Securities and Exchange Commission v. Lemelson* (1:18-cv-11926-PBS)

Dear Judge Saris:

As Chair of the Board of Directors, I have ultimate responsibility for the oversight and governance of Ligand Pharmaceuticals. When Fr. Lemelson initiated his fraudulent attacks on Ligand, the independent Directors met to review both the substance of Lemelson's claims and our approach to managing the attack on the company. It has been a long and expensive eight years defending ourselves from these false and malicious attacks and to this day we still get inquiries about the damage it created at our company.

The Board takes its work very seriously, and we are fully independent stewards working on behalf of shareholders. In our collective experience, we have never witnessed such an obvious and abusive effort to distort our work and create false narratives about our scientific research and technologies, approved medical products to treat important diseases, and our financial status. The fraudulent attacks were clearly a front to derive financial gain and this behavior cannot be tolerated by regulators and the capital markets.

I can attest this has been a very costly distraction to Ligand both operationally and financially. It caused reputational harm to our company and at times created acute distractions for running the company, as we tried to defend ourselves against these aggressive and blatantly false claims. Some of our research partners questioned their relationship with Ligand based solely on Fr. Lemelson's reports. We have spent well over one million dollars on legal fees to defend ourselves. In addition, we have had to accept that at a time of a major financing for the company, investors were alarmed by the reports and showed less interest in investing in our company or they demanded higher, more expensive terms to provide capital to fund our research and business. Again, the Board has been highly engaged early on to review and manage the circumstance, and the damage to Ligand has been lasting.

On behalf of Ligand and its shareholders past and present, I respectfully ask that this Court impose the maximum possible penalty and impose a permanent bar. Ligand believes such a penalty is appropriate and warranted for the harm that he has caused to Ligand's shareholders.

I am available if you have any questions or wish to discuss.

Sincerely,

John W. Kozarich, PhD
Chair of the Board
Ligand Pharmaceuticals Incorporated