

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
33 Arch Street, 24th Floor
Boston, MA 02110-1424

BOSTON
REGIONAL OFFICE

Alfred Day
Senior Trial Counsel
daya@sec.gov
(617) 573-4537

February 15, 2022

<u>VIA ECF</u>

Hon. Patti B. Saris
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re:  *SEC v. Lemelson*, No. 18-cv-11926

Your Honor:

As the Court requested, we have attached the case on joint and several liability for penalties, *SEC v. Pentagon Capital Management PLC*, 725 F.3d 279 (2d Cir. 2013), that Mr. Jones referenced at the hearing this afternoon. In addition, we have attached Your Honor's decision in *SEC v. DFRF Enterprises LLC*, 384 F. Supp. 3d 129 (D. Mass. 2019), which appears to be the only case in this district citing *Pentagon*.

Respectfully submitted,

SECURITIES AND EXCHANGE
COMMISSION

<u>/s/ Alfred Day</u>
Alfred Day
Marc Jones
Boston Regional Office
33 Arch Street
Boston, MA 02110
daya@sec.gov
(617) 573-4537 (Day direct)

cc:   All counsel of record (via ECF)