SEC v. Gregory Lemelson
18-cv-11926-PBS

# Joint Trial Exhibit List

**As of November 3, 2021**

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 1 | Report 1: Press Release re Lemelson short position in Ligand Pharmaceuticals 6/16/2014 | 10/26/2021 |
| 2 | 6/19/2014 Recording of Father Emmanuel's June 19, 2014 pre-market interview with Benzinga | 10/26/2021 |
| 3 | 6/19/2014 Transcript of Father Emmanuel's June 19, 2014 pre-market interview with Benzinga | 10/26/2021 |
| 4 | Report 2: Appendix; Lemelson increases short position in Ligand 7/3/2014 | 10/26/2021 |
| 5 | Report 3: Update: Lemelson Capital Further Increases Short Stake 8/4/2014 | 10/26/2021 |
| 6 | Report 4: "Lemelson Capital Says Ligand Pharmaceuticals' $225M Debt Issuance Solidifies Company's Insolvency, Substantially Raises Specter of Bankruptcy" 8/14/2014 | 10/26/2021 |
| 7 | Report 5: "Ligand Pharmaceuticals: Institutional holders wasting no time dumping stock in response to mounting insolvency and bankruptcy risks" 8/22/2014 | 10/26/2021 |
| 8 | Summary Chart | 10/26/2021 |
| 9 | DELETED EXHIBIT - # IN PLACE SO EXHIBITS DID NOT NEED TO BE RENUMBERED. | X |
| 10 | DELETED EXHIBIT - # IN PLACE SO EXHIBITS DID NOT NEED TO BE RENUMBERED. | X |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 11 | 8/20/2012 Private Placement Memorandum | 10/26/2021 |
| 12 | 8/19/2013 Barron's Ranking | 10/26/2021 |
| 13 | 12/31/2013 Form 10-K/A, Amendment No. 2, Ligand Pharmaceuticals Incorporated | 10/26/2021 |
| 14 | 12/31/2013 Form 10-K, Ligand Pharmaceuticals Incorporated | 10/26/2021 |
| 15 | 3/17/2014 "The Short Case for World Wrestling Entertainment" | 10/26/2021 |
| 16 | 4/1/2014 Oral, Liver-targeting Nucleoside Polymerase Inhibitors for the Treatment of Hepatitis C; Non-Confidential Summary | 10/26/2021 |
| 17 | 4/1/2014 Amvona Fund, LP Private Placement Memorandum | 10/26/2021 |
| 18 | 4/8/2014 "The Case for Shorting World Wrestling Entertainment" | 10/26/2021 |
| 19 | 5/7/2014 Ligand 2014 Q1 10-Q | 10/26/2021 |
| 20 | 5/17/2014 Article re LCM stake in WWE | 10/26/2021 |
| 21 | 5/26/2014 Barron's Ranking | 10/26/2021 |
| 22 | 5/28/2014 Email re Barron's - Lemelson Capital Management Again Ranks Among World's Top Performing Hedge Funds | 10/26/2021 |
| 23 | 6/1/2014 June 2014 Call Notification Emails to Lemelson | 10/26/2021 |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 24 | 6/9/2014 "Why Merck Just Spent $4 Billion on New Drugs for Hepatitis C," *Forbes* | 10/26/2021 |
| 25 | 6/10/2014 Michael Johns PayPal Invoice to Emmanuel Lemelson | 10/26/2021 |
| 26 | 6/10/2014 "Why the Hepatitis Cost Cutters May Have Already Lost," *Forbes* | 10/26/2021 |
| 27 | 6/10/2014 Form ADV | 10/26/2021 |
| 28 | 6/11/2014 PayPal Confirmation - Payment from Lemelson to Johns | 10/26/2021 |
| 29 | 6/11/2014 Email to *Bloomberg* touting TAF's Q2 Performance | 10/26/2021 |
| 30 | 6/12/2014 Emails between Erika Luib and Bruce Voss | 10/26/2021 |
| 31 | 6/12/2014 Email from Nicolas Jabbour to Emmanuel Lemelson | 10/26/2021 |
| 32 | 6/12/2014 Email from Nicolas Jabbour to Emmanuel Lemelson | 10/26/2021 |
| 33 | 6/12/2014 Email from Jabbour with Expert Opinion re: Sovaldi | 10/26/2021 |
| 34 | 6/13/2014 Emails with Erika Luib re: Investor Reports | 10/26/2021 |
| 35 | 6/16/2014 Email from Emmanuel Lemelson attaching Ligand short position announcement | 10/26/2021 |
| 36 | 6/16/2014 Email from Emmanuel Lemelson re short position in Ligand | 10/26/2021 |
| 37 | 6/16/2014 Globe Newswire email | 10/26/2021 |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 38 | 6/16/2014 "Ligand Pharmaceuticals - Severe Competitive Threat To Key Royalty Program And 'Going Concern' Risk Drive 100 Percent Downside", *Nasdaq* | 10/26/2021 |
| 39 | 6/17/2014 Email from John Higgins to Bruce Voss | 10/26/2021 |
| 40 | 6/17/2014 Emails between Matt Foehr and Bruce Voss | 10/26/2021 |
| 41 | 6/17/2014 Emails between Matt Foehr, Bruce Voss and John Higgins | 10/26/2021 |
| 42 | 6/17/2014 Email thread re LGND / Lemelson | 10/26/2021 |
| 43 | 6/17/2014 BTIG Daily Report | 10/26/2021 |
| 44 | 6/18/2014 Emails between Bruce Voss, John Higgins, and Matt Foehr | 10/26/2021 |
| 45 | 6/18/2014 Email to Emmanuel Lemelson re Cancelling today's call with Ligand | 10/26/2021 |
| 46 | 6/18/2014 Email thread re VM from Institutional Investor Magazine | 10/26/2021 |
| 47 | 6/18/2014 BTIG Daily Report | 10/26/2021 |
| 48 | 6/18/2014 Notes - phone conversation with Bruce Voss | 10/26/2021 |
| 49 | 6/19/2014 BTIG Daily Report | 10/26/2021 |
| 50 | 6/19/2014 Email from Lemelson to Investors | 10/26/2021 |
| 51 | 6/19/2014 The Amvona Fund, LP Investor Presentation | 10/26/2021 |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 52 | 6/20/2014 BTIG Daily Report | 10/26/2021 |
| 53 | 6/23/2014 Bruce Voss email responding to 6/19/14 Benzinga Interview | 10/26/2021 |
| 54 | 6/23/2014 Emails between Bruce Voss and John Higgins | 10/26/2021 |
| 55 | 6/25/2014 Emails between Matt Foehr, Bruce Voss and John Higgins | 10/26/2021 |
| 56 | 6/30/2014 The Amvona Fund, LP - BTIG Account Statement | 10/26/2021 |
| 57 | 6/30/2014 Form 10-Q, Ligand Pharmaceuticals Incorporated | 10/26/2021 |
| 58 | 7/1/2014 Viking Therapeutics, Inc. Form S-1 Registration | 10/26/2021 |
| 59 | 7/2/2014 Email from Emmanuel Lemelson to Howard Coop and Jennifer Bloom attaching Amvona Fund Annual Reports, Partnership Letters, Investor Presentation, etc. | 10/26/2021 |
| 60 | 7/3/2014 Email: "Re: Article Status Notification from Seeking Alpha Editors (3038485)" | 10/26/2021 |
| 61 | 7/17/2014 LCM Press Release: "LCM Announces TTM and Q2 2014 Performance Results for The Amvona Fund" | 10/26/2021 |
| 62 | 7/17/2014 Email from Michael Johns to Emmanuel Lemelson | 10/26/2021 |
| 63 | 7/17/2014 TAF Q2 Partnership Letter | 10/26/2021 |
| 64 | 7/20/2014 Emails between John Higgins and Matt Dormer | 10/26/2021 |
| 65 | 7/21/2014 Email from Emmanuel Lemelson requesting subscription documents for Rod Bennet | 10/26/2021 |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 66 | 7/26/2014 Email to Jon Haley re thank you for the inquiry on the LCM site | 10/26/2021 |
| 67 | 7/27/2014 Email to Jon Haley re Thank You | 10/26/2021 |
| 68 | 8/4/2014 Email from Michael Johns to Emmanuel Lemelson | 10/26/2021 |
| 69 | 8/4/2014 Email re LGND Aug 4 Report | 10/26/2021 |
| 70 | 8/5/2014 Emails with Luke Jacobi answering questions for Benzinga re: LCM's position in Ligand | 10/26/2021 |
| 71 | 08/04/14 - 08/05/14 Email re Lemelson Capital Management Short Position in Ligand | 10/26/2021 |
| 72 | 08/04/14 - 08/07/14 Email thread re Lemelson Capital Increases Short Position and Benzinga Article | 10/26/2021 |
| 73 | 8/13/2014 Emails with Brianna Valleskey re: 8/13/14 Benzinga Interview | 10/26/2021 |
| 74 | 8/14/2014 Email between Emmanuel Lemelson and Lori Schumacher attaching David Griesemer Subscription Signature Page | 10/26/2021 |
| 75 | 8/14/2014 Email re LGND Aug 14 Report | 10/26/2021 |
| 76 | 8/18/2014 Emails between Bruce Voss and John Higgins | 10/26/2021 |
| 77 | 8/18/2014 Ligand 8-K | 10/26/2021 |
| 78 | 8/19/2014 Emails between John Higgins and Bruce Voss | 10/26/2021 |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 79 | 8/27/2014 Email to Michael Johns re Lemelson Capital Press Release | 10/26/2021 |
| 80 | 8/29/2014 Email to Donna re nice meeting you today, here is the info you requested | 10/26/2021 |
| 81 | Aug. 2014 BarclayHedge Ranking | 10/26/2021 |
| 82 | 9/4/2014 The Amvona Fund, LP, Investor Presentation | 10/26/2021 |
| 83 | 9/4/2014 Email from Emmanuel Lemelson to Michael Johns | 10/26/2021 |
| 84 | 9/6/2014 Email from Emmanuel Lemelson to Jesse Perkins attaching Amvona Fund Annual Reports, Partnership Letters, Investor Presentation, etc. | 10/26/2021 |
| 85 | 9/7/2014 Email from Emmanuel Lemelson to Allan Rudolf attaching Amvona Fund Annual Reports, Partnership Letters, Investor Presentation, etc. | 10/26/2021 |
| 86 | 9/7/2014 Email from Emmanuel Lemelson to "johnx99y@yahoo.com" attaching Amvona Fund Annual Reports, Partnership Letters, Investor Presentation, etc. | 10/26/2021 |
| 87 | 9/17/2014 Email from Emmanuel Lemelson to Dimitrios Karakoutas attaching Amvona Fund Annual Reports, Partnership Letters, Investor Presentation, etc. | 10/26/2021 |
| 88 | June 8 - Sept. 4, 2014 Call Notification Emails to Lemelson | 10/26/2021 |
| 89 | 10/3/2014 Email from Emmanuel Lemelson to William Ware attaching Amvona Fund Annual Reports, Partnership Letters, Investor Presentation, etc. | 10/26/2021 |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 90 | 10/9/2014 Email from Emmanuel Lemelson to Edward Gu | 10/26/2021 |
| 91 | 11/10/2014 Email from Emmanuel Lemelson to "Ruven T" attaching Amvona Fund Annual Reports, Partnership Letters, Investor Presentation, etc. | 10/26/2021 |
| 92 | 11/17/2014 Emails between Bruce Voss and Jody Burfening | 10/26/2021 |
| 93 | Sept.-Nov. 2014 Emails and other communications to prospective investors and investors | 10/26/2021 |
| 94 | 2014 Preqin Ranking | 10/26/2021 |
| 95 | Lemelson document re: Ligand's 2012-14 Balance Sheets from Bam SEC | 10/26/2021 |
| 96 | 1/29/2015 Stock Price Data | 10/26/2021 |
| 97 | 2/9/2015 "Ligand Reports Fourth Quarter and Full Year 2014 Financial Results" | 10/26/2021 |
| 98 | 2/25/2015 Email with Brianna Valleskey re: 3/24/15 Benzinga Interview | 10/26/2021 |
| 99 | 4/22/2015 TAF 2014 Annual Report | 10/26/2021 |
| 100 | 4/29/2015 Emails with Brianna Valleskey re: 6/5/15 Benzinga Interview | 10/26/2021 |
| 101 | 5/5/2015 Press Release, "Ligand Partner Viking Therapeutics Announces Closing of Initial Public Offering" | 10/26/2021 |
| 102 | DELETED EXHIBIT - # IN PLACE SO EXHIBITS DID NOT NEED TO BE RENUMBERED. | X |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 103 | 6/18/2015 Email from Emmanuel Lemelson to Douglas MacLean | 10/26/2021 |
| 104 | 9/2/2015 Presentation, "Project Goldmine" | 10/26/2021 |
| 105 | DELETED EXHIBIT - # IN PLACE SO EXHIBITS DID NOT NEED TO BE RENUMBERED. | X |
| 106 | 3/18/2016 Email from Emmanuel Lemelson to Nicolas Jabbour attaching "Answers to Important Investor Concerns about Ligand Pharmaceuticals" | 10/26/2021 |
| 107 | Notes re Call with LCM | 10/26/2021 |
| 108 | Fund Info: The Amvona Fund | 10/26/2021 |
| 109 | Lemelson Capital Management - History | 10/26/2021 |
| 110 | Lemelson Capital Management Website - Management Page | 10/26/2021 |
| 111 | Wikipedia User contributions | 10/26/2021 |
| 112 | 7/10/2013 Summary Description of the Risk Factors "Risks Related to us and Our Business" | 10/26/2021 |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 113 | 2/24/2014 Ligand's 2013 Form 10K filed with the United States Securities and Exchange Commission, Available at  https://www.sec.gov/Archives/edgar/data/0000886163/000088616314000031/lgnd-20131231x10k.htm | 10/26/2021 |
| 114 | 3/17/2014 Article titled "The Short Case for World Wrestling Entertainment" published in Finding Alpha | 10/26/2021 |
| 115 | 3/17/2014 Article titled "Lemelson Capital Management announces stake in World Wrestling Entertainment (WWE) and calls on Board to Pursue New Management or Ownership," published by Lemelson Capital Management | 10/26/2021 |
| 116 | 4/8/2014 Article titled "Update: The Short Case for World Wrestling Entertainment," published by Lemelson Capital Management | 10/26/2021 |
| 117 | 5/30/2014 May 2014 BTIG Statement showing Ligand Short Position | 10/26/2021 |
| 118 | 6/9/2014 Article Titled "Why Merck just Spent $4 Billion on New Drugs for Hepatitis C" | 10/26/2021 |
| 119 | 6/10/2014 Article titled "Why the Hepatitis C Cost Cutters May Have Already lost" by Matthew Harper in Forbes | 10/26/2021 |
| 120 | 6/12/2014 Email from: Erika Luib<br>Email to: Bruce Voss<br>Re: investor info. Request | 10/26/2021 |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 121 | 6/12/2014 Email from: Nicholas Jabbour<br>Email to: Emmanuel Lemelson<br>Re: | 10/26/2021 |
| 122 | 6/12/2014 Email from: Nicholas Jabbour<br>Email to: Emmanuel Lemelson<br>Re: | 10/26/2021 |
| 123 | 6/12/2014 Email from: Nicholas Jabbour<br>Email to: Emmanuel Lemelson<br>Re: | 10/26/2021 |
| 124 | 6/13/2014 Email from: Emmanuel Lemelson<br>Email to: Erika Luib<br>RE: investor info. request | 10/26/2021 |
| 125 | 6/16/2014 Email from: Bruce Voss<br>Email to: Charles Berkman, John Higgins, Matthew Foerh, et al<br>Re: LGND: Ligand Pharmaceuticals - Severe Competitive Threat to Key Royalty Program And 'Going Concern' Risk Drive 100 Percent Downside | 10/26/2021 |
| 126 | 6/16/2014 Article titled "Ligand Pharmaceuticals (NASDAQ:LGND) – Severe competitive threat to key royalty program and 'going concern' risk drive 100 percent downside," published by Lemelson Capital Management | 10/26/2021 |
| 127 | 6/17/2014 Email from: Bruce Voss<br>Email to: John Higgins and Matt Foehr<br>Re: LGND/Lemelson | 10/26/2021 |
| 128 | 6/18/2014 Email from: Bruce Voss Email to: John Higgins and Matt Foehr Re: VM from Institutional Investor Magazine | 10/26/2021 |

SEC v. Gregory Lemelson

18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 129 | 6/18/2014 Fr. Emmanuel's notes of his conversation with Ligand's IR firm representative, Bruce Voss | 10/26/2021 |
| 130 | 6/18/2014 Handwritten Notes from Bruce Voss re call with Lemelson | 10/26/2021 |
| 130A | Voss Demonstrative re 6/18/2014 Handwritten Notes | 10/28/2021 |
| 131 | 6/19/2014 Father Emmanuel's June 19, 2014 pre-market interview with Benzinga, Available at https://www.youtube.com/watch?v=P6ucSfDnO24. | 10/26/2021 |
| 132 | 6/20/2014 Email from: Bruce Voss<br>Email to: Matt Foehr and John Higgins<br>Re: Watch 6/19 Rev. Emmanuel Lemelson on Capital Allocation as Stewardship, Show 9:20am ET | 10/26/2021 |
| 133 | 6/23/2014 Email from: Bruce Voss<br>Email to: John Higgins<br>CC: Matt Foehr<br>Re: Lemelson email - draft | 10/26/2021 |
| 134 | 6/25/2014 Email from: Matt Foehr<br>Email to: Bruce Voss and John Higgins<br>Re: dr. l | 10/26/2021 |
| 135 | DELETED EXHIBIT - # IN PLACE SO EXHIBITS DID NOT NEED TO BE RENUMBERED. | X |
| 136 | 7/3/2014 "Ligand Pharmaceuticals (NASDAQ: LGND): Appendix Lemelson Capital further increases short stake and reaffirms100% downside risk in Ligand Pharmaceuticals (NASDAQ:LGND), ancillary applications for Promacta and Kyprolis not commercially viable, Duavee sales remain immaterial," published by Lemelson Capital Management | 10/26/2021 |
| 137 | 7/17/2014 Email from: Michael Johns<br>Email to: Emmanuel Lemelson<br>Re: Ligand Release | 10/26/2021 |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 138 | 7/20/2014 Email from: John Higgins<br>Email to: Matt Foehr and Nishan de Silva<br>Re: Coverage | 10/26/2021 |
| 139 | 8/4/2014 Article titled "Update: Lemelson Capital Further Increases Short Stake in Ligand Pharmaceuticals (NASDAQ: LGND) as LGND EPS Plunges 76 percent in Q2 2014," published by Lemelson Capital Management | 10/26/2021 |
| 140 | 8/4/2014 Ligand Press Release:  Ligand Reports Second Quarter 2014 Financial Results | 10/26/2021 |
| 141 | DELETED EXHIBIT - # IN PLACE SO EXHIBITS DID NOT NEED TO BE RENUMBERED. | X |
| 142 | DELETED EXHIBIT - # IN PLACE SO EXHIBITS DID NOT NEED TO BE RENUMBERED. | X |
| 143 | Father Emmanuel's August 13, 2014 pre-market interview with Benzinga | 10/26/2021 |
| 144 | 8/14/2014 Article titled "Lemelson Capital Says Ligand Pharmaceuticals' (NASDAQ: LGND) $225M Debt Issuance Solidifies Company's Insolvency, Substantially Raises Specter of Bankruptcy," published by Lemelson Capital Management | 10/26/2021 |
| 145 | 8/22/2014 Article titled "Ligand Pharmaceuticals (NASDAQ: LGND): Institutional holders wasting no time dumping stock in response to mounting insolvency and bankruptcy risks," published by Lemelson Capital Management | 10/26/2021 |
| 146 | 9/16/2014 Father Emmanuel's September 16, 2014 pre-market interview with Benzinga | 10/26/2021 |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 147 | 9/19/2014 Email from: Todd Pettingil<br>Email to: Nishan de Silva<br>Re: Slides<br>Attachment: "Lemelson Insolvency Slides 09 19 14v2 TP.ppt" | 10/26/2021 |
| 148 | 9/21/2014 Email from: Todd Pettinggill<br>Email to: Matt Foehr<br>Re: analysts<br>Attachment: Lemelson Analyst Bios.pptx | 10/26/2021 |
| 149 | 10/16/2014 Father Emmanuel's October 16, 2014 pre-market interview with Benzinga, Available at https://www.youtube.com/watch?v=n2RheT5zJ4I&t=45s | 10/26/2021 |
| 150 | June 2014 through October 2014 BTIG Statements that include information on Fr. Emmanuel's short transactions regarding Ligand | 10/26/2021 |
| 151 | Printout of the historical stock prices of Ligand Pharmaceuticals, Inc. (LGND) for 2014.  This data was taken from the NASDAQ historical data. | 10/26/2021 |
| 152 | The Amvona Fund ALPS Financial statements including participants capital subscriptions/redemptions | 10/26/2021 |
| 153 | Website printout of Lemelson Capital Management History | 10/26/2021 |
| 154 | 1/16/2014 John Higgins (Form 4) | 10/26/2021 |
| 155 | 2/12/2014 John Higgins (Form 4) | 10/26/2021 |
| 156 | 2/14/2014 Matthew Foehr (Form 4) | 10/26/2021 |
| 157 | 4/21/2014 2014 Proxy Statement (Form Def 14A) for Ligand Pharmaceuticals | 10/26/2021 |

## SEC v. Gregory Lemelson
## 18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 158 | 6/30/2014 Matthew Foehr (Form 4) | 10/26/2021 |
| 159 | 7/15/2014 "Monetary Policy Report" published by the Board of Governors of the Federal Reserve System | 10/26/2021 |
| 160 | 7/22/2014 Article titled "Ligand Pharmaceuticals Incorporated (LGND) 'If something cannot go on forever, it will stop.'  Initiating Coverage with a Sell, $16.00 Price Target" published by Empire Asset Management Company | 10/26/2021 |
| 161 | 8/5/2014 Article titled "Ligand Pharmaceuticals Incorporated (LGND) 2Q2014 Results: Maintain our $16.00 Price Target" published by Empire Asset Management Company | 10/26/2021 |
| 162 | 8/15/2014 John Higgins (Form 4) | 10/26/2021 |
| 163 | 9/25/2014 PowerPoint presentation  titled "Ligand Presentation to the SEC, September 25, 2014" | 10/26/2021 |
| 164 | 10/10/2014 Matthew Foehr (Form 4) | 10/26/2021 |
| 165 | 12/31/2014 Matthew Foehr (Form 4) | 10/26/2021 |
| 166 | 6/8/2015 PowerPoint presentation titled "Ligand Presentation to the SEC, June 8, 2015" | 10/26/2021 |
| 167 | 2/6/2013 Press Release, GSK, Fourth Quarter 2012 | 10/26/2021 |
| 168 | Q1 2013 Results Press Release 4/24/2013 | 10/26/2021 |
| 169 | Q2 2013 Results Press Release 7/24/2013 | 10/26/2021 |
| 170 | Ligand Investor Presentation 8/26/2013 | 10/26/2021 |
| 171 | Q3 2013 Results Press Release 10/23/2013 | 10/26/2021 |
| 172 | Q4 2013 Results Press Release 2/5/2014 | 10/26/2021 |
| 173 | Q4 2013 Ligand Pharmaceuticals, Inc. Earnings Call - Final 2/11/2014 | 10/26/2021 |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 174 | 2/22/2014 Email to John Higgins re Draft Deck and Clinical Plans | 10/26/2021 |
| 175 | August 2013 - March 2014 Email thread re SA contributor ranks on Barrons List/ Amvona article/ Idea for Market Currents/ Seeking Alpha in USA Today | 10/26/2021 |
| 176 | 4/22/2014 Emails between Lemelson & Gary Strauss | 10/26/2021 |
| 177 | 4/22/2014 LCM announces stake in Kulicke and Soffa Industries | 10/26/2021 |
| 178 | 4/22/2014 Kulicke and Soffa: Undisputed Leader in Cash Cow niche has ~80% upside | 10/26/2021 |
| 179 | "GSK plc announces major three-part transaction with Novartis to drive sustainable sales growth, improve long-term earnings and deliver increasing returns to shareholders" 4/22/2014 | 10/26/2021 |
| 180 | Q1 2014 Results Press Release 4/30/2014 | 10/26/2021 |
| 181 | March/April 2014 Email thread re SA contributor ranks on Barrons List/ Amvona article/ Idea for Market Currents/ Seeking Alpha in USA Today | 10/26/2021 |
| 182 | 5/7/2014 Ligand's Q1 Earnings Call Transcript | 10/26/2021 |
| 183 | Viking/Ligand Master License Agreement 5/21/2014 | 10/26/2021 |
| 184 | June 2014 Emails concerning asset manager introductions | 10/26/2021 |
| 185 | 6/9/2014 "Interview: Ligand management Says Product Diversification Reduces Its Risk", *Seeking Alpha* | 10/26/2021 |
| 186 | 6/16/2014 Email thread re LGND: Bearish outlook for Ligand from Lemelson Capital | 10/26/2021 |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 187 | 6/17/2014 USA Today email | 10/26/2021 |
| 188 | 6/17/2014 Bruce Voss Email Re LGND / Lemelson w/ Lemelson messages attachment | 10/26/2021 |
| 189 | 6/17/2014 Email thread re LGND / Lemelson | 10/26/2021 |
| 190 | 6/17/2014 Email thread re Short Report | 10/26/2021 |
| 191 | 6/16/2014 Email thread re Ligand Article | 10/26/2021 |
| 192 | 6/17/2014 Email to John Higgins re Lemelson Record Summary | 10/26/2021 |
| 193 | DELETED EXHIBIT - # IN PLACE SO EXHIBITS DID NOT NEED TO BE RENUMBERED. | X |
| 194 | 6/17/2014 Email from Lemelson expecting assets under management increase | 10/26/2021 |
| 195 | 6/19/2014 Ligand BOD Meeting Slide Deck | 10/26/2021 |
| 196 | 6/19/2014 Email from Jacobi to Lemelson re Fed Call | 10/26/2021 |
| 197 | 6/23/2014 Email from Bruce Voss to Emmanuel Lemelson | 10/26/2021 |
| 198 | 6/23/2014 Email from Michael Johns to Emmanuel Lemelson | 10/26/2021 |
| 199 | June 3-26, 2014 Emails to and from Lemelson about House Calls/Federal Call on The Amvona Fund account | 10/26/2021 |
| 200 | 7/23/2014 Press Release, GSK, Second quarter 2014 | 10/26/2021 |
| 201 | Q2 2014 Results Press Release 7/23/2014 | 10/26/2021 |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 202 | Q2 2014 Ligand Pharmaceuticals Inc Earnings Call - Final 8/4/2014 | 10/26/2021 |
| 203 | 9/3/2014 Emails between Michael Johns and Emmanuel Lemelson | 10/26/2021 |
| 204 | 9/4/2014 Amvona Fund, LP Second Anniversary Letter | 10/26/2021 |
| 205 | 09/17/14 - 09/18/14 Ligand BOD Meeting Slide Deck | 10/26/2021 |
| 206 | Q3 2014 Results Press Release 10/22/2014 | 10/26/2021 |
| 207 | Q4 2014 Results Press Release 2/4/2015 | 10/26/2021 |
| 208 | 9/2/2015 Blown-up version of BTIG Transaction Summary for TAF (Ex. 15) | 10/26/2021 |
| 209 | 9/2/2015 BTIG Transaction Summary for TAF | 10/26/2021 |
| 210 | 4/14/2017 Lemelson YouTube Video Clip - Amvona News Channel - "Fr. Emmanuel Lemelson speaks about a Christian Philosophy of Investment - Stowe Conference" - 49:18-49:30 | 10/26/2021 |
| 211 | 4/14/2017 Lemelson YouTube Video Clip - Amvona News Channel - "Fr. Emmanuel Lemelson speaks about a Christian Philosophy of Investment - Stowe Conference" - 49:30-50:05 | 10/26/2021 |
| 212 | Ligand Pharmaceuticals Incorporated Going Concern Analysis | 10/26/2021 |
| 213 | Lemelson on Viability of ITP and Promacta "2 Points About Ligand" | 10/26/2021 |
| 214 | 6/20/2014 Email from Voss to Higgins cc: Foehr re Lemelson interview | 10/26/2021 |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 215 | 6/20/2014 Email from Voss to Foehr and Higgins re Lemelson email - draft | 10/26/2021 |
| 216 | DELETED EXHIBIT - # IN PLACE SO EXHIBITS DID NOT NEED TO BE RENUMBERED. | 10/26/2021 |
| 217 | DELETED EXHIBIT - # IN PLACE SO EXHIBITS DID NOT NEED TO BE RENUMBERED. | 10/26/2021 |
| 218 | 7/23/2014 Article: Ligand Partner GSK Announces Record Quarterly Promacta/Revolade Revenue of $92 Million | 10/26/2021 |
| 219 | 5/7/2014 Ligand Reports First Quarter 2014 Financial Results | 10/26/2021 |
| 220 | 9/30/2014 Q3 Ligand Form 10-Q | 10/26/2021 |
| 221 | 10/27/2014 Ligand Reports Third Quarter 2014 Financial Results | 10/26/2021 |
| 222 | 9/18/2013 PowerPoint presentation titled, "Ligand Board of Directors Meeting, Wednesday, September 18, 2013" | 10/26/2021 |
| 223 | 2/1/2014 Email from: Matt Foehr<br>Email to: John Higgins<br>Re: GILD | 10/26/2021 |
| 224 | 2/3/2014 Email from: Matt Foehr<br>Email to: John Higgins<br>Re: Call with Dr. Afdhal - HCV Landscape | 10/26/2021 |
| 225 | 6/17/2014 Email from: Bruce Voss<br>Email to: John Higgins<br>Re:  Short Report | 10/26/2021 |

SEC v. Gregory Lemelson

18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 226 | 6/17/2014 Email from: Matt Foehr<br>Email to: Bruce Voss<br>Re: LGND/Lemelson | 10/26/2021 |
| 227 | DELETED EXHIBIT - # IN PLACE SO EXHIBITS DID NOT NEED TO BE RENUMBERED. | X |
| 228 | DELETED EXHIBIT - # IN PLACE SO EXHIBITS DID NOT NEED TO BE RENUMBERED. | 10/26/2021 |
| 229 | 6/20/2014 Email from: John Higgins<br>Email to: Bruce Voss<br>CC: Matt Foehr<br>Re: Lemelson email - draft | 10/26/2021 |
| 230 | DELETED EXHIBIT - # IN PLACE SO EXHIBITS DID NOT NEED TO BE RENUMBERED. | X |
| 231 | DELETED EXHIBIT - # IN PLACE SO EXHIBITS DID NOT NEED TO BE RENUMBERED. | X |
| 232 | 3/13/2015 2015 Proxy Statement (Form Def 14A) for Ligand Pharmaceuticals | 10/26/2021 |
| 233 | 8/22/2014 Email from: Todd Pettingil<br>Email to: Glenn Dourado and Eric Vajda<br>Re: LGND: Ligand Pharmaceuticals: Institutional Holders Wasting No Time Dumping Stock in Response to Mounting Insolvency And Bankruptcy Risks | 10/26/2021 |

## SEC v. Gregory Lemelson
## 18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 234 | 8/2/2013 Cantor Fitzgerald Equity Research Report re Ligand Pharmaceuticals "Pipeline Attrition/Valuation Warrant Downgrading: Lower to SELL, Raise PT to $37 | 10/26/2021 |
| 235 | 6/17/2014 Email from: Matt Foehr<br>Email to John Higgins and Bruce Voss<br>Re: LGND/Lemelson | 10/26/2021 |
| 236 | 6/18/2014 Email from: John Higgins<br>Email to: Bruce Voss<br>CC: Matt Foehr<br>Re: Follow up | 10/26/2021 |
| 237 | 6/20/2014 Email from: John Higgins<br>Email to: Matthew Perry<br>CC: Mark Lampert and Kanishka Pothula<br>Re: Filings | 10/26/2021 |
| 238 | 7/7/2014 Email from: Matt Foehr<br>Email to: John Higgins<br>Re: Quick update | 10/26/2021 |
| 239 | 7/9/2014 Email from John Higgins<br>to Matt Foehr, Charles Berkman, Nishan de Silva, Bruce Voss<br>CC: Todd Pettingill<br>Re: Wiki Pages - Lemelson Capital Management | 10/26/2021 |
| 240 | 8/22/2014 Email from: Todd Pettingil<br>Email to: Eric Vajda<br>Re: LGND: Ligand Pharmaceuticals Institutional Holders Wasting No time Dumping Stock in Response to Mounting Insovency And Bankruptcy Risks | 10/26/2021 |

SEC v. Gregory Lemelson
18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 241 | 10/7/2014 Email from: John HigginsEmail to: Jason Aryeh CC: John Lamattina et al.Re: Updates | 10/26/2021 |
| 242 | 7/7/2014 Email re Ligand Story | 10/26/2021 |
| 243 | 6/19/2014 Email re Lemelson Capital | 10/26/2021 |
| 244 | 7/14/2014 Email to Bruce Voss re Lemelson Capital Management remarks | 10/26/2021 |
| 245 | 9/23/2014 Email from Morgan Stanley representative to Ligand Investors mailbox | 10/26/2021 |
| 246 | 6/20/2014 Email exchange between Matthew Foehr, John Higgins, and Bruce Voss (Redacted) (previously H) | 10/27/2021 |
| 247 | 8/29/2014 Email from Matt Foehr to John Higgins (Redacted) (Previously Q) | 10/27/2021 |

SEC v. Gregory Lemelson

18-cv-11926-PBS

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 248 | 10/6/2014 Email from Matt Foehr to John Higgins (Redacted) (previously S) | 10/27/2021 |
| 249 | Jul 8 2014 Email Exchange between Lemelson and Seeking Alpha (Redacted) (previously K) | 11/1/2021 |
| 250 | Aug 7 2014 Emails with Seeking Alpha to remove comments (Redacted) (previously O) | 11/1/2021 |
| 251 | Aug 7 2014 Email Exchange between Lemelson and Seeking Alpha (Redacted) (previously P) | 11/1/2021 |