UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Securities and Exchange Commission

Plaintiff

v.

Gregory Lemelson, et al

Defendant(s)

CIVIL ACTION NO. 1:18-cv-11926-PBS

### JUDGMENT IN A CIVIL CASE

I.  **XX  Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED:**

Count 1: Fraud in the Purchase or Sale of Securities in Violation of Section 10(b) of the Exchange Act and Rule 10b-5 Thereunder

**Judgment is hereby entered for the Plaintiff**

Count 2: Fraudulent, Deceptive, or Manipulative Act or Practice to Investors or Potential Investors in Pooled Investment Vehicle in Violation of Section 206(4) of the Investment Advisers Act and Rule 206(4)-8 Thereunder

**Judgment is hereby entered for the Defendant**

II.  **XX  Decision by the Court after the jury verdict**

**IT IS ORDERED AND ADJUDGED:**

**Defendants are enjoined from violating Section 10(b) of the Exchange Act and Rule 10b-5 for a period of five years, and Lemelson is ordered to pay a Tier III civil penalty in the amount of $160,000 forthwith.**

Robert M. Farrell Clerk
of Court

/s/ M. Molloy
Deputy Clerk

Dated: 3/30/2022