UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

**DEFENDANTS' EMERGENCY MOTION TO STAY PENDING APPEAL AND FOR ORDER THAT THE "BAD ACTOR" CLAUSE OF REGULATION D NOT APPLY TO THIS JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 62(d), Defendants respectfully seek an immediate stay of the injunction against Defendants set forth in the Court's Judgment, dated March 30, 2022 (ECF No. 274), pending determination of its forthcoming motion for new trial and/or appeal. The injunction will have a devastating impact on Defendants' business and preclude Fr. Lemelson from pursuing other potential endeavors. In contrast, there is no credible threat to the public in light of Defendants having not violated securities laws in the three years prior and eight years subsequent to the alleged statements in this case. The lack of any credible threat to the public is further buttressed by the Commission electing not to seek a preliminary injunction while this investigation and litigation have been pending, despite their authority to do so. Defendants' forthcoming motion for new trial and/or appeal will raise serious and difficult

1

issues of law, including (1) whether the Commission is required to prove stock price movement to establish materiality, an issue over which there is a circuit split and the First Circuit has yet to weigh in, and (2) whether two of three challenged statements constituted non-actionable statements of opinion concerning disclosed facts.  Therefore, and for the additional reasons set forth in the accompanying memorandum in support of this Motion, Defendants request this Court issue a stay pending the determination of their forthcoming motion for new trial and/or appeal.

In addition, Defendants request that this Court issue an order that pursuant to Rule 506(d)(2)(iii), they should not be disqualified under the "bad actor" clause of Regulation D of the Securities Act of 1933.  Such relief is contemplated by the Rule.  Without such an order from the Court, the Defendants would be prohibited from raising additional capital for the existing managed fund and Fr. Lemelson, who has spent his career establishing and growing multiple businesses (in addition to his role as clergy for which he is unpaid) would be prevented from raising capital for any prospective new and unrelated ventures.  This would effectively prohibit Fr. Lemelson from earning a living to support his family (including four school-age children), prevent him from financing the charities to which Fr. Lemelson has given substantial amounts of his earnings, and interfere with Fr. Lemelson's religious ministries that typically serve poor and needy communities, at Fr. Lemelson's insistence.  Accordingly, and for the additional reasons set forth in the accompanying memorandum, Defendants request that the Court issue an order that disqualification under Rule 506(d)(1) should not arise as a result of the Judgment in this case.

Respectfully Submitted,

REV. FR. EMMANUEL LEMELSON,
LEMELSON CAPITAL MANAGEMENT,
LLC, and THE AMVONA FUND, LP

By: */s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
Brian J. Sullivan (BBO No. 676186)
Thomas M. Hoopes (BBO No. 239340)
LIBBY HOOPES BROOKS, P.C.
399 Boylston Street
Boston, MA 02116
Tel.: (617)-338-9300
dbrooks@lhblaw.com
bsullivan@lhblaw.com
thoopes@lhblaw.com

Dated:  April 15, 2022

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that Defendants' counsel conferred with counsel for the Securities and Exchange Commission in an attempt to resolve or narrow the issues but was unable to do so.

*/s/ Douglas S. Brooks*
Douglas S. Brooks

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on April 15, 2022.

*/s/ Douglas S. Brooks*
Douglas S. Brooks