UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) |
| GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, | )<br>) Civil Action No. 1:18-cv-11926-PBS<br>) |
| Defendants, | )<br>)<br>) |
| and | )<br>) |
| THE AMVONA FUND, LP, | )<br>)<br>) |
| Relief Defendant | )<br>) |

**AFFIDAVIT OF BRIAN J. SULLIVAN IN SUPPORT OF DEFENDANTS'
MOTION FOR A NEW TRIAL OR TO ALTER OR AMEND THE JUDGMENT**

I, Brian J. Sullivan, hereby swear and declare as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and am counsel to Defendants Rev. Fr. Emmanuel Lemelson (identified in the Complaint as "Gregory Lemelson") and Lemelson Capital Management, LLC, and Relief Defendant The Amvona Fund, LP.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Trial Exhibit 4, an article titled "Lemelson Capital further increases short stake and reaffirms 100% downside risk in Ligand Pharmaceuticals (NASDAQ: LGND), ancillary applications for Promacta and Kyprolis not commercially viable, Duavee sales remain immaterial" published July 3, 2014.

3. Attached hereto as **Exhibit 2** is true and correct copy of selected excerpts from the Transcript of the October 14, 2021 Final Pre-Trial Conference.

1

4.      Attached hereto as **Exhibit 3** is a true and correct copy of selected excerpts from the October 27, 2021 Trial Transcript (Trial Day 2 - Rough).

5.      Attached hereto as **Exhibit 4** is a true and correct copy of Trial Exhibit 163, a PowerPoint presentation titled "Ligand Presentation to the SEC," dated September 25, 2014, produced by Ligand Pharmaceuticals at LGND_0080678 - LGND_0080737.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of selected excerpts from Trial Exhibit 166, a PowerPoint Presentation titled "Ligand Presentation to the SEC," dated June 8, 2015, produced by Ligand Pharmaceuticals at LGND_0080738 - LGND_0080799.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of Trial Exhibit 96, a printout of the historical stock prices of Ligand Pharmaceuticals, Inc. (LGND) for 2014. This data was taken from the NASDAQ historical data available at [https://www.nasdaq.com/market-activity/stocks/lgnd/historical](https://www.nasdaq.com/market-activity/stocks/lgnd/historical).

8.      Attached hereto as **Exhibit 7** is a true and correct copy of selected excerpts from the October 29, 2021 Trial Transcript (Trial Day 4 - Rough).

9.      Attached hereto as **Exhibit 8** is a true and correct copy of selected excerpts from the November 2, 2021 Trial Transcript (Trial Day 6 - Rough).

10.     Attached hereto as **Exhibit 9** is a true and correct copy of Trial Exhibit 3, a transcript of Father Emmanuel's June 19, 2014 pre-market interview with Benzinga.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of Trial Exhibit 214, a June 20, 2014 email exchange between Bruce Voss, John Higgins and Matt Foehr produced in this litigation at Bates-pages LCM_SEC0000324 - LCM_SEC0000325.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Trial Exhibit 243, an email from David Hughes to investors@ligand.com, produced in this litigation at Bates-page LGND_0037565.

13. Attached hereto as **Exhibit 12** is a true and correct copy of selected excerpts from the November 3, 2021 Trial Transcript (Trial Day 7 - Rough).

14. Attached hereto as **Exhibit 13** is a true and correct copy of selected excerpts from the December 5, 2019 Deposition Transcript of Matthew Foehr.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the Commission's December 21, 2018 Initial Disclosures in this case.

16. Attached hereto as **Exhibit 15** is a true and correct copy of selected excerpts from the December 12, 2019 Deposition Transcript of Todd Pettingill.

17. Attached hereto as **Exhibit 16** is a true and correct copy of Commission's July 24, 2019 First Amended Initial Disclosures in this case.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a Letter from Former Member of Congress Duncan Hunter, dated June 8, 2015.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Trial Exhibit 159, the Monetary Policy Report published by the Board of Governors of the Federal Reserve System on July 15, 2014.

20. Attached hereto as **Exhibit 19** is a true and correct copy of Trial Exhibit 160, an article titled "Ligand Pharmaceuticals Incorporated (LGND) 'If something cannot go on forever, it will stop.' Initiating Coverage with a Sell, $16.00 Price Target" published by Empire Asset Management Company on July 22, 2014.

21. Attached hereto as **Exhibit 20** is a true and correct copy of Trial Exhibit 161, an article titled "Ligand Pharmaceuticals Incorporated (LGND) 2Q2014 Results: Maintain our $16.00 Price Target" published by Empire Asset Management Company on August 5, 2014.

22. Attached hereto as **Exhibit 21** is a true and correct copy of selected excerpts from the February 15, 2022 Hearing on Motion for Entry of Final Judgment.

23. Attached hereto as **Exhibit 22** is a true and correct copy of April 20, 2022 Order Instituting Administrative Proceedings.

24. Attached hereto as **Exhibit 23** is a true and correct copy of the Commission's October 8, 2019 Second Amended Initial Disclosures in this case.

25. Attached hereto as **Exhibit 24** is a true and correct copy of selected excerpts from Commission's July 24, 2018 Responses to Father Lemelson's First Set of Interrogatories.

26. There were over 100,000 documents, totaling 1.2 million pages produced in discovery in the course of this litigation; only 18 of those documents contained a reference to Mr. Fields.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:  April 27, 2022                            */s/ Brian J. Sullivan*
                                                                                    Brian J. Sullivan

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on April 27, 2022.

                                                                                    */s/ Brian J. Sullivan*
                                                                                    Brian J. Sullivan