1 | SEC v. Lemelson - Trial Day 2

2 | Kathy Silva, court reporter kathysilva@verizon.net

3 |

4 |     THIS IS A ROUGH DRAFT TRANSCRIPT.

5 |

6 |     THIS UNCERTIFIED ROUGH DRAFT TRANSCRIPT HAS NOT BEEN

7 | PROOFREAD OR CORRECTED. EDITING WILL BE COMPLETED IN THE

8 | PREPARATION OF THE CERTIFIED TRANSCRIPT, RESULTING IN

9 | DIFFERENCES IN PAGE AND LINE NUMBERS, PUNCTUATION,

10 | FORMATTING, SPELLINGS AND CHANGES OR CORRECTIONS, IF

11 | NECESSARY.

12 |

13 |     THIS UNCERTIFIED ROUGH DRAFT TRANSCRIPT OR ANY

14 | EXCERPTS THEREOF CANNOT BE QUOTED IN ANY PLEADING OR FOR ANY

15 | OTHER PURPOSE AND MAY NOT BE FILED WITH ANY COURT OR OTHER

16 | TRIBUNAL.

17 |

18 |     THIS DRAFT TRANSCRIPT IS SUPPLIED TO YOU ON THE

19 | CONDITION THAT THE PARTY'S EXPERTS, CO-COUNSEL, AND STAFF MAY

20 | HAVE LIMITED INTERNAL USE THEREOF AND, UPON RECEIPT OF THE

21 | FINAL EDITED, CERTIFIED TRANSCRIPT, THIS DRAFT AND ANY COPIES

22 | THEREOF SHALL BE DESTROYED.

23 |

24 |

25 |

UNEDITED DRAFT TRANSCRIPT

1   monitor the compensation of relevant companies or comparable

2   companies in the space.

3   Q.   And you don't set your own compensation, do you?

4   A.   No.

5   Q.   And Mr. Higgins doesn't set your compensation, does he?

6   A.   No.

7   Q.   Did you own Ligand stock in 2014?

8   A.   Yes.  My family and I owned Ligand stock in 2014, and I

9   own stock today as well.

10  Q.   And the stock price went down in the summer of 2014 during

11  the time that the defendant was publishing his reports, right?

12  A.   It's a matter of public record, but yes, that's my

13  recollection.

14  Q.   And that would have affected -- or how would that affect

15  the value of your stock?

16  A.   For a stock that I held, obviously that -- the value would

17  go down.

18  Q.   Did you lose any money in the summer of 2014?

19  A.   Well, I didn't lose money out of a bank account or

20  anything like that.  The stock value obviously went down, but I

21  didn't lose money in that sense, the way you asked the

22  question.

23  Q.   Did the stock price rebound eventually, go back up?

24  A.   Yes.  The stock today I believe is about 138.

25       MR. HOOPES:  Objection.

```
 1   clinical trials done on the drugs?  Nobody expressed that
 2   concern to you, did they?
 3   A.   The way that that report was ever -- whenever it was
 4   brought up, it was brought up I saw this report on Seeking
 5   Alpha published.  It talked about licensor Viking being a fraud
 6   or stuff like that, it just came up in that context.  It wasn't
 7   anybody talking about specifics in the report.
 8   Q.   Right.  So nobody as far as you knew misunderstood and
 9   said oh, my God these drugs are going to go to market and no
10   one's going to have done any trials on them.  Right?
11   A.   No one would ever think that.  They could never get to
12   market.
13   Q.   It would be impossible.  It would be physically
14   impossible.  That could never happen?
15   A.   I think it's legally impossible.
16   Q.   Maybe a better term.  It would never happen it has never
17   happened you're in this industry you've never heard of every of
18   such a thing, correct?
19   A.   Not recently, no.
20   Q.   And nobody ever came up to you and said whoa, why are your
21   financial statements in the S-1 unaudited how could you do such
22   a thing nobody ever expressed such a concern to you did they?
23   A.   Well, the quarters in that document are unaudited because
24   they don't audit the quarters.  They audit the years.  So.
25   Q.   We're on the same page.  My question is simply nobody ever
```

1   came up to you and expressed exacerbation like how could you

2   file an S-1 with unaudited -- with unaudited financials?

3   Nobody ever expressed that concern to you?

4   A.   No.  Everybody understand an S-1 has audited financials.

5   Q.   So as far as you know, nobody cared about the two

6   statements that the SEC is challenging in Father Lemelson's

7   July 3, 2014 report about Viking, correct?

8   A.   I don't know, as I sit here --

9   Q.   I'm asking as far as you know?

10  A.   I don't know what drove investor decisions, if it was

11  something in the report.

12       THE COURT:  Listen to his question did any investor

13  call you up or call anyone in the company and say I'm worried

14  about these two statements?

15       THE WITNESS:  No.

16  Q.   Okay.  When you became aware of Father Lemelson's report

17  in July of 2014 we saw you forwarded it to the people up worked

18  with at Viking, right?

19  A.   That's right.

20  Q.   And none of the people you worked with at Viking ever

21  expressed any concern about that report?

22  A.   Well, because I told them don't worry about it basically.

23  I did that to head off any potential concerns because some of

24  these people hadn't worked in the equities industry ora startup

25  or anything like that.  So wanted to head off --