

# Presentation to the SEC

*June 8, 2015*

Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential Treatment Requested by
Ligand Pharmaceuticals, Inc.

LGND_0080738

EXHIBIT 166
18-cv-11926-PBS

# Summary of Lemelson's Impact During Four Periods

| Period | Lemelson's Key False Statements | Prior Closing Price | Closing Price | % Change |
|---|---|---|---|---|
| June 16, 2014 to June 24, 2014 | • Promacta going away<br>• Intangible assets worthless<br>• Management misrepresents performance<br>• Going concern risk<br>• LGND value is $0 | $66.75 | $60.67 | - 9.1% |
| July 13, 2014 to July 17, 2014 | • Promacta not commercially viable for ITP<br>• Radically insolvent<br>• The Amvona Fund in Q2 '14 beat S&P by 733% due in part to significant LGND short | $63.70 | $50.66 | - 20.4% |
| August 7, 2014 | • Management uses Non-GAAP earnings to deceive investors | $53.07 | $50.34 | - 5.1% |
| August 22, 2014 to August 25, 2014 | • Convertible note will wipe out shareholders<br>• Institutional investors selling due to bankruptcy fears<br>• Insolvent and likely to file for bankruptcy | $51.75 | $49.85 | - 3.7% |

**LGND declined 25.3%**

Ligand

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential
Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.
LGND_0080792