| | |
|---|---|
| From: | Bruce Voss |
| To: | Higgins, John L. |
| CC: | Foehr, Matt |
| Sent: | 6/20/2014 11:17:26 AM |
| Subject: | Re: Lemelson interview |

I am polling my colleagues to see if anyone has any experience with Benzinga but so far no one does.

John, you're going to have to trust me that I handled my conversation with Lemelson appropriately. I gained as much information as I could and represented the company forcefully but as you can tell from the interview and my debrief, this guys approach is absurd and he's not interested in hearing another point of view.

The comment about Promacta was not a legitimate question but rather it was made in passing and then he chose to take that piece of the dialogue out of context. That's typical of what he has done with other pieces from conference calls and SEC filings in his report. Quite simply I did not agree with that statement nor did I agree with any number of statements he made.

I am happy to reengage with him, but as we have seen any engagement is subject to misinterpretation. That's why I think email might be the better vehicle than a phone call.

Sent from my iPhone

On Jun 20, 2014, at 7:59 AM, "Higgins, John L." <JHiggins@ligand.com> wrote:

> Please listen to the interview. At least the ligand part. You talked to the guy. We are putting the puzzle of the plan together. Your input would be helpful. And Who is benziga, the interview service?
>
> Also, if he said the CEO beats his employees would you just move on because "there were more things to cover." Or would you take a moment to stick up for the CEO? Promacta is a big deal, and a big part of our value and business model. He knows it too. He gave you a softball and you just moved on? Even 1 minute of soft info would have left him with a different impression than tacit agreement.
>
> Are IR firms ever advocates for their clients. It seems the approach with Gary and now hearing the non-rebuttal approach with lemelson is more passive than ideal.
>
> John
>
>> On Jun 20, 2014, at 9:42 AM, "Bruce Voss" <BVoss@lhai.com> wrote:
>>
>> I've read some posts about his interview but have not seen the interview itself. I could call him and ask for proof I said Promacta sales are going away (I don't think he recorded our conversation, but if he did that would be great as he'd have a record of me not saying that), and in absence of proof I can demand he correct his statement (I'm not sure how he would do that as it was in an interview, but maybe he could put a correction on Seeking Alpha). As I wrote last night, he made that statement with a rhetorical "don't you agree" and I moved on to the next subject as we had more to cover and his statement was ridiculous.
>>
>> We could always threaten legal action against him for being reckless by making knowingly incorrect statements publicly but I'm not sure what that would include. Maybe Charles has a view.
>>
>>
>>
>> Bruce Voss, Managing Director, Principal

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

EXHIBIT 214
18-cv-11926-PBS

LCM_SEC0000324
EPROD-SEC-LIT-E-000000407

```
>> Investor Relations: Results that Matter
>>
>> T: 310.691.7100 C: 646.249.7453 F: 310.691.7150 E: BVoss@lhai.com
>> 2121 Avenue of the Stars, Suite 2970 | Los Angeles, CA 90067
>> www.lhai.com | Facebook | LinkedIn | Twitter | YouTube
>>
>>
>> This email and attachments, if any, may contain confidential and/or privileged
information. If you are not the intended recipient, please notify the sender immediately.
Any unauthorized copying, disclosure or distribution of the material in this email is
strictly forbidden.
>>
>> Please consider the environment before printing this email.
>>
>> _____
>> From: Higgins, John L. [JHiggins@ligand.com]
>> Sent: Friday, June 20, 2014 6:56 AM
>> To: Bruce Voss
>> Cc: Foehr, Matt
>> Subject: Fwd: Lemelson interview
>>
>> Bruce - any thoughts?
>>
>>
>> Begin forwarded message:
>>
>> From: "Foehr, Matt" <MFoehr@ligand.com<mailto:MFoehr@ligand.com>>
>> Date: June 20, 2014 at 8:43:20 AM CDT
>> To: "Higgins, John L." <JHiggins@ligand.com<mailto:JHiggins@ligand.com>>
>> Subject: FW: Lemelson interview
>>
>> From a retail investor (below), just received by Erika. Just an FYI.
>> -----Original Message-----
>> From: Joe Hunt [mailto:joehunt1222@verizon.net]
>> Sent: Thursday, June 19, 2014 8:49 PM
>> To: Investors
>> Subject: Lemelson interview
>>
>> The manager of the hedge fund which published the extremely negative report on Monday
about Ligand conducted an interview with Benzinga today.
>>
>> You can see the interview here:
>>
>> http://phanarion.org/updates/6-updates/120-watch-6-19-rev-emmanuel-lemelson-
on-stewardship-and-capital-allocation-show-9-20am-et
>>
>> The part of the interview relevant to Ligand begins at the 14:32 time marker, so you
don't need to waste your time listening to the entire recording. Please note well what he
states beginning at approximately the 15:52 time marker. He says he spoke with management,
and then corrects himself and says he spoke with IR, who he says basically agreed that
Promacta sales are going away.
>>
>> This seems to me to be a flat out falsehood, and you should take legal action against
this short seller. Clearly, Promacta sales into the hepatitis c market will eventually
decline if the new therapies which are not combined with interferon are successful, but to
state that Promacta sales are going away is simply not true. He apparently does not know or
take into account that Promacta is used in multiple indications and that the hep c
indication is not the primary one at present.
>>
>> Thank you for your attention to this matter.
>>
>> Joseph Hunt
>> shareholder
```

Confidential Treatment Requested by Bruce Voss
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

LCM_SEC0000325
EPROD-SEC-LIT-E-000000408