| | |
|---|---|
| Message | |
| **From**: | David Hughes [dlhnj@yahoo.com] |
| **Sent**: | 6/19/2014 11:31:10 PM |
| **To**: | investors@ligand.com |
| **Subject**: | Lemelson Capital |

Could you comment on the video at the enclosed link in which Emmanuel Lemelson says he met with Ligand investor relations, who told him that Promacta sales were "going away?"

Capital Allocation As Stewardship (Video)

Is this information accurate and was insider information disclosed to Lemelson?

Thanks in advance.

Dave Hughes



Confidential — Confidential Treatment Requested by Ligand Pharmaceuticals, Inc. — LGND_0037565