```
                    United States District Court

                      District of Massachusetts


    Securities and Exchange              )
    Commission,                          )
                  Plaintiff,             )  1:18-cv-11926-PBS
         v.                              )
    Gregory Lemelson and Lemelson        )
    Capital Management, LLC,             )
                  Defendants,            )
         and                             )
    The Amvona Fund, LP,                 )
                  Relief Defendant.      )
    _____




                    Video Deposition of TODD PETTINGILL

                         San Diego, California

                          December 12, 2019




    Reported by:
    Veronica S. Thompson
    CSR 6056, RPR, CRR, CCRR
    KEY Discovery
```

1    Mr. de Silva, the point about Fr. Lemelson ignoring the
2    cash proceeds from the debt?
3        **A.**   No.  I mean, it's a pretty -- I wouldn't even
4    be surprised if I didn't come up with that.  You know,
5    it's -- I'm just -- just to reiterate, it's so common
6    when people talk about debt that they talk about net
7    debt, that it's -- it's -- that's not even great
8    investigative reporting on my part.  It's just -- that's
9    just how people look at it.  So I'm not going to try to
10   claim that I was any- -- anything special by finding
11   that, so I wouldn't be surprised if other people found
12   it as well.
13       **Q.**   Sitting here today, do you recall discussing
14   the fact that Fr. Lemelson's ratio ignored the cash
15   proceeds from the debt with anyone at Ligand?
16       **A.**   I don't know either way, but I will say the
17   people that I potentially would have discussed it
18   with -- Nishan was a finance guy.  John's a finance guy.
19   Matt Foehr, not so much.  So maybe those two.
20       **Q.**   And is it safe to say, though, you don't
21   specifically recall the content of those communications,
22   if any?
23       **A.**   No.  Sorry.  No.
24       **Q.**   Have you ever heard of Cardinal Capital?

```
 1      A.    Yes.
 2      Q.    Do you know Robert Fields?
 3      A.    I do.  I didn't know him in this -- at the
 4  time of this, but I met him after.
 5      Q.    What about Gene Fox?
 6      A.    Same.
 7      Q.    Do you recall talking with either Mr. Fields
 8  or Mr. Fox about Fr. Lemelson at any point?
 9      A.    I wouldn't be surprised.  Yeah, I wouldn't be
10  surprised if I had.  I don't have any direct
11  recollection.  Again, any conversations I would have had
12  would have been, you know, after March of 20- -- 2015.
13            (Exhibit 155 was marked and later withdrawn.)
14            (Discussion off the record.)
15            VIDEOGRAPHER:  We're off the record at
16  9:55 AM.
17            (Recess, 9:55 AM - 10:03 AM.)
18            VIDEOGRAPHER:  We're on the record at
19  10:04 AM.
20            MR. BROOKS:  Brad, did you want to --
21            MR. BONDI:  Yeah.  This document is protected
22  by the attorney-client privilege and attorney work
23  product protection.  These slides were created for and
24  at the direction of counsel as we understand.  They're
```

```
 1              I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3              That the foregoing proceedings were taken
 4   before me at the time and place herein set forth; that
 5   any witnesses in the foregoing proceedings, prior to
 6   testifying, were duly sworn; that a record of the
 7   proceedings was made by me using machine shorthand,
 8   which was thereafter transcribed by me; that the
 9   foregoing is a true record of the testimony given.
10              Further, that if the foregoing pertains to the
11   original transcript of a deposition in a federal case,
12   before completion of the proceedings, review of the
13   transcript [ X ] was [  ] was not requested.
14              I further certify I am neither financially
15   interested in the action nor a relative or employee of
16   any attorney or party to this action.
17              In witness whereof, I have this date
18   subscribed my name.
19
20   Dated:  December 27, 2019
21
22
23   _____
24       Veronica S. Thompson
         CSR 6056, RPR, CRR, CCRR
```