

**August 5, 2014**
Investment Rating: Sell
Action: Earnings Note

# Ligand Therapeutics, Inc (LGND)

## 2Q2014 Results: Maintain our $16.00 Price Target

**Stock Information**

| | |
|---|---|
| Rating: | Buy |
| Current Price (intraday): | $52.81 |
| 12-Month Price Target: | $16.00 |
| Potential Downsideside | -70% |
| Sector: | Healthcare Diagnostics |
| Market Cap (in bil.): | $1.1 |
| 52-Week H/L: | $80.42 -$39.75 |
| Shares Out (in mil.): | 20.7 |
| ADTV (in mil.) | 302.0 |
| Cash (in mil.) | $23.3 |
| Debt (in mil.) | $0.0 |
| Enterprise Value (bil.) | $1.0 |

**Key Financials**

**EPS**

| $ | F2012A | F2013A | F2014E |
|---|---|---|---|
| 1Q | 0.06 | 0.07 | 0.10 |
| 2Q | (0.13) | 0.30 | 0.07 |
| 3Q | (0.01) | 0.09 | 0.30 |
| 4Q | 0.05 | 0.09 | 0.43 |
| FY | (0.03) | 0.10 | 0.92 |

**Revenue**

| $ mn | F2012A | F2013A | F2014E |
|---|---|---|---|
| 1Q | 5.6 | 11.7 | 16.0 |
| 2Q | 5.7 | 9.6 | 10.6 |
| 3Q | 6.4 | 13.0 | 17.2 |
| 4Q | 13.6 | 14.7 | 20.6 |
| FY | 31.4 | 49.0 | 64.4 |

LGND reported 2Q2014 revenue of $10.6 million and an EPS of $0.7 compared to 2Q2013 revenue of $9.6 million and an EPS of $0.30. Total cash and cash equivalents at the end of 2Q2014 were $23.3 million. LGND paid down $3.5 million of debt during 2Q2014 and eliminated the debt in 3Q2014. Financial guidance provided by LGND's management for 2014 is total revenue of $64 million -$66 million (previously $62 million - $64 million). We are not adjusting our 2014 revenue estimate because it is within the company's revised guidance. Revenue guidance provided by LGND for 3Q2014 is $13 million - $14 million. We believe 4Q2014 revenues necessary to achieve the company's 2014 total revenue guidance could be difficult to achieve

On the 2Q2014 conference call, LGND's management was focused on pipeline programs more than on products that currently generate royalties or Captisol sales. Royalty revenue in 2Q2014 was $5.2 million or slightly less than 50% of total revenues. We regard LGND's Captisol technology as a drug delivery technology that principally provides only material sales and low single digit royalties. LGND now has ~100 partnered development programs, but we do not believe that these are capable of replacing lost Promacta royalties once this drug is no longer extensively utilized in Hepatitis C (HepC) patients. Promacta does not contain Captisol and provides LGND somewhat higher royalties (4.7% - 9.3%) than the Captisol-enabled products. What seems to be ignored by many investors is the GlaxoSmithKline, Inc.'s (NYSE.GSK) sale to Novartis (NYSE.NVS) of its division that markets Promacta. This sale adds to our skepticism of Street estimates for peak Kyprolis' sales in the range of $700 million – $2.5 billion (from LGND's management public comments on August 4, 2014).

We believe the scarcity of comments during LGND's 2Q2014 conference call regarding approved products that provide royalties to LGND is a direct result of the minimal royalty revenues that these products provide. LGND's management did provide Promacta's and Kyprolis' total 2Q2014 sales revenues but did not provide the amount these products each contributed to LGND's total revenues.

On August 4, 2014, Amgen announced the planned interim analysis of Kyprolis' Phase III clinical trial, ASPIRE (CArfilzomib, Lenalidomide, and DexamethaSone versus Lenalidomide and Dexamethasone for the treatment of PatIents with Relapsed Multiple MyEloma). The data demonstrated that the trial met its primary endpoint of progression-free survival (PFS). Patients treated with Kyprolis in combination with Revlimid (lenalidomide) and low-dose dexamethasone lived 26.3 months without the disease worsening compared to 17.6 months in patients treated with Revlimid and low-dose dexamethasone. Patients included in the trial had relapsed multiple myeloma following

Empire Asset Management Company ★ 2 Rector Street, 15th Floor ★ New York ★ NY 10006
Dr. Cathy Reese ★ creese@empiream.com ★ 212-417-7777
Important Disclosures & Regulation AC Certification(s) are located on the last two pages of this report.

EXHIBIT 161
18-cv-11926-PBS

Case 1:18-cv-11926-PBS   Document 282-20   Filed 04/27/22   Page 2 of 5



**August 5, 2014**
**Investment Rating: Sell**
**Action: Earnings Note**

treatment with one to three prior regimens. Kyprolis' current indication is for patients who received at least two prior therapies including bortezomib (Velcade) and an immunomodulatory agent and have demonstrated disease progression on or within 60 days of completion of the last therapy. In the U.S., the ASPIRE data may support the conversion of Kyprolis' current accelerated approval to a full approval and expand its current indication. We do not expect a large increase in Kyprolis-related U.S. royalties based in the ASPIRE data. This expectation is based on our industry sources stating that multiple myeloma patients typically utilize all products during the course of their disease, and Kyprolis has been slotted by the medical community as a good third line drug, so it should be difficult to shift it from this position. Finally, we were unimpressed by LGND's management stating that it "informs" its opinion of Kyprolis' sales potential from analysts that cover Amgen Inc. (NASDAQ.AMGN). This does not give us confidence that communications between LGND and AMGN are strong, and Street estimates are made by persons not directly associated with Kyprolis' commercialization.

We believe interferon's use in hepatitis C (HepC) patients will decline as new HepC drugs gain momentum and additional pipeline drugs gain approvals. We believe the reduction in interferon therapy will result in Promacta's 42% year-over-year sales growth in 2013 being reversed in the upcoming quarters, and we anticipate this decrease to be relatively rapid. We do not believe LGND's current or future approved products will be capable of generating adequate revenues in a timely approach, if at all, to offset our estimated revenue decline in Promacta royalties.

LGND continues to expect Captisol revenues to remain "lumpy" quarter to quarter.  Captisol material sales in 2013 were $19.1 million. Captisol sales in 2014 through June 30, 2014 were $14.9 million ($5.7 million in 1Q2014 and $ 9.2 million in 2Q2014).

LGND's internal pipeline and licensing deals, such as its IRAK-4 with TG Therapeutics Inc. (NASDAQ.TGTX) and its LTP Technology recently licensed to Omthera (division of AstraZeneca PLC; NYSE.AZN) and the five programs licensed to Viking Therapeutics Inc. are all relatively early in development and do not alter our current outlook for LGND's foreseeable revenue prospects.

The changing HepC market, the increasingly competitive multiple myeloma market, Velcade's potential generic competition, Avinza's generic competition and the scarcity of revenues from sources other than Captisol material sales and royalties drive our revenue estimates and price target.

We maintain our Sell rating and price target of $16.00

.

Ligand Therapeutics, Inc (LGND) ★ Page 2 of 5 ★ August 5, 2014

**EMPIRE**
ASSET MANAGEMENT COMPANY

**Ligand Pharmaceuticals Inc.**
**Profit & Loss Statement** — Year Ending December 31, 2014
*($ in millions, except per share data)*

| | 2011 | 2012 | 2013 | Q1 | Q2 | Q3E | Q4E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | | | | | | | |
| Royalties | $ 9.2 | $ 14.1 | $ 23.6 | $ 7.9 | $ 5.2 | $ 7.6 | $ 9.7 | $ 30.3 | $ 28.9 | $ 30.3 | $ 31.8 | $ 33.4 | $ 35.1 | $ 36.9 |
| Material Sales | 12.1 | 9.4 | 19.1 | 5.7 | 3.5 | 6.2 | 7.0 | 22.3 | 22.6 | 23.7 | 24.9 | 26.1 | 27.3 | 28.7 |
| Collaborative R&D and other revenues | 8.7 | 7.9 | 6.3 | 2.4 | 1.9 | 3.5 | 4.0 | 11.8 | 13.8 | 14.4 | 15.2 | 15.9 | 16.7 | 17.5 |
| **Total Revenues** | 30.0 | 31.4 | 49.0 | 16.0 | 10.6 | 17.2 | 20.6 | 64.4 | 65.2 | 68.5 | 71.9 | 75.4 | 79.2 | 83.1 |
| **Operating expenses:** | | | | | | | | | | | | | | |
| Cost of sales | 4.9 | 3.6 | 5.7 | 2.5 | 1.2 | 2.2 | 2.0 | 7.9 | 8.2 | 8.6 | 9.1 | 9.5 | 10.0 | 10.4 |
| Research and development | 10.3 | 10.8 | 9.3 | 3.1 | 2.7 | 3.0 | 3.1 | 11.8 | 11.4 | 11.9 | 13.7 | 14.6 | 16.4 | 17.6 |
| General and administrative | 14.6 | 15.8 | 18.0 | 5.1 | 5.2 | 4.3 | 4.7 | 19.3 | 18.3 | 19.0 | 19.7 | 21.9 | 22.8 | 23.6 |
| Lease exit and termination costs | 0.6 | 1.0 | 0.6 | 0.2 | 0.1 | 0.1 | 0.1 | 0.6 | - | - | - | - | - | - |
| Write-off of in-process R&D | 2.3 | - | 0.5 | - | - | - | - | - | - | - | - | - | - | - |
| Total operating expenses | 32.6 | 31.2 | 34.0 | 10.9 | 9.3 | 9.6 | 9.9 | 39.6 | 37.9 | 39.5 | 42.4 | 45.9 | 49.1 | 51.6 |
| Accretion of deferred gain on sale of leaseback | 1.7 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Loss from operations** | (0.9) | 0.2 | 14.9 | 5.1 | 1.4 | 7.6 | 10.7 | 24.8 | 27.3 | 28.9 | 29.5 | 29.5 | 30.1 | 31.4 |
| Interest and other income (expense), net | (2.7) | (4.1) | (5.7) | (3.0) | (0.1) | (1.0) | (1.0) | (5.1) | (4.0) | (4.0) | (4.0) | (4.0) | (4.0) | (4.0) |
| **Loss from continuing operations before income t** | (3.6) | (3.9) | 9.2 | 2.2 | 1.2 | 6.6 | 9.7 | 19.7 | 23.3 | 24.9 | 25.5 | 25.5 | 26.1 | 27.4 |
| Income tax (expense) benefit | 13.3 | 1.2 | (0.4) | (0.1) | 0.0 | (0.1) | (0.2) | (0.3) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) |
| **Income (loss) from continuing operations** | 9.7 | (2.7) | 8.8 | 2.1 | 1.3 | 6.5 | 9.5 | 19.4 | 22.8 | 24.4 | 24.9 | 25.0 | 25.6 | 26.9 |
| Income from discontinued operations | 0.0 | 2.1 | 2.6 | - | - | - | - | - | - | - | - | - | - | - |
| **Net income (loss)** | 9.7 | (0.5) | 11.4 | 2.1 | 1.3 | 6.5 | 9.5 | 19.4 | 22.8 | 24.4 | 24.9 | 25.0 | 25.6 | 193.6 |
| Net loss attributable to noncontrolling interests | - | - | - | - | 0.3 | - | - | 0.3 | - | - | - | - | - | - |
| **Net income (loss) to Ligand common shareholde** | 9.7 | (0.5) | 11.4 | 2.1 | 1.6 | 6.5 | 9.5 | 19.7 | 22.8 | 24.4 | 24.9 | 25.0 | 25.6 | 193.6 |
| **Diluted per share amounts:** | | | | | | | | | | | | | | |
| Income (loss) from continuing operations | $ 0.49 | $ (0.13) | $ 0.43 | $ 0.10 | $ 0.07 | $ 0.30 | $ 0.44 | $ 0.92 | $ 1.06 | $ 1.12 | $ 1.13 | $ 1.12 | $ 1.13 | $ 1.17 |
| Income from discontinued operations | $ 0.00 | $ 0.11 | $ 0.12 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Earnings per share - diluted** | $ 0.49 | $ (0.03) | $ 0.55 | $ 0.10 | $ 0.07 | $ 0.30 | $ 0.44 | $ 0.92 | $ 1.06 | $ 1.12 | $ 1.13 | $ 1.12 | $ 1.13 | $ 1.17 |
| WA shares outstanding - diluted | 19,713 | 19,853 | 20,745 | 21,208 | 21,780 | 21,600 | 21,850 | 21,463 | 21,600 | 21,750 | 22,100 | 22,400 | 22,700 | 23,000 |

*Source: Company Reports and Empire Asset Management Estimates*

# EMPIRE
## ASSET MANAGEMENT COMPANY

**Disclosures**

Regulation Analyst Certification ("Reg AC"): The research analyst primarily responsible for the content of this report certifies the following under Reg AC: I hereby certify that all views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report. Neither my family nor I have any financial interest in the securities discussed in the report.

Within the last twelve months, Empire Asset Management Co. has NOT received compensation for investment banking services from Ligand Pharmaceuticals, Inc.

Empire Asset Management Co. does not make a market in shares of Ligand Pharmaceuticals, Inc.

Shares of Ligand Pharmaceuticals, Inc., may be subject to the Securities and Exchange Commission's Penny Stock Rules, which may set forth sales practice requirements for certain low-priced securities.

Within the last twelve months, Empire Asset Management Co. has NOT managed or co-managed a public offering for Ligand Pharmaceuticals, Inc.

## Price Chart



*Source: Yahoo Finance*

Each box on the Rating and Price Target History chart above represents a date on which an Empire Asset Management Co. analyst made a change to a rating or price target, except for the first box, which may only represent the first note written during the past three years.

**EMPIRE**
**ASSET MANAGEMENT COMPANY**

Distribution of Ratings/IB Services shows the number of companies in each rating category from which Empire Asset Management Co. or an affiliate received compensation for investment banking services in the past 12 months.

Distribution of IB Services Firm wide

|  | Research | IB Services |
|---|---|---|
| Rating | Percent | Percent |
| Buy [B] | 22.0 | 0 |
| Hold [H] | 67.0 | 0 |
| Sell [S] | 0 | 0 |
| Under Review [UR] | 11.0 | 0 |

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a stock and its implied price movement may not correspond to the stated 12-month price target.

Ratings System Definitions - Empire Asset Management Co. employs a rating system based on the following:

Buy [B]: A rating, which at the time it is instituted and/or reiterated, that indicates an expected rise in stock price of at least 10% over the next 12 months.

Hold [H]: A rating, which at the time it is instituted and/or reiterated, that indicates an expected total return between negative 10% and 10% over the next 12 months.

Sell [S]: A rating, which at the time it is instituted and/or reiterated, that indicates an expected decline in stock price of more than negative 10% over the next 12 months.

Under Review [UR]: A rating, which at the time it is instituted and/or reiterated, that indicates the temporary removal of the prior rating, price target and estimates for the security. Prior rating, price target and estimates should no longer be relied upon for UR-rated securities.

Not Rated [NR]: Empire Asset Management Co. does not publish research or have an opinion about this security.

As is the case with all Empire Asset Management Co., employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receive compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular interviews as appropriate in the analyst's judgment

The material information and facts discussed in this report other than the information regarding Empire Asset Management Co. and its affiliates, are from sources believed to be reliable, but are in no way guaranteed to be complete or accurate. This report should not be used as a complete analysis of the company, industry or security discussed in the report. Additional information is available upon request. This is not, however, an offer or solicitation of the securities discussed. Any opinions or estimates in this report are subject to change without notice. An investment in the stock may involve risks and uncertainties that could cause actual results to differ materially from the forward-looking statements. Additionally, an investment in the stock may involve a high degree of risk and may not be suitable for all investors. No part of this report may be reproduced in any form without the express written permission of Empire Asset Management Co. Copyright 2014. Member: FINRA/SIPC.