

(COURT REPORTER: Debra Joyce).

THIS IS A ROUGH DRAFT TRANSCRIPT.

THIS UNCERTIFIED ROUGH DRAFT TRANSCRIPT HAS NOT BEEN PROOFREAD OR CORRECTED.  EDITING WILL BE COMPLETED IN THE PREPARATION OF THE CERTIFIED TRANSCRIPT, RESULTING IN DIFFERENCES IN PAGE AND LINE NUMBERS, PUNCTUATION, FORMATTING, SPELLINGS AND CHANGES OR CORRECTIONS, IF NECESSARY.

THIS UNCERTIFIED ROUGH DRAFT TRANSCRIPT OR ANY EXCERPTS THEREOF CANNOT BE QUOTED IN ANY PLEADING OR FOR ANY OTHER PURPOSE AND MAY NOT BE FILED WITH ANY COURT OR OTHER TRIBUNAL.

THIS DRAFT TRANSCRIPT IS SUPPLIED TO YOU ON THE CONDITION THAT THE PARTY'S EXPERTS, CO-COUNSEL, AND STAFF MAY HAVE LIMITED INTERNAL USE THEREOF AND, UPON RECEIPT OF THE FINAL EDITED, CERTIFIED TRANSCRIPT, THIS DRAFT AND ANY COPIES THEREOF SHALL BE DESTROYED.

THE CLERK:  All rise.

THE COURT:  Good morning everyone.

I understand that -- I was upstairs still working on the jury instructions, but Mary Ellen tells me that the exhibits are all marked -- thanks -- are the paralegals here?

THE CLERK:  Cara is here; Alyssa is with the SEC -- there she is.

THE COURT:  Wait a minute.  These paralegals stayed late last night with Mary Ellen, applause to them.

>           THE COURT:  I'll wave my wand.
>
>           Okay.  So if it's right out of Omnicare it comes in right here.  So I will quote as closely as I can to that.
>
>           MR. BROOKS:  If that's coming this, in case is inapposite to Omnicare.  This is case more applicable to the cases your Honor cites at the bottom of page 28, all these 1st Circuit cases, the McKee v. Cosby, Piccone, earlier Phantom Touring.
>
>           Those are the cases that basically say, look, you've got to look at the -- you've got to figure out if the First Amendment applies, you've got to look at the entire -- you know, the entire report, and the most important thing is whether the author is -- whether the author is implying he has information that the reader doesn't.
>
>           So it's not -- and it's this -- it's the last statement, it's the last statement of the --
>
>           THE COURT:  I don't understand what you want.
>
>           MR. BROOKS:  -- of the paragraph.
>
>           I think we just want -- if we're going to add that, then like on this last paragraph that you've writ ten, a statement even if understood to be an opinion on page 28, that we think the First Amendment should be wrapped up in that as well.
>
>           THE COURT:  I've mentioned the First Amendment enough.
>
>           MR. BROOKS:  Then we're good with that instruction.