```
                 IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS


    SECURITIES AND EXCHANGE              )
    COMMISSION,                          )
                                         )
              Plaintiff                  )
                                         )  CA No. 18-11926-PBS
         -VS-                            )  Pages 1 - 46
                                         )
    GREGORY LEMELSON, et al,             )
                                         )
              Defendants                 )
```

**MOTION HEARING BY VIDEO**

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

```
                              United States District Court
                              1 Courthouse Way
                              Boston, Massachusetts  02210
                              February 15, 2022, 2:36 p.m.




                       LEE A. MARZILLI
                    OFFICIAL COURT REPORTER
                  United States District Court
                 1 Courthouse Way, Room 7200
                       Boston, MA  02210
                       leemarz@aol.com
```

1    Ultimately both companies will collapse under the weight of
2    their own fraud, regardless of the outcome today.
3           I want the Court to know, and whoever else is on this
4    call, I always spoke the truth.  I revealed the fraud that I
5    saw.  The SEC through Virginia (Indiscernible) leaked this
6    so-called investigation to a contributor for Bloomberg, Brad
7    Bondi, Ligand's counsel.  We have that email.  They wrote a hit
8    piece on me.  They put crucifixes at the top of that article.
9    That is extraordinary religious bigotry.
03:35 10           Literally everyone involved in this case is a criminal
11   on the other side, and I think that time will reveal truth and
12   justice in this case, and I have no doubt about anything I did.
13          The same people I go to the hospital to serve and
14   cater to, the sick, the dying and most vulnerable of society,
15   Ligand through its project gold mine, and together with their
16   Ligand team, decided they could make a billion-dollar drug by
17   misrepresentations, by lying; and they co-opted the U.S.
18   government to carry out that dirty business.  I'll never regret
19   the things I did.
03:35 20          THE COURT:  Okay, thank you.  So I will take this
21   under advisement and think about everything that you've said to
22   me.  I think the only thing I'm waiting for is this joint and
23   several.  And I don't want a brief, essentially a letter apiece
24   on any cases I should look at because the biggest concern I
25   have is in imposing a penalty.  I'm not going to double -- you