

EXHIBIT
D
18-cv-11926-PBS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, § § § | | |
| Plaintiff, § § | | |
| v. § § | | |
| THE HEARTLAND GROUP VENTURES, LLC; HEARTLAND PRODUCTION AND RECOVERY LLC; HEARTLAND PRODUCTION AND RECOVERY FUND LLC; HEARTLAND PRODUCTION AND RECOVERY FUND II LLC; THE HEARTLAND GROUP FUND III, LLC; HEARTLAND DRILLING FUND I, LP; CARSON OIL FIELD DEVELOPMENT FUND II, LP; ALTERNATIVE OFFICE SOLUTIONS, LLC; ARCOOIL CORP.; BARRON PETROLEUM LLC; JAMES IKEY; JOHN MURATORE; THOMAS BRAD PEARSEY; MANJIT SINGH (AKA ROGER) SAHOTA; and RUSTIN BRUNSON, § § § § § § § § § § § § § § | No. 4:21-cv-01310-O | |
| Defendants, § § § | | |
| and § § | | |
| DODSON PRAIRIE OIL & GAS LLC, et al. § § | | |
| Relief Defendants. § § | | |

**ORDER**

On December 10, 2021, the Court required the parties to submit additional briefing regarding the preliminary injunction against Defendant Rustin Brunson. *See* ECF No. 45. The Court now considers Brunson's Response (ECF No. 48), and the SEC's Response (ECF No. 49), both filed December 13.

Defendant argues that his good faith cooperation with the SEC is "frustrated by Rule 506(d)(1), which disqualifies private offerings from registration exemptions when certain 'bad actors' participate." Def.'s Resp. 2, ECF No. 48. If Brunson is deemed a "bad actor," he will be "de facto enjoined from participating in private oil and gas securities offerings for at least the next five years." *Id.* at 3.

Meanwhile, the SEC asserts that to exempt Brunson from the "bad actor" designation "would be contrary to the public interest and leave investors at risk during the pendency of the action." SEC's Resp. 7, ECF No. 49. The SEC uses a number of factors to determine whether a "bad actor" has shown good cause for a waiver. Having assessed these factors based on the record, the SEC determined that waiver is not appropriate for Brunson.

Having considered the briefing, the Court **DENIES** Defendant's request to include the additional "No 'Bad Actor' Disqualification" provision in the Agreed Preliminary Injunction.

Having resolved the matter, the Court **CANCELS** the hearing scheduled tomorrow, December 14, 2021, and will enter the proposed Agreed Preliminary Injunction Against Defendant Rustin Brunson.

**SO ORDERED** on this **13th day of December, 2021.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**