UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR EMERGENCY MOTION TO STAY PENDING MOTION FOR NEW TRIAL AND/OR APPEAL AND FOR ORDER THAT THE "BAD ACTOR" CLAUSE OF REGULATION D <u>NOT APPLY TO THIS JUDGMENT</u>**

Defendants respectfully move this Court for leave to file a reply memorandum in support of their motion to stay pending their motion for new trial and/or appeal and for an order that the "bad actor" clause of Regulation D not apply to this judgment ("Motion to Stay"). Defendants believe that a reply memorandum will assist the Court in resolving the motion. Defendants particularly wish to address certain arguments in the Commission's opposition that Defendants could not have anticipated at the time they submitted the Motion to Stay and to clarify the applicable legal standards. Counsel for Defendants conferred with counsel for the Commission and the Commission does not oppose the motion seeking leave to file a reply.

WHEREFORE, Defendants request that this Court enter an order granting leave to file a reply of less than 10 pages. Defendants are prepared to file their reply brief immediately upon being granted leave by this Court.

Respectfully Submitted,

REV. FR. EMMANUEL LEMELSON,
LEMELSON CAPITAL MANAGEMENT,
LLC, and THE AMVONA FUND, LP

By: */s/ Brian J. Sullivan*
Douglas S. Brooks (BBO No. 636697)
Brian J. Sullivan (BBO No. 676186)
Thomas M. Hoopes (BBO No. 239340)
LIBBY HOOPES BROOKS, P.C.
399 Boylston Street
Boston, MA 02116
Tel.: (617)-338-9300
dbrooks@lhblaw.com
bsullivan@lhblaw.com
thoopes@lhblaw.com

Dated: May 6, 2022

## CERIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that counsel for Defendants and for the Plaintiff, Securities and Exchange Commission have conferred via electronic mail and counsel for Plaintiff does not oppose the Defendants' request to file a reply memorandum.

*/s/ Brian J. Sullivan*
Brian J. Sullivan

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on May 6, 2022.

*/s/ Brian J. Sullivan*
Brian J. Sullivan
