

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | Civil Action No. 1:18-cv-11926-PBS |

# DECLARATION OF ALFRED A. DAY

I, Alfred A. Day, declare as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and serve as Senior Trial Counsel for Plaintiff, the United States Securities and Exchange Commission (the "Commission"), in this matter.

2. Attached as Exhibit 1 is a true and correct copy of a selected excerpt from the November 2, 2021 Trial Transcript (Trial Day 6 - Rough).

3. Attached as Exhibit 2 is a true and correct copy of selected excerpts from the November 3, 2021 Jury Charge Transcript.

4. Attached as Exhibit 3 is a true and correct copy of Trial Exhibit 1, a Lemelson Capital Management Report titled "Ligand Pharmaceuticals: Severe competitive threat to key royalty program and "going concern" risk drive 100 percent downside," dated June 16, 2014.

5. Attached as Exhibit 4 is a true and correct copy of Trial Exhibit 4, a Lemelson Capital Management Report titled "Ligand Pharmaceuticals: Lemelson Capital further increases

short stake and reaffirms 100% downside risk in Ligand Pharmaceuticals" dated July 3, 2014.

6. Attached as Exhibit 5 is a true and correct copy of Trial Exhibit 51, The Amvona Fund, LP Investor Presentation dated June 19, 2014.

7. Attached as Exhibit 6 is a true and correct copy of Trial Exhibit 63, a Lemelson Capital Management Partnership Letter dated July 17, 2014.

8. Attached as Exhibit 7 is a true and correct copy of Trial Exhibit 72, August 4-7, 2014 email thread re Lemelson Capital Increases Short Position and Benzinga Article.

9. Attached as Exhibit 8 is a true and correct copy of Trial Exhibit 82, The Amvona Fund, LP Investor Presentation dated September 4, 2014.

10. Attached as Exhibit 9 is a true and correct copy of Trial Exhibit 90, an October 9, 2014 email from Lemelson to Edward Gu.

11. Attached as Exhibit 10 is a true and correct copy of selected excerpts from the October 26, 2021 Trial Transcript (Trial Day 1 - Rough).

12. Attached as Exhibit 11 is a true and correct copy of selected excerpts from the October 27, 2021 Trial Transcript (Trial Day 2 - Rough).

13. Attached as Exhibit 12 is a true and correct copy of Trial Exhibit 34, a June 13, 2014 email from Erika Luib to Lemelson re Investor Reports.

14. Attached as Exhibit 13 is a true and correct copy of selected excerpts from the October 27, 2021 Trial Transcript (Trial Day 2 - Rough).

15. Attached as Exhibit 14 is a true and correct copy of selected excerpts from the October 28, 2021 Trial Transcript (Trial Day 3 - Rough).

16. Attached as Exhibit 15 is a true and correct copy of selected excerpts from the October 29, 2021 Trial Transcript (Trial Day 4 - Rough).

17. Attached as Exhibit 16 is a true and correct copy of Trial Exhibit 243, a June 19, 2014 email from David Hughes re Lemelson Capital.

18. Attached as Exhibit 17 is a true and correct copy of Trial Exhibit 244, a July 14, 2014 email from Vincent to Bruce Voss re Lemelson Capital Management remarks.

19. Attached as Exhibit 18 is a true and correct copy of Trial Exhibit 245, a September 23, 2014 email from Erika Luib to Bruce Voss re Questions.

20. Attached as Exhibit 19 is a true and correct copy of Trial Exhibit 246, a June 20, 2014 email from John Higgins to Bruce Voss and Matt Foehr re Lemelson and Cardinal Capital.

21. Attached as Exhibit 20 is a true and correct copy of Trial Exhibit 247, an August 29, 2014 email from Matt Foehr to John Higgins re Investor Call.

22. Attached as Exhibit 21 is a true and correct copy of Trial Exhibit 248, an October 6, 2014 email from Matt Foehr to John Higgins re Cardinal.

23. Attached as Exhibits 22 and 23 are true and correct copy of selected excerpts from the November 2, 2021 Trial Transcript (Trial Day 6 - Rough).

24. Attached as Exhibit 24 is a true and correct copy of selected excerpts from the November 3, 2021 Jury Charge Transcript.

25. Attached as Exhibit 25 is a true and correct copy of a selected excerpt from the November 2, 2021 Trial Transcript (Trial Day 6 - Rough).

26. Attached as Exhibit 26 is a true and correct copy of selected excerpts from the November 2, 2021 Trial Transcript (Trial Day 6 - Rough).

27. Attached as Exhibit 27 is a true and correct copy of an October 18, 2021 email from Al Day to Brian Sullivan re SEC v. Lemelson; Ligand investor witnesses.

28. Attached as Exhibit 28 is a true and correct copy of selected excerpts from the

October 14, 2021 Final Pretrial Conference Transcript.

29. Attached as Exhibit 29 is a true and correct copy of a selected excerpt from the October 26, 2021 Trial Transcript (Trial Day 1 - Rough).

30. Attached as Exhibits 30 and 31 are true and correct copies of selected excerpts from the November 3, 2021 Trial Transcript (Trial Day 7 - Rough).

31. Attached as Exhibit 32 is a true and correct copy of a selected excerpt from the October 14, 2021 Final Pretrial Conference Transcript.

32. Attached as Exhibit 33 is a true and correct copy of selected excerpts from the October 29, 2021 Trial Transcript (Trial Day 4 - Rough).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 11, 2022, in Boston, Massachusetts.

*/s/ Alfred A. Day*
Alfred A. Day

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on November 8, 2018.

               _/s/ Alfred A. Day_____