
PLAINTIFF'S EXHIBIT 6
18-cv-11926-PBS



Thursday July 17, 2014

Dear Partners,

In the trailing twelve months through June 30, 2014, The Amvona Fund, LP returned 87.22 percent net of all fees and expenses, outperforming by ~408 percent the benchmark S&P 500 Total Returns Index, which returned 24.61 percent including dividends.

In the second quarter, the fund returned 36.39 percent (29.03 percent net), outperforming by 733 percent the S&P 500 Total Return Index including dividends.

From its September 2012 inception through June 30, 2014 (22 months), The Amvona Fund, LP has returned a compounded annual gain of 83.59 percent (57.59 percent net) and an overall gain of 204.36 percent (130.20 percent net).

## An Active Quarter

The second quarter proved to be an especially active one for the fund. The fund's short position in World Wrestling Entertainment (NYSE: WWE) concluded in a price exactly within range[1] of the fair value stated in Lemelson Capital's original March 17, 2014 report[2]. The shares declined over 63 percent in 59 days, representing a $1.4 billion loss in WWE's market capitalization.

Lemelson Capital's activist position in Kulicke & Soffa Industries (NASDAQ: KLIC) gained immediately with shares appreciating as much as ten percent[3] within minutes of the announcement of the firm's long

---

[1] The report indicated fair value between 8.25 and 11.88 per share. At the time the shares were trading at around 31. On May 16th shares closed at 11.27.

[2] "The Short Case for World Wrestling Entertainment," Lemelson Capital Management, March 17, 2014, Link.

[3] As of the writing of this letter the share are up ~32 percent.


www.lemelsoncapital.com
PO Box 403 – Southborough, MA 01772 · Tel. 508-485-0607

EXHIBIT 63
18-cv-11926-PBS

SEC-Lemelson-E-1055666

position in the stock. In the days and weeks following the announcement, other fund managers globally affirmed the importance of the firm's April 22 letter[4] to KLIC management, asking how they can get involved. Conviction remains high that management will likely initiate a share repurchase as called for in the letter.

Finally, the 25-page research report[5] and follow-on 12 page appendix[6] on Ligand Pharmaceuticals (NASDAQ: LGND) have begun to be proven correct as well with shares in LGND down roughly 30 percent[7] in the month since the original report's publication.

Fig. 1 – LGND Price Performance since publication of June 16 LCM report



---

[4] "Lemelson Capital Management announces stake in Kulicke and Soffa Industries, delivers letter to management and board members urging immediate share repurchase," Lemelson Capital Management, April 23, 2014, Link.

[5] "Ligand Pharmaceuticals - Severe competitive threat to key royalty program and 'going concern' risk drive 100 percent downside," Lemelson Capital Management, June 16, 2014, Link.

[6] "Ligand Pharmaceuticals (NASDAQ: LGND): Appendix." Lemelson Capital Management, July 3, 2014, Link

[7] Share traded around $69 just before the report was published.



LEMELSON
CAPITAL MANAGEMENT
www.lemelsoncapital.com
PO Box 403 – Southborough, MA 01772 - Tel. 508-485-0607

SEC-Lemelson-E-1055667

## A Bit More On Ligand

On June 16, Lemelson Capital published a 25-page research report on Ligand Pharmaceuticals (NASDAQ: LGND). On July 3, the report was appended with an additional 12 pages of research.

The original report stated:

> "The markets have risen steadily for five years, creating an expensive bull market in equities. As is almost always the case, the rising tide has lifted all ships, and market participants may have gained naive optimism about the future of businesses like Ligand. As purely speculative issues go, Ligand is one of the most egregiously speculative investments trading on any U.S.-based exchange."

"LIGAND PHARMACEUTICALS - SEVERE COMPETITIVE THREAT TO KEY ROYALTY PROGRAM AND 'GOING CONCERN' RISK DRIVE 100 PERCENT DOWNSIDE," LEMELSON CAPITAL MANAGEMENT, JUNE 16, 2014

On June 19 an interview was granted to the global financial media outlet Benzinga[8]. The interviewer asked specifically about Lemelson Capital's LGND short position. The following is a quote from the interview:

> "...stay away from the gold-rushes, the biotech's and pharmaceutical-type speculative issues, there's no question, there's great risk there..."

BENZINGA PREMARKET PREP SHOW
JUNE 19, 2014

Less than four weeks later on July 15, the Federal Reserve System's Board of Governors released their Monetary Policy Report, which included the following statement about these overvaluations:

---

[8] Rev. Emmanuel Lemelson of Lemelson Capital Management - PreMarket Prep Show, June 19, 2014, Link



www.lemelsoncapital.com
PO Box 403 – Southborough, MA 01772 · Tel. 508-485-0607

SEC-Lemelson-E-1055668

> *"...valuation metrics in some sectors do appear substantially stretched—particularly those for smaller firms in the social media and biotechnology industries..."[9]*

MONETARY POLICY REPORT, FEDERAL RESERVE SYSTEM
PART 1: RECENT ECONOMIC AND FINANCIAL DEVELOPMENTS
JULY 15, 2014

## Expense Ratio

The expense ratio for the fund continues to fall. In the period ending June 30, the expense ratio (which includes the management fee, but does not include the performance allocation[10]) was .11%. The average year-to-date expense ratio is .12% and average inception-to-date ratio is .14%.

## On Expectations

The fund's performance thus far might lend itself to an expectation of consistently positive returns in the near-term. As has been said before, such reasoning is an error. It is inevitable that the fund will underperform at some point in the future, though conviction remains high that the fund will outperform the benchmark S&P 500 Total Returns Index on a multi-year basis.

+ Emmanuel Lemelson

Investment Manager
Lemelson Capital Management, LLC

---

[9] Board of Governors of the Federal Reserve System - Monetary Policy Report, July 15, 2014, [Link]
[10] The performance allocation is variable and only payable once both the high water mark and hurdle are exceeded.



www.lemelsoncapital.com
PO Box 403 – Southborough, MA 01772 - Tel. 508-485-0607

SEC-Lemelson-E-1055669