**PLAINTIFF'S EXHIBIT 7**
18-cv-11926-PBS

| | |
|---|---|
| **To:** | 'Luke Jacobi'[luke@benzingapro.com] |
| **From:** | + Emmanuel Lemelson |
| **Sent:** | Thur 8/7/2014 2:21:41 PM |
| **Importance:** | Normal |
| **Subject:** | Benzinga article |

image001.jpg

Dear Luke,

Hopefully you are doing well…

Just had a chance to read your article… and thought to point out one minor correction – shares of Ligand traded at ~69 just before publication of the original research reprt (they dropped significanly the moment the report was published)  - as of time of publication of your article they are down 26%  (vs. the 20% reported in the article)… ;o)  hope this helps.

P.S. shares are also down 4.32% presently…

Warm Regards,

+  Rev. Fr. Emmanuel

CONFIDENTIALITY


EXHIBIT 72
18-cv-11926-PBS

SEC-Lemelson-E-0778773

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Luke Jacobi [mailto:luke@benzingapro.com]
**Sent:** Tuesday, August 5, 2014 3:43 PM
**To:** + Emmanuel Lemelson
**Subject:** Re: Lemelson Capital Management Further Increases Short Position in Ligand Pharmaceuticals (NASDAQ: LGND), Updates LGND Research Report with New Material Information

Here is the update on Yahoo Finance contributors I noted. http://finance.yahoo.com/tumblr/blog-introducing-yahoo-finance-contributors-130231510.html

On Tue, Aug 5, 2014 at 3:39 PM, + Emmanuel Lemelson <elemelson@outlook.com> wrote:

> Nice talking with you today… (and looking forward to reading your reports) here is the subject link:
>
> http://www.valuewalk.com/2014/07/seeking-alpha-yahoo-finance/?utm_source=mailchimp&utm_medium=email&utm_campaign=EMAIL_WEEKLY&utm_content=quick_link
>
> Warm Regards,

SEC-Lemelson-E-0778774

+  Rev. Fr. Emmanuel

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Luke Jacobi [mailto:luke@benzingapro.com]
**Sent:** Tuesday, August 5, 2014 3:04 PM

**To:** + Emmanuel Lemelson
**Subject:** Re: Lemelson Capital Management Further Increases Short Position in Ligand Pharmaceuticals (NASDAQ: LGND), Updates LGND Research Report with New Material Information

Sounds good to me. I just had a meeting scheduled at 4, so if today does not work, we can try tomorrow.

On Tue, Aug 5, 2014 at 2:45 PM, + Emmanuel Lemelson <elemelson@outlook.com> wrote:

> Dear Luke,
>
> Will try calling between 3 / 3:30 p.m. if that works for you… running a bit

behind schedule…


Thanks in advance for your understanding.


Warm Regards,



+  Rev. Fr. Emmanuel



CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.


**From:** Luke Jacobi [mailto:luke@benzingapro.com]
**Sent:** Tuesday, August 5, 2014 12:35 PM


**To:** + Emmanuel Lemelson
**Subject:** Re: Lemelson Capital Management Further Increases Short Position in Ligand Pharmaceuticals (NASDAQ: LGND), Updates LGND Research Report with New Material Information

SEC-Lemelson-E-0778776

What ever is easiest for you works for me! I'm sure your busy, so if a quick phone fits into your schedule better, thats fine.

On Tue, Aug 5, 2014 at 12:29 PM, + Emmanuel Lemelson <el@lemelsoncapital.com> wrote:

> TY – would you prefer written answer in response, and then we can review by phone… ?  ;o)
>
> Warm Regards,
>
> + Emmanuel Lemelson
>
>   Chief Investment Officer
>
>     www.lemelsoncapital.com
>
>     225 Cedar Hill Street
>
>     Suite 200
>
>     Marlborough, MA 01752
>
>     Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Luke Jacobi [mailto:luke@benzingapro.com]
**Sent:** Tuesday, August 5, 2014 12:15 PM

**To:** + Emmanuel Lemelson
**Subject:** Re: Lemelson Capital Management Further Increases Short Position in Ligand Pharmaceuticals (NASDAQ: LGND), Updates LGND Research Report with New Material Information

Thanks for the message! Note the questions below.

What do you think investors are not realizing?

Did you add to your positions because the earnings miss confirmed your expectations?

What is the strongest aspect of your thesis?

Do you have any uncertainties that may work against you?

On Tue, Aug 5, 2014 at 11:37 AM, + Emmanuel Lemelson <elemelson@outlook.com> wrote:

Dear Luke,

…hopefully you are well… perhaps it would be easiest if you can forward some of the proposed questions in advance of our phone conference this afternoon…

Warm Regards,

+  Rev. Fr. Emmanuel

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Luke Jacobi [mailto:luke@benzingapro.com]

SEC-Lemelson-E-0778779

**Sent:** Monday, August 4, 2014 8:47 PM

**To:** + Emmanuel Lemelson
**Subject:** Re: Lemelson Capital Management Further Increases Short Position in Ligand Pharmaceuticals (NASDAQ: LGND), Updates LGND Research Report with New Material Information

248 636 1322

Thanks!

On Mon, Aug 4, 2014 at 6:15 PM, + Emmanuel Lemelson <el@lemelsoncapital.com> wrote:

> Great… what is the best number to reach you at?  Will call after 2 p.m. EST…
>
>
>
> Warm Regards,
>
>
> + Rev. Fr. Emmanuel Lemelson
>
>   Chief Investment Officer
>
>
>        www.lemelsoncapital.com

SEC-Lemelson-E-0778780

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Luke Jacobi [mailto:luke@benzingapro.com]
**Sent:** Monday, August 4, 2014 6:10 PM

**To:** + Emmanuel Lemelson
**Subject:** Re: Lemelson Capital Management Further Increases Short Position in Ligand Pharmaceuticals (NASDAQ: LGND), Updates LGND Research Report with New Material Information

I am available tomorrow after 2pm EDT and all day Wednesday.

On Mon, Aug 4, 2014 at 5:58 PM, + Emmanuel Lemelson <el@lemelsoncapital.com> wrote:

SEC-Lemelson-E-0778781

Dear Luke,

Thank You for the email.  When would you like to discuss?

Warm Regards,

+ Rev. Fr. Emmanuel Lemelson

Chief Investment Officer

www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

SEC-Lemelson-E-0778782

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Luke Jacobi [mailto:luke@benzingapro.com]
**Sent:** Monday, August 4, 2014 5:57 PM
**To:** + Emmanuel Lemelson
**Subject:** Re: Lemelson Capital Management Further Increases Short Position in Ligand Pharmaceuticals (NASDAQ: LGND), Updates LGND Research Report with New Material Information


Hi Emmanuel


Lets schedule a call so I can write about the short position for Benzinga.


On Mon, Aug 4, 2014 at 2:53 PM, + Emmanuel Lemelson <el@lemelsoncapital.com> wrote:

> Lemelson Capital Management Further Increases Short Position in Ligand Pharmaceuticals (NASDAQ: LGND), Updates LGND Research Report with New Material Information
>
> Updated Research repot attached.  PDF version can be found online here

SEC-Lemelson-E-0778783

Warm Regards,

+ Emmanuel Lemelson

Chief Investment Officer

www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify

SEC-Lemelson-E-0778784

the sender and purge this message immediately without making any copy.

This email is free from viruses and malware because avast! Antivirus protection is active.

--

Luke Jacobi, Financial Journalist at Benzinga

O: (248) 636 1322

C: (248) 207 0141

This email is free from viruses and malware because avast! Antivirus protection is active.

--

Luke Jacobi, Financial Journalist at Benzinga

O: (248) 636 1322

C: (248) 207 0141

This email is free from viruses and malware because avast! Antivirus protection is active.

--

Luke Jacobi, Financial Journalist at Benzinga

O: (248) 636 1322

C: (248) 207 0141

--

Luke Jacobi, Financial Journalist at Benzinga

O: (248) 636 1322

C: (248) 207 0141

SEC-Lemelson-E-0778786

This email is free from viruses and malware because avast! Antivirus protection is active.

--

Luke Jacobi, Financial Journalist at Benzinga

O: (248) 636 1322

C: (248) 207 0141

--

Luke Jacobi, Financial Journalist at Benzinga

O: (248) 636 1322

C: (248) 207 0141

--

Luke Jacobi, Financial Journalist at Benzinga

O: (248) 636 1322

C: (248) 207 0141

SEC-Lemelson-E-0778788