PLAINTIFF'S EXHIBIT 9
18-cv-11926-PBS

| | |
|---|---|
| To: | 'Edward Gu'[egu@kerrisdalecap.com] |
| From: | + Emmanuel Lemelson |
| Sent: | Thur 10/9/2014 1:15:51 PM |
| Importance: | Normal |
| Subject: | RE: congrats on GSAT! |

…well it paid off… also loved the video… ;o)

Our multi-month battle with LGND has also been paying off - shares are now down ~40% since LCM published its first (of six) report(s)

Warm Regards,

+ Emmanuel Lemelson

Chief Investment Officer



www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200


EXHIBIT 90
18-cv-11926-PBS

SEC-Lemelson-E-0366451