PLAINTIFF'S EXHIBIT 10   18-cv-11926-PBS

```
 1   a new use?
 2   A.   Yes.
 3            MR. BROOKS:  Objection.
 4            THE COURT:  Sustained.  Leading.
 5   Q.   What did an approval allow you to do vis-a-vis Promacta?
 6   A.   So it would allow the marketing for that indication.  So
 7   for pediatric ITP, you get an approval, now you can market it
 8   for use in pediatric patients.
 9   Q.   Did Promacta sales continue to grow since 2014?
10   A.   Yes.
11   Q.   Could you describe that growth?  Where's Promacta in sales
12   today?
13            MR. BROOKS:  Objection.
14            THE COURT:  Sustained.
15   Q.   Well, how much did Promacta sales grow after 2014?
16            MR. BROOKS:  Objection.
17            THE COURT:  Overruled but cabin it in terms of what
18   time period.
19            Within a year after 2014 how did it do?
20   A.   It continued to grow about 30 percent every quarter, based
21   on the previous -- on the quarter from the previous year.
22   Q.   Dr. Marschke, are you familiar with the term block buster
23   drug?
24   A.   Yes.
25   Q.   What does block buster drug mean?
```

```
 1   A.   It's a he recall term for drugs that sell over a billion
 2   dollars a year.
 3   Q.   Did Promacta become a block buster drug?
 4   A.   Yes.
 5   Q.   Does Ligand still get royalty payments for Promacta?
 6   A.   No.
 7   Q.   Is that because Promacta went away?
 8   A.   No.
 9   Q.   Why don't they get payments anymore?
10   A.   In 2019 we did an agreement with a company that purchased
11   our royalty rights.
12   Q.   By purchasing the royalty rights that meant that every
13   time a box of Promacta got sold, someone else would get paid?
14   A.   Yes.
15   Q.   Okay.  And who bought the rights?
16   A.   It's a company called Royalty Pharma, and that's their
17   business model is to purchase royalty rights to drugs.
18   Q.   Was it a sale of those royalty rights to --
19   A.   Yes.
20   Q.   How much did it sell for?
21   A.   It was around 827 million dollars.
22   Q.   And has Ligand received the money from that sale?
23   A.   Yes.
24   Q.   How's Ligand been using the money from that sale?
25   A.   So we've been reinvesting into the company.
```