```
 1   Q.   Can we go to page 29, Cole.  That is not the right page.
 2   Hold on.  Sorry.  I have 29 of 96 in the PDF.  I wonder if we
 3   have two different versions.
 4             MR. DAY:  Apologies.  This happens from time to time.
 5   All right?
 6   BY MR. DAY:
 7   Q.   So do you recognize this chart, Mr. Foehr?
 8   A.   In general, yes.
 9   Q.   Do you see the first three rows are royalties, material
10   sales and collaborative research and development and other
11   revenues?
12   A.   Yes.  I see that.
13   Q.   And are those the three sources of revenue that you
14   testified about earlier?
15   A.   Yes.
16   Q.   So royalties totaled 23,584, and that's expressed in
17   thousands, right?
18   A.   Yes.  So that would mean it's 23 million point 5, yeah.
19   Q.   And material sales are about 19 million dollars?
20   A.   That's correct.
21   Q.   And that's Captisol sales?
22   A.   That's entirely sales of Captisol, correct.
23   Q.   And the last bucket is about 6 million bucks?
24   A.   Yes, that's correct.
25   Q.   Now, if we scroll down just one more row and you see total
```

```
 1   revenue is about 49 million dollars?
 2   A.   Yes, that's correct, 48.9 million.
 3   Q.   Is it fair to say royalties account for about half of
 4   Ligand's revenue in 2013?
 5   A.   Yes.  I think that's fair to say for 2013.
 6   Q.   A little less than half.  And within royalties, about how
 7   much was attributable to Promacta sales?
 8   A.   A substantial portion.  I would need to reference other
 9   documents to give you an exact number, but it was a substantial
10   portion.
11   Q.   But in any event Promacta sales accounted for less than
12   half of the total revenue of Ligand, right?
13   A.   Yes.
14   Q.   Okay?
15            MR. DAY:  Cole, we can take that down.
16            THE COURT:  Before we move on I want to make sure that
17   jury didn't want to follow up with a question.
18            (Jury entered the courtroom.) That helped, Your Honor.
19            THE COURT:  Okay.  Thank you.
20            MR. DAY:  I can ask one more question on that.
21   BY MR. DAY:
22   Q.   So Ligand eventually sold the rights to royalties on
23   Promacta?
24   A.   Yes, that's correct.
25   Q.   When was that?
```

1  A.   I would want to reference the date to make sure I was
2  accurate, but it was well after this period.  It was in the
3  last few years.
4  Q.   2019 sound right?
5  A.   That sounds about right but, again, it was a matter of
6  public record so I would refer to that.
7  Q.   And who bought the royalty rights?
8  A.   A group called royalty pharma based in New York City.
9  Q.   And how much did royalty pharma pay for the rights to
10 Promacta in 2014?
11 A.   Again, it's a matter of public record, but I believe the
12 number was 827 million dollars.
13 Q.   Why did Ligand sell the rights to Promacta royalties in
14 2019?
15 A.   We -- Promacta's royalties had grown substantially and
16 continued to grow in a fairly short period of time.  We had
17 been approached fairly frequently by royalty buyers over the
18 years.  There's a group -- there are groups of investors who
19 invest solely in pharmaceutical royalties, and we thought
20 really much like royalty pharma around how long the drug would
21 continue to grow, and we decided to, I'll say, get a market
22 check, talk to multiple parties about it, and ultimately
23 decided to sell the royalty because it allowed us to invest in
24 other technologies within the company, and we thought we got a
25 very good price for the royalties.  There needed to be general

**UNEDITED DRAFT TRANSCRIPT**

```
 1   related press releases to convey 50 percent of Viking equity,
 2   post successful offering to Ligand."  First question, it 2014
 3   what was Viking Therapeutics.
 4   A.   Viking Therapeutics was a development stage pharmaceutical
 5   company that was developing drugs for metabolic and endocrine
 6   diseases.
 7   Q.   And what are metabolic and endocrine diseases, just a very
 8   high level?
 9   A.   In a general sense things like diabetes or muscle wasting,
10   diseases of the liver, things like that.
11   Q.   Was Viking a shell company?
12   A.   No.
13   Q.   What is a shell company?
14   A.   My understanding of that term is that it's meant to
15   describe a company that exists to maybe hide something or
16   doesn't actually have real operations.  And surveying none of
17   those things.
18   Q.   Was surveying a start-up in 2014?
19   A.   I would describe it as a start-up, yeah.
20   Q.   So there was a transaction between Viking and Ligand, just
21   very high level.  What was the purpose of that transaction?
22   A.   Viking was looking to build a portfolio of drugs in the
23   endocrine and metabolic space, and we licensed development
24   stage programs, development stage drugs to Viking that they had
25   planned to take into development.
```

UNEDITED DRAFT TRANSCRIPT