PLAINTIFF'S
EXHIBIT
12
18-cv-11926-PBS

**To:** '+ Emmanuel Lemelson'[el@lemelsoncapital.com]
**From:** Luib, Erika
**Sent:** Fri 6/13/2014 8:26:31 AM
**Importance:** Normal
**Subject:** Ligand

image001.jpg
Roth LTP TECHNOLOGY Licensed 5-14-14.pdf
MLV 1QReview 5-8-14.pdf
Craig Hallum Strong Q1 5-8-14.pdf
Griffin 2014 Started Well 5-8-14.pdf
Cantor 10-K Filing 3-7-14.pdf
SummerStreet Updating Model 2-24-14.pdf
LGND_BPSC_Initiation 32414.pdf

Thanks, confirming the call with Matt Foehr at 4p ET on Wednesday.


Attached are the analyst reports:


1)   Roth 5-14-14

2)   MLV 5-8-14

3)   Craig Hallum 5-8-14

4)   Griffin 5-8-14

5)   Cantor Fitzgerald 3-7-14

6)   Summer Street 2-24-14

7)   Brinson Patrick 3-24-14


Best regards,


Erika Luib

Marketing and Captisol Customer Service

Captisol, a Ligand technology

858-550-7895



EXHIBIT
34
18-cv-11926-PBS

SEC-Lemelson-E-0144153
EPROD-SEC-LIT-E-000146614

orders@captisol.com

The information contained in this electronic message is confidential and is only for the use of the intended recipient(s).  It may also be privileged or otherwise protected by law.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this communication is strictly prohibited.  If this communication has been received in error, please notify the sender immediately by telephone.

**From:** + Emmanuel Lemelson [mailto:el@lemelsoncapital.com]
**Sent:** Friday, June 13, 2014 6:15 AM
**To:** Luib, Erika
**Subject:** RE: investor info. request

Ok – then let's shoot for next Wednesday… in the interim, can you kindly forward the other analyst reports – thanks.

Warm Regards,

+ Emmanuel Lemelson

    Investment Manager

Lemelson-Capital-Management__Logo - resized to 220 px

    www.lemelsoncapital.com

      225 Cedar Hill Street

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Luib, Erika [mailto:eluib@ligand.com]
**Sent:** Friday, June 13, 2014 9:15 AM
**To:** '+ Emmanuel Lemelson'
**Subject:** RE: investor info. request

Unfortunately Matt is out of the office today.

Best regards,

Erika Luib

Marketing and Captisol Customer Service

Captisol, a Ligand technology

858-550-7895

SEC-Lemelson-E-0144155
EPROD-SEC-LIT-E-000146616

orders@captisol.com

**From:** + Emmanuel Lemelson [mailto:el@lemelsoncapital.com]
**Sent:** Friday, June 13, 2014 6:14 AM
**To:** Luib, Erika
**Subject:** RE: investor info. request

Dear Erika,

Thank You for the email.  Is there any possibility of having a CC this afternoon around the same time?

Again Thanks.

Warm Regards,

+ Emmanuel Lemelson

   Investment Manager

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144156
EPROD-SEC-LIT-E-000146617

Lemelson-Capital-Management__Logo - resized to 220 px

 www.lemelsoncapital.com

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752

Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Luib, Erika [mailto:eluib@ligand.com]
**Sent:** Friday, June 13, 2014 9:13 AM
**To:** '+ Emmanuel Lemelson'
**Subject:** RE: investor info. request

Dear Emanuel,

Will 4p ET on Wednesday work?

Following is the dial-in information:

SEC-Lemelson-E-0144157
EPROD-SEC-LIT-E-000146618

Dial-in:  877 746-4263

Participant Code 0225224#


Best regards,


Erika Luib

Marketing and Captisol Customer Service

Captisol, a Ligand technology

858-550-7895

orders@captisol.com


**From:** + Emmanuel Lemelson [mailto:el@lemelsoncapital.com]
**Sent:** Friday, June 13, 2014 6:11 AM
**To:** Luib, Erika
**Subject:** RE: investor info. request




Dear Erika,


Thank You for the email.  It would be great if you could send all of the analysts reports – and yes, perhaps will take you up on the CC with Matt next Wednesday (will put it on the schedule).

SEC-Lemelson-E-0144158
EPROD-SEC-LIT-E-000146619

Again Thanks.


Warm Regards,


+ Emmanuel Lemelson

   Investment Manager


Lemelson-Capital-Management__Logo - resized to 220 px

   www.lemelsoncapital.com


    225 Cedar Hill Street

    Suite 200

    Marlborough, MA 01752


    Tel. 508-630-2281


CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly

SEC-Lemelson-E-0144159
EPROD-SEC-LIT-E-000146620

prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

**From:** Luib, Erika [mailto:eluib@ligand.com]
**Sent:** Friday, June 13, 2014 8:50 AM
**To:** '+ Emmanuel Lemelson'
**Subject:** RE: investor info. request

Dear Emmanuel,

Ligand has seven covering analysts, please let me know if you would like a copy of each of their latest reports. Also, our COO, Matt Foehr is available for a 30-minute conference call on Wednesday, June 18th at 3p or 4p ET. Please let me know if any of those times work for you.

You can also reach me on the Captisol Customer Service phone line at 858-550-7895.

Best regards,

Erika Luib

Marketing and Captisol Customer Service

Captisol, a Ligand technology

858-550-7895

orders@captisol.com

**From:** + Emmanuel Lemelson [mailto:el@lemelsoncapital.com]

SEC-Lemelson-E-0144160
EPROD-SEC-LIT-E-000146621

**Sent:** Thursday, June 12, 2014 2:10 PM
**To:** Luib, Erika
**Subject:** RE: investor info. request

Thanks Erika,

Are these the only two analysts following the company?

Also, would like to speak with you by phone if possible… just tried calling but there was no answer… is there a good time to connect?

Again Thanks.

Warm Regards,

+ Emmanuel Lemelson

   Investment Manager

Lemelson-Capital-Management__Logo - resized to 220 px

   www.lemelsoncapital.com

SEC-Lemelson-E-0144161
EPROD-SEC-LIT-E-000146622

225 Cedar Hill Street

Suite 200

Marlborough, MA 01752


Tel. 508-630-2281



CONFIDENTIALITY

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.



**From:** Luib, Erika [mailto:eluib@ligand.com]
**Sent:** Thursday, June 12, 2014 4:42 PM
**To:** '+ Emmanuel Lemelson'
**Subject:** RE: investor info. request



Dear Emmanuel,



Attached are a couple of the latest analyst reports. Please note that these are reports by third parties, and that Ligand does not endorse the content.



Best regards,

SEC-Lemelson-E-0144162
EPROD-SEC-LIT-E-000146623

Erika Luib

Marketing and Captisol Customer Service

Captisol, a Ligand technology

858-550-7895

orders@captisol.com

The information contained in this electronic message is confidential and is only for the use of the intended recipient(s). It may also be privileged or otherwise protected by law. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify the sender immediately by telephone.

**From:** + Emmanuel Lemelson [mailto:el@lemelsoncapital.com]
**Sent:** Thursday, June 12, 2014 12:22 PM
**To:** Luib, Erika
**Subject:** RE: investor info. request

Dear Erica,

Thank You again for the email below. Can you also forward copy's of any analyst reports who cover LGND – thanks.

Again Thanks.

SEC-Lemelson-E-0144163
EPROD-SEC-LIT-E-000146624

Warm Regards,

+ Emmanuel Lemelson

   Investment Manager

Lemelson-Capital-Management__Logo - resized to 220 px

  www.lemelsoncapital.com

    225 Cedar Hill Street

    Suite 200

    Marlborough, MA 01752

    Tel. 508-630-2281

CONFIDENTIALITY

The information contained in this electronic message is intended for the
exclusive use of the addressee(s), and may contain confidential or legally
privileged information. If you are not the intended recipient, you have received
this message in error and any use, dissemination, forwarding, printing or
copying is strictly prohibited. If you have received this communication in error,
please notify the sender and purge this message immediately without making
any copy.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144164
EPROD-SEC-LIT-E-000146625

**From:** Luib, Erika [mailto:eluib@ligand.com]
**Sent:** Friday, May 23, 2014 12:45 PM
**To:** '+ Emmanuel Lemelson'; '+ Emmanuel Lemelson'
**Subject:** RE: investor info. request


Dear Emmanuel,


Thanks for reaching out to us. Ligand's current presentations and news releases can be accessed at: http://investor.ligand.com/Investors/Investor-Overview/default.aspx.


Best regards,


Erika Luib

Marketing and Captisol Customer Service

Captisol, a Ligand technology

858-550-7895

orders@captisol.com


**From:** + Emmanuel Lemelson [mailto:el@lemelsoncapital.com]
**Sent:** Friday, May 23, 2014 7:55 AM
**To:** Investors
**Subject:** investor info. request


Dear IR,

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

We would like to receive you complete investor package – includign any
investor presentations you may have – please forward by return emaill – thank
you.

Warm Regards,

+ Emmanuel Lemelson

   Investment Manager

Lemelson-Capital-Management__Logo - resized to 220 px

     www.lemelsoncapital.com

     225 Cedar Hill Street

     Suite 200

     Marlborough, MA 01752

     Tel. 508-630-2281

CONFIDENTIALITY

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144166
EPROD-SEC-LIT-E-000146627

The information contained in this electronic message is intended for the exclusive use of the addressee(s), and may contain confidential or legally privileged information. If you are not the intended recipient, you have received this message in error and any use, dissemination, forwarding, printing or copying is strictly prohibited. If you have received this communication in error, please notify the sender and purge this message immediately without making any copy.

This email is free from viruses and malware because avast! Antivirus protection is active.

This email is free from viruses and malware because avast! Antivirus protection is active.

This email is free from viruses and malware because avast! Antivirus protection is active.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144167
EPROD-SEC-LIT-E-000146628

This email is free from viruses and malware because avast! Antivirus protection is active.

This email is free from viruses and malware because avast! Antivirus protection is active.

This email is free from viruses and malware because avast! Antivirus protection is active.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144168
EPROD-SEC-LIT-E-000146629



SEC-Lemelson-E-0144217
EPROD-SEC-LIT-E-000146678



**ROTH** Capital Partners

Joseph Pantginis, Ph.D., (646) 358-1907
jpantginis@roth.com

Deanna Bahel, (646) 358-1914
dbahel@roth.com

Sales (800) 933-6830, Trading (800) 933-6820

FLASH NOTE | EQUITY RESEARCH | May 14, 2014

## Healthcare: Biotechnology

# Ligand Pharmaceuticals, Inc. | LGND - $64.04 - NASDAQ | *Buy*

**Company Update**

### Stock Data

| | |
|---|---|
| 52-Week Low - High | $26.31 - $80.42 |
| Shares Out. (mil) | 20.73 |
| Mkt. Cap.(mil) | $1,327.3 |
| 3-Mo. Avg. Vol. | 375,459 |
| 12-Mo.Price Target | $92.00 |
| Cash (mil) | $26.6 |
| Tot. Debt (mil) | $5.8 |
| Est. 3Yr. EPS Growth | NA |

### EPS $

| Yr Dec | —2013E— | —2014E— | | —2015E— | |
|---|---|---|---|---|---|
| | | | Curr | | Curr |
| 1Q | 0.07A | | 0.10A | | - |
| 2Q | 0.18A | | 0.06E | | - |
| 3Q | 0.09A | | 0.22E | | - |
| 4Q | 0.09A | | 0.27E | | - |
| YEAR | 0.55A | | 0.64E | | 2.56E |
| P/E | NM | | NM | | 25.0x |

*Quarterly EPS may not add to full year due to increases in share count, basic vs. diluted calculations (positive EPS on diluted shares, negative EPS on basic shares) and rounding*

### Revenue ($ millions)

| Yr Dec | —2013E— | —2014E— | | —2015E— | |
|---|---|---|---|---|---|
| | | | Curr | | Curr |
| 1Q | 11.7A | | 16.0A | | - |
| 2Q | 9.6A | | 9.5E | | - |
| 3Q | 13.0A | | 17.0E | | - |
| 4Q | 14.7A | | 19.7E | | - |
| YEAR | 49.0A | | 62.1E | | 103.5E |



LGND One-Year Price and Volume History

### LGND: LTP TECHNOLOGY Licensed to AstraZeneca Subsidiary; Reiterate Buy

LGND entered a into a worldwide license agreement with Astra-Zeneca (AZN-NC) subsidiary Omthera Pharmaceuticals, granting Omhera use of LGND's LPT TECHNOLOGY to develop drugs based on certain omega-3 fatty acids. LGND is entitled to receive up to $44.5 million in milestone payments and tiered royalties. Reiterate Buy and $92 price target.

**Event**

Ligand entered into a research collaboration and definitive license agreement with Omthera Pharmaceuticals, a wholly-owned subsidiary of AstraZeneca (AZN-NC). Ligand granted an exclusive worldwide license to Omthera to use Ligand's proprietary LTP TECHNOLOGY, to help develop drugs based on certain omega-3 fatty acids. Ligand is eligible to receive up to $44.5 million in development, clinical, and commercial milestones, as well as tiered mid-to-high single digit royalties on net sales. In addition to the license, the two companies have established an R&D collaboration to develop products to treat dyslipidemia. Omthera will pay out-of-pocket research, preclinical, development, and any future commercialization costs and will also pay a quarterly fee to LGND to offset personnel costs of supporting the collaboration.

**Impact**

We see the collaboration and license agreement as positive for Ligand as the company continues to expand its list of partnered products and technologies. LTP TECHNOLOGY is a prodrug technology designed to deliver drugs to the liver where they become activated by certain liver enzymes. The technology is potentially useful in metabolic and cardiovascular diseases and can address diseases caused by homeostatic imbalances in circulating molecules controlled by the liver. LTP TECHNOLOGY can also be applied to efforts to increase safety and efficacy of pharmaceuticals. We continue to look towards data from Ligand's internal LGND-2972 glucagon receptor antagonist program at the American Diabetes Association next month. The company notes that it has received significant interest in the program from potential partners. With growth in LGND's partnered product and technology portfolio, increased inbound interest in Captisol, and revenues driven by Promacta and Kyprolis, we project continued revenue growth and sustained profitability.

**Action**

We reiterate our Buy rating and $92 target. We recommend steady accumulation of LGND shares, as we anticipate that current revenue streams from partnered products and the broad "in development" portfolio are poised to drive significant growth in the near and longer term.

Intraday price: $63.97 at 10:06am ET, 5/14/14

---

**Important Disclosures & Regulation AC Certification(s) are located on page 4 to 5 of this report.**

*Roth Capital Partners, LLC | 888 San Clemente Drive | Newport Beach CA 92660 | 949 720 5700 | Member FINRA/SIPC*

SEC-Lemelson-E-0144169
EPROD-SEC-LIT-E-000146630

**LIGAND PHARMACEUTICALS, INC.**                    **Flash Note - May 14, 2014**

## VALUATION

We reiterate our Buy rating and $92 target. Our valuation of Ligand is based on two methods and averaging both methods to yield our price target; 1) our product NPV and clinical NPV valuation method and 2) PE multiple for comparable profitable biotechs on projected 2015 EPS. Our NPV valuation method yields a valuation target of $82 based. Our second method places a 40x multiple on our projected fully diluted 2015 EPS of $2.56 yielding a price target of $102. The average between our two methods yields our $92 price target. The 40x multiple is based on the average PE multiple for a group of profitable biotechnology companies. We believe this multiple is reasonable for Ligand based on the quality of its royalty streams and projected EPS growth at the company.

Our NPV valuation method is based on both a product NPV of the royalty streams associated with the current revenue opportunities and a probability-weighted clinical net present value (NPV) valuation model of Phase III programs. We believe this method is appropriate in capturing the value of the clinical stage pipeline. Factors that could impact the shares of Ligand reaching our price target are negative data readouts from ongoing clinical studies, any perceived delays with the regulatory progress, as well as Ligand's ability to continue to fund its operations.

## RISKS

· **Revenue risk; dependence on partners**. Ligand's current and projected revenue streams are based on the success of others, namely the development and commercialization of products. Multiple factors could negatively impact the revenue stream to Ligand, including a changing competitive landscape and potential future generic competition. While partners' drugs may also reach commercialization, there can also be no guarantee that meaningful market traction can be obtained, which could impact the growth of Ligand's bottom line.

· **Partnering risk**. Ligand's business model is to generally partner its products after proof of concept studies as well as drive Captisol arrangements. Any negative data readouts or changes to the relationships could adversely affect Ligand's future revenue potential should current partners be eliminated or future partners not be found.

· **Regulatory risk.** Ligand and its partnered products may successfully complete pivotal registrational studies, however there is no guarantee that regulatory agencies will approve these products. Unforeseen issues may arise during clinical development which could impact the approval of a therapeutic candidate.

· **Financial risk.** As with most development stage biotechnology companies, the ability to maintain sufficient cash balances is critical to the progress of pipeline candidates. Should Ligand experience problems raising sufficient capital, its development programs' progress could be significantly impeded, leading to both delays in development timelines as well as potential negative effects on investor confidence. Each of these would potentially have a negative impact on share price. In addition, the capital structure, which includes convertible debt and preferred stock, represents a potential overhang on the stock.

## COMPANY DESCRIPTION

Ligand Pharmaceuticals Incorporated operates as a biotechnology company. It principally engages in the development and acquisition of royalty revenue generating assets. The company engages in the research, milestone, and royalty revenue activities resulting from its collaborations with pharmaceutical partners. The collaborations primarily include ongoing clinical programs at Bristol-Myers Squibb, GlaxoSmithKline, Pfizer, Merck & Co., Cephalon, Inc, and Celgene. These partnered product candidates are being studied for the treatment of indications, such as thrombocytopenia, rheumatoid arthritis, chronic obstructive pulmonary disease, asthma, osteoporosis, menopausal symptoms, and Alzheimer's disease. Ligand Pharmaceuticals Incorporated receives royalties principally on sales of Avinza from Pfizer, Promacta from GlaxoSmithKline, and Viviant/Conbriza from Pfizer. The company through its subsidiary, CyDex Pharmaceuticals, Inc., offers four marketed products, as well as has one approved product, a portfolio of partnered drug development programs, an internal pipeline of proprietary drugs, and the Captisol drug formulation platform technology.

 ROTH   **Page 2 of 5**

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

**LIGAND PHARMACEUTICALS, INC.**                    **Flash Note - May 14, 2014**

Ligand Pharmaceuticals Incorporated was formerly known as Progenx Inc. and changed its name in 1989. The company was founded in 1987 and is based in La Jolla, California.



ROTH   Page 3 of 5

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144171
EPROD-SEC-LIT-E-000146632

**LIGAND PHARMACEUTICALS, INC.**                    **Flash Note - May 14, 2014**

Regulation Analyst Certification ("Reg AC"): The research analyst primarily responsible for the content of this report certifies the following under Reg AC: I hereby certify that all views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

## Disclosures:

ROTH makes a market in shares of Ligand Pharmaceuticals, Inc. and as such, buys and sells from customers on a principal basis.

**On September 28, 2010, ROTH changed its rating system in order to replace the Hold rating with Neutral.**
**On May 26, 2011, ROTH changed its rating system in order to incorporate coverage that is Under Review.**



Each box on the Rating and Price Target History chart above represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first note written during the past three years. **Distribution Ratings/IB Services** shows the number of companies in each rating category from which Roth or an affiliate received compensation for investment banking services in the past 12 month.

### Distribution of IB Services Firmwide

| Rating | Count | Percent | IB Serv./Past 12 Mos. as of 05/14/14 Count | Percent |
|---|---|---|---|---|
| Buy [B] | 179 | 80.27 | 100 | 55.87 |
| Neutral [N] | 23 | 10.31 | 8 | 34.78 |
| Sell [S] | 1 | 0.45 | 0 | 0 |
| Under Review [UR] | 19 | 8.52 | 12 | 63.16 |

Ratings System Definitions - ROTH employs a rating system based on the following:

**Buy:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation of a total return of at least 10% over the next 12 months.

**Neutral:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation of a total return between negative 10% and 10% over the next 12 months.

**Sell:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation that the price will depreciate by more than 10% over the next 12 months.

**Under Review [UR]:** A rating, which at the time it is instituted and or reiterated, indicates the temporary removal of the prior rating, price target and estimates for the security. Prior rating, price target and estimates should no longer be relied upon for UR-rated securities.

**Not Covered [NC]:** ROTH does not publish research or have an opinion about this security.

ROTH Capital Partners, LLC expects to receive or intends to seek compensation for investment banking or other business relationships with the covered companies mentioned in this report in the next three months. The material, information and facts discussed in this report other than the information regarding ROTH Capital Partners, LLC and its affiliates, are from sources believed to be reliable, but are in no way guaranteed to be complete or accurate. This report should not be used as

**ROTH** Ⓡ     **Page 4 of 5**

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144172
EPROD-SEC-LIT-E-000146633

**LIGAND PHARMACEUTICALS, INC.**　　　　　　　　　　　　　　　　**Flash Note - May 14, 2014**

a complete analysis of the company, industry or security discussed in the report. Additional information is available upon request. This is not, however, an offer or solicitation of the securities discussed. Any opinions or estimates in this report are subject to change without notice. An investment in the stock may involve risks and uncertainties that could cause actual results to differ materially from the forward-looking statements. Additionally, an investment in the stock may involve a high degree of risk and may not be suitable for all investors. No part of this report may be reproduced in any form without the express written permission of ROTH. Copyright 2014. Member: FINRA/SIPC.



ROTH　　　Page 5 of 5

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144173
EPROD-SEC-LIT-E-000146634

# EQUITY RESEARCH
Life Sciences | Biopharmaceuticals



## Earnings Review

May 8, 2014

| | |
|---|---|
| TICKER | NASDAQ: LGND |
| RATING | BUY |
| PRICE TARGET | $96.00 |
| Price ( May 07 , 2014 ) | $65.37 |

### Market Data and Valuation Metrics

| | |
|---|---|
| Market Cap (M): | $1,354.8 |
| Shares out (M): | 20.7 |
| Float (M): | 16.6 |
| Daily Vol, 3 Mo Avg (M): | 0.4 |
| 52-Week Range: | $80.42-$25.71 |
| Cash & Cash Eq (M): | $25.3 |
| Debt (M): | $6.2 |

*As for debt, Ligand expects to pay off the remaining debt balance by the August 1, 2014 maturity date.*

### Finance Metrics

| | |
|---|---|
| Short Interest (M): | 3.5 |
| Instit. Holdings (%): | 76.1% |
| Cash Burn (M): | NA |
| Short Interest (% of Float): | 21.9% |

*Ligand is now profitable (hence no cash burn estimate).*

### EPS

| | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| 2013 | 0.21A | 0.14A | 0.19A | 0.35A | 0.90A |
| 2014 | 0.35A | 0.12E | 0.51E | 0.57E | 1.45E |
| 2015 | — | — | — | — | 3.04E |

### Revenue ($M)

| | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| 2013 | 11.7A | 9.6A | 13.0A | 14.7A | 49.0A |
| 2014 | 16.0A | 9.4E | 17.1E | 18.8E | 63.6E |
| 2015 | — | — | — | — | 101.6E |

### 3-Year Price History



*Created by BlueMatrix*

www.ligand.com

## Ligand Pharmaceuticals Inc
*1Q Review: A Big Beat; 2Q Guidance Looks Bad, but It's Not*

In a previous note, we had hinted that LGND could post a big 1Q print, and yday, indeed LGND did, driven by strength across its businesses and some one-time items. The stock found itself down most of the day, however, on 2Q guidance that came in below us and consensus. That said, we're not concerned about the guidance, as in our view, the lower numbers can be easily explained by: 1) the impact of Avinza going generic; and 2) the timing of certain events (which while boosting 1Q, will hurt 2Q). We estimate a $0.09 total hit to 2Q EPS, and when applying this to our prior 2Q estimate, we end up smack dab in the middle of LGND's $0.11-$0.13 guidance range. Thus, we're not fazed at all, and with a view that the underlying business remains very strong, and that post-2Q results should improve in 3Q and 4Q, we maintain our Buy rating.

- **1Q beat, 2014 guidance reaffirmed.** LGND reported rev of $15.9M (+36% y/y) and adj. EPS of $0.35 (+59% y/y), easily surpassing us and consensus. Within rev, royalties were $7.9M (+35% y/y, driven by Promacta), material sales (Captisol) were $5.7M (+280%), and collaborative rev were $2.4M (-44%, due to lumpiness in milestones). See p.2 for our 4Q variance table. LGND also reaffirmed '14 guidance of $62-64M and adj. EPS of $1.40-$1.45.

- **2Q guidance/our new estimates.** For 2Q, LGND guided rev to $9.0-$9.5M (vs. our $11.9M) and adj. EPS of $0.11-$0.13 (vs. our $0.21). But the lowered guidance can be explained: 1) Avinza (a minor contributor to rev, just $0.35M in 1Q) went generic in Feb (is a $0.02 hit), 2) a $1M milestone from Merck (MRK, NR) for Noxafil IV's US approval came a quarter early when the product was approved in 1Q (vs. original 2Q, a $0.05 hit); and 3) anticipated 2Q Captisol orders came in during 1Q instead (a $0.02 hit). Thus, for 2Q EPS, we're now at $0.12, with rev at $9.4M. Please see p.2 for our model tweaks.

- **More on Duavee.** Launched in 1Q, partner Pfizer (PFE, NR) sees Duavee as a potential new standard of care for treating moderate-to-severe hot flashes in menopausal women, potentially replacing Premarin ($1.1B in 2013). In its earnings calls this week, PFE commented on how important Duavee was to its current growth plans, which left us encouraged. A key next step will be approval in the EU, which could happen next month.

- **Cash/catalysts.** Now cash flow positive, LGND ended 1Q with $25.6M in cash and equivalents and expects to debt free by 3Q (only $5M in debt left). Next catalyst will be the single-dose ascending P1 data for lead internal asset, LGD-6972 (a glucagon receptor antagonist) at ADA (June 13-17, SF). LGD-6972 is an oral, small molecule for type 2 diabetes, and we are hopeful that partnering interest for this candidate will increase following that data presentation. Looking further out, by year-end, we are expecting two add'l revenue streams: 1) Lundbeck's (LUN.CO, NR) Carbella (an IV version of an already approved drug); and 2) an undisclosed Hospira (HSP, NR) product.

- **Valuation/risks.** Our PT is based on a DCF (10% disc. rate, 5% terminal growth). Risks include: failure of key products to meet our rev forecasts; clinical/regulatory failure of remaining assets; and any dilutive financings.

---

**IMPORTANT DISCLOSURES AND CERTIFICATIONS.**

MLV & Co LLC is a provider of research and execution services. MLV is a member of FINRA. MLV does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Please see important disclosures on page 4 - 6.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144228
EPROD-SEC-LIT-E-000146689

MLV & Co Investment Research                                          Ligand Pharmaceuticals Inc

## 1Q14 Results

### Exhibit 1:  1Q14 Variance Table

**1Q14 Estimates and Reported Results**

| ($000s, except EPS) | 1Q14 Guidance | 1Q14 Actual Results | 1Q14 MLV Estimates | Variance | Consensus |
|---|---|---|---|---|---|
| Total Revenue | $13,000-$14,000 | $15,958 | $13,992 | **$1,966** | $13,629 |
| COGS | - | $2,451 | $1,671 | **$780** | - |
| R&D | - | $3,131 | $2,500 | **$631** | - |
| G&A | - | $5,072 | $4,500 | **$572** | - |
| Total OpEx | - | $10,858 | $8,746 | **$2,112** | - |
| Operating Income | - | $7,345 | $5,248 | **$2,097** | $4,952 |
| Non-GAAP Net Income* | - | $7,345 | $5,047 | **$2,298** | $4,476 |
| Diluted Non-GAAP EPS* | $0.22-$0.25 | $0.35 | $0.24 | **$0.11** | $0.21 |

*Net Income & EPS only includes Continuing Ops

 Note:  Consensus EPS and Net income may not include Continuing and Discontinued Income

*Source:  MLV and Co., Company Reports, and Bloomberg.*

### Exhibit 2:  Changes to Estimates

($ in thousands, except EPS)

| Item | 2Q14E | | | 3Q14E | | | 4Q14E | | | 2014E | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NEW | OLD | % Chg | NEW | OLD | % Chg | NEW | OLD | % Chg | NEW | OLD | % Chg |
| Total Revenue | 9,395 | 11,884 | (21%) | 17,052 | 14,598 | 17% | 18,847 | 22,915 | (18%) | 63,596 | 63,640 | (0%) |
| COGS | 1,214 | 1,519 | (20%) | 1,734 | 1,671 | 4% | 1,575 | 2,094 | (25%) | 6,975 | 6,954 | 0% |
| R&D | 2,200 | 2,300 | (4%) | 2,000 | 2,400 | (17%) | 2,000 | 2,400 | (17%) | 9,331 | 9,600 | (3%) |
| G&A | 3,500 | 4,600 | (24%) | 3,000 | 4,600 | (35%) | 3,000 | 4,600 | (35%) | 14,572 | 18,300 | (20%) |
| Total OpEx | 6,979 | 8,484 | (18%) | 6,784 | 8,721 | (22%) | 5,031 | 7,160 | (30%) | 24,253 | 28,250 | (14%) |
| Operating Income | 2,416 | 3,401 | (29%) | 10,268 | 5,878 | 75% | 12,240 | 13,661 | (10%) | 32,368 | 28,435 | 14% |
| Non-GAAP Net Income | 2,606 | 4,523 | (42%) | 11,068 | 7,450 | 49% | 12,445 | 13,878 | (10%) | 31,008 | 30,823 | 1% |
| Diluted Non-GAAP Income | $0.12 | $0.21 | (43%) | $0.51 | $0.35 | 47% | $0.57 | $0.65 | (11%) | $1.45 | $1.45 | (0%) |

*Source:  MLV and Co.,*

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144229
EPROD-SEC-LIT-E-000146690

MLV & Co Investment Research

Legend Pharmaceuticals, Inc.

**Exhibit 3:  P&L Statement**

| Year ended December 31 | FY 2012 | FY 2013 | 1Q Mar-14A | 2Q Jun-14E | 3Q Sep-14E | 4Q Dec-14E | FY 2014E | FY 2015E | FY 2016E | FY 2017E | FY 2018E | FY 2019E | FY 2020E | FY 2021E | FY 2022E | FY 2023E | FY 2024E | FY 2025E | FY 2026E | FY 2027E | FY 2028E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | | | | | | | | |
| **Revenues:** | | | | | | | | | | | | | | | | | | | | | |
| Royalties | 14,073 | 20,584 | 7,850 | 5,201 | 7,452 | 9,572 | 32,418 | 58,837 | 87,006 | 126,906 | 172,513 | 221,572 | 269,702 | 311,896 | 353,699 | 397,559 | 441,736 | 485,676 | 530,177 | 578,570 | 627,358 |
| Material sales (Capteol) | 9,432 | 19,071 | 5,715 | 3,194 | 5,100 | 4,775 | 18,784 | 23,756 | 30,903 | 38,764 | 46,388 | 53,161 | 59,110 | 65,961 | 73,919 | 82,867 | 90,272 | 105,288 | 118,908 | 134,823 | 153,021 |
| Collaborative R&D and other revenues | 7,893 | 6,319 | 2,393 | 1,000 | 5,500 | 4,500 | 12,960 | 19,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| **Total revenues** | 31,398 | 45,974 | 15,958 | 9,395 | 17,992 | 18,847 | 63,594 | 101,593 | 122,896 | 170,672 | 223,901 | 279,733 | 333,812 | 382,858 | 432,698 | 485,726 | 546,998 | 596,014 | 654,076 | 718,393 | 785,359 |
| COGS | 3,601 | 5,733 | 2,451 | 1,214 | 1,734 | 1,579 | 6,975 | 6,315 | 10,731 | 9,681 | 11,592 | 13,290 | 14,777 | 16,486 | 18,425 | 20,717 | 23,519 | 26,509 | 29,750 | 33,700 | 38,255 |
| **Gross Profit** | 27,797 | 43,241 | 13,507 | 8,181 | 15,318 | 17,271 | 54,275 | 93,278 | 112,028 | 160,991 | 212,260 | 269,442 | 319,035 | 369,369 | 414,234 | 465,009 | 516,803 | 569,904 | 624,426 | 684,087 | 747,104 |
| *Gross margin %* | *88.5%* | *68.3%* | *84.6%* | *87.1%* | *85.1%* | *91.6%* | *85.3%* | *91.8%* | *91.2%* | *94.3%* | *94.8%* | *96.2%* | *95.6%* | *96.7%* | *95.7%* | *95.7%* | *95.7%* | *95.6%* | *95.5%* | *95.3%* | *95.1%* |
| **Operating expenses:** | | | | | | | | | | | | | | | | | | | | | |
| R&D | 10,796 | 9,275 | 3,131 | 2,209 | 2,000 | 2,000 | 9,391 | 9,708 | 10,185 | 10,495 | 10,810 | 11,134 | 11,468 | 11,812 | 12,167 | 12,532 | 12,908 | 13,295 | 13,694 | 14,105 | 14,528 |
| *% of Revenue* | *34.4%* | *19.8%* | *19.6%* | *23.6%* | *11.7%* | *10.8%* | *14.7%* | *9.6%* | *8.3%* | *6.1%* | *4.8%* | *4.0%* | *3.4%* | *3.1%* | *2.8%* | *2.6%* | *2.4%* | *2.2%* | *2.1%* | *2.0%* | *1.8%* |
| G&A | 19,105 | 17,084 | 5,322 | 3,500 | 3,500 | 3,603 | 14,921 | 15,031 | 15,484 | 15,935 | 16,401 | 16,891 | 17,403 | 17,937 | 18,459 | 19,013 | 19,584 | 20,171 | 20,777 | 21,399 | 22,041 |
| *% of Revenue* | *51.3%* | *38.7%* | *31.9%* | *37.3%* | *17.6%* | *15.9%* | *22.9%* | *14.8%* | *12.6%* | *9.3%* | *7.3%* | *6.0%* | *5.2%* | *4.7%* | *4.3%* | *3.9%* | *3.4%* | *3.4%* | *3.2%* | *3.0%* | *2.6%* |
| Other operating expense | 315 | 1,041 | 304 | 65 | 60 | 31 | 359 | 360 | 283 | | | | | | | | | | | | |
| **Total OpEx** | 30,814 | 34,052 | 10,858 | 6,979 | 6,784 | 5,621 | 24,253 | 25,157 | 25,982 | 26,416 | 27,211 | 28,027 | 28,868 | 29,734 | 30,626 | 31,545 | 32,491 | 33,466 | 34,470 | 35,504 | 36,569 |
| **Operating income** | 574 | 14,941 | 5,100 | 2,416 | 10,268 | 12,240 | 33,386 | 68,121 | 86,145 | 134,583 | 185,078 | 238,415 | 290,167 | 338,826 | 383,608 | 433,464 | 484,199 | 536,238 | 589,956 | 648,183 | 710,535 |
| Other income (expense), net | (4,439) | (5,754) | (2,950) | 2,100 | (594) | (2,600) | (3,444) | 525 | 515 | 607 | 1,231 | 1,526 | 1,888 | 2,276 | 2,693 | 3,130 | 3,589 | 4,069 | 4,620 | 5,163 | 5,751 |
| Pre-tax income (loss) | (3,865) | 9,257 | 2,150 | 4,516 | 9,674 | 10,340 | 28,924 | 68,447 | 86,660 | 135,370 | 186,289 | 239,943 | 292,055 | 338,904 | 386,299 | 436,595 | 487,797 | 540,437 | 594,576 | 654,346 | 716,285 |
| Tax | 1,191 | (373) | (52) | 90 | 193 | 205 | 436 | 1,569 | 1,733 | 2,707 | 3,726 | 83,990 | 102,219 | 118,616 | 135,205 | 152,808 | 170,729 | 189,153 | 208,102 | 229,021 | 250,080 |
| *Tax rate* | | | *-2.0%* | *2.0%* | *2.0%* | *2.0%* | *1.5%* | *2.0%* | *2.0%* | *2.0%* | *2.0%* | *35.0%* | *35.0%* | *35.0%* | *35.0%* | *35.0%* | *35.0%* | *35.0%* | *35.0%* | *35.0%* | *35.0%* |
| **Non-GAAP net income from continuing operations** | (1,926) | 18,573 | 7,340 | 2,508 | 11,050 | 12,449 | 21,906 | 67,078 | 84,927 | 132,662 | 182,564 | 155,953 | 189,836 | 220,288 | 251,093 | 283,786 | 317,068 | 351,284 | 386,474 | 425,321 | 465,573 |
| **Non-GAAP diluted EPS from continuing operations** | $(0.05) | $2.09 | $0.35 | $0.12 | $0.51 | $0.57 | $1.45 | $3.04 | $3.73 | $5.56 | $7.57 | $6.35 | $7.42 | $8.38 | $9.35 | $10.15 | $11.01 | $11.94 | $12.95 | $13.91 | $14.35 |
| Diluted shares | 19,950 | 20,745 | 21,008 | 21,358 | 21,506 | 21,808 | 21,430 | 22,076 | 22,238 | 23,830 | 24,123 | 24,547 | 25,652 | 26,360 | 27,151 | 27,985 | 28,834 | 29,688 | 30,559 | 31,475 | 32,419 |

Source: MLV and Co.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144230
EPROD-SEC-LIT-E-000146691

MLV & Co Investment Research                                    Ligand Pharmaceuticals Inc

## IMPORTANT DISCLOSURES

### Analyst Certification

The research analyst, Graig C. Suvannavejh, who is primarily responsible for the preparation of this research report, certifies that (i) all views expressed in this research report accurately reflect the analyst's personal views about any and all the subject issuer and security featured in this report and (ii) no part of the analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

### Rating and Price Target History

MLV disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies initiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available upon request.

All required current disclosures on subject companies covered in this report may be obtained by contacting Randy Billhardt at MLV at 212-542-5882 or rbillhardt@mlvco.com.

**Ligand Pharmaceuticals Inc (LGND): Share Price (in USD) and Volume History as of 05-07-2014**





Created by BlueMatrix                                                    (millions)


## MLV RATING ALLOCATION (as of May 07, 2014)

BUY: MLV projects that the subject company's stock price will increase in value by 20% or more in the next 12 months.

HOLD: MLV projects that the subject company's stock price will trade in a range not more than 20% above or below its current price.

SELL: MLV projects that the subject company's stock price will decrease in value by 20% or more in the next 12 months.

| Rating | COMPANIES UNDER COVERAGE | | INVESTMENT BANKING SERVICE WITHIN 12 MONTHS | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| BUY | 86 | 63.24% | 39 | 28.68% |
| HOLD | 50 | 36.76% | 20 | 14.71% |
| SELL | 0 | 0.00% | 0 | 0.00% |

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144231
EPROD-SEC-LIT-E-000146692

**Issuer Specific Disclosures**

MLV or any affiliate expects to receive or intends to seek compensation for investment banking services from Ligand Pharmaceuticals Inc in the next 3 months.

**Additional Disclosures**

The analyst primarily responsible for the preparation of this research report is a registered agent of MLV & Co LLC. An analyst or a member of its household may not purchase the securities of a subject company 30 days before or 5 days after the issuance of a research report or a change in ratings or price target, trade inconsistent with the views expressed by the research analyst, and all transactions in a research analyst's personal trading must be pre-approved. Neither the research analyst nor a member of his or her household may own any securities of the subject company based on the same standards used to compute beneficial ownership for the purpose of reporting requirements under 13(d) of the Securities Act of 1934. The research analyst has not made a public appearance in front of more than 15 persons to discuss the subject company and does not know or have reason to know at the time of this publication of any other material conflict of interest. Neither MLV nor its research analysts have any knowledge of any material conflict of interest involving the company(ies) mentioned in this report and the firm. Research analysts at MLV do not receive any compensation based on investment banking revenues.

MLV is a U.S. registered broker-dealer and member of the FINRA and SIPC. This research report is prepared for institutional and other qualified investors. The information herein does not constitute a solicitation of an offer to buy or an offer to sell any security nor is it intended to be a complete summary or statement of all available data. This report is not produced based on any individual entities investment objectives or financial situation and opinions contained herein are subject to change without notice and reflect our judgment on the date of this report. Any opinions, estimates or projections expressed in this report may assume some economic industry and political considerations and constitute current opinions, at the time of issuance, and are subject to change. Calculations of price targets are based on a combination of one or more methodologies generally accepted among financial analysts, including but not limited to, analysis of multiples and/or discounted cash flows (whether whole or in part), or any other method which may be applied. Any estimates or forecasts contained in this report may not be met and past performance is not an indication of future results. Rating, target price and price history information on the subject company in this report is available upon request.

The securities discussed in this report are speculative and not suitable for all investors. Investors should consider this report as only a single factor in making their investment decision and should make their own decision based on their specific financial situation and investment objectives. As with any transaction having tax implications, investors should consult with their tax advisor before making investment decisions designed to generate tax benefits. As a matter of policy MLV does not offer tax advice and nothing herein should be construed as offering such advice.

Although the statements of fact in this report have been obtained from and are based upon outside sources that MLV believes to be reliable, MLV does not guarantee the accuracy or completeness of material contained in this report. The value of this security is subject to many variables, including, but not limited to, capital market conditions, interest rates, competition, regulatory environment and clinical trial results. Securities prices fluctuate and investors may receive back less than originally invested and are not guaranteed. The securities recommended, offered, or sold by the firm, are not insured by the Federal Deposit Insurance Corporation, are not deposits or other obligations of any insured depository institution, and are subject to risks, including the possible loss of principal amount invested.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144232
EPROD-SEC-LIT-E-000146693

MLV & Co Investment Research                                    Ligand Pharmaceuticals Inc

## OTHER IMPORTANT INFORMATION

No part of this document may be copied, photocopied, or duplicated in any form or other means redistributed or quoted without the prior written consent of MLV & Co LLC.

To receive any additional information upon which this report is based, including disclosures please contact MLV at 212-542-5880 or write to: Research Department, MLV & Co LLC, 1251 Avenue of the Americas, 41st Floor, New York, NY 10020.

Copyright 2012 MLV & Co LLC. All rights reserved.

LOCATIONS                        CONTACT INFORMATION

**New York**
1251 Avenue of the Americas
41st Floor
New York, NY 10020
212-542-5880

**Houston**
520 Post Oak Blvd
Suite 850
Houston, TX 77027
832-208-2030

**Denver**
1738 Wynkoop Street
Suite 202
Denver, CO 80202
303-217-4050

**San Francisco**
505 Sansome Street
Suite 375
San Francisco, CA 94111
212-542-5880

**Research | Life Sciences**

Graig C. Suvannavejh, Ph.D.
gsuvannavejh@mlvco.com
212-542-5874

Vernon T. Bernardino
vbernardino@mlvco.com
646-412-7675

**Sales and Trading**

Scott Ammaturo
sammaturo@mlvco.com
646-556-9218

Roger Weiss
rweiss@mlvco.com
212-542-5867

Brian M. Dorst
bdorst@mlvco.com
212-542-5879

Brad Deason
bdeason@mlvco.com
832-319-2029

Alec Taliaferro
ataliaferro@mlvco.com
646-556-9201

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144233
EPROD-SEC-LIT-E-000146694



**CRAIG-HALLUM**
CAPITAL GROUP LLC

**Matt G. Hewitt**
Senior Research Analyst
612-334-6314
Matthew.hewitt@craig-hallum.com

**Dillon Hoover**
Research Analyst
612-334-6352
Dillon.hoover@craig-hallum.com

**Matt H. Tiampo**
Senior Research Analyst
612-334-6356
matt.tiampo@craig-hallum.com
**www.craig-hallum.com**

| Changes | Previous | Current |
|---|---|---|
| Rating: | | Buy |
| Fundamental Trend: | | Improving |
| Price Target: | -- | $90.00 |
| FY14E Rev M: | -- | $64.0 |
| FY15E Rev M: | -- | $87.0 |
| FY14E EPS: | -- | $1.45 |
| FY15E EPS: | -- | $2.35 |

| Profile | |
|---|---|
| Price: | $65.37 |
| 52 Wk Range: | $26.29  -  $80.42 |
| Avg Daily Vol: | 394,810 |
| Shares Out M: | 20.6 |
| Market Cap M: | $1,346.7 |
| Insiders Own: | 16% |
| Short Interest (M): | 3.50 |
| BV/Sh: | $3.06 |
| Est LT EPS Gr: | 30% |
| Net Cash/Sh: | $1.01 |
| Debt / Capital: | 8% |
| Year Ends: | Dec. |

| Rev (M) | 2013A | 2014E | 2015E |
|---|---|---|---|
| Mar | $11.7 | $16.0A | - |
| Jun | $9.6 | $9.4 | - |
| Sep | $13.0 | $16.4 | - |
| Dec | $14.7 | $22.3 | - |
| FY | $49.0 | $64.0 | $87.0 |

| Adj. EPS* | 2013A | 2014E | 2015E |
|---|---|---|---|
| Mar | $0.21 | $0.35A | - |
| Jun | $0.14 | $0.12 | - |
| Sep | $0.19 | $0.40 | - |
| Dec | $0.35 | $0.64 | - |
| FY | $0.90 | $1.45 | $2.35 |

* Ex. Stock Comp, 1x items & Contingent Liability Adjustment

| | | | |
|---|---|---|---|
| FY P/E | 73.0x | 45.1x | 27.8x |
| FY EV/S | 27.1x | 20.7x | 15.2x |

| Management | |
|---|---|
| CEO | John Higgins |
| CFO | Nishan de Silva |
| EVP & COO | Matt Foehr |

May 8, 2014
Institutional Research

# Ligand Pharmaceuticals, Inc.     **BUY**
(LGND - $65.37)                Price Target:  $90

**Strong Q1 Borrows From Q2, Earlier Development Progress Likely To Pay Future Dividends.  Reiterating Our BUY Rating And $90 Price Target.**

*Ligand Pharmaceuticals acquires, develops and partners pharmaceutical product candidates.*

## OUR CALL

Yesterday's reported Q1 results from LGND scrolled significantly higher than our and the consensus estimates on both the top and bottom-line.  The Company was the benefactor of a $1M royalty payment from Merck, its partner, when its application for the antifungal NOXAFIL® was approved one quarter ahead of schedule and was the largest contributor to the outperformance. Considering the revenue pull-forward, guidance for Q2 came up light relative to expectations (see table below). We strongly reiterate our positive position that the underlying business remains strong and that investors should disregard the transient fluctuations quarter-to-quarter. LGND's unique royalty driven business model led by its two current marquee revenue-generating assets (Promacta® and Kyprolis®) and 90+ programs and 55+ partners present an attractive investment for biotech investors looking to avoid the traditional coin-flip opportunities.

| | Q1'14 | | Q2'14 | | FY'14 | | FY'15 | |
|---|---|---|---|---|---|---|---|---|
| | Rev | EPS | Rev | EPS | Rev | EPS | Rev | EPS |
| **Actuals:** | $16.0 | $0.35 | — | — | — | — | — | — |
| C-H Previous Est. | $13.7 | $0.24 | $12.4 | $0.21 | $64.0 | $1.45 | $87.0 | $2.35 |
| Prior Consensus Est. | $13.6 | $0.25 | $13.1 | $0.23 | $63.3 | $1.46 | $88.5 | $2.40 |
| Prior Guidance | $13-$14 | $0.22-$0.25 | — | — | $62-$64 | $1.40-$1.45 | — | — |
| **Guidance:** | | | $9-$9.5 | $0.11-$0.13 | $62-$64 | $1.40-$1.45 | >$81 | >$2.13 |
| C-H Revised Est. | | | $9.4 | $0.12 | $64.0 | $1.45 | $87.0 | $2.35 |

Source: Ligand Pharmaceuticals, Inc., Thomson One and Craig-Hallum Capital Group

## Key Takeaways

- **Q1 Beat And Lower Q2 Guidance Leave Our Estimates Largely Unchanged, Earlier Development Progress Likely To Pay Future Dividends** – Revenue ($16M, +37% Y/Y) and Adj. EPS ($0.35, +65% Y/Y) highlight the impressive leverage in this model and exceeded our and the consensus estimates. Ligand provided Q2 guidance below consensus estimates, while simultaneously reiterating FY14 guidance. Earlier than anticipated milestones and materials sales, as partnered programs continued to progress ahead of schedule, aided Q1 at the expense of Q2.

- **Promacta® & Kyprolis® Update** – Sales from LGND's two marquee assets came up light of expectations in Q1 (Q2 revenue-effect) as poor weather and negative currency impact hampered results.  We continue to believe that a high ceiling exists for both these products and highlight near term catalysts for both (clinical data later this quarter for Kyprolis® and a regulatory decision in Severe Aplastic Anemia for Promacta®).

- **Duavee® & NOXAFIL® Injection Launched** – The Company felt it was too early to throw numbers behind the mid-February rollout of Duavee®, but noted comments made by Pfizer's Management team that women's health, led by Duavee® will be a high priority growth driver. Notably ahead of schedule, MRK received FDA clearance for and subsequently launched NOXAFIL® injection in March bringing the commercialized partnered program tally to seven.

*Management of LGND will be meeting with investors at the Craig-Hallum Institutional Investor Conference on May 28, 2014 in Minneapolis.*

---

**SEE LAST PAGE FOR IMPORTANT DISCLOSURES**

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144222
EPROD-SEC-LIT-E-000146683

CRAIG-HALLUM
CAPITAL GROUP LLC

**May 8, 2014**

**Avinza® Contribution Tapering Off** – A generic version of Avinza® was launched in the quarter which will cause royalties generated from the product to decline at a quicker pace than initially expected. Management noted that the product has been in decline over the past several quarters and is not material to forward-looking estimates as other shots-on-goal continue to reach the market.

## OUR VIEW OF THE QUARTER & ESTIMATES CHANGES

**Ligand First Quarter Results Snapshot**

| | Actual | Estimate | Variance | Notes: | Last Q | Q/Q Growth | Last Y | Y/Y Growth |
|---|---|---|---|---|---|---|---|---|
| Revenue | $16.0 | $13.7 | $2.2 | Significantly higher than estimates driven by robustness in Material Sales and Milestones segments | $14.7 | 8% | $11.7 | 37% |
| Gross Profit | $13.5 | $11.5 | $2.0 | | $13.4 | 1% | $11.0 | 23% |
| R&D | $3.1 | $2.9 | $0.2 | | $2.4 | 32% | $2.5 | 27% |
| G&A | $5.1 | $4.7 | $0.4 | | $4.4 | 15% | $4.5 | 13% |
| Total Operating Expenses | $8.4 | $7.6 | $0.8 | Slightly ahead of our model but easily absorbed by Revenue & GM overages | $7.0 | 20% | $7.1 | 19% |
| Adj. Operating Income | $7.2 | $5.6 | $1.6 | Better than expected due to upside performances in both Revenue and GM | $7.9 | -10% | $5.1 | 42% |
| Adj. EPS | $0.35 | $0.24 | $0.11 | Revenue outperformance highlighted the inherent leverage driving a sizeable beat | $0.35 | -1% | $0.21 | 65% |
| Gross Margin | 84.6% | 83.9% | 0.8% | Better than our estimate due to overall revenue mix to Royalties & Milestones | 91.1% | -6% | 94.3% | -10% |
| Adj. Operating Margin | 44.9% | 41.0% | 3.9% | Noticeably better than modeled due to meaningful upside in Materials gross margin | 53.9% | -9% | 43.4% | 2% |
| Adj. Net Margin | 46.0% | 36.4% | 9.6% | | 49.9% | -4% | 36.6% | 9% |

*Source: Ligand Pharmaceuticals, Inc. and Craig-Hallum Capital Group*

### Estimate Changes

| $ in mls | Q2'14 New | Q2'14 Prev. | FY14 New | FY14 Prev. | FY15 New | FY15 Prev. |
|---|---|---|---|---|---|---|
| **Revenue** | $9.4 | $12.4 | $64.0 | $64.0 | $87.0 | $87.0 |
| Y/Y Growth* | -1.7% | 29.2% | 30.7% | 30.7% | 35.9% | 35.9% |
| **Royalties** | $5.3 | $6.5 | $30.2 | $33.8 | $53.3 | $53.7 |
| Y/Y Growth | 6.9% | 32.9% | 27.8% | 43.4% | 76.6% | 58.7% |
| **Materials Sales** | $2.9 | $4.0 | $21.0 | $19.1 | $22.0 | $22.0 |
| Y/Y Growth | -27.0% | 0.2% | 10.0% | 0.2% | 4.8% | 15.2% |
| **Collaborative R&D & Other** | $1.3 | $1.8 | $12.9 | $11.1 | $11.8 | $11.3 |
| Y/Y Growth | 86.3% | 175.1% | 103.7% | 75.2% | -8.7% | 2.1% |
| **Adj. Operating Income** | $3.0 | $5.1 | $33.6 | $33.2 | $53.6 | $53.5 |
| Y/Y growth | -13.6% | 46.2% | 59.1% | 57.2% | 59.6% | 61.2% |
| **Adj. EPS** | $0.12 | 0.21 | $1.45 | $1.45 | $2.35 | $2.35 |
| Y/Y growth | -18.4% | 47.7% | 61.8% | 61.5% | 62.4% | 62.2% |
| **Gross Margin** | 90.7% | 87.1% | 88.6% | 87.6% | 88.3% | 89.0% |
| **Adj. Operating Margin** | 32.0% | 41.2% | 52.4% | 51.8% | 61.6% | 61.4% |
| **Adj. Net Margin** | 26.4% | 36.4% | 48.4% | 48.4% | 59.2% | 59.0% |

*Source: Craig-Hallum*

LGND's balance sheet included $26.6M of cash and investments exiting Q1, a sequential increase of $9.3M after paying down $3.4M in debt during the quarter. DSO ticked up to 26 from 14 last quarter but down 10 from a year ago and remain within the expected range. LGND remains in an excellent position to evaluate and execute on an increasingly wide range of strategies to add to its portfolio of >90 partnered assets, including capitalizing on a seemingly voracious appetite by investors for new biotech ventures. Management believes that while traditional license deals will continue to be a staple of their diet, the recent capital markets environment is furnishing a growing number of new company/product spin-out opportunities as a means to monetize a significant stockpile of yet to be partnered assets.

---

**Ligand Pharmaceuticals, Inc.**
**Institutional Research**

**Page 2 of 6**

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144223
EPROD-SEC-LIT-E-000146684

CRAIG-HALLUM
CAPITAL GROUP LLC

## STOCK OPPORTUNITY

Given a larger than ever and expanding portfolio of current and potential future royalty generating assets, a broad pipeline of partnerships (now >90 programs with >55 partners), and a model inherently geared to deliver very high profit margins, we believe there is tremendous value creation in motion at Ligand. We believe that over the long run LGND can consistently generate annual top-line growth of 30%+ with 60%+ operating margins driven by ongoing success with already commercialized products and new contributions via royalty streams generated by products currently in the latter stages of clinical development. We are maintaining a Buy rating. Our $90 price target is a function of our long term DCF analysis (see page 5) and would reflect the shares attaining a valuation of ~38x our 2015 Adj. EPS estimate of $2.35. Given our view that this P/E multiple, for a truly differentiated, rapidly growing, and royalty driven business, would be both reasonable and sustainable, it is not difficult to see where this stock can go as visibility improves for EPS power of $4 to $5 in the 2017 to 2018 timeframe.

## RISKS

We believe an investment in Ligand involves the following risks:

- **Dependence on Collaborative Partners**
  Ligand licenses rights to its products to strategic partners who are responsible for research and development, marketing, and sales of the finished products. Disruptions or changes at strategic partners could have an adverse impact on investor perception of future financial results.
- **Government Regulation**
  The Pharmaceutical industry is highly regulated at both state and federal levels. Changes to existing regulation or new legislation could have a material adverse effect on LGND's business and financial performance.
- **Dependence On Suppliers**
  The Company relies on a contract manufacturer to supply it with Captisol®. Captisol® is supplied by Hovione FarmaCiencia SA a major global supplier of API located in Portugal. An interruption to Ligand's supply of Captisol® could have an adverse effect on LGND's results.
- **Risk Related to Internal Financial Controls**
  Small companies are especially exposed to the risks of lack of internal financial controls. Ligand has enhanced their controls over determinations of the fair value of contingent liabilities with a formal review process. The existence of a material weakness in the company's financial controls could result in costs to rectify internal controls.
- **Revenue Concentration**
  The Company derives a substantial portion of its revenues from royalties associated with two products, Promacta (GSK) and Kyprolis (Onyx). Significant setbacks for either of these two products could have a substantial impact on the Company's results.
- **Intellectual Property**
  The Company's financial success is dependent on its ability to secure and enforce its substantial intellectual property and trade secrets. If LGND is forced to defend its intellectual property through litigation, or if it is unable to maintain its intellectual property and secure new patents, it may incur extra expenses and financial results may be adversely affected.

---

**Ligand Pharmaceuticals, Inc.**
**Institutional Research**

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144224
EPROD-SEC-LIT-E-000146685



May 8, 2014

## Financials

*Ligand Pharmaceuticals, Inc., Financial Model*

FISCAL YEAR ENDS DECEMBER

Ligand Pharmaceuticals, Inc.
Institutional Research

Page 4 of 6

SEC-Lemelson-E-0144225
EPROD-SEC-LIT-E-000146686



May 8, 2014

## Discounted Cash Flow Model

**Ligand Pharmaceuticals, Inc.**
**Discounted Cash Flow Model**

| ($ in Thousands) | Estimates 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Sales | 64,000 | 87,000 | 117,449 | 158,557 | 214,052 | 283,618 | 368,846 | 461,168 | 544,178 | 560,503 |
| Operating Profit | 24,991 | 43,292 | 67,533 | 99,098 | 139,133 | 187,046 | 245,467 | 308,752 | 365,551 | 362,505 |
| Less Cash Taxes Paid | 500 | 866 | 1,351 | 1,982 | 2,783 | 3,741 | 24,547 | 107,909 | 127,760 | 133,946 |
| Operating Profit After Tax | 24,491 | 42,426 | 66,183 | 97,116 | 136,351 | 183,305 | 220,920 | 200,843 | 237,791 | 228,560 |
| Depreciation & Amortization | 2,811 | 2,980 | 3,158 | 3,348 | 3,549 | 3,562 | 3,421 | 3,627 | 3,844 | 4,075 |
| Fixed Cap Expenditures | 400 | 500 | 600 | 720 | 864 | 1,037 | 1,244 | 1,493 | 1,792 | 2,150 |
| Working Cap Increase | 939 | 1,438 | 1,903 | 2,569 | 3,468 | 4,348 | 3,327 | 5,770 | 5,188 | 1,020 |
| *FCF* | *25,963* | *43,469* | *66,838* | *97,175* | *135,567* | *181,482* | *217,771* | *197,207* | *234,656* | *229,464* |
| *PV FCF* | *23,496* | *35,600* | *49,538* | *65,178* | *82,289* | *99,692* | *108,259* | *88,720* | *95,517* | *84,546* |

| Perpetual FCF | |
|---|---|
| Base FCF | 229,464 |
| Weighted Avg. Cost of Capital (k) | 10.5% |
| Perpetual Growth Rate (g) | 3.0% |
| Base Year | 2013 |
| Perpetual Start Year | 2023 |
| Perpetual Value | 3,151,311 |
| PV of Perpetual Growth Period | 1,161,097 |

| Total FCF | |
|---|---|
| Value of FCF | 1,893,952 |

| Intrinsic Value | |
|---|---|
| Cash | 26,593 |
| Debt | 5,769 |
| After Tax ESO Liability | 56,110 |
| *Value of Equity* | *1,858,666* |
| Shares Outstanding | 20,601 |

| Intrinsic Value per Share | $90.22 |
|---|---|

### Sensitivity Analysis

| Terminal Period Variables | | FCF Growth | | | |
|---|---|---|---|---|---|
| | | 2.5% | 3.0% | 3.5% | 4.0% |
| | 9.0% | $111.33 | $117.90 | $125.67 | $135.00 |
| | 9.5% | $101.81 | $107.22 | $113.53 | $120.99 |
| Cost of Capital | 10.0% | $93.60 | $98.10 | $103.29 | $109.35 |
| | 10.5% | $86.44 | $90.22 | $94.54 | $99.53 |
| | 11.0% | $80.16 | $83.36 | $86.99 | $91.13 |
| | 11.5% | $74.59 | $77.33 | $80.40 | $83.88 |

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144226
EPROD-SEC-LIT-E-000146687

CRAIG-HALLUM

**May 8, 2014**

## REQUIRED DISCLOSURES



Ligand Pharma    LGND    5/7/2014    $65.37

Initiate: June 20, 2013 – Rating: Buy - Price Target:  $60
October 31, 2013 – Rating: Buy – Price Target: $75
February 12, 2014 – Rating: Buy – Price Target: $90
Analyst Change:
March 11, 2014 – Rating: Buy – Price Target: $90

*Source: Thomson*
**Ratings definitions:**

**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price.  **Hold** rated stocks generally have twelve month price targets near the current price.  **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**
**Improving** means growth rates of key business metrics are generally accelerating. **Stable** means growth rates of key business metrics are generally steady. **Mixed** means growth rates of some key business metrics are positive but others are negative. **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (3/31/2014)**

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|--------|------------------------|------------------------------------------|
| Buy    | 73%                    | 26%                                      |
| Hold   | 24%                    | 9%                                       |
| Sell   | 3%                     | 0%                                       |
| Total  | 100%                   | 21%                                      |

**Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.**

CHLM makes a market in this security.

CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business. Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein. The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Matt G Hewitt, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.

**Ligand Pharmaceuticals, Inc.**
**Institutional Research**

**Page 6 of 6**
**© 2014 Craig-Hallum Capital Group LLC**

SEC-Lemelson-E-0144227
EPROD-SEC-LIT-E-000146688
Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS



# GRIFFIN

## SECURITIES
Member FINRA, SIPC

**Keith A. Markey, Ph.D., M.B.A.**
kmarkey@griffinsecurities.com
212-514-7914

| | |
|---|---|
| Stock Symbol | NASDAQ: LGND |
| Current Price | $63.01 |
| 12 mos. Target Price | $95.00 |
| Market Cap | $1,304.8 mln |
| Shares O/S | 20.7 mln |
| Avg Daily Vol. (3 mos.) | 395,622 shs. |
| 52- Week Price Low/High | $26.29 - $80.42 |
| P/B | 20.1x |
| Price/ FCF | 3.1x |
| Fiscal Year End | Dec |
| Dividend / Yield | / 0.0% |

### Revenue ($M)

| | FY 12A | FY 13A | FY 14E |
|---|---|---|---|
| Q1 (Mar) | $5.6A | $11.7A | $16.0A |
| Q2 (Jun) | 5.8A | 9.6A | 9.5E |
| Q3 (Sep) | 6.4A | 13.0A | 16.1E |
| Q4 (Dec) | 13.6A | 14.7A | 21.5E |
| | $31.4A | $49.0A | $63.1E |
| Price/Sales | 41.55x | 26.63x | 20.68x |

### EPS

| | FY 12A | FY 13A | FY 14E |
|---|---|---|---|
| Q1 (Mar) | $(0.03)A | $0.22A | $0.35A |
| Q2 (Jun) | (0.08)A | 0.12A | 0.12E |
| Q3 (Sep) | (0.06)A | 0.19A | 0.39E |
| Q4 (Dec) | 0.32A | 0.35A | 0.58E |
| | $0.15A | $0.88A | $1.44E |
| P/E | NMF | 71.6x | 43.8x |



Ligand Pharmaceuticals Inc.

May 8, 2014

## Ligand Pharma.                                 BUY

Company Update : Pharmaceuticals

## 2014 Started Well

**Share earnings rise on solid revenue growth and good expense control.** Indeed, these factors increased adjusted share net by nearly 60%.

▪ **Royalties increased rapidly.** Driven by higher sales of GlaxoSmithKline's Promacta and Amgen's Kyprolis, as well as higher royalty rates, this revenue jumped 35%. Three smaller products also contributed and another product, Pfizer's Duavee which is used to prevent osteoporosis and to treat the hot flashes of menopause, was approved. In the second half, three approvals seem likely: a new indication, aplastic anemia, for Promacta, an epilepsy drug developed by Lundbeck, and an unidentified product of Hospira.

▪ **Demand for Captisol surged** as more drugs were involved in clinical trials and Kyprolis sales rose. Revenue from this solubilizing agent more than doubled from $1.5 million to $5.7 million on a year- to- year basis. The remainder of 2014 probably won't see that level of growth, despite the recent launch of Merck's antifungal agent Noxafil IV. Last year's final three quarters benefited from clinical trial related shipments. Some of those products may begin to generate commercial sales by 2016.

▪ **A $1 million milestone came earlier than expected.** The payment was from Merck upon FDA approval of a Captisol-enabled antifungal agent, Noxafil IV. This contributed to $2.4 million of licensing and milestone payments booked in the first quarter. We estimate that these revenues will amount to close to $13 million for the year.

▪ **Expenses remained under control.** Ligand's business model involves investments in R&D only to facilitate partnering agreements and with a focus on four or five projects per year. This, plus a limited corporate infrastructure that consists of just 20 employees, helps to keep operating costs at reasonable levels.

**The R&D pipeline remains well stocked.** Ligand has more than 90 drugs at various stages of development and commercialization (seven approved). Of these, three should launch in the second half of this year and another six should debut in 2015 and 2016.

**We think Ligand shares are an attractive holding.** The recent weakness that has afflicted many biotech and pharmaceutical stocks has created a buying opportunity here. The stock is trading at a P/E multiple of 45, which is warranted, given the rapid profit growth of late and the likelihood of above average gains over the next few years. We are maintaining our BUY rating and our $95 price target.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS
SEC-Lemelson-E-0144234
EPROD-SEC-LIT-E-000146695

Ligand Pharmaceuticals Inc.                                                                 May 8, 2014

# A Brief Review of a Fine Quarter

Promacta® and Kyprolis® figured importantly in Ligand's performance in the latest quarter. Sales of these drugs amounted to $84 million for GlaxoSmithKline (NYSE: GSK) and $73 million for Amgen (NasdaqGS: AMGN), respectively, in the fourth quarter of 2013. (Ligand books royalties from these drugs on a one-quarter lagging basis.) Accordingly, we figure they accounted for the vast majority of royalties booked in the March period. Kyprolis probably contributed to higher Captisol® sales as well. In addition, a $1 million milestone payment triggered by the approval of Merck's (NYSE: MRK) Captisol-enabled formulation of an antifungal agent came a quarter earlier than expected and played a role in the $2.4 million of collaborative R&D revenue.

The gross margin on material sales (i.e., Captisol) remained unchanged from a year ago at 57%. R&D costs increased 27%, to 19.6% of revenue, while G&A expenses rose 12.7%, to 31.8% of revenue. As a result, the operating margin eased modestly to 32% from 34% in the March 2013 quarter. Nonetheless, the operating profit increased nearly 30%, to $5.1 million. Excluding stock-based compensation and non-cash charges, adjusted earnings advanced 59%, to $0.35 per share.

## Quarterly Income Statements[/] (Fiscal years end December 31st.)

/ Data are in thousands, except for per-share figures.

| | 2012 | | | | 2013 | | | | 2014 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| Royalties | $ 3,060 | $ 2,983 | $ 3,213 | $ 4,817 | $ 5,826 | $ 4,916 | $ 5,724 | $ 7,118 | $ 7,850 | $ 6,250 | $ 8,100 | $ 9,000 |
| Material sales | 667 | 1,665 | 1,818 | 5,282 | 1,539 | 3,593 | 6,728 | 6,811 | 5,715 | 2,250 | 4,000 | 7,000 |
| Collaborative R&D/other | 1,909 | 1,094 | 1,344 | 3,535 | 4,286 | 671 | 554 | 808 | 2,393 | 1,007 | 4,000 | 5,500 |
| **Total Revenues** | 5,636 | 5,742 | 6,375 | 13,635 | 11,651 | 9,580 | 13,006 | 14,737 | 15,958 | 9,507 | 16,100 | 21,500 |
| Cost of products sold | 155 | 435 | 688 | 2,328 | 663 | 1,214 | 2,538 | 1,317 | 2,451 | 950 | 1,525 | 2,800 |
| **Gross Profit** | 5,481 | 5,307 | 5,692 | 11,307 | 10,988 | 8,366 | 10,468 | 13,420 | 13,507 | 8,557 | 14,575 | 18,700 |
| Operating expenses | | | | | | | | | | | | |
| R&D expense | 2,817 | 2,830 | 2,647 | 2,475 | 2,465 | 2,621 | 2,414 | 2,374 | 3,131 | 2,507 | 2,769 | 2,600 |
| G&A expense | 3,503 | 3,940 | 4,382 | 4,283 | 4,502 | 4,306 | 4,756 | 4,420 | 5,072 | 4,600 | 4,628 | 4,650 |
| Other | (74) | 247 | (15) | 157 | 89 | 524 | 227 | 201 | 204 | 200 | 171 | 150 |
| Total operating costs | 6,246 | 7,017 | 7,014 | 6,915 | 7,036 | 6,831 | 7,397 | 6,995 | 8,407 | 7,307 | 7,568 | 7,400 |
| **Operating profit (loss)** | (765) | (1,700) | (1,322) | 4,391 | 3,932 | 1,535 | 3,071 | 6,425 | 5,100 | 1,257 | 7,007 | 11,300 |
| CVR recrease (increase) | 513 | (1,415) | 2,098 | (2,841) | (1,841) | 2,741 | (532) | (3,961) | (1,948) | | | |
| Other (net) | (521) | (845) | (823) | (600) | (721) | (452) | (513) | (452) | (1,002) | (500) | (500) | (500) |
| **Pretax profit (loss)** | (773) | (3,950) | (52) | 950 | 1,370 | 3,804 | 2,026 | 2,008 | 2,150 | 757 | 6,507 | 10,800 |
| Income taxes | 35 | (838) | (142) | 1,635 | (66) | (110) | (60) | (139) | (53) | (19) | (163) | (270) |
| **Net profit(loss) - contin ops** | (738) | (4,328) | (194) | 2,586 | 1,304 | 3,694 | 1,966 | 1,869 | 2,097 | 738 | 6,344 | 10,530 |
| Discontinued/nonrecurring | 1,871 | 1,799 | - | (1,523) | 191 | 2,397 | - | - | - | - | - | - |
| **Net profit (loss)** | 1,133 | (2,529) | (194) | 1,063 | 1,495 | 6,091 | 1,966 | 1,869 | 2,097 | 738 | 6,344 | 10,530 |
| Earnings (loss)/sh - contin ops | (0.04) | (0.22) | (0.01) | 0.13 | 0.06 | 0.18 | 0.09 | 0.09 | 0.10 | 0.03 | 0.30 | 0.49 |
| Discontin'd/nonrecur per sh | 0.10 | 0.09 | - | (0.08) | 0.01 | 0.12 | - | - | - | - | - | - |
| Shares outstanding | 19,709 | 19,749 | 19,918 | 20,124 | 20,280 | 20,800 | 20,844 | 21,056 | 21,208 | 21,400 | 21,500 | 21,500 |
| Net Income | (738) | (4,328) | (194) | 2,586 | 1,304 | 3,694 | 1,966 | 1,869 | 2,097 | 738 | 6,344 | 10,530 |
| Stock-based Compensation | 709 | 1,394 | 1,013 | 951 | 1,124 | 1,492 | 1,533 | 1,517 | 2,067 | 2,043 | 2,050 | 2,050 |
| Contingent liability (CVR) | (513) | 1,415 | (2,098) | 2,841 | 1,841 | (2,741) | 532 | 3,961 | 1,948 | (298) | - | - |
| Other | | | | | | 175 | | | 1,233 | | | |
| Non-GAAP Net Income | (542) | (1,519) | (1,274) | 6,378 | 4,444 | 2,445 | 4,031 | 7,351 | 7,345 | 2,483 | 8,394 | 12,580 |
| **Adjusted Earnings (loss)/sh** | ($0.03) | ($0.08) | ($0.06) | $0.32 | $0.22 | $0.12 | $0.19 | $0.35 | $0.35 | $0.12 | $0.39 | $0.59 |

## Prospects for the Remainder of 2014

The traditionally weak June quarter will remain so, as Promacta and Kyprolis royalty rates revert to lower levels with the start of the partners' new accounting cycles. More important, Ligand's revenue base will likely begin to become somewhat more diversified in the second half of this year, since Merck's Noxafil® IV and Pfizer's (NYSE: PFE) Duavee® will contribute and two other drugs, Lundbeck's Carbella™ epilepsy therapy and an unknown product developed for Hospira (NYSE: HSP), are expected to launch. Promacta sales should benefit from an approval for a rare indication, aplastic anemia, and from its entry into more geographic markets for thrombocytopenia related to advanced hepatitis C infections. Data from a large pediatric clinical study may also provide a stimulus. Similarly, Kyprolis sales should continue to increase as the drug gains acceptance for treating multiple myeloma, thanks partly to new data that is expected to be released.

We don't expect major changes in expenditures. The gross margin on Captisol this year will likely approximate 60%, versus 70% in 2013 when a large quantity of the excipient was shipped to support clinical trials of new drugs. This year, most of the shipments will be for commercial purposes and for those, Ligand charges lower prices. We

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144235
EPROD-SEC-LIT-E-000146696

figure operating expenses will amount to about $31 million, including stock-based compensation. R&D investments should equate to 17% - 18% of revenue and G&A outlays, to about 30%. Non-operating items are largely non-cash accounting adjustments, though we note that the Company will have little/no interest expense starting in the second half as it intends to repay its remaining $5.8 million of debt within the next few months. The effective corporate tax rate is 2%, thanks to federal and state net operating loss carryforwards of $555.5 million and $173.3 million, respectively, as of December 31, 2013. The number of shares outstanding should not change much, unless the Company issues stock to complete an acquisition, though that possibility is not included in our assumptions.

## A WELL-STOCKED R&D PIPELINE

We believe the depth and breadth of Ligand's product pipeline is impressive, as more than 90 drugs are in development, including over 80 in clinical trials or on the market. About two-thirds incorporate the unique excipient Captisol, which is patent-protected to 2029/2030. The others are novel compounds that will likely command sizable royalties upon successful completion of clinical development. The stages of development/commercialization are presented in Figure 1, along with important products noted separately.

**Figure 1. Ligand's Product Pipeline**



taking into account the present status of these products and the path to regulatory approval, Ligand has mapped out the potential launches of these products by year, as shown in Figure 2. But of the 80 potential products presented, historical success rates of drugs at the different stages suggest that about 20 will actually be commercialized. Obviously, those at the earliest stages of development come with the greatest risk and are more likely to be approved in late decade. The drugs that are expected to launch in 2015 include Captisol-enabled melphalan by Spectrum Pharmaceuticals (NasdaqGS: SPPI), the antibiotic delafloxacin IV by Melinta, and Ethicor's osteoporosis drug Fablyn®.

**Figure 2. Years of Potential New Drug Launches**

| Year | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|
| Potential New Products/ Therapy Area Expansions | 5 | 3 | 3 | 3 | 14 | 16 | 31 |
| Cumulative | 10 | 13 | 16 | 19 | 33 | 49 | 80 |

The Company has discussed a small number of drugs that are currently being developed internally. A selective androgen receptor modulator, or SARM, has shown good tissue targeting capability in addressing muscle wasting, a condition associated with cancer. The drug is Phase 2 ready and may attract a corporate partner to continue its development. Ligand will present clinical data on a glucagon receptor antagonist at the June meeting of the American Diabetes Association. This is one of only three such compounds in clinical development for diabetes industrywide. Two other compounds in development are an orally available erythropoietin receptor agonist that may have benefits beyond stimulating red blood cell production seen with Amgen's Epogen® and Neupogen® and an IRAK-4 inhibitor. The latter inhibits interleukin-4 receptor associated kinase 4, which is an enzyme that plays a role

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144236
EPROD-SEC-LIT-E-000146697

Ligand Pharmaceuticals Inc.                                                                          May 8, 2014

in a signaling pathway associated with cancer and inflammatory diseases. These should help to support further revenue and profit growth over the next five years, as presented in our long range projections.

## ANNUAL INCOME STATEMENTS[#] (Fiscal years end December 31st.)

[#] Data are in thousands, except for per-share figures.

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|
| Royalties | $14,073 | $ 23,584 | $ 31,200 | $ 55,000 | $ 80,000 | $ 105,000 | $ 130,000 | $ 160,000 |
| Material sales | 9,432 | 19,071 | 18,965 | 19,000 | 20,000 | 22,000 | 23,000 | 24,000 |
| Collaborative R&D/other | 7,883 | 6,319 | 12,900 | 6,000 | 3,000 | 2,000 | 1,000 | 1,000 |
| Total Revenues | $ 31,388 | $ 48,974 | $ 63,065 | $ 80,000 | $ 103,000 | $ 129,000 | $ 154,000 | $ 185,000 |
| Cost of products sold | 3,601 | 5,732 | 7,726 | 7,980 | 8,800 | 10,120 | 11,040 | 12,000 |
| Gross Profit | $ 27,787 | $ 43,242 | $ 55,339 | $ 72,020 | $ 94,200 | $ 118,880 | $ 142,960 | $ 173,000 |
| Operating expenses | | | | | | | | |
| R&D expense | $ 10,790 | $ 9,274 | $ 11,000 | $ 12,100 | $ 12,705 | $ 13,340 | $ 14,708 | $ 16,215 |
| G&A expense | 16,108 | 17,984 | 18,950 | 17,922 | 18,460 | 19,013 | 20,171 | 21,400 |
| Other | 315 | 1,041 | 725 | 750 | 500 | 500 | 500 | 500 |
| Total operating costs | 27,213 | 28,299 | 30,675 | 30,772 | 31,665 | 32,854 | 35,379 | 37,615 |
| Operating profit (loss) | $ 574 | $ 14,943 | $ 24,664 | $ 41,248 | $ 62,535 | $ 86,026 | $ 107,581 | $ 135,385 |
| Other income (expense) | | | | | | | | |
| CVR decrease (increase) | (1,650) | (3,597) | (1,948) | - | - | - | - | - |
| Other (net) | (2,789) | (2,138) | (2,502) | (1,600) | (1,200) | (1,000) | (800) | (750) |
| Pretax profit (loss) | $ (3,865) | $ 9,208 | $ 20,214 | $ 39,648 | $ 61,335 | $ 85,026 | $ 106,781 | $ 134,635 |
| Income taxes | 1,191 | (375) | (505) | (15,066) | (23,307) | (32,310) | (40,577) | (51,161) |
| Net profit(loss) - contin. ops | $ (2,674) | $ 8,833 | $ 19,709 | $ 24,582 | $ 38,028 | $ 52,716 | $ 66,204 | $ 83,474 |
| Discontinued/nonrecurring | 2,147 | 2,588 | - | - | - | - | - | - |
| Net profit (loss) | $ (527) | $ 11,421 | $ 19,709 | $ 24,582 | $ 38,028 | $ 52,716 | $ 66,204 | $ 83,474 |
| GAAP Earnings (loss)/sh cont ops. | $ (0.13) | $ 0.43 | $ 0.92 | $ 1.13 | $ 1.71 | $ 2.34 | $ 2.91 | $ 3.63 |
| Shares outstanding | 19,875 | 20,745 | 21,402 | 21,750 | 22,250 | 22,500 | 22,750 | 23,000 |
| Net profit (loss) - contin. Ops | $ (2,674) | $ 8,833 | $ 19,709 | $ 24,582 | $ 38,028 | $ 52,716 | $ 66,204 | $ 83,474 |
| Stock-based compensation & other | 4,067 | 5,666 | 8,210 | 8,500 | 8,800 | 9,000 | 9,250 | 9,500 |
| Contingent liabilities | 1,650 | 3,597 | 1,948 | | | | | |
| Other | | 175 | 935 | 14,614 | 22,608 | 31,341 | 39,359 | 49,626 |
| Adjusted Net Profit (loss) | $ 3,043 | $ 18,271 | $ 30,802 | $ 47,696 | $ 69,436 | $ 93,057 | $ 114,814 | $ 142,600 |
| Adjusted Earnings (loss)/share | $ 0.15 | $ 0.88 | $ 1.44 | $ 2.19 | $ 3.12 | $ 4.14 | $ 5.05 | $ 6.20 |

## INVESTMENT CONSIDERATIONS

Ligand shares have suffered from the exodus that has stricken most equities in the biotech and pharmaceutical sector. Yet, the Company has a proven business model and stands to benefit from a number of new indications being approved for drugs on the market and from new product introductions. While demand for Promacta for hepatitis C patients may suffer as new therapies for the viral disease replace interferon-α (a cause of thrombocytopenia), the drug has ample opportunities to sustain its sales growth. We note that it is sold in only 45 countries for low platelet levels associated with hepatitis C, versus 95 countries for idiopathic thrombocytopenia, or ITP. In addition, a large clinical trial involving pediatric patients will report out later this year, and that should open a new population to the drug. Promacta is also likely to be approved for other indications, including anaplastic anemia and thrombocytopenia associated with chemotherapy and with cancer, notably myelodysplastic syndrome, acute myeloid leukemia, and chronic myeloid leukemia. Accordingly, we believe sales of the drug (and royalties to Ligand) will continue to grow at a healthy pace even as new therapies for hepatitis C take market share from interferon-α.

The recent decline in Ligand's share price has rendered the stock that much more appealing, in our view. The fundamental story is intact – indeed, it is bright. As a result of the share price weakness, the P/E ratio is now below the annual rate of earnings growth that we project over the next few years. We are maintaining our BUY recommendation and our $95 price target.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144237
EPROD-SEC-LIT-E-000146698

Ligand Pharmaceuticals Inc. May 8, 2014

# Disclosures

**ANALYST(s) CERTIFICATION:** The analyst responsible for covering the securities in this report certify that the views expressed in this research report accurately reflect their personal views about the subject Companies mentioned and its securities. The analyst responsible for covering the securities in this report certify that no part of their compensation was, is, or will be directly or indirectly related to the specific recommendation or view contained in this research report.

**MEANINGS OF RATINGS:** Our rating system is based upon 12 to 36 month price targets. **BUY** describes stocks that we expect to appreciate by more than 20%. **HOLD/NEUTRAL** describes stocks that we expect to change plus or minus 20%. **SELL** describes stocks that we expect to decline by more than 20%. **SC** describes stocks that Griffin Securities has **Suspended Coverage** of this Company and price target, if any, for this stock, because it does not currently have a sufficient basis for determining a rating or target and/or Griffin Securities is redirecting its research resources. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **NR** describes stocks that are **Not Rated**, indicating that Griffin Securities does not cover or rate this Company.

**DISTRIBUTION OF RATINGS/IB SERVICES:**

|  | | | IB Serv./Past 12 Mos. | |
| --- | --- | --- | --- | --- |
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| **BUY [BUY]** | 34 | 80.95 | 4 | 11.76 |
| **HOLD [HOLD]** | 8 | 19.05 | 0 | 0 |
| **SELL [SELL]** | 0 | 0.00 | 0 | 0 |

**COMPANIES MENTIONED:**

| **Ticker** | **Company Name** | **Rating** |
| --- | --- | --- |
| LGND | Ligand Pharmaceuticals Inc. | Buy |

**MARKET MAKING:** Griffin Securities does not maintain a market in the shares of these Companies or any other company mentioned in the report.

**COMPENSATION OR SECURITIES OWNERSHIP:**

The analyst Keith A. Markey who is responsible for covering the securities in this report receives compensation based upon, among other factors, the overall profitability of Griffin Securities, including profits derived from investment banking revenue. Keith A. Markey who prepared the research report, did not receive any compensation from the Companies or any other companies mentioned in this report in connection with the preparation of this report.

The analyst Keith A. Markey who is responsible for covering the securities in this report currently does not own common stock in the Companies or any other companies mentioned in this report, but in the future may from time to time engage in transactions with respect to the Companies or other companies mentioned in the report.

Griffin Securities from time to time in the future may request expenses to be paid for copying, printing, mailing and distribution of the report by the Companies and other companies mentioned in this report. Griffin Securities expects to receive, or intends to seek, compensation for investment banking services from the Companies in the next three months.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144238
EPROD-SEC-LIT-E-000146699

Ligand Pharmaceuticals Inc.                                                      May 8, 2014



**FORWARD- LOOKING STATEMENTS:** This Report contains forward- looking statements, which involve risks and uncertainties. Actual results may differ significantly from such forward- looking statements. Factors that might cause such a difference include, but are not limited to, those discussed in the "Risk Factors" section in the SEC filings available in electronic format through SEC Edgar filings at www.SEC.gov on the Internet.

**GENERAL:** Griffin Securities, Inc. ("Griffin Securities") a FINRA member firm with its principal office in New York, New York, USA is an investment banking firm providing corporate finance, merger and acquisitions, brokerage, and investment opportunities for institutional, corporate, and private clients. The analyst(s) are employed by Griffin Securities. Our research professionals provide important input into our investment banking and other business selection processes. Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed herein, and our proprietary trading and investing businesses may make investment decisions that are inconsistent with the recommendations expressed herein.

Griffin Securities may from time to time perform corporate finance or other services for some companies described herein and may occasionally possess material, nonpublic information regarding such companies. This information is not used in preparation of the opinions and estimates herein. While the information contained in this report and the opinions contained herein are based on sources believed to be reliable, Griffin Securities has not independently verified the facts, assumptions and estimates contained in this report. Accordingly, no representation or warranty, express or implied, is made as to, and no reliance should be placed on, the fairness, accuracy, completeness or correctness of the information and opinions contained in this report.

The information contained herein is not a complete analysis of every material fact in respect to any company, industry or security. This material should not be construed as an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. We are not soliciting any action based on this material. It is for the general information of clients of Griffin Securities. It does not take into account the particular investment objectives, financial situations, or needs of individual clients. Before acting on any advice or recommendation in this material, clients should consider whether it is suitable for their particular circumstances and, if necessary, seek professional advice. Certain transactions - including those involving futures, options, and other derivatives as well as non- investment- grade securities - give rise to substantial risk and are not suitable for all investors. The material is based on information that we consider reliable, but we do not represent that it is accurate or complete, and it should not be relied on as such. The information contained in this report is subject to change without notice and Griffin Securities assumes no responsibility to update the report. In addition, regulatory, compliance, or other reasons may prevent us from providing updates.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144239
EPROD-SEC-LIT-E-000146700

Ligand Pharmaceuticals Inc.                                                                    May 8, 2014

**DISCLOSURES FOR OTHER COMPANIES MENTIONED IN THIS REPORT:** To obtain applicable current disclosures in electronic format for the subject companies in this report, please refer to SEC Edgar filings at www.SEC.gov. In particular, for a description of risks and uncertainties related to subject companies' businesses in this report, see the "Risk Factors" section in the SEC filings.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144240
EPROD-SEC-LIT-E-000146701



**Company Update**
March 7, 2014
SPECIALTY PHARMACEUTICALS

**Equity Research**

**Irina Rivkind Koffler**
212-915-1237
irivkind@cantor.com

## Ligand Pharmaceuticals (LGND-$69.25)

**Rating: HOLD**
**Target Price: $44.00**

### Model Updates Post-10K Filing; Reiterate HOLD and $44 PT

| REV | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|
| **2012A** | 5.6A | 5.7A | 6.4A | 13.6A |
| **2013A** | 11.7A | 9.6A | 13.0A | 14.7A |
| **2014E** | 13.5E | 11.7E | 17.9E | 20.5E |
| *Prev* | ..... | *12.0E* | ..... | *20.8E* |

| EPS | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|
| **2012A** | (0.04)A | (0.22)A | (0.01)A | 0.27A |
| **2013A** | 0.21A | 0.15A | 0.20A | 0.35A |
| **2014E** | 0.27E | 0.28E | 0.41E | 0.50E |
| *Prev* | ..... | *0.29E* | ..... | *0.51E* |

| FY | 2012A | 2013A | 2014E |
|---|---|---|---|
| **REV** | 31.4A | 49.0A | 63.7E |
| *Prev* | ..... | ..... | *64.3E* |
| **EPS** | 0.01A | 0.90A | 1.44E |
| *Prev* | ..... | ..... | *1.45E* |
| **P/E** | — | 76.9x | 48.1x |

- **We are updating our model after reviewing the company's 2013 10-K filing:** Ligand disclosed some new information pertaining to its partnered products and royalty structure that led to some minor updates to our model, which we outline below. With the stock trading significantly above our price target we note that for this royalty stream/low operating expense business model to work, the company's portfolio of partnered products needs to in fact deliver actual royalty streams from its near-term launches (rather than trade on the promise of future royalty streams from early-stage partnered programs, which comprise 60% of the company's pipeline). Furthermore, even small incremental changes are important to the company, in our view, especially since 2014 revenue guidance is only for $62-64M. We reiterate our HOLD rating and $44 PT due to the strong sentiment support of the stock and no visibility into negative near-term catalysts.

- **Our model changes include:** (1) Deletion of royalties associated with Merck's IV Noxafil program (we previously estimated peak contributions of $1.2M/year) since Ligand disclosed that it will only be compensated through the sale of Captisol for this program. (2) Reduction of the Ethicor Fablyn royalty rate from 30% to 25% as disclosed in the 10-K. This reduces our already generous peak royalty estimates from $4.5M/year to $3.8M/year. (3) The Spectrum CE-Melphalan royalty has been disclosed as ranging from 15-25%, so we modified our royalty trajectory since we were previously expecting a flat 20%, which led to lower near-term royalty expectations on this product.

- **Duavee is off to a slow start:** We are not yet reducing our estimates on Pfizer's Duavee. We think that this launch has not officially started in the field given the lackluster weekly prescription trends thus far. We continue to watch this product, along with management's body language, against expectations. Our peak royalty estimates on Duavee are small anyway ($1.4M).

- **More visibility into the Selexis partnered assets does not drive additional model value at this time:** Ligand provided slightly more visibility into its 15 Selexis partnered programs that it acquired in April 2013 for $3.5M (with another $1M due next month). The deal included five clinical projects with Merrimack and Baxter, undisclosed assets with Aveo, CSL, and Glenmark, and biosimilar programs with Coherus and Biocad summarized in Exhibit 1. Of these projects, we think that MM-121 is the most advanced, with Phase II breast cancer data read-outs in mid-2014. We plan to track the group but do not see anything valuable yet.

**Current Statistics**

| | | | |
|---|---|---|---|
| Market Cap ($Mil) | $1,427.6 | Float Shares (Mil): | 20.100 |
| Avg. Daily Trading Volume (3 mo.): | 339,720 | Dividend Yield: | 0.00% |
| Shares Out (Mil): | 20.615 | | |

**The Disclosure Section may be found on pages 7 - 9.**

SEC-Lemelson-E-0144174
EPROD-SEC-LIT-E-000146635



March 7, 2014

**Valuation**

We rely on a discounted cash flow analysis (DCF) applied to discounted cash flows from 2014-2020 to derive our $44 price target, which supports our HOLD rating. This $44 includes $1.00 to credit the company for its early-stage pipeline and another $1.00 for the value associated with Merck's BACE Inhibitor program. We use a 13% weighted average cost of capital (WACC) to account for increased risk associated with the biotech pipeline and potential partnership terminations, and a 2% terminal growth rate. We are not thinking about takeout at this time, though it is conceivable that one of the company's CAPTISOL partners or a financial buyer may want to own Ligand to preserve royalty streams. We believe that we already generously credit the company for several of its CAPTISOL partnerships such as IV Carbamezepine and CE Topiramate, and two hospital products that may never attain our peak revenue estimates due to the challenges associated with selling in the cost-constrained hospital environment.

**Risks**

1. The company may in-license attractive assets or platform technologies and discussed M&A extensively on the 4Q:13 earnings call.
2. Partnered products may miss or exceed consensus expectations.
3. Greater-than-expected pipeline attrition is possible.

2

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144175
EPROD-SEC-LIT-E-000146636



March 7, 2014

**Exhibit 1: Partnered Products from Selexis Acquisition**

| Company | Drug | Development Stage | Indication | Description | Data Expected |
|---|---|---|---|---|---|
| Merrimack Pharmaceuticals | MM-121 | Phase II | Breast cancer | MM-121 with Paclitaxel in HER2-negative breast cancer | 2Q14 |
| | | | | MM-121 in postmenopausal women with locally advanced or metastatic estrogen receptor positive and/or progesterone receptor positive HER2 negative breast cancer | 2Q14 |
| | | | Ovarian cancer | MM-121 with Paclitaxel in platinum resistant/refractory advanced ovarian cancers | 2Q15 |
| | | | NSCLC | MM-121 in patients with advanced NSCLC | 4Q13 (Didn't meet primary endpoint) |
| | | | Breast cancer, Gynecologic cancer | MM-121 with Paclitaxel in patients with advanced or recurrent ovarian cancer, fallopian tube cancer, primary peritoneal or endometrial cancer, advanced HER2 non-overexpressing breast cancer | 3Q14 |
| | | Phase I | Solid tumor | Safety study | 1Q14 |
| | | | Solid tumors, Colorectal cancer, NSCLC, Triple-negative breast cancer | MM-121 with Cetuximab and Irinotecan, safety study | 2Q14 |
| | MM-111 | Phase I | HER-2/neu Amplification | M-111 with multiple treatments in patients with HER2 positive cancer. | 2Q14 |
| | | Phase II | Gastric cancer, Esophagus cancer | MM-111 with Paclitaxel and Trastuzumab in patients HER2 positive carcinoma of the distal esophagus, gastroesophageal junction and stomach | 4Q15 |
| | MM-302 | Phase I | Breast cancer | Targets HER2, but does not inhibit the HER2 signaling pathway. Rather, relies on HER2 to identify and gain access to the cancer cells. Dose escalation study in patients with advanced breast cancer. | 2Q15 |
| | MM-151 | Phase I | Solid tumors, Colorectal cancer, NSCLC, Triple-negative breast cancer | Oligoclonal therapeutic designed to bind and inhibit signaling of the Epidermal Growth Factor Receptor (EGFR). Dose escalation study | 2Q15 |
| Baxter International | BAX-69 | Phase I | Solid tumor | Anti-macrophage migration inhibitory factor (anti-MIF) antibody. | 1Q14 |
| Aveo Oncology | Tivozanib (AV-951) | Phase I | Hepatocellular cancer | Treatment in patients with hepatocellular cancer. | 1Q16 |
| | | | Ovarian cancer, Peritoneal cancer, Fallopian tube cancer | Treatment in recurrent, platinum-resistant ovarian, fallopian tube or primary peritoneal cancer | 2Q15 |
| | | Phase III | Advanced renal cell carcinoma | Comparison of Tivozanib to Sorafenib in patients with advanced renal cell carcinoma. | 2Q13 (no update) |
| | AV-203 | Phase I | Solid tumors | Selectively targets the receptor ERBB3, a new and promising strategy for treating cancer, both for direct anti-tumor activity and for prevention of treatment resistance. Dose escalation study. | 4Q14 |
| CSL | NA | Phase I | Unknown | Developing therapeutic antibodies. | Unknown |
| Glenmark Pharmaceuticals | Unknown | NA | NA | NA | Unknown |
| Coherus Biosciences | Unknown | NA | NA | Developing biosimilars to be partnered for treatment in autoimmune diseases, viral infections, and hematology/oncology. | Unknown |
| BioCal Medical | Unknown | NA | NA | Developing biosimilars to be partnered for treatment in autoimmune diseases, viral infections, and hematology/oncology. | Unknown |

Sources: www.clinicaltrials.gov; Company reports and Cantor Fitzgerald research
NSCLC=non-small cell lung cancer

3

SEC-Lemelson-E-0144176
EPROD-SEC-LIT-E-000146637



March 7, 2014

**Exhibit 2: Ligand Pipeline Royalty Estimates (dollars in millions)**

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Merck Noxafil Program | | 10.0 | 20.0 | 40.0 | 60.0 | 65.0 | 65.0 | 65.0 | This is a mature anti-fungal, with global sales of $258 million in 2012. Ligand indicated in 10-K filing that it does not receive a royalty on this program and derives compensation solely through the sale of Captisol. |
| Risk | | 85% | 85% | 85% | 85% | 85% | 85% | 85% | |
| Royalty | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| Revenue | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| IV Clopidogrel (Medicines Company) | | | 20.0 | 35.0 | 45.0 | 55.0 | 60.0 | 60.0 | Medicines Company terminated this partnership and we do not think the program can be resurrected by another company. Ligand may attempt to partner this asset again. |
| Risk | | | 85% | 85% | 85% | 85% | 85% | 85% | |
| Royalty | | | 7.5% | 7.5% | 7.5% | 7.5% | 7.5% | 7.5% | |
| Revenue | | | | | | | | | |
| IV Delafloxacin (Melinta) | | | | 20.0 | 50.0 | 85.0 | 80.0 | 90.0 | Ligand will only collect a royalty on the IV component of Delafloxacin sales (the product should be available in both IV and oral forms). As a comparator we look to Zyvox, where over 60% of revenues originate from the oral tablets. Delafloxacin should be entering a crowded market of gram-positive agents. |
| Risk | | | | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | |
| Royalty | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| Revenue | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| IV Carbamazepine (Lundbeck) | | 10.0 | 35.0 | 50.0 | 60.0 | 87.0 | 72.0 | 75.0 | Approximately 73% of Carbamazepine prescriptions are generic, and ~98% of all prescriptions are for tablets; we therefore expect minimal demand for an IV formulation of this anticonvulsant. We view the program as low-risk but expect a slow ramp associated with hospital P&T committee approvals. |
| Risk | | 85.0% | 85.0% | 85.0% | 85.0% | 85.0% | 85.0% | 85.0% | |
| Royalty | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| Revenue | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Hospira Captisol Program | | | 10.0 | 30.0 | 50.0 | 75.0 | 90.0 | 100.0 | Ligand management indicated that this program is not listed on www.clinicaltrials.gov so we conclude that it is not a generic Epogen. |
| Risk | | | 85.0% | 85.0% | 85.0% | 85.0% | 85.0% | 85.0% | |
| Royalty | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| Revenue | | | $0.0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Dinaciclib (Merck) | | | | | | 50.0 | 80.0 | 120.0 | Merck has terminated the CLL program but may continue exploring other indications. We are not expecting any royalties associated with this asset. |
| Risk | | | | | | 50.0% | 50.0% | 50.0% | |
| Royalty | | | | | | 7.5% | 7.5% | 7.5% | |
| Revenue | | | | | | | | | |
| Relthophin RE-021 | | | | 20.0 | 45.0 | 60.0 | 110.0 | 120.0 | We are adding risk-adjusted revenues for this pivotal stage Orphan program. Ligand may also be eligible to receive milestone payments associated with this program. We moved launch back from 2015 to 2016 based on updated management guidance. |
| Risk | | | | 50% | 50% | 50% | 50% | 50% | |
| Royalty | | | | 9% | 9% | 9% | 9% | 9% | |
| Revenue | | | | $0.90 | $2.03 | $3.60 | $4.95 | $5.40 | |
| CE-Topiramate (CURx) | | | | 20.0 | 40.0 | 70.0 | 110.0 | 150.0 | We are adding risk-adjusted revenues for this pivotal stage Orphan program. Ligand may also be eligible to receive milestone payments associated with this program. |
| Risk | | | | 60% | 60% | 60% | 60% | 60% | |
| Royalty | | | | 6.00% | 6.00% | 6.75% | 7.50% | 7.50% | |
| Revenue | | | | $0.72 | $1.44 | $2.84 | $4.95 | $6.75 | |
| **Total** | $0.00 | $0.00 | $0.00 | $1.62 | $3.47 | $6.44 | $9.90 | $12.15 | |
| Growth | | | | | 114% | 86% | 54% | 23% | |

Source: Company reports, www.clinicaltrials.gov, Cantor Fitzgerald estimates, and Source Healthcare Analytics

4

SEC-Lemelson-E-0144177
EPROD-SEC-LIT-E-000146638



March 7, 2014

**Exhibit 3: Ligand Income Statement (dollars in millions, except per share data)**

| | 2009 | 2010 | 2011 | 2012 | 2013A | 1Q:14E | 2Q:14E | 3Q:14E | 4Q:14E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | | | | |
| Royalties | 8.3 | 7.3 | 9.2 | 14.1 | 23.8 | 5.5 | 6.7 | 7.9 | 9.9 | 33.1 | 47.8 | 61.3 | 78.1 | 87.2 | 101.2 | 108.7 |
| Material Sales | - | - | 12.1 | 9.4 | 19.1 | 3.0 | 2.0 | 5.5 | 7.1 | 18.6 | 20.5 | 21.9 | 23.0 | 23.9 | 24.4 | 23.2 |
| Collaborative Revenues and Other | 30.6 | 16.3 | 8.7 | 7.9 | 6.3 | 2.0 | 3.0 | 3.5 | 3.5 | 12.0 | 13.6 | 15.9 | 18.3 | 21.0 | 24.1 | 27.8 |
| **Total Revenues** | 38.9 | 23.5 | 30.0 | 31.4 | 49.0 | 12.5 | 11.7 | 17.9 | 20.5 | 63.7 | 82.0 | 99.1 | 117.3 | 132.1 | 149.7 | 159.6 |
| COGS | - | - | 4.9 | 3.5 | 5.7 | 1.7 | 0.9 | 2.7 | 2.1 | 8.0 | 9.2 | 11.3 | 12.1 | 12.8 | 14.2 | 13.7 |
| **Gross Profit** | 38.9 | 23.5 | 25.1 | 27.8 | 43.2 | 11.8 | 10.9 | 15.3 | 18.4 | 55.7 | 72.9 | 87.7 | 105.2 | 119.3 | 135.5 | 145.9 |
| G&A | 15.2 | 12.8 | 15.0 | 19.1 | 18.0 | 4.3 | 3.8 | 5.0 | 5.5 | 18.6 | 19.4 | 20.3 | 21.5 | 22.9 | 24.2 | 25.5 |
| R&D | 35.9 | 22.1 | 10.3 | 10.8 | 9.3 | 3.1 | 2.3 | 2.6 | 3.0 | 11.0 | 12.3 | 12.3 | 13.5 | 14.3 | 15.1 | 15.8 |
| Other | (6.0) | 17.9 | 0.8 | 0.3 | 0.8 | - | - | - | - | - | - | - | - | - | - | - |
| **EBIT** | (16.0) | (29.3) | (0.7) | 0.6 | 15.4 | 4.4 | 4.7 | 7.6 | 9.9 | 26.0 | 41.2 | 54.6 | 70.2 | 82.2 | 96.2 | 104.8 |
| Other Income (expense) | 0.1 | 13.0 | (2.9) | (1.6) | (2.1) | (0.5) | (0.5) | (0.5) | (0.5) | (1.8) | | | | | | |
| Pre-tax Income | (9.9) | (15.4) | (3.56) | (1.0) | 13.3 | 3.9 | 4.3 | 7.2 | 9.4 | 24.2 | 41.2 | 54.6 | 70.2 | 82.2 | 96.2 | 104.6 |
| Tax Rate | 3.9% | | 373.0% | -2.0% | 2.8% | 5% | 5% | 5% | 5% | 5.0% | -613.0% | 36.0% | 38.0% | 38.0% | 38.0% | 38.0% |
| Tax | 1.5 | (2.6) | (13.3) | (1.5) | 0.4 | 0.2 | 0.2 | 0.4 | 0.5 | 1.2 | (252.6) | 20.7 | 26.7 | 31.2 | 36.5 | 39.7 |
| Income (loss) from continuing operations | (8.3) | (12.8) | 9.7 | 0.2 | 12.9 | 3.8 | 4.1 | 6.8 | 9.0 | 23.0 | 293.8 | 33.8 | 43.5 | 50.9 | 59.6 | 64.8 |
| Discontinued operations | 6.4 | 2.4 | 0.0 | 2.1 | 2.6 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | - | - | - | - | - |
| **Net Income** | (1.9) | (10.4) | 9.7 | 2.3 | 15.5 | 3.8 | 4.1 | 6.8 | 9.0 | 23.0 | 293.8 | 33.8 | 43.5 | 50.9 | 59.6 | 64.8 |
| Income (loss) from continuing operations | ($0.44) | ($0.65) | $0.49 | $0.01 | $0.62 | $0.18 | $0.19 | $0.31 | $0.41 | $1.07 | $13.35 | $1.52 | $1.92 | $2.20 | $2.52 | $2.68 |
| Discontinued operations | $0.34 | $0.12 | $0.00 | $0.11 | $0.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Shares | 18.9 | 19.6 | 19.7 | 19.6 | 20.7 | 21.3 | 21.5 | 21.7 | 22.0 | 21.6 | 22.0 | 22.0 | 22.7 | 23.2 | 23.7 | 24.2 |
| **Non-GAAP EPS** | ($0.10) | ($0.53) | $0.49 | $0.11 | $0.25 | $0.18 | $0.19 | $0.31 | $0.41 | $1.07 | $13.35 | $1.52 | $1.92 | $2.20 | $2.52 | $2.68 |
| Pre-tax Income | | | | | 13.3 | 3.9 | 4.3 | 7.2 | 9.4 | $24.2 | 541.2 | 554.6 | $70.2 | $82.2 | $96.2 | $104.6 |
| Stock-based compensation | | | | | 5.7 | 2.00 | 2.00 | 2.00 | 2.00 | 8.0 | 8.2 | 8.6 | 9.3 | 9.2 | 9.2 | 9.9 |
| Cash Tax Rate | | | | | 0.4 | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Cash Tax | | | | | 0.24 | 0.25 | 0.31 | 0.35 | 1.14 | 1.0 | 1.3 | 1.6 | 1.8 | 2.1 | 2.3 | |
| Adjusted Net Income | | | | | 18.6 | 5.7 | 6.0 | 8.9 | 11.1 | $31.1 | $49.4 | $62.2 | $78.0 | $89.5 | $103.0 | $110.3 |
| **Adjusted EPS** | | | | | $0.90 | $0.27 | $0.28 | $0.41 | $0.50 | $1.44 | $2.20 | $2.80 | $3.44 | $3.86 | $4.35 | $4.56 |

| | Consensus Revenues | | | | | $13.5 | $13.1 | $16.5 | $20.3 | $63.4 | $87.1 | $108.3 | $139.4 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Consensus EPS | | | | | $0.25 | $0.27 | $0.40 | $0.50 | $1.42 | $2.39 | $3.20 | $4.29 | | | |

| Margin Analysis | 2009 | 2010 | 2011 | 2012 | 2013A | 1Q:14E | 2Q:14E | 3Q:14E | 4Q:14E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Margin | | | 55.1% | 67.2% | 59.9% | 43.8% | 55.2% | 59.0% | 70.4% | 57.1% | 69.4% | 69.8% | 72.8% | 73.8% | 72.5% | 73.5% |
| COGS | | | 44.6% | 32.8% | 30.1% | 56.2% | 44.8% | 41.0% | 29.6% | 42.9% | 30.6% | 30.2% | 27.4% | 26.2% | 27.5% | 26.5% |
| G&A | 39.1% | 54.5% | 49.9% | 56.1% | 37.6% | 32.0% | 32.0% | 28.0% | 27.0% | 29.8% | 23.6% | 20.5% | 18.3% | 17.3% | 16.2% | 16.0% |
| R&D | 102.4% | 93.8% | 34.3% | 40.3% | 19.2% | 23.0% | 20.0% | 14.5% | 14.5% | 18.0% | 15.0% | 13.0% | 11.5% | 10.8% | 10.1% | 9.9% |
| Operating Margin | -75.6% | -124.5% | -2.3% | 1.9% | 65.4% | 32.5% | 40.4% | 40.4% | 48.3% | 78.7% | 86.2% | 89.0% | 92.3% | 94.2% | 95.1% | 96.2% |
| Net Income Margin | -5.0% | -44.1% | 32.3% | 6.4% | 65.7% | 27.7% | 5.7% | 39.1% | 43.8% | 59.6% | 614.9% | 55.2% | 57.2% | 58.4% | 58.5% | 58.7% |
| Growth (Y/Y) | 2009 | 2010 | 2011 | 2012 | 2013A | 1Q:14E | 2Q:14E | 3Q:14E | 4Q:14E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
| Revenues | | -40% | 28% | 4% | 56% | 16% | 23% | 38% | 39% | 30% | 29% | 21% | 18% | 13% | 13% | 7% |
| COGS | | | | -29% | 65% | 154% | -26% | 5% | 60% | 35% | 15% | 24% | 7% | 6% | 11% | -3% |
| Gross Profit | | -40% | 7% | 11% | 56% | 8% | 30% | 46% | 37% | 29% | 31% | 20% | 20% | 13% | 14% | 8% |
| G&A | | -16% | 17% | 8% | 12% | -4% | -14% | 6% | 25% | 4% | 4% | 5% | 8% | 6% | 6% | 5% |
| R&D | | -45% | -53% | 5% | -14% | 28% | 16% | 8% | 25% | 19% | 12% | 5% | 5% | 8% | 8% | 5% |
| EBIT | | 194% | -96% | -197% | 2500% | 17% | 17% | 14% | 5% | 69% | 58% | 33% | 29% | 17% | 17% | 9% |
| Other Income (expense) | | 16533% | -121% | 44% | -34% | 33% | 0% | 12% | 0% | 16% | 100% | NM | NM | NM | NM | NM |
| Pre-tax Income | | -56% | 77% | -71% | 19% | 25% | -177% | -181% | 58% | -83% | 70% | 32% | 29% | 17% | 17% | 9% |
| Tax | | -270% | -407% | 89% | 125% | 333% | 95% | -420% | 240% | -224% | -20333% | -108% | 29% | 17% | 17% | 9% |
| Net Income | | -432% | 194% | -76% | -570% | 12% | 6% | -174% | 54% | -49% | 1175% | -88% | 29% | 17% | 17% | 9% |
| Non-GAAP EPS | | -412% | 193% | -77% | 591% | 14% | -189% | -163% | 47% | 43% | 1154% | -88% | 26% | 14% | 15% | 7% |
| Non-GAAP EPS | | | | | | | | | | | 53% | 27% | 23% | 12% | 13% | 5% |

*Source: Company reports, Cantor Fitzgerald estimates, and FactSet consensus*

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144178
EPROD-SEC-LIT-E-000146639



March 7, 2014

**Exhibit 4: Ligand Sales Estimates (dollars in millions)**

| | 2009 | 2010 | 2011 | 2012 | 2013A | 1Q:14E | 2Q:14E | 3Q:14E | 4Q:14E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Royalties** | | | | | | | | | | | | | | | | |
| **Promacta** | | | | | | | | | | | | | | | | |
| Total Promacta | 12 | 40 | 98 | 184.0 | 278.0 | 84.0 | 85.6 | 88.0 | 93.0 | 350.6 | 438.8 | 487.6 | 502.8 | 519.3 | 522.5 | 526.4 |
| Growth | | 233% | 145% | 88% | 47% | 35% | 36% | 39% | 38% | 30% | 25% | 11% | 3% | 3% | 1% | 1% |
|   <$100M Sales 4.7% | | | | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% |
|   Sales $100-200M x 6.6% | | | | 6.9% | 6.6% | | | 6.9% | 6.6% | 6.6% | 6.6% | 6.6% | 6.6% | 6.6% | 6.6% | 6.6% |
|   Sales $200-100M x 7.5% | | | | | 7.5% | 7.5% | | | 7.5% | 7.5% | 7.5% | 7.5% | 7.5% | 7.5% | 7.5% | 7.5% |
|   >$400M Sales x 9.5% | | | | | | | | | | 9.4% | 9.4% | 9.4% | 9.4% | 9.4% | 9.4% | 9.4% |
|   >$1,50M Sales x 9.3% | | | | | | | | | | | | | | | | |
| **Royalty to Ligand** | 9.6 | 3.3 | 4.6 | 8.9 | 19.1 | 6.3 | 4.9 | 5.5 | 8.2 | 22.6 | 29.8 | 32.2 | 36.0 | 37.5 | 37.3 | 38.2 |
| Growth | | 233% | 145% | 94% | 90% | 44% | 44% | 44% | 44% | 44% | 32% | 10% | 13% | 4% | 1% | 1% |
| **Avinza (pain)** | | | | | | | | | | | | | | | | |
| Reported Sales (1-Quarter delay)* | 120.2 | 101.5 | 86.1 | 73.0 | 82.0 | 15.0 | 12.7 | 11.7 | 13.8 | 53.2 | 41.5 | 31.5 | 23.6 | | | |
| Growth | | -15.5% | -15.2% | -14.9% | -19.0% | -15.0% | -15.0% | -15.0% | -15.0% | -15.0% | -22.0% | -24.0% | -25.0% | | | |
|   <$200M Sales x 5.0% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 0% | 0% | 0% | 0% |
| **Royalty to Ligand** | 6.6 | 5.1 | 4.3 | 3.6 | 3.4 | 0.8 | 0.7 | 0.6 | 0.6 | 2.8 | 2.1 | 1.6 | 1.2 | - | - | - |
| Growth | | -16% | -15% | -12% | -11% | -17% | -11% | -17% | -17% | -17% | -25% | -24% | -23% | -100% | | |
| **Nexterone (heart rhythm abnormalities)** | | | | | | | | | | | | | | | | |
| Reported sales | | | 8.8 | 6.1 | 15.2 | 5.1 | 7.1 | 6.0 | 7.6 | 25.7 | 38.7 | 49.8 | 52.9 | 57.1 | 60.0 | 61.2 |
| Growth | | | | 859% | 150.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 45.0% | 21.0% | 13.6% | 8.0% | 5.0% | 2.0% |
| Estimated royalty x4% | | | 4.0% | 4.0% | 4.0% | 4% | 4% | 4% | 4% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| **Royalty to Ligand** | | | 0.4 | 0.2 | 0.3 | 0.2 | 0.3 | 0.3 | 0.3 | 1.1 | 1.5 | 1.9 | 2.1 | 2.3 | 2.4 | 2.4 |
| Growth | | | | 3503% | 174% | 197% | 137% | 127% | 101% | 104% | 45% | 21% | 13% | 8% | 5% | 2% |
| **Kyprolis (multiple myeloma)** | | | | | | | | | | | | | | | | |
| Amgen reported Sales | | | | 19.6 | 235.4 | 73.0 | 83.2 | 64.0 | 100.8 | 354.5 | 580.0 | 850.4 | 1,133.6 | 1,321.9 | 1,540.2 | 1,873.1 |
| Growth | | | | | 1105.6% | 60.0% | 20.0% | 60.0% | 55.6% | 40.2% | 65.0% | 48.0% | 32.4% | 21.0% | 13.6% | 8.3% |
|   <$250M Sales x 1.5% | | | | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% |
|   Sales $251-500M x2% | | | | | 2.0% | | | 2.0% | | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
|   Sales $501-750M x 2.5% | | | | | | | | | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% |
|   >750M Sales x 3.0% | | | | | | | | | | | | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| **Royalty to Ligand** | | | | 0.28 | 3.53 | 1.2 | 1.2 | 1.4 | 1.7 | 5.5 | 10.7 | 11.3 | 20.5 | 33.6 | 39.0 | 42.7 |
| Growth | | | | | | | | | | 96% | 70% | 44% | 27% | 16% | 19% | 13% |
| **Duavee (menopause and osteoporosis)** | | | | | | | | | | | | | | | | |
| Pfizer reported Sales | | | | | | 12.03 | 16.00 | 15.00 | 17.0 | 60.0 | 581.40 | $134.31 | $498.32 | $219.40 | $269.11 | $273.19 |
| Growth | | | | | | | | | | | 130% | 80% | 39% | 21% | 14% | 8% |
|   <$40M Sales x 0.5% | | | | | | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% |
|   Sales $40M-1,000M x1.5% | | | | | | | | | | | | | | | | |
|   Sales >$1,000M x 2.5% | | | | | | | | | | | | | | | | |
| **Royalty to Ligand** | | | | | | 0.0 | 0.1 | 0.1 | 0.1 | 0.2 | 0.4 | 0.7 | 2.5 | 1.1 | 1.3 | 1.4 |
| Growth | | | | | | | | | | | 130% | 85% | 33% | 21% | 14% | 8% |
| **Fablyn (osteoporosis and vaginal atrophy)** | | | | | | | | | | | | | | | | |
| Pfizer reported Sales | | | | | | | | | | 5.0 | 5.0 | 7.0 | 8.0 | 12.0 | 15.0 | |
| Growth | | | | | | | | | | | | 40% | -80% | 1130% | 25% | |
|   Milestones 25% | | | | | | | | | | | 25% | 25% | 25% | 25% | 25% | 25% |
| **Royalty to Ligand** | | | | | | | | | | 0.0 | 1.3 | 1.3 | 0.0 | 0.3 | 0.0 | 3.3 |
| Growth | | | | | | | | | | | 87% | 49% | -59% | 19% | | |
| **Other Royalty** | 1.8 | 0.2 | 0.2 | 0.9 | 0.1 | 0.0 | 0.4 | 0.0 | 1.6 | 1.9 | 1.9 | 2.6 | 4.5 | 7.1 | 10.9 | 13.2 |
| Growth | | -87% | 4% | 211% | -88% | -788% | -788% | -788% | -788% | -788% | 7% | 102% | 70% | 6.7% | 47% | 21% |
| **CE Melphalan (multiple myeloma)** | | | | | | | | | | | | | | | | |
| Sales | | | | | | | | | | | 6.5 | 15.7 | 21.3 | 26.2 | 27.2 | 28.5 |
| Growth | | | | | | | | | | | | 85% | 34% | 18% | 8% | 5% |
| Ligand Estimated Royalty | | | | | | | | | | | 15% | 15% | 15% | 20% | 25% | 25% |
| **Royalty to Ligand** | | | | | | | | | | | 1.4 | 7.4 | 3.7 | 5.9 | 6.8 | 7.1 |
| Growth | | | | | | | | | | | | | | | | |
| **Total Royalties** | 8.3 | 3.3 | 9.2 | 14.1 | 23.5 | 8.5 | 6.7 | 7.9 | 5.9 | 33.1 | 47.8 | 49.3 | 71.1 | 87.2 | 101.2 | 108.7 |
| Growth | | -17% | 27% | 69% | 66% | 47% | 47% | 47% | 47% | 42% | 44% | 25% | 39% | 19% | 19% | 7% |
| **Material Sales** | | | 12.1 | 9.4 | 19.1 | 3.0 | 2.0 | 6.3 | 2.3 | 13.6 | 26.5 | 21.9 | 22.0 | 23.0 | 22.4 | 21.3 |
| Growth | | | | -22% | 102% | 30% | -50% | -2% | -6% | -3% | 19% | 7% | 0% | 4% | -2% | -5% |
| **Collaborative R&D and Other** | 20.6 | 16.3 | 8.7 | 7.9 | 6.3 | 2.0 | 3.0 | 3.5 | 3.5 | 12.0 | 12.8 | 15.8 | 18.3 | 21.9 | 26.1 | 22.3 |
| Growth | | -47% | -46% | -9% | -20% | -51% | 347% | 533% | 337% | 90% | 19% | 10% | 15% | 19% | 19% | -10% |
| **Total Revenues** | 30.6 | 16.3 | 30.0 | 31.4 | 48.9 | 13.5 | 11.7 | 17.7 | 20.5 | 43.7 | 82.0 | 86.5 | 112.3 | 132.1 | 149.7 | 158.4 |
| Growth | | -39.9% | 72.6% | 4.6% | 56.0% | 31.9% | 31.9% | 31.9% | 31.9% | 30.1% | 38.9% | 26.9% | 18.4% | 32.0% | 13.7% | 5.6% |

*Source: Company reports and Cantor Fitzgerald estimates*

6

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144179
EPROD-SEC-LIT-E-000146640



March 7, 2014

## Company Description

*Ligand has a unique business model focused on internal drug development and external collaborations with large partners in the pharmaceutical and biotech space. The company develops promising molecules and then out-licenses them in exchange for milestones and royalty fees. Ligand also supplies partners with CAPTISOL, a drug formulation technology that allows for drug solubility, stability, and tolerability. CAPTISOL serves as an important source of material sales and royalty revenues for the company. Key partnered assets include Promacta for thrombocytopenia and Kyprolis for multiple myeloma.*

## Companies Mentioned:

Amgen Inc. (AMGN - NASDAQ): NC
AVEO Pharmaceuticals, Inc. (AVEO - NASDAQ): NC
Baxter International Inc. (BAX - NYSE): NC
CSL Limited (CSL.AX - ASX): NC
Glenmark Pharmaceuticals Limited (GLEMARK - NSEI): NC
H. Lundbeck (LUN.CO - CSE): NC
Hospira Inc. (HSP - NYSE): NC
Merck & Co., Inc. (MRK - NYSE): NC
Merrimack Pharmaceuticals Inc. (MACK - NASDAQ): NC
Pfizer Inc. (PFE - NYSE): NC
Retrophin, Inc. (RTRX - OTC): NC
Spectrum Pharmaceuticals Inc. (SPPI - NASDAQ): NC
The Medicines Co. (MDCO - NASDAQ): NC
Selexis (private)

Coherus (private)

Biocad (private)

Melinta (private)

CURx (private)

Ethicor (private)

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144180
EPROD-SEC-LIT-E-000146641



March 7, 2014

## Disclosures Appendix

## Analyst Certification

The analyst primarily responsible for this research report, and whose name appears on the front cover, certifies that: (i) all of the views expressed in this research report accurately reflects his or her personal views about any and all of the subject securities or issuers featured in this report; and (ii) no part of any of the research analyst's compensation was, is, or will be, directly or indirectly related to the specific recommendations or views expressed by the research analyst in this report.

**Legal Disclosures**

Lead or Co-manager: Cantor Fitzgerald and/or its affiliates, has acted as lead or co-manager in a public offering of equity and/or debt securities for Ligand Pharmaceuticals within the last 12 months

Investment banking (last 12 months): Cantor Fitzgerald and/or its affiliates has received compensation for investment banking services in the last 12 months from Ligand Pharmaceuticals.

Investment banking (next 3 months): Cantor Fitzgerald and/or its affiliates, expect to receive, or intend to seek, compensation for investment banking services within the next three months from all of the companies referenced within this report.

Cantor Fitzgerald and/or its affiliates is not a market maker in Ligand Pharmaceuticals.

**Cantor Fitzgerald's rating system**

**BUY:** We have a positive outlook on the stock based on our expected 12 month return relative to its risk. The expected return is based on our view of the company and industry fundamentals, catalysts, and valuation. We recommend investors add to their position.
**HOLD:** We have a neutral outlook on the stock based on our expected 12 month return relative to its risk. The expected return is based on our view of the company and industry fundamentals, catalysts, and valuation.
**SELL:** We have a negative outlook on the stock based on our expected 12 month return relative to its risk. The expected return is based on our view of the company and industry fundamentals, catalysts, and valuation. We recommend investors reduce their position.
**NC:** Not Covered. Cantor Fitzgerald does not provide an investment opinion or does not provide research coverage on this stock.

Prior to September 12, 2006, Cantor Fitzgerald had the below ratings:

BUY - denotes stocks that we expect will provide a total return (price appreciation plus yield) of 15% or more over a 12-month period. a BUY rated stock is expected to outperform the total average return of analyst's industry coverage universe on a risk adjusted basis.

HOLD - denotes stocks that we suggest will provide a total return or total negative return of up to 15% over 12-month period. A HOLD rated stock is expected to perform in-line with the total average return of the analyst's industry coverage universe on a risk adjusted basis.

SELL - denotes stocks that we expect to provide a total negative return of more than 15% over a 12 month period. A SELL rated stock is expected to underperform the total average return of the analyst's industry coverage universe on a risk adjusted basis.

NC - Not Covered. Cantor Fitzgerald does not provide research coverage on this company.

**Other Disclosures**

This report is for informational purposes only and is based on publicly available data believed to be reliable, but no representation is made that such data are accurate or complete. Opinions and projections contained herein reflect our opinion as of the date of this report and are subject to change. Pursuant to Cantor Fitzgerald's policy, the author of this report does not own shares in any company he/she covers.

**Disclosures for UK investors**

This material is approved for distribution in the United Kingdom by Cantor Fitzgerald Europe ("CFE"). CFE is authorised and regulated by the Financial Conduct Authority ("FCA"). While we believe this information and the materials upon which this information was based is accurate, except for any obligations under the rules of the FCA, we do not guarantee its accuracy. This material is only intended for use by eligible counterparties or professional clients who fall within articles 19 or 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2001 and not the general investing public. None of the investments or investment services mentioned or described herein are available to other persons in the U.K and in particular are not available to "retail clients" as defined by the rules of the FCA.

**Disclosure for Canadian Institutional Investors**

This research report was prepared by analysts of Cantor Fitzgerald & Co. and not by Cantor Fitzgerald Canada Corporation. As a result, this report has not been prepared subject to Canadian Disclosure requirements. Cantor Fitzgerald Canada may distribute research reports prepared by its affiliates.

**Risks**

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based on their specific investment objectives. Past performance should not be taken as an indication or guarantee of future performance. The price, value of and income from, any of the financial instruments featured in this report can rise as well as fall and be affected by changes in economic, financial and

8

SEC-Lemelson-E-0144181
EPROD-SEC-LIT-E-000146642

CANTOR Fitzgerald

March 7, 2014

political factors. If a financial instrument is denominated in a currency other than the investor's currency, a change in exchange rates may adversely affect the price or value of, or income derived from, the financial instrument, and such investors effectively assume currency risk. In addition, investors in securities such as ADRs, whose value is affected by the currency of the home market of the underlying security, effectively assume currency risk.



## Distribution of Ratings/Investment Banking Services (IB) as of 03/07/14

| Rating | Cantor | | IB Serv./Past 12 Mos. | |
|--------|--------|--------|--------|--------|
| | Count | Percent | Count | Percent |
| BUY [B] | 72 | 51.43 | 17 | 23.61 |
| HOLD [H] | 56 | 40.00 | 7 | 12.50 |
| SELL [S] | 12 | 8.57 | 1 | 8.33 |

*Additional information available on request. Copyright (C) Cantor Fitzgerald 2014*

9

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144182
EPROD-SEC-LIT-E-000146643


# Summer Street
R E S E A R C H   P A R T N E R S

# Ligand Pharmaceuticals (LGND)
## Updating Model, Raising Price Target to $91
February 24, 2014

## SUMMARY

We are updating our model to include 4Q13 EPS and 2014 guidance. Our model is in line with company revenue guidance of $62-64MM for 2014 and guidance of more than $81MM and $106MM in years 2015 and 2016, respectively. Also, our new model is in line with non-GAAP EPS guidance of $1.40-1.45 in 2014 and guidance of above $2.13 and $3.15 in years 2015 and 2016, respectively. We are raising our price target to $91.00 for YE14, up from $78.00.

## EVENT

LGND recently announced 4Q13 and 2013 earnings. The company reconfirmed its guidance of 2014 total revenues between $62-64MM and non-GAAP earnings of $1.40-1.45/share. In 1Q14 total revenues are forecasted at $13-14MM and non-GAAP earnings at $0.22-0.25 per share. One half of revenue is expected to be royalty revenues, and one third of revenue is Captisol material sales with gross margins of ~60%. The remaining 20% of revenue, or roughly $12MM, relates to license and milestone revenue. In 2014 LGND plans to run the business with just under $20MM in cash expenses, which is broken down as roughly one-third R&D and two-thirds SG&A. In 2014 there will be ~$8MM in stock-based compensation expenses and $3MM in depreciation and amortization.

## INTERPRETATION

The company is executing on it plans to grow royalties while containing costs as it discovers new product candidates. LGND has several partners in position to launch new products in 2014 and 2015 that will positively impact the P&L. These include Merck's (MRK-$56.03-NR) IV posaconazole, an antifungal; Lundbeck's (LUN.CO-kr.149.20-NR) IV carbamazepine; Pfizer's (PFE-$31.46-NR) Duavee; and an undisclosed agent from Hospira (HSP-$42.27-NR). In addition, important results with MRK's BACE inhibitor for Alzheimer's are expected in 1H14.

## ACTION

We reiterate our BUY rating. Our YE14 price target of $91 is based on a 45x multiple of our GAAP 2017 EPS of $3.07 discounted back by 15%. Our estimate may be conservative, as LGND's EPS is dependent on royalties and milestones that are sometimes choppy and unpredictable. Nevertheless, we are confident the company will remain profitable and deliver strong revenue and EPS growth.

---

**LGND**
**Rating: BUY**
**Price Target: $91 (from $78)**

**Market Data**
| | |
|---|---|
| Price: | $74.43 |
| 52-week high: | $80.42 |
| 52-week low: | $20.21 |
| Shares out: | 20.44MM |
| Shares short: | 3.52MM |
| Average volume (10-day): | 649,386 |

**Valuation Metrics**
| | |
|---|---|
| Market cap: | $1.52B |
| Enterprise value: | $1.51B |
| Book value/share: | $2.43 |

**Financial Highlights**
| | |
|---|---|
| Cash/equivalents: | $17.37MM |
| Debt: | $16.7MM |

| REV ($MM) | 2012 | 2013 | 2014E |
|---|---|---|---|
| Q1 | 5.636 | 11.7 | 14.3 |
| Q2 | 5.742 | 9.6 | 16.1 |
| Q3 | 6.375 | 13.0 | 16.5 |
| Q4 | 13.64 | 14.7 | 17.3 |
| FY | 31.39 | 49.0 | 64.1 |

| EPS ($) | 2012 | 2013 | 2014E |
|---|---|---|---|
| Q1 | 0.07 | 0.07 | 0.20 |
| Q2 | (0.09) | 0.30 | 0.27 |
| Q3 | (0.01) | 0.09 | 0.30 |
| Q4 | 0.13 | 0.09 | 0.32 |
| FY | (0.03) | 0.55 | 1.09 |

**One-Year History**



**Carol Werther**
Senior Biotechnology Analyst
617-532-6418
carolw@ssrp.com

---

Disclosures and Disclaimers Can Be Found at www.SSRP.com and on Page 4 of This Report
©2014 Summer Street Research Partners. All rights reserved. Any unauthorized use, circulation or disclosure is strictly prohibited.

**Biotechnology — Price Target Change**

SEC-Lemelson-E-0144218
EPROD-SEC-LIT-E-000146679

Ligand Pharmaceuticals Incorporated (LGND)                    February 24, 2014

## INVESTMENT THESIS

Ligand Pharmaceuticals is a specialty biopharmaceutical company that has successfully used its drug discovery platform to produce more than 90 current and future potential revenue-generating programs, more than 80 of which are fully funded by partners. In 2014 LGND is in position to receive royalties from eight marketed products.

### Figure 1. Upcoming Milestones

| Milestones | Timing |
|---|---|
| Pradefovir Phase 1 initiation | Q1:14 |
| **BACE Phase 2/3 interim safety data (Merck)** | **Q1:14** |
| **BACE Phase 2/3 trial initiation (Merck)** | **Q1:14** |
| Undisclosed captisol program Phase 2 intiiation (Vertex) | Q1:14 |
| DUAVEE US launch (Pfizer) | Q1:14 |
| Fablyn launch | Q2:14 |
| Kyprolis Phase 3 data Amgen/Onyx | H1:14 |
| Spectrum files the captisol-Enabled Melphalan NDA Filing | H1:14 |
| MEI-143 Phase 2 initiation | H1:14 |
| MEI-344 Phase 1b initiation | H1:14 |
| EASL in London (HepDirect Technology) | Apr 9-13 |
| AHA in Milan Promata and Kyprolis data (GSK & AMGN) | Jun 12-15 |
| **BACE data at Alzheimers Associal International Conf. in Copenhagen (Merck)** | **July 12-17** |
| **Pfizer's DUAVEE EU approval** | **Q3:14** |
| IV-topiramate Phase 2 initiation | H2:14 |
| Undisclosed (captisol program) launch (Hospira) | Q3:14 |
| Noxafil - IV Approval | Q3:14 |
| Glucagon Phase 1 results | H2:14 |
| CE-Carbamazepine approval | Q4:14 |
| CE-Delafoxacin NDA filing (Melinta) | Q4:14 |

*Source: SSRP Estimates, Company Reports*

## VALUATION

Our YE14 price target of $91 is based on a 45x multiple of our GAAP 2017 EPS of $3.07 discounted back by 15%. This may be conservative, since the partnership profits are difficult to predict.

## COMPANY DESCRIPTION

Ligand Pharmaceuticals was founded in 1987 and is located in La Jolla, CA. LGND discovered five drugs that have been approved. The company has 90 partnered programs in more than 10 therapeutic areas. At this time, LGND is not planning to become a fully integrated company. LGND has partnerships with GlaxoSmithKline, Merck, Pfizer, Bristol-Myers Squibb, Amgen, Baxter, AstraZeneca, and others.

### Figure 2. Financial Guidance

|  | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|
| Revenue (MMs) | $14.0-$14.5 | $62-64 | >$81 | >$106 |
| EPS | $0.86 -$0.87 | $1.40-$1.45 | >$2.13 | >$3.18 |

©2014 Summer Street Research Partners. All rights reserved. Any unauthorized use, circulation or disclosure is strictly prohibited.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144219
EPROD-SEC-LIT-E-000146680

*Biotechnology — Price Target Change*

Ligand Pharmaceuticals Incorporated (LGND)  February 24, 2014

### Figure 3. LGND — Projected Earnings Model

| | 2011 | 2012 | Q1 | Q2 | Q3 | Q4 | 2013 | Q1E | Q2E | Q3E | Q4E | 2014E | 2015E | 2016E | 2017E | 2018E | 2018E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Royalties | 9,212 | 14,761 | 5,826 | 4,916 | 5,724 | 7,118 | 23,584 | 6,762 | 7,100 | 7,455 | 7,828 | 29,145 | 48,324 | 70,400 | 88,000 | 109,999 | 137,499 |
| Captisol material Sales | 12,142 | 7,650 | 1,539 | 3,993 | 6,728 | 6,811 | 19,071 | 5,500 | 6,000 | 5,750 | 6,000 | 23,250 | 17,500 | 18,000 | 18,900 | 19,845 | 20,837 |
| Collaborative R&D, other reven | 8,683 | 6,597 | 4,286 | 671 | 553 | 808 | 6,319 | 2,000 | 3,000 | 3,250 | 3,500 | 11,750 | 4,500 | 3,000 | 2,750 | 2,500 | 2,500 |
| Total Revenue | 30,037 | 29,008 | 11,651 | 9,580 | 13,005 | 14,737 | 48,974 | 14,262 | 16,100 | 16,455 | 17,328 | 64,146 | 70,324 | 91,400 | 109,650 | 132,344 | 160,836 |
| COGS | 4,909 | 2,428 | 663 | 1,214 | 2,538 | 1,317 | 5,733 | 2,200 | 2,400 | 2,300 | 2,400 | 9,300 | 7,000 | 7,560 | 7,938 | 8,335 | 8,752 |
| SG&A | 14,971 | 13,625 | 4,502 | 4,306 | 4,756 | 4,420 | 17,984 | 4,500 | 4,600 | 4,700 | 4,800 | 18,600 | 20,750 | 22,825 | 25,108 | 27,618 | 30,380 |
| R&D | 10,293 | 11,414 | 2,465 | 2,022 | 2,414 | 2,374 | 9,275 | 2,550 | 2,500 | 2,400 | 2,500 | 9,950 | 10,550 | 11,341 | 12,152 | 13,106 | 14,089 |
| Write-off in-process R&D | 2,282 | - | - | 480 | - | - | 480 | - | - | - | - | - | - | - | - | - | - |
| Other operating costs, net | (22) | 158 | 89 | 44 | 227 | 201 | 561 | 100 | 100 | 100 | 100 | 400 | 400 | 500 | 500 | 500 | 500 |
| Total operating expenses | 32,433 | 29,625 | 7,719 | 8,066 | 9,935 | 8,312 | 34,033 | 9,350 | 9,600 | 9,500 | 9,800 | 38,250 | 38,700 | 42,226 | 45,737 | 49,559 | 53,721 |
| Accretion of Deferred Gain on | 1,702 | 852 | - | - | - | - | - | | | | | | | | | | |
| Operating income | (694) | 235 | 3,932 | 1,514 | 3,070 | 6,425 | 14,943 | 4,912 | 6,500 | 6,955 | 7,528 | 25,896 | 31,624 | 49,173 | 63,912 | 82,785 | 107,117 |
| Interest income, net | (1,759) | 1,665 | (66) | (451) | (513) | (452) | (1,482) | (500) | (475) | (450) | (425) | (1,850) | (1,475) | (1,000) | (500) | (500) | (500) |
| Other non-operating income | (491) | - | (2,562) | 2,741 | (532) | (3,965) | (4,318) | (100) | (100) | (100) | (100) | (400) | (400) | (200) | (175) | (150) | (150) |
| Income before taxes | (2,944) | 1,442 | 1,304 | 3,804 | 2,025 | 2,008 | 9,143 | 4,312 | 5,925 | 6,405 | 7,003 | 23,645 | 29,749 | 47,973 | 63,237 | 82,135 | 106,517 |
| Provision for income taxes | (13,103) | 1,516 | - | 110 | 60 | 139 | 309 | 86 | 119 | 128 | 140 | 473 | 595 | 959 | 1,265 | 1,643 | 2,130 |
| Reported net income, net | 10,172 | (74) | 1,304 | 3,694 | 1,965 | 1,869 | 8,834 | 4,226 | 5,807 | 6,277 | 6,863 | 23,173 | 29,154 | 47,014 | 61,972 | 80,492 | 104,386 |
| Discontinued Operations | 4 | 1,871 | 191 | 2,397 | - | - | 2,588 | - | - | - | - | - | - | - | - | - | 1 |
| GAAP net income | 10,176 | 1,797 | 1,495 | 6,091 | 1,965 | 1,869 | 11,422 | 4,226 | 5,807 | 6,277 | 6,863 | 23,173 | 29,154 | 47,014 | 61,972 | 80,492 | 104,387 |
| EPS GAAP basic | $0.52 | $0.09 | $0.07 | $0.30 | $0.10 | $0.09 | $0.56 | $0.21 | $0.28 | $0.30 | $0.33 | $1.13 | $1.39 | $2.13 | $2.67 | $3.31 | $4.09 |
| EPS GAAP diluted | $0.49 | $0.09 | $0.07 | $0.30 | $0.09 | $0.09 | $0.55 | $0.20 | $0.27 | $0.30 | $0.32 | $1.09 | $1.35 | $2.07 | $2.67 | $3.40 | $4.33 |
| Basic Shares | 19,655 | 19,848 | 20,189 | 20,259 | 20,358 | 20,443 | 20,312 | 20,504 | 20,565 | 20,627 | 20,689 | 20,596 | 21,020 | 22,071 | 23,174 | 24,333 | 25,550 |
| Fully diluted shares (millions) | 20,655 | 20,848 | 20,280 | 20,427 | 20,844 | 21,056 | 20,745 | 21,119 | 21,183 | 21,246 | 21,310 | 21,215 | 21,651 | 22,733 | 23,188 | 23,652 | 24,125 |

Biotechnology — Price Target Change

Disclosures and Disclaimers Can Be Found at www.SSRP.com and on Page 4 of This Report

©2014 Summer Street Research Partners. All rights reserved. Any unauthorized use, circulation or disclosure is strictly prohibited.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144220
EPROD-SEC-LIT-E-000146681

Ligand Pharmaceuticals Incorporated (LGND)                                February 24, 2014

## Important Disclosures and Disclaimers — First Quarter 2014

*Analyst Certification:* Each research analyst who authored the attached research report certifies the following: 1) All of the views expressed in this research report reflect my personal opinions about the subject company or any company mentioned in this research report; 2) I have not and will not receive compensation in exchange for the recommendation or views in this research report; and 3) Neither I nor the firm that employs me believes or have reason to believe that I have any material conflicts of interest with regard to the subject company or any company mentioned in this research report at the time of its publication.

*Analyst/Firm Financial Interest/Control:* Neither the analyst nor any members of his/her household has a financial interest in the covered company, or companies mentioned in this research report, including the ownership of shares, warrants, or options on the subject company's securities. In addition, neither the analyst nor any member of his/her family is an officer, director or advisory board member of the subject company. At the end of the month immediately preceding the publication of this research report, the firm and/or its affiliates did not beneficially own 1% or more of any class of common equity securities of the subject company, nor any company mentioned in this research report. Summer Street Research Partners ("SSRP" or "the Company") does not make markets in any securities, including those of the subject companies in this research report. The research analysts' compensation is not directly related to the specific recommendations or views expressed in this research report. Research Analyst(s) compensation is however based upon various factors including SSRP's total revenues, a portion of which may in the future be generated by investment-banking related activities.

*Investment Banking and Other Services:* SSRP has not provided investment-banking, advisory or other similar services to the subject companies described in this research report, nor are they clients of the SSRP. Further, the firm and its affiliates have not managed or co-managed a public/private offering of securities for the subject companies in this research report, and have not received compensation for investment-banking services from the subject companies in this research report. We expect to receive or intend to seek compensation from the subject companies for investment-banking related services in three months from the date of this research report. The firm has not received investment-banking revenues or participated in a public/private offering of securities as a manager or co-manager of the subject company's securities in the past 12 month from the date of this research report. Nor has the firm or its research analysts received compensation from the subject company or any company mentioned in this research report for products and services in the past 12 months. No research analyst, employee, or affiliate of SSRP with the ability to influence the substance of this research report has received any compensation for products and service provided to the subject company in the past 12 months.

*Definition of SSRP's Stock Rating System as used in this Research Report:* BUY – We believe the stock's total return will significantly outperform its peer group; NEUTRAL – We believe the stock's total return will not be significantly different than its peer group; SELL – We believe the stock's total return will significantly under perform its peer group.

*General Disclaimers:* The information contained herein is intended for distribution to institutional investors and is for informational purposes only. SSRP's research reports should be considered as only a single factor in making an investment decision. The information herein was obtained from various sources; we do not guarantee its accuracy or completeness and it should not be relied upon as such. Additional information is available by contacting SSRP. Neither the information nor any opinion expressed constitutes an offer, or an invitation to make an offer to buy or sell any securities. The data contained herein is intended for the sole and exclusive use of clients of SSRP. No reproduction, transmission or replication of any of the information or data contained within this document may be done without the expressed written consent of SSRP. Medical Consulting Research Inc. (MCRI) is a division of SSRP.

**Investment Rating Distribution for the Period 10/1/13 through 12/31/13:**

| Rating | Count | Percentage | Investment Banking Services (12 months) |
|---|---|---|---|
| BUY | 25 | 71% | 12% |
| NEUTRAL | 9 | 26% | 0% |
| SELL | 1 | 3% | 0% |
| **Companies under coverage at 12/31/13** | **35** | **100%** | **9%** |

**We have assigned an investment rating for at least one year for the following subject companies mentioned in this report:**

### LGND

*Ratings History*

| Date | Rating | Share Price | Price Target |
|---|---|---|---|
| 1/13/12 | BUY | $11.97 | $22.00 |
| 6/21/12 | BUY | $14.55 | $24.00 |
| 11/5/12 | BUY | $17.22 | $29.00 |
| 2/14/13 | BUY | $20.75 | $34.00 |
| 3/15/13 | BUY | $23.10 | $36.00 |
| 8/2/13 | BUY | $49.02 | $64.00 |
| 11/22/13 | BUY | $51.99 | $69.00 |
| 1/27/14 | BUY | $60.26 | $78.00 |
| 2/24/14 | BUY | $74.43 | $91.00 |



Source: StockCharts.com

*LGND Investment Risks*
- Since LGND is dependent on partner royalties for revenue, it has very little control of late-stage development and timelines.
- LGND may choose to become a fully integrated company with Captisol-enabled melphalan and may need to raise money.
- Competition is fierce in the pharmaceutical field.
- The reimbursement environment is increasingly difficult for high-priced therapies.

*Valuation Method for Price Target:* Multiple of EPS discounted back

*Biotechnology — Price Target Change*

©2014 Summer Street Research Partners. All rights reserved. Any unauthorized use, circulation or disclosure is strictly prohibited.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144221
EPROD-SEC-LIT-E-000146682



## Brinson Patrick

**EQUITY RESEARCH    Biotechnology**                                    **March 24, 2014**

### Ligand Pharmaceuticals Inc. (NASDAQ: LGND; $72.12)
## Pharma Royalties Provide Sustainable Cash Flows

Christopher S James, MD
cjames@brinsonpatrick.com
(212) 453-0502

**Rating: MARKET OUTPERFORM**
**Risk Profile: SPECULATIVE**
**Price Target: $98.00**

**Initiating coverage of Ligand Pharmaceuticals (LGND) with a Market Outperform rating and a $98 one-year price target.** Ligand is a profitable biotechnology company with a growing royalty-based business coupled to a low operating cost structure. The company has an unprecedented 90+ fully funded programs with 6 royalty generating products. Current cash flows are driven by GSK's Promacta and AMGN's Kyprolis royalties, and material sales of Captisol. In 2014, we anticipate 5 new products/indications including PFE's Duavee.

**Multiple alliances with large pharmaceutical companies.** Ligand's collaborations include GlaxoSmithKline, Amgen, Merck, Pfizer, Baxter International, Bristol-Myers Squibb, Lundbeck Inc., and Spectrum. We point out that Ligand's partner, Pfizer recently launched Duavee for the treatment of hot flashes and prevention of osteoporosis. Given that 70% of the 33 million eligible U.S. women (45 - 59 y.o.) are not treated for menopause, we view Duavee as a major opportunity and paradigm change in women's health.

**GSK recently submitted Promacta for approval in severe aplastic anemia (SAA).** In 2013, Promacta sales grew 42% (YoY) with double digit growth in all regions. In 2014, we expect annual Promacta sales to reach $435M vs. $292M in 2013. Current sales growth is driven by use in ITP and HCV. Possibly future indications include MDS and SAA (Breakthrough Therapy designation). We highlight Promacta's strong IP with exclusivity extending out to 2027.

**Amgen's Kyprolis has multiple Phase III readouts from 2014 - 2016.** LGND earned a $1M milestone payment on Kyprolis sales exceeding ~$250M in 2013. In 2014, we expect annual Kyprolis sales to reach ~$420M. On October 1st 2013, Amgen completed its tender offer to acquire Onyx Pharmaceuticals for approximately $10.4B. In addition to royalty revenue, LGND has a growing Captisol business that could exceed $22M in 2014, based on our projections.

**We reach our $98 price target with our standard Discounted Cash Flow (DCF) approach.** Projected cash flows are discounted to present value using an 11% discount rate and a 3% terminal value. We would own LGND for its 1) large portfolio of pharmaceutical royalties 2) leverage from low OPEX 3) broad portfolio of assets with over 40% in oncology 4) Low-risk business model designed to drive cash flow and create long-term shareholder value.

### Market Data

| | |
|---|---|
| 52-Week Range: | $80.42-$23.50 |
| Average Daily Volume: | 353,684 |
| Market Cap ($M): | $1,490 |
| Enterprise Value ($M): | $1,460 |
| Cash ($M): | $16.0 |
| Shares Outstanding: | 20.6 |
| Public Float ($M): | $16.0 |
| Short Interest: | 4.5 |



### Company Description

Ligand is a San Diego based biopharmaceutical company focused on building a portfolio of royalty revenue generating assets coupled to a lean operating cost structure. LGND has over 90 products that are fully funded and 6 royalty paying products, including Promacta and Kyprolis. We expect 5 new royalty generating product launches or indications in 2014 and 20 partnered products by 2020. In addition, LGND receives revenue from selling Captisol material to a broad range of customers. Ligand has multiple collaborations with large pharmaceutical companies including GlaxoSmithKline, Onyx Pharmaceuticals, Merck, Pfizer, Baxter International, Bristol-Myers Squibb, Lundbeck Inc., and Spectrum Pharmaceuticals.

| FYE Dec | | 2012A | 2013E | 2014E |
|---|---|---|---|---|
| EPS | 1Q | $0.06 | $0.07 | $0.25 |
| | 2Q | $(0.13) | $0.30 | $0.23 |
| | 3Q | $(0.01) | $0.09 | $0.33 |
| | 4Q | $0.05 | $0.09 | $0.39 |
| Total | | $(0.15) | $0.55 | $1.20 |
| Revenue ($M) | 1Q | $5.6 | $11.7 | $14.2 |
| | 2Q | $5.7 | $9.6 | $13.4 |
| | 3Q | $6.4 | $13.0 | $16.8 |
| | 4Q | $13.6 | $14.7 | $18.9 |
| Total | | $31.4 | $49.0 | $63.3 |

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144183
EPROD-SEC-LIT-E-000146644

# TABLE OF CONTENTS

INVESTMENT SUMMARY ............................................................................................... 3

    BUSINESS MODEL ............................................................................................... 3
    PROMACTA INTRODUCTION ............................................................................... 3
    KYPROLIS INTRODUCTION .................................................................................. 4
    CAPTISOL FORECAST 2013/2014 ....................................................................... 4
    DUAVEE UPSIDE $9 PER SHARE ....................................................................... 4

VALUATION: $98 FAIR VALUE ESTIMATE ............................................................... 5

    VALUATION METHODOLOGY (DCF ANALYSIS) ................................................. 5

KEY UPCOMING CATALYSTS ..................................................................................... 5

    IMPORTANT MILESTONES ................................................................................... 6

LIGAND'S PIPELINE ...................................................................................................... 6

    PROMACTA/KYPROLIS: $5B BY 2020 ................................................................. 6
    RECENT CORPORATE UPDATES ....................................................................... 6
    20 PRODUCTS BY 2020 ....................................................................................... 8

CAPTISOL TECHNOLOGY ........................................................................................... 8

    CAPTISOL MATERIAL SALES FORECAST: 2014 ............................................... 8

PROMACTA/REVOLADE OVERVIEW ........................................................................... 9

    PROMACTA REVENUE PROJECTIONS ............................................................ 12
    PROMACTA FOR CHRONIC HCV ...................................................................... 14
    PROMACTA FOR MDS ........................................................................................ 16
    PROMACTA FOR APLASTIC ANEMIA: ~$100M/YEAR OPPORTUNITY ........... 18

KYPROLIS OVERVIEW ............................................................................................... 19

    KYPROLIS REVENUE PROJECTIONS ............................................................... 20
    OVERVIEW OF ONGOING STUDIES ................................................................. 21

DUAVEE OPPORTUNITY ............................................................................................ 23

    DUAVEE NPV ANALYSIS: $9/SHARE UPSIDE .................................................. 24

DIABETES FRANCHISE: LGD-6972 ........................................................................... 24

    LGD-6972: PROOF OF CONCEPT DATA EXPECTED IN 1H14 ......................... 25

MK-8931: BACE1 INHIBITOR IN PHASE III DEVELOPMENT ................................... 26

    BACE AS A THERAPEUTIC TARGET FOR ALZHEIMER'S DISEASE ................ 25
    MERCK'S PHASE II/III EPOCH STUDY ............................................................. 25
    MERCK'S PHASE III APECS STUDY ................................................................. 26

SUMMARY & CONCLUSION ....................................................................................... 26

MANAGEMENT ............................................................................................................ 27

FINANCIALS ................................................................................................................ 29

RISKS .......................................................................................................................... 32

IMPORTANT DISCLOSURES ...................................................................................... 32

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144184
EPROD-SEC-LIT-E-000146645

## INVESTMENT SUMMARY

*Ligand has 6 high quality royalty revenue streams ($23.6M in 2013) in addition to a Captisol material sales business ($19.1M in 2013).*

**A high-margin, royalty based pharmaceutical business model.** Ligand is a biotechnology company with a unique business model of acquiring and developing pharmaceutical assets that generate significant royalty revenue. Ligand's portfolio consists of over 90 fully funded and 6 royalty generating products. Revenue generating products are GSK's (GSK, Not Rated) Promacta® (eltrombopag), Amgen's (AMGN, Not Rated) (formerly Onyx) Kyprolis (carfilzomib), Baxter's (BAX, Not Rated) (Nexterone), Pfizer's (PFE, Not Rated) Avinza, Viviant/Conbriza® (bazedoxifene) and Duavee (bazedoxifene/conjugated estrogens). We expect Ligand to receive additional royalty revenue streams going forward with minimal increased risk or cost. As many as 5 new revenue-generating products/indications may be approved in 2014. Thus, we view Ligand's high-margin, multi-indication royalty stream, combined with leverage from a low-fixed cost structure, as very attractive relative to its peers.

*Current royalty revenues are driven by Promacta and Kyprolis sales with $556M in combined sales in 2013.*

**Ligand's strong collaborations with large pharma.** In addition to the royalty revenue generating collaborations, Ligand has alliances with Bristol-Myers Squibb (BMY, Note Rated), Celgene (CLG, Not Rated), Lundbeck Inc. (HLUKF, Not Rated), Eli Lilly and Co. (LLY, Not Rated), and Spectrum Pharmaceuticals (SPPI, Not Rated), Inc. We are impressed by Ligand's leadership with John Higgins, President and CEO, who has done, in our view, an excellent job during a restructuring period of amassing high quality royalties while maintaining a low-fixed cost structure. Ligand's pipeline addresses a broad spectrum of diseases and unmet needs, including a >40% allocation to oncology. There could be additional alliances in 2014 with some Ligand's unpartnered assets, including LGD-6972, a novel glucagon receptor antagonist.

*Our Promacta forecast for 2014 and 2015 are $435M and $652M, respectively driven by use in ITP and HCV.*

**Ligand's royalty revenues are driven primarily by Promacta and Kyprolis sales.** Worldwide Promacta sales reached $292M during FY13 compared to $205M in FY12. Promacta is an oral drug that stimulates the production of platelets used to prevent bleeding from thrombocytopenia (low platelet count). Total Promacta sales were approximately $84M during 4Q:13, compared to $62M during 4Q:12, which represents 36% growth during this period. We expect total Promacta sales in 2014 to reach $435M driven by use in patients with hepatitis C virus (HCV). GSK has a strong commitment to the franchise which could exceed $1B worldwide by 2017, based on our estimates. Ligand receives tiered royalties on Promacta net annual sales ranging between 4.7% and 9.4%.

*Promacta is approved in 92 countries worldwide and could exceed sales of $1B by 2017, representing >$100M in royalty revenue.*

*Recall that Kyprolis was the primary driver of Amgen's purchase of Onyx for ~$10.4B.*

**We expect the HCV indication to be major driver of future Promacta sales, which is now approved in 92 countries worldwide.** Promacta received accelerated approval for ITP by the FDA in late 2008 and full approval in February 2011 following the submission of long-term safety from post-marketing studies. In Europe and Japan, Revolade (eltrombopag/Promacta) was approved for ITP in 2010. In 2012, GSK received FDA approval for Promacta in patients with HCV to initiate and maintain interferon-based therapy due to low platelet

*Kyprolis is formulated with Captisol and Ligand receives tiered royalties between 1.5% and 3.0%.*

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144185
EPROD-SEC-LIT-E-000146646

*Kyprolis sales reached $263M in 2013. Our 2014 estimate is $419M. We think sales could exceed $1B by 2017.*

*Sales of Captisol material represent a stable and growing business; sales reached $19.1M in 2013.*

*Ligand and Pfizer's Duavee was approved in 4Q:13 and launched by PFE on February 3rd 2014.*

*We believe Duavee represents upside of approximately ~$9/share based on our NPV analysis ($2.1B peak sales).*

*Our DCF methodology values LGND shares at approximately $98 per share.*

counts. We believe as many as 19% of patients with HCV have severe thrombocytopenia with PLT counts under 100,000/μL.

**Kyprolis was the primary driver of Amgen's acquisition of Onyx for roughly $10.4B.** In 4Q:13, Kyprolis sales were $73M. We expect positive data from Phase III studies in 2014 with Kyprolis in earlier lines of multiple myeloma (MM) therapy to drive growth. Until then, we expect continued growth in the third-line MM setting driven by its highly differentiated profile. Kyprolis is a selective proteasome inhibitor that was FDA approved on July 20, 2012. Ligand receives tiered royalties on Kyprolis (carfilzomib) net sales ranging between 1.5% and 3.0%, in addition to milestones and revenue from Captisol material sales under a 2005 agreement with Onyx. Kyprolis, an injectable agent that is formulated with Ligand's Captisol, is used for the treatment of patients with MM who have received at least two prior therapies (third-line), including bortezomib. Our projections/estimates for Kyprolis sales are approximately $419M (2014), $671M (2015E) and $973M (2016), respectively.

**We expect revenue from Captisol material sales to reach ~$22M in 2014.** Captisol material sales of $19.1M in 2013 increased by 102% over 2012 sales of $9.4M. In 4Q:13, COGs were 19% or $1.3M, compared to $2.3M. The significant Y/Y improvement was driven by a change in product mix. Captisol is a patented product that has enabled six FDA approved products, including Amgen's Kyprolis. It has a unique chemical structure designed to improve the solubility, stability and bioavailability of intravenously delivered medications. Ligand is the sole provider and has a number of strong Captisol®-related alliances for marketed products in addition to products in various stages of development. Captisol-enabled Melphalan IV (Spectrum Pharmaceuticals) for the multiple myeloma in the transplant setting allows for the delivery of higher quantities of therapeutic compounds. Ligand supplies Captisol to Baxter International for use in combination with Nexterone. Ligand also licensed its Captisol-enabled clopidogrel (Plavix) program to The Medicines Company.

**Duavee NPV analysis suggests additional upside of ~$9/share that is not included in our DCF calculation.** Given the lack of visibility into the recent launch, we have not yet included Duavee royalty revenue into our estimates. However, our NPV analysis of potential Duavee revenue suggests an addition $9 per share to Ligand's valuation. Ligand will receive a low single royalty on sales of Duavee that ranges from 1% to 3%, which is similar to that of Kyprolis. The current prescription estrogen market for the treatment of hot-flashes is around $2B, according to IMS. We project peak Duavee sales at ~$2.1B. We will wait to gauge the initial launch trajectory before adding Duavee to our estimates.

**We are initiating coverage of LGND shares with a Market Outperform and a $98 price target.** Despite the recent appreciation, we continue to believe that shares remain undervalued. We would own LGND for its 1) large portfolio of pharmaceutical royalties 2) leverage from low corporate cost structure 3) broad

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144186
EPROD-SEC-LIT-E-000146647

*During 4Q:13, LGND initiated a Phase I study in healthy patients and patients with T2D with LGD-6972, a novel glucagon receptor antagonist.*

*In March, LGND announced the full enrollment of the Phase I study with LGD-6972; data is expected at the ADA meeting in June 2014.*

*On February 3, 2014, Pfizer launched Duavee for hot-flashes and prevention of postmenopausal osteoporosis.*

*Overall, Ligand has a significant number of catalysts over the next 12 months to drive shareholder value.*

portfolio of assets with over 40% in oncology 4) significant tax assets (NOLs) that result in ~2% tax rate through 2020 and 5) a strong low-risk business model designed to drive cash flow and create long-term shareholder value.

## Discounted Cash Flow (DCF) Valuation: $98 Fair Value Estimate

We performed our standard DCF analysis by projecting cash flows through 2030. We then apply relevant COGS, R&D and G&A expenses to arrive at our operating profit. Our DCF uses assumptions based on the Capital Asset Pricing Model (CAPM). Projected cash flows are discounted to present value using a discount rate of 11%, which is the approximate weighted average cost of capital (WACC), and terminal value of 3% in our DCF calculation, which is then divided by the YE2014 fully diluted share count. Terminal Value: ($350.6/11% - 3%). Based on this methodology, we reach a one-year price target of approximately $98 per share (Figure 1).

**Figure 1: Discounted Cash Flow (DCF) Valuation**

| DCF Valuation | | | | | | | |
|---|---|---|---|---|---|---|---|
| ($mm) except Price per share | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
| Total Revenue | 63.3 | 99.1 | 160.1 | 239.0 | 309.3 | 370.7 | 412.5 |
| | | | | | | | |
| R&D Expense | 9.5 | 10.9 | 11.2 | 14.3 | 15.5 | 18.5 | 20.6 |
| *% of product revenue* | *15%* | *11%* | *7%* | *6%* | *5%* | *5%* | *5%* |
| G&A Expense | 17.6 | 17.8 | 18.1 | 18.2 | 21.7 | 22.2 | 22.7 |
| *% of total revenues* | *28%* | *18%* | *11%* | *8%* | *7%* | *6%* | *6%* |
| Interest & Other Income | (3.8) | (4.0) | (4.2) | (4.4) | (4.6) | (4.9) | (5.1) |
| Net Loss, Pretax | 27.2 | 61.8 | 120.9 | 195.9 | 260.2 | 316.3 | 354.4 |
| Provision for Income Taxes | 1.4 | 2.5 | 4.8 | 7.8 | 10.4 | 12.7 | 35.4 |
| *Effective Tax Rate* | *5.0%* | *4.0%* | *4.0%* | *4.0%* | *4.0%* | *4.0%* | *10.0%* |
| Free Cash Flow (FCF) | 25.9 | 59.3 | 116.0 | 188.1 | 249.8 | 303.6 | 319.0 |
| | | | | | | | |
| Terminal Value | 4,350.0 | | | | | | |
| NPV of the company | 2,418.8 | | | | | | |
| | | | | | | | |
| Price per share | $ 98.13 | | | | | | |

*Source: Brinson Patrick Securities Corporation, Company filings*

## Key Upcoming Catalysts

Ligand has an impressive list of near term catalysts, including updates on the BACE Inhibitor MK-8931 at Merck's (MRK, Not Rated) R&D Day in 2Q:14 (May 6). Also in 2Q:14, we expect pivotal trial results and NDA filing for CE-Melphalan by SPPI. In addition, we expect GSK to file for regulatory approval of Promacta for severe aplastic anemia in the EU. In the near term, shares will be driven by increasing royalty revenue from Promacta and Kyprolis, in addition to increasing Captisol material sales. We expect greater visibility into Kyprolis from Amgen and Duavee for the treatment of hot flashes and the prevention of postmenopausal osteoporosis (PMO) from Pfizer in early 2014. During 4Q:13, Ligand's IND for its glucagon receptor antagonist, LGD-6972 for the treatment of type-2 diabetes was accepted by FDA. The 56 patient-Phase I study that began in November 2013 recently completed enrollment. Management guided to data presentation at the 2014 ADA Meeting, which could drive further share appreciation and a

5

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144187
EPROD-SEC-LIT-E-000146648

*We believe total combined sales of Promacta and Kyprolis could reach $5B by 2020.*

possible licensing agreement. See Figure 2 for a detailed list of upcoming catalysts with estimated dates.

**Figure 2: Key Milestones**

| Estimated Date | Partner - Milestone |
|---|---|
| 2Q:14 | MRK - BACE Inhibitor MK-8931 Updates – MRK R&D Day |
| 2Q:14 | SPPI - CE-Melphalan Pivotal Trial Results |
| 2Q:14 | SPPI - CE-Melphalan NDA Filing |
| 2Q:14 | GSK - Promacta EU Aplastic Anemia Submission |
| June | MACK - MM-121 Biomarker data from ovarian, breast and lung cancer Phase 2 |
| June | Ligand LGD-6972 (Glucagon) Phase 1 Clinical Data at ADA |
| 2Q:14 | MACK - MM-121 Top-line data in non-adjacent triple negative breast cancer |
| 2Q:14 | AMGN - Kyprolis ASPIRE and FOCUS Phase 3 Data |
| 2Q:14 | Melinta - CE-Delafloxacin-IV Phase 3 Results |
| 2Q:14 | MEIP - ME-344 Phase 1b Initiation in SCLC/Ovarian Cancer |
| 3Q:14 | PFE - Duavee Approval EU |
| 3Q:14 | GSK - Promacta Pediatric ITP Phase 3 Data |
| 3Q:14 | MRK - EU Noxafil-IV Approval |
| 3Q:14 | GSK - Promacta Aplastic Anemia US Approval |
| 2H:14 | MACK - MM-302 and MM-151 Phase 2 Initiations |
| 4Q:14 | LUND - Carbella NDA Approval |
| 4Q:14 | Viking - VK0612 (FBPase) Phase 2b Trial Initiation |
| 4Q:14 | CURx - Captisol-enabled Topiramate-IV Phase 2/3 Initiation |
| December | RTRX - Sparsentan - Primary completion of DUET Phase 2/3 Study |
| December/1Q:15 | Melinta - CE-Delafloxacin IV NDA Submission |
| 1Q:15 | Ethicor - Fablyn into Specials Market in EU |

*Source: Company reports, Brinson Patrick Securities Corporation*

### Ligand's Pipeline: Combined Annual Sales of Promacta and Kyprolis could reach $5B by 2020

Ligand's development portfolio consists of over 90 partnered programs directed at a broad spectrum of diseases including hepatitis, muscle wasting, multiple myeloma, Alzheimer's disease, dyslipidemia, diabetes, anemia, epilepsy, and osteoporosis (Figure 3). The company has six royalty generating products, up from only one product a few years ago, and 14 potential new revenue-generating programs that could be approved by 2017. We believe combined sales of Ligand's two leading royalty generating assets, Promacta and Kyprolis, could reach $2B and $5B in annual revenue by 2016 and 2020, respectively (see Figures 3 & 14).

### Recent Corporate Updates

Ligand reaffirmed its 2014 revenue guidance of $62M - $64M; Approximately 50% from royalties, 30% from material sales, and 20% from licensing and milestone payments. During its Analyst Day in 4Q:13, the company provided long-term projections for total revenue for all of its royalty generating assets:

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144188
EPROD-SEC-LIT-E-000146649

*Ligand has a broad portfolio of assets with ~43% focused in oncology indications.*

$2.2B in 2016. This compares to our own projection of approximately $2B in 2016 for Promacta and Kyprolis combined sales (Figure 3). We remind investors that this growth requires no increase in operating expense and excludes any potential royalty contributions from well over 50 partnered assets. Ligand projects that by 2020, it will have over 20 revenue bearing products generating greater than $10B in combined sales.

**Figure 3: Combined Projected Revenue for Promacta and Kyprolis**

*Given industry success rate for drugs at various stages of development, Ligand may have 20 revenue generating partnered programs by 2020.*



*Source: 2013 Actual Sales, Brinson Patrick Securities Corporation*

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144189
EPROD-SEC-LIT-E-000146650

*The Captisol business was acquired through the purchase of CyDex Pharmaceuticals in January 2011 for ~$35.5M.*

### Ligand's Portfolio by Indication: 20 Products by 2020

Ligand's business model is unique for its "Shots-on-goal" approach, which includes a large and diverse portfolio of opportunities that seeks to maximize the odds of success. Adjusting for the probability of success by stage of development, 14 new products could launch by 2017.

**Figure 4: Ligand's Portfolio – Therapeutic Area Ratio**

*Captisol-enabling improves the solubility, stability, bioavailability, efficacy and safety of certain parenterally administered APIs.*



- ▓ Oncology
- ▓ CNS
- ▓ Inflammation
- ▓ Metabolic Disease
- ▓ Blood Disorder
- ▓ Anti-microbial
- ▓ Anti-viral
- ▓ Cardiology
- ▓ Other

*Annual Captisol orders have more than doubled since Ligand acquired the technology in 2011.*

Source: Company reports, Brinson Patrick Securities Corporation

### Captisol Technology: A Stable and Growing Franchise

*Promacta received accelerated approval in 2008 and full FDA approval in 2011.*

Ligand acquired the powerful Captisol drug formulation technology platform as part of its acquisition of CyDex Pharmaceuticals in January, 2011 for approximately $35.5M. Ligand currently generates annual revenue from royalties of several marketed drugs, material sales from Captisol, and license and milestone payments. Annual Captisol sample requests have more than doubled since Ligand acquired the patented delivery technology. Sales in 2013 were $19.1M, representing 102% YoY growth. We expect Captisol Material Sales to reach $22.2M in 2014. Below are a list of Captisol-enabled formulations, which illustrates the need for the proven stabilizing and solubilizing technology.

*In 2012, Promacta was approved for HCV-related thrombocytopenia, which is driving sales in 92 countries.*

- ***Amgen (formerly Onyx):*** *Captisol-enabled IV Carfilzomib (Kyprolis) for refractory multiple myeloma (MM).*
- ***Baxter International:*** *Captisol-enabled IV Amiodarone (Nexterone) for cardiovascular diseases.*
- ***Spectrum Pharmaceuticals:*** *Captisol-enabled IV Alkeran (Melphalan) for stem cell transplant conditioning in MM.*

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144190
EPROD-SEC-LIT-E-000146651

- **The Medicines Company (MDCO, Not Rated):** *Captisol-enabled Clopidogrel (Plavix) for anti-platelet treatment where oral therapy is not feasible.*
- **Lundbeck:** *Captisol-enabled IV carbamazepine (Tegretol) for the management of acute seizures.*

Captisol is the trade name for modified β-cyclodextrin known as SBE-CD, a ring shaped sugar based molecule. Captisol cyclodextrins are a patent protected, specifically modified family of cyclodextrins designed to increase solubility, stability, bioavailability, safety, and dosing of active pharmaceutical ingredients (APIs). Following administration, the API separates from the Captisol molecule in the bloodstream and is delivered to the site of action. The Captisol molecule, which is inert, is then eliminated from the body.

## Promacta/Revolade: Overview

GlaxoSmithKline's Promacta (eltrombopag) is an oral small molecule, nonpeptide thrombopoietin-receptor agonist. Promacta acts by initiating thrombopoietin-receptor signaling by interacting with the transmembrane domain of the receptor, inducing proliferation and differentiation of cells in the megakaryocytic lineage. The GSK-Ligand collaboration with eltrombopag began in 1997 to utilize Ligand's expertise and technology to discover small-molecule drugs to control hematopoiesis. Promacta received accelerated approval for ITP by the FDA in late 2008 and full approval in February 2011 following the submission of long-term safety from post-marketing studies.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144191
EPROD-SEC-LIT-E-000146652

*We believe IFN-based regimens will persists in many HCV patients despite the expected approvals of all oral regimens.*

## Expanded Global Access to Promacta

In Europe and Japan, Revolade (eltrombopag/Promacta) was approved for ITP in 2010. In 2012, GSK received FDA approval for Promacta in patients with chronic hepatitis C virus (HCV) to initiate and maintain interferon-based therapy due to low platelet counts. We expect the HCV indication to be major driver for future Promacta sales, which is now approved in 92 countries worldwide. The key to growing sales in HCV will be determined by the future use of interferon in HCV therapeutic regimens, in our view. Despite the recent advent of all oral HCV regimens, we believe interferon use will continue in a opercentage of difficult to treat patients, which have been excluded from clinical trials with these newer agents. For 2013, we break-out the percentage of sales in the three major territories: 41% in the US, 29% in the EU, and 31% in the ROW. In 2013 all regions experienced double digit growth, which points to GSK's global commitment to the Promacta franchise (Figure 5).

*Strong regional Promacta/Revolade sales distribution reveals GSK's global commitment to the franchise.*

### Figure 5: Promacta 2013E Percent Sales by Region (US, EU, ROW)

*With sales of $84M in 4Q:13, Promacta is showing strong growth; it's on track to reach $435M in 2014, representing 49% YoY growth.*



※US ※EU ※ROW

*Source: GSK Reports, Brinson Patrick Estimates*

### Promacta/Revolade (eltrombopag): Sales Overview

Total Promacta sales were $292M in 2013 compared to $205M in 2012, which represents 42% year-over-year growth. In the US, Promacta sales grew 34% (Y/Y) from $86M to $115M. We estimate US sales will reach $153M for FY 2014 (33% Y/Y growth). We project EU and ROW sales of $140M and $142M in 2014, representing 63% and 54% growth respectively. As per GSK, the current growth is driven by the indication for thrombocytopenia associated with Hepatitis C virus (HCV) received during 3Q:12. In the EU, 4Q:13 sales grew 44% (Y/Y) and 13% (Q/Q) to $26M. ROW sales in 4Q:13 grew 35% (Y/Y) and 17% (Q/Q) to $27M. Our 2014 estimates for total Promacta sales are $435M, which would represent 49% (Y/Y) growth (Figure 5).

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144192
EPROD-SEC-LIT-E-000146653

*In 1Q:14, we project total Promacta sales to reach $95M driven by use in HCV.*

**Figure 6: Promacta Quarterly Regional Sales Estimates 2014**



Source: GSK Reports, Brinson Patrick Estimates

*In 2015, we believe Promacta sales could reach $652M, excluding any potential label expansion into SAA.*

**Promacta/Revolade (eltrombopag) Sales Forecast for 2014.** In 1Q:14, we project total WW sales of Promacta to reach $95M (Figure 6). Our regional sales estimates are $35M in the US, $29M in the EU and $31M ROW. Our WW projections for 2Q:14, 3Q:14, and 4Q:14 are $105M, $113M, and $122M, respectively. Again, we expect sales to be driven by the indication for thrombocytopenia associated with Hepatitis C virus (HCV) received 2012. Thrombocytopenia is common in patients HCV.

*As many as ~19% of patients with HCV have PLT counts below 100,000/µL.*

A recent study found 18.52% of patients with HCV have severe thrombocytopenia with PLT counts under 100,000/µL.[1] According to the World Health Organization (WHO) in 2013, As many as 2 to 4 million persons may be chronically infected in the US, 5 to 10 million in Europe, and about 12 million in India, and most do not know they are infected. About 150,000 new cases occur annually in the US and in Western Europe and about 350,000 in Japan.

*As a reminder, Promacta's exclusivity period extends to 2027.*

---

[1] Mihai Olariu. Thrombocytopenia in Chronic Hepatitis C.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144193
EPROD-SEC-LIT-E-000146654

**Figure 7: Promacta Quarterly Sales Historical & Projections**



*Source: GSK Reports, Brinson Patrick Estimates*

**Promacta/Revolade (eltrombopag) Sales Forecast (Annual)**

For 2015 and 2016, we project sales of Promacta to reach approximately $652M and $948M, respectively (Figure 8). By 2017, we believe sales could hit $1.3B. Our sales in 2027 (patent expiration) are approximately $2.6B. In the US, we estimate peak sales of $951B in 2027; in the EU, we estimate sales of $1B in 2027; in the ROW, we estimate peak sales of $647M in 2027. It is important to point out that these estimates exclude any additional indications or regional approvals. Thus, we see potential upside from possible approvals in MDS and SAA in addition to approvals in more countries. Recall, the GSK recently submitted a sNDA for Promacta's use in severe aplastic anemia (SAA), which has received Breakthrough Therapy Designation. As a reminder, the last Orange Book patent for eltrombopag expires in 2027.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144194
EPROD-SEC-LIT-E-000146655

*We believe Promacta sales could reach $2.6B in 2027.*

### Figure 8: Annual Sales Estimates for Promacta (2009 – 2020E)



*We believe Promacta is on track to exceed $100M in quarterly global revenue in 2014.*

Source: GSK Reports, Brinson Patrick Estimates

### Promacta Royalty Revenue

*Future expansion into MDS and AML looks promising for Promacta. We expect greater visibility into MDS during the 2014 ASH Meeting.*

In the near-term, we expect Ligand's royalty revenue to be driven primarily by Promacta and Kyprolis sales. In 2011 and 2012, Promacta royalty revenue was $3.8M and $9.6M, respectively. For 2013 and 2014, we expect this to increase to $16.0M and $26.1M, respectively (Figure 9). By 2020, by project Promacta royalty revenue to reach ~$187M, driven by worldwide use for the treatment of HCV related thrombocytopenia. There could be additional upside to these projections with possible expansion into addition indications in oncology, including severe aplastic anemia (SAA), myelodysplastic syndrome (MDS) and acute myeloid leukemia (AML). We expect great visibility into these oncology indications in December during the 2014 ASH Meeting in San Francisco, CA.

- 2014E Promacta Royalty Revenue: $26.1M
- 2015E Promacta Royalty Revenue: $45.6M
- 2016E Promacta Royalty Revenue: $75.9M
- 2017E Promacta Royalty Revenue: $118.1M
- 2018E Promacta Royalty Revenue: $148.4M
- 2019E Promacta Royalty Revenue: $171.8M
- 2020E Promacta Royalty Revenue: $186.9M

13

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144195
EPROD-SEC-LIT-E-000146656

*The annual cost of therapy for Promacta is $40,000 - $60,000, compared to approximately $55,000 for Amgen's Nplate.*

**Figure 9: Promacta Royalty Revenue Estimates (Annual)**



*Source: Ligand Reports, Brinson Patrick Estimates*

*Thrombocytopenia is common in patients with HCV and a relative contraindication for treatment in patients with PLT counts below 75,000 µL.*

## Promacta for Chronic HCV Patients

*To date, there are only two FDA approved drugs (Promacta and Nplate) indicated to increase platelet counts in patients with thrombocytopenia.*

As a review, the FDA approved Amgen's Nplate (romiplostim), an injectable protein analog of thrombopoietin, for patients with chronic ITP in August 2008. The wholesale cost of romiplistim if administered weekly is approximately $55,250. In contrast, Promacta (eltrombopag) is an oral, non-peptide, non-competitive agonist of the thrombopoetin-receptor (TPOR) which interacts selectively with the TPOR transmembrane domain to initiate TPO signaling. We believe Promacta, which is an oral, once-daily pill is a far more attractive alternative for long-term treatment of thrombocytopenia. The annual cost of therapy for Promacta is between $40,000 and $60,000.

In November 2012, the FDA approved Promacta for the treatment of thrombocytopenia (low blood platelet counts) in patients with chronic hepatitis C virus (HCV) to allow for the initiation and maintenance of interferon-based therapy. This approval extended the indications for eltrombopag to include adults with chronic HCV infection who have severe enough thrombocytopenia to prevent the initiation of interferon-based therapy. Interferon treatment has a direct myelosuppressive effect that can lead to thrombocytopenia.

Thrombocytopenia (<75,000 platelets per cubic millimeter) in patients with cirrhosis due to HCV can prevent or limit antiviral treatment. Although a reduced platelet count is not an absolute contraindication to treatment with pegylated interferon (peginterferon) and ribavirin, product labels advise that caution be used in treating patients with clinically significant thrombocytopenia.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144196
EPROD-SEC-LIT-E-000146657

*While IFN-free HCV regimens could dampen growth of Promacta, we are bullish on the use of Promacta in difficult to treat patients, such as those with cirrhotic liver disease.*

Furthermore, if thrombocytopenia develops during antiviral therapy, peginterferon may need to be delivered at a reduced dose or discontinued. See Figure 10 for a diagram of the different mechanism that cause thrombocytopenia in HCV.

The approval was based on data from two randomized, double-blind, placebo controlled, multicenter Phase III studies with a total of 1521 patients with platelet counts below 75,000 µL, the ENABLE 1 and 2 (Eltrombopag to INitiate and Maintain Interferon Antiviral Treatment to Benefit Subjects with Hepatitis C related Liver DiseasE) trials. Patients in ENABLE 1 received peginterferon alfa-2a (Pegasys, Genentech) plus ribavirin for antiviral treatment and patients in ENABLE 2 received peginterferon alfa-2b (Pegintron, Merck) plus ribavirin. Based on the ENABLE studies, eltrombopag allowed more cirrhotic patients with low platelet counts to reach a sustained virologic response (SVR), which is the goal for treatment of HCV.

*GILD's sofosbuvir's potential use in cirrhotic patients is important to watch for insight into interferon-free regimens.*

**Figure 10: Mechanisms of Thrombocytopenia in HCV**



*Source: Thrombocytopenia in Chronic Hepatitis C. National Institute of Infectious Diseases*

**Implications of an Interferon-free Based Regimen**

*The recent approval and unprecedented launch of Gilead's Sovaldi could have the effect of lowering the overall market potential for Promacta in HCV.*

Gilead's Sovaldi (sofosbuvir) was approved in December 2013 for the treatment of HCV genotypes 1, 2, 3 and 4 infections. The suggested treatment in genotypes 1 and 3 is Sovaldi + ribavirin. In genotypes 1 or 4, the suggested treatment includes peg-interferon except in genotype type 1 patients who are interferon ineligible. The recent successful launch of Sovaldi suggests a sharp decline in interferon-based therapies. Until 2011, the historically accepted standard therapy with pegylated interferon and ribavirin produced an SVR rate of approximately 40-50% for genotype 1 patients and higher rates up to 80% for alternate genotypes after 24-48 weeks of therapy. The standard of care for treatment of HCV genotype 1 changed dramatically with the approval of two new DAA drugs – telaprevir and boceprevir – for use in pegylated interferon-based and ribavirin-based triple therapy in mid-2011. The creation of the new standard

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144197
EPROD-SEC-LIT-E-000146658

*The MDS indication is an important future driver for Promacta in oncology.*

'triple therapy' with DAA medications has led to significant improvements in the response rates for patients with genotype 1 HCV, with SVR rates as high as 63-75% and reduction in duration in therapy by half for many patients.

A clinical trial published in the New England Journal of Medicine has shown that Gilead's sofosbuvir (formerly known as GS-7977) a NS5B polymerase inhibitor allows patients to avoid the current interferon treatment that comes with harsh side effects including flu-like symptoms, depression, fatigue, and cytopenias.[2] The Phase IIa ELECTRON study showed that of the 40 patients who were in the randomized groups, 100% who received sofosbuvir plus ribavirin and no interferon had a sustained viral response (six month without RNA of the HCV in the blood). Gilead has submitted an NDA for sofosbuvir for the treatment of HCV and the FDA advisory panel voted unanimously in favor of approval on October 25, 2013.

*Promacta has no competition in MDS because Nplate causes bone marrow changes and is contraindicated for use in MDS.*

**Thrombocytopenia is a Serious Issue in MDS Patients**

Thrombocytopenia is critical management challenge to MDS patients. Thrombocytopenia is a common manifestation of myelodysplastic syndrome occurring in 40 to 65% of patients. The incidence rate of minor bleeds as high as 56%, and more serious bleeds (18%), such as GI (6-7%) and intracranial (3-5%) bleeding. Revlimid (lenalidomide) and Vidaza (azacitidine) are not specifically used or approved for the treatment of thrombocytopenia in MDS and while effective in some patients, can cause significant neutropenia and thrombocytopenia. Promacta appears promising in its ability to improve outcomes in MDS based on data presented at several ASH meetings. Preliminary results suggests Promacta is safe and effective in raising PLT counts, reducing the risk of bleeding, and improving QoL measures in patients with low and Intermediate-1 risk IPSS (early MDS) and thrombocytopenia.

*Severe thrombocytopenia occurs in about 10% of patients with low and Int-1 IPSS risk MDS.*

**Promacta's advantage over Nplate for Low-risk MDS Patients with Low Platelet Counts**

While GSK is progressing forward, Amgen has decided to discontinue the development of Nplate for patients with MDS, a precancerous condition. Due to the negative results of a recent study, the warning label of Nplate now includes specific language against the use in MDS. Specifically, Nplate causes increased reticulin and possible bone marrow fibrosis (bone marrow changes) and MDS may worsen and become an acute leukemia.

*A Phase II study in 57 MDS patients is expected to be completed in December 2013.*

Severe thrombocytopenia with associated risk of hemorrhage is major complication of marrow failure syndrome, including MDS. As mentioned, thrombocytopenia is a frequent symptom and clinical challenge in patients with MDS as well as patients with acute myeloid leukemia (AML). Hemorrhagic

---

[2] *Edward J. Gane, M.D. Nucleotide Polymerase Inhibitor Sofosbuvir plus Ribavirin for Hepatitis C.*

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144198
EPROD-SEC-LIT-E-000146659

complications are frequent in patients with MDS and are a direct or contributing cause of death in 14 – 30% of patients.[3]

Preliminary results from several small Phase I and Phase II studies have shown that Promacta may improve platelet counts and prevent bleeding in lower-risk myelodysplastic syndrome (MDS) patients with low platelet counts. The increased risk of bleeding in myelodysplastic syndromes (MDS) is due to low platelet (PLT) counts and abnormalities of PLT morphology and function. Severe thrombocytopenia occurs in about 10% of low and Int-1 International Prognostic Scoring System (IPSS) risk MDS patients in whom PLT transfusions are indicated mainly in the presence of bleeding.

The preliminary results of a Phase II, multi-center, prospective, placebo-controlled, single blind study to evaluate the safety and efficacy of eltrombopag in low and intermediate-1 risk adult MDS patients with PLT counts < 30,000 μL was presented at the 2012 ASH Meeting. The results show eltrombopag treatment is safe and effective in raising PLT counts and in reducing the risk of bleeding in MDS patients with low and Intermediate-1 risk IPSS and thrombocytopenia, and is associated with significant improvements in QoL. GSK is currently conducting a Phase II study in 57 MDS patients with thrombocytopenia that began March 2011 and is expected to be completed in December 2013.

The results of a Phase II study in 250 patients showed that lower-risk myelodysplastic syndromes patients treated with Nplate have transient increases in immature blood cell counts (known as blasts) and a higher risk for progression to acute myeloid leukemia in patients treated with Nplate. Due to the results of this trial, the prescribing information for Nplate now includes several important statements related to the drug's use in patients with MDS. The "Limitations of Use" section of the prescribing information states that the drug is not approved for the treatment of low platelet counts due to myelodysplastic syndromes. In addition, the "Warnings and Precautions" section states that Nplate, when used to treat patients with MDS, "increases the risk of progression to acute myeloid leukemia (AML)."

**Trend towards Improved in OS: Promacta for Advanced MDS/AML**

Data from a placebo-controlled, randomized, Phase I/II trial with Promacta in patients with advanced MDS or AML were presented at 2013 European Hematology Association (EHA). Although the primary objective was safety, secondary endpoints included PLT transfusion, PLT response and overall survival (OS). Overall 98 patients were enrolled (eltrombopag: n=64; placebo: n=34). As for the primary endpoint, there were no unexpected or differences in

---

[3] *Britta Will. Effect of the nonpeptide thrombopoietin receptor agonist Eltrombopag on bone marrow cells from patients with acute myeloid leukemia and myelodysplastic syndrome. Blood 2009 114:3899-3908*

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144199
EPROD-SEC-LIT-E-000146660

*MDS/AML pts treated with Promacta showed a trend toward improved OS compared to placebo.*

toxicities between groups. The bone marrow (BM) results post treatment showed 56% of eltrombopag patients with MDS and 60% of placebo patient with MDS developed > 20% BM blasts during treatment. PLT transfusion independence > 8 weeks occurred in 24 (38%) of eltrombopag and 7 (21%) of placebo patients (p=0.097); with a trend to fewer ≥ grade 3 hemorrhages in the eltrombopag arm. The median overall survival was 27 weeks for eltrombopag patients compared to 15.7 weeks for placebo patients (HR 0.71; p=0.19; Figure 11).

**Figure 11: Trend towards Improved Survival with Promacta in MDS/AML**



*Promacta was granted Breakthrough Therapy designation in aplastic anemia, which will expedite development and FDA review.*

*GSK recently submitted a sNDA to the FDA for Promacta's use in patients with severe aplastic anemia (SAA).*

*Source: Platzbecker et al, EHA 2013, Abstract S1108*

**Promacta: Development in Severe Aplastic Anemia**

We view severe aplastic anemia as potentially adding ~$100M/year in incremental sales for Promacta, or $9M-$10M/year in additional royalty revenue to Ligand. On February 3rd 2014, GSK submitted a supplemental NDA (sNDA) to the FDA, which seeks to expand the Promacta for use in severe aplastic anemia. Assuming the priority review, we expect approval in August 2014. The sNDA application is based on the results from an open-label, Phase II NIH study of Promacta in 43 heavily pre-treated SAA patients with an insufficient response to IST. In February, 2014, GSK announced that it had been granted Breakthrough Therapy designation for Promacta®/Revolade® for the treatment of patients with severe aplastic anemia with an insufficient response to immunosuppressive therapy. Breakthrough Therapy Designation is the newest FDA program designed to expedite the development and review of drugs that are intended to treat a serious disease. It is granted when preliminary clinical evidence indicates that the drug may demonstrate substantial improvement over available therapy on a clinically significant endpoint(s). Due to this designation in aplastic anemia, Promacta is eligible for the following: (1) Fast Track designation (2) Intensive

*The sNDA is based on results from a Phase II study in 43 heavily pre-treated SAA patients published in the NEJM.*

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144200
EPROD-SEC-LIT-E-000146661

*We view SAA as ~$100M/year opportunity for Promacta.*

FDA guidance on an efficient drug development program (3) Organizational commitment involving senior managers.

Aplastic anemia is an acquired bone marrow disease characterized by the failure to make adequate blood cells due to an autoimmune attack on the bone marrow progenitor cells. Approximately 7,000 new cases are diagnosed each year, making aplastic anemia an Orphan disease.[4] The standard first-line treatment is immunosuppressive therapy, which is effective in about two-thirds of patients.[5] Patients with disease that is refractory to immunosuppression typically undergo stem-cell transplantation. However, 20 to 40% of these patients are ineligible for transplantation. Promacta appears effective in patients with persistent thrombocytopenia after first-line treatment with immunosuppression. Mechanistically, eltrombopag binds to and stimulates c-MPL receptor on megakaryocytes, which results in platelet maturation and release. Hematopoietic stem cells and progenitor cells also express c-MPL on their cell surface, and the addition of recombinant thrombopoietin expands the pool of stem cells in culture.

Promacta appears safe and effective for one-third of patients (approximately 2,333 new patients per year). A Phase II study with Promacta in patients with aplastic anemia refractory to immunosuppression was conducted and published in the New England Journal of Medicine.[6] Twenty-five patients received Promacta at 50 mg, which was titrated up to 150 mg daily, for 12 weeks. Primary endpoints were clinically significant changes in blood counts or transfusion independence. At 12 weeks, 11 of 25 patients (44%) had a hematological response with minimal toxic effects. Nine patients no longer needed platelet transfusions, six patients had improved hemoglobin levels with three of these previously transfusion dependent patients no longer needed transfusions.

### Kyprolis Overview: Exceeding Investor Expectations

*The Market for multiple myeloma (MM) is expected to grow from $6.1B in 2012 to greater than $10.0B by 2017.*

The initial launch of Kyprolis exceeded most, if not all of the analysts' projections. We believe it was driven by Kyprolis' best-in-class profile in a MM market, which is poised for continued growth. The market is currently dominated by only two classes of drugs: IMiDs (Celgene's Revlimid) and the proteasome inhibitors (Takeda/JNJs Velcade). Kyprolis is a third-line, next generation proteasome inhibitor for patients that have failed both Revlimid and Velcade. Between 10,000

---

[4] *American Cancer Society, 2013 and Marrow Forums, 2013*
[5] *Scheinberg et al. N Engl J Med 2011;365:430-8.*

[6] *Matthew J. Olnes, et al. Eltrombopag and Improved Hematopoiesis in Refractory Aplastic Anemia. NEJM 367;1 July 5, 2012*

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144201
EPROD-SEC-LIT-E-000146662

and 15,000 patients will be eligible for treatment with Kyprolis in the US, which had an initial price of $1,658 per vial, or about $9,950 per cycle. The median treatment duration was 4.4 months in clinical trials. Our annual sales estimates for Kyprolis are approximately $419M (2014E), $671M (2015E) and $973B (2016E), respectively (Figures 12 - 13). These estimates represent Ligand royalty revenue of approximately $5.5M (2014E), $17M (2015E), and $29M (2016E). Below are some key attributes of Kyprolis.

- More selective than other proteasome inhibitors
- Better safety profile with lower peripheral neuropathy
- Longer duration of inhibition
- Consistently deeper response
- Viewed by experts as the best-in-class proteasome inhibitor
- Has potential in earlier line of MM therapy
- Future expanded global access

**Kyprolis is formulated with Ligand's Captisol**

Kyprolis is a selective proteasome inhibitor that was FDA approved on July 20, 2012. Ligand receives tiered royalties on Kyprolis (carfilzomib) net sales ranging between 1.5% and 3%, in addition to milestones and revenue from Captisol material sales under a 2005 agreement with Onyx. LGND recently received a $1M milestone payment on Kyprolis sales that exceed $250M. Kyprolis is an injectable agent that is formulated with Ligand's Captisol and is used for the treatment of patients with multiple myeloma who have received at least two prior therapies (third-line), including bortezomib and an immunomodulatory agent, and have demonstrated disease progression on or within 60 days of completion of the last therapy.

**Figure 12: Kyprolis (carfilzomib) Sales Projections**



*Source: Onyx Reports, Ligand Reports, Brinson Patrick Estimates*

20

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144202
EPROD-SEC-LIT-E-000146663

*Kyprolis is in multiple Phase III studies (ENDEAVOR, CLARION, FOCUS and ASPIRE).*

*There is significant room for expansion into the front-line and into international MM markets.*

### Amgen's Purchase of Onyx was driven by Kyprolis

In August 2013, Amgen acquired Onyx for $125 per share in cash. The purchase price of $10.4B ($9.7B net of estimated Onyx cash), was driven by Kyprolis, which is at the early stage of its launch in multiple myeloma with strong physician support and feedback. Kyprolis has an orphan drug designation in the US with exclusivity through July 2019 and US patents that extend until at least 2025. We point out that Velcade, a competitor, comes off patent in the US in 2017, and 2019 in the EU. When considering the continual erosion of Amgen's anemia and filgrastim franchises, Kyprolis' growth potential is clearly at the center of the Onyx acquisition.

### Figure 13: Kyprolis (carfilzomib) Royalty Revenue Projections



※ Ligand Royalty Revenue

*Source: Onyx Reports, Ligand Reports, Brinson Patrick Estimates*

Amgen reported $65M and $73M in net sales for Kyprolis during 3Q:13 and 4Q:13, respectively. We believe the launch is going well despite competition from two entrenched MM products, Celgene's Revlimid and Takeda's Velcade, as well as Celgene's follow-on drug, Promalyst, approved in February. Kyprolis is in a broad Phase III clinical program across all lines of therapy namely, ENDEAVOR, CLARION, FOCUS, and ASPIRE trials. There appears to be significant room for expansion into earlier lines of multiple myeloma treatment and into international markets.

### Overview of Ongoing Studies:

We look forward to new Kyprolis data in 2014 including the final analysis of the FOCUS study in relapsed/refractory multiple myeloma. The ASPIRE trial, which is investigating the addition of Kyprolis to Celgene's Revlimid® (lenalidomide)

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144203
EPROD-SEC-LIT-E-000146664

and dexamethasone in patients with relapsed multiple myeloma who have received one to three prior therapies. An interim analysis by the Independent Data Monitoring Committee is expected in 2014. ASPIRE is the confirmatory trial for full US approval as well as a registration-enabling study for relapsed multiple myeloma in the US and EU.

- The FOCUS Phase III trial could support the EU filing for the indication of relapsed/refractory multiple myeloma with data expected in 2014.
- The ENDEAVOR Phase III trial is underway to compare Kyprolis to Velcade® (bortezomib) in patients with relapsed multiple myeloma who received one to three prior therapies. We expect ENDEAVOR to be complete in 2015.
- The CLARION Phase III trial is underway to compare Kyprolis to Velcade in patients with newly diagnosed multiple myeloma. We expect CLARION to readout in 2016.

### ENDEAVOR: Head to Head Comparison Against Velcade® (bortezomib)

The Phase III ENDEAVOR trial began in June 2012 and is expected to be completed by January 2015. This study in 888 patients has two arms that will compare Kyprolis plus dexamethasone to Velcade plus dexamethasone. The primary outcome is progression free survival (PFS). About 20,000 people are diagnosed with myeloma each year in the US, and approximately 10,000 people die from it annually, according to the American Cancer Society.

### Combined Promacta and Kyprolis Sales: $1.3B by 2015

In an effort to provide greater visibility, we broke out our estimates for both Promacta and Kyprolis from 2014 through 2020 (net sales and royalty revenue). We believe the combined sales could reach $1.3B by 2015 and $5.0B by 2020 (Figure 14). The near-term growth of Promacta will be driven by the HCV indication and future oncology indication(s), including MDS, AML, CLL, and SAA (expected in 2014). Kyprolis sales growth, which is very early in its launch, will be driven by its best-in-class profile and expansion into the global markets.

### Figure 14: Combined Net Sales Estimates for Promacta and Kyprolis (2013-2020E)

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|
| Promacta Sales | $293 | $435 | $652 | $948 | $1,271 | $1,596 | $1,847 | $2,009 |
| Kyprolis Sales | $263 | $419 | $671 | $973 | $1,410 | $1,974 | $2,567 | $3,080 |
| Combined Sales | $556 | $854 | $1,323 | $1,921 | $2,681 | $3,570 | $4,413 | $5,089 |
| | | | | | | | | |
| Promacta Royalty Revenue | $16.0 | $26.1 | $45.7 | $75.9 | $118.2 | $148.4 | $171.8 | $186.9 |
| Kyprolis Royalty Revenue | $3.5 | $5.5 | $16.8 | $29.2 | $42.3 | $59.2 | $77.0 | $92.4 |
| Combined Royalty Revenue | $19.5 | $31.5 | $62.4 | $105.0 | $160.5 | $207.7 | $248.8 | $279.3 |

*Source: Ligand Reports, Brinson Patrick Estimates*

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144204
EPROD-SEC-LIT-E-000146665

## Duavee® (conjugated estrogens/bazedoxifene): A Multibillion Dollar Opportunity

*The SERM (bazedoxifene) component of Duavee reduces the risk of endometrial hyperplasia that can occur with long-term estrogen use.*

Pfizer's Duavee (conjugated estrogens/bazedoxifene) was approved in October 3, 2013 for women who suffer from moderate-to-severe hot flashes (vasomotor symptoms) associated with menopause and to prevent osteoporosis after menopause. Duavee is the first and only FDA approved medication that combines estrogen with an estrogen agonist/antagonist (bazedoxifene), also known as a selective estrogen receptor modulator (SERM). The bazedoxifene component of Duavee reduces the risk of endometrial hyperplasia (excessive growth of the lining of the uterus) that can occur with the estrogen component of Duavee.

*HRT for menopausal symptoms was once a $4B therapeutic category; sales of Prempro exceeded $2B in 2001 on 22 million scripts.*

Hormone replacement therapy for menopausal symptoms was once a $4B therapeutic category. In 2001, there were 22 million prescriptions written for Prempro (estrogen/progesterone combination), with revenue that exceeded more than $2B. However, safety concerns raised by the Women's Health Initiative (WHI) led to sharp declines in use and decreased interest in the area. The additional indication of osteoporosis prevention should increase Duavee's uptake. We point out that 2012 sales of Eli Lilly's SERM, Evista (raloxifene) for the prevention of osteoporosis exceeded $1B.

*Our initial NPV analysis suggests Duavee would provide ~9/share upside from a successful launch that is NOT included in our model.*

There are approximately 33 million women in the US between the ages of 45 and 59, with the average age of menopause in the US at 51 years. Based on survey data, an estimated 50% of postmenopausal women experience moderate-to-severe vasomotor symptoms or hot-flashes. Based on our discussions with OBGYN's this is a major area of unmet need, but they are reluctant to prescribe unopposed estrogens. As a result, many women simply go untreated. Bazedoxifene was specifically selected to be studied as the SERM in Duavee because of its unique pharmacologic profile and mechanism of action. The pairing of CE with bazedoxifene enables Duavee to work selectively in different tissues to activate estrogen receptors in some while inhibiting estrogen activity in others, namely the uterus. This pairing allows Duavee to offer estrogen efficacy while protecting the uterine lining from hyperplasia.

Our Duavee NPV analysis suggests additional upside of $9/share that is not currently price into our DCF model. As a reminder, Pfizer launched Duavee on February 3rd, 2014. While we have not yet included Duavee royalty revenue into our estimates, our NPV analysis suggests an additional $9 per share upside from a successful launch (Figure 14). Ligand will receive a low single royalty on annual net sales of Duavee that ranges from 0.5% to 2.5%. Under the agreement, Ligand will receive royalties for 10 years from first commercial sale (2024). The current prescription estrogen market for the treatment of hot-flashes is around $2B, according to IMS. On $1B and $2B of sales of Duavee, Ligand could receive $11M and $36M, respectively. We believe Duavee could reach $2.1B in annual sales by 2024, the last year of eligible royalty revenues.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144205
EPROD-SEC-LIT-E-000146666

- *Up to $400M = 0.5%*
- *$400M - $1B = 1.5%*
- *Over $1B = 2.5%*

**Figure 15: Duavee NPV Analysis**

| Year | | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2024 |
|---|---|---|---|---|---|---|---|---|
| Duavee Sales | | $120 | $240 | $340 | $620 | $880 | $1,240 | $2,084 |
| Duavee Royalty Revenues | | $0.6 | $1.2 | $1.7 | $4.3 | $7.0 | $11.5 | $36.0 |
| Terminal Value | | | | | | | | $319 |
| Royalties Terminate | 2024 | | | | | | | |
| NPV | $198 | | | | | | | |
| # Shares outstanding | 21.6 | | | | | | | |
| Upside to current valuation | $9 | | | | | | | |

*Source: Brinson Patrick estimates*

## Strong Basis for Duavee Approval in Hot Flashes and PMO Indications

The approval is based on Pfizer's Phase III SMART program, which evaluated the safety and efficacy of Duavee in healthy postmenopausal women with a uterus. The results from one trial demonstrated that Duavee significantly reduced the number of hot flashes by 74% at 12 weeks, as compared with placebo (47%). In addition, significant decreases in mean hot flash severity were seen at 12 weeks (39%), as compared with placebo (13%). In separate clinical trials, at one and two years, Duavee significantly increased bone mineral density (BMD) in the total hip and lumber spine from baseline compared with decreases seen with placebo.

## Ligand's Diabetes Pipeline

We see additional upside to our projections with LGD-6972 as Ligand could have proof-of-concept data soon. Ligand recently announced that Phase II data with LGD-6972 will be presented in June at the 2014 ADA meeting. The company plans to license this program as early as possible and does not plan to significantly increase its R&D spend on future development of LGD-6972. Ligand's diabetes program includes a Glucagon Receptor (GCGR) Antagonist (initiated a Phase I study in November 2013), a Fructose-1, 6-bisphosphatase (FBPase) inhibitor (Phase-II), a Liver Specific Glucokinase Activator (GKS) (Research), and Enterocyte-Directed DGAT-1 Inhibitor (Research) programs. Glucagon receptor antagonists are designed to lower plasma glucose levels by reducing the production of glucose by the liver.

LGND's lead GCCR antagonist, LGD-6972 (formally MB11262), has demonstrated potent glucose lowering activity and a desirable safety profile in animal models. In a mouse model of Type I diabetes, oral LGD-6972 for 28 days significantly reduced fasting blood glucose levels to 234 mg/dL vs. 382 mg/dL for vehicle-treated controls and 118 mg/dL for non-diabetic, untreated controls.

*Ligand initiated Phase I study with LGD-6972, a novel oral compound for T2D, in November 2013.*

*The study will characterize the PK/PD in 56 patients (8 with T2D), which is unique for a Phase I study in diabetes. This design should allow for an early read into efficacy.*

*Interim Phase I data with LGD-6972 is expected in June at the 2014 ADA Meeting in San Francisco, CA.*

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144206
EPROD-SEC-LIT-E-000146667

*The β-amyloid (Aβ) peptide is the major constituent of amyloid plaques in AD, and likely plays a central role the pathogenesis of the disorder.*

*BACE is a prime drug target for the therapeutic inhibition of Aβ production in Alzheimer's disease.*

*The DSMB recently recommended the continuation of the Phase II/III EPOCH study in mild to moderate AD patients.*

*Merck recently initiated dosing in a second Phase III study of MK-8931 in Prodromal Alzheimer's disease.*

These data were presented at the 2013 American Diabetes Association (ADA) meeting in Philadelphia.

## LGD-6972: Proof-of-Concept Data Expected in June at ADA

Ligand initiated a 56 Phase I PK/PD study with LGD-6972 in November, 2013. We anticipate top-line data will be available by April 2014. The company recently stated that it will present interim data at the 2014 ADA meeting. We believe the value of this opportunity, which is not priced into our current model, represents upside to our $98 valuation. The single-site, first-in-human study is expected to enroll 56 patients, including six groups of eight health subjects and one group of patients with type 2 diabetes (T2D). The principal investigator of the study is Douglas Logan, M.D., Medical Director of Medpace Clinical Pharmacology.

This Phase I study is a randomized, double-blind trial designed to evaluate the safety and tolerability of ascending single oral doses of LGD-6972 in both healthy subjects and patients with type 2 diabetes. In addition, the study will characterize the pharmacokinetic (PK) profile in healthy subjects under fed and fasted conditions and in subjects with T2D under fasted conditions (56 patients). The study is divided into 2 parts: Part 1 will evaluate LGD-6972 in healthy subjects (6 groups of 8 subjects each). Part 2 will evaluate LGD-6972 in subjects with T2DM (1 group of 8 subjects).

## MK-8931: BACE1 Inhibitor (Merck, Phase II/III, Alzheimer's disease)

Merck recently initiated dosing in a second Phase III study for MK-8931, its novel oral β-amyloid precursor protein site-cleavage enzyme (BACE) inhibitor. Ligand and Merck entered into the agreement to develop this program in 2009, which entitles Ligand to royalties on future sales by Merck. Although the etiology of Alzheimer's disease (AD) is not completely understood, one of the distinctive hallmarks of the disease is the existence of toxic amyloid plaques within the brain. The β-amyloid (Aβ) peptide is the major constituent of amyloid plaques and is likely to play a central role in the pathogenesis of this devastating disorder. Discovered 15 years ago, the β-secretase, β-site amyloid precursor protein cleaving enzyme (BACE1) is the enzyme responsible for initiating Aβ generation. Thus, BACE is a prime target for the therapeutic inhibition of Aβ production in Alzheimer's disease.

In December 2012, Merck initiated a randomized, placebo-controlled, parallel-group, double-blind Phase II/III clinical trial with its lead BACE inhibitor, MK-8931, called EPOCH. EPOCH is evaluating two oral doses of MK-8931 (12 and 40 mg) administered daily over 78 weeks in patients with mild-to-moderate AD. The Phase II portion of the trial included a 60 mg dose to evaluate safety. The primary endpoints of the study, which is expected to enroll up to 1,960 patients, are the change from baseline in Alzheimer's Disease Assessment Scale Cognitive Subscale (ADAS-Cog) score and the change from baseline in the Alzheimer's Disease Cooperative Study – Activities of Daily Living (ADCS – ADL)

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144207
EPROD-SEC-LIT-E-000146668

score following 78 weeks of treatment. In December 2013, the Data Monitoring Committee completed its planned interim safety analysis and recommended that the study continue with no protocol changes. The study is expected to be completed in April 2017.

In January 2014, Merck began dosing patients in a second Phase III study with MK-8931 called APECS. APECS is a randomized, placebo-controlled, parallel-group, double-blind study in patients with amnestic mild cognitive impairment due to AD, also known as prodromal Alzheimer's disease. APECS is designed to enroll 1500 patients that will be randomized to receive placebo, 12 mg, or 40 mg of MK-8931, once daily. The primary efficacy outcome of the study is change from baseline in the Clinical Dementia Rating Scale-Sum of Boxes (CDR-SB) score following 104 weeks of treatment. This study is expected to be completed in March 2018. Given that EPOCH has been ongoing for over 2 years, which we assume has generated a significant amount of clinical experience and data with MK-8931, and the DSMB recently took a look and has allowed the study to proceed with no changes, we think MRK is bullish on the potential outcome of these trials.

## SUMMARY & CONCLUSION

We are initiating coverage of Ligand Pharmaceuticals with a Market Outperform rating and a $98 one-year price target. In this report, we focus on Ligand's primary near-term revenue drivers, which are GSK's Promacta® (eltrombopag), Amgen's (formerly Onyx) Kyprolis (carfilzomib). We also discuss Captisol Material Sales and Pfizer's Duavee (conjugated estrogen plus bazedoxifene) in detail. In 2014, we look forward to continued growth of these products as well as the launch of Duavee for the treatment of hot flashes and postmenopausal osteoporosis by Pfizer. We are impressed by Ligand's leadership, namely John Higgins, President and CEO, who has done an excellent job of amassing high quality royalties while maintaining a low cost structure, in our opinion. Ligand's pipeline addresses a broad spectrum of diseases and unmet needs, including a >40% allocation to oncology. Given the significant future EPS leverage from its high-quality revenues, high gross margins, low operating cost structure, significant tax advantage (~2% for 7 years), and low base share count, we believe the shares are presently undervalued. We reach our $98 price target by our standard DCF approach.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144208
EPROD-SEC-LIT-E-000146669

## MANAGEMENT

### John Higgins, President and CEO

John Higgins is President, Chief Executive Officer and a member of the Board of Directors of Ligand Pharmaceuticals Inc. Prior to joining Ligand, Mr. Higgins served as Chief Financial Officer and Executive Vice President, Finance and Administration and Corporate Development, of Connetics Corporation, a specialty pharmaceutical company acquired by Stiefel Laboratories in 2006. Before joining Connetics, he was a member of the executive management team at BioCryst Pharmaceuticals (BCRX, Not Rated). Currently, he is a Director on the Boards of Techne Corporation (TECH, Not Rated), CoMentis and BioCryst and serves as Chairperson of the Techne Audit Committee. Prior to BioCryst, Mr. Higgins was a member of the healthcare banking team of Dillon, Read & Co. Inc., an investment banking firm. He graduated Magna Cum Laude from Colgate University with an AB in economics.

### Matthew W. Foehr, Executive Vice President and Chief Operating Officer

Matthew W. Foehr has more than 18 years of experience managing global research and development programs. Prior to joining Ligand in 2011, he was Vice President and Head of Consumer Dermatology R&D, as well as Acting Chief Scientific Officer of Dermatology, in the Stiefel division of GlaxoSmithKline (GSK). Following GSK's $3.6 billion acquisition of Stiefel in 2009, Mr. Foehr led the R&D integration of Stiefel into GSK. At Stiefel Laboratories, Inc., Mr. Foehr served as Senior Vice President of Global R&D Operations, Senior Vice President of Product Development & Support, and Vice President of Global Supply Chain Technical Services. Prior to Stiefel, Mr. Foehr held various executive roles at Connetics Corporation including Senior Vice President of Technical Operations and Vice President of Manufacturing. Mr. Foehr is the author of multiple scientific publications and is named on numerous U.S. patents. He received his Bachelor of Science degree in Biology from Santa Clara University.

### Nishan de Silva, MD, Vice President of Finance & Strategy and Chief Financial Officer

Nishan de Silva, M.D. has more than thirteen years of healthcare experience across healthcare investing and management consulting.  Prior to joining Ligand, Dr. de Silva served as a Principal of private equity firm Warburg Pincus LLC, where he was responsible for sourcing late-stage biopharmaceutical investments.   Over the previous eight years, he evaluated hundreds of biopharmaceutical company investment opportunities, negotiated and structured major equity positions for several companies and served on the Board of Directors for several public and private biopharmaceutical companies.  Prior to joining Warburg Pincus, Dr. de Silva worked in healthcare venture capital at Sprout Group and as a management consultant at McKinsey & Company, where

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144209
EPROD-SEC-LIT-E-000146670

he focused on growth strategy projects for senior management at leading global pharmaceutical and healthcare services companies.  Dr. de Silva holds an M.D. from The University of Pennsylvania School of Medicine, an M.B.A. in Healthcare Management from The Wharton School, and an A.B. in Biology from Harvard College.

### Charles Berkman, JD, Vice President, General Counsel and Secretary

Charles Berkman has served as our Vice President, General Counsel and Secretary since April 2007. Mr. Berkman joined the Company in November 2001 and previously served as Associate General Counsel and Chief Patent Counsel for the Company (and Secretary since March 2007). Prior to joining the Company, Mr. Berkman was an attorney at the international law firm of Baker & McKenzie from November 2000 to November 2001. Before that he served as an attorney at the law firm of Lyon & Lyon from 1993 to November 2000, where he specialized in intellectual property law. Mr. Berkman earned a BS in chemistry from the University of Texas and a JD from the University of Texas School of Law.

### Audrey Warfield-Graham, Vice President, Human Resources

Audrey Warfield-Graham directs Human Resources. Ms. Warfield-Graham has worked continuously in the Human Resources department since joining Ligand in December 1994. She has held a progression of positions with increased responsibilities during her tenure at Ligand. She was promoted to Vice President, Human Resources in January 2007. Her previous Human Resources experience was with Fresh Western, an interstate agricultural business located in Monterey County, California. Ms. Warfield-Graham's management experience includes benefits administration, change management, employee relations, leave management, recruitment, staffing strategies, stock administration and performance management. She received her SPHR certification in January 2007.

*Source: Company Website*

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144210
EPROD-SEC-LIT-E-000146671

**Brinson Patrick**

Ligand Pharmaceuticals Inc. - March 24, 2014

## Appendix A: Ligand Pharmaceuticals, Quarterly Income Statement (GAAP)

| Income Statement $ millions (GAAP) | 2012 | 1Q:13 | 2Q:13 | 3Q:13 | 4Q:13 | 2013 | 1Q:14E | 2Q:14E | 3Q:14E | 4Q:14E | 2014E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | | | | |
| Royalties | 14.1 | 5.8 | 4.9 | 5.7 | 7.1 | 23.6 | 7.4 | 5.7 | 8.3 | 10.1 | 31.5 |
| % of Total Revenues | 45% | 50% | 51% | 44% | 48% | 48% | 52% | 43% | 49% | 54% | 50% |
| Growth | 53% | 90% | 65% | 74% | 48% | 58% | 27% | 16% | 45% | 42% | 34% |
| Material sales | 9.4 | 1.5 | 4.0 | 6.7 | 6.8 | 19.1 | 5.3 | 5.4 | 5.7 | 5.8 | 22.2 |
| % of Total Revenues | 30% | 13% | 42% | 52% | 46% | 39% | 37% | 40% | 34% | 31% | 35% |
| Growth | -22% | 131% | 140% | 270% | 29% | 102% | 244% | 35% | -15% | -15% | 16% |
| Collaborative R&D and Other Revenues | 7.9 | 4.3 | 0.7 | 0.6 | 0.8 | 6.3 | 1.5 | 2.3 | 2.8 | 3.0 | 9.6 |
| % of Total Revenues | 25% | 37% | 7% | 4% | 5% | 13% | 11% | 17% | 17% | 16% | 15% |
| Growth | -9% | 125% | -39% | -59% | -77% | -20% | -65% | 243% | 406% | 271% | 52% |
| **Total Revenues** | 31.4 | 11.7 | 9.6 | 13.0 | 14.7 | 49.0 | 14.2 | 13.4 | 16.8 | 18.9 | 63.3 |
| Growth | 4% | 107% | 67% | 104% | 8% | 56% | 22% | 40% | 29% | 29% | 29% |
| | | | | | | | | | | | |
| **Operating Costs and Expenses:** | | | | | | | | | | | |
| Cost of Sales (Captisol) | 3.6 | 0.7 | 1.2 | 2.5 | 1.3 | 5.7 | 1.1 | 1.1 | 1.1 | 1.2 | 4.4 |
| % of Total Captisol Sales | 38% | 43% | 30% | 39% | 19% | 30% | 20% | 20% | 20% | 20% | 20% |
| Growth | -27% | 328% | 179% | 272% | -43% | 59% | 60% | -11% | -58% | -12% | -23% |
| **Gross Profit** | 27.8 | 11.0 | 8.4 | 10.5 | 13.4 | 43.2 | 13.1 | 12.3 | 15.6 | 17.8 | 58.9 |
| Margin | 89% | 94% | 87% | 80% | 91% | 88% | 93% | 92% | 93% | 94% | 93% |
| | | | | | | | | | | | |
| R&D | 10.8 | 2.5 | 2.0 | 2.4 | 2.4 | 9.3 | 2.1 | 2.0 | 2.5 | 2.8 | 9.5 |
| % of Total Revenues | 34% | 21% | 21% | 19% | 16% | 19% | 15% | 15% | 15% | 15% | 15% |
| Growth | 5% | -12% | -29% | -9% | -4% | -14% | -14% | 0% | 4% | 20% | 2% |
| G&A | 16.1 | 4.5 | 4.3 | 4.8 | 4.4 | 18.0 | 4.3 | 4.0 | 4.5 | 4.7 | 17.6 |
| % of Total Revenues | 51% | 39% | 45% | 37% | 30% | 37% | 30% | 30% | 27% | 25% | 28% |
| Growth | 6% | 32% | 12% | 5% | 3% | 12% | -5% | -6% | -5% | 7% | -2% |
| | | | | | | | | | | | |
| Lease exit and termination costs | 0.3 | 0.1 | 0.0 | 0.2 | 0.2 | 0.6 | 0.2 | 0.2 | 0.2 | 0.2 | 0.8 |
| Write-off of in-process R&D | - | - | 0.5 | - | - | 0.5 | - | - | - | - | - |
| | | | | | | | | | | | |
| **Total Operating Costs and Exp.** | 30.8 | 7.7 | 8.1 | 9.9 | 8.3 | 34.0 | 7.6 | 7.3 | 8.4 | 8.9 | 32.3 |
| Growth | -5% | 19% | 7% | 29% | -10% | 10% | -1% | -9% | -16% | 8% | -5% |
| Accretion of deferred gain on sale leaseback | | | | | | | | | | | |
| Operating Income | 0.6 | 3.9 | 1.5 | 3.1 | 6.4 | 14.9 | 6.5 | 6.1 | 8.4 | 10.0 | 31.0 |
| Margin | 2% | 34% | 16% | 24% | 44% | 31% | 46% | 45% | 50% | 53% | 49% |
| | | | | | | | | | | | |
| Other income (expense): | | | | | | | | | | | |
| Interest income/expense, net | (2.9) | (0.9) | (0.5) | (0.5) | (0.4) | (2.3) | (0.5) | (0.5) | (0.5) | (0.5) | (1.8) |
| Decrease (increase) in contingent liabilities | (1.7) | (1.8) | 2.7 | (0.5) | (4.0) | (3.6) | (0.5) | (0.5) | (0.5) | (0.5) | (2.0) |
| Other, net | - | 0.2 | - | - | - | 0.2 | - | - | - | - | - |
| **Total Other Income (expense), net** | (4.4) | (2.6) | 2.3 | (1.0) | (4.4) | (5.7) | (1.0) | (1.0) | (1.0) | (1.0) | (3.8) |
| Growth | 99% | -3982% | -205% | -182% | 28% | 29% | -63% | -142% | -9% | -78% | -34% |
| | | | | | | | | | | | |
| **Net Income (Pretax)** | (3.9) | 1.4 | 3.8 | 2.0 | 2.0 | 9.3 | 5.5 | 5.2 | 7.4 | 9.1 | 27.2 |
| Margin | -12% | 12% | 40% | 16% | 14% | 19% | 39% | 38% | 44% | 48% | 43% |
| Tax rate | -31% | 5% | 3% | 3% | 7% | 4% | 5% | 5% | 5% | 5% | 5% |
| Income Tax Benefit (expense) | 1.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 | 0.3 | 0.3 | 0.4 | 0.5 | 1.4 |
| | | | | | | | | | | | |
| **Income (loss), cont. ops.** | (5.1) | 1.3 | 3.7 | 2.0 | 1.9 | 8.8 | 5.3 | 4.9 | 7.1 | 8.6 | 25.9 |
| Net Margin | -16% | 11% | 39% | 15% | 13% | 18% | 37% | 36% | 42% | 45% | 41% |
| | | | | | | | | | | | |
| Discontinued operations: | | | | | | | | | | | |
| Gain on sale of Avinza Product Line | - | 0.2 | 2.4 | - | - | 2.6 | - | - | - | - | - |
| Gain on sale of Oncology Product Line | - | - | - | - | - | - | - | - | - | - | - |
| Income tax benefit on discontinued operation | 2.1 | - | - | - | - | - | - | - | - | - | - |
| Income from discontinued operations | 2.1 | 0.2 | 2.4 | - | - | 2.6 | - | - | - | - | - |
| **Net Income (GAAP)** | (2.9) | 1.5 | 6.1 | 2.0 | 1.9 | 11.4 | 5.3 | 4.9 | 7.1 | 8.6 | 25.9 |
| | | | | | | | | | | | |
| Basic per share amounts: | | | | | | | | | | | |
| Income from continuing operations | (0.25) | 0.06 | 0.18 | 0.10 | 0.09 | 0.43 | 0.26 | 0.23 | 0.34 | 0.40 | 1.23 |
| Income from discontinued operations | 0.11 | 0.01 | 0.12 | - | - | 0.13 | - | - | - | - | - |
| **Basic EPS (GAAP)** | (0.15) | 0.07 | 0.30 | 0.10 | 0.09 | 0.56 | 0.26 | 0.23 | 0.34 | 0.40 | 1.23 |
| Growth | -82% | 29% | -335% | -1091% | 72% | -494% | 247% | -22% | 248% | 342% | 120% |
| | | | | | | | | | | | |
| Diluted per share amounts: | | | | | | | | | | | |
| Income from continuing operations | (0.25) | 0.06 | 0.18 | 0.09 | 0.09 | 0.43 | 0.25 | 0.23 | 0.33 | 0.39 | 1.20 |
| Income from discontinued operations | 0.11 | 0.01 | 0.12 | - | - | 0.12 | - | - | - | - | - |
| **Diluted EPS (GAAP)** | (0.15) | 0.07 | 0.30 | 0.09 | 0.09 | 0.55 | 0.25 | 0.23 | 0.33 | 0.39 | 1.20 |
| Growth | -69% | -272% | -183% | -1068% | -31% | -257% | 288% | 26% | 240% | 342% | 182% |
| **Basic average shares outstanding** | 18.9 | 20.3 | 20.3 | 20.4 | 20.4 | 20.3 | 20.6 | 20.9 | 21.1 | 21.3 | 21.0 |
| **Diluted average shares outstanding** | 19.3 | 20.3 | 20.4 | 20.8 | 21.1 | 20.7 | 21.3 | 21.5 | 21.7 | 21.9 | 21.6 |

*Source: Ligand Company Reports, Brinson Patrick Securities Corporation*

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144211
EPROD-SEC-LIT-E-000146672

### Appendix B: Ligand Pharmaceuticals, Annual Income Statement (2011A – 2020E, GAAP)

| Income Statement $ millions (GAAP) | 2011 | 2012 | 2013 | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | | | |
| **Royalties** | 9.2 | 14.1 | 23.6 | 31.5 | 62.4 | 105.0 | 160.5 | 207.7 | 248.8 | 279.3 |
| *% of Total Revenues* | 31% | 45% | 48% | 50% | 63% | 66% | 67% | 67% | 67% | 68% |
| *Growth* | 27% | 53% | 68% | 34% | 98% | 68% | 53% | 29% | 20% | 12% |
| **Material sales** | 12.1 | 9.4 | 19.1 | 22.2 | 25.1 | 41.3 | 61.9 | 81.7 | 98.1 | 106.9 |
| *% of Total Revenues* | 40% | 30% | 39% | 35% | 25% | 26% | 26% | 26% | 26% | 26% |
| *Growth* | | -22% | 102% | 16% | 13% | 64% | 50% | 32% | 20% | 9% |
| **Collaborative R&D and Other Revenues** | 8.7 | 7.9 | 6.3 | 9.6 | 11.5 | 13.8 | 16.6 | 19.9 | 23.9 | 26.3 |
| *% of Total Revenues* | 29% | 25% | 13% | 15% | 12% | 9% | 7% | 6% | 6% | 6% |
| *Growth* | -47% | -9% | -20% | 52% | 20% | 20% | 20% | 20% | 20% | 10% |
| **Total Revenues** | 30.0 | 31.4 | 49.0 | 63.3 | 99.1 | 160.1 | 239.0 | 309.3 | 370.7 | 412.5 |
| *Growth* | 28% | 4% | 56% | 29% | 56% | 62% | 49% | 29% | 20% | 11% |
| | | | | | | | | | | |
| **Operating Costs and Expenses:** | | | | | | | | | | |
| **Cost of Sales (Captisol)** | 4.9 | 3.6 | 5.7 | 4.4 | 4.5 | 5.8 | 6.2 | 7.4 | 8.8 | 9.6 |
| *% of Total Captisol Sales* | 40% | 38% | 30% | 20% | 18% | 14% | 10% | 9% | 9% | 9% |
| *Growth* | | -27% | 59% | -23% | 2% | 28% | 7% | 19% | 20% | 9% |
| **Gross Profit** | 25.1 | 27.8 | 43.2 | 58.9 | 94.5 | 154.4 | 232.8 | 301.9 | 361.9 | 402.8 |
| *Margin* | 84% | 89% | 88% | 93% | 95% | 96% | 97% | 98% | 98% | 98% |
| | | | | | | | | | | |
| **R&D** | 10.3 | 10.8 | 9.3 | 9.5 | 10.9 | 11.2 | 14.3 | 15.5 | 18.5 | 20.6 |
| *% of Total Revenues* | 34% | 34% | 19% | 15% | 11% | 7% | 6% | 5% | 5% | 5% |
| *Growth* | -53% | 5% | -14% | 2% | 15% | 3% | 28% | 8% | 20% | 11% |
| **G&A** | 15.0 | 16.1 | 18.0 | 17.6 | 17.8 | 18.1 | 18.2 | 21.7 | 22.2 | 22.7 |
| *% of Total Revenues* | 50% | 51% | 37% | 28% | 18% | 11% | 8% | 7% | 6% | 6% |
| *Growth* | 16% | 8% | 12% | -2% | 2% | 1% | 0% | 19% | 3% | 2% |
| | | | | | | | | | | |
| Lease exit and termination costs | (0.0) | 0.3 | 0.6 | 0.8 | - | - | - | - | - | - |
| Write-off of in-process R&D | 2.3 | - | 0.5 | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| **Total Operating Costs and Exp.** | 32.4 | 30.8 | 34.0 | 32.3 | 33.2 | 35.1 | 38.7 | 44.5 | 49.6 | 52.9 |
| *Growth* | -41% | -5% | 10% | -5% | 3% | 6% | 10% | 15% | 12% | 7% |
| | | | | | | | | | | |
| Accretion of deferred gain on sale leaseback | 1.7 | - | | | | | | | | |
| **Operating Income** | (0.7) | 0.6 | 14.9 | 31.0 | 65.8 | 125.1 | 200.3 | 264.8 | 321.1 | 359.5 |
| *Margin* | -2% | 2% | 31% | 49% | 66% | 78% | 84% | 86% | 87% | 87% |
| | | | | | | | | | | |
| Other income (expense): | | | | | | | | | | |
| Interest income/expense, net | (1.5) | (2.8) | (2.3) | (1.8) | (1.9) | (2.0) | (2.1) | (2.2) | (2.3) | (2.4) |
| Decrease (increase) in contingent liabilities | (1.3) | (1.7) | (3.6) | (2.0) | (2.1) | (2.2) | (2.3) | (2.4) | (2.6) | (2.7) |
| Other, net | 0.1 | - | 0.2 | - | - | - | - | - | - | - |
| **Total Other Income (expense), net** | (2.2) | (4.4) | (5.7) | (3.8) | (4.0) | (4.2) | (4.4) | (4.6) | (4.9) | (5.1) |
| *Growth* | -116% | 99% | 29% | -34% | 5% | 5% | 5% | 5% | 5% | 5% |
| | | | | | | | | | | |
| **Net Income (Pretax)** | (2.9) | (3.9) | 9.2 | 27.2 | 61.8 | 120.9 | 195.9 | 260.2 | 316.3 | 354.4 |
| *Margin* | -10% | -12% | 19% | 43% | 62% | 75% | 82% | 84% | 85% | 86% |
| *Tax rate* | -447% | -31% | 4% | 5% | 4% | 4% | 4% | 4% | 4% | 10% |
| Income Tax Benefit (expense) | 13.1 | 1.2 | 0.4 | 1.4 | 2.5 | 4.8 | 7.8 | 10.4 | 12.7 | 35.4 |
| | | | | | | | | | | |
| **Income (loss), cont. ops.** | (16.0) | (5.1) | 8.8 | 25.9 | 59.3 | 116.0 | 188.1 | 249.8 | 303.6 | 319.0 |
| *Net Margin* | -53% | -16% | 18% | 41% | 60% | 72% | 79% | 81% | 82% | 77% |
| | | | | | | | | | | |
| Discontinued operations: | | | | | | | | | | |
| Gain on sale of Avinza Product Line | | - | 2.6 | - | - | - | - | - | - | - |
| Gain on sale of Oncology Product Line | 0.0 | - | - | - | - | - | - | - | - | - |
| Income tax benefit on discontinued operation | - | 2.1 | - | - | - | - | - | - | - | - |
| Income from discontinued operations | 0.0 | 2.1 | 2.6 | - | - | - | - | - | - | - |
| **Net Income (GAAP)** | (16.0) | (2.9) | 11.4 | 25.9 | 59.3 | 116.0 | 188.1 | 249.8 | 303.6 | 319.0 |
| | | | | | | | | | | |
| Basic per share amounts: | | | | | | | | | | |
| Income from continuing operations | (0.82) | (0.25) | 0.43 | 1.23 | 2.82 | 5.48 | 8.84 | 11.68 | 14.13 | 14.77 |
| Income from discontinued operations | 0.00 | 0.11 | 0.13 | - | - | - | - | - | - | - |
| **Basic EPS (GAAP)** | (0.82) | (0.15) | 0.56 | 1.23 | 2.82 | 5.48 | 8.84 | 11.68 | 14.13 | 14.77 |
| *Growth* | 28% | -82% | -484% | 120% | 128% | 95% | 61% | 32% | 21% | 5% |
| | | | | | | | | | | |
| Diluted per share amounts: | | | | | | | | | | |
| Income from continuing operations | (0.81) | (0.25) | 0.43 | 1.20 | 2.74 | 5.32 | 8.58 | 11.34 | 13.72 | 14.34 |
| Income from discontinued operations | 0.00 | 0.11 | 0.12 | - | - | - | - | - | - | - |
| **Diluted EPS (GAAP)** | (0.81) | (0.15) | 0.55 | 1.20 | 2.74 | 5.32 | 8.58 | 11.34 | 13.72 | 14.34 |
| *Growth* | 25% | -69% | -267% | 182% | 128% | 95% | 61% | 32% | 21% | 5% |
| | | | | | | | | | | |
| **Basic average shares outstanding** | 19.7 | 19.8 | 20.3 | 21.0 | 21.1 | 21.2 | 21.3 | 21.4 | 21.5 | 21.6 |
| **Diluted average shares outstanding** | 19.7 | 19.9 | 20.7 | 21.6 | 21.7 | 21.8 | 21.9 | 22.0 | 22.1 | 22.2 |

*Source: Ligand Company Reports, Brinson Patrick Securities Corporation*

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144212
EPROD-SEC-LIT-E-000146673

## Appendix B: Ligand Pharmaceuticals, Annual Income Statement (2021A – 2030E, GAAP)

| Income Statement $, millions (GAAP) | 2021A | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | | | |
| Royalties | 296.5 | 310.1 | 319.4 | 329.0 | 337.8 | 346.9 | 356.2 | 365.8 | 375.6 | 385.8 |
| *% of Total Revenues* | 68% | 68% | 68% | 68% | 68% | 68% | 68% | 68% | 68% | 68% |
| *Growth* | 6% | 5% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |
| Material sales | 112.3 | 115.6 | 119.1 | 122.7 | 126.3 | 130.1 | 134.0 | 138.1 | 142.2 | 146.5 |
| *% of Total Revenues* | 26% | 25% | 25% | 25% | 26% | 26% | 26% | 26% | 26% | 26% |
| *Growth* | 5% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |
| Collaborative R&D and Other Revenues | 27.6 | 28.4 | 29.3 | 30.1 | 31.1 | 32.0 | 32.9 | 33.9 | 35.0 | 36.0 |
| *% of Total Revenues* | 6% | 6% | 6% | 6% | 6% | 6% | 6% | 6% | 6% | 6% |
| *Growth* | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |
| **Total Revenues** | 436.4 | 454.1 | 467.7 | 481.8 | 495.2 | 509.0 | 523.2 | 537.8 | 552.8 | 568.2 |
| *Growth* | 6% | 4% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |
| | | | | | | | | | | |
| **Operating Costs and Expenses:** | | | | | | | | | | |
| Cost of Sales (Captisol) | 10.1 | 10.4 | 10.7 | 11.0 | 11.4 | 11.7 | 12.1 | 12.4 | 12.8 | 13.2 |
| *% of Total Captisol Sales* | 9% | 9% | 9% | 9% | 9% | 9% | 9% | 9% | 9% | 9% |
| *Growth* | 5% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |
| **Gross Profit** | 426.3 | 443.7 | 457.0 | 470.8 | 483.8 | 497.3 | 511.1 | 525.4 | 540.0 | 555.0 |
| *Margin* | 98% | 98% | 98% | 98% | 98% | 98% | 98% | 98% | 98% | 98% |
| | | | | | | | | | | |
| R&D | 21.8 | 22.7 | 23.4 | 24.1 | 24.8 | 25.5 | 26.2 | 26.9 | 27.6 | 28.4 |
| *% of Total Revenues* | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% |
| *Growth* | 6% | 4% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |
| G&A | 23.1 | 23.6 | 23.4 | 23.6 | 23.8 | 23.9 | 24.1 | 24.2 | 24.3 | 25.0 |
| *% of Total Revenues* | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 4% |
| *Growth* | 2% | 2% | -1% | 1% | 1% | 1% | 1% | 1% | 1% | 3% |
| | | | | | | | | | | |
| Lease exit and termination costs | - | - | - | - | - | - | - | - | - | - |
| Write-off of in-process R&D | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| **Total Operating Costs and Exp.** | 55.1 | 56.7 | 57.5 | 58.7 | 59.9 | 61.1 | 62.3 | 63.5 | 64.8 | 66.6 |
| *Growth* | 4% | 3% | 1% | 2% | 2% | 2% | 2% | 2% | 2% | 3% |
| | | | | | | | | | | |
| Accretion of deferred gain on sale leaseback | - | - | - | - | - | - | - | - | - | - |
| **Operating Income** | 381.3 | 397.4 | 410.2 | 423.1 | 435.3 | 447.9 | 460.9 | 474.3 | 488.0 | 501.6 |
| *Margin* | 87% | 88% | 88% | 88% | 88% | 88% | 88% | 88% | 88% | 89% |
| | | | | | | | | | | |
| Other income (expense): | | | | | | | | | | |
| Interest income/expense, net | (2.5) | (2.7) | (2.8) | (2.9) | (3.1) | (3.2) | (3.4) | (3.6) | (3.8) | (3.9) |
| Decrease (increase) in contingent liabilities | (2.9) | (3.0) | (3.1) | (3.3) | (3.4) | (3.6) | (3.8) | (4.0) | (4.2) | (4.4) |
| Other, net | - | - | - | - | - | - | - | - | - | - |
| **Total Other Income (expense), net** | (5.4) | (5.6) | (5.9) | (6.2) | (6.5) | (6.8) | (7.2) | (7.5) | (7.9) | (8.3) |
| | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% |
| | | | | | | | | | | |
| **Net Income (Pretax)** | 376.0 | 391.8 | 404.3 | 416.9 | 428.8 | 441.1 | 453.7 | 466.7 | 480.1 | 493.3 |
| *Margin* | 86% | 86% | 86% | 87% | 87% | 87% | 87% | 87% | 87% | 87% |
| *Tax rate* | 15% | 25% | 35% | 35% | 35% | 35% | 35% | 35% | 35% | 35% |
| Income Tax Benefit (expense) | 56.4 | 97.9 | 141.5 | 145.9 | 150.1 | 154.4 | 158.8 | 163.4 | 168.0 | 172.7 |
| | | | | | | | | | | |
| **Income (loss), cont. ops.** | 319.6 | 293.8 | 262.8 | 271.0 | 278.7 | 286.7 | 294.9 | 303.4 | 312.1 | 320.7 |
| *Net Margin* | 73% | 65% | 56% | 56% | 56% | 56% | 56% | 56% | 56% | 56% |
| | | | | | | | | | | |
| Discontinued operations: | | | | | | | | | | |
| Gain on sale of Avinza Product Line | - | - | - | - | - | - | - | - | - | - |
| Gain on sale of Oncology Product Line | - | - | - | - | - | - | - | - | - | - |
| Income tax benefit on discontinued operation | - | - | - | - | - | - | - | - | - | - |
| Income from discontinued operations | - | - | - | - | - | - | - | - | - | - |
| **Net Income (GAAP):** | 319.6 | 293.8 | 262.8 | 271.0 | 278.7 | 286.7 | 294.9 | 303.4 | 312.1 | 320.7 |
| | | | | | | | | | | |
| Basic per share amounts: | | | | | | | | | | |
| Income from continuing operations | 14.72 | 13.47 | 11.99 | 12.30 | 12.59 | 12.88 | 13.19 | 13.50 | 13.82 | 14.13 |
| Income from discontinued operations | - | - | - | - | - | - | - | - | - | - |
| **Basic EPS (GAAP)** | 14.72 | 13.47 | 11.99 | 12.30 | 12.59 | 12.88 | 13.19 | 13.50 | 13.82 | 14.13 |
| *Growth* | 0% | -9% | -11% | 3% | 2% | 2% | 2% | 2% | 2% | 2% |
| | | | | | | | | | | |
| Diluted per share amounts: | | | | | | | | | | |
| Income from continuing operations | 14.30 | 13.08 | 11.64 | 11.94 | 12.22 | 12.51 | 12.80 | 13.11 | 13.41 | 13.71 |
| Income from discontinued operations | - | - | - | - | - | - | - | - | - | - |
| **Diluted EPS (GAAP)** | 14.30 | 13.08 | 11.64 | 11.94 | 12.22 | 12.51 | 12.80 | 13.11 | 13.41 | 13.71 |
| *Growth* | 0% | -9% | -11% | 3% | 2% | 2% | 2% | 2% | 2% | 2% |
| | | | | | | | | | | |
| **Basic average shares outstanding** | 21.7 | 21.8 | 21.9 | 22.0 | 22.1 | 22.3 | 22.4 | 22.5 | 22.6 | 22.7 |
| **Diluted average shares outstanding** | 22.4 | 22.5 | 22.6 | 22.7 | 22.8 | 22.9 | 23.0 | 23.1 | 23.3 | 23.4 |

*Source: Ligand Company Reports, Brinson Patrick Securities Corporation*

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144213
EPROD-SEC-LIT-E-000146674

## Valuation Methodology

**Discounted Cash Flow (DCF) Valuation.** We performed our standard DCF analysis by projecting cash flows through 2030. Projected cash flows are discounted to present value using a discount rate of approximately 11%, which is the approximate weighted average cost of capital (WACC), and terminal value of 3% in our DCF calculation, which is then divided by the YE 2014 fully diluted share count. Based on this methodology, we reach a one-year price target of approximately $98 per share.

## Company Risks

**Royalty Revenue:** Ligand is a royalty-based biopharmaceutical business. Revenue from Amgen on sales of Kyprolis and from GlaxoSmithKline on sales of Promacta/Revolade are expected to contribute a substantial portion of revenue for the foreseeable future. In addition, revenue from Captisol material represents an increasingly significant portion of revenues. Thus, any setbacks that occur on one or more of these drugs could significantly impair revenue expectations and our valuation of Ligand shares.

**Collaborations:** Ligand has strategic alliances with GlaxoSmithKline, Amgen, Pfizer, Baxter, Spectrum, Merck, and The Medicines Company, among others. The company would be negatively impacted if any one of these collaborations were to be terminated on unfavorable terms to Ligand.

**Competition:** Essentially all drugs in Ligand's pipeline of assets may compete with existing drugs or drugs in various stages of development. These assets may not successfully gain or maintain market share in the indication(s) in which they are launched, which could have an adverse effect on the company.

**Acquisition Strategy:** Ligand plans to continue its strategy of acquiring companies, business or product candidates. These strategic acquisitions may require additional capital and have inherent risks including that associated with a successful integration. Any setback involving this strategy could adversely affect Ligand's stock price and/or operating results.

**See Risks sections of SEC filings for additional risks.**

| Company | Ticker | Rating | Price | Price Target |
|---|---|---|---|---|
| **RELATED COMPANIES** | | | | |
| BioCryst Pharmaceuticals | BCRX | -- | -- | -- |
| Biotechnology | BIO | -- | -- | -- |
| | GSK, AMGN, PFE, BAX, HLUKF, BMY, CELG, BCRX, LLY, SPPI, MRK, MDCO | -- | -- | -- |
| Ligand Pharmaceuticals Inc. | LGND | Market Outperform | $72.12 | $98.00 |

## IMPORTANT DISCLOSURES

### Analyst Certification

Christopher S James hereby certifies that the recommendations and opinions expressed in the research report accurately reflect the research analyst's personal views about any and all of the subject securities or issues discussed herein. Furthermore, no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the research analyst(s) in this research report.

Brinson Patrick Securities Corp and/or its affiliates expect to receive or intend to seek compensation for investment banking services from Ligand Pharmaceuticals Inc. in the next three months.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144214
EPROD-SEC-LIT-E-000146675

Brinson Patrick                                                    Ligand Pharmaceuticals Inc. - March 24, 2014

| Ratings Distribution & Investment Banking Disclosure | | | | |
| Rating | Count | Ratings Distribution | Count | *Investment Banking |
|---|---|---|---|---|
| Market Outperform | 3 | 21.43% | 1 | 33.33% |
| Market Perform | 0 | 0.00% | 0 | 0% |
| Market Underperform | 0 | 0.00% | 0 | 0% |
| Under Review | 11 | 78.57% | 1 | 9.09% |

*Percent of companies under research coverage from which Brinson Patrick received compensation for investment banking services provided in the previous 12 months.*

### Ratings Definitions

**Market Outperform**: Over the next six to twelve months, the common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector, as defined by various market indices and ETFs.

**Market Perform**: Over the next six to twelve months, the common stock of the company is expected to reflect the performance of a passive index comprised of all the common stock of companies within the same sector, as defined by various market indices and ETFs.

**Market Underperform**: Over the next six to twelve months, the common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector, as defined by various market indices and ETFs.

**UNDER REVIEW**: The current rating and financial estimates of the common stock of the company are suspended while being reviewed.

**NOT RATED**: Brinson Patrick does not maintain research coverage on the common stock of the company.

### Risk Profiles Definitions

**SPECULATIVE**: The common stock risk level is materially higher than its benchmarks based on various market indices and ETFs. The price of this common stock has been, or likely will be, exceptionally more volatile than its benchmarks.

**AGGRESSIVE**: The common stock risk level is higher than its benchmarks based on various market indices and ETFs. The price of this common stock has been, or likely will be, more volatile than its benchmarks.

**MODERATE**: The common stock risk level is in-line with its benchmarks based on various market indices and ETFs. The price of this common stock has been, or likely will be, just as volatile as its benchmarks.

Visit us at http://www.brinsonpatrick.com

The analyst(s) responsible for preparing this research received compensation that is based on various factors, including Brinson Patrick's total revenues, a portion of which is generated by Brinson Patrick's investment banking activities. Investors should assume that Brinson Patrick is seeking, or will seek, investment banking or other services from the covered companies. Employees of Brinson Patrick not involved in the preparation of this report may have investments in securities or derivatives of securities of companies mentioned in this report, and may buy, sell, or trade them in ways different from, or in a manner inconsistent with, those discussed in this report. This report does not provide individually tailored investment advice. It has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The methods used by Brinson Patrick to determine the price target for this security, along with the risks, are detailed within this report. Additional information available upon request. For additional information and disclosures, please contact Alvin Kressler, Director of Research, at akressler@brinsonpatrick.com.

Copyright 2014 Brinson Patrick Securities Corp. The study herein is not a complete analysis of every material fact respecting any company, industry, or security. The opinions expressed here reflect the judgment of the author at this date and are subject to change. Facts have been obtained from sources considered to be reliable, but are not guaranteed. Brinson Patrick, its officers, directors, and/or employees may have an interest in the securities of the issue(s) described herein and may purchase, sell, trade or act as market maker while this report is in circulation. The analyst(s) responsible for preparing this research is also registered Meyers Associates, L.P. (dba Brinson Patrick, a division of MeyersAssociates, L.P.) Meyers Associates, L.P. may be considered an affiliateof Brinson Patrick Securities Corporation.

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144215
EPROD-SEC-LIT-E-000146676

Subject to Protective Order in D. Mass. Case No. 18-cv-11926-PBS

SEC-Lemelson-E-0144216
EPROD-SEC-LIT-E-000146677