```
 1  A.    No.
 2  Q.    At any time since 2014?
 3  A.    No.
 4  Q.    Have you ever heard of a debt to tangible equity ratio
 5  other than in Father Lemelson's reports?
 6  A.    I don't recall ever hearing that term until reading Father
 7  Lemelson's reports.  I'm not a financial expert, but I don't
 8  recall hearing that.
 9  Q.    And you've worked for public companies for the bulk of
10  your career, right?
11  A.    Yes, that's correct.
12  Q.    Did Ligand ever make a public statement specifically
13  addressing Father Lemelson's reports and calling him out by
14  name?
15  A.    No, we did not.
16  Q.    Did you nevertheless talk to various individuals and
17  entities about his reports?
18  A.    From the time the first report came out, we were getting
19  an increasing number of questions about the reports from a
20  variety of individuals, investors, partners were asking
21  questions.  Some of our existing partners.  We were getting
22  questions from other companies we were working with on
23  potential licenses.  We got a fair number of questions from
24  employees who said they were also getting questions from family
25  members about Ligand based on the publicity around the reports.
```

**—UNEDITED DRAFT TRANSCRIPT—**

```
 1   Q.   And what kind of questions?
 2   A.   I think it depended on the group, the groups that I
 3   described, but investors were asking a lot of questions about
 4   Promacta.  There was a lot of misinformation and false
 5   statements around or Captisol technology, our Captisol
 6   business, that it somehow had issues around supply and things
 7   like that.  So even partners who knew the technology well and
 8   knew us well and had audited or multiple manufacturing sites
 9   themselves personally were calling and asking questions about
10   how stable our business was.  Existing partners or I'll say
11   partners we were talking to about new licenses were
12   concerned -- some of them voiced concerns about entering into
13   licenses with us because they were worried we were unstable or
14   not running a good business.  And then I think employees were
15   getting questions from family members and others who were
16   asking about the reports as well.
17   Q.   Did license make any public statements that addressed some
18   of the factual misstatements in the defendant's reports?
19   A.   I recall that around the time of the first report and
20   maybe the second -- I would need to look at the dates -- but we
21   had our quarterly earnings call in August of that year, and we
22   addressed many of the topics that were raised.  That's my
23   recollection, that we addressed many of the topics that were
24   raised during that earnings call.
25            MR. DAY:  Can we pull up Exhibit 202, Cole.  And go to
```

**UNEDITED DRAFT TRANSCRIPT**