1   particular report, given the nature of the author and the

2   distribution route and the zero dollar price target and

3   assorted other considerations Ligand chose to do nothing.

4   Q.   Now, you mentioned that Seeking Alpha is perhaps not the

5   most widely read platform author this type of information.  I

6   think that's roughly what you said?

7   A.   That is correct.

8   Q.   Did you nevertheless hear from investors about the report?

9   A.   I got the occasional call from investors about this

10  report, yes.

11  Q.   To your knowledge, did the company receive inquiries from

12  investors?

13  A.   They did as well.

14  Q.   And did the company, in your understanding receive any

15  inquiries from its partners?

16  A.   I believe they did.

17  Q.   Okay.  So I wanted to talk a little bit about the timing

18  of how your call with the defendant came about?

19       MR. HOOPES:  I'm going to object Your Honor we agreed

20  my client was going to be called Father Lemelson after three

21  days in trial he's calling him the defendant.  I don't know

22  what the purpose is but I'd ask that he be instructed to call

23  him Father Lemelson.

24       MR. DAY:  He is the defendant.  That's often how I

25  refer to a defendant, but I'll take Your Honor's.