PLAINTIFF'S
EXHIBIT
17
18-cv-11926-PBS

| | |
|---|---|
| **From:** | Vincent <kitchenguy@frontiernet.net> |
| **To:** | Bruce Voss <BVoss@lhai.com> |
| **Sent:** | 7/14/2014 8:05:40 PM |
| **Subject:** | Re: Lemelson Capital Management remarks |

Thank you for your response,

Although I mildly can understand the reasoning for not publicly addressing the Lemelsons statements, the do nothing approach in IMO is helping the stock to get hammered! Some thing has to be done to bolster the companys image and soon. The short traders, not only Lemerson have been having there way for quite some time with Ligand. The stock is thinly traded and subsequently creating an environment favorable to the shorts. The company said during one of the conference calls it was going to buy back stock but has not. If what Lemelson states is false, clearly a law suite is in order. Stock is down 6.50% today alone!

**From:** Bruce Voss
**Sent:** Monday, July 14, 2014 2:37 PM
**To:** kitchenguy@frontiernet.net
**Subject:** FW: Lemelson Capital Management remarks

Your email to Ligand (below) has been forwarded to me.  LHA is Ligand's investor relations agency.

Lemelson Capital issued their report via Seeking Alpha and perhaps other means with no prior contact with Ligand or LHA.  The report's content and conclusions are so egregious and the author so marginal that Ligand has chosen not to respond publicly.  Yet in speaking privately with Fr. Lemelson, it became clear he is neither interested in the facts nor in correcting errors in his report.  That behavior further supports Ligand's decision not to elevate this debate to a public forum and in doing so, give Lemelson Capital the attendant credibility and visibility.

Ligand enjoys strong support from its major shareholders and covering analysts, all of whom are quick to dismiss the Lemelson report and its conclusions.  That said, unfortunately Lemelson and his thesis have not gone away.

It's inappropriate to discuss any actions Ligand might be taking or contemplating regarding this matter.

Please let me know if you have specific questions or areas of concerns, and I'll do my best to address them.

Regards.

Bruce Voss, Managing Director, Principal
Investor Relations: Results that Matter

T: 310.691.7100 C: 646.249.7453 F: 310.691.7150 E: BVoss@lhai.com
2121 Avenue of the Stars, Suite 2970 | Los Angeles, CA 90067
www.lhai.com | Facebook | LinkedIn | Twitter | YouTube

This email and attachments, if any, may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

Please consider the environment before printing this email.

**From:** Vincent [mailto:kitchenguy@frontiernet.net]
**Sent:** Monday, July 14, 2014 10:56 AM
**To:** Investors
**Subject:** Lemelson Capital Management remarks

EXHIBIT
244
18-cv-11926-PBS

Good afternoon,

My name is Vincent Balsamo and a share holder of the company. Approximately one week ago when Lemelson first released their statement through Seeking Alpha, I emailed IR asking for some response from the company in defense of these statements. To date I have not been contacted and would like to know what the company's position on these stock value corrosive remarks and will there be any legal action taken against Lemelson Management?

Thank You in advance

Confidential Treatment Requested by Bruce Voss

LCM_SEC0001039