

**PLAINTIFF'S EXHIBIT**
**19**
18-cv-11926-PBS

| | |
|---|---|
| **From:** | Higgins, John L. <JHiggins@ligand.com> |
| **To:** | Bruce Voss <bvoss@lhai.com>;Foehr, Matt <MFoehr@ligand.com> |
| **Sent:** | 6/20/2014 2:09:29 PM |
| **Subject:** | Fwd: Lemelson and Cardinal Capital |

FYI - note from matt.

Just meet with invesco. They were polite to not mention lemelson, but most if their opening
questions followed lemelson's script, opening with how concerned are we that we only have
one manufacturer.

Begin forwarded message:

From: "Foehr, Matt" <MFoehr@ligand.com<mailto:MFoehr@ligand.com>>
Date: June 20, 2014 at 12:21:41 PM CDT
To: "Higgins, John L." <JHiggins@ligand.com<mailto:JHiggins@ligand.com>>
Subject: Lemelson and Cardinal Capital

I just got a call from Gene and Bob at Cardinal. They are obviously supportive of Ligand,
said they have actually been buying more but are bothered by Lemelson. ███████████████
████████████████████████████████████████████████████████ Overall, a
positively toned call with the, but you can tell it is grinding folks a bit (as I know you
are seeing on the road, it sounds).

**EXHIBIT**
**246**
18-cv-11926-PBS

Confidential Treatment Requested by Bruce Voss