**From:** Foehr, Matt <MFoehr@ligand.com>
**To:** Higgins, John L.
**Sent:** 8/29/2014 2:32:05 PM
**Subject:** Investor Call

Just got a call from Peter Kipp with a $250m AUM generalist hedge fund in Houston (you may have met with him, and I have spoken with him previously - about a year ago). ███████████████████████████████████████████████████ But also wanted to talk Lemelson. ███████████████████████████████████████████████████████████████████████████ Overall a good call, but clear Lemelson is annoying him, which of course is not unexpected.

**EXHIBIT 247**
18-cv-11926-PBS

**Confidential Treatment Requested by Ligand Pharmaceuticals, Inc.**          LGND_0000083