PLAINTIFF'S EXHIBIT 21
18-cv-11926-PBS

| | |
|---|---|
| From: | Foehr, Matt <MFoehr@ligand.com> |
| To: | Higgins, John L. |
| Sent: | 10/6/2014 2:58:34 PM |
| Subject: | Cardinal |

I just received a call from Bob Fields and Gene Fox at Capital. Gene wanted to generally talk through whether or not we'd consider addressing/countering some of the Lemelson points regarding Promacta on earnings calls/in public forums. I assured him, in an appropriate way, that it's very easy for us to publically make the case as to why Promacta is a growing and important drug with a very bright future and I'd expect us to keep doing that on calls in a very clear fashion.

EXHIBIT 248
18-cv-11926-PBS