

remember that we did communicate on the topic.

Q.   Okay.  And as a result of being told that, Cardinal

Capital began buying more Ligand stock, didn't they in?

          MR. DAY:  Objection.

          THE COURT:  Overruled.

A.   We -- we considered several sources of information,

including conversations with the management, so it was not

based solely on that conversation.

Q.   Not based solely, but it was a contributor factor in

Cardinal Capital's decision to go in fact buy more stock in

Ligand in June of 2014, correct?

A.   To clarify, we have two types of purchases in our firm,

one is fundamentally wanting to raise the position and the

other is new accounts being opened that is not a buy or sell

decision on our part.

Q.   Respectfully, Mr. Field, it's a yes-or-no question.

          You got this information in June 2014, did Cardinal

Capital start buying more stock in Ligand?

          MR. DAY:  Objection.

          THE COURT:  Overruled.

A.   I don't remember.

Q.   Do you remember telling Matt Foehr that you did?

A.   No.

Q.   Did anyone at Ligand ever tell that you Mr. Voss,

Mr. Foehr and Mr. Higgins had a conversation on June 18, 2014