

THE COURT: I'll wave my wand.

Okay. So if it's right out of Omnicare it comes in right here. So I will quote as closely as I can to that.

MR. BROOKS: If that's coming this, in case is inapposite to Omnicare. This is case more applicable to the cases your Honor cites at the bottom of page 28, all these 1st Circuit cases, the McKee v. Cosby, Piccone, earlier Phantom Touring.

Those are the cases that basically say, look, you've got to look at the -- you've got to figure out if the First Amendment applies, you've got to look at the entire -- you know, the entire report, and the most important thing is whether the author is -- whether the author is implying he has information that the reader doesn't.

So it's not -- and it's this -- it's the last statement, it's the last statement of the --

THE COURT: I don't understand what you want.

MR. BROOKS: -- of the paragraph.

I think we just want -- if we're going to add that, then like on this last paragraph that you've writ ten, a statement even if understood to be an opinion on page 28, that we think the First Amendment should be wrapped up in that as well.

THE COURT: I've mentioned the First Amendment enough.

MR. BROOKS: Then we're good with that instruction.