PLAINTIFF'S EXHIBIT 27
18-cv-11926-PBS

| | |
|---|---|
| **From:** | Day, Alfred |
| **To:** | "Brian Sullivan" |
| **Cc:** | Jones, Marc; "Douglas Brooks"; "Tom Hoopes" |
| **Subject:** | SEC v. Lemelson; Ligand investor witnesses |
| **Date:** | Monday, October 18, 2021 9:22:00 PM |

Brian,

I have included below a proffer as to the testimony of Messrs. Fields and Frohna. Per the Court's ruling, we will not seek to introduce any documents through these witnesses that were not produced in discovery.

Al

Robert Fields

Mr. Fields is expected to testify about their Cardinal Capital's position in Ligand in 2014, when and how he became aware of Defendants' public statements about Ligand in 2014, his reaction to those statements (including whether they considered the subject matters of the statements as having the potential to significantly alter total mix of information available to Ligand investors), and communications with Ligand personnel and others about Defendants' statements. Mr. Fields will testify that:

- He was a senior analyst at Cardinal Capital in 2014 responsible for Cardinal's long position in Ligand;
- He is now a partner;
- He became aware of Defendants after reading the June 16, 2014 report when it came out;
- He noted a negative market reaction to the first report;
- He considered Defendants' report to be replete with factual misstatements;
- He considered important Defendants' claims about Promacta, Viking, intangible assets having no value, the 2014 debt offering, and insolvency;
- He discussed Defendants' reports with Ligand management approximately eight times.

Joseph Frohna

Mr. Fields is expected to testify about their Cardinal Capital's position in Ligand in 2014, when and how he became aware of Defendants' public statements about Ligand in 2014, his reaction to those statements (including whether they considered the subject matters of the statements as having the potential to significantly alter total mix of information available to Ligand investors), and communications with Ligand personnel and others about Defendants' statements. In particular, Mr. Frohna will testify that:

- He is a portfolio manager at 1492 Capital and was responsible for a fund that had had $40-50 million AUM in 2014 that included a long position in Ligand;
- He became aware of Defendants' reports through emails from third parties;
- He recalls being concerned about Defendants' statement that Promacta was going away;
- He was concerned that Defendants had material information he did not have;
- He was concerned that Defendants' statements would affect Ligand's stock price;
- He reached out to Ligand's management for their response to Defendants' statements.

_____

Alfred A. Day
Senior Trial Counsel
U.S. Securities and Exchange Commission
(617) 573-4537