Case 1:18-cv-11926-PBS   Document 289-28   Filed 05/11/22

**PLAINTIFF'S EXHIBIT 28**
18-cv-11926-PBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE )
COMMISSION, )
 )
        Plaintiff )
 ) CA No. 18-11926-PBS
  -VS- ) Pages 1 - 93
 )
GREGORY LEMELSON, et al, )
 )
        Defendants )

**FINAL PRETRIAL CONFERENCE**

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

                           United States District Court
                           1 Courthouse Way, Courtroom 19
                           Boston, Massachusetts  02210
                           October 14, 2021, 10:07 a.m.

LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 7200
Boston, MA  02210
leemarz@aol.com

 1   ahead again -- we didn't think it was going to be in play
 2   because it's an expert thing and --
 3           THE COURT: But it's not like you found out about it
 4   this week, so I --
 5           MR. SULLIVAN: That's correct, your Honor.
 6           THE COURT: All right, so, you know, I understand the
 7   SEC not only has this whole team here, but also folks in D.C.,
 8   they have better staffing than you do and deal with these
 9   intraday numbers probably more than you do.  That said, it's
10   part of their case, so if you knew about it, even through a
11   rebuttal, it's not unfair surprise.  So, anyway, okay.  So
12   that's going to be my touchstone, unfair surprise.
13           Motion in limine -- this is Docket No. 159 -- motion
14   in limine to exclude evidence and arguments about rejected
15   selective enforcement defense.  As I understand it, you agree
16   with that.
17           MR. HOOPES: We don't agree to the motion.  We agree
18   nothing about selective enforcement, yes.  Everything else, in
19   other words, there's pieces of evidence that could go to one or
20   could go to the other, so --
21           THE COURT: Right, but let me just more generally say,
22   of course I ruled as a matter of law selective enforcement,
23   there wasn't an iota of information, as far as I was concerned,
24   about selective enforcement based on the SEC's part, and I'll
25   exclude evidence of bad faith on the SEC's part for selective

```
 1   enforcement.
 2            I do not necessarily hold the same position that the
 3   SEC does with respect to Ligand's motive.  That's a different
 4   issue about the motive of Ligand, and I'm not dealing with that
 5   and ruling on this motion.  There should be no argument
 6   regarding exhibits that go only to the issue of selective
 7   enforcement.
 8            MR. HOOPES:  Understood, your Honor.
 9            THE COURT:  All right, so that's that.
10            MR. JONES:  Your Honor, may I ask a couple of
11   questions on that?  In terms of the Commission's 30(b)(6)
12   witness, your Honor granted the 30(b)(6) witness over our
13   motion for a protective order to allow the defense to learn the
14   facts about that selective enforcement.  That was the point of
15   the 30(b)(6) witness, and yet a lot of their testimony is being
16   proffered by the defendants -- by the defendant now -- on a
17   deposition transcript.  They say that --
18            THE COURT:  I have no idea what you're talking about.
19   Like what?
20            MR. JONES:  Like, what were the meetings all about?
21   You know, was Ligand's attorney somehow influencing the SEC?
22            THE COURT:  Right, and I will exclude that.  But what
23   I won't exclude is, I do think, going to the motive and the
24   bias of the Ligand witnesses, there are some questions that
25   have some overlap.  So it goes to the motive of a witness or
```

1  the bias of a witness; and Ligand's president and CEO are some
2  of the people who are testifying, and they can ask about
3  certain things.  Like, you didn't think it was material enough
4  to put in the comments about Viking?  So I think that's fair
5  game, and that has some overlap if it was presented to the SEC.
6  So I will take it with that prism.  If it's only going to the
7  bad faith of the SEC, the alleged bad faith of the SEC somehow,
8  it's excluded, and hopefully that will exclude the 70 exhibits
9  on point.  The SEC claims there are close to 70 exhibits that
10 go to the issue of the bad faith of the SEC.
11         MR. HOOPES:  There's 70 exhibits that go to executive
12 compensation, your Honor.  The summary chart -- I mean, I don't
13 think there's any question that financial compensation is an
14 area for bias under the case law.
15         MR. JONES:  Your Honor, just in terms of the bias
16 under the case law, the cases that are cited by the defense are
17 when a witness has an interest in the outcome of the case.
18 That's not the case here.  The evidence that's being
19 proffered --
20         THE COURT:  Can I just get to that when I get to that?
21 Right now I'm dealing with selective enforcement.  There will
22 be no argument or exhibits, the only relevance of which is
23 selective enforcement.  Some of it may come in with respect to
24 the bias or the state of Ligand.
25         MR. HOOPES:  If I may, your Honor, the mirror image of