```
 1   anything else that we have -- ah here we go.  Thank you.
 2   Higgins to Foehr will any Sovaldi patients need Promacta?  Will
 3   any Sovaldi patients need Promacta?
 4           So the question is very simply this: Why did none of
 5   these appear to the SEC?  Because when Ligand's attorneys went
 6   to see the SEC, they made a presentation.  Nothing about
 7   Sovaldi was in there.  When they went to see the SEC again in
 8   the spring nothing about Sovaldi was in there.  Nothing about
 9   the Higgins email.  Nothing about the earlier board
10   presentations.  Nothing about Benzinga and nothing about vying.
11   So if there was nothing about any of those, what was the
12   problem?  Because they wanted to say that Lemelson was the
13   problem.  He was telling them exactly what they had said.  The
14   president and CEO of Ligand had both agreed in fact that there
15   was a concern that this drug might go away exactly what Father
16   Lemelson said on the Benzinga station.
17           Now, the last question is really why didn't they speak
18   up?  Why didn't they issue a press release?  Why didn't they
19   hire a Chris cyst manager?  Why didn't they simply do what
20   they're doing here instead of bringing in the SEC?  Why didn't
21   they get private counsel to bring a suit?  What were they
22   afraid of?  Those are the questions that we're going to ask and
23   I'm going to ask you as a jury to pay attention to it to find
24   out what their answers are.  Why didn't they just speak up like
25   we do in America?  And at the end of this case we're going to
```

UNEDITED DRAFT TRANSCRIPT