company was insolvent. Do you remember that? Yes. You understood that this was the definition that Father Lemelson was using, correct? Correct and the SEC by the way, the SEC concludes that Father Lemelson's math was correct. Let that sink in for a minute. Where are we? We're not in North Korea. This is Merck. We have a First Amendment. Ligand and the SEC wands to tell Father Lemelson what math equations he can do and what ratio he's allowed to do and kid of what books he's allowed to read? Can you imagine anything more unAmerican than that.

Let's turn back to Ms. I do not think. She acknowledged, I think to all our surprise, that although she's being called to testify, she's not an insolvency specialist. The SEC is claiming that Father Lemelson's statement about insolvency is a lie, that it was fraud. Again, their own witnesses seem to kind of contradict that where they say it was a judgment call, different ways to look at it. The SEC disagrees. They say it's a lie even though they know exactly how Father Lemelson got there. He explained how he got there and his math's correct.

Think about this. The SEC as you'll hear from the Judge Saris, the SEC has the burden of proof here. Why didn't though present any expert evidence on insolvency. Don't you think if they could have found some insolvency expert and you heard Ms. Hyodo say there are people out there. Don't you