PLAINTIFF'S EXHIBIT 31 18-cv-11926-PBS

1   scheme look like.  First we heard Ligand executives and its
2   lawyers, they flew here to Boston, came all the way from
3   California to meet with the SEC in Boston.  And they proceeded
4   to lie to the SEC's face about Father Lemelson.  If you're
5   looking for material lie in this case, here it is.  But it
6   wasn't said by Father Lemelson.  Ligand puts together a 60 page
7   PowerPoint.  It's Exhibit 163, if you want to take a look at it
8   when you're deliberating, but I'll point out some things in it
9   now.
10           They falsely accused Father Lemelson of committing
11  affinity fraud, meaning taking advantage of his parishioners.
12  That is a bold faced lie.  You heard Father Lemelson say none
13  of his parishioners are or ever have been his investors,
14  because his parishioners, by the way owe serves only the most
15  poor community.  You heard him say that too.  Ligand is just
16  completely making this up.  No basis in fact and it's a lie.
17  It's not the only thing they lied about.  They can't believe
18  that somebody who would dane -- some small fund analyst who
19  would dane to criticize Ligand, they can't believe that he
20  would actually have a good performance in his funds so they
21  tell the SEC he's lying about his -- he's lying about his
22  performance.  Father Lemelson wasn't lying about his
23  performance.  Ligand lied.  They didn't do any homework and
24  they just lied to the SEC.
25           I think what's even more important -- I think what's

```
 1   even more important perhaps than what's in there, which is a
 2   pack of lies, is what's not in there.  All the stuff they're
 3   talking about now with the four challenge statements.  Remember
 4   we talked about materiality.  Oh, it's a 60-page PowerPoint.
 5   Ligand doesn't once, not once, mention the statement from --
 6   about Mr. Voss, that Father Lemelson went on the radio.  In the
 7   first PowerPoint they never mention that oh, this was a big
 8   deal, Father Lemelson went on the radio.  They don't mention
 9   that once.  They don't -- they also don't mention either of the
10   Viking statements.  So here the SEC is going to argue to you
11   that these statements were material.  But somehow in 2014, when
12   they're fresh on the mind of Ligand and Ligand puts together a
13   60 page PowerPoint presentation with the help of their lawyers,
14   they somehow forgot to mention those?  Does that add up to you?
15            So what else is missing?  Well, again, one of their
16   big themes, Ligand was saying that Father Lemelson was lying
17   about Sovaldi eliminating the need for Promacta.  That was one
18   of their big pitches to the SEC.  So let's look at what they
19   didn't tell the SEC while they were meeting with them here in
20   Boston in September of 2014.  They didn't tell them that
21   Mr. Higgins himself in February of 2014 was having the same
22   questions, whether any Sovaldi patients need Promacta.  They
23   didn't tell the SEC that hep C, in their minds, even though now
24   they're distancing themselves like ah it wasn't a big deal.  At
25   the time hep C needs to be a big market for Promacta to keep
```