```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MASSACHUSETTS


    SECURITIES AND EXCHANGE              )
    COMMISSION,                          )
                                         )
              Plaintiff                  )
                                         )  CA No. 18-11926-PBS
         -VS-                            )  Pages 1 - 93
                                         )
    GREGORY LEMELSON, et al,             )
                                         )
              Defendants                 )


                       FINAL PRETRIAL CONFERENCE

                 BEFORE THE HONORABLE PATTI B. SARIS
                     UNITED STATES DISTRICT JUDGE




                                    United States District Court
                                    1 Courthouse Way, Courtroom 19
                                    Boston, Massachusetts  02210
                                    October 14, 2021, 10:07 a.m.






                         LEE A. MARZILLI
                      OFFICIAL COURT REPORTER
                    United States District Court
                    1 Courthouse Way, Room 7200
                         Boston, MA  02210
                          leemarz@aol.com
```

1          THE COURT:  Try and work it out, but, in any event,
2    those two PowerPoints come in.
3          Drug pricing and Martin Shkreli are out, right?
4          MR. HOOPES:  Yes.
5          THE COURT:  The Congressman is out.  What's his name
6    now?
7          MR. HOOPES:  Duncan Hunter.  And so there's a letter
8    from Duncan Hunter sent the day of roughly the second
9    presentation to the SEC in Washington, and he basically makes
11:51 10    their case and then says, "I want to hear from you in two
11   weeks, SEC."  And there's testimony from John Higgins, who is
12   going to be here as the CEO, saying, "Ah, we got to Duncan
13   Hunter through members of the Board, and we discussed --" and I
14   can give you the exact language.
15         THE COURT:  I'm not saying you can't ask Higgins about
16   that, but you cannot ask -- we're not going to put in the
17   letter.  It's hearsay.
18         MR. JONES:  The thing, your Honor, the whole comment
19   is about, why did the SEC bring the case?  And they want to
11:52 20   suggest that there was some sort of improper pressure to have
21   the SEC bring the case, which we already agreed --
22         THE COURT:  We're not putting in the letter, but
23   Higgins' credibility is key here.
24         MR. JONES:  But what's the credibility?
25         THE COURT:  Is he the CEO?