UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff <br><br> v. <br><br> GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC, <br><br> Defendants, <br><br> and <br><br> THE AMVONA FUND, LP, <br><br> Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR A NEW TRIAL OR TO ALTER OR AMEND THE JUDGMENT**

Defendants respectfully move this Court for leave to file a reply memorandum of no more than 10 pages in support of their motion for a new trial or to alter or amend the judgment ("Motion for a New Trial"). Defendants believe that a reply memorandum will assist the Court in resolving the Motion for a New Trial. Defendants particularly wish to address certain arguments in the Commission's opposition that Defendants could not have anticipated at the time they submitted the Motion for a New Trial. Specifically, Defendants seek to clarify certain factual matters, the applicable legal standards, and First Amendment precedent applicable to statements made relying upon publicly filed documents in cases alleging fraud on the market as opposed to statements made by corporate insiders.

WHEREFORE, Defendants request that this Court enter an order granting leave to file a reply of no more than 10 pages.  Defendants are prepared to file their reply brief immediately upon being granted leave by this Court.

    Respectfully Submitted,

    REV. FR. EMMANUEL LEMELSON,
    LEMELSON CAPITAL MANAGEMENT,
    LLC, and THE AMVONA FUND, LP

    By: */s/ Brian J. Sullivan*
    Douglas S. Brooks (BBO No. 636697)
    Brian J. Sullivan (BBO No. 676186)
    Thomas M. Hoopes (BBO No. 239340)
    LIBBY HOOPES BROOKS, P.C.
    399 Boylston Street
    Boston, MA 02116
    Tel.: (617)-338-9300
    dbrooks@lhblaw.com
    bsullivan@lhblaw.com
    thoopes@lhblaw.com

Dated:  May 25, 2022

## CERIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that I conferred with counsel for the Securities and Exchange Commission in an attempt to resolve or narrow the issues but was unable to do so.

    */s/ Brian J. Sullivan*
    Brian J. Sullivan

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on May 25, 2022.

    */s/ Brian J. Sullivan*
    Brian J. Sullivan

2