# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>GREGORY LEMELSON and LEMELSON CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>THE AMVONA FUND, LP,<br><br>Relief Defendant | Civil Action No. 1:18-cv-11926-PBS |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that defendants Father Emmanuel Lemelson and Lemelson Capital Management, LLC, by and through counsel, hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered on March 30, 2022 (ECF 274) and any and all rulings and orders that merged into or otherwise relate to the final judgment and remedies ordered, including but not limited to the Distict Court's orders on motions in limine (ECF 204-214), denying defendants' motion for judgment as a matter of law (ECF 230) and renewed motion for judgment as a matter of law (ECF 243), granting plaintiff's motion for entry of judgment in part (ECF 273), denying defendants' motion for a new trial or to alter the judgment (ECF 295), and denying defendants' motion to stay injunction pending appeal (ECF 296).

Respectfully Submitted,

REV. FR. EMMANUEL LEMELSON,
LEMELSON CAPITAL MANAGEMENT,
LLC, and THE AMVONA FUND, LP

By: */s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
Brian J. Sullivan (BBO No. 676186)
LIBBY HOOPES BROOKS, P.C.
399 Boylston Street
Boston, MA 02116
Tel.: (617)-338-9300
dbrooks@lhblaw.com
bsullivan@lhblaw.com

Dated:  August 9, 2022

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on August 9, 2022.

*/s/ Douglas S. Brooks*
Douglas S. Brooks