**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Securities and Exchange Commission v. Lemelson et al

District Court Number: 18cv11926-PBS

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending Yes ____ No _X_
If yes, document # ____

Sealed documents Yes _X_ No ____
If yes, document # 265

*Ex parte* documents Yes ____ No _X_
If yes, document # ____

Transcripts Yes _X_ No ____
If yes, document # 31,113,150,152,218,248,249

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent _X_ Other: ____

Appeal from:

#204,#205,#206,#207,#208,#209,#210,#211,#212,#213,#214,#230,#243,#273,#274,#295,#296

Other information:

(Additional Transcripts: 251,252,253,254,255,257,258,265,278)

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#204,#205,#206,#207,#208,#209,#210,#211,#212,#213,#214,#230,#243,#273,#274,#295,#296,and#297 with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 297 filed on August 9, 2022.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 10, 2022.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**