# United States Court of Appeals
## For the First Circuit

No. 22-1630

US SECURITIES & EXCHANGE COMMISSION,

Plaintiff, Appellee,

v.

GREGORY LEMELSON, a/k/a Father Emmanuel Lemelson;
LEMELSON CAPITAL MANAGEMENT, LLC,

Defendants, Appellants,

THE AMVONA FUND, LP,

Defendant.

**JUDGMENT**

Entered: January 3, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Donald Campbell Lockhart, Paul Gerard Alvarez, Alfred A. Day, Ezekiel L. Hill, Marc Jonathan Jones, Kevin Paul Martin, Douglas Scott Brooks, Thomas M. Hoopes, Brian J. Sullivan, William E. Evans III