# United States Court of Appeals
## For the First Circuit

No. 22-1630

US SECURITIES & EXCHANGE COMMISSION,

Plaintiff - Appellee,

v.

GREGORY LEMELSON, a/k/a Father Emmanuel Lemelson; LEMELSON CAPITAL MANAGEMENT, LLC,

Defendants - Appellants,

THE AMVONA FUND, LP,

Defendant.

**MANDATE**

Entered: March 14, 2023

In accordance with the judgment of January 3, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Paul Gerard Alvarez
Douglas Scott Brooks
Alfred A. Day
William E. Evans III
Ezekiel L. Hill
Thomas M. Hoopes
Marc Jonathan Jones
Donald Campbell Lockhart
Kevin Paul Martin
Brian J. Sullivan