# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

August 2, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:  Gregory Lemelson, aka Father Emmanuel Lemelson, et al.
            v. Securities and Exchange Commission
            No. 23-98
            (Your No. 22-1630)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on July 31, 2023 and placed on the docket August 2, 2023 as No. 23-98.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst